**BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

**IN RE:**

MDL No. _____

**PROOF OF NOTICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion for Transfer, Schedule of Actions and Certificate of Service were sent by ECF, Email or First Class Mail on May 6, 2021 to the following:

Clerk of Courts

Clerk of Court
US District Court
Eastern District of New York
United States District Court
225 Cadman Plaza E
Brooklyn, NY 11201

Clerk of the Court
US District Court
Southern District of New York
Thurgood Marshall
40 Foley Square
New York, NY 10007

Clerk of the Court
US District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Suite 509
Albany, NY 12207

**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-01421-BMC**
**Hodge et al v. Cuomo et al**
**Assigned to: Judge Brian M. Cogan**

**Via ECF and US Postal Service**
**State Officer Defendants (No Attorney Representation)**

Andrew F. Cuomo, Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224
Howard A. Zucker, M.D., named as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237
Martha Lees named as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511
Linda A. Lacewell named as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511
Carolyn Robinson, Supervisor with the New York State Department of Labor, 9 Bond Street, 4th Floor - Rm 4570, Brooklyn, NY 11201
New York State Department of Labor, 9 Bond Street, 4th Floor - Rm 4570, Brooklyn, NY 11201
Dr. Merryl H. Tisch, named as Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

State University of New York, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246
Scott Dietrich named as an Officer of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207
Peter Fountas named as an Officer of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207
Basil Seggos, Commissioner, 625 Broadway, Albany, NY 12233-1011.
Jeremy Attie, NY Compensation Rating Board, 733 Third Ave, 5th Floor, New York, NY 10017.
Ziv Kimmel,NY Compensation Rating Board, 733 Third Ave, 5th Floor, New York, NY 10017.
Vincent Licause, NY Compensation Rating Board, 733 Third Ave, 5th Floor, New York, NY 10017.

**VIA US Postal Service US Postal Service (No Attorney Representation)**
**Party-in-Interest Defendants:**
Allstate Administrators, LLC a/k/a Allstate Administrators, Inc. d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218.
Gary Baker, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019
Broad Coverage Services, Inc., 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Christopher Buckey, Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Michael Camilleri, an individual with a last known address of 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc., PO Box 146 Monsey, NY 10952
Eagle North, LLC, 202 Caton Ave, Brooklyn, NY 11218
Wolf Eisenbach, 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Grandview Brokerage is an entity located at 1613 52nd Street, Brooklyn, NY 11204
Jon Halpern is an individual located at 120 W 45th Street, Suite 2405, New York, NY 10036
Chaim Hirsch, with a last known address of 727 Bedford Ave, Brooklyn, NY 11205
Ben Landa, 1337 East 7th Street, Brooklyn, NY 11230
Ira Lipsius, Individually and as Partner, Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Isaac Muller, as licensed agent of Broad Coverage Services, Inc., 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Avi Philipson, with last known address of 22 Pleasant Ridge Road, Spring Valley, NY 10977
Deborah Philipson with a last known address of 22 Pleasant Ridge Road, Spring Valley, NY 10977
Michael Schremer, 1613 52nd Street Brooklyn, NY 11204
Michael Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Samuel Schlesinger, director and officer of Allstate, 415 Avenue F, Brooklyn, NY 11218
Samuel Schlesinger, as principal officer of Eagle North, 202 Caton Ave, Brooklyn, NY 11218
Martin Schwartzman, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Michael Schwimmer, individually and as a Principal of Grandview Brokerage Corporation, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, is an entity with offices at 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company ("S&P") is an entity with an address at 80-02 Kew Gardens Road, Kew Gardens, NY11415
Joseph Stern, Manager of 1153 44, LLC, with an office at 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway 11218
The Pitterman Family Trust is an entity with an address at 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
Stella Vilardi, 51 Woodland Ave, Rockville, NY 11570
Israel Weber, is an individual with a last known address of 1164 59th St, Brooklyn, NY
Raphael A. Weitzner, with a last known address of 134 Broadway, Brooklyn, NY 11249
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Israel Ziegelman, 200 Wallabout Street, Apt 6B, Brooklyn 11206.

**Via US Postal Service US Postal Service (No Attorney Representation)**
**Owner Operator Defendants**

Gabor Adler, 7 Balint Dr Apt 323, Yonkers NY 10710,
George Adler, 1 Greenwich Street Hempstead, NY 11550;
Kwame Amoafo-danquah, 1825 65th St Ste 1, Brooklyn, NY, 11204
Agnes Arnestein, 220 West Post Road, White Plains, NY10606;
Anthony Bacchi, 99 Golden Hill Drive, Kingston, NY 12401 ;
Matthew Barbara, 1 Greenwich Street Hempstead, NY 11550 ;
Paul Barbara, 3015 West 29th Street, Brooklyn, NY 11224 ;
Aaron Becher, 355 Broadway, Lawrence, NY 11598;
Pola Becher, 250 Beach 17th Street, Far Rockaway, NY 11691;
Aaron Becher, 355 Broadway, Lawrence, NY 11598 ;
Hershel Bedansky, 1273 53rd St, Brooklyn, NY, 11219;
Howard Belford, 3015 West 29th Street, Brooklyn NY 11224;
Scott Bialick, 250 Beach 17th Street, Far Rockaway NY 11691;
Robert Bleier, 22-41 New Haven Avenue, Far Rockaway, NY 11691 ;
David Bloom, 136 Beach 117th St Apt 513, Rockaway Park NY 11694;
Paula Bokow, 722 ALMONT ROAD, FAR ROCKAWAY, NEW YORK, 11691;
Nathan Brach, 378 Syosset-Woodbury Rd, Woodbury, NY 11797;
Joel Brach, 40 Robert Pitt Dr, Monsey, NY 10952;
Barry Braunstein, 144 S. Oxford Street, Brooklyn NY 11217 ;
Murray Bresky, 5190 Main Street, South Fallsburg, NY 12779 ;
Steven Brown, 3015 West 29th Street, Brooklyn, NY 11224 ;
Philip Buchsbaum, 121 Franklin Place Woodmere, NY 11598 ;
Richard Busell, 725 Equestrian Way, Westbury, NY 11590 ;
Colin C. Hart, 168 W Main St, Springville, NY, 14141;
Ira Cammeyer, 1 Greenwich Street Hempstead, NY 11550, LLC;
Alan Chopp, 5401 Collins Ave #635 Miami Beach FL 33140 ;
Joshua Chopp, 1800 Ocean Pkwy, Brooklyn, NY 11223;
David Cohen, 378 Syosset-Woodbury Rd, Woodbury, NY 11797;
David Crytryn, 250 Beach 17th Street, Far Rockaway NY 11691;
David Dachs, 191 Bradley Ave, Staten Island, NY, 10314-5166;
Solomon Eidlisz, 250 Beach 17th Street, Far Rockaway NY 11691;
Neil Einhorn, 3015 West 29th Street, Brooklyn, NY 11224., LLC;
Scott Einiger, 3015 West 29th Street, Brooklyn, NY 11224 ;
Abraham Eisen, 378 Syosset-Woodbury Road, Woodbury, NY 11787;
Sam Eisen, 7605 New Utrecht Avenue, Brooklyn NY 11214;
Steve Eisman, 801 Coop City Blvd, Bronx NY 10475;
Steven Eisman, 3015 West 29th Street, Brooklyn, NY 11224 ;
Ignatius Elefant, 6355 Broadway, Bronx, NY, 10471;
Philipson Family Trust, 3400 Cannon Pl, The Bronx, NY 10463;
Martin Farbenblum, 495 Pinehurst Court, Roslyn NY 11576 ;
Benjamin Farbenblum, 147 Avenue O, 1st Floor, Brooklyn NY 11204 ;
Michael Farbenblum, 495 Pinehurst Court, Roslyn NY 11576 ;
Edward Farbenblum, 2365 Union Road Cheektowaga, NY 14227;
Esther Farkovitz, 3400 Cannon Pl, The Bronx, NY 10463;
Lori Fensterman, 3 Dakota Drive, Lake Success NY 11042 ;
Robert Fensterman, 3015 West 29th Street, Brooklyn, NY 11224;
Jordan Fensterman, 3 Dakota Drive, Lake Success NY 11042  ;
Staci Fensterman, 3015 West 29th Street, Brooklyn, NY 11224;
Samuel Ferrara, 3015 West 29th Street, Brooklyn, NY 11224;
Mayer Fischl, 2 Sienna Way, Lakewood NJ 08701;
Benjamin Fishoff, 240 Viola Road, Monsey NY 10952 ;
Patrick Formato, 3015 West 29th Street, Brooklyn, NY 11224 ;
John Francher, 46 Cortland St, Homer, NY, 13077,;
David Freid, 2510 Avenue K, 1st Floor, First Door, Brooklyn NY 11210 ;
Moshe Freilich, 1273 53rd Street, Brooklyn NY 11219;
Sigmund Freundlich, 495 Pinehurst Court, Roslyn NY 11586, LLC;
Andrew Freundlich, 495 Pinehurst Court, Roslyn NY 11576, LLC;

Leo Friedman, 3400 Cannon Pl, The Bronx, NY 10463;
David Gast, 14012 State Route 31, Albion, NY, 14411;
Louis Gellis, 3015 West 29th Street, Brooklyn, NY 11224;
William Gillick, 1205 Delaware Ave, Buffalo, NY, 14209;
Rivky Goldberger, 250 Beach 17th Street, Far Rockaway NY 11691;
Leon Goldenberg, 495 Pinehurst Court, Roslyn NY 11556;
Jeffrey Goldstein, 3015 West 29th Street, Brooklyn, NY 11224;
Anne Gottlieb, 1462 East 27th Street, Brooklyn, NY 11210 ;
Miklows Gottlieb, 495 Pinehurst Court, Roslyn NY 11586;
Niklos Gottlieb, 121 Franklin Place Woodmere, NY 11598;
Solomon Green, 495 Pinehurst Court, Roslyn NY 11586;
Joel Greenberg, 3015 West 29th Street, Brooklyn, NY 11224 ;
Eric Greenberger, 46 Mt Ebo Road North, Brewster, NY, 10509;
Eli Greenspan, 11 Virginia Avenue, Clifton, NY 07012  ;
Steven Greenstein, 3015 West 29th Street, Brooklyn, NY 11224 ;
Avrumi Grossman, 1055 63rd Street, Brooklyn, NY 11224 ;
Marton Guttman, 54 Walworth St, Brooklyn, NY, 11205;
Valarie Henry, 736 Allerton Ave Ste 207, Bronx, NY, 10467;
Libe Hirsch, 495 Pinehurst Court, Roslyn NY 11556;
Johanan Hirsch, 1714 60th Street, Middle Door, Brooklyn NY 11204 ;
Leopold Hirsch, 551 Fifth Avenue, Suite 2500, New York, NY 10176 ;
Ruth Hirsch, 20 Briarwood Lane, Suffern, NY 10901 ;
Pinchus Hoffman, 70-35 Vleigh Place, Flushing NY 11367 ;
David Hoffman, 495 Pinehurst Court, Roslyn NY 11566,
Jack Janklowitz, 495 Pinehurst Court, Roslyn NY 11556;
Leonard Janklowitz, 495 Pinehurst Court, Roslyn NY 11586;
Jewish Geriatric Center, Shorefront, 495 Pinehurst Court, Roslyn NY 115116;
David Jones, 4 Cedar St, Massapequa, NY 11758 ;
Judith Jones, 5353 Merrick Road Massapequa, NY 11758;
Mendal Kaff, 1273 53rd Street, Brooklyn, NY 11219;
Eric Kalt, 3015 West 29th Street, Brooklyn, NY 11224;
Yoel Karpen, 3048 Brighton 1st St Ste 4, Brooklyn, NY, 11235;
Miriam Karpf, 5353 Merrick Road Massapequa, NY 11758;
Allan Kass, 131 Hickory Kingdom Rd, Bedford, NY 10506 ;
Martin Kass, 2061 58th Street, Brooklyn NY 11204 ;
Martin Katz, 495 Pinehurst Court, Roslyn NY 11576;
Shelly Katz, 495 Pinehurst Court, Roslyn NY 11576;
Manny Kaufman, 100 New Turnpike Rd, Troy, NY, 12182 ;
Yosef Kaufman, 495 Pinehurst Court, Roslyn NY 11566;
Alan Kessler, 129 Prospect Avenue, Cedarhurst, NY 11516;
Arnold Klapper, 2311 Olean Street, Brooklyn, NY 11210 ;
George Klein, 495 Pinehurst Court, Roslyn NY 11576, LLC;
Larry Klein, 495 Pinehurst Court, Roslyn NY 11566, LLC;
Eleanor Kluger, 30 Cragmere Rd, Suffern, NY, 10901;
Robert Kolman, 121 Franklin Place Woodmere, NY 11598;
Dean Korlik, 5190 S Fallsburg Main St, South Fallsburg, NY 12779;
William Korn, William, 495 Pinehurst Court, Roslyn NY 11586, LLC;
Irina Kostetsky, 495 Pinehurst Court, Roslyn NY 11566;
Howard Krant, 5353 Merrick Road Massapequa, NY 11758;
Ephram Lahasky, 147 Reist Street, Williamsville, NY 14221;
Yechiel Landa, 182 Briarwood Crossing, Lawrence, NY 11559 ;
Benjamin Landa,182 Briarwood Crossing, Lawrence, NY 11559 ;
David Landa, 169 Davenport Ave, New Haven, CT 06519;
Nathan Landau, 420 Broadway, Brooklyn NY 11211;
James Lapolla, 424 E 147th St # 4, Bronx, NY 10455;
Tibor Lebovich, 99 Golden Hill Dr, Kingston, NY 12401;
Morty Lehasky, 147 Reist St, Williamsville, NY, 14221;

David Leifer, 1273 53rd St, Brooklyn, NY, 11219;
Barry Leistner, 3015 West 29th Street, Brooklyn, NY 11224 ;
Chana Lerner, 1020 Ocean Parkway, Brooklyn, NY11230;
Michael Levitan, 3015 West 29th Street, Brooklyn, NY 11224 ;
Rich Levitan, 121 Franklin Place Woodmere, NY 11598 ;
Teddy Lichtscein,12 Mark Drive, Spring Valley, NY 10977;
Neuman LJ Partners, 495 Pinehurst Court, Roslyn NY 11576;
Isaac Madeb, 495 Pinehurst Court, Roslyn NY 11566;
Dovi Marc Faivish, 495 Pinehurst Court, Roslyn NY 11556;
Sam Mayerovitz, Sam, address unknown;
Girsha Minster, 495 Pinehurst Court, Roslyn NY 11586, LLC;
Neuman MN Partners, 495 Pinehurst Court, Roslyn NY 11576;
Gabriel Mordechey, 250 Beach 17th Street, Far Rockaway NY 11691;
Gavriel Mordechaev, 250 Beach 17th Street, Far Rockaway NY 11691
Sharyn Mukamal, 3015 West 29th Street, Brooklyn, NY 11224;
Katherine Muller, 495 Pinehurst Court, Roslyn NY 115106;
Laurie Netzer, 495 Pinehurst Court, Roslyn NY 11576,;
Leo Oberlander, 78 Birchwood Dr, Huntington Station, NY, 11746;
Sander Oberlander, 2107 Ditmas Ave, Brooklyn, NY, 11226;
Susan Ostreicher, 495 Pinehurst Court, Roslyn NY 11566;
Irwin Peckman, 3015 West 29th Street, Brooklyn NY 11224 ;
Bent Philipson, a/k/a Ben Philipson and Benjamin Philipson, 495 Pinehurst Court, Roslyn NY 11556;
Deborah Philipson, 495 Pinehurst Court, Roslyn NY 11586;
Robert Pines, address unknown, is an owner of Baypark 3015 West 29th Street, Brooklyn, NY 11224 ;
Theodore Pollak, 250 Beach 17th Street, Far Rockaway NY 11691;
Sylvia Pollack, 495 Pinehurst Court, Roslyn NY 11576;
Natan Pollack, 495 Pinehurst Court, Roslyn NY 11566;
Jacob Pollack, 25 Calvert Drive, Unit 1, Monsey NY 10952;
Israel Pollack, 25 Calvert Drive, Unit 1, Monsey NY 10952 ;
Renee Pollak, 121 Franklin Place Woodmere, NY 11598;
Michael Pruzansky, 64 County Road 39 Southampton, NY 11968;
Diana R. Koehler, 3015 West 29th Street, Brooklyn, NY 11224;
Jonathan Redner, 273 53rd St, Brooklyn NY 11219;
Lawrence Reichenberger, 3015 West 29th Street, Brooklyn, NY 11224. ;
Mark Reisman, 2357 60th St, Brooklyn, NY 11204;
Richard Bursek, 99 Golden Hill Dr, Kingston, NY 12401;
Mayer Rispler, 755 Hempstead Turnpike, Uniondale, NY 11553;
Brian Rosenman, address unknown;
Kenneth Rozenberg, 495 Pinehurst Court, Roslyn NY 11586;
Berish Rubenstein, 951 Broadway, Woodmere, NY 11598  ;
Rivkie Rubenstein, 495 Pinehurst Court, Roslyn NY 11576;
Dina Rubenstein, 495 Pinehurst Court, Roslyn NY 11556;
Ira Rubin, Ira, 495 Pinehurst Court, Roslyn NY 11546;
Malkey Saffran, 121 Franklin Place Woodmere, NY 11598;
Boruch Schepps, 495 Pinehurst Court, Roslyn NY 11576;
Pamela Schepps, 495 Pinehurst Court, Roslyn NY 11576;
Nat Scherman, 495 Pinehurst Court, Roslyn NY 11546;
Richard Schildron 495 Pinehurst Court, Roslyn NY 11586;
Samuel Schlesinger 1040 East 22nd Street, Brooklyn, NY 11210;
Jacob Schoenberger 65 Lafayette St, Spring Valley, NY, 10977;
Michael Scwartz, 495 Pinehurst Court, Roslyn NY 11586, LLC;
Leslie Shafrank, 495 Pinehurst Court, Roslyn NY 11576, LLC;
Henry Shayovitz, 3015 West 29th Street, Brooklyn, NY 11224 ;
Agnes Shemia, 1989 Coney Island Ave, Brooklyn, NY 11223;
Jeff Shemia, 1989 Coney Island Ave, Brooklyn, NY 11223;
Israel Sherman, 495 Pinehurst Court, Roslyn NY 11576;
Alexander Sherman, 168 West Main Street, Springville, NY 14141 Rehabilitation;

Leah Sherman, 168 W Main Street, Springville, NY 14141 Rehabilitation;
Warren Sherman, 1273 53rd St., Brooklyn, NY 11218;
Nat Sherman, 495 Pinehurst Court, Roslyn NY 11546, LLC;
Samuel Sherman, 822 Cedar Avenue, Niagara Falls, NY 14301;
Hindy Sirkis, 5814 17th Ave, Brooklyn, NY 11204;
Moshe Sirkis, 220 West Post Road, White Plains, NY1060;
Tali Skoczylas, 495 Pinehurst Court, Roslyn NY 11556;
Alexander Skoczlas, 495 Pinehurst Court, Roslyn NY 115106;
Joseph Skoczylas, 495 Pinehurst Court, Roslyn NY 11576;
Dominic Spira Md, 1335 Portland Ave, Rochester, NY, 14621;
Jonathan Steinberg, 70-20 Austin St., Suite 135 Forest Hills, NY 11375;
Miriam Steinberg, 1400 Pelham Parkway South, New York NY 10461;
Ronald Stern, 495 Pinehurst Court, Roslyn NY 11576;
Miriam Sternberg, 495 Pinehurst Court, Roslyn NY 11576;
Lorraine Takesky, 495 Pinehurst Court, Roslyn NY 11596;
Mitch Teller, 495 Pinehurst Court, Roslyn NY 11566;
Kenneth Tessler2214 Avenue I Brooklyn, NY 11210 ;
Aaron Unger, 14744 76th Ave, Flushing, NY 11376 ;
Eila Vinitzky, 144-12 75th Ave, Flushing, New York 11367;
Yuliya Vinokurova, 99 Golden Hill Dr, Kingston, NY 12401;
Sherman Vogel, 3015 West 29th Street, Brooklyn, NY 11224 ;
Peggy Weberman, 495 Pinehurst Court, Roslyn NY 11566;
Philip Weberman, 495 Pinehurst Court, Roslyn NY 11576;
Toby Weinberger, 250 Beach 17th Street, Far Rockaway NY 11691;
Zoltan Weinberger, 54 Walworth St, Brooklyn, NY, 11205;
Regina Weinstock, 28 Burton Avenue, Woodmere, NY 11498 ;
Michael Weiss, 3015 West 29th Street, Brooklyn, NY 11224 ;
Shlomie Weiss, 6321 New Utrecht Ave., 2nd Floor, Brooklyn, NY 11219-5425;
Ari Weiss 2357 60th Street, Brooklyn NY 11204;
Avi Weiss a/k/a Avi Weissman, 2357 60th Street, Brooklyn NY 11204;
Robyn Weiss, 495 Pinehurst Court, Roslyn NY 11566, LLC;
Berish Weiss, 2357 60th Street, Brooklyn NY 11204;
Robert Wolf, 250 Beach 17th Street, Far Rockaway NY 11691;
Peyman Younesi, 309 Rutledge Street, Suite 2B, Brooklyn, New York 11211;
Mark Zaffrin, 3015 West 29th Street, Brooklyn, NY 11224
Ephraim Zagelbaum, 88 Calvary Dr, Norwich, NY, 13815;
Kenneth Zitter, 495 Pinehurst Court, Roslyn NY 11586;
David Zohler, 1055 63rd Street, Brooklyn, NY 11219;

**Via US Postal Service US Postal Service (No Attorney Representation)
Carrier, Derivative, and Trust Defendants**

Union Defendant Local 1199 of the Service Employees International Union, 498 7th Avenue, New York, NY 10018;
Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;
Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;
Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**EDNY Case No. 21-cv-01366-LDH-RER
Hodge, Donna et al. v. All American School Bus et al.**

**<u>Noticed via</u> US Postal Service<u>:</u>**

**Employer Defendants (No attorney representation)**
All American School Bus Corp. 1108 30th Ave, Queens, NY 11102.
Allstate Administrators, LLC d/b/a Allstate ASO 462 Ocean Parkway, Brooklyn, NY, 11218.
Amerifalls, LLC D/B/A Niagara Rehabilitation and Nursing Center, 822 Cedar Avenue, Niagara Falls, NY

14301.

Assistcare Home Health Services, LLC d/b/a Preferred Home Care of New York, 1267 57th St #1P, Brooklyn, NY 11219.

Atlanticare Management LLC d/b/a Putnam Ridge, 46 Mount EBO Road North, Brewster, NY 10509.

Avalon Gardens Rehabilitation & Health Care Center, LLC d/b/a Brookside Multicare Nursing Center and Optima Care Smithtown, LLC,7 Route 25A, Smithtown, NY 11787.

B&B Management LLC, 1624 Webster Ave, The Bronx, NY 10457.

Bay Park Center for Nursing & Rehabilitation LLC, , 3015 West 29th Street, Brooklyn, NY 11224.

South Point Plaza Nursing and Rehabilitation Center d/b/a Bayview Manor LLC, One Long Beach Road Island Park, NY 11558.

Bayview Rest Home, LLC d/b/a Bayview Home for Adults, 143 E Main Street, Babylon, NY 11702.

Besure Home Health Services, Inc. 736 Allerton Ave, The Bronx, NY 10467

Birchwood Suites Realty LLC d/b/a Birchwood Rest Home, 423 Clay Pitts Rd., East Northport, NY 11731.

Blue Star Staffing, LLC, 1463 66th Street, Brooklyn, NY 11201.

BNH Beach 17th St. LLC, 250 Beach 17th Street Far Rockaway, NY 11691.

Brookhaven Rehabilitation and Health Care Center, LLC 250 Beach 17th Street Far Rockaway, NY 11691.

Caring Companion Services, Inc. 2431 Healy Avenue, Far Rockaway, NY 1169.1

Caring Professionals, Inc., 70-20 Austin Street, Suite 135, Forest Hills, NY 11375.

Cayuga Ridge, LLC d/b/a Cayuga Ridge Extended, 1229 Trumansburg Road, Ithaca, NY 14850.

Clear Choice Medical PC, 309 Rutledge St Ste 2B, Brooklyn NY 11211.

Cold Spring Acquisition, LLC, 378 Syosset-Woodbury Road, Woodbury, NY 11797.

Comfort Loving Care, Inc., 10 Nesher Court, Monsey, NY 10952.

Comprehensive at Dunkirk LLC, D/B/A Symphony Living at Dunkirk, 319 Washington Ave, Dunkirk, NY, 14048.

Comprehensive at Lancaster LLC, D/B/A Symphony Manor at Lancaster, 5539 Broadway, Lancaster, NY 14086.

Comprehensive at Orleans LLC, 14012 Route 31, Albion, NY 14411.

Comprehensive at Williamsville LLC , 147 Reist Street, Williamsville, NY 14221.

Comprehensive at Orleans LLC, Payroll LLC 14012 Route 31, Albion, NY 14411.

Comprehensive at Williamsville LLC , Payroll LLC 147 Reist Street, Williamsville, NY 14221.

Comprehensive Cleaning Corp.,D/B/A Comprehensive Cleaning Company,, 18 Chester Avenue, Brooklyn NY 11218.

Curis Medical Staffing, LLC, D/B/A Curis Medical Staffing, LLC, 121 State St, Albany, NY, 12207.

Diamond Hill Operator LLC, D/B/A Diamond Hill Nursing and Rehabilitation Center, 100 New Turnpike Rd, Troy, NY 12182.

Eagle Home Care LLC , D/B/A Eagle Home Care LLC, 3048 Brighton 1st St, Brooklyn, NY 11235.

Eastchester Rehabilitation and Health Care Center, LLC , 2700 Eastchester Road Bronx, NY 10469.

Elcor Management, LLC, 48 Colonial Dr, Horseheads, NY 14845.

Elcor Operating Company, LLC,48 Colonial Drive, Horseheads, NY 14845.

Expert Care Staffing, LLC, 144-12 75th Ave, Flushing New York 11367.

Fair Management Consulting Company, LLC, D/B/A Fair Management Consulting Co., 2107 Ditmas Avenue, Brooklyn, NY 11226.

Garden Care Center, Inc., 135 Franklin Avenue, Franklin Square, NY 11010.

Garden Home Care LLC, 3456 Delaware Ave, Buffalo NY 14217.

Golden Gate Rehabilitation and Health Care Center LLC, 191 Bradley Avenue Staten Island, NY 10314.

Golden Living Centers, LLC, 193 South Union Road; Williamsville, NY 14221.

Greater New York Home Care, LLC, 6321 New Utrecht Ave., 2nd Fl, Brooklyn, NY 11219.

Greater New York Home Care, Inc. 6321 New Utrecht Ave., 2nd Fl, Brooklyn, NY 11219.


Greenbriar Adult Home, LLC, D/B/A Greenbriar Home for Adults, 26 Old Rte 82, Millbrook, NY 12545.

Harry's Nurses Registry, Inc., 88-25 163rd St, Jamaica, NY 11432.

HCS Certified Home Care NY, Inc. D/B/A Girling Home Care of Ny, Inc. 118A Battery Ave, Brooklyn, NY 11209.

HCS Home Care of Westchester D/B/A , A&J Home Care, Inc. & Careseekers, 280 N Bedford Rd #204, Mt Kisco, NY 10549.

Heart to Heart Home CarE, D/B/A , Mrs. Mary's Place HCS, Inc., 395 Pearl Street, Brooklyn NY 11201.

Heart to Heart Management LLC, 227 Empire Blvd., Brooklyn NY 11225.

Highgate LTC Management LLC, D/B/A Northwoods Rehabilitation & Extended Care - Cortland, 28 Kellogg Road Cortland, NY 13045.

Highgate LTC Management LLC,D/B/A Northwoods Rehabilitation & Extended Care - Hilltop, 1805 Providence Avenue, Niskayuna, NY 12309.

Highgate LTC Management LLC-Rosewood ,D/B/A Northwoods Rehabilitation & Extended Care - Rosewood 284 Troy Road, Rensselaer, NY 12144.

Highgate LTC Management LLC,D/B/A Northwoods Rehabilitation & Extended Care - Troy , 100 New Turnpike Road, Troy, NY 12182.

Highgate LTC Management, LLC,d/b/a Northwoods Rehabilitation & Extended Care – d/b/a Northwoods Rehabilitation & Extended Care 7 Keeler St, Moravia, NY 13118.

Home Attendant Service of Hyde Park, Inc., 1273 53rd St, Brooklyn, NY 11219.

Home Health Care Services of New York Inc., D/B/A HCS Home Care, 1989 Coney Island Ave, Brooklyn, NY 11223.

Hudson Pointe Acquisition LLC, D/B/A Hudson Pointe at Riverdale Center for Nursing & Rehabilitation, 3220 Henry Hudson Pkwy, The Bronx, NY 10463.

Kingsbridge Heights Receiver, LLC, 32 East 57th Street, 10th Floor, New York New York 10022.

Laconia Nursing Home, Inc. 1050 E. 230th Street, Bronx, NY 10466.

Little Neck Care Center, LLC, 260-19 Nassau Boulevard, Little Neck, NY 11362.

Little Neck Nursing Home LLC , 260-19 Nassau Boulevard, Little Neck, NY 11362.

Magna Management, LLC, 40 Wall St, New York, NY 10005.

MB Consultants, Ltd D/B/A Murray's Chicken, 5190 S Fallsburg Main, South Fallsburg, NY 12779.

MB Food Processing, Inc., 5190 S Fallsburg Main St, South Fallsburg, NY 12779.

Monsey Family Drugstore LLC, 108 B Rt 59 Monsey, NY 10952.

Morans Rest Home LLC, 1741 State Route 32, Modena, NY 12548.

NAE Edison, LLC, D/B/A Edison Home Health Care, LLC , 946 McDonald Ave, Brooklyn, NY 11218.

Nassau Operating Company, LLC, 1 Greenwich Street Hempstead, NY 11550.

Neuman LJ Partners, address unknown

Neuman MN Partners, address unknown

Neuman Nn Partners, address unknown

New Carlton Rehab & Nursing Center LLC, 405 Carlton Avenue, Brooklyn, NY 11238.

New Surfside Nursing Home,22-41 New Haven Avenue Far Rockaway, NY 11691.

Niskayuna Operating Co., LLC, d/b/a Pathways Nursing & Rehabilitation Center, 1805 Providence Avenue, Niskayuna, NY 12309.

NMC Acquisition, LLC, d/b/a Nathan Miller Center for Nursing Care , 37 Dekalb Avenue, White Plaints NY 10605.

North Sea Associates, LLC, 64 County Road 39 Southampton, NY 11968.

Norwich Operating Co., LLC, d/b/a Norwich Rehabilitation and Nursing Center, 88 Calvary Drive, Norwich, NY 13815.

Omega Care Services, Inc., D/B/A Living Waters Home Care Agency, 32 E Kingsbridge Road, Suite 2E, Bronx, NY 10468.

Optima Care Smithtown LLC D/B/A Brookside Multicare Nursing Center F/K/A Avalon Gardens Rehabilitation and Health Care Center, LLC 7 Route 25A, Smithtown, NY 11787.

Palffy Group, LLC, 755 East Monroe Street, Little Falls, NY 13365.

Park Avenue Operating Company, LLC, 425 National Boulevard Long Beach, NY 11561.

Parkview Care and Rehabilitation Center, Inc., 5353 Merrick Road, Massapequa, NY 11758.

Pharney Group, LLC, 20 Wood Court, Tarrytown, NY 10591.

Premier Rehab Solutions, LLC , d/b/a Sunharbor Manor, 255Warner Avenue, Roslyn Heights, NY 11577.

Prokeep Inc., 199 Lee Avenue, Suite 950, Brooklyn NY, 11211.

Ramapo Manor Nursing Center, Inc, 30 Cragmere Rd., Airmont, NY 10901.

Receiver Services, LLC, D/B/A Harbour Health Multicare Center for The Living, 1205 Delaware Ave., Erie, Buffalo, NY, 14209.

Rosewood Care, LLC, d/b/a Rosewood Rehabilitation and Nursing Center, 284 Troy Road, Rensselaer, NY 12144.

Ross Health Care Center, Inc.,, 839 Suffolk Avenue, Brentwood, NY 11717.

Sanford Home for Adults, LLC, 14040 Sanford Ave, Queens, NY 11355.

SC & BP Services, Inc D/B/A SC & BP Services, Inc., 1055 63rd Street, Brooklyn NY 11219.

Sentosa Care, LLC, 100 Daniel Drive, Webster, NY 14580.

Shorefront Operating, LLC, d/b/a Seagate Rehabilitation & Healthcare Center, 3015 W 29th St, Brooklyn, NY 11224.
Stat Portable X-Ray, Inc., , 21118 Union Turnpike, Oakland Gardens, NY 11364.
Sunharbor Acquisition I, LLC, d/b/a Sunharbor Acquisition, LLC, 255 Warner Avenue, Roslyn Heights, NY 11577.
TCPRNC LLC, d/b/a The Plaza Rehab & Nursing, 100 West Kingsbridge Road, Bronx, NY 10468.
Throgs Neck Operating Company, 707 Throgs Neck Expressway Bronx, NY 10465.
Townhouse Operating Company, LLC, 755 Hempstead Turnpike Uniondale, NY 11553.
Troy Operating Center, LLC, d/b/a Diamond Hill Nursing and Rehabilitation Center, 100 New Turnpike Road, Troy, NY 12182.
Upstate Dairy Farms, Inc., 54 Walworth St, Brooklyn, NY 11205.
West Lawrence Care Center Inc., d/b/a West Lawrence Care Center, LLC, 1410 Seagirt Blvd., Far Rockaway, NY 11691.
White Plains Center for Nursing, LLC, 220 West Post Road, White Plains, NY10606.
Willoughby Rehabilitation & Health Care Center LLC, 660 Louisiana Avenue Brooklyn, NY 11239.
Woodmere Dialysis, LLC, The Five Towns Premier Nursing Home and Rehabilitation Center, 1050 Central Ave, Woodmere, NY 11598.
Woodmere Rehabilitation and Health Care Center, Inc., d/b/a Five Towns Premier Rehabilitation and Nursing, 1050 Central Avenue, Woodmere, NY 11598.

**<u>Via</u> US Postal Service <u>US Postal Service</u>**
**<u>Owner Operator Defendants (No attorney representation)</u>**
Gabor Adler, 7 Balint Dr Apt 323, Yonkers NY 10710,;
George Adler, 1 Greenwich Street Hempstead, NY 11550,;
Kwame Amoafo-danquah, 1825 65th St Ste 1, Brooklyn, NY, 11204,;
Agnes Arnestein, 220 West Post Road, White Plains, NY10606,;
Anthony Bacchi, 99 Golden Hill Drive, Kingston, NY 12401,;
Matthew Barbara, 1 Greenwich Street Hempstead, NY 11550,;
Paul Barbara, 3015 West 29th Street, Brooklyn, NY 11224,;
Aaron Becher, 355 Broadway, Lawrence, NY 11598,;
Pola Becher, 250 Beach 17th Street, Far Rockaway, NY 11691;
Aaron Becher, 355 Broadway, Lawrence, NY 11598 ;
Paula Bokow, 722 ALMONT ROAD, FAR ROCKAWAY, NEW YORK, 11691;
Nathan Brach, 378 Syosset-Woodbury Rd, Woodbury, NY 11797;
Joshua Chopp, 1800 Ocean Pkwy, Brooklyn, NY 11223;
David Cohen, 378 Syosset-Woodbury Rd, Woodbury, NY 11797;
David Dachs, 191 Bradley Ave, Staten Island, NY, 10314-5166;
Abraham Eisenberg, 378 Syosset-Woodbury Road, Woodbury, NY 11787
Leon Goldenberg, 495 Pinehurst Court, Roslyn NY 11556;
Solomon Green, 495 Pinehurst Court, Roslyn NY 11586;
Libe Hirsch, 495 Pinehurst Court, Roslyn NY 11556;
Shorefront Jewish Geriatric Center, 495 Pinehurst Court, Roslyn NY 115116;
Ephram Lahasky, 147 Reist Street, Williamsville, NY 14221;
Dovi Marc Faivish, 495 Pinehurst Court, Roslyn NY 11556;
Katherine Muller, 495 Pinehurst Court, Roslyn NY 115106;
Susan Ostreicher, 495 Pinehurst Court, Roslyn NY 11566;
Kenneth Rozenberg, 495 Pinehurst Court, Roslyn NY 11586;
Berish Rubenstein, 951 Broadway, Woodmere, NY 11598  ;
Rivkie Rubenstein, 495 Pinehurst Court, Roslyn NY 11576;
Dina Rubenstein, 495 Pinehurst Court, Roslyn NY 11556;
Ira Rubin, Ira, 495 Pinehurst Court, Roslyn NY 11546;
Boruch Schepps, 495 Pinehurst Court, Roslyn NY 11576;
Pamela Schepps, 495 Pinehurst Court, Roslyn NY 11576;
Nat Scherman, 495 Pinehurst Court, Roslyn NY 11546;
Richard Schildron 495 Pinehurst Court, Roslyn NY 11586;
Peggy Weberman, 495 Pinehurst Court, Roslyn NY 11566;
Philip Weberman, 495 Pinehurst Court, Roslyn NY 11576;

Shlomie Weiss, 6321 New Utrecht Ave., 2nd Floor, Brooklyn, NY 11219-5425;

Ari Weiss, 2357 60th Street, Brooklyn NY 11204;

Robyn Weiss, 495 Pinehurst Court, Roslyn NY 11566, LLC;

Barry Weiss, 2357 60th Street, Brooklyn, NY 11204

Berish Weiss, 2357 60th Street, Brooklyn NY 11204;

Hershel Bedansky, 1273 53rd St, Brooklyn, NY, 11219, Hyde Park;

Howard Belford, 3015 West 29th Street, Brooklyn NY 11224, Baypark Center Nursing & Rehabilitation;

Scott Bialick, 250 Beach 17th Street, Far Rockaway NY 11691, Baypark Center Nursing & Rehabilitation;

Robert Bleier, 22-41 New Haven Avenue, Far Rockaway, NY 11691, Baypark Center Nursing & Rehabilitation;

David Bloom, 136 Beach 117th St Apt 513, Rockaway Park NY 11694, Baypark Center Nursing & Rehabilitation;

Joel Brach, 40 Robert Pitt Dr, Monsey, NY 10952, Monsey Family Drugstore LLC;

Barry Braunstein, 144 S. Oxford Street, Brooklyn NY 11217, Baypark Center Nursing & Rehabilitation;

Murray Bresky, 5190 Main Street, South Fallsburg, NY 12779, Baypark Center Nursing & Rehabilitation;

Steven Brown, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Philip Buchsbaum, 121 Franklin Place Woodmere, NY 11598, Baypark Center Nursing & Rehabilitation;

Richard Busell, 725 Equestrian Way, Westbury, NY 11590, Baypark Center Nursing & Rehabilitation;

Colin C. Hart, 168 W Main St, Springville, NY, 14141, Fiddlers Green Manor Rehabilitation and;

Ira Cammeyer, 1 Greenwich Street Hempstead, NY 11550, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Alan Chopp, 5401 Collins Ave #635 Miami Beach FL 33140, Brookside Multicare Nursing Center;

David Crytryn, 250 Beach 17th Street, Far Rockaway NY 11691, Brookhaven Rehabilitation & Health Care;

Solomon Eidlisz, 250 Beach 17th Street, Far Rockaway NY 11691, Brookhaven Rehabilitation & Health Care;

Neil Einhorn, 3015 West 29th Street, Brooklyn, NY 11224., Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Scott Einiger, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Sam Eisen, 7605 New Utrecht Avenue, Brooklyn NY 11214, Mega Staffing;

Steve Eisman, 801 Coop City Blvd, Bronx NY 10475, Bay Park Center Nursing & Rehabilitation;

Ignatius Elefant, 6355 Broadway, Bronx, NY, 10471, Riverdale Manor Home;

Philipson Family Trust, 3400 Cannon Pl, The Bronx, NY 10463, Kingsbridge Heights Receiver, LLC;

Martin Farbeblum, 495 Pinehurst Court, Roslyn NY 11576, Brookside Multicare Nursing Center;

Michael Farbenblum, 495 Pinehurst Court, Roslyn NY 11576, Eastchester Rehabilitation & Health Care Center, LLC;

Benjamin Farbenblum, 147 Avenue O, 1st Floor, Brooklyn NY 11204, Eastchester Rehabilitation & Health Care Center, LLC;

Ed Farbenslum, 2365 Union Road Cheektowaga, NY 14227, Golden Hill Health Care Center & Rehabilitation;

Esther Farkovitz, 37 Mesier Avenue, Wappinger Falls, NY 12508, Nassau Operating Company, LLC dba Nassau Extended Care Facility;

Esther Farkovitz, 3400 Cannon Pl, The Bronx, NY 10463, Kingsbridge Heights Receiver, LLC;

Lori Fensterman, 801 Coop City Blvd, Bronx NY 10475, Bay Park Center Nursing & Rehabilitation;

Jordan Fensterman, 3 Dakota Drive, Lake Success NY 11042, Baypark Center Nursing & Rehabilitation;

Lori Fensterman, 3 Dakota Drive, Lake Success NY 11042, Bay Park Center Nursing & Rehabilitation;

Robert Fensterman, 3015 West 29th Street, Brooklyn, NY 11224, Bay Park Center Nursing & Rehabilitation;

Robert Fensterman, 3015 West 29th Street, Brooklyn, NY 11224, Bay Park Center Nursing & Rehabilitation;

Staci Fensterman, 3015 West 29th Street, Brooklyn, NY 11224, Bay Park Center Nursing & Rehabilitation;

Samuel Ferrara, address unknown, is an owner of Baypark 3015 West 29th Street, Brooklyn, NY 11224, Bay Park Center Nursing & Rehabilitation;

Mayer Fischl, 2 Sienna Way, Lakewood NJ 08701, Baypark Center Nursing & Rehabilitation;

Benjamin Fishoff, 240 Viola Road, Monsey NY 10952, Bay Park Center Nursing & Rehabilitation;

Benjamin Fishoff, 240 Viola Road, Monsey NY 10952, Bay Park Center Nursing & Rehabilitation;

Patrick Formato, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

John Francher, 46 Cortland St, Homer, NY, 13077, Greenbriar Home for Adults;

David Freid, 2510 Avenue K, 1st Floor, First Door, Brooklyn NY 11210, Brookhaven Rehabilitation & Health Care;

Moshe Freilich,1273 53rd Street, Brooklyn, NY 11219, Greater New York Nursing Services;

Andrew Freundlich, 52 Elmwood Pl Short Hills, NJ 07078, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Sigmund Freundlich, 3015 West 29th Street, Brooklyn, NY 11224, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Leo Friedman, 3400 Cannon Pl, The Bronx, NY 10463, Kingsbridge Heights Receiver, LLC;

David Gast, 14012 State Route 31, Albion, NY, 14411, Comprehensive At Orleans;

Louis Gellis, 3015 West 29th Street, Brooklyn, NY 11224, Highgate LTC Management LLC dba Northwoods Rehabilitation & Extended Care - Rosewood;

William Gillick, 1205 Delaware Ave, Buffalo, NY, 14209, Harbour Health Multi Care Center;

Rivky Goldberger, 250 Beach 17th Street, Far Rockaway NY 11691, Brookhaven Rehabilitation & Health Care;

Jeffrey Goldstein, 3015 West 29th Street, Brooklyn, NY 11224

Anne Gottlieb, 1462 East 27th Street, Brooklyn, NY 11210, White Plains Center for Nursing, LLC;

Niklos Gottlieb, 121 Franklin Place Woodmere, NY 11598, Woodmere Rehabilitation & Health Care Center, Inc. ;

Joel Greenberg, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Eric Greenberger, 46 Mt Ebo Road North, Brewster, NY, 10509, Putnam Ridge;

Eli Greenspan, 11 Virginia Avenue, Clifton, NY 07012, Baypark Center Nursing & Rehabilitation;

Steven Greenstein, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Avrumi Grossman, 1055 63rd Street, Brooklyn, NY 11224, SC & BP;

Marton Guttman, 54 Walworth St, Brooklyn, NY, 11205, Upstate Dairy Farms, Inc.;

Valarie Henry, 736 Allerton Ave Ste 207, Bronx, NY, 10467, BeSure Home Health Services, Inc.;

Ruth Hirsch, 20 Briarwood Lane, Suffern, NY 10901, Eastchester Rehabilitation & Health Care Center, LLC;

Johanan Hirsch, 1714 60th Street, Middle Door, Brooklyn NY 11204, Eastchester Rehabilitation & Health Care Center, LLC;

Leopold Hirsch, 551 Fifth Avenue, Suite 2500, New York, NY 10176, Eastchester Rehabilitation & Health Care Center, LLC;

Pinchos Hoffman, 70-35 Vleigh Place, Flushing NY 11367, North Sea Associates, LLC dba The Hamptons Center for Rehabilitation and Nursing;

David Hoffman, 233 E 69TH ST, New York NY 10021, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Steven J Eisman, 3015 West 29th Street, Brooklyn, NY 11224,

Leonard Janklowicz, 1353 47th Street, Brooklyn, NY 11219,

Jack Janklowitz, 1353 47th Street, Brooklyn, NY 11219,

David Jones, 4 Cedar St, Massapequa, NY 11758,

Judith Jones, 5353 Merrick Road Massapequa, NY 11758,

Mendel Kaff, 1273 53rd Street, Brooklyn, NY 11219,

Eric Kalt, 3015 West 29th Street, Brooklyn, NY 11224,

Yoel Karpen, 3048 Brighton 1st St Ste 4, Brooklyn, NY, 11235,

Miriam Karpf, 5353 Merrick Road Massapequa, NY 11758,

Allen Kass, 131 Hickory Kingdom Rd, Bedford, NY 10506,

Martin Kass, 2061 58th Street, Brooklyn NY 11204,

Shelley Katz, 2061 58th Street, Brooklyn NY 11204,

Manny Kaufman, 100 New Turnpike Rd, Troy, NY, 12182, Diamond Hill Nursing and Rehabilitation;

Alan Kessler,129 Prospect Avenue, Cedarhurst, NY 11516, Baypark Center Nursing & Rehabilitation;

Arnold Klapper, 2311 Olean Street, Brooklyn, NY 11210, Eastchester Rehabilitation & Health Care Center, LLC;

George Klein, 2824 Clubhouse Rd, Merrick NY 11566, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Larry Klein, 3015 West 29th Street, Brooklyn, NY 11224., Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Eleanor Kluger, 30 Cragmere Rd, Suffern, NY, 10901, Ramapo Manor;

Robert Kolman, 121 Franklin Place Woodmere, NY 11598, North Sea Associates, LLC dba The Hamptons

Center for Rehabilitation and Nursing;
Dean Koplik, 5190 S Fallsburg Main St South Fallsburg NY 12779, MB Food Processing, Inc.;
Dean Korlik, 5190 S Fallsburg Main St, South Fallsburg, NY 12779, Baypark Center Nursing & Rehabilitation;
William Korn, 4706 Beach 47th Street, 1st Floor, Brooklyn NY 11224, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;
Irina Kostetsky; 1 Greenwich Street Hempstead, NY 11550, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;
Howard Krant, 5353 Merrick Road Massapequa, NY, 11758, Highgate LTC Management LLC dba Northwoods Rehabilitation & Extended Care - Cortland;
Yechiel Landa, 182 Briarwood Crossing, Lawrence, NY 11559, Brookhaven Rehabilitation & Health Care;
Ben Landa,182 Briarwood Crossing, Lawrence, NY 11559, Brookhaven Rehabilitation & Health Care;
Benjamin Landa, 182 Briarwood Crossing, Lawrence, NY 11559, Brookside Multicare Nursing Center;
Benjamin Landa, 193 S Union Rd, Williamsville, NY, 14221, Golden Living Centers LLC;
Ben Landa,182 Briarwood Crossing, Lawrence, NY 11559, Pathways Nursing & Rehabilitation Center;
Ben Landa,182 Briarwood Crossing, Lawrence, NY 11559, Rosewood Rehabilitation and Nursing Cent;
David Landa, 169 Davenport Ave, New Haven, CT 06519, The Landa Group;
Nathan Landau, 420 Broadway, Brooklyn, NY 11211, Clinical Staffing Resources Corp.;
James Lapolla, 424 E 147th St # 4, Bronx, NY,, Home Health Management Services;
Tibor Lebovich, 99 Golden Hill Dr, Kingston, NY 12401, Golden Hill Health Care Center & Rehabil;
Morty Lehasky,14012 State Route 31, Albion, NY, 14411, Comprehensive At Orleans;
Morty Lehasky, 147 Reist St, Williamsville, NY, 14221, Comprehensive of Williamsville;
David Leifer, 1273 53rd St, Brooklyn, NY, 11219, Home Attendant Services of Hyde Park;
Barry Leistner, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;
Chana Lerner, 1020 Ocean Parkway, Brooklyn, NY 11230, Baypark Center Nursing & Rehabilitation;
Michael Levitan, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;
Rich Levitan, 121 Franklin Place Woodmere, NY 11598, Baypark Center Nursing & Rehabilitation;
Teddy Lichtscein, 12 Mark Drive, Spring Valley, NY 10977, Brookhaven Rehabilitation & Health Care;
Sam Mayerovitz, address unknown,
The Landa Group, address unknown
Girshas Minster, 1 Greenwich Street Hempstead, NY 11550, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;
Gabriel Mordechey, 250 Beach 17th Street, Far Rockaway NY 11691, Brookhaven Rehabilitation & Health Care;
Gavriel Mordechaev, 250 Beach 17th Street, Far Rockaway NY 11691
Sharyn Mukamal, 3015 West 29th Street, Brooklyn, NY 11224, Bay Park Center Nursing & Rehabilitation;
Laurie Netzer, 3015 West 29th Street, Brooklyn, NY 11224., Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;
Leo Oberlander, 78 Birchwood Dr, Huntington Station, NY, 11746, Birchwood Rest Home d/b/a S & L Birchwood, LLC;
Sander Oberlander, 2107 Ditmas Ave, Brooklyn, NY, 11226, Ditmas Park Care;
Milton Ostreicher, 250 Beach 17th Street, Far Rockaway NY 11691, Brookhaven Rehabilitation & Health Care;
Irwin Peckman, 3015 West 29th Street, Brooklyn NY 11224, Baypark Center Nursing & Rehabilitation;
Deborah Philipson, 22 Pleasant Ridge Road, Spring Valley, NY 10977, Brookhaven Rehabilitation & Health Care;
Bent Philipson, 22 Pleasant Ridge Road, Spring Valley, NY 10977, Brookside Multicare Nursing Center;
Ben Philipson, 22 Pleasant Ridge Road, Spring Valley, NY 10977, Brookside Multicare Nursing Center;
Robert Pines, address unknown, is an owner of Baypark 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;
Israel Pollack, 25 Calvert Drive, Unit 1, Monsey NY 10952, North Sea Associates, LLC dba The Hamptons Center for Rehabilitation and Nursing;
Jacob Pollack, 25 Calvert Drive, Unit 1, Monsey NY 10952, North Sea Associates, LLC dba The Hamptons Center for Rehabilitation and Nursing;
Theodore Pollak, 250 Beach 17th Street, Far Rockaway NY 11691, Brookhaven Rehabilitation & Health Care;
Renee Pollak, 121 Franklin Place Woodmere, NY 11598, Woodmere Rehabilitation & Health Care Center,

Inc;

Michael Pruzansky, 64 County Road 39 Southampton, NY 11968, North Sea Associates, LLC dba The Hamptons Center for Rehabilitation and Nursing;

Diana R. Koehler, 3015 West 29th Street, Brooklyn, NY 11224, Highgate LTC Management LLC dba Northwoods Rehabilitation & Extended Care - Hilltop;

Jonathon Redner, 273 53rd St, Brooklyn, NY, 11219

Lawrence Reichenberger, 3015 West 29th Street, Brooklyn, NY 11224., Baypark Center Nursing & Rehabilitation;

Mark Reisman, 2357 60th St, Brooklyn, NY 11204, Edison Home Health Care;

Richard Bursek, 99 Golden Hill Dr, Kingston, NY 12401, Golden Hill Health Care Center & Rehabil;

Mayer Rispler, 755 Hempstead Turnpike, Uniondale, NY 11553, Townhouse Center for Rehab & Nursing;

Berish Rubenstein, 951 Broadway, Woodmere, NY 11598, Baypark Center Nursing & Rehabilitation;

Malky Saffran, 121 Franklin Place Woodmere, NY 11598, Woodmere Rehabilitation & Health Care Center;

Samuel Schlesinger,1040 EAST 22ND Street, Brooklyn, NY 11210, Allstate ASO;

Jacob Schoenberger, 65 Lafayette St, Spring Valley, NY, 10977, Evergreen Court Home for Adults;

Michael Schwartz, 51 Villas Circle, Melville, NY 11747, Nassau Operating Company, LLC dba Nassau Extended Care Facility;

Leslie Shafrank, 755 Hempstead Turnpike, Uniondale, NY 11553Lorraine Takesky, address unknown, Throgs Neck Operating Company, LLC dba Throgs Neck Extended Care Facility;

Henry Shayovitz, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Agnes Shemia, 1989 Coney Island Ave, Brooklyn, NY 11223, HCS Homecare;

Jeff Shemia, 1989 Coney Island Ave, Brooklyn, NY 11223, HCS Homecare;

Israel Sherman, 822 Cedar Avenue, Niagara Falls, NY 14301,

Samuel Sherman, 822 Cedar Avenue, Niagara Falls, NY 14301,

Leah Sherman,168 W Main St, Springville, NY, 14141,

Warren Sherman,1273 53rd St, Brooklyn, NY, 11219,

Sam Sherman, 822 Cedar Avenue, Niagara Falls, NY 14301,

Nat Sherman, 220 West Post Road, White Plains, NY10606,

Samuel Sherman,168 W Main St, Springville, NY, 14141

Hindy Sirkis, 5814 17th Ave, Brooklyn, NY 11204, Baypark Center Nursing & Rehabilitation;

Moshe Sirkis, 220 West Post Road, White Plains, NY10606, Baypark Center Nursing & Rehabilitation;

Dominic Spira Md,1335 Portland Ave, Rochester, NY, 14621, New Roc Nursing & Rehabilitation;

Jonathan Steinberg, 70-20 Austin St., Suite 135 Forest Hills, NY 11375, Caring Companion Services, Inc;

Miriam Steinberg, 1400 Pelham Parkway South, New York NY 10461, Caring Companion Services, Inc;

Ronald Stern, 6 Donde Lane, East Northport NY 11720,, Preferred Home Care of NY;

Kenneth Tessler, 2214 Avenue I Brooklyn, NY 11210, Baypark Center Nursing & Rehabilitation;

Aaron Unger, 14744 76th Ave, Flushing, NY 11376, Brookhaven Rehabilitation & Health Care;

Eila Vinitzky, 144-12 75th Ave, Flushing, New York 11367, Expert Care Staffing, LLC & Staffing Age;

Yuliya Vinokurova, 99 Golden Hill Dr, Kingston, NY 12401, Golden Hill Health Care Center & Rehabil;

Jeffrey Vogel, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Sherman Vogel, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Toby Weinberger, 250 Beach 17th Street, Far Rockaway NY 11691, Brookhaven Rehabilitation & Health Care;

Zoltan Weinberger, 54 Walworth St, Brooklyn, NY, 11205, Upstate Dairy Farms, Inc.;

Regina Weinstock, 28 Burton Avenue, Woodmere, NY 11498, Eastchester Rehabilitation & Health Care Center, LLC;

Michael Weiss, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Shlomie Weiss, 6321 New Utrecht Ave., 2nd Floor, Brooklyn, NY 11219-5425, Clinical Staffing Resources Corp.;

Ari Weiss, 2357 60th Street, Brooklyn NY 11204, Edison Home Health Care;

Robyn Weiss, 3015 West 29th Street, Brooklyn, NY 11224., Park Avenue Operating Company, LLC dba Park Avenue Extended Care Facility;

Berish Weiss, 2357 60th Street, Brooklyn NY 11204, Preferred Home Care of NY;

Chaya Willinger, 46 Mt Ebo Road North, Brewster, NY 10509, Putnam Ridge;

Robert Wolf, 250 Beach 17th Street, Far Rockaway NY 11691, Brookhaven Rehabilitation & Health Care;

Peyman Younesi, 309 Rutledge Street, Suite 2B, Brooklyn, New York 11211, Clear Choice Medical PC;

Mark Zaffrin, 3015 West 29th Street, Brooklyn, NY 11224, Baypark Center Nursing & Rehabilitation;

Robert Wolf, 250 Beach 17th Street, Far Rockaway NY 11691;
Peyman Younesi, 309 Rutledge Street, Suite 2B, Brooklyn, New York 11211;
Kenneth Zitter, 495 Pinehurst Court, Roslyn NY 11586;
David Zohler, 1055 63rd Street, Brooklyn, NY 11219;
Ephraim Zagelbaum, 88 Calvary Dr, Norwich, NY, 13815;
Ephraim Zagelbaum, 755 East Monroe St, Little Falls, NY, 13365;
David Zohler, 1055 63rd Street, Brooklyn, NY 11219 ;

Union Defendant Local 1199 of the Service Employees International Union, 498 7th Avenue, New York, NY 10018;

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**EDNY Case No. 2:20-cv-06291-GRB-AKT Bay Park Center for Nursing & Rehabilitation LLC et. al. v. Philipson et al;**

**Noticed via US Postal Service**
**Employer Defendants (no attorney representation):**

Bay Park Center for Nursing and Rehabilitation LLC 801 Co-op City Blvd  Bronx, NY 10475
Brookhaven Rehabilitation and Health Care Center, LLC 250 Beach 17th Street Far Rockaway, NY 11691
BNH Beach 17th St. LLC 250 Beach 17th Street Far Rockaway, NY 11691
Eastchester Rehabilitation and Health Care Center, LLC 2700 Eastchester Road Bronx, NY 10469
Golden Gate Rehabilitation and Health Care Center LLC 191 Bradley Avenue Staten Island, NY 10314
North Sea Associates, LLC 64 County Road 39 Southampton, NY 11968
Nassau Operating Company, LLC 1 Greenwich Street Hempstead, NY 11550
NEW SURFSIDE NURSING HOME 22-41 New Haven Avenue Far Rockaway, NY 11691
Park Avenue Operating Company, LLC 425 National Boulevard Long Beach, NY 11561
Bayview Manor LLC   One Long Beach Road Island Park, NY 11558
Caring Family Nursing & Rehabilitation Center 22-41 New Haven Ave, Far Rockaway, NY 11691
Nassau Nursing & Rehabilitation Center 1 Greenwich Street Hempstead, NY 11550
Park Avenue Extended Care Facility 425 National Boulevard Long Beach, NY 11561
South Point Plaza Nursing & Rehabilitation Center One Long Beach Road Island Park, NY 11558
Spring Creek Rehabilitation & Nursing Care Center 660 Louisiana Avenue Brooklyn, NY 11239
The Hamptons Center for Rehabilitation & Nursing 64 County Road 39 Southampton, NY 11968
Throgs Neck Rehabilitation & Nursing, 707 Throgs Neck Expressway Bronx, NY 10465
Willoughby Rehabilitation & Health Care Center LLC 660 Louisiana Avenue Brooklyn, NY 11239
Throgs Neck Operating Company, LLC 707 Throgs Neck Expressway Bronx, NY 10465
Townhouse Center for Rehabilitation and Nursing 755 Hempstead Turnpike Uniondale, NY 11553
Townhouse Operating Company, LLC 755 Hempstead Turnpike Uniondale, NY 11553
All American School Bus Corp 1108 30th Ave, Queens, NY 11102
Allstate Administrators, LLC d/b/a Allstate ASO 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO 462 Ocean Parkway, Brooklyn, NY 11218
Amerifalls, LLC D/B/A Niagara Rehabilitation and Nursing Center, 822 Cedar Avenue, Niagara Falls, NY 14301
Assistcare Home Health Services, LLC d/b/a Preferred Home Care of New York , 1267 57th St #1P, Brooklyn, NY 11219
Atlanticare Management LLC d/b/a Putnam Ridge, 46 Mount EBO Road North, Brewster, NY 10509
Avalon Gardens Rehabilitation & Health Care Center, LLC d/b/a Brookside Multicare Nursing Center and Optima Care Smithtown, LLC, 7 Route 25A, Smithtown, NY11787.
B&B Management LLC , 1624 Webster Ave, The Bronx, NY 10457
Bay Park Center for Nursing & Rehabilitation LLC, 3015 West 29th Street, Brooklyn, NY 11224
Bayview Rest Home, LLC d/b/a Bayview Home for Adults, 143 E Main Street, Babylon, NY 11702

Besure Home Health Services, Inc. 736 Allerton Ave, The Bronx, NY 10467

Birchwood Suites Realty LLC d/b/a Birchwood Rest Home, 423 Clay Pitts Rd., East Northport, NY 11731

Blue Star Staffing, LLC , 1463 66th Street, Brooklyn, NY 1121

Caring Companion Services, Inc 2431 Healy Avenue, Far Rockaway, NY 11691

Caring Professionals, Inc. 70-20 Austin Street, Suite 135, Forest Hills, NY 11375

Cayuga Ridge, LLC d/b/a Cayuga Ridge Extended, 1229 Trumansburg Road, Ithaca, NY 14850.

Clear Choice Medical PC , 309 Rutledge St Ste 2B , Brooklyn NY 11211

Clinical Staffing Resources, 420 Broadway, Floor 3, Brooklyn NY 11211

Cold Spring Acquisition, LLC, 378 Syosset-Woodbury Road, Woodbury, NY 11797;

Comfort Loving Care, Inc. , 10 Nesher Court, Monsey, NY 10952

Comprehensive at Dunkirk LLC D/B/A Symphony Living at Dunkirk, 319 Washington Ave, Dunkirk, NY, 14048

Comprehensive at Lancaster LLC D/B/A Symphony Manor at Lancaster , 5539 Broadway, Lancaster, NY 14086

Comprehensive at Orleans LLC ("Comp Orleans") , 14012 Route 31, Albion, NY 14411

Comprehensive at Orleans- Payroll LLC , 14012 Route 31, Albion, NY 14411

Comprehensive at Williamsville LLC ("Comp Williamsville") , 147 Reist Street, Williamsville, NY 14221

Comprehensive at Williamsville-Payroll LLC , 147 Reist Street, Williamsville, NY 14221

Comprehensive Cleaning Corp. D/B/A Comprehensive Cleaning Company, , 18 Chester Avenue, Brooklyn NY 11218

Curis Medical Staffing, LLC D/B/A Curis Medical Staffing, LLC , 121 State St, Albany, NY, 12207

Diamond Hill Operator LLC D/B/A Diamond Hill Nursing and Rehabilitation Center , 100 New Turnpike Rd, Troy, NY 12182

Eagle Home Care LLC D/B/A Eagle Home Care LLC , 3048 Brighton 1st St, Brooklyn, NY 11235

Elcor Management, LLC , 48 Colonial Dr, Horseheads, NY 14845

Elcor Operating Company, LLC ("Elcor") , 48 Colonial Drive, Horseheads, NY 14845.

Expert Care Staffing, LLC , 144-12 75th Ave, Flushing New York 11367

Fair Management Consulting Company, LLC D/B/A Fair Management Consulting Co. , 2107 Ditmas Avenue, Brooklyn, NY 11226

Garden Care Center, Inc ("Garden Care"), , 135 Franklin Avenue, Franklin Square, NY 11010.

Garden Home Care LLC , 3456 Delaware Ave , Buffalo NY 14217

Golden Living Centers, LLC , 193 South Union Road; Williamsville, NY 14221

Grace Plaza Nursing and Rehabilitation Center d/b/a Pinegrove Manor LLC, 15 Saint Paul's Place, Great Neck NY 11021

Golden Hill Health Care Center & Rehabilitation Center, 99 Golden Hill Drive, Kingston 12402

Greater New York Home Care, Inc 6321 New Utrecht Ave., 2nd Fl, Brooklyn, NY 11219

Greater New York Home Care, LLC D/B/A Greater New York Services Inc., 1461-64Th Street, Brooklyn NY 11219.

Greenbriar Adult Home, LLC D/B/A Greenbriar Home for Adults , 26 Old Rte 82, Millbrook, NY 12545

Harry's Nurses Registry, Inc. 88-25 163rd St, Jamaica, NY 11432

HCS Certified Home Care Ny, Inc. D/B/A Girling Home Care of Ny, Inc. 118A Battery Ave, Brooklyn, NY 11209

HCS Home Care of Westchester D/B/A A&J Home Care, Inc. & Careseekers , 280 N Bedford Rd #204, Mt Kisco, NY 10549

Heart to Heart Home Care D/B/A Mrs. Mary's Place HCS, Inc. , 395 Pearl Street, Brooklyn NY 11201

Heart to Heart Management LLC , 227 Empire Blvd., Brooklyn NY 11225

Highgate LTC Management LLC D/B/A Northwoods Rehabilitation & Extended Care - Cortland , 28 Kellogg Road Cortland, NY 13045

Highgate LTC Management LLC D/B/A Northwoods Rehabilitation & Extended Care - Hilltop , 1805 Providence Avenue, Niskayuna, NY 12309

Highgate LTC Management LLC-Rosewood D/B/A Northwoods Rehabilitation & Extended Care - Rosewood 284 Troy Road, Rensselaer, NY 12144

Highgate LTC Management LLC D/B/A Northwoods Rehabilitation & Extended Care - Troy , 100 New Turnpike Road, Troy, NY 12182

Highgate LTC Management, LLC d/b/a Northwoods Rehabilitation & Extended Care – d/b/a Northwoods Rehabilitation & Extended Care 7 Keeler St, Moravia, NY 13118

Home Attendant Service of Hyde Park, Inc. , 1273 53rd St, Brooklyn, NY 11219

Home Health Care Services Of New York Inc D/B/A HCS Home Care , 1989 Coney Island Ave, Brooklyn, NY 11223

Hudson Pointe Acquisition LLC D/B/A Hudson Pointe At Riverdale Center for Nursing & Rehabilitation , 3220 Henry Hudson Pkwy, The Bronx, NY 10463

Kingsbridge Heights Receiver, LLC , 32 East 57th Street, 10th Floor, New York New York 10022

Laconia Nursing Home, Inc. ("Laconia") , 1050 E. 230th Street, Bronx, NY 10466.

Little Neck Care Center, LLC ("Little Neck Care") , 260-19 Nassau Boulevard, Little Neck, NY 11362.

Little Neck Nursing Home LLC ("Little Neck") , , 260-19 Nassau Boulevard, Little Neck, NY 11362.

Magna Management, LLC , 40 Wall St, New York, NY 10005

MB Consultants, Ltd D/B/A Murray's Chicken , 5190 S Fallsburg Main, South Fallsburg, NY 12779

MB Food Processing, Inc. , 5190 S Fallsburg Main St, South Fallsburg, NY 12779

Monsey Family Drugstore LLC , 108 B Rt 59 Monsey, NY 10952

Morans Rest Home LLC , 1741 State Route 32, Modena, NY 12548

NAE Edison, LLC D/B/A Edison Home Health Care, LLC , 946 McDonald Ave, Brooklyn, NY 11218

New Carlton Rehab & Nursing Center LLC, 405 Carlton Avenue, Brooklyn, NY 11238.

Niskayuna Operating Co., LLC d/b/a Pathways Nursing & Rehabilitation Center, 1805 Providence Avenue, Niskayuna, NY 12309.

NMC Acquisition, LLC d/b/a Nathan Miller Center for Nursing Care , 37 Dekalb Avenue, White Plaints NY 10605.

Norwich Operating Co., LLC d/b/a Norwich Rehabilitation and Nursing Center , 88 Calvary Drive, Norwich, NY 13815.

Omega Care Services, Inc. D/B/A Living Waters Home Care Agency , 32 E Kingsbridge Road, Suite 2E, Bronx, NY 10468

Optima Care Smithtown LLC D/B/A Brookside Multicare Nursing Center F/K/A Avalon Gardens Rehabilitation and Health Care Center, LLC 7 Route 25A, Smithtown, NY 11787

Palffy Group, LLC, 755 East Monroe Street, Little Falls, NY 13365

Parkview Care and Rehabilitation Center, Inc ("Parkview"), 5353 Merrick Road, Massapequa, NY 11758.

Pharney Group, LLC, 20 Wood Court, Tarrytown, NY 10591.

Premier Rehab Solutions, LLC d/b/a Sunharbor Manor , 255Warner Avenue, Roslyn Heights, NY 11577

Prokeep Inc. , 199 Lee Avenue, Suite 950, Brooklyn NY, 11211

Ramapo Manor Nursing Center, Inc. , 30 Cragmere Rd., Airmont, NY 10901

Receiver Services, LLC D/B/A Harbour Health Multicare Center for The Living , 1205 Delaware Ave., Erie, Buffalo, NY, 14209

Rosewood Care, LLC d/b/a Rosewood Rehabilitation and Nursing Center , 284 Troy Road, Rensselaer, NY 12144.

Rosewood D/B/A Northwoods Rehabilitation & Extended Care – Troy , 100 New Turnpike Rd, Troy New York, 12182

Ross Health Care Center, Inc. is a Corporation duly formed under the laws of the State of New York with offices and principal place of business at 839 Suffolk Avenue, Brentwood, NY 11717;

Sanford Home for Adults, LLC , 14040 Sanford Ave, Queens, NY 11355

SC & BP Services, Inc. D/B/A Sc & Bp Services, Inc. , 1055 63rd Street, Brooklyn NY 11219

Sentosa Care, LLC 100 Daniel Drive, Webster, NY 14580

Shorefront Operating, LLC d/b/a Seagate Rehabilitation & Healthcare Center, 3015 W 29th St, Brooklyn, NY 11224.

Stat Portable X-Ray, Inc. , 21118 Union Turnpike, Oakland Gardens, NY 11364

Sunharbor Acquisition I, LLC d/b/a Sunharbor Acquisition, LLC, 255 Warner Avenue, Roslyn Heights, NY 11577

The Landa Group, 182 Briarwood Crossing, Lawrence, NY 11559

TCPRNC LLC d/b/a The Plaza Rehab & Nursing, 100 West Kingsbridge Road, Bronx, NY 10468

Troy Operating Center, LLC d/b/a Diamond Hill Nursing and Rehabilitation Center , 100 New Turnpike Road, Troy, NY 12182.

Upstate Dairy Farms, Inc. , 54 Walworth St, Brooklyn, NY 11205

West Lawrence Care Center Inc. d/b/a West Lawrence Care Center, LLC, 1410 Seagirt Blvd., Far Rockaway, NY 11691

White Plains Center for Nursing, LLC, 220 West Post Road, White Plains, NY10606

Woodmere Dialysis, LLC , The Five Towns Premier Nursing Home and Rehabilitation Center, 1050 Central Ave, Woodmere, NY 11598

Woodmere Rehabilitation and Health Care Center, Inc. d/b/a Five Towns Premier Rehabilitation and Nursing, 1050 Central Avenue, Woodmere, NY 11598

**Via US Postal Service**
**Owner Operator Defendants (No attorney representation)**
Aaron Becher with a last known address of 355 Broadway, Lawrence, NY 11598
Aaron Unger with a last known address of 14744 76th Ave, Flushing, NY 11376
Avi Philipson, with last known address of 22 Pleasant Ridge Road, Spring Valley, NY 10977
Agnes Arnestein, 220 West Post Road, White Plains, NY10606
Alan Chopp with a last known address of 5401 Collins Ave #635 Miami Beach FL 33140
Alan Kessler with a last known address of 129 Prospect Avenue, Cedarhurst, NY 11516
Allen Kass with a last known address of 131 Hickory Kingdom Rd, Bedford, NY 10506
Andrew Freundlich with a last known address of 52 Elmwood Pl Short Hills, NJ 07078
Anne Gottleib with a last known address of 1462 East 27th Street, Brooklyn, NY 11210
Anthony Bacchi with a last known address of 99 Golden Hill Drive, Kingston, NY 12401
Arnold Klapper with a last known address of 2311 Olean Street, Brooklyn, NY 11210
Barry Leistner, 3015 West 29th Street, Brooklyn, NY 11224
Ben Philipson with a last known address of 22 Pleasant Ridge Road, Spring Valley, NY 10977
Ben Landa with a last known address of 182 Briarwood Crossing, Lawrence, NY 11559
Benjamin Landa with a last known address of 182 Briarwood Crossing, Lawrence, NY 11559
Benjamin Farbenblum with a last known address of 147 Avenue O, 1st Floor, Brooklyn NY 11204
Benjamin Fishoff with a last known address of 240 Viola Road, Monsey NY 10952
Bent Philipson with a last known address of 22 Pleasant Ridge Road, Spring Valley, NY 10977
Berish Rubenstein with a last known address of 951 Broadway, Woodmere, NY 11598
Chana Lerner with a last known address of 1020 Ocean Parkway, Brooklyn, NY 11230
David Bloom with a last known address of 136 Beach 117th St Apt 513, Rockaway Park NY 11694
David Freid with a last known address of 2510 Avenue K, 1st Floor, First Door, Brooklyn NY 11210
David Hoffman with a last known address of 233 E 69TH ST, New York NY 10021
David Jones with a last known address of 4 Cedar St, Massapequa, NY 11758
Deborah Philipson with a last known address of 22 Pleasant Ridge Road, Spring Valley, NY 10977
Diana R. Koehler, 3015 West 29th Street, Brooklyn, NY 11224
Dianna Koehler, 3015 West 29th Street, Brooklyn, NY 11224
Eugene Nachamkin, 9 Covington Court, Schenectady, NY 12309
Eli Greenspan with a last known address of 11 Virginia Avenue, Clifton, NY 07012
Eric Kalt, 3015 West 29th Street, Brooklyn, NY 11224
Esther Farkovits with a last known address of 37 Mesier Avenue, Wappinger Falls, NY 12508
Gabor Adler with a last known address of 7 Balint Dr Apt 323, Yonkers NY 10710
Gabriel Mordechey, 250 Beach 17th Street, Far Rockaway NY 11691
Gavriel Mordechaev, 250 Beach 17th Street, Far Rockaway NY 11691
George Adler, 1 Greenwich Street Hempstead, NY 11550
George Klein with a last known address of 2824 Clubhouse Rd, Merrick NY 11566
Girshas Minster, 1 Greenwich Street Hempstead, NY 11550
Helen Webster with a last known address of 1840 58th Street, Brooklyn NY 11204
Henry Shayovitz, 3015 West 29th Street, Brooklyn, NY 11224
Hindy Sirkis with a last known address of 5814 17th Ave, Brooklyn, NY 11204
Howard Belford with a last known address of 3015 West 29th Street, Brooklyn NY 11224
Howard Krant, 5353 Merrick Road Massapequa, NY 11758
Ira Cammeyer, 1 Greenwich Street Hempstead, NY 11550
Irina Kostesky, 1 Greenwich Street Hempstead, NY 11550
Irwin Peckman with a last known address of 3015 West 29th Street, Brooklyn NY 11224
Israel Pollack with a last known address of 25 Calvert Drive, Unit 1, Monsey NY 10952
Jack Janklowitz with a last known address of 1353 47th Street, Brooklyn, NY 11219
Jacob Pollack with a last known address of 25 Calvert Drive, Unit 1, Monsey NY 10952
Johanan Hirsch with a last known address of 1714 60th Street, Middle Door, Brooklyn NY 11204
Jeffrey Goldstein, 3015 West 29th Street, Brooklyn, NY 11224
Jeffrey Vogel, 3015 West 29th Street, Brooklyn, NY 11224
Joel Greenberg, 3015 West 29th Street, Brooklyn, NY 11224

Jordan Fensterman with a last known address of 3 Dakota Drive, Lake Success NY 11042
Judith Jones, 5353 Merrick Road Massapequa, NY 11758
Kenneth Tessler with a last known address of 2214 Avenue I Brooklyn, NY 11210
C. Kenneth Tesslar, 3015 West 29th Street, Brooklyn, NY 11224
Larry Klein, 3015 West 29th Street, Brooklyn, NY 11224.
Laurie Netzer, 3015 West 29th Street, Brooklyn, NY 11224.
Lawrence Reichenberger, 3015 West 29th Street, Brooklyn, NY 11224.
Leonard Janklowicz with a last known address of 1353 47th Street, Brooklyn, NY 11219
Leopold Hirsch with a last known address of 551 Fifth Avenue, Suite 2500, New York, NY 10176
Leslie Shafrank, 755 Hempstead Turnpike, Uniondale, NY 11553
Lorraine Takesky, address unknown
Louis Gellis, 3015 West 29th Street, Brooklyn, NY 11224
Lori Fensterman with a last known address of 3 Dakota Drive, Lake Success NY 11042
Malky Saffran, 121 Franklin Place Woodmere, NY 11598
Mark Zaffrin, 3015 West 29th Street, Brooklyn, NY 11224
Martin Farbeblum with a last known address of 495 Pinehurst Court, Roslyn NY 11576
Martin Kass with a last known address of 2061 58th Street, Brooklyn NY 11204
Matthew Barbara, 1 Greenwich Street Hempstead, NY 11550
Mayer Rispler, 755 Hempstead Turnpike, Uniondale, NY 11553
Michael Levitan, 3015 West 29th Street, Brooklyn, NY 11224
Michael Pruzansky, 64 County Road 39 Southampton, NY 11968
Mayer Fischl with a last known address of 2 Sienna Way, Lakewood NJ 08701
Michael Farbenblum with a last known address of 495 Pinehurst Court, Roslyn NY 11576
Michael Weiss, 3015 West 29th Street, Brooklyn, NY 11224
Milton Ostreicher, 250 Beach 17th Street, Far Rockaway NY 11691
Miriam Karpf, 5353 Merrick Road Massapequa, NY 11758
Moshe Sirkis, 220 West Post Road, White Plains, NY10606
Nat Sherman, 220 West Post Road, White Plains, NY10606
Neil Einhorn, 3015 West 29th Street, Brooklyn, NY 11224
Niklos Gottlieb, 121 Franklin Place Woodmere, NY 11598
Patrick Formato, 3015 West 29th Street, Brooklyn, NY 11224
Paul Barbara, 3015 West 29th Street, Brooklyn, NY 11224
Philip Buchsbaum, 121 Franklin Place Woodmere, NY 11598
Michael Schwartz with a last known address of 51 Villas Circle, Melville, NY 11747
Pinchos Hoffman with a last known address of 70-35 Vleigh Place, Flushing NY 11367
Regina Weinstock with a last known address of 28 Burton Avenue, Woodmere, NY 11498
Renee Pollak, 121 Franklin Place Woodmere, NY 11598
Rich Levitan, 121 Franklin Place Woodmere, NY 11598
Richard Busell with a last known address of 725 Equestrian Way, Westbury, NY 11590
Richard Schildron, 3015 West 29th Street, Brooklyn, NY 11224
Rivky Goldberger, 250 Beach 17th Street, Far Rockaway NY 11691
Robert Wolf,250 Beach 17th Street, Far Rockaway NY 11691
Robert Bleier, 22-41 New Haven Avenue, Far Rockaway, NY 11691
Robert Fensterman, 3015 West 29th Street, Brooklyn, NY 11224
Robert Kolman, 121 Franklin Place Woodmere, NY 11598
Robert Pines, address unknown, is an owner of Baypark 3015 West 29th Street, Brooklyn, NY 11224
Robyn Weiss, 3015 West 29th Street, Brooklyn, NY 11224.
Ronald Stern with a last known address of 6 Donde Lane, East Northport NY 11720
Ruth Hirsch with a last known address of 20 Briarwood Lane, Suffern, NY 10901
Shelley Katz with a last known address of 2061 58th Street, Brooklyn NY 11204
Shelly Nakdimen with a last known address of 7 Carlton Lane, Monsey NY 10952
Samuel Ferrara, address unknown, is an owner of Baypark 3015 West 29th Street, Brooklyn, NY 11224
Scott Bialick, 250 Beach 17th Street, Far Rockaway NY 11691
Scott Einiger, 3015 West 29th Street, Brooklyn, NY 11224
Sharyn Mukamal, 3015 West 29th Street, Brooklyn, NY 11224
Sherman Vogel, 3015 West 29th Street, Brooklyn, NY 11224
Sigmund Freundlich, 3015 West 29th Street, Brooklyn, NY 11224

Solomon Eidlisz, 250 Beach 17th Street, Far Rockaway NY 11691
Staci Fensterman, 3015 West 29th Street, Brooklyn, NY 11224
Steven Brown, 3015 West 29th Street, Brooklyn, NY 11224
Steven Greenstein, 3015 West 29th Street, Brooklyn, NY 11224
Steven J Eisman, 3015 West 29th Street, Brooklyn, NY 11224
Theodore Pollak, 250 Beach 17th Street, Far Rockaway NY 11691
Toby Weinberger, 250 Beach 17th Street, Far Rockaway NY 11691
Teddy Lichtscein with a last known address of 12 Mark Drive, Spring Valley, NY 10977
William Korn with a last known address of 4706 Beach 47th Street, 1st Floor, Brooklyn NY 11224
Yechiel Landa with a last known address of 182 Briarwood Crossing, Lawrence, NY 11559

**Via US Postal Service US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services, Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.


**Via US Postal Service US Postal Service**
**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of

Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

Plaintiff in Intervention
Frank Policelli, Esq., 10 Steuben Park, Utica, NY 13501, Attorney for Oriska Corporation, frankpolicelli@centralny.twcbc.com, (315) 793-0020

Carrier Defendants:
Daniel Hitzke, Esq. Attorney for Oriska Insurance Company, Hitzke & Ferran, 100 Oceangate Ste 1100, Long Beach, CA 90802-4344 , phone (562) 437-2807, daniel.hitzke@hitzkelaw.com

Trust Defendant:
Barry R. Feerst, Esq., 194 South 8th Street, Brooklyn, New York 11211, Attorney for Rashbi Management, Inc. phone: 718-384-9111 email: barry@brfesq.com

**Eastern District of New York (Central Islip)**
**CIVIL DOCKET FOR CASE #: 2:21-cv-02050-GRB-ARL**
**Oriska Corporation v. North Sea Associates, LLC-The Hamptons Center et al**
**Assigned to: Judge Gary R. Brown**
**Referred to: Magistrate Judge Arlene R. Lindsay**

North Sea Associates, LLC – The Hamptons Center 64 County Road 39 Southampton, NY 11968
Bent Philipson, 22 Pleasant Ridge Road, Spring Valley, NY 10977
Benjamin Landa, 182 Briarwood Crossing, Lawrence, NY 11559
Benjamin Fishoff 240 Viola Road, Monsey NY 10952
Ruth Hirsch, 20 Briarwood Lane, Suffern, NY 10901
Pinchus Hoffman, 70-35 Vleigh Place, Flushing NY 11367
Ronald Stern, 6 Donde Lane, East Northport NY 11720
Aaron Brecher 355 Broadway, Lawrence, NY 11598
Alan Chopp, 5401 Collins Ave #635 Miami Beach FL 33140
Eric Kalt, 3015 West 29th Street, Brooklyn, NY 11224
Jacob Pollack, 25 Calvert Drive, Unit 1, Monsey NY 10952
Mayer Fiscl 2 Sienna Way, Lakewood NJ 08701
Robert Kolman, 121 Franklin Place Woodmere, NY 11598
Israel Pollack, 25 Calvert Drive, Unit 1, Monsey NY 10952

Jeffrey Goldstein 3015 West 29th Street, Brooklyn, NY 11224
Michael Pruzansky 64 County Road 39 Southampton, NY 11968

**Via US Postal Service US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services, Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**Via US Postal Service**
**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall

SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed via Email-Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as
the interests of the Class may appear

**Noticed via US Postal Service US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415 (212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed via US Postal Service US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-01999-RPK-RLM**
**Oriska Corporation v. Hodge et al**
**Assigned to: Judge Rachel P. Kovner**
**Referred to: Magistrate Judge Roanne L. Mann**

**Via US Postal Service US Postal Service**
Eli Feldman 39 Broadway, 3rd Floor, New York, NY 10006
Shorefront Operating, LLC (Seagate) 39 Broadway, 3rd Floor, New York, NY 10006
Steven Topal 39 Broadway, 3rd Floor, New York, NY 10006
Ron Milch 39 Broadway, 3rd Floor, New York, NY 10006
Shmuel Lefkowitz 39 Broadway, 3rd Floor, New York, NY 10006
Jacob Friedman 39 Broadway, 3rd Floor, New York, NY 10006
Fred Abrams 39 Broadway, 3rd Floor, New York, NY 10006

**Via US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services,

Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**Via US Postal Service**
**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY

12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

## Noticed via Email-Attorney Representation
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias
and Class Representatives of a Class of Employees of Employer Defendants as
the interests of the Class may appear

## Noticed via US Postal Service - Attorney Representation
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415
(212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

## Noticed Via US Postal Service :
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**Eastern District of New York (Central Islip)**
**CIVIL DOCKET FOR CASE #: 2:21-cv-02022-GRB-ARL**
**Oriska Corporation v. Park Avenue Operating Co. LLC et. al.**
**Assigned to: Judge Gary R. Brown**
**Referred to: Magistrate Judge Arlene R. Lindsay**

## Via US Postal Service
Park Avenue Operating Co. LLC 425 National Blvd, Long Beach New York, 11561
Bent Phillipson 22 Pleasant Ridge Road, Spring Valley, NY 10977
Mayer Fischl 2 Sienna Way, Lakewood NJ 08701
Esther Farkovits 37 Mesier Avenue, Wappinger Falls, NY 12508
Ruth Hirsch 20 Briarwood Lane, Suffern, NY 10901
Chana Lerner 1020 Ocean Parkway, Brooklyn, NY 11230
George Adler 1 Greenwich Street Hempstead, NY 11550
Aaron Becher 355 Broadway, Lawrence, NY 11598
George Klein 2824 Clubhouse Rd, Merrick NY 11566
Robyn Weiss 3015 West 29th Street, Brooklyn, NY 11224
David Bloom 136 Beach 117th St Apt 513, Rockaway Park NY 11694
Larry Klein 3015 West 29th Street, Brooklyn, NY 11224
Michael Schwartz 51 Villas Circle, Melville, NY 11747

## Via US Postal Service
## Prohibited Transaction Defendants (No attorney representation)
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services,
Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207

Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial
Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of
Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of
Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor,
Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall
SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY
12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY
12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York

State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias
and Class Representatives of a Class of Employees of Employer Defendants as
the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415
(212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**Eastern District of New York (Central Islip)**
**CIVIL DOCKET FOR CASE #: 2:21-cv-02024-PKC-SIL**
**Oriska Corporation v. Parkview Care & Rehabilitation Center et al**
**Assigned to: Judge Pamela K. Chen**
**Referred to: Magistrate Judge Steven I. Locke**

**Via US Postal Service**

Parkview Care & Rehabilitation Center
Bent Philipson 22 Pleasant Ridge Road, Spring Valley, NY 10977
David Jones 4 Cedar St, Massapequa, NY 11758
Judith Jones 5353 Merrick Road Massapequa, NY 11758
Ben Landa 182 Briarwood Crossing, Lawrence, NY 11559

**Via US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services,
Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205

Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer, Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**Via US Postal Service**
**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as

the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415 (212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**Eastern District of New York (Central Islip)**
**CIVIL DOCKET FOR CASE #: 2:21-cv-02025-JMA-ST**
**Oriska Corporation v. Pinegrove Manor II, LLC,-Grace Plaza et al**
**Assigned to: Judge Joan M. Azrack**
**Referred to: Magistrate Judge Steven Tiscione**

**Via US Postal Service**

Pinegrove Manor, II, LLC,-Grace Plaza
Howard Fensterman 3015 West 29th Street, Brooklyn, NY 11224
Robert Fensterman 3015 West 29th Street, Brooklyn, NY 11224

**Via US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services, Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415

Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as
the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415
(212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**Eastern District of New York (Central Islip)**
**CIVIL DOCKET FOR CASE #: 2:21-cv-02010-GRB-ST**
**Oriska Corporation v. Garden Care Center, Inc. et. al.**
**Assigned to: Judge Gary R. Brown**
**Referred to: Magistrate Judge Steven Tiscione**

**Via US Postal Service**

Garden Care Center, Inc.
Benjamin Landa 182 Briarwood Crossing, Lawrence, NY 11559
Niklos Gottlieb 121 Franklin Place Woodmere, NY 11598

**Via US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services, Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**

Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as
the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415
(212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**Eastern District of New York (Central Islip)**
**CIVIL DOCKET FOR CASE #: 2:21-cv-02029-JS-AKT**
**Oriska Corporation v. Townhouse Operating Co., LLC-Townhouse Center for Nursing et al**
**Assigned to: Judge Joanna Seybert**
**Referred to: Magistrate Judge A. Kathleen Tomlinson**

**Via US Postal Service**

Townhouse Operating Co., LLC-Townhouse Center for Nursing
Bent Philipson 22 Pleasant Ridge Road, Spring Valley, NY 10977
Mayer Fischel 2 Sienna Way, Lakewood NJ 08701
Esther Farkovits 37 Mesier Avenue, Wappinger Falls, NY 12508
Ruth Hirsch 20 Briarwood Lane, Suffern, NY 10901
Chana Lerner 1020 Ocean Parkway, Brooklyn, NY 11230
George Adler 1 Greenwich Street Hempstead, NY 11550
Aaron Becher 355 Broadway, Lawrence, NY 11598
George Klein 2824 Clubhouse Rd, Merrick NY 11566
Robyn Weiss 3015 West 29th Street, Brooklyn, NY 11224
David Bloom 136 Beach 117th St Apt 513, Rockaway Park NY 11694
Larry Klein 3015 West 29th Street, Brooklyn, NY 11224
Michael Schwartz 51 Villas Circle, Melville, NY 11747

**Via US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services,
Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as
the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415
(212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-02039-ARR-RML**
**Oriska Corporation v. West Lawrence Care Center, LLC et al**
**Assigned to: Judge Allyne R. Ross**
**Referred to: Magistrate Judge Robert M. Levy**

**Via US Postal Service**

West Lawrence Care Center 1410 Seagirt Blvd, Queens, NY 11691
Deborah Philipson 22 Pleasant Ridge Road, Spring Valley, NY 10977
Bent Philipson 22 Pleasant Ridge Road, Spring Valley, NY 10977

**Via US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services, Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall

SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as
the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415
(212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-02006-ENV-RML**
**Oriska Corporation v. Willoughby Rehabilitation and Health Care Center, LLC et al**
**Assigned to: Judge Eric N. Vitaliano**
**Referred to: Magistrate Judge Robert M. Levy**

**Via US Postal Service**

Willoughby Rehabilitation and Health Care Center, LLC – Spring Creek 660 Louisiana Avenue, Brooklyn NY 11239

Mr. Benjamin Landa 182 Briarwood Crossing, Lawrence, NY 11559
Deborah Philipson 22 Pleasant Ridge Road, Spring Valley, NY 10977
Leonard Janklowicz 1353 47th Street, Brooklyn, NY 11219
Jack Janklowicz 1353 47th Street, Brooklyn, NY 11219
Gavriel Mordechaev 250 Beach 17th Street, Far Rockaway NY 11691

**Via US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218

Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services, Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY

12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as
the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415
(212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**Eastern District of New York (Central Islip)**
**CIVIL DOCKET FOR CASE #: 2:21-cv-02030-WFK-AYS**
**Oriska Corporation v. Woodmere Rehabilitation and Health Care Center, Inc. et al**
**Assigned to: Judge William F. Kuntz, II**
**Referred to: Magistrate Judge Anne Y. Shields**

**Via US Postal Service**

Woodmere Rehabilitation and Health Care Center, Inc. 1050 Central Ave, Woodmere, NY 11598
Benjamin Landa 182 Briarwood Crossing, Lawrence, NY 11559
Niklos Gottlieb 121 Franklin Place Woodmere, NY 11598
Deborah Philipson 22 Pleasant Ridge Road, Spring Valley, NY 10977
Renee Pollak 121 Franklin Place Woodmere, NY 11598
Leonard Janklowicz 1353 47th Street, Brooklyn, NY 11219
Jack Janklowicz 1353 47th Street, Brooklyn, NY 11219
Malky Saffran 121 Franklin Place Woodmere, NY 11598
Mayer Fischl 2 Sienna Way, Lakewood NJ 08701

**Via US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services, Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952

Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimner, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias
and Class Representatives of a Class of Employees of Employer Defendants as
the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415
(212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**Eastern District of New York (Central Islip)**
**CIVIL DOCKET FOR CASE #: 2:21-cv-02040-JS-AYS**
**Oriska Corporation v. Avalon Gardens Rehabilitation & Health Care, et al**
**Assigned to: Judge Joanna Seybert**
**Referred to: Magistrate Judge Anne Y. Shields**

**Via US Postal Service**
Avalon Gardens Rehabilitation & Health Care Center, LLC 7 NY-25A, Smithtown, NY 11787
Bent Phillipson 22 Pleasant Ridge Road, Spring Valley, NY 10977
Benjamin Landa 182 Briarwood Crossing, Lawrence, NY 11559
Alan Chopp 5401 Collins Ave #635 Miami Beach FL 33140

**Via US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services,
Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204

Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as
the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415
(212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza

99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

### Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:21-cv-02009-JMA-ST
### Oriska Corporation v. Bayview Manor LLC, - South Point Plaza et. al.
### Assigned to: Judge Joan M. Azrack
### Referred to: Magistrate Judge Steven Tiscione

**Via US Postal Service**
Bayview Manor LLC, - South Point Plaza One Long Beach Road, Island Park, New York 11558
Bent Philipson 22 Pleasant Ridge Road, Spring Valley, NY 10977
Benjamin Landa 182 Briarwood Crossing, Lawrence, NY 11559
Mayer Fischl 2 Sienna Way, Lakewood NJ 08701
Girshas Minster 1 Greenwich Street Hempstead, NY 11550
Alan Chopp 5401 Collins Ave #635 Miami Beach FL 33140
Simona Golman, address unknown
Frank Ianucci, 143 E Main St, Babylon, NY 11702
Ronald Stern 6 Donde Lane, East Northport NY 11720

**Via US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services, Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218

National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as
the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415
(212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**U.S. District Court**
**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-02031-PKC-RLM**
**Oriska Corporation v. Brookhaven Rehabilitation and Health Care Center, LLC et al**
**Assigned to: Judge Pamela K. Chen**
**Referred to: Magistrate Judge Roanne L. Mann**

**Via US Postal Service**

Brookhaven Rehabilitation and Health Care Center, LLC 250 Beach 17th St, Far Rockaway, NY 11691
Mr. Benjamin Landa 182 Briarwood Crossing, Lawrence, NY 11559
Deborah Philipson 22 Pleasant Ridge Road, Spring Valley, NY 10977
Mayer Fischl2 Sienna Way, Lakewood NJ 08701
Milton Ostreicher 250 Beach 17th Street, Far Rockaway NY 11691
Teddy Lochtscher 250 Beach 17th Street, Far Rockaway NY 11691
Jack Janklowitz 1353 47th Street, Brooklyn, NY 11219
Leonard Janklowitz 1353 47th Street, Brooklyn, NY 11219
Theodore Pollak 250 Beach 17th Street, Far Rockaway NY 11691
Gabriel Mordechey 250 Beach 17th Street, Far Rockaway NY 11691
Aaron Unger 14744 76th Ave, Flushing, NY 11376
Rivky Goldberger 250 Beach 17th Street, Far Rockaway NY 11691
Toby Weinberger250 Beach 17th Street, Far Rockaway NY 11691
David Freid 2510 Avenue K, 1st Floor, First Door, Brooklyn NY 11210
Pola Becher 355 Broadway, Lawrence, NY 11598
Yechiel Landa 182 Briarwood Crossing, Lawrence, NY 11559

**Via US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services, Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218

The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as
the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415
(212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-02045-MKB-VMS**
**Oriska Corporation v. Golden Gate Rehabilitation and Health Care Center LLC et al**
**Assigned to: Chief Judge Margo K. Brodie**
**Referred to: Magistrate Judge Vera M. Scanlon**

**Via US Postal Service**

Golden Gate Rehabilitation and Health Care Center LLC 191 Bradley Ave, Staten Island, NY 10314
Mr. Benjamin Landa 182 Briarwood Crossing, Lawrence, NY 11559
Deborah Philipson 22 Pleasant Ridge Road, Spring Valley, NY 10977
Leonard Janclowicz 1353 47th Street, Brooklyn, NY 11219
Jack Janclowicz 1353 47th Street, Brooklyn, NY 11219
Solomon Eidlisz 250 Beach 17th Street, Far Rockaway NY 11
Miriam Karpf 5353 Merrick Road Massapequa, NY 11758
Ruth Hirsch 20 Briarwood Lane, Suffern, NY 10901
Leopold Hirsch 551 Fifth Avenue, Suite 2500, New York, NY 10176
Mayer Rispler 755 Hempstead Turnpike, Uniondale, NY 11553
Martin Farbenblum 495 Pinehurst Court, Roslyn NY 11576
Benjamin Farbenblum 147 Avenue O, 1st Floor, Brooklyn NY 11204
Anthony J Bacchi 99 Golden Hill Drive, Kingston, NY 12401
Philip Buchsbaum 121 Franklin Place Woodmere, NY 11598
Alan Kessler 129 Prospect Avenue, Cedarhurst, NY 11516
David Fried 2510 Avenue K, 1st Floor, First Door, Brooklyn NY 11210
Yechiel Landau 420 Broadway, Brooklyn, NY 11211
Robert Wolf 250 Beach 17th Street, Far Rockaway NY 11691

**Via US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services, Inc. 6 Kaser Terrace PO Box 146 Monsey NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415

Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as
the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415
(212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-02034-FB-RML**
**Oriska Corporation v. Little Neck Care Center, LLC et al**
**Assigned to: Judge Frederic Block**
**Referred to: Magistrate Judge Robert M. Levy**

## Via US Postal Service

Little Neck Care Center, LLC 260-19 Nassau Blvd, Little Neck, NY 11362
Little Neck Nursing Home LLC 260-19 Nassau Blvd, Little Neck, NY 11362
Bent Philipson 22 Pleasant Ridge Road, Spring Valley, NY 10977
Esther Farkovitz 3400 Cannon Pl, The Bronx, NY 10463

## Via US Postal Service
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services, Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004 jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415 (212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**Eastern District of New York (Central Islip)**
**CIVIL DOCKET FOR CASE #: 2:21-cv-02021-JMA-ST**
**Oriska Corporation v. Nassau Operating Co, LLC et al**
**Assigned to: Judge Joan M. Azrack**
**Referred to: Magistrate Judge Steven Tiscione**

**Via US Postal Service**

Nassau Operating Co. LLC 1 Greenwich Street Hempstead, NY 11550
Nassau Rehab & Nursing 1 Greenwich Street Hempstead, NY 11550
Bent Philipson22 Pleasant Ridge Road, Spring Valley, NY 10977
Mayer Fischl 2 Sienna Way, Lakewood NJ 08701
Esther Farkovits 37 Mesier Avenue, Wappinger Falls, NY 12508
Chana Lerner 1020 Ocean Parkway, Brooklyn, NY 11230
Aaron Becher 355 Broadway, Lawrence, NY 11598
George Klein 2824 Clubhouse Rd, Merrick NY 11566
Robyn Weiss 3015 West 29th Street, Brooklyn, NY 11224.
David Bloom 136 Beach 117th St Apt 513, Rockaway Park NY 11694
Larry Klein 2824 Clubhouse Rd, Merrick NY 11566
Michael Schwartz 51 Villas Circle, Melville, NY 11747
Alvin Benjamin, address unknown

**Via US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services, Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer, Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial
Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as
the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415 (212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-02035-FB-RER**
**Oriska Corporation v. New Surfside Nursing Home, LLC-Caring Family Nursing & Rehab et al**
**Assigned to: Judge Frederic Block**
**Referred to: Magistrate Judge Ramon E. Reyes, Jr**

**Via US Postal Service**

New Surfside Nursing Home, LLC-Caring Family Nursing & Rehab 22-41 New Haven Ave Far Rockaway,

New York 11691
Mr. Benjamin Landa 182 Briarwood Crossing, Lawrence, NY 11559
Robert Bleier 22-41 New Haven Avenue, Far Rockaway, NY 11691

**Via US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019Broad Coverage Services, Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall

SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as
the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415 (212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:20-cv-06131-PK**
**Percy et al v. Oriska Corp General Contracting et al**
**Assigned to: Magistrate Judge Peggy Kuo**

**Noticed via Email**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Plaintiffs

**Notice via First Class Mail (No Attorney Representation)**
**Defendants**
Name and Address
100 Percent Fun, Po Box 181, New Hyde Park, NY 11040-0181;
11 Enviro Group, 167 W 73rd St Apt 9, New York, NY 10023-2939;
11 St & Broadway LLC, 5610 Nurge Ave, Maspeth, NY 11378-3339;
1100 Architect P C, 435 Hudson St, New York, NY 10014-3941;
1100 Architects, 475 10th Ave # 1000, New York, NY 10018-1174;
1199 Seiu National Benefit Fund, 330 W 42nd St, Fl 8, New York, NY 10036;
12 Sheridan Avenue, 16 Beaumont Dr, New City, NY 10956;
1203 East New York Owners, LLC, 28-18 Steinway Street, Astoria, NY 11103;

123greetings.Com, 1674 Broadway # 403, New York, NY 10019-5838;
147th Street Homes Inc, 11538 222nd St, Cambria Heights, NY,11411;
1489 Food Corp, 1489 West Ave, Bronx, NY 10462-7304;
168th Street Armory Track-Fld, 216 Fort Washington Ave, New York, NY 10032-1322;
174 Power Global Corp., 300 Spectrum Center Dr Ste 1020, Irvine, Ca 92618-4999;
1960 Broadway LLC, 164 South 8th Street, Brooklyn, NY 11211;
1964 Inc, 33 Kirkwood Rd, Port Washington, NY 11050-1436;
1st Ave Machine, 231 Front St # 4, Brooklyn, NY 11201-1217;
2 Saab Construction Inc, 3084 Coney Island Ave Brooklyn, NY 11235;
20 20 Car Svc, 6614 Myrtle Ave, Glendale, NY 11385-7050;
20 Jane Tenants Corp, 250 W 57th St # 720, New York, NY 10107-0205;
2033 Third Avenue Corporation, 36 South Charles St Suite 2300, Baltimore, Md 21201;
2042 Amsterdam LLC, 7 Marcus Garvey Blvd Suite 434, Brooklyn, NY 11206;
21st Century Security Inc, Po Box 277, Baldwin, NY 11510-0277;
232 E. Broadway Prop Owners LLC, 147 West 35th Street Suite 904, New York, NY 10001;
24 Seven LLC, 120 Wooster St, Apt 4s, New York, NY 10012;
252 Maspeth Avenue LLC, 16 Ridge Pl, Pelham, NY 10803-3424;
283 Food Corp, 3657 Kingsbridge Ave, Bronx, NY 10463-2307;
287 E161st LLC, 7314 178th St, Fresh Meadows, NY 11366-1626;
29 Street Hotel, 30 E 30th St, New York, NY 10016-7316;
300 Huntington Street LLC, 155 3rd Street, Brooklyn, NY 11231;
310 Grand Concourse LLC, 199 Lee Ave # 777, Brooklyn, NY 11211-8919;
3100 Third Ave Food LLC, 3100 3rd Ave, Bronx, NY 10451-4606;
316 Kent Construction LLC, 45 Main St 12th Fl, Brooklyn, NY 11201-1000;
321 Launch, 2 W 45th St # 9, New York, NY 10036-4254;
321 Theatrical Management, LLC, 420 W 45th St, New York, NY 10036-3501;
34th Street Dental, 225 W 35th St # 2, New York, NY 10001-1904;
369 Corps, 2366 5th Ave, New York, NY 10037;
36th Fashion Corp, 327 W 36th St # 6, New York, NY 10018-6405;
37 Ave Richouse LLC, 3522 Linden Pl, Flushing, NY 11354-2829;
4 Service LLC, 1 Union Sq W # 512, New York, NY 10003-3303;
400 Capital Management, 510 Madison Ave # 17, New York, NY 10022-5730;
404 Pine LLC, 100 Ring Road West Suite 101, Garden City, NY 11530;
42 Berrain Boulevard, 42-02 Berrian Blvd, Astoria, NY 11105-1008;
4401 Northern Blvd LLC, 4401 Northern Blvd, Long Island City, NY 11101-1021;
4autoshop Corp Co, 210 E 46th St, New York, NY 10017-2915;
4c Foods Corp, 580 Fountain Ave, Brooklyn, NY 11208-6002;
4th Row Films Inc, 27 W 20th St # 1006, New York, NY 10011-3724;
5 Brothers Construction, 14 North Ave, New Rochelle, NY 10805-3957;
52 Irving Place LLC, 52 Irving Pl, New York, NY 10003-3447;
541 Construction Corp, 301 W 37th St, New York, NY 10018-4211;
555 Group Inc., 59 E 54th St, Rm 64, New York, NY 10022;
5th Midtown Co, 565 5th Ave # 3001, New York, NY 10017-2414;
6 Columbus Hotel, 308 W 58th St, New York, NY 10019-1804;
6 W 77 St Assoc, 6 W 77th St, New York, NY 10024-5125;
641 Construction Corp, 489 5th Ave # 7, New York, NY 10017-6141;
660 Riverside Drive Aldo Associates LLC, 149 E 57th St, New York, NY 10022;
67 Owners Llp, 67 Park Ave, New York, NY 10016-2557;
6th Ave Clinic, 3 S 6th Ave, Mt Vernon, NY 10550-3197;
702 Brighton 7 LLC, 3007 Brighton 7th St, Brooklyn, NY 11235-6584;
708 3rd Avenue Building, 155 E 44th St, New York, NY 10017-4100;
7th Ave Suites, 363 7th Ave, New York, NY 10001-3904;
7th Online, 24 W 40th St # 11, New York, NY 10018-1086;
805 Franklin Ave Food Corp, 805 Franklin Ave, Brooklyn, NY 11238-6204;
80th Street Residence, 430 E 80th St, New York, NY 10075-1048;
906 27 Ave LLC, 5725 E Hampton Blvd, Bayside, NY 11364-2035;
92 Street Y, 1395 Lexington Ave, New York, NY 10128-1647;

964 E 167 LLC, 670 Myrtle Ave Ste 6262, Brooklyn, NY 11205-3923;
A & D Engineering, PLLC, 2613 E 65th St, Brooklyn, NY 11234-6823;
A & E Brothers Ltd, 5507 Metropolitan Ave, Ridgewood, NY 11385-1224;
A & M Electrical Svc, 76 Bathgate St, Staten Island, NY 10312-6140;
A & S Waterproofing, 1740 Victor St, Bronx,NY,10462;
A A & L Sewer & Drain Svc, 3840 Review Ave, Long Island City, NY 11101-2019;
A Accountancy At Pro Fit, 6 E 45th St # 1500, New York, NY 10017-2460;
A Aleem Construction Corp, 1629 Park Ave # 1, New York, NY 10029-1146;
A And M Electric, 76 Bathgate St,, Staten Island, NY 10312;
A B C Construction, 1176 Webster Ave Utica, NY 13501;
A B Isacson Assoc Inc, 301 E 57th St # 4, New York, NY 10022-5917;
A Better Chance Inc, 253 W 35th St # 6, New York, NY 10001-1907;
A C Electric, 32 Union Sq E # 1001, New York, NY 10003-3237;
A C S Air Control Service Inc, 160 W Lincoln Ave Mount Vernon, NY 10550;
A Christopher Bernardini Dds, 125 Old Town Rd, Staten Island, NY 10304;
A D C Construction, 58-08 48th Street, Maspeth, NY 11378;
A D Sutton Sons Inc, 20 W 33rd St # 2, New York, NY 10001-3305;
A E Feldman Assoc Inc, 445 Northern Blvd # 10, Great Neck, NY 11021-4804;
A Fleisig Paperbox Corp, 1751 2nd Ave # 101, New York, NY 10128-5363;
A G Architecture, 9 Heather Ln, Orangeburg, NY,10962;
A G Consulting Engrg Pc, 131 W 33rd St, Ste 12b, New York, NY 10001;
A G Systems Ltd, 115 E 57th St # 11, New York, NY 10022-2120;
A Grade Petroleum Corp, 90 E Hawthorne Ave, Valley Stream, NY 11580-6302;
A H Hess Interiors Inc, 308 E 79th St # 1b, New York, NY 10075-0998;
A J Squared Security Inc, 11020 Jamaica Ave # 2g, Richmond Hill, NY 11418-2324;
A M Air Cond & Refrig Svc, 2418 3rd Ave, Bronx, NY 10454-4401;
A M Custom Construction Inc, 99 Hillside Ave # R, Williston Park, NY 11596-2368;
A M E Inc, 9 Whippany Rd Ste B1 Whippany, NJ 07981;
A M New York, 240 W 35th St # 9, New York, NY 10001-2506;
A M P Construction Corp, 111 Sedgwick Ave, Yonkers, NY,10705;
A Malek Contracting Inc, 926 Fulton St # 2, Brooklyn, NY 11238-2380;
A Mx Contracting Corp, 101 Castleton St # 101, Pleasantville, NY 10570-3443;
A New World Contracting Co, 705 E 214th St Bronx, NY 10467;
A Perfect Goldman, 48 Potter Ave, New Rochelle, NY 10801-2115;
A Plus I Design Corp, 920 Broadway # 11, New York, NY 10010-8007;
A Quest Corporation, 159 42nd St Brooklyn, NY 11232 ;
A R Brothers Const Corp, 29 Warren St Hastings On Hudson, NY 10706;
A R Environetics, 116 E 27th St # 2, New York, NY 10016-8942;
A Restoration Victoria, 103 Lombardy St, Brooklyn, NY 11222-5305;
A S C Contracting Corp, 68 Birch Hl, Albertson, NY 11507-1002;
A Servidone Inc/B Anthony Construction Corp (Jv), 1364 Route 9 Castleton, NY 12033;
A Snow Craft Co Inc, 200 Fulton Ave, New Hyde Park, NY 11040-5306;
A Starting Place, 664 Orangeburg Rd, Pearl River, NY 10965;
A T Construction Group LLC, 317 Grand St, New York, NY 10002-4501;
A T Kearney Inc, 601 Lexington Ave, Fl 30, New York, NY 10022;
A Tech Concrete Co Inc, 11 Taylor Rd, Edison, NJ 08817-2593;
A W & S Construction Co Inc, 211 E 43rd St # 2100, New York, NY 10017-4722;
A&D Engineering, PLLC, 2613 East 65th Street, Brooklyn, NY 11234;
A&F Electrical Testing Inc., 80 Broad St Fl 5, New York, NY 10004-2257;
A. D. Sutton And Sons, 20 W 33rd St, Fl 2, New York, NY 10001;
A.E.I., 14729 182nd St, Sprngfld Gdns, NY 11413;
A1 Construction Service Inc, 126 John St Levittown, NY 11756;
A1 Professional Cleaning-Mntnc, 30 West Dr, Massapequa, NY 11758-1461;
Aa And M Management, 196 Ramapo Rd, Garnerville, NY 10923;
AAA Attorney Svc Co Of NY Inc, 20 Vesey St # 1110, New York, NY 10007-4222;
AAA Automobile Club, 1415 Kellum Pl, Unit A, Garden City, NY 11530;
AAA Cleaning Contractors, 6207 Woodside Ave # 1, Woodside, NY 11377-3653;

AAA Contracting Sercices Corp, 2127 Oakwood Pl, Elmont, NY 11003-4023;
AAA Contracting Services Corp, 135-11 127th Street, South Ozone Park, NY 11420-3729;
AAA Windows & Doors Corp., 27 E 33rd St Paterson, NJ 07514;
AAA, 1415 Kellum Pl # A, Garden City, NY 11530-1696;
Aabco Sheet Metal Co, 4740 Metropolitan Ave # 40, Ridgewood, NY 11385-1195;
Aabr, 8714 Abenue N, Brooklyn, NY 11236;
Aah Construction Corp, 1855 42nd St, Astoria, NY 11105-1026;
Aai Architects, P.C., 14 Wall St Fl 2, New York, NY 10005-2141;
Aarco Environmental Services Corp, 50 Gear Ave Lindenhurst, NY 11757;
Aardvark Mechanical, 6 Milburn Ave, North Baldwin, NY 11510-2936;
Aaronson Rappaport Feinstein, 600 3rd Ave # 5, New York, NY 10016-1919;
Ab & Sons Realty LLC, 25 W 36th St, New York, NY 10018-7908;
Abad Castillo & Mallonga Atty, 330 W 38th St # 808, New York, NY 10018-8462;
Abadi Construction Of NY Inc, 4343 Kissena Blvd, Flushing, NY 11355-2950;
Abalon Exterminating, 261 5th Ave # 1504, New York, NY 10016-7701;
Abatech Industries,Inc., 1623 E 2nd St, Scotch Plains, NJ 07076-1605;
Abax Environmental Services, Inc, 51-09 2nd Street Long Island City, NY 11101;
Abax Incorporated, 1315 Broadway Ste 184, Hewlett, NY 11557-2115;
Abb/Con-Cise Optical Group LLC, 4 Skyline Dr, Ste 2, Hawthorne, NY 10532;
Abba Construction LLC, 1133 Broadway # 401, New York, NY 10010-8254;
Abbey Funeral Directors, 1076 Madison Ave, New York, NY 10028-0237;
Abbey Spanier Rodd-Abrams Llp, 212 E 39th St, New York, NY 10016-2754;
Abbott Capital Management LLC, 1211 Avenue Of The Americas, Fl 33, New York, NY 10036;
Abbott House, 100 N Broadway, Ste 1, Irvington, NY 10533;
Abbott Industries Inc, 9525 149th St, Jamaica, NY 11435-4511;
Abc Construction Contracting Inc, 2352 48th St, Astoria, NY 11103-1014;
Abc Construction, 23 Saint Charles St, Thornwood, NY 10594-1009;
Abc Health Svc, 13340 37th Ave # A, Flushing, NY 11354-4456;
Abc Inc, 47 W 66th St, Rm 800, New York, NY 10023;
Abc Management Inc, 152 W 57th St # 12, New York, NY 10019-3310;
Abc News, Inc., 30 W 67th St, New York, NY 10023;
Abc Process Svc, 225 Broadway # 2950, New York, NY 10007-3023;
Abcd Construction Corp, 57-02 3rd Ave Brooklyn, NY 11209;
Abco Maintenance Inc, 2524 Forest Ave, Staten Island, NY 10303-1517;
Abco Peerless Sprinkler, 50 Midland Ave # 1, Hicksville, NY 11801-1531;
Abco Refrigeration Inc, 6626 Metropolitan Ave # 13, Middle Village, NY 11379-1601;
Abdul Azeez & Sarojini, 970 N Broadway # 308b, Yonkers, NY 10701-1311;
Abelman Frayne & Schwab, 461 5th Ave, New York, NY 10017-6234;
Able Health Care Service, 2174 Hewlett Ave, Ste 200, Merrick, NY 11566;
Ableto, 5650 Netherland Ave, Apt 4g, Bronx, NY 10471;
Abm Air Conditioning & Heat, Po Box 204, Hawthorne, NY 10532-0204;
Abm Mechanical, 33 Dowd Rd Unit 1, Bangor,Me,04401;
Above And Beyond, 2808 Tulip Ave, Baldwin, NY 11510;
Abpi, 1466 Broadway, New York, NY 10036-7309;
Abr Plumbing Inc, 7518 18th Ave # A, Brooklyn, NY 11214-1373;
Abraham Beth Health Services, 520 Prospect Pl, Brooklyn, NY 11238;
Abraham Fructer Twersky, 1 Penn Plz # 2805, New York, NY 10119-2900;
Abrams Artist's Agency, 318 W 53rd St # 201, New York, NY 10019-5742;
Abramson Law Group PLLC, 570 Lexington Ave # 23a, New York, NY 10022-6637;
Abs Sales Co Inc, 418 Saw Mill River Rd, Yonkers, NY 10701-5520;
Abs, 83 Freeman St, Apt 7, Brooklyn, NY 11222;
Absolute Coating, 38 Portman Rd, New Rochelle, NY 10801-2103;
Absolute Electrical Contracting, 146 West 29th Street Suite, NY 10001;
Absolute General Contracting, 1758 79th St Apt 5 Brooklyn, NY 11214;
Abt Srbi Inc., 180 Maiden Ln, Ste 802, New York, NY 10038;
Ac Lion Intl Inc, 253 W 35th St # 15, New York, NY 10001-1907;
Acacia Network, 311 E 175th St, Bronx, NY 10457;

Academic Writing Pro, 21 Endor Ave, Staten Island, NY 10301-4609;
Academy Fire Life Safety LLC, 4881 Maspeth Ave, Maspeth, NY 11378-2109;
Acadia Realty Trust, 1311 Mamaroneck Ave, Ste 260, White Plains, NY 10605;
Acc Construction Corp, 519 8th Ave # 7n, New York, NY 10018-6574;
Accenture Ltd, 1345 Avenue Of The Americas, Bsmt Conc5, New York, NY 10107;
Accenture, 7 Outlook Ave, Yonkers, NY 10710;
Access Display Group, 151 S Main St, Freeport, NY 11520-3845;
Access Markets Intl Inc, 546 5th Ave # 22, New York, NY 10036-5008;
Access Staffing, LLC, 360 Lexington Ave, Fl 8, New York, NY 10017;
Access Supports For Living Inc., 15 Fortune Rd W, Middletown, NY 10941;
Accessories Magazine, 1384 Broadway # 11, New York, NY 10018-6111;
Accord Enterprise Corp, 63 Bryant Ave, Staten Island, NY 10306-2447;
Accord Pipe Fabricators Inc, 9226 180th St, Jamaica, NY 11433-1427;
Accu Cost Construction Conslnt, 1001 Avenue Of The America #11, New York, NY 10018-5469;
Accumedic Computer Systems Inc, 11 Grace Ave # 401, Great Neck, NY 11021-2427;
Accurate Alarm System Inc, 21810 Hillside Ave, Queens Village, NY 11427-1951;
Accurate Concrete Corp, 280 N Main St, Freeport, NY 11520-1612;
Acds Inc, 4 Fern Pl, Plainview, NY 11803-4725;
Ace Contracting Company, 1990 Coney Island Ave Brooklyn, NY 11223;
Ace Inspection & Testing Svc, 10716 Jamaica Ave, Jamaica, NY 11418-2239;
Ace Natural Inc, 257 E Sandford Blvd, Mt Vernon, NY 10550-4623;
Ace Pre-Engineered Erectors, 1725 Front St, Yorktown Heights, NY 10598-4641;
Ace Usa, Inc., 140 Broadway, Fl 40, New York, NY 10005;
Ace, 3030 Northern Blvd # 1, Long Island City, NY 11101-2812;
Acelero, Inc., 500 Fashion Ave, Fl 8a, New York, NY 10018;
Aceto Corporation, 4 Tri Harbor Ct, Prt Washingtn, NY 11050;
Acheson Doyle Partners Architects, Pc, 44 W 18th St, New York, NY 10011-4611;
Achievement 1st Bushwick Ms, 1300 Greene Ave, Brooklyn, NY 11237;
Acito Klein & Candiloro Pc, 241 Bleecker St # 2, New York, NY 10014-4508;
Ackerman Levine Cullen Brickma, 1010 Northern Blvd # 400, Great Neck, NY 11021-5330;
Aclu, 125 Broad St, Fl 18, New York, NY 10004;
Acm Corp, 111 Westchester Ave, Port Chester, NY 10573-4513;
Acme Architectural Prods Inc, 251 Lombardy St, Brooklyn, NY 11222-5516;
Acme Contracting Corp, 201 Bay 43rd St, Brooklyn, NY 11214-5505;
Acme Industrial, 326 Front St, Staten Island, NY 10304-3838;
Acme Smoked Fish Corporation, 30 Gem Street, Brooklyn, NY 11222;
Acorda Therapeutics, Inc., 420 Saw Mill River Rd,, Ardsley, NY 10502;
Acqc, 16121 Jamaica Ave, Jamaica, NY 11432;
Acquis Consulting Group, LLC, 299 Broadway, Ste 1200, New York, NY 10007;
Acrmd Facilities Housing, 1 Whitehall St # 9, New York, NY 10004-2141;
Acronym Media, 350 5th Ave # 6520, New York, NY 10118-0131;
Acs Systems Associates Inc, 160 West Lincoln Ave,Mount Vernon,NY,10550;
Acs, 1150 South Ave, Fl 4, Staten Island, NY 10314;
Act Iii Office Supplies, 484 W 43rd St # 36m, New York, NY 10036-6366;
Action Against Hunger, 1 Whitehall St, Fl 2, New York, NY 10004;
Action Community Health, 56 Bay St # 2, Staten Island, NY 10301-2563;
Action Elevator, Inc./Dba Hudson Elevator Group, 963 Van Duzer St, Staten Island, NY 10304-1863;
Action Press Inc, 104 Alexander St, Yonkers, NY 10701-2535;
Action Remediation Co Inc, 3010 Burns Avenue Wantagh, NY 11793;
Action Tire Svc, 5874 Grand Ave, Maspeth, NY 11378-3297;
Activate Inc, 11 Madison Sq N # 18, New York, NY 10010-1418;
Activepath, 112 W 34th St # 17, New York, NY 10120-0001;
Acumen Group, 575 5th Ave # 14, New York, NY 10017-2452;
Ad Nation News, 830 3rd Ave # 2, New York, NY 10022-6570;
Ad Tech Enterprises Ltd, 21 Warren Pl Mount Vernon, NY 10550;
Ada R Pretto Law Office, 112 Madison Ave # 2, New York, NY 10016-7416;
Adacore, 150 W 30th St, Fl 16, New York, NY 10001;

Adafruit, 150 Varick St # 300, New York, NY 10013-1218;
Adam Leitman Bailey P C, 1 Battery Park Plz # 18, New York, NY 10004-1646;
Adam Personnel Inc, 65 W 55th St, Rm 301, New York, NY 10019;
Adam's European Contracting Inc, 589 Johnson Ave, Brooklyn, NY 11237-1311;
Adc Cons., LLC., 1205 Cinnaminson Ave, Cinnaminson, NJ 08077-2103;
Adc Construction ,LLC, 58-08 48th Strret Maspeth, NY 11378;
Adco Electrical Corp, 201 Edward Curry Ave, Fl 3, Staten Island, NY 10314;
Adco Installation - Nu-Tech Products, 48 Elm St Huntington, NY 11743;
Adcorp Media Group, 50 S Buckhout St # 200, Irvington, NY 10533-2201;
Addiction Research And Treatment Corp, 22 Chapel St, Brooklyn, NY 11201;
Ade Systems, 19 Wilbur St, Lynbrook, NY 11563-2360;
Adelhardt Construction Corp, 241 W 30th St, New York, NY 10001-2823;
Adelman Katz & Mond Llp, 200 W 41st St # 1801, New York, NY 10036-7221;
Adelphi University, 1 South Ave, Garden City, NY 11530;
Adept Technologies Inc, 32 Broadway # 1211, New York, NY 10004-1671;
Adk America, 515 W 20th St # 6e, New York, NY 10011-2832;
Adl Data Systems Inc, 565 Taxter Rd # 100, Elmsford, NY 10523-2300;
Adl, 823 United Nations Plz, New York, NY 10017;
Adm Video Productions Inc, 40 Seaview Blvd, Port Washington, NY 11050-4643;
Admerasia, 159 W 25th St # 6, New York, NY 10001-7203;
Administration For Children's, 350 Saint Marks Pl # 5, Staten Island, NY 10301-2416;
Administrators For The Professions, 1800 Northern Blvd, Roslyn, NY 11576;
Admiral Craft Equipment Corp, 800 Shames Dr, Westbury, NY 11590;
Adornetto Company LLC, 19 Primrose St, Katonah, NY 10536;
Adp LLC, 1 Penn Plz, Fl 23, New York, NY 10011;
Adp, 85 Boundary Ave, Staten Island, NY 10306;
Adrea's Food Corp, 237 E 194th St, Bronx, NY 10458-4314;
Adrianna Papell, L.L.C., 500 Fashion Ave, Fl 10a, New York, NY 10018;
Ads Advertising & Mailing, 227 E 57th St # 3d, New York, NY 10022-2832;
Ads Construction, 31 E 32nd St # 11, New York, NY 10016-5573;
Adsce, 45 Broadway # 1220, New York, NY 10006-3798;
Adspace Networks Inc, 99 Park Ave # 310, New York, NY 10016-1615;
Adstaff Associates, Inc., 225 Wellington Rd, Garden City, NY 11530-1207;
Adult Day Health Center, 6323 7th Ave, Ste 3, Brooklyn, NY 11220;
Adults-Child With Learning, 807 S Oyster Bay Rd, Bethpage, NY 11714-1030;
Advance Builders Inc, 259 Newkirk Ave, Brooklyn, NY 11230-1308;
Advance Ctr For Psychotherapy, 10326 68th Rd # A1, Forest Hills, NY 11375-3263;
Advance Networks, 65 Broadway # 19, New York, NY 10006-2513;
Advance Sound Compnany, 157 Rome St Farmingdale, NY 11735;
Advanced Computer Designs Inc, 170 Chadeayne Rd, Ossining, NY 10562-1407;
Advanced Dermatology Pc, 5847 188th St, Fresh Meadows, NY 11365-2201;
Advanced Fertility Svc Pc, 1625 3rd Ave, New York, NY 10128-3637;
Advanced Lighting Resources, 270 Park Ave, Garden City Park, NY 11040-5318;
Advanced Medical Care PLLC, 10124 Queens Blvd # A, Forest Hills, NY 11375-2779;
Advanced Monitored Caregiving,, 45 Broadway, Ste 1410, New York, NY 10006;
Advanced Radiation Ctr-NY, 3111 New Hyde Park Rd # 4, New Hyde Park, NY 11042-1217;
Advanced Radiological Imaging, 2916 Astoria Blvd, Astoria, NY 11102-1742;
Advanced Solutions Pain Management, 3020 Westchester Ave, Ste 104, Purchase, NY 10577;
Advanced Urological Assoc, 480 Hicksville Rd, Bethpage, NY 11714-3415;
Advanced Urology Academic, 3739 75th St, Jackson Hts, NY 11372;
Advantage Care Phys Group, 226 Clinton St, Hempstead, NY 11550-2614;
Advantage Care Physicians, 154 W 71st St, New York, NY 10023-4005;
Advantage Ware Inc, Po Box 230308, New York, NY 10023-0006;
Advantron Computers, 137 W 83rd St, New York, NY 10024-5059;
Advantron Corp, 1 Prospect Ave, White Plains, NY 10607-1657;
Adventurers Park, 1824 Shore Pkwy, Brooklyn, NY 11214-6607;
Advertising4u, 16893 Morrison Line Rd, Stillwater, Mn 54553;

Advice Personnel, 2 W 45th St # 408, New York, NY 10036-4262;
Advocate Brokerage Corp, 820 Scarsdale Ave, Scarsdale, NY 10583;
Advocates For Children Of New York, 151 W 30th St, Fl 5, New York, NY 10001;
Aecom Hunt, 16481 Scientific Way, Irvine, Ca 92618;
Aecom, 30 Knightsbridge Rd, Building 3, Suite 520, Piscataway, NJ 08854-3913;
Aecom, 605 3rd Ave, Fl 3, New York, NY 10158;
Aecom/Tishman Construction, 100 Park Ave Fl 5, New York, NY 10017-5502;
Aegis Construction LLC, 1333 North Ave # A, New Rochelle, NY 10804-2149;
Aegis Information Systems, 83 Ashford Dr, Syosset, NY 11791-6305;
Aegis Media Americas, Inc., 150 E 42nd St, Fl 14, New York, NY 10017;
Aeis LLC., 525 2nd Ave Fl 1, Long Branch, NJ 07740-5361;
Aerco International Inc, 100 Oritani Dr,, Blauvelt, NY 10913;
Aero Snow Removal Corp, 7 Old Rockaway Blvd, Jamaica, NY 11430-1887;
Aero Structures Long Island, 717 Main St, Westbury, NY 11590;
Aes, 42 West Ave, Patchogue, NY 11772-3525;
Afa Protective Systems Inc., 961 Joyce Kilmer Ave, North Brunswick, NJ 08902;
Affiliated Imaging Group, 224 7th St, Garden City, NY 11530;
Affinity Health Plan, Inc., 2500 Halsey St, Frnt 2, Bronx, NY 10461;
Affordable Cesspool Sewer, 180 Blydenburg Rd, Islandia, NY,11749;
Afg Construction Mgmt Inc, 450 Fashion Ave # 706, New York, NY 10123-0706;
Afgo Mechanical Svc Inc, 3614 32nd St, Astoria, NY 11106-2325;
Afl Construction Co. Inc., 3306 106th St, Corona, NY,11368;
African American Planning Commission, Po Box 330, Brooklyn, NY 11233-0707;
Afridi Associates, 19 W 21st St # 605, New York, NY 10010-6868;
Afs Usa Inc, 120 Wall St, Fl 4, New York, NY 10005;
Aftra Health And Retirement Funds, 260 Madison Ave, Fl 7, New York, NY 10016;
Ag All Contracting Corp., 308 Mcguinness Blvd, Brooklyn, NY 11222;
Ag Consulting Engineering, 131 W 33rd St # 12b, New York, NY 10001-2934;
Aga Global Resources, 155 S Route 303, Congers, NY 10920;
Agdfjdsg, 1155 E 86th St, Brooklyn, NY 11236;
Age Manufacturer Inc, 10624 Avenue D, Brooklyn, NY 11236-1910;
Age Software Inc, 2373 Broadway # 11, New York, NY 10024-2842;
Agency Construction Corp, 526 Fayette Ave, Mamaroneck, NY 10543-2212;
Ahearn Holtzman Inc, 530 Willett Ave, Port Chester, NY 10573-3160;
Ahern Contractors, C/O Todd R. Drummer, Esq. Westermann Sheehy Keenan, Samaan & Aydelott, Llp, 90 Merrick Avenue, Suite 802
Ahern Painting Constructors Inc., 6924 49th Ave, Woodside, NY 11377;
Ahrc Nassau, 189 Wheatley Rd,, Glen Head, NY 11545;
Ahrc, 189 Wheatley Rd,, Glen Head, NY 11545;
Ai Media Group Inc, 483 10th Ave # 415, New York, NY 10018-9798;
Aib Logistics, 580 5th Ave # 1818, New York, NY 10036-4728;
Aiche, 120 Wall St, Fl 23, New York, NY 10005;
Aids Medical Program, 622 W 168th St # 6, New York, NY 10032-3720;
Aig, Inc, 175 Water St, Fl 18, New York, NY 10038;
Aikler Asphalt Paving Co, 1684 E 233rd St, Bronx, NY 10466-3306;
Aim Dental Laboratories Inc, 1010 Mcdonald Ave, Brooklyn, NY 11230-1000;
Aimsun, 980 Avenue Of The Americas # 2, New York, NY 10018-9852;
Aini Assets, 1178 Broadway, New York, NY 10001-5404;
Air Charter Service Inc., 1130 Rxr Plz, Uniondale, NY 11556;
Air Engineering Filters Inc., Po Box 174, Chappaqua,NY,10514;
Air France, 125 W 55th St, Fl 2, New York, NY 10019;
Air Tiger Express, 14909 183rd St, Ste 9, Sprngfld Gdns, NY 11413;
Airstream Air Conditioning, 400 Crossways Park Dr # 102, Woodbury, NY 11797-2009;
Aisling Capital, 888 7th Ave, Fl 30, New York, NY 10107;
Aithent Inc., 19 Fulton St, Rm 408, New York, NY 10038;
Ajo Lumber Home Ctr, 610 Columbus Ave, New York, NY 10024-1403;
Aj-Quico Mattress Appl Repair, 1151 Castleton Ave, Staten Island, NY 10310-1707;

Ajs Construction, 141 E Cabot Ln Westbury, NY 11590;
Aka Consulting, 2071 Clove Rd, Staten Island, NY 10304-1612;
Aka Inc, 215 Park Ave S # 2, New York, NY 10003-1625;
Akal Builders Of NY Inc, 95-12 121st Street, South Richmond Hill, NY,11419;
Akela Contracting LLC, 732 Garrison Ave, Bronx, NY 10583;
Akf Engineers, 1 Liberty Plaza, 22nd Floo, New York, NY 10006;
Akin Gump Strauss Haver & Feld, 1 Bryant Park, New York, NY 10036-6728;
Akrf Environmental Engineering Consultants, 440 Park Avenue South, 7th Floor, Bohemia, NY 10016;
Akro General Contracting, Inc., 54-30 43rd Street Maspeth, NY 11378;
Aks International Inc, 3704 19th Ave Ste 100, Astoria, NY 11105-1005;
Aktor Corp., 44 Tivoli Street Albany, NY 12207;
Al Freed Radiant Construction, 8609 Bay 16 St #26, Brooklyn, NY 11214;
Al Jazeera America, 305 W 34th St, New York, NY 10001;
Alac Contracting Corp., 421 Broadway, West Babylon, NY 11704-5661;
Aladdin Bakers, Inc., 240 25th St, Brooklyn, NY 11232;
Alan Luke, 20 E 9th St # 12c, New York, NY 10003-5944;
Alan M Cass & Assoc, 225 Broadway # 1505, New York, NY 10007-3763;
Al-Arsh Construction Corp, 309 Deer Rd, Ronkonkoma, NY 11779-4962;
Alaska Spring Pharma, 609 Cantiague Rock Rd, Unit 1, Westbury, NY 11590;
Alba Construction Co, 801 2nd Ave # 500, New York, NY 10017-8602;
Albanese & Albanese Llp, 1050 Franklin Ave # 500, Garden City, NY 11530-2975;
Albert Einstein College Of Medicine, 1300 Morris Park Ave, Lbby, Bronx, NY 10461;
Albert Feinstein Law Office, 54 E 66th St # 3, New York, NY 10065-6537;
Albert Pearlman Inc, 60 E 42nd St # 1663, New York, NY 10165-1663;
Albert Technologies Ltd, 102 W 38th St # 6, New York, NY 10018-3664;
Albert, 102 W 38th St # 6, New York, NY 10018-3664;
Albertus Magnus High School, 798 Route 304, Bardonia, NY 10954;
Albest Metal Stamping Corp, 1 Kent Ave, Brooklyn, NY 11249-1000;
Albin Gustafson Co, 5 Tudor City Pl # 1, New York, NY 10017-6853;
Albinder Altman & Block Llp, 462 Fashion Ave # 1600, New York, NY 10018-7428;
Albo Liberis LLC, 266 E Broadway Apt 301, New York, NY 10002-2092;
Alcoa Inc., 390 Park Ave, Fl 12, New York, NY 10022;
Alcon Builders Group Inc, 180 E 94th St # 180, New York, NY 10128-2908;
Alcott School, 27 Crane Rd, Scarsdale, NY 10583;
Al-El Construction, 30 W 142nd St, New York, NY 10037-1116;
Alex Figliolia Water & Sewer, 420 Carroll St, Brooklyn, NY 11215-1012;
Alex Meat & Provisions, 5600 1st Ave, Brooklyn, NY 11220-2550;
Alexander Interactive Inc, 149 5th Ave # 8, New York, NY 10010-6829;
Alexander Media, 143 W 81st St # 1, New York, NY 10024-7213;
Alexander Primak Jewelry Inc, 529 5th Ave # 15, New York, NY 10017-4674;
Alexandria Real Estate Equities, 385 E Colorado Blvd Ste 299, Pasadena, Ca 91101-6104;
Alfa Medical Eqpt Spec Inc, 265 Post Ave # 350, Westbury, NY 11590-2232;
Alfenet Consulting, 1011 Manhattan Ave # 1, Brooklyn, NY 11222-6558;
Algomi Corp, 135 E 57th St # 57, New York, NY 10022-2495;
Ali Forney Center, 224 W 35th St, Fl 15, New York, NY 10001;
Align Communications Inc., 55 Broad St, Fl 6, New York, NY 10004;
Alison Brod Public Relations, 440 Park Ave S # 12, New York, NY 10016-8012;
A-List Education, 29 W 36th St # 7, New York, NY 10018-7669;
Alixpartners, 909 3rd Ave, Fl 30, New York, NY 10022;
Aljer Plumbing Heating, 160 W 71st St # 2m, New York, NY 10023-3945;
Aljo-Gefa Precision Mfg, 205 Bethpage Sweet Hollow Rd, Old Bethpage, NY 11804-1309;
Alkem Electrical, 557 Lefferts Ave, Brooklyn, NY,11225;
Alkemy X, 7 W 30th St # 6, New York, NY 10001-4406;
Alkit Image Express, 820 3rd Ave, New York, NY 10022-7521;
All Air Hvac LLC, 867 E 52nd St, Brooklyn, NY 11203;
All American Electrical Corp, 557 Lefferts Ave, Brooklyn, NY,11225;
All American Home Care Agency, 1706 Cropsey Ave, Apt 8, Brooklyn, NY 11214;

All Boro Plumbing-Htg-Cooling, 8412 Foster Ave, Brooklyn, NY 11236-3374;
All Car Rent-A-Car, 3475 Fort Hamilton Pkwy, Brooklyn, NY 11218-2194;
All City Family Healthcare Ctr, 3632 Nostrand Ave # 1, Brooklyn, NY 11229-5308;
All Con Contracting, 121-13, Collage Point, Nv 11356;
All County Auto, 66 E Merrick Rd, Freeport, NY 11520-4036;
All County Bus, 70 Fernbrook St, Yonkers, NY 10705-1776;
All County Irrigation, 1875 NJ-23, Wayne, NJ,07470;
All Medical Medical, 4377 Bronx Blvd, Bronx, NY 10466-1397;
All Metro Health Care, 70 E Sunrise Hwy, Ste 520, Valley Stream, NY 11581;
All Nations Steel Corp, 1210 30th Ave, Astoria, NY 11102-3850;
All Plumbing Heating, 104 Union Ave, Lynbrook, NY 11563-3333;
All Renovation Constr LLC, 200 W 138th St # A, New York, NY 10030-2147;
All State Air Control, 222 S Columbus Ave, Mount Vernon, NY 10553;
All Volts Electrical Inc, 33 W 19th St Manhattan, New York, NY, 10011;
All Year Management, 199 Lee Ave Ste 693, Brooklyn, NY 11211-8036;
Allagory Inc, 1 World Trade Ctr, New York, NY 10007-0089;
Allazo Health Inc, 101 Avenue Of The Americas # 1, New York, NY 10013-1941;
All-City Junior Tennis, 281 Main St, New York, NY 10044-0056;
All-Con Contracting Corp, 66 Brooklyn Ave, Westbury, NY 11590-4902;
Allegaert Berger & Vogel, 111 Broadway # 2002, New York, NY 10006-3911;
Allegria Hotel, 80 W Broadway, Long Beach, NY 11561-4036;
Allen & Killcoyne Archt LLC, 160 5th Ave, New York, NY 10010-7003;
Allen And Overy Llp, 1221 Avenue Of The Americas, Fl 20, New York, NY 10020;
Allen Hotel, 88 Allen St, New York, NY 10002-3014;
Allen Morris Troisi & Simon, 112 E 19th St # 1, New York, NY 10003-2145;
Allen Van & Truck, 622 W Merrick Rd, Valley Stream, NY 11580-5144;
Allen, 711 5th Ave, Fl 9, New York, NY 10022;
Allen's Pickle Works, 36 Garvies Point Rd, Glen Cove, NY 11542-2821;
Allerton Press, 7 W 54th St, New York, NY 10019-5404;
Allhealth Home Care, 1122 Coney Island Ave, Ste 4, Brooklyn, NY 11230;
Alliance Building Svc, 318 W 39th St # 8, New York, NY 10018-1487;
Alliance Home Svc, 384 E 149th St # 600, Bronx, NY 10455-3908;
Alliance Tri-State Construction, 111 14th St Brooklyn, NY 11215;
Alliance Tristate Construction, 1409 Richmond Ave, Staten Island, NY 10314-1553;
Alliancebernstein L.P., 1345 Avenue Of The Americas, Bsmt Conc8, New York, NY 10107;
Alliant, 301 Fields Ln, Ste 8, Brewster, NY 10509;
Allied Fire Control Systems, 5459 43rd St, Maspeth, NY 11378-1039;
Allied Metal Spinning Corp, 1290 Viele Ave, Bronx, NY 10474-7133;
Allied New York Svc Inc, 90 S Service Rd, Jamaica, NY 11430-1203;
Allied Painting Inc, 4 Larwin Rd Cherry Hill, NJ 08034;
Allied Urological Svc, 450 Park Ave # 4, New York, NY 10022-2755;
Allied/All City, 2621 Grand Ave, Bellmore, NY 11710-3552;
Allied/All-City Plumbing, 1652 Edro Ct, East Meadow, NY 11554-1516;
Allstate Enterprises Inc, 2369 Stewart Ave, Westbury,NY,11590;
Allstate Painting Co, 504 S 3rd Ave, Mt Vernon, NY 10550-4520;
Allstate Power Vac,Inc., 928 E Hazelwood Ave Rahway, NJ 07065;
Allstate Sprinkler Corp, 1869 White Plains Rd, Bronx, NY 10462-1489;
Allway Tools Inc, 1255 Seabury Ave, Bronx, NY 10462;
Allworth Press, 10 E 23rd St # 510, New York, NY 10010-4459;
Alm Media, LLC, 120 Broadway, Fl 5, New York, NY 10005;
Almabani General Contractor, 18221 150th Dr, Sprngfld Gdns, NY 11413;
Almeida Oil Inc, 33 Hubbels Dr, Mt Kisco, NY 10549-1011;
Almn, 636 E 84th St, Brooklyn, NY 11236;
Almod Ltd., 592 5th Ave, Fl 9, New York, NY 10036;
Almond International Inc, Po Box 471, Port Washington, NY 11050-0135;
Alonso Andalkar Toro Facher, 42 Broadway # 1827, New York, NY 10004-3871;
Alpha 1 Marketing, 65 W Red Oak Ln, White Plains, NY 10604-3616;

Alpha 3tmri, 145 E 32nd St # 1, New York, NY 10016-6055;
Alpha Environmental Services Inc, 3401 Foster Ave Apt 4b Brooklyn, NY 11210;
Alpha Neurology, 27 New Dorp Ln # 1, Staten Island, NY 10306-2314;
Alpha Omega Crew LLC, 303 E 37th St, Brooklyn, NY 11203-4005;
Alpha Workshops Inc, 245 W 29th St # 14, New York, NY 10001-5837;
Alpha2omega, 72 Colonial Pl, New Rochelle, NY 10801;
Alphasense Inc, 24 Union Sq E # 600, New York, NY 10003-3201;
Alphaserve Technologies, 104 W 40th St # 9, New York, NY 10018-3680;
Alpine Construction Svc Inc, 1818 43rd St, Long Island City, NY 11105-1029;
Alpine Home Health Care, LLC, 4770 White Plains Rd, # 2, Bronx, NY 10470;
Alps Provision Co, 2270 45th St, Astoria, NY 11105-1336;
Als International, 15 Maiden Ln # 3, New York, NY 10038-4019;
Alternate Design, Po Box 84, South Salem, NY 10590-0084;
Alternative Automotive Acces, 590 W Merrick Rd, Valley Stream, NY 11580-5126;
Altman Building, 135 W 18th St # 1, New York, NY 10011-4104;
Altman Greenfield & Selvaggi, 200 Park Ave S # 8, New York, NY 10003-1526;
Altour, 1270 Avenue Of The Americas, Fl 15, New York, NY 10020;
Altronix Corp, 140 58th St # 3w, Brooklyn, NY 11220-2535;
Aluf Plastics, 2 Glenshaw St, Orangeburg, NY 10962;
Alure Home Improvements Inc, 1999 Hempstead Tpke, East Meadow, NY 11554-1710;
Alvarez And Marsal, Inc., 600 Lexington Ave, Fl 6, New York, NY 10022;
Alvin Ailey Amer Dance Theater, 405 W 55th St, New York, NY 10019-4402;
Alvin Petroleum Systems Inc, 6550 Fresh Meadow Ln, Flushing, NY 11365-2098;
Alvion Group Inc, 8428 60th Ave, Middle Village, NY, 11379;
Alwand Vahan Jewelry Ltd, 31 Merritt St, Port Chester, NY 10573-3541;
Am Building Restoration, 68 Conway St Fl 1, Brooklyn, NY 11207-1806;
Am NY Electric Corp., 9402 80th St,Ozone Park,NY,11416;
Am Only Inc, 140 Broadway # 2602, New York, NY 10005-1127;
Am Re Syndicate LLC, 17 State St # 630, New York, NY 10004-1749;
Am Shield Waterproofing, 33 Albertson Ave, Albertson, NY 11507-1427;
Ama Construction NY Inc, 158 92nd St Brooklyn, NY 11209;
Ama Consulting Engineers Pc, 825 8th Ave # 18s, New York, NY 10019-7842;
Ama Executive Conference Ctr, 1601 Broadway # 7, New York, NY 10019-7434;
Amalgamated Advertising Inc, 145 W 30th St # 7, New York, NY 10001-4035;
Amalgamated Bank, 275 7th Ave, Fl 9, New York, NY 10001;
Amato Agency, 300 Park Ave S # 2, New York, NY 10010-5358;
Amato Law Group PLLC, 666 Old Country Rd # 901, Garden City, NY 11530-2020;
Amb Contractors Inc, 2111 5th St, East Meadow, NY,11554;
Amb Medical Svc, 6655 Fresh Pond Rd # 1, Ridgewood, NY 11385-3261;
Ambac Financial Group Inc, 1 State St, Fl 15, New York, NY 10004;
Ambassador Construction Co Inc, 105 Madison Ave # 502, New York, NY 10016-7547;
Ambridge, 520 8th Ave, Fl 5, New York, NY 10018;
Ambrosino De Pinto & Schmieder, 275 7th Ave # 21, New York, NY 10001-6998;
Ambulatory Surgery Ctr, 1101 Pelham Pkwy N, Bronx, NY 10469-5411;
Amc Health, 39 Broadway, Rm 540, New York, NY 10006;
Amc Networks Inc., 11 Penn Plz, Fl 16, New York, NY 10011;
Amcc Corp., 3741 Vernon Blvd, Long Island City, NY 11101-6022;
Amcon Contracting Corp, 5701 59th St Maspeth, NY 11378;
Amerex Group Inc, 512 Fashion Ave # 9, New York, NY 10018-0861;
Ameri Restoration Inc, 6818 174th St Fresh Meadows, NY 11365;
America Press Inc, 1212 Avenue Of The America #11, New York, NY 10036-3314;
American Airlines Terminal 8-JFK, P.O. Box 619616, DFW Airport, TX 75261
American Arbitration Association, 1633 Broadway, Lowr 2c01, New York, NY 10019;
American Austrian Foundation, 150 E 42nd St # 28, New York, NY 10017-5632;
American Ballet Theatre, 890 Broadway # 3, New York, NY 10003-1278;
American Bible Society, Po Box 736,, New York, NY 10025;
American Booksellers Assoc, 333 Westchester Ave, Ste S202, White Plains, NY 10604;

American Bridge Co., 1 Bridge Plz N Fort Lee, NJ 07024;
American Capital & Para-Legal, 4500 Broadway # 1, New York, NY 10040-2618;
American Casting & Mfg Corp, 51 Commercial St, Plainview, NY 11803-2490;
American Committee-Weizman In, 633 3rd Ave, Fl 20, New York, NY 10017;
American Conference Institute, 45 W 25th St # 11, New York, NY 10010-2034;
American Express Company, 200 Vesey St, New York, NY 10282;
American Foundation Blind, 346 91st St, Apt 306, Brooklyn, NY 11209;
American Institute Of Arch, 536 Laguardia Pl, New York, NY 10012-1401;
American Institute-Chem Engrs, 120 Wall St # 23, New York, NY 10005-5991;
American Jewish Joint Distr, Po Box 4124, New York, NY 10163-4124;
American Jewish World Svc, 45 W 36th St # 11, New York, NY 10018-7631;
American Kennel Club, 101 Park Ave # 5, New York, NY 10178-0300;
American M&A Projects LLC., 33 Dobbin St Brooklyn, NY 11222;
American Medical Alert Corp., 3265 Lawson Blvd, Oceanside, NY 11572;
American Medical Response, 13236 82nd St, Ozone Park, NY 11417;
American Montessori Society, Inc., 116 E 16th St, Fl 6, New York, NY 10003;
American Museum Of Natural History, 200 Central Park W, New York, NY 10024;
American Park Networks, 41 E 11th St # 11, New York, NY 10003-4602;
American Parkinson Disease Assoc Inc., 135 Parkinson Ave, Staten Island, NY 10305;
American Specialties, Inc., 441 Saw Mill River Rd, Yonkers, NY 10701;
American Spray Fireproofing, 120 Lake Ave S, Nesconset, NY 11767;
American Stone, 7 Kings Hwy, New Rochelle, NY 10801-6897;
American Sugar Refining Inc., 1 Federal St, Yonkers, NY 10705;
American Symphony Orchestra, 33 W 60th St # 5, New York, NY 10023-7905;
American Talent Managmnt, 928 Broadway # 506, New York, NY 10010-8142;
American Thoracic Society, 25 Broadway # 4, New York, NY 10004-1065;
American Triple Partners (Jv Jfk Millennium Ptns), 405 Lexington Ave Fl 33, New York, NY 10174-0002;
American Wax Co Inc, Po Box 1943, Long Island City, NY 11101-0943;
American, 58 Park Ave,, New York, NY 10016;
Americas Singing Telegrams, 25 Washington Sq N, New York, NY 10011-9221;
Americon Construction Inc, 120 Broadway # 1125, New York, NY 10271-1104;
Amerikom Printing Partners, 152 W 25th St # 6r, New York, NY 10001-7402;
Ameritania Hotel, 230 W 54th St, New York, NY 10019-5594;
Amern Assn Of Advtg Agcs, 1065 Avenue Of The Americas, Fl 16, New York, NY 10018;
Amern Stock Transfer And Trust Co, LLC, 6201 15th Ave, Ste 3, Brooklyn, NY 11219;
Amerre Certified Special Svces, Inc., 171 Kings Hwy, Brooklyn, NY 11223;
Amh Mechanical Contracting Inc, 46 Notre Dame Ave, Hicksville, NY 11801-1335;
Amhac, 365 White Plains Rd, Eastchester, NY 10709-2806;
Amida Care, 225 W 34th St, Fl 2, New York, NY 10001;
Amko Electrical Const & Maint, 3370 Prince St Flushing, NY 11354;
Amm Construction Inc, ;
Ammann And Whitney, 96 Morton St, Fl 8, New York, NY 10014;
Amnesty Intl Of The U. S. A., Inc., 5 Penn Plz, Fl 16, New York, NY 10011;
Amorepacific Us Inc, 1407 Broadway, Rm 210, New York, NY 10018;
Amoruso Contracting Co, 13136 20th Ave, College Point, NY 11356-2442;
Amp Tech. Inc., 7812 67th Dr Middle Village, NY 11379;
Ampacet Corporation, 660 White Plains Rd, Ste 360, Tarrytown, NY 10591;
Amper, Politziner, And Mattia Pc, 750 3rd Ave, Fl 16, New York, NY 10017;
Amplify Education Inc, 55 Washington St # 800, Brooklyn, NY 11201-1066;
Amster Rothstein-Ebenstein Llp, 90 Park Ave # 21, New York, NY 10016-1463;
Amsterdam & Lewinter, 271 Madison Ave # 700, New York, NY 10016-1011;
Amsterdam Court Hotel, 226 W 50th St, New York, NY 10019-6702;
Amsterdam Hospitality, 888 7th Ave # 20, New York, NY 10106-2500;
Amsterdam News, 2340 Frederick Douglass Blvd, New York, NY 10027-3687;
Amsterdam Nursing Home Corp, 1395 Lexington Ave, New York, NY 10128-1612;
Amsterdam Residence Hotel, 207 W 85th St, New York, NY 10024-3999;
Amsterdam Tobacco Co Inc, 1614 Amsterdam Ave, New York, NY 10031-8933;

Amsterland, 301 Old Sleepy Hollow Rd, Pleasantville, NY 10570-3807;
Amtex System Inc, 195 Chrystie St, New York, NY 10002-1214;
Amtrak, 2 Penn Plz, New York, NY 10121-0101;
Amtrust Financial, 59 Maiden Ln, Fl 6, New York, NY 10038;
Amtrust, 250 Broadway, Rm 3001, New York, NY 10007;
Analytic Partners Inc, 360 Lexington Ave # 17, New York, NY 10017-6549;
Analytical Diagnostic Labs Inc, 2115 Avenue X, Brooklyn, NY 11235-2910;
Anchin Block & Anchin Llp, 1375 Broadway # 18, New York, NY 10018-7086;
Anchor Breaking & Cutting Co, 9730 Atlantic Ave, Ozone Park, NY 11416-1620;
Ancora Engineering PLLC, 260 W 36th St Frnt 3, New York, NY 10018-8985;
Andersen Windows And Doors, 1 Doncaster Ave, West Islip, NY 11795-1218;
Anderson & Ochs Llp, 61 Broadway # 525, New York, NY 10006-2751;
Anderson Architects Pc, 555 W 25th St, New York, NY 10001-5542;
Anderson Kill, 1251 Avenue Of The Americas, Fl 42, New York, NY 10020;
Andi Pepper Interiors, 381 Park Ave S # 2, New York, NY 10016-8806;
Andrews Kurth Kenyon Llp, 200 Park Ave # 53, New York, NY 10166-4499;
Andromeda Advantage, 4912 31st Pl, Long Is City, NY 11101;
Andrus Children's Ctr, 19 Greenridge Ave, White Plains, NY 10605-1201;
Anesthesiology Department, 1 Gustave L Levy Pl # 1010, New York, NY 10029-6504;
Angeliades, 542 47th Ave, Long Island City, NY 11101-5415;
Angelo Gordon, 245 Park Ave, Fl 24, New York, NY 10168;
Angelo Ng & Anthony Ng Architect, 66-00 Long Island Expressway, Suite 106, Maspeth, NY 11378;
Angelo, Gordon And Co, L. P., 245 Park Ave, Fl 24, New York, NY 10168;
Angion Biomedica Corp, 51 Charles Lindbergh Blvd # 2, Uniondale, NY 11553-3658;
Angus Reid Strategies Inc, 55 5th Ave # 1403, New York, NY 10003-4381;
Anigriv LLC, 423 E 115th St Apt 3b, New York, NY 10029-1707;
Animal Fair, 545 8th Ave # 401, New York, NY 10018-4341;
Animated Storyboards Inc, 1001 Avenue Of The Americas, Rm 2401, New York, NY 10018;
Anjac Enterprises, 310 Nassau Ave Brooklyn, NY 11222;
Annex Masonry Restoration Inc, 14 Ashford Place, Albertson,NY,11507;
Ann-Jules Gottlieb Women's, 1554 Northern Blvd, Manhasset, NY 11030-3053;
Annual Survey Of American Law, 110 W 3rd St, New York, NY 10012-1003;
Ansu Construction Inc, 4047 72nd St, Woodside, NY,11377;
Answerlab, 350 5th Ave # 3900, New York, NY 10118-3920;
Antek Corp, 220 E 82nd St, New York, NY 10028-2722;
Anthony C. Baker (Acb) Architect & Planner Pc, 110 W 32nd St Fl7, New York, NY 10001-3205;
Anthony J. Tortolani M.D., 525 E 68th St, New York, NY 10065;
Anti-Defamation League, 605 3rd Ave, Fl 9a, New York, NY 10158;
Antin Ehrlich-Epstein Llp Atty, 49 W 37th St # 7, New York, NY 10018-0182;
Anton Community Newspapers Inc, 132 E 2nd St, Mineola, NY 11501-3522;
Anton Rusin Agency Construction, 526 Fayette Ave Box 266 Mamaroneck, NY 10543;
Antony & Roberto Group Inc, 79 Mercer St # 5, New York, NY 10012-4430;
Antoun Sehnaoui, 190 Prince St, New York, NY 10012-2906;
Anvil Knitwear Inc, 228 E 45th St, Fl 4, New York, NY 10017;
Aol Inc., 770 Broadway, New York, NY 10003;
Apawamis Club, 2 Club Rd, Rye, NY 10580-1648;
Apax Partners, L.P., 601 Lexington Ave, Fl 53, New York, NY 10022;
Apco Group Inc, 2329 Story Ave, Bronx, NY 10473-1117;
Apex Development, 358 Broadway, Newark, NJ 07104;
Apex Mechanical Corp, 2800 Webster Ave, Bronx, NY 10458-3098;
Apex Technical School, 2402 Queens Plz S, Long Is City, NY 11101;
Apex Therapeutic Service, 1010 Northern Blvd, Ste 208, Great Neck, NY 11021;
Apexx-Omni-Graphics Inc, 5829 64th St, Maspeth, NY 11378-2836;
Apn Construction Corp., 7217 31st Ave East Elmhurst, NY 11370;
Apogee Consulting Group, 1151 Kildaire Farm Rd Ste 120, Cary,Nc,27511;
Apogee Translite, Inc., 593 Acorn St, Deer Park, NY 11729-3617;
Apollo Global Management, LLC, 9 W 57th St, Fl 43, New York, NY 10019;

Apollo Petroleum Transport Co, 490 Kingsland Ave # 11222, Brooklyn, NY 11222-1925;
Apollo Theater, 253 W 125th St, New York, NY 10027-4408;
Apostille Us, 14 Wall St # 5e, New York, NY 10005-2131;
Apothecus Inc, 111 South St, Oyster Bay, NY 11771-2255;
App First Inc, 6 W 14th St # 4e, New York, NY 10011-7507;
App Rise Communications, 880 3rd Ave # 6, New York, NY 10022-4730;
Apparatus Studio, 124 W 30th St # 4, New York, NY 10001-4009;
Appareline Inc, 231 W 39th St # 318, New York, NY 10018-0975;
Appellate Defender, 11 Park Pl # 1601, New York, NY 10007-2815;
Appepropo Inc, 1133 Broadway # 418, New York, NY 10010-8253;
Appetizer Mobile LLC, 115 W 45th St # 501, New York, NY 10036-4005;
Apple & Eve LLC, 2 Seaview Blvd # 100, Port Washington, NY 11050-4634;
Apple Core Hotels Inc, 6 W 32nd St, New York, NY 10001-3802;
Apple Restoration & Waterproofing, 132 Bedford Avenue, Brooklyn,NY,11211;
Applied Landscape Technologies, 145 River Rd Montville, NJ 07045;
Applied Merchandising Concepts, 15 Beechwood Ave, New Rochelle, NY 10801-6818;
Appnexus Inc., 28 W 23rd St, Fl 4, New York, NY 10010;
Aps Contracting Inc, 161 Pennsylvania Ave Paterson, NJ 07503;
Aps Electric Inc., 257 54th St, Brooklyn, NY 11220-2610;
Aps Healthcare, 44 S Broadway, Ste 1200, White Plains, NY 10601;
Aptus Health, Inc., 395 Hudson St, Fl 3, New York, NY 10014;
Aqua Turf Irrigation Systems, 6 Westchester Plz # 142, Elmsford, NY 10523-1611;
Aqueduct, 11000 Rockaway Blvd # 6, South Ozone Park, NY 11420-1010;
Arab Bank Plc, 520 Madison Ave, Ste 202, New York, NY 10022;
Araca Merchandise Lp, 545 W 45th St # 10, New York, NY 10036-3409;
Aramark Corporation, 1101 Market St Philadelphia, Pa 19107;
Arben Group, 175 Marble Ave, Pleasantville, NY 10570;
Arc Arena, 55 Lexington Ave, New York, NY 10010-5585;
Arc Elect. & Mech. Contractors, 26 Delevan St Brooklyn, NY 11231;
Arc Of Rockland, 25 Hemlock Dr, Congers, NY 10920;
Arc Tec Welding & Fabrications Inc, 15 Harrison Ave, Staten Island, NY 10302-1328;
Arc, 1145 E 55th St, Brooklyn, NY 11234;
Arcade Edit, 220 5th Ave # 12, New York, NY 10001-7754;
Arcadia Electrical, 1005 Wyckoff Ave, Ridgewood, NY 11385-5354;
Arcadis Of New York, Inc., 2701 Queens Plz N Ste 800 Long Island City, NY 11101;
Arch Associates LLC Po Box, 335, 22 Hamilton Ln Glenmont, NY 12077;
Arch Capital, 360 Hamilton Ave, Ste 600, White Plains, NY 10601;
Arch Construction Co Inc, 314 E 104th St # 1fw, New York, NY 10029-5554;
Arch-Concept Construction, Inc, 351 W Clinton St, Haledon, NJ 07508-1529;
Archdiocese Of NY, 1011 1st Ave, Fl 6, New York, NY 10022;
Archetypes Inc, 5 Crosby St # 3, New York, NY 10013-3154;
Archidata Inc, 29 W 36th St, Rm 1100, New York, NY 10018;
Archimaera Architecture, 67 West St Ste 326, Brooklyn, NY 11222-5389;
Archinova Builders LLC, 9 Heather Lane, Orangeburg, NY,10962;
Architect's Newspaper LLC, 21 Murray St # 5, New York, NY 10007-2244;
Architectural Grille, 42 2nd Ave, Brooklyn, NY 11215-3102;
Architecture & Design Inc, 150 Varick St # 5, New York, NY 10013-1218;
Architecture Outfit, 211 Centre St 3rd Fl, New York, NY 10013;
Architecture Research Office, 170 Varick St # 700, New York, NY 10013-1260;
Architizer, 1 Whitehall St # 10, New York, NY 10004-2140;
Archstone-Smith, 4757 W Braddock Rd, Alexandria, Va 22311-4704;
Arco Cleaning Maintenance, 2 Cottage Pl, Mt Kisco, NY 10549-2706;
Arco Management Corp., 4 Executive Blvd, Ste 100, Suffern, NY 10901;
Arctic Flow-Draft Beer-Ice, 5611 62nd Ave, Flushing, NY 11378-3502;
Arcus Foundation, 44 W 28th St, Fl 17, New York, NY 10001;
Ardenn Construction, 385 E 18th St Apt 6k Brooklyn, NY 11226;
Ardsley Union Free School District Inc, 500 Farm Rd, Ardsley, NY 10502;

Arenson Office Furnishings Inc, 16 Madison Sq W # 6, New York, NY 10010-1630;
Ares Printing & Packaging Corp, 63 Flushing Ave # 224, Brooklyn, NY 11205-1073;
Argent Associates Inc, 140 Fieldcrest Ave, Edison, NJ,08837;
Argent Software Inc, 866 Avenue Of The Americas, New York, NY 10001-4106;
Argo Lithographers Inc, 4310 21st St, Long Island City, NY 11101-5002;
Argo Turboserve Corporation, 681 5th Ave, Fl 11, New York, NY 10022;
Argo, 50 W 17th St, Fl 7, New York, NY 10011;
Argonon, 140 E 45th St # 21, New York, NY 10017-7174;
Argosy International Inc., 225 W 34th St, Ste 1508, New York, NY 10001;
Argus Community Inc, 760 E 160th St, Bronx, NY 10456-7815;
Ariel Property Advisors, 122 East 42nd St Suite 2405, New York, NY 10168;
Arista Air Conditioning, 3826 10th St, Long Island City, NY 11101-6179;
Arista Printing & Computer, 131 Liberty Ave, Mineola, NY 11501-3510;
Aristotles, 3109 37th St, Astoria, NY 11103;
Ark Systems Electric Corp, 2708 42nd Rd, Long Island City, NY 11101-4112;
Arkadium, Inc., 920 Broadway, Fl 2, New York, NY 10010;
Arkay Decorating, 146 W 29th St # 9e, New York, NY 10001-8207;
Arlettes Homecare Agency,Inc., 1461 Talmadge Dr, North Baldwin, NY 11510;
Arlo Soho, 231 Hudson St, New York, NY 10013-1412;
Armstrong Roofing Corp, 2343 Hylan Blvd,State Island,NY,10306;
Army Cons. LLC., 224 Broughton Ave Fl 1 Bloomfield, NJ 07003;
Army Construction LLC, 13 Bellevue Ave Bloomfield, NJ 07003;
Army, 200 W 43rd St, New York, NY 10036;
Arnell Construction Corp., 8855 76th Ave Glendale, NY 11385;
Arnold & Porter, 250 W 55th St # C2, New York, NY 10019-7639;
Aronauer & Yudell Llp, 60 E 42nd St # 1420, New York, NY 10165-1444;
Arqenta Inc, 124 E 124th St # 2, New York, NY 10035-1933;
Arquitectonica, 114 W 26th St, New York, NY 10001-6812;
Array Architects, 44 East 30th Street 10th Fl, New York, NY 10016;
Array Magazine Inc, 135 Grand St # 4, New York, NY 10013-3101;
Array Marketing Group, 200 Madison Ave # 2121, New York, NY 10016-4000;
Arri Inc, 617 Route 303, Blauvelt, NY 10913;
Arrow Exterminating Inc, Po Box 864, Lynbrook, NY 11563-0864;
Arrow Linen Supply Co Inc, Po Box 9321, Garden City, NY 11530-9321;
Arrow Security, 11605 Jamaica Ave, Richmond Hill, NY 11418-2433;
Arrowpak Inc, 12019 89th Ave, Jamaica, NY 11418-3298;
Art Dental Laboratory, 199 Jericho Tpke, Ste 402, Floral Park, NY 11001;
Art Department, 71 W 23rd St # 302, New York, NY 10010-3519;
Art Newspaper, 594 Broadway # 406, New York, NY 10012-3234;
Art Scroll Printing Corp, 230 W 41st St # B, New York, NY 10036-7207;
Artco Steel, Po Box 710, Armonk, NY 10504-0710;
Artec Inc, 1965 Steinway St, Astoria, NY 11105-1108;
Artezen Hotel, 24 John St # A, New York, NY 10038-4020;
Arthur Yorkes & Co, 1375 Broadway # 15, New York, NY 10018-7036;
Articulate, 244 5th Ave # 2960, New York, NY 10001-7604;
Artimus Construction Inc, 316 West 118th Street, New York, NY 10026;
Artistic Tile, 38 W 21st St # 1, New York, NY 10010-6906;
Artstor Inc, 140 E 62nd St, New York, NY 10065-8124;
Artsystems Limited, 11 W 25th St # 5, New York, NY 10010-2058;
Arup, 77 Water St, New York, NY 10005-4401;
Arvato Systems North America, 1700 Broadway # 26, New York, NY 10019-5905;
Arye Lustig & Sassower Pc, 20 Vesey St # 1010, New York, NY 10007-2927;
As I Am Press LLC, 42 Longview Rd, Port Washington, NY 11050-3041;
Asa Building Maintenance, 235 E 123rd St, New York, NY 10035-2021;
Asa College, 151 Lawrence St, Ste 2, Brooklyn, NY 11201;
Asahi Technologies LLC, 54 W 40th St, New York, NY 10018-2602;
Asap Computer Maintenance Inc, 393 5th Ave, New York, NY 10016-3325;

Asar International Corp., 3741b Victory Blvd Staten Island, NY 10314;
Asb Communications, 635 W 42nd St # 6n, New York, NY 10036-1921;
Ascend Hire Incorporated, 321 W 44th St, Ste 603, New York, NY 10036;
Ash & Parsont Llp, 122 E 42nd St # 1507, New York, NY 10168-0053;
Ash Contracting Corp, 1434 E 89th St Brooklyn, NY 11236;
Ashay Media Group, 159 20th St, Ste 1b, Brooklyn, NY 11232;
Ashnu International Inc, 350 Broadway Rm 309 New York, NY 10013;
Ashtime, 680 E 21st St, Brooklyn, NY 11226;
Asi System Integration, 3 Seaview Blvd, Port Washington, NY 11050-4610;
Asiabank, 13534 Roosevelt Ave, Flushing, NY 11354;
Asian American Legal Defense, 99 Hudson St # 12l, New York, NY 10013-2869;
Asian Pacific Islander Cltn, 400 Broadway, New York, NY 10013-3698;
Ask Construction Inc., 4851 36th St, Long Is City, NY 11101;
Asme, 2 Park Ave, Fl 7, New York, NY 10016;
Asn, 6020 59th Pl, Flushing, NY 11378-3445;
Aspark, 40 W 27th St # 401, New York, NY 10001-6937;
Aspca, 520 8th Ave, Fl 7, New York, NY 10018;
Aspen Landscaping, 1121 Springfield Rd Union, NJ 07083;
Asphalt Green, 555 E 90th St, New York, NY 10128-7803;
Asset Inventories, 12 E 46th St # 501, New York, NY 10017-2418;
Asset Staffing, Inc., 150 Grand St, Fl 4, White Plains, NY 10601;
Associated Global Systems Inc, 3333 New Hyde Park Rd, Ste 207, New Hyde Park, NY 11042;
Associated Mortgage Bankers, 600 Old Country Rd, Rm 207, Garden City, NY 11530;
Associated Press, 450 W 33rd St, Fl 15, New York, NY 10001;
Associates Computer Inc, 275 W 231st St, Bronx, NY 10463-3903;
Association For Childern With, 213 48th St, Brooklyn, NY 11220-1011;
Association For Computing Machinery, 1601 Broadway, Fl 10, New York, NY 10019;
Association Management Inc., 135 W 50th St, Fl 12, New York, NY 10020;
Association Of The Bar Of The, 42 W 44th St, New York, NY 10036;
Association-Info Tech Pro-Aitp, Po Box 370, Hicksville, NY 11802-0370;
Assurant Inc, 28 Liberty St, Fl 41, New York, NY 10005;
Assured Guaranty Corp., 31 W 52nd St, Fl 26, New York, NY 10019;
Ast, 6201 15th Ave, Ste 3k, Brooklyn, NY 11219;
Astellas, 8344 Langdale St, New Hyde Park, NY 11040;
Aster Renovation & Design, 401 Park Ave S # 10, New York, NY 10016-8808;
Asterix Consulting Inc, 303 5th Ave # 1301, New York, NY 10016-6646;
Astivida Construction Inc, 214 80th St, Brooklyn, NY 11209-3612;
Astor Group, 100 Park Ave # 16, New York, NY 10017-5538;
Astor Place Theatre, 434 Lafayette St # A, New York, NY 10003-6973;
Astoria Blvd Realty LLC, 200 E 60th St Fl 3, New York, NY 10022-1487;
Astoria Fed Savings And Loan Assn, 155 Jericho Tpke, Floral Park, NY 11001;
Astoria Lic Development, 3511 36th St Ste 3, Astoria, NY 11106-1300;
Astoria Owners LLC, 43 W 47th St Ste 203, New York, NY 10036-2804;
Astoria Studios, 3412 36th St # 51, Astoria, NY 11106-1235;
Astron Solutions, 505 8th Ave, Rm 2200, New York, NY 10018;
Ataboy Studios, 125 W 29th St, New York, NY 10001-5788;
Atc Healthcare Svc, 1983 Marcus Ave, Ste E122, New Hyde Park, NY 11042;
Atco Contracting Group Inc, 3452 11th St Astoria, NY 11106;
Athena East, 41 E 11th St, New York, NY 10003-4602;
Athletic Field Service Corporation, Po Box 1231, Fort Washington, Pa 19034-8231;
Atj Electrical Co, 12213 15th Ave College Point, NY 11356;
Atlantic Chestnut Affordable Housing LLC, 902 Broadway Fl 13, New York, NY 10010-6033;
Atlantic Cooling Tech. And Services LLC., 80 Kero Rd,Carlstadt,NJ,07072;
Atlantic Dermatologic Associates, Llp, 266 Merrick Rd, Ste 201, Lynbrook, NY 11563;
Atlantic Dialysis, 385 Seneca Ave, Ridgewood, NY 11385-1340;
Atlantic Fluid Technology, 354 West Boylston St, Suite 221, West Boylston, Ma 01583;
Atlantic Maintenance Corporati, 154 Conover St, Brooklyn, NY 11231;

Atlantic Software Tech, 340 Madison Ave # 19, New York, NY 10173-1921;
Atlantic State Devmnt Corp, Po Box 189, Pound Ridge, NY 10576-0189;
Atlantic Television, 524 Broadway # 402, New York, NY 10012-4408;
Atlantic-Pacific Capital Inc, 444 Madison Ave # 34, New York, NY 10022-6920;
Atlantis Rehabilitation Ctr, 140 Saint Edwards St, Brooklyn, NY 11201-3904;
Atlas Air, 2000 Westchester Ave, Ste 200, Purchase, NY 10577;
Atlas Capital Group LLC, 450 Park Avenue, 4th Fl, New York, NY 10022;
Atlas Construction Mgmt LLC, 185 Franklin St # 2, New York, NY 10013-2873;
Atlas Construction Of NY, 5921 56th St, Maspeth, NY 11378-3107;
Atlas Feather Corp, 62 Greenpoint Ave # 1, Brooklyn, NY 11222-2058;
Atlas Painting & Sheeting Corp, 465 Creekside Dr, Amherst, NY 14228-2112;
Atlas Party Rental, 554 S Columbus Ave, Mt Vernon, NY 10550-4712;
Atlas Scientific LLC, 4315 11th St, Long Island City, NY 11101-6801;
Atlas Search, 1540 Broadway # 1010, New York, NY 10036-4083;
Atlas Welding & Boiler Repair, 2373 Tiebout Ave, Bronx, NY 10458-7303;
Atlas-Acon Electric Svc Corp, 283 Hudson St, New York, NY 10013-1467;
Atlason, 594 Broadway # 201, New York, NY 10012-3234;
Atlaz International Ltd, 244 E Merrick Rd, Freeport, NY 11520-4029;
Atmananda Yoga Sequence, 112 E 23rd St # 2, New York, NY 10010-4542;
Atmosphere Design Group LLC, 465 Columbus Ave # 305, Valhalla, NY 10595-1336;
Atrium Staffing LLC, 387 Park Ave S, Fl 3, New York, NY 10016;
Atrium, 611 E 103rd St, Brooklyn, NY 11236-2501;
Atta Inc, 4 New York Plz, New York, NY 10004-2413;
Attentive Home Health Care Svc, 76 N Broadway # 4000, Hicksville, NY 11801-4241;
Attri Enterprises Inc, 892 Metropolitan Avenue Brooklyn, NY 11211;
Auburn Seminary, 475 Riverside Dr # 1800, New York, NY 10115-0029;
Auc Press, 809 United Nations Plz, New York, NY 10017-3503;
Auda, 888 7th Ave, Fl 41, New York, NY 10107;
Audio Network Us Inc, 246 5th Ave # 6, New York, NY 10001-7608;
Audio Video Systems, 25 Adams Ct, Plainview, NY 11803-1601;
Auditory Oral School Of NY, 3321 Avenue M, Brooklyn, NY 11210-5421;
Audrey Golden Assoc, 633 3rd Ave # 800, New York, NY 10017-6791;
Aufgang Architects, 74 Lafayette Avenue Suite 301, Suffern, NY 10901;
Augusiewicz Construction, 15 Washington Avenue,, Bayshore, NY 11706;
August Aichhorn Ctr For, 23 W 106th St, New York, NY 10025-3806;
Augustin Partners, 300 E 42nd St # 14, New York, NY 10017-5984;
Aurion Services Inc, 849 73 Street Brooklyn, NY 11228;
Auritt Communications, 555 8th Ave # 709, New York, NY 10018-4730;
Aurora Contractors Inc, 100 Raynor Ave, Ronkonkoma, NY 11779-6661;
Austrian Cultural Forum, 11 E 52nd St, New York, NY 10022;
Autism Speaks, 1 E 33rd St, Fl 4, New York, NY 10016;
Auto Inc, 3513 Avenue L, Brooklyn, NY 11210;
Auto Palace Car & Truck Rental, 35 Church Ave, Brooklyn, NY 11218-3019;
Automatic Irrigation Design, 333 Baldwin Rd, Hempstead, NY 11550-7499;
Automed, 1 Rxr Plz, Uniondale, NY 11556-3832;
Automotive Bulb Corp Co, 1622 E 16th St, Brooklyn, NY 11229-1108;
Autotrader.Com, 168 Elmwood St, Valley Stream, NY 11581;
Autronic Plastics Dba Clear-Vu, 1150 Motor Pkwy, Central Islip, NY 11722-1217;
Avac, 423 W 127th St, Fl 4, New York, NY 10027;
Avalon Auto Repair & Collision, 401 Hempstead Tpke, Elmont, NY 11003-1669;
Avalon Hotel, 16 E 32nd St, New York, NY 10016-5402;
Avanan, 242 W 30th St # 404, New York, NY 10001-4920;
Avanti Healthcare Svc, 75 Nassau Terminal Rd, New Hyde Park, NY 11040-4997;
Avanti Home Renovations, 211 Main St, New Rochelle, NY 10801-5712;
Avenue Contracting Inc, 67-23 Fresh Meadow Ln,Fresh Meadows,NY,11365;
Avi Pandey Md Pc, 6118 190th St, Ste 229, Fresh Meadows, NY 11365;
Aviant Systems, 255 E 49th St # 20f, New York, NY 10017-1534;

Aview Builders Inc, 1274 49th St Ste 261,Brooklyn,NY,11219;
Avinash K Malhotra Architects, 148 W 24th St, 6th Floor, New York, NY 10011-1916;
Avirao Group Management, 65-09 Queens Blvd, Woodside, NY 11377;
Avison Young, 1166 6th Ave, New York, NY 10036;
Avo Construction LLC, 416 Washington St, New York, NY 10013-2067;
Avon, 1345 Avenue Of The Americas, Bsmt Conc9, New York, NY 10107;
Awac Services Company Inc, 199 Water St, Fl 24, New York, NY 10038;
Awe Inc, 1072 Bay Ridge Ave Brooklyn, NY 11219;
Awl Industries Inc, 460 Morgan Ave, Brooklyn, NY 11222-5706;
Awr Group Inc, 3715 Hunters Point Ave, Long Island City, NY 11101-1913;
Axa Advisors, LLC, 1290 Avenue Of The Americas, Fl Conc1, New York, NY 10104;
Axcess LLC, 853 Broadway, Ste 1109, New York, NY 10003;
Axcess Worldwide, 853 Broadway # 1109, New York, NY 10003-4718;
Axel Protection Systems Inc, 9024 161st St # 1, Jamaica, NY 11432-6138;
Axelon Services Corporation, 44 Wall St, Fl 18, New York, NY 10005;
Axiom Capital Management Inc, 350 5th Ave # 5420, New York, NY 10118-5401;
Axiom Law, 295 Lafayette St # 805, New York, NY 10012-2700;
Axiom Legal Solutions, 75 Spring St # 8, New York, NY 10012-4071;
Axiom Software Labs Inc, 45 Broadway # 1130, New York, NY 10006-4008;
Axis Enterprises Inc, 8 W 38th St # 3, New York, NY 10018-0168;
Axispoint, Inc., 21 W 38th St, Fl 12, New York, NY 10018;
Ay Phase Ii Development Company, 1 Metrotech Center 18th Fl, Brooklyn, NY 11201;
Ayfie Inc, 25 W 43rd St # 908, New York, NY 10036-7414;
B & H Contracting Corp, 7129 Roosevelt Ave Jackson Heights, NY 11372;
B & H Photo, 420 9th Ave, New York, NY 10001-1644;
B & S Iron Works, LLC., 1364 Inwood Ave Bronx, NY 10452;
B And B Coverage LLC, 1 E Lincoln Ave, Valley Stream, NY 11580;
B And C, 34 Edinburgh Dr, Peekskill, NY 10566;
B B R Contracting Corp, 163 22nd St Brooklyn, NY 11232;
B G National Plumbing & Heating Company, 45-14 51 Street,,Woodside,NY,11377;
B H Folios Ltd, 425 E 86th St, Apt 8e, New York, NY 10028;
B H Multi Color Corp, 15 W 46th St # 6, New York, NY 10036-4196;
B N Restoration Inc., 16710 S Conduit Ave Ste 103,Jamaica,NY,11434;
B Rosen Sons, C16 Hunts Point Co Op Mkt, Bronx, NY 10474-7510;
B Squared, 104 W 29th St # 7, New York, NY 10001-5310;
B Thayer Assoc, 99 Sunnyside Blvd # 100, Woodbury, NY 11797-2946;
B.J. Laura And Sons Inc., 4558 162nd St Flushing, NY 11358;
B6 Real Estate Advisors, 1040 Avenue Of The Americas, New York, NY 10018;
Baby Fair, 34 W 33rd St # 818, New York, NY 10001-3304;
Bac Electrical Constr Co Inc, 873 N Broadway, White Plains, NY 10603-2403;
Bacc Builders, 134 W 29th St # 604, New York, NY 10001-5304;
Bachrach Jacobs Search Group, Inc, 1430 Broadway, Rm 1301, New York, NY 10018;
Bader & Yakaitis, 1430 Broadway # 1802, New York, NY 10018-3354;
Badger & Winters, 49 W 23rd St # 10, New York, NY 10010-4224;
Badger Sports Club Inc, 119 Rockland Ave, Larchmont, NY 10538-1430;
Badger State Industries, 3099 E Washington Ave,Madison,Wi,53704;
Bag Bazaar Ltd, 1 E 33rd St # 6, New York, NY 10016-5099;
Bagiana Construction, 94-37 212th Street,Queens Village,NY,11428;
Bahar LLC, 268 Cypress Ave, Bronx, NY 10454-1502;
Baker & Rannells, 570 Lexington Ave # 8, New York, NY 10022-6737;
Baker And Hostetler Llp, 45 Rockefeller Plz, Fl 10, New York, NY 10112;
Baker And Mckenzie Llp, 452 5th Ave, Fl 14, New York, NY 10018;
Balancing Life's Issues, Inc., 14 Saddle Ridge Rd, Ossining, NY 10562;
Balchem Corp, 52 Sunrise Park Rd,, New Hampton, NY 10958;
Baldor Specialty Foods, Inc, 155 Food Center Dr, Ste 1, Bronx, NY 10474;
Baldwin Pl, 2385 Grand Ave, Baldwin, NY 11510;
Baldwin Union Free School Dist, 960 Hastings St, Baldwin, NY 11510;

Ball Chain Mfg Co Inc, 741 S Fulton Ave, Mount Vernon, NY 10550;
Ballan Cleaning Corp, 1211 Stewart Ave # 103, Bethpage, NY 11714-1601;
Ballet Academy East, 1651 3rd Ave # 301, New York, NY 10128-3679;
Ballet Hispanico Of NY, 167 W 89th St, New York, NY 10024-1901;
Ballon Stoll Bader & Nadler Pc, 729 7th Ave # 17, New York, NY 10019-6887;
Balter Sales Co Inc, 209 Bowery # A, New York, NY 10002-2887;
Baltz & Co, 49 W 23rd St # 900, New York, NY 10010-4225;
Balyasny Asset Mngmt, 767 5th Ave # 35, New York, NY 10153-0079;
Bam, 30 Lafayette Ave, Brooklyn, NY 11217;
Bancker Construction Corp, 218 Blydenburg Rd, Po Box 970 Islandia, NY 11749;
Banco Bilbao Vizcaya Argentaria, 1345 Avenue Of The Americas, Fl 45, New York, NY 10107;
Bandit Edit, 532 Broadway # 5, New York, NY 10012-3939;
Bandujo Advertising & Design, 22 W 21st St # 8, New York, NY 10010-6939;
Bank Hapoalim, 1120 Avenue Of The Americas, Fl 19, New York, NY 10036;
Bank Leumi Usa, 579 5th Ave, Frnt A, New York, NY 10017;
Bank Of China, 415 Madison Ave, Fl 6, New York, NY 10017;
Bank Of Communications Co Ltd, 9710 62nd Dr, Apt 12d, Rego Park, NY 11374;
Bank, 43 Bayberry Dr, Peekskill, NY 10566;
Bar Thalia, 2537 Broadway, New York, NY 10025-6947;
Barami Construction Corp, 481 8th Ave Ste 537, New York, NY 10001-1809;
Baratta Aidala, 546 5th Ave # 6, New York, NY 10036-5000;
Barbara's Private Collection, 387 Jericho Tpke, Floral Park, NY 11001-2241;
Barbarian Group LLC, 11 Beach St # Tha, New York, NY 10013-2429;
Barbaro Electric Co Inc, 327 38th Street Brooklyn, NY 11232;
Barbizon Electric, 456 W 55th St New York, NY 10019;
Barclays Bank Plc, 200 Park Ave, Fl 3w, New York, NY 10168;
Bard Rao & Athanas Nyc, 105 Madison Ave # 10, New York, NY 10016-7551;
Barger & Wolen Llp, 10 E 40th St # 40, New York, NY 10016-0301;
Bark Frameworks Inc, 2124 44th Ave, Long Island City, NY 11101-5008;
Barker, 30 Broad St # 47, New York, NY 10004-2939;
Barksdale Home Care Svc Inc, 134 Fifth Ave, Pelham, NY 10803-1504;
Barnard College, 3009 Broadway, Frnt 1, New York, NY 10027;
Barney Skanska Construction Co, 136 Madison Ave # 11, New York, NY 10016-6789;
Baron Capital, Inc., 767 5th Ave, Fl 48, New York, NY 10022;
Barone Management LLC, 511 Canal Street Suite 500, New York, NY 10013;
Barr And Barr Inc, 460 W 34th St, Fl 16, New York, NY 10001;
Barra, LLC, 250 Greenwich St, Fl 47, New York, NY 10007;
Barrier Brewing Co, 3001 New St # A2, Oceanside, NY 11572-2747;
Barry Mctiernan & Moore, 2 Rector St # 14, New York, NY 10006-2007;
Barry's Auto Body, 4301 Amboy Rd, Staten Island, NY 10312-3819;
Bartholomew Mazza Ltd, Po Box 231444, New York, NY 10023-0025;
Bartlett Dairy, 9004 161st St, Ste 609, Jamaica, NY 11432;
Barton F Graf 9000 LLC, 60 Madison Ave # 201, New York, NY 10010-1688;
Barton Llp, 711 3rd Ave # 14, New York, NY 10017-9202;
Base One Technologies Inc, 30 Church St # 2b, New Rochelle, NY 10801-8367;
Basic Tech. Inc., 32781 Middlebelt Rd Ste C,Farmington Hills,Mi,48334;
Batac Construction Co, 244 E 71st St, New York, NY 10021-5121;
Battery Park City Authority, 200 Liberty St, Fl 24, New York, NY 10281;
Bauer Media Group Inc, 200 W 41st St # 5, New York, NY 10036-7217;
Bauerschmidt & Son Inc, 11920 Merrick Blvd, Jamaica, NY 11434-2296;
Bauman & Kunkis Pc, 225 W 34th St # 2208, New York, NY 10122-2208;
Baxt Ingui Architects, 20 Vesey St # 900, New York, NY 10007-4228;
Bay Restoration Corp, 3247 62nd St, Flushing, NY 11377-2031;
Bay Ridge Federal Credit Union, 1750 86th St, Brooklyn, NY 11214;
Bay Ridge Medical Imaging, 7601 4th Ave # 1, Brooklyn, NY 11209-3269;
Bay State Alarm Security Inc., 462 Pleasant St,Marlborough,Ma,01752;
Bayada Home Health Care Inc, 115 W 30th St, Rm 700, New York, NY 10001;

Bayard Advertising Agency, Inc., 1430 Broadway, Fl 20, New York, NY 10018;
Bayberry Nursing Home, 40 Keogh Ln, New Rochelle, NY 10805-1397;
Bayridge Star Construction Corp, 539 Bay Ridge Pkwy Brooklyn, NY 11209;
Bayside Dialysis Ctr, 20110 Northern Blvd, Bayside, NY 11361-2542;
Bayside Homes, 3519 223rd St, Bayside, NY 11361-2236;
Bayside Refrigeration Inc., 9933 Gettler St, Dyer, In 46311-7702;
Bayview Nursing Homes, 1 Long Beach Rd, Island Park, NY 11558-2299;
Bbb Brisbin Brook Beynon Architects, 14 Duncan Street 4th Floor, Toronto, On M5h 3g8;
Bbc Worldwide Americas Inc., 747 3rd Ave, Fl 6, New York, NY 10017;
Bbdo, 1285 Avenue Of The Americas, Fl 4, New York, NY 10019;
Bbh New York, 32 Avenue Of The Americas # 19, New York, NY 10013-2473;
Bbva, 1345 Avenue Of The Americas, Fl 44, New York, NY 10107;
Bca Watson Rice LLC, 5 Penn Plz # 2300, New York, NY 10001-1821;
Bcc Inc, 1286 Prospect Pl, Brooklyn, NY 11213-2211;
Bchn, 1 Fordham St, Rm 1108b, Bronx, NY 10464;
Bcm, 228 E 45th St # 1201, New York, NY 10017-3326;
Bdo Usa, Llp, 100 Park Ave, Fl 9, New York, NY 10017;
Bdo, 100 Park Ave # 9, New York, NY 10017-5596;
Be Active Corp., 2962 Jerome Ave, Bronx, NY 10468;
Be Well Primary Health Care Center, LLC, 3007 Farragut Rd, Brooklyn, NY 11210;
Beach Hotel Assoc, 475 10th Ave # 11, New York, NY 10018-9716;
Beacon Chemical Co Inc, 125 S Macquesten Pkwy, Mt Vernon, NY 10550-1779;
Beacon Eldercare Inc, 6923 Grand Ave, Maspeth, NY 11378;
Beacon Press Inc, 32 Cushman Rd, White Plains, NY 10606-3706;
Beacon Rehab & Nursing Ctr, 140 Beach 113th St, Rockaway Park, NY 11694-2403;
Bean Sack, 3704 30th Ave # A, Astoria, NY 11103-4489;
Beaver Concrete Construction Co Inc, 390 North Broadway Jerico, NY 11753;
Beb Capital, 26 Harbor Park Dr, Port Washington, NY 11050-4602;
Becca Pr, 270 Lafayette St # 504, New York, NY 10012-0048;
Beck & Sclafani Mech Piping Con Inc, 77 Beverly Rd Montclair, NJ 07043;
Becker Glynn Melamed & Muffly, 299 Park Ave # 1603, New York, NY 10171-3898;
Becktech, 1166 Carlls Straight Path, Dix Hills, NY 11746-8017;
Bed Bath And Beyond Inc., 620 Avenue Of The Americas, Lbby 1, New York, NY 10011;
Bedessee Imports Ltd, 601 Wortman Ave, Brooklyn, NY 11208-5442;
Bedford Arms Construction, 1091-1103 Gates Avenue,Brooklyn,NY,11221;
Bedford Carp Construction Corporation, 77 Bloomfield Ave, Staten Island, NY 10314-7116;
Bedford Construction, 146 N Central Ave, Valley Stream, NY 11580-3841;
Bedford Golf & Tennis Club, Po Box 291, Bedford, NY 10506-0291;
Bedford St Martins, 175 5th Ave, New York, NY 10010-7703;
Bedford Stuyvesant Restoration Corp, 1368 Fulton St, Ste 4, Brooklyn, NY 11216;
Bedrock Real Estate Partners LLC, 501 5th Ave Rm 1803, New York, NY 10017-6189;
Bed-Vyne Brew LLC, 370 Tompkins Ave, Brooklyn, NY 11216-6662;
Bee Ready Fishbein Hatter, 170 Old Country Rd # 200, Mineola, NY 11501-4309;
Beers Enterprise Inc, 60 Hudson St # 201, New York, NY 10013-3369;
Before And After Construction, 24 Weirfield St, Brooklyn, NY 11221;
Behrman Communications, 286 Madison Ave # 1100, New York, NY 10017-6368;
Bel - Air Electric Construction Inc, Hewlett,NY;
Belair Care Ctr, 2478 Jerusalem Ave, North Bellmore, NY 11710-1827;
Bel-Air Electric Inc, 30 Stewart Street Hewlett, NY 11557;
Belaire Radiology Pc, 523 E 72nd St # 1, New York, NY 10021-4099;
Belaray Dermatology, 54 Birchwood Park Dr, Jericho, NY 11753-2202;
Beldock Levine & Hoffman, 99 Park Ave # A, New York, NY 10016-1508;
Belfor Property Restoration, 60 Raynor Avenue,, Ronkonkoma, NY 11779;
Belizario Enterprises, 530 Vermont St, Brooklyn, NY 11207;
Bell Flavor And Fragrances, 12 Sprague Ave, Middletown, NY 10940;
Bellantoni Landscape, 121 Lafayette Ave, White Plains, NY 10603-1602;
Bellevue Hospital Center, 462 1st Ave, Frnt 1, New York, NY 10016;

Bellevue Literary Press, 550 1st Ave, New York, NY 10016-6402;
Bellmore Merrick Central High Sd, 1260 Meadowbrook Rd, N Merrick, NY 11566;
Bellmore Paediatrics, 2073 Newbridge Rd, Bellmore, NY 11710-2222;
Belluck & Fox, 546 5th Ave # 5, New York, NY 10036-5000;
Belmont Metals Inc, 330 Belmont Ave, Brooklyn, NY 11207-4000;
Belmont Park Race Track By Nyr, 2150 Hempstead Tpke, Elmont, NY 11003-1599;
Belvedere Hotel, 319 W 48th St # 1, New York, NY 10036-1398;
Belway Electrical Contracting Corp, 66 S Central Ave, Elmsford, NY 10523;
Benaka Inc, 7 Lawrence St, New Brunswick, NJ 08901-3108;
Benchmark Construction Group, 250 Post Ave Ste 3 Westbury, NY 11590;
Bender & Rosenthal Llp, 451 Park Ave S # 8, New York, NY 10016-7390;
Bendheim Performing Arts Ctr, 999 Wilmot Rd, Scarsdale, NY 10583-6834;
Benedict Morelli, 777 3rd Ave # 31, New York, NY 10017-1406;
Benjamin Beechwod Tides LLC, Po Box 9, Jericho, NY 11753-0009;
Benjamin Development Company Inc., 377 Oak St, Ste 401, Garden City, NY 11530;
Benjamin Enterprises, 192 Tower Dr, Ste 1, Middletown, NY 10941;
Benjamin Kurzban & Son Control Inc, 1248 Ralph Avenue Brooklyn, NY 11236;
Bennett & Pless, 47 Perimeter Ctr E, Ste 500, Atlanta, Ga 30346-2001;
Benson, 192 Lexington Ave, Rm 502, New York, NY 10016;
Bensonhurst Center, 1740 84th St, Brooklyn, NY 11214;
Benta's Funeral Home Inc, 630 Saint Nicholas Ave, New York, NY 10030-1099;
Bentley Hotel New York, 500 E 62nd St, New York, NY 10065-8314;
Berdon Llp, 360 Madison Ave # 6, New York, NY 10017-7106;
Bergen Beach Youth Org, 2335 Bergen Ave, Brooklyn, NY 11234-6652;
Berger & Webb Llp, 7 Times Sq # 27, New York, NY 10036-6516;
Berger Lehman Assoc, 411 Theodore Fremd Ave # 301, Rye, NY 10580-1486;
Berglass Associates, LLC, 655 Madison Ave, Fl 16, New York, NY 10065;
Berkeley College, 3 E 43rd St, New York, NY 10017;
Berkman Bottger Newman-Schein, 521 5th Ave # 31, New York, NY 10175-3300;
Berkman Henoch Peterson Peddy, 100 Garden City Plz # 300, Garden City, NY 11530-3339;
Berlin Steel Construction Co, 76 Depot Rd Berlin, Ct 06037;
Bermuda Department Of Tourism, 201 E 42nd St # 12, New York, NY 10017-5732;
Bern Companies Inc, 321 W 44th Street, Ste 703,New York,NY,10036;
Bernath Rosenberg & Mandel, 1430 Broadway # 702, New York, NY 10018-9215;
Bernice Jacobson Day Sch-Camp, 340 Wheatley Rd, Old Westbury, NY 11568-1022;
Bernstein & Assoc, 440 E 79th St # 11a, New York, NY 10075-1401;
Bernstein Liebhard Lip, 10 E 40th St # 28, New York, NY 10016-0466;
Bernstein Litowitz Berger, 1251 Avenue Of The America #44, New York, NY 10020-1113;
Berwyn Editorial Inc, 200 Hudson St # 6, New York, NY 10013-1807;
Besen & Associates, 381 Park Ave S Fl 15, New York, NY 10016-8806;
Bessemer Trust Company, 45 Rockefeller Plz, Ste 600b, New York, NY 10112;
Bessemer Venture Partners, 1865 Palmer Ave, Ste 104, Larchmont, NY 10538;
Best Brands Home Products, 20 W 33rd St # 5, New York, NY 10001-3305;
Best Chair Rental, 554 S Columbus Ave, Mt Vernon, NY 10550-4712;
Best Concrete Mix Corp, 3510 College Point Blvd, Flushing, NY 11354-2719;
Best Construction & Restoration Corp, 36 Bradley Ave Staten Island, NY 10314;
Best Man Speech Source, 2175 Clover Ct, East Meadow, NY 11554-5126;
Best Medical Care Pc, 13911 Franklin Ave, Flushing, NY 11355-3342;
Best Western American Inn, 902 W 2nd St., Clarendon, Tx 79226;
Bestplas Tic, 1838 Atlantic Ave, Brooklyn, NY 11233-3002;
Bet, 1540 Broadway, Fl 32, New York, NY 10036;
Betances Health Ctr, 280 Henry St, New York, NY 10002-4816;
Beth Abraham Health Services, 612 Allerton Ave, Bronx, NY 10467;
Beth Israel Dermatology, 10 Union Sq E # 5, New York, NY 10003-3332;
Beth Israel Medical Center, 555 W 57th St, Fl 19, New York, NY 10019;
Beth Israel Medical Ctr, 10 Union Sq E, New York, NY 10003-3314;
Beth Israel Orthopedics, 10 Union Sq E # 5, New York, NY 10003-3332;

Beth Sholom Day Camp, 401 Roslyn Rd, Roslyn Heights, NY 11577-2620;
Bethel Springvale Nurse Hm Inc, 67 Springvale Rd, Croton On Hudson, NY 10520-1343;
Bethpage Radiology, 4277 Hempstead Tpke # 200, Bethpage, NY 11714-5706;
Better Building Svc, 551 Westchester Ave, Port Chester, NY 10573-2818;
Better Distributors Inc, 106 Grand Ave # 1, Brooklyn, NY 11205-3287;
Bettina Construction, 227 E 85th St, New York, NY 10028-3006;
Betz Mitchell Associates, 265 Post Ave, Ste 200, Westbury, NY 11590;
Bevforce LLC, 6 Harrison St # 6, New York, NY 10013-2883;
Bevi, 303 Spring St, New York, NY 10013;
Beyer Blinder Belle, 120 Broadway Fl 20, New York, NY 10271-0002;
Beys Specialty Contracting Inc, 2520 Coney Island Ave Brooklyn, NY 11223;
Bezalel Nursing Home Co Inc, 2938 Far Rockaway Blvd, Far Rockaway, NY 11691-1947;
Bfc Partners, 150 Myrtle Ave Suite 2, Brooklyn, NY 11201-2932;
Bfi Construction, 300 W 14th St, New York, NY 10014-5002;
Bg National Plumbing & Heating Inc, 4514 51st St Woodside, NY 11377;
Bh Fitness & Recreation Inc, 5302 New Utrecht Ave, Brooklyn, NY 11219-4139;
Bharja Technologies, 20 W 34th St, New York, NY 10118-0114;
Bhdm Design, 307 7th Ave # 1101, New York, NY 10001-6052;
Bhw Contracting, 401 Hanover Ave Staten Island, NY 10304;
Bialystoker Center For Nursing, 228 E Broadway, New York, NY 10002;
Bianor, 626 Rxr Plz # 1793, Uniondale, NY 11556-0626;
Bickel & Brewer, 750 Lexington Ave # 14, New York, NY 10022-9803;
Biddle Sawyer, 505 8th Ave # 1500, New York, NY 10018-4531;
Bidprime, LLC, 1301 S Ih 35 Ste 200, Austin, Tx 78741-1169;
Big Alice Brewing, 808 43rd Rd, Long Island City, NY 11101-6820;
Big Ant Electric, 87j N Industry Ct # J Deer Park, NY 11729;
Big Apple Visual Group, 247 W 35th St # 1, New York, NY 10001-1908;
Big Blue Products Inc, 130 Eileen Way, Syosset, NY 11791-5321;
Big Brothers Big Sisters Of NY, 40 Rector St, Fl 11, New York, NY 10006;
Big Geyser Inc, 5765 48th St, Maspeth, NY 11378-2015;
Big John's Moving Inc, 1602 1st Ave, New York, NY 10028-4303;
Big Spaceship LLC, 55 Washington St # 512, Brooklyn, NY 11201-1060;
Bigman Brothers Inc, 4340 34th St # B, Long Island City, NY 11101-2328;
Billaway, 524 Broadway # 7, New York, NY 10012-4471;
Billing Works, 7020 136th St, Flushing, NY 11367;
Bilotta Home Ctr Kitchen-Bath, 564 Mamaroneck Ave, Mamaroneck, NY 10543-1946;
Biltmore General Contractors, 526 Midland Ave Staten Island, NY 10306;
Biltwel General Construction Corp, 31 Mary Pitkin Path Shoreham, NY 11786;
Bio-Chem Technology Labs, 5622 Broadway, Bronx, NY 10463-5527;
Biofeedback Instrument Co, 255 W 98th St # 3d, New York, NY 10025-5596;
Biomedical Research Alliance Of NY, 1981 Marcus Ave, Ste 210, New Hyde Park, NY 11042;
Birch Family Services Inc., 104 W 29th St, Fl 3, New York, NY 10001;
Birch Wathe Lenox School, 210 E 77th St, Ofc, New York, NY 10075;
Birdland Jazz Club, 315 W 44th St # 5402, New York, NY 10036-5402;
Birth And Up, Inc., 97 Broadway, Valley Stream, NY 11580;
Birth Zone Doulas, 440 W 24th St # 1ee, New York, NY 10011-1313;
Birthplace Magazine, 167 Bleecker St, New York, NY 10012-1439;
Bishop Charles Waldo Maclean, 1711 Brookhaven Ave, Far Rockaway, NY 11691-4406;
Bishop Loughlin Memorial High School, 357 Clermont Ave, Brooklyn, NY 11238;
Bit By Bit Computer Consultant, Po Box 1814, New York, NY 10113-1814;
Bitly Inc, 2 Grand Central Terminal, New York, NY 10017-5684;
Bizbash Media, 8 W 38th St # 200, New York, NY 10018-6370;
Bjarke Ingels Group (Big) - Nyc, 45 Main Street, Brooklyn, NY 11201;
Bkr International, 19 Fulton St, Rm 401, New York, NY 10038;
Bl Companies Corp Hq, 355 Research Pkwy, Meriden, Ct 06450-7100;
Black Balloon Publish, 1140 Broadway # 704, New York, NY 10001-7504;
Black Bear Co Inc, 90 E Hawthorne Ave, Valley Stream, NY 11580-6302;

Black Dog & Leventhal Pubhs, 151 W 19th St # 4, New York, NY 10011-4116;
Black Gold Paving, 5689 Fenner Road, Sinclairville, NY 14782;
Black Square Builders Corp, 55 Chrystie St # 204, New York, NY 10002-5055;
Blackman Leo, 160 5th Ave, New York, NY 10010-7003;
Blackstone And Assoc, 345 Park Ave, Fl 11, New York, NY 10154;
Blaise Construction Corp, 48 Harney Rd, Scarsdale, NY 10583-4065;
Blake Electric Co, Po Box 610147, Bronx, NY 10461-0452;
Blakely New York, 136 W 55th St, New York, NY 10019-5305;
Blaser Swisslube, 31 Hatfield Ln, Goshen, NY 10924;
Blau Mechanical Corp, 20228 45th Ave, Bayside, NY 11361-2540;
Blavatnik Family-Chelsea Med, 325 W 15th St, New York, NY 10011-5903;
Bld (Baldassano Arch Group), 31 W Main St Suite 205, Patchogue, NY 11772-3026;
Bldg. 4 Fabrication LLC., 6020 Poplar Spring Dr,Norcross,Ga,30092;
Bless One Transport Transport, 379 E 32nd St, Brooklyn, NY 11226;
Bletsas Plumbing, 3720 58th St, Woodside, NY 11377-2409;
Blidgeman & King Medical Pc, 70 E Sunrise Hwy # 515, Valley Stream, NY 11581-1233;
Blind Brook Club, Po Box 229, Purchase, NY 10577-0229;
Blindman & Uram, 630 3rd Ave # 1801, New York, NY 10017-6753;
Blink Contractors, LLC, 805 Albin Ave Ste B, Lindenhurst, NY 11757-3929;
Blink Health Admin LLC, 536 Broadway # 2, New York, NY 10012-3915;
Bliss Spa, 541 Lexington Ave, New York, NY 10022-7503;
Block Institute Inc., 376 Bay 44th St, Brooklyn, NY 11214;
Block O'toole & Murphy, 1 Penn Plz # 5315, New York, NY 10119-5315;
Bloom Kosher Candy, 129 30th St, Brooklyn, NY 11232-1741;
Bloomberg L.P., 731 Lexington Ave, Fl Ll2, New York, NY 10022;
Blue Apron, Inc., 324 Maujer St, Brooklyn, NY 11206;
Blue Chip Building Mntnc Inc, 242 W 30th St # 700, New York, NY 10001-4909;
Blue Diamond Sheet Metal Aka Diam-N-Blu Mechanical, 1165 Station Rd Medford, NY 11763;
Blue Fountain Media, 102 Madison Ave, Fl 2, New York, NY 10016;
Blue Hill At Stone Barns, 630 Bedford Rd, Tarrytown, NY 10591-1202;
Blue Iceberg LLC, Po Box 370, New York, NY 10024-0370;
Blue Man Group, 434 Lafayette St # 1, New York, NY 10003-6948;
Blue Sea Construction Corp, 60 E 42nd St # 1835, New York, NY 10165-6217;
Blue Star Jets LLC, Po Box 1407, New York, NY 10150-1407;
Blueberry Builders LLC, 11 Park Pl # 3, New York, NY 10007-2858;
Bluecore Inc, 116 Nassau St # 7, New York, NY 10038-2402;
Blueground Technologies, 6 E 46th St # 500, New York, NY 10017-9279;
Bluerock, 575 Lexington Ave # 26, New York, NY 10022-6150;
Bluestone Center For Clinical, 421 1st Ave # 2, New York, NY 10010-4001;
Bluestone Organization, 9011 160th St Ste 100, Jamaica, NY 11432-6173;
Bluewolf Inc, 11 E 26th St, Fl 21, New York, NY 10010;
Bluewolf, 220 5th Ave, Fl 15, New York, NY 10001;
Blythedale Children's Hospital, 95 Bradhurst Ave, Valhalla, NY 10595;
Bmb Building Consulting Inc, 53 Elizabeth St # 2c, New York, NY 10013-4617;
Bmb Leasing Corp, 567 5th Ave, New Rochelle, NY 10801-2233;
Bmc Software Inc, 171 White Plains Rd, Bronxville, NY 10708-1923;
Bmcc Gymnasium, 199 Chambers St # A, New York, NY 10007-1044;
Bmms Inc, 125 S Main St, Freeport, NY 11520;
Bmw Mt Kisco, 250 Kisco Ave # A, Mt Kisco, NY 10549-1008;
Bn Restoration Inc., 412 Coney Island Ave Brooklyn, NY 11218;
Bni Network One, 253 Mamaroneck Ave # 2, White Plains, NY 10605-1301;
Bnp Media, 350 5th Ave # 60, New York, NY 10118-6001;
Bnp Paribas Asset Management, Inc., 787 7th Ave, Fl 27, New York, NY 10019;
Bobcar, 110 Wall St # 4, New York, NY 10005-3830;
Bobtec, 9208 Avenue L, Brooklyn, NY 11236;
Boca Group Intl, 200 Park Ave # Mezzw-R, New York, NY 10166-0087;
Boccia Masonry & Waterproofing, 168 Broadway, New Hyde Park, NY 11040-5330;

Body-Lawson Associates, 2307 Adam Clayton Powell Jr, Blvd # B, New York, NY 10030-2603;
Bodylog Inc, 120 Kisco Ave # C, Mt Kisco, NY 10549-1416;
Bogal & Kahn Llp, 37 W 57th St # 1100, New York, NY 10019-3476;
Bogopa Service Corp, 650 Fountain Ave, Brooklyn, NY 11208-5306;
Bohrer PLLC, 1 Penn Plz # 2520, New York, NY 10119-2520;
Boies, Schiller And Flexner Llp, 333 Main St, Armonk, NY 10504;
Boilermatic Welding Industries, 17 Peconic Ave Medford, NY 11763;
Bolivar Builders LLC, 155 Avenue Of The Americas, New York, NY 10013-1507;
Bollare, 41 E 11th St # 11, New York, NY 10003-4602;
Bolster, 119 W 24th St, New York, NY 10011-1913;
Bolt Solutions Inc, 100 Park Ave # 16, New York, NY 10017-5538;
Bon Appetit Magazine, 1 World Trade Ctr # 36, New York, NY 10007-0090;
Bon Secours Health System, 2975 Independence Ave, Bronx, NY 10463;
Bond Schoeneck And King PLLC, 1010 Franklin Ave, Rm 200, Garden City, NY 11530;
Bonded Roofing Materials Inc, 1329 Amsterdam Rd Scotia, NY 12302;
Bonhams, 580 Madison Ave, New York, NY 10022-2505;
Bonjour Capital, 499 Fashion Ave # 1100n, New York, NY 10018-6833;
Bonner Kiernan Trebach, 350 5th Ave # 59, New York, NY 10118-5999;
Bonnie Briar Country Club, 808 Weaver St, Larchmont, NY 10538-1024;
Boom LLC, 767 3rd Ave # 800, New York, NY 10017-9012;
Boosey & Hawkes Inc, 229 W 28th St # 11, New York, NY 10001-5915;
Bootstrap Software, 408 W 14th St # 201, New York, NY 10014-1051;
Borghese, 3 E 54th St # 20, New York, NY 10022-3130;
Boricua College, 3755 Broadway, New York, NY 10032;
Boris Mechanical Inc, 601 Brightwater Court,Brooklyn,NY,11235;
Boro Park Pediatric Associates, 1527 E 13th St, Brooklyn, NY 11230;
Borrowside Supply Inc, 8942 237th St, Bellerose, NY 11426-1112;
Boscobel Restoration, Inc, 1601 Route 9d, Garrison, NY 10524;
Boss Associates, 823 E 16th St # 1, Brooklyn, NY 11230-3027;
Boss Facility Services, 1 Roebling Court,Ronkonkoma,NY,11779;
Boston Post Rd Dialysis Ctr, 4026 Boston Rd, Bronx, NY 10475-1122;
Boston Properties, 599 Lexington Ave, New York, NY 10022-6030;
Boston Valley Terra Cotta, 6860 South Abbott Road Orchard Park, NY 14127;
Botcore, 1123 Broadway # 301, New York, NY 10010-2093;
Bottomline Construction & Development LLC, 21701 Merrick Blvd,Laurelton,NY,11413;
Bouwerie Iconic Magazine, 215 Bowery # 1, New York, NY 10002-1234;
Bove Industries, 16 Hulse Rd East Setauket, NY 11733;
Bovis Lend Lease Inc., 200 Park Ave, Fl 9, New York, NY 10168;
Bowery Hotel, 335 Bowery, New York, NY 10003-7138;
Box Limited Pascal Dangin Std, 532 Broadway, New York, NY 10012-3939;
Boy Wonder Productions, 68 Jay St # 603, Brooklyn, NY 11201-8362;
Boys Hope Girls Hope Of NY, 367 Clermont Ave, Brooklyn, NY 11238;
Bp Air Conditioning, 8340 72nd Dr, Glendale, NY 11385-7904;
Bpa International, 1 Old Country Rd, Ste 330, Carle Place, NY 11514;
Bpcm NY Ltd, 537 W 25th St, New York, NY 10001-5711;
Bpmw LLC, 80 8th Ave # 202, New York, NY 10011-5126;
Bqe Industries Inc, 4049 72nd St Ste No5 Woodside, NY 11377;
Br Ndum Holdding A/S, Falkevej 14,Viborg,Dk,8600;
Bradford Construction Corp, 42 W 39th St # 7, New York, NY 10018-2090;
Bradhurst Site Constr Corp, 140 Bradhurst Ave, Valhalla, NY 10595-1608;
Brady Urology Assoc, 520 E 70th St # 900, New York, NY 10021-9800;
Brafman Associates Pc, 767 3rd Ave # 26, New York, NY 10017-9002;
Bragar Eagel & Squire Pc, 885 3rd Ave # 3040, New York, NY 10022-4834;
Brain & Spine Surgeons-NY, 4 Westchester Park Dr # 310, White Plains, NY 10604-3404;
Brain Reserve Inc, 55 E 59th St # 1702, New York, NY 10022-1757;
Brain World Magazine, 866 United Nations Plz # 407, New York, NY 10017-1831;
Brake Service Group Nassau, 179 Herricks Rd, New Hyde Park, NY 11040-5292;

Bramson House, 151 Albany Ave, Freeport, NY 11520-4710;
Branchpattern, 8040 Davenport St, Omaha, Ne 68114-3540;
Brand Learning Inc, 155 Avenue Of The Americas #10, New York, NY 10013-1507;
Brand Pharm, 79 Madison Ave # 4, New York, NY 10016-7805;
Brandlink International, 195 Hudson St, New York, NY 10013-1813;
Brandman Agency, 261 5th Ave # 2206, New York, NY 10016-7701;
Brandston Partnership Inc, 302 5th Ave # 12, New York, NY 10001-3604;
Brandt & Hochman, 1501 Broadway # 2310, New York, NY 10036-5689;
Brandwatch, 48 W 21st St # 1100, New York, NY 10010-6907;
Brankeen Inc, 4768 Broadway # 729, New York, NY 10034-4916;
Brany, 1981 Marcus Ave, Ste 210, New Hyde Park, NY 11042;
Braverman Greenspun, 110 E 42nd St # 17, New York, NY 10017-8515;
Brd Development, 1820 130th St, College Point, NY 11356;
Breast Examination Ctr-Harlem, 1919 Madison Ave # 1, New York, NY 10035-2745;
Breast Imaging, 160 E 34th St, New York, NY 10016-4744;
Breeze National Inc, 31 Bay St Brooklyn, NY 11231;
Breezemont Day Camp Inc, 62 Cox Ave, Armonk, NY 10504-2015;
Breslin Realty Development, 500 Old Country Rd, Ste 200, Garden City, NY 11530;
Bret Adams Ltd, 448 W 44th St, New York, NY 10036;
Bretz & Coven Llp, 305 Broadway # 100, New York, NY 10007-3627;
Brevard Owners Inc, 245 E 54th St, New York, NY 10022-4707;
Brew Inn, 924 Manhattan Ave, Brooklyn, NY 11222-1626;
Brewing Demo At Harlem Brewdio, 453 W 141st St, New York, NY 10031-6201;
Brewster Central School Dist, 30 Farm To Market Rd, Brewster, NY 10509;
Brf Construction Corp, 5 E 86th St, New York, NY 10028-0538;
Brian J Mc Carthy Inc, 57 W 57th St # 505, New York, NY 10019-2802;
Briarcliff Manor Public Works, 10 Buckout Rd, Briarcliff Manor, NY 10510-1944;
Brick Presbyterian Church, 62 E 92nd St, New York, NY 10128;
Brickens Construction Inc, 801 Mclean Ave, Yonkers, NY 10704-3879;
Brickwork, 137 Grand St # 3, New York, NY 10013-3169;
Bridal Guide Magazine, 228 E 45th St # 11, New York, NY 10017-3345;
Bri-Den Con., 11405 130th St, Jamaica, NY 11420;
Bridge & Tunnel Brewery, 1535 Decatur St, Ridgewood, NY 11385-5818;
Bridge Development Partners, LLC, 350 W Hubbard St Ste 430, Chicago, Il 60654-6982;
Bridge Multimedia Corp, 226 W 26th St # 1, New York, NY 10001-6700;
Bridge Security Svces Inc, 16 Court St # 2407, Brooklyn, NY 11241-2401;
Bridgeline Digital, 212 W 35th St, New York, NY 10001-2508;
Bridgeton, 220 5th Ave, Fl 19, New York, NY 10001;
Bright Power, 11 Hanover Sq # 21, New York, NY 10005-2844;
Bright Star Country Day School, 3050 Oceanside Rd, Oceanside, NY 11572-3148;
Bright Stars Usa Inc, 29 W 34th St, New York, NY 10001-3007;
Brightcon, LLC., 42 Duffield St Apt 3a, Brooklyn, NY 11201-2090;
Brighton Builder LLC, 3049 Brighton St. Brooklyn, NY 11235;
Brill & Miesel Law Firm, 845 3rd Ave # 1600, New York, NY 10022-6634;
Brilliant Forever Inc, 72 Bowery # 3, New York, NY 10013-4638;
Brinco Mechanical Svc Inc, 125 S Main St, Freeport, NY 11520-3845;
Brisa Builders Corp, 2009 Flatbush Ave, Brooklyn, NY 11234-3522;
Brisk Waterproofing Company, 720 Grand Avenue Ridgefield, NJ 07657;
Bristol Myers Squibb Co, 430 E 29th St, New York, NY 10016;
Bristol Plaza, 210 E 65th St, New York, NY 10065-6697;
British Airways Terminal 8-JFK, P.O. Box 619616, DFW Airport, TX 75261
British Broadcasting Corp, 1995 Broadway, New York, NY 10023-5882;
Brix & Partners LLC, 560 Lexington Ave # 16, New York, NY 10022-6941;
Broach & Stulberg, 1 Penn Plz # 2601, New York, NY 10119-2699;
Broadcast Manager Inc, 65 Broadway # 602, New York, NY 10006-2519;
Broadfield Distributing Inc, 179 Liberty Ave, Mineola, NY 11501;
Broadridge Financial Solutions, Inc., 5 Dakota Dr, Ste 300, New Hyde Park, NY 11042;

Broadstreet, 242 W 30th St # 3, New York, NY 10001-4903;
Broadway @ Times Square Hotel, 129 W 46th St, New York, NY 10036-8502;
Broadway Electric Inc, 831 Oakton St Elk Grove Village, Il 60007;
Broadway Inbound, 520 8th Ave # 11, New York, NY 10018-4187;
Broadway Maintenance Corp, 300 Newtown Rd, Plainview, NY 11803-4311;
Broadway Media LLC, 745 5th Ave # 1707, New York, NY 10151-1700;
Broadway Plaza Hotel, 1155 Broadway, New York, NY 10001-7516;
Broadway Promotions, 1 N End Ave, New York, NY 10282-1163;
Broadway Stages Ltd, 203 Meserole Ave, Brooklyn, NY 11222-2432;
Broadway Technology, 28 Liberty St # 50, New York, NY 10005-1498;
Broadway Video, Inc., 1619 Broadway, Fl 10, New York, NY 10019;
Brock Capital Group LLC, 505 Park Ave # 16, New York, NY 10022-9341;
Brody & Branch Llp, Po Box 1152, New York, NY 10028-0008;
Brois Construction Corp, 77 E Main St # 79, Elmsford, NY 10523-3115;
Broken Bow Brewery, 173 Marbledale Rd, Tuckahoe, NY 10707-3117;
Brondum International A / S Falkevej, 14,, 8800 Viborg,;
Bronx Aids Svc, 540 E Fordham Rd # 2, Bronx, NY 10458-5015;
Bronx Brew Lic, 601 E 189th St, Bronx, NY 10458-6102;
Bronx Defenders, 360 E 161st St, Bronx, NY 10451-4142;
Bronx Developmental Svc, 1527 Southern Blvd, Bronx, NY 10460-5619;
Bronx District Attorney, 198 E 161st St # 4, Bronx, NY 10451-3536;
Bronx Lebanon Hospital Ctr, 1650 Grand Concourse, Bronx, NY 10457-7697;
Bronx Park Orthopaedic Group, 2016 Bronxdale Ave # 303, Bronx, NY 10462-3389;
Bronx Park Rehabilitation, 3845 Carpenter Ave, Bronx, NY 10467-5204;
Bronx Psychiatric Center, 1500 Waters Pl, Bronx, NY 10461;
Bronx River Equipment Ltd, 39 Mount Vernon Ave, Mt Vernon, NY 10550-2432;
Bronxcare Health System, 1276 Fulton Ave,, Bronx, NY 10456;
Bronxnet L, 250 Bedford Park Blvd W, Bronx, NY 10468;
Bronxworks, Inc., 60 E Tremont Ave,, Bronx, NY 10453;
Brook Island Contracting Corp, 81 Sackett St, Brooklyn, NY 11231-1413;
Brook Plaza Ambulatory Surgery, 5000 Avenue K, Brooklyn, NY 11234-2202;
Brookbridge Consulting Svc, 43 Warren St, New York, NY 10007-1016;
Brookdale Family Care Ctr, 1380 Linden Blvd, Brooklyn, NY 11212-4702;
Brookdale Hospital, 1 Brookdale Plz, Brooklyn, NY 11212;
Brookdale Physicians Dialysis, 97 Church Ave, Brooklyn, NY 11218-2207;
Brooke St. Staffing, Ltd., 222 Mamaroneck Ave, Ste 210, White Plains, NY 10605;
Brooker Engineering PLLC, 74 Lafayette Ave Ste 501, Suffern, NY 10901-5565;
Brookfield Asset Management (Us) Inc., 200 Vesey St, Fl 10, New York, NY 10281;
Brookfield Property Partners, 250 Vesey Street, 15th Floor, New York, NY 10281-1008;
Brookhaven Memorial Hosptl Med Ctr, 57 Bedford Ave, Westbury, NY 11590;
Brooklyn Arena, LLC, 620 Atlantic Ave, Brooklyn, NY 11217;
Brooklyn Boulders LLC, 280 Douglass St, Brooklyn, NY 11217;
Brooklyn Bridge Park Corporation, 334 Furman St, Ste 1, Brooklyn, NY 11201;
Brooklyn Center For Families, 12360 83rd Ave # 4p, Kew Gardens, NY 11415-3405;
Brooklyn Center For Psychthrpy, 300 Flatbush Ave # 1, Brooklyn, NY 11217-2812;
Brooklyn Center, 1455 Coney Island Ave, Brooklyn, NY 11230-4713;
Brooklyn College, 2900 Bedford Ave, Ste 1, Brooklyn, NY 11210;
Brooklyn Community Services, 151 Lawrence St, Fl 4, Brooklyn, NY 11201;
Brooklyn Defender Svc, 177 Livingston St # 7, Brooklyn, NY 11201-5875;
Brooklyn Eye Institute, 2460 Flatbush Ave, Ste 4, Brooklyn, NY 11234;
Brooklyn Family Defense Prjct, 180 Livingston St # 300, Brooklyn, NY 11201-5861;
Brooklyn Financial Group, Ltd., 185 Marcy Ave, Brooklyn, NY 11211;
Brooklyn Gastroenterology, 2211 Emmons Ave # A, Brooklyn, NY 11235-8616;
Brooklyn Homes, 2203 E 65th St, Brooklyn, NY 11234-6319;
Brooklyn Hospital Center, 121 Dekalb Ave, Brooklyn, NY 11201;
Brooklyn Law School, 250 Joralemon St, Brooklyn, NY 11201-3798;
Brooklyn Legal Svc, 105 Court St # 3, Brooklyn, NY 11201-5645;

Brooklyn Museum, 200 Eastern Pkwy, Brooklyn, NY 11238;
Brooklyn Navy Yard Development Corp, 141 Flushing Avenue, Building 77, Brooklyn, NY 11205;
Brooklyn Plaza Medical Ctr Inc, 650 Fulton St, Brooklyn, NY 11217-1517;
Brooklyn Plumbing Heating Svc, 1613 63rd St, Brooklyn, NY 11204-2714;
Brooklyn Preventive Svc, 858 E 29th St, Brooklyn, NY 11210-2927;
Brooklyn Public Library, 1901 Mermaid Ave,, Brooklyn, NY 11224;
Brooklyn Queens Conservatory Of Music, 58 7th Ave, Brooklyn, NY 11217;
Brooklyn Queens Nursing Home, 2749 Linden Blvd, Brooklyn, NY 11208-5110;
Brooklyn Union Gas Company, 1 Metrotech Ctr, Fl 1, Brooklyn, NY 11201;
Brookplaza Surgery Center, 5000 Avenue K, Brooklyn, NY 11234;
Brooks Brothers Inc., 346 Madison Ave, New York, NY 10017;
Brookside Painting Inc, 475 Fifth Ave # 2, Pelham, NY 10803-1253;
Brookville Center Children Svc, 280 Crossways Park Dr, Woodbury, NY 11797-2015;
Brookville Country Club, 210 Chicken Valley Rd, Glen Head, NY 11545;
Brookwood Camps, 3242 Judith Ln, Oceanside, NY 11572-4211;
Broome, 431 Broome St, New York, NY 10013-5920;
Brosna Construction, 38 Blauvelt Rd,Blauvelt,NY,10913;
Brown Brothers Harriman, 1170 5th Ave, New York, NY 10029;
Brown Gavalas & Fromm Llp, 505 5th Ave # 5, New York, NY 10017-4923;
Brown Harris Stephens, 770 Lexington Ave, Rm 301, New York, NY 10065;
Brownstone Agency Inc, 1 Financial Sq, Fl 8, New York, NY 10005;
Brp Companies, 767 3rd Ave Fl 33, New York, NY 10017-2084;
Brucci Limited, 861 Nepperhan Ave, Yonkers, NY 10703-2013;
Bruckner Nursing Home, 1010 Underhill Ave, Bronx, NY 10472-6097;
Brunelle Hadjikow, 39 Broadway # 33, New York, NY 10006-3019;
Bruni & Campisi Inc, 199 Ridgewood Dr, Elmsford, NY 10523-2452;
Bryant Rabbino Llp, 650 5th Ave # 3300, New York, NY 10019-6108;
Brynwood Golf & Country Club, 568 Bedford Rd # 1, Armonk, NY 10504-2103;
Btig, LLC, 65 E 55th St, Fl 2, New York, NY 10022;
Btq Financial, 80 Broad St, Fl 15, New York, NY 10004;
Buchanan Petroleum Inc, 475 Commerce St, Hawthorne, NY 10532-1345;
Buchbinder Tunick & Co Llp, 1 Penn Plz # 3500, New York, NY 10119-3601;
Buck Sturmer & Co Pc, Po Box 1, Rye, NY 10580-0001;
Budin Reisman Kupferberg, 112 Madison Ave # 2, New York, NY 10016-7452;
Buena Vida Continuing Care-Rhb, 48 Cedar St, Brooklyn, NY 11221-3253;
Buffalo Dental Mfg Co Inc, Po Box 678, Syosset, NY 11791-0678;
Buffalo Matting & Rbr Co Inc, 238 N 9th St # 1, Brooklyn, NY 11211-2160;
Bug Editorial Inc, Po Box 660, North Salem, NY 10560-0660;
Bugle Boy Active, 100 W 33rd St # 1115, New York, NY 10001-2991;
Build Central Inc, 200 W Madison St # 1110 Chicago, Il;
Builders Group, 50 Broad St # 6, New York, NY 10004-2904;
Builders, 1802 Petracca Pl, Whitestone, NY 11357-6000;
Building Service 32 Bj Benefit Funds, 25 W 18th St, Fl 5, New York, NY 10011;
Built Rite Construction LLC, 40 W 57th St # 1620, New York, NY 10019-4031;
Bundle Band Industries Inc, 1280 Saw Mill River Rd, Yonkers, NY 10710-2737;
Bunge Ltd., 50 Main St, Ste 635, White Plains, NY 10606;
Burke & Parsons, 600 3rd Ave # 2, New York, NY 10016-1919;
Burke Neurological Institute, 785 Mamaroneck Ave, White Plains, NY 10605;
Burke Supply Co Inc, 63 Flushing Ave, Unit 293, Brooklyn, NY 11205;
Burlington Packaging, 320 Dean St, Brooklyn, NY 11217-1905;
Burly Bear Networks, 254 W 54th St, New York, NY 10019-5516;
Burns & Harris, 233 Broadway # 900, New York, NY 10279-0999;
Burns Mcdonnell, 245 Fifth Ave,New York,NY,10016;
Buro Happold Inc, 100 Broadway, Fl 23, New York, NY 10005;
Bursor & Fisher Pa, 888 7th Ave # 304, New York, NY 10106-0399;
Burton Goldstein Co, 420 Lexington Ave # 2520, New York, NY 10170-2599;
Bushburg Properties, 3611 14th Ave Ste 400, Brooklyn, NY 11218-3750;

Bushwick Community Svc Society, 1420 Bushwick Ave, Brooklyn, NY 11207-1422;
Bushwick Economics, 61 Cooper St, Brooklyn, NY 11207-1413;
Business Comm Mgmt Inc, 521 5th Ave, Fl 14, New York, NY 10017;
Business Insider, 1 Liberty Plz # 8, New York, NY 10006-1431;
Business Software Edu Ctr, 1430 Broadway # 1303, New York, NY 10018-9220;
Business Technology Align Grp, Po Box 487, Armonk, NY 10504-0487;
Busy Bee Cleaning Svc, 1133 Broadway # 412, New York, NY 10010-8251;
Butler Rosenbury & Partners, 319 N Main Ave, Ste 200, Springfield, Mo 65806-1207;
Butt Associates Inc Dba New England Construction, 630 92nd Street,Brooklyn,NY,11228;
Buttonwood Mementos, 555 8th Ave # 709, New York, NY 10018-4730;
Buzzr, 30 E 23rd St # 5, New York, NY 10010-4442;
Bway.Net, Inc., 424 Broadway, Fl 4, New York, NY 10013;
Byrne & Oneill Llp, 11 Broadway # 910, New York, NY 10004-1340;
Byron Chemical Co, 4011 23rd St, Long Island City, NY 11101-4890;
C & B Plumbing & Heating Inc, 19 Second Ave, Pelham, NY 10803-1417;
C & F Iron Works Inc, 14 N Payne St # 1, Elmsford, NY 10523-1839;
C & L Contracting Corp, 1981 Marcus Ave, Ste E106, Lake Success, New Hyde Park, NY 11042;
C & P Stainless Steel Mfg Inc, 4506 3rd Ave, Brooklyn, NY 11220-1037;
C & R Consulting Corp, 1501 Broadway # 1724, New York, NY 10036-5600;
C A C Industries Inc, 2323 Borden Ave, 54-08 Vernon Blvd, Long Island City, NY 11101-4508;
C B Mills Electric LLC, 713 Knickerbocker Avenue,Brooklyn,NY,11221;
C B Property Management LLC, 161 Chrystie St # 2c, New York, NY 10002-2864;
C C Affordable Management Lcc, 1735 Park Ave, New York, NY 10035-3532;
C C Controlled Combustion Co, 2377 Washington Ave, Bronx, NY 10458-7796;
C D E Air Conditioning, 321 39 Street,Brooklyn,NY,11232;
C M & E Construction, 20 Corrielle St Fords, NJ 08863;
C M S Electrical Svc Inc, 307 W 36th St, New York, NY 10018-6403;
C Net Networks, 28 E 28th St # 10, New York, NY 10016-7942;
C P Advanced Imaging, 155 Canal St # 3, New York, NY 10013-4551;
C Q Magazine, 17 W John St, Hicksville, NY 11801-1045;
C Williams Electric, 464 S 10th Ave, Mt Vernon, NY 10550-4304;
C&L Contracting Corp., 1981 Marcus Ave Ste E106 New Hyde Park, NY 11042;
C. W. Brown, Inc., 1 Labriola Ct, Ste 2, Armonk, NY 10504;
C.D.E. Air Conditioning Co., Inc., 321 39th Street Brooklyn, NY 11232;
Caa Sports, 405 Lexington Ave # 19, New York, NY 10174-1800;
Cabin Creek Films, 270 Lafayette St # 710, New York, NY 10012-3393;
Cable Scope Inc, 630 3rd Ave # 1800, New York, NY 10017-6736;
Cac America Corp, 25 W 43rd St, Ste 1120, New York, NY 10036;
Cachet Boutique New York Hotel, 510 W 42nd St, New York, NY 10036-6204;
Caddell Dry Dock & Repair Co, Po Box 100327, Staten Island, NY 10310-0327;
Cadwalader, Wickersham And Taft Llp, 1 World Financial Ctr, Fl 8, New York, NY 10281;
Caesar & Napoli, 233 Broadway # 2348, New York, NY 10279-2306;
Cafex Communications Inc., 135 W 41st St, Fl 5, New York, NY 10036;
Cag Construction Corp, 30 Summit Ave, Staten Island, NY 10306-1353;
Cailendo, 13872 Queens Blvd, Jamaica, NY 11435-2930;
Cais Group, 598 Madison Ave # 11, New York, NY 10022-1610;
Caithness Services LLC, 565 5th Ave, Fl 29, New York, NY 10017;
Calcedo Construction Corp, 10 Midland Ave Port Chester, NY 10573;
Caldwell & Walsh Bldg Constr, 60 E 42nd St # 750, New York, NY 10165-0750;
Call A Head Corp, 304 Cross Bay Blvd, Broad Channel, NY 11693-1026;
Call Associates, Inc, 567 Exchange St Ste 211 Buffalo, NY 14210;
Callan Koster Brady-Brennan, 1 Whitehall St # 10, New York, NY 10004-2140;
Callison Rtkl, 233 Broadway Fl 16, New York, NY 10279-1808;
Calvanico Assoc Arch. &Amp; Eng, 2420 Arthur Kill Road, Staten Island, NY 10309-0000;
Calvary Hospital, 1740 Eastchester Rd, Bronx, NY 10461;
Camacho Mauro Mulholland Llp, 40 Wall St # 40, New York, NY 10005-1318;
Camak Construction, 500 Ocean Avenue East Rockaway, NY;

Camba 3 Citi, 885 Flatbush Ave, Brooklyn, NY 11226-4017;
Camba Housing Ventures Inc, 19 Winthrop St, Brooklyn, NY 11225;
Camba, 1720 Church Ave, Fl 2, Brooklyn, NY 11226;
Camber Property Group, 32 East 31st Street Suite 9f, New York, NY 10016;
Cambridge Systematics, Inc., 100 Cambridgepark Dr Ste 400, Cambridge, Ma 02140-2369;
Cambridge Who's Who, 498 Rxr Plz # 4, Uniondale, NY 11556-0400;
Camelot Business Document Services, 630 Columbia St Ext, Latham, NY 12110-3063;
Camp Dora Golding, 5515 New Utrecht Ave, Brooklyn, NY 11219-4630;
Camp Eagle Hill Inc, 27 Tall Tulip Ln, Yonkers, NY 10710-2326;
Camp Hillard, Po Box 1226, Scarsdale, NY 10583-9226;
Camp Jacobson At Robin Hood, 300 Forest Dr, Greenvale, NY 11548;
Camp Nabby, 1 Nabby Hl, Mohegan Lake, NY 10547-1744;
Camp Poyntelle, 21200 23rd Ave, Bayside, NY 11360-1532;
Camp Seneca Lake, 60 Greenway S, Forest Hills, NY 11375-5943;
Camp Shane, 134 Teatown Rd, Croton On Hudson, NY 10520-3524;
Camp Tel Yehudah, 50 W 58th St, New York, NY 10019-2590;
Campanelli And Associates, P. C., 1757 Merrick Ave, Ste 204, Merrick, NY 11566;
Campbell Care, 40 Macdonough St, Brooklyn, NY 11216-2343;
Campbell Design + Constr Inc, 235 W 76th St # 5d, New York, NY 10023-8213;
Campbell Engineering Support, 999 S Oyster Bay Rd # 110, Bethpage, NY 11714-1041;
Campbell Fire Protection Inc, 47 Chestnut St,Suffern,NY,10901;
Campbell Hall Rehab Center, 23 Kiernan Rd, Campbell Hall, NY 10916;
Camps R Us New York LLC, 15 Pershing Blvd, Baldwin, NY 11510-3033;
Can Dry Bottling Co Of NY, L.P., 11202 15th Ave, College Point, NY 11356;
Canada Dry Bottling Co, 5035 56th Rd, Maspeth, NY 11378-1109;
Canal Plastic Ctr, 345 Canal St, New York, NY 10013-2215;
Cancer Care, 275 7th Ave # 22, New York, NY 10001-6754;
Candid Litho, 2511 49th Ave, Long Island City, NY 11101-4429;
Canon Business Process Services, Inc., 261 Madison Ave, Fl 3, New York, NY 10016;
Cantillon Capital Mgmt Lcc, 40 W 57th St # E, New York, NY 10019-4001;
Canyon Building & Design, 4750 N La Cholla Blvd Tucson, Az 85705;
Cap Rents Supply LLC, 1825 43rd St, Astoria, NY 11105-1028;
Capacity Interactive, 1239 Broadway # 1103, New York, NY 10001-4588;
Capell And Vishnick Llp, 3000 Marcus Ave, Ste 1e9, New Hyde Park, NY 11042;
Capgemini, 79 5th Ave, Fl 3, New York, NY 10003;
Capital Builders Group Inc, 18 W 27th St # 12, New York, NY 10001-6904;
Capital Electrical Contractors LLC, 191 Godwin Avenue # 4, Wyckoff, NJ 07481;
Capital Improvement Svc LLC, 238 E 26th St # 2, New York, NY 10010-2412;
Capital On Deck Inc, 1400 Broadway, Fl 25, New York, NY 10018;
Capital One Bank, 700 Saint Nicholas Ave, New York, NY 10031;
Capitalstar Systems LLC, 115 Broadway # 1302, New York, NY 10006-1624;
Capitol Supply, 149 Old Turnpike Rd, Wayne, NJ 07470;
Capitol Theatre, 149 Westchester Ave, Port Chester, NY 10573-4549;
Cappelli Enterprises Inc, 7 Renaissance Sq # 4, White Plains, NY 10601-3041;
Capri Landscaping Inc, 4005 Victory Blvd Staten Island, NY 10314;
Caramoor Center For Music-Art, Po Box 816, Katonah, NY 10536-0816;
Carat, 150 E 42nd St, Fl 14, New York, NY 10017;
Carbro Constructors Corp., 605 Omni Dr Hillsborough, NJ 08844;
Cardiac Care Assoc Md, 38 Northern Blvd, Great Neck, NY 11021-4001;
Cardiacare, 5327 18th Ave, Brooklyn, NY 11204;
Cardiology Consultants, 43 Crossways Park Dr W, Woodbury, NY 11797-2002;
Cardiothoracic Surgery Faculty, 1190 5th Ave, New York, NY 10029-6503;
Cardiovascular Associates, 1155 Northern Blvd # 330, Manhasset, NY 11030-3043;
Cardiovascular Consultants Lp, 3003 New Hyde Park Rd # 411, New Hyde Park, NY 11042-1214;
Cardoza Plumbing Corp, 514 Grand Blvd, Westbury, NY 11590-4712;
Care For The Homeless, 30 E 33rd St, Fl 5, New York, NY 10016;
Care Free Improvements, 100 Sagamore Dr Syosset, NY 11791;

Care To Care LLC, 485 Madison Ave # 202, New York, NY 10022-5878;
Carecube, 1718 Pitkin Ave, Brooklyn, NY 11212-6604;
Career Management Assoc, 370 Lexington Ave # 205, New York, NY 10017-6565;
Careers Inc, 10601 Liberty Ave, Ozone Park, NY 11417;
Caremount Medical, P.C., 90 S Bedford Rd, Mount Kisco, NY 10549;
Caren Truck Rental, 937 Coney Island Ave, Brooklyn, NY 11230-1401;
Careride Paratransit, 575 Rica Ln, Woodmere, NY 11598;
Carey & Walsh Inc, Po Box 2529, Briarcliff Manor, NY 10510-8129;
Cargo Construction, 134 Chase Ave, Yonkers, NY 10703-1934;
Cargo Matrix Inc, 1208 W Broadway # A, Hewlett, NY 11557-1938;
Cargo Partner Network, Inc., 23059 International Airport Center Blvd, Ste 240, Sprngfld Gdns, NY 11413;
Caribbean Foods Delight, 117 Route 303, Ste B, Tappan, NY 10983;
Caribbean Tourism Organization, 80 Broad St, Ste 3200, New York, NY 10004;
Caribbeansoundplus, 460 E 46th St, Brooklyn, NY 11203-3277;
Caring Hearts & Hands, 1929 Commerce St, Yorktown Heights, NY 10598-4482;
Caring Living Companion Inc, 774 Manor Rd # 204, Staten Island, NY 10314-7000;
Caring Professionals, 7020 Austin St, Ste 135, Forest Hills, NY 11375;
Carl Fischer Music, 48 Wall St, New York, NY 10005-2903;
Carl Zeiss Inc, 1 N Broadway, Ste 1501, White Plains, NY 10601;
Carlo Lizza & Sons Paving Inc, 200 Winding Rd Old Bethpage, NY 11804;
Carlos Zapata Studio, 561 Broadway # 4a, New York, NY 10012-3995;
Carlton Nursing Home, Inc., 405 Carlton Ave, Brooklyn, NY 11238;
Carlyle Consulting Svc Inc, 641 Lexington Ave # 15, New York, NY 10022-5284;
Carlyle Hotel Room Rsrvtns, 35 E 76th St, New York, NY 10021-1899;
Carman Callahan & Ingham Llp, 266 Main St, Farmingdale, NY 11735-2618;
Carmel-York Inc, 3924 24th St, Long Island City, NY 11101-3910;
Carmine Labriola Contracting, 200 Johnson Rd, Scarsdale, NY 10583-6315;
Carnak Construction, 500 Ocean Ave East Rockaway, NY 11518;
Carnegie Hotel, 160 W 56th St, New York, NY 10019-3866;
Carnegie Linen Svc Inc, 874 E 139th St, Bronx, NY 10454-1909;
Carol Dauplaise Ltd, 29 W 36th St # 12, New York, NY 10018-7973;
Carriage House LLC, 211 E 2nd St, New York, NY 10009-8008;
Carrier Logistics Inc, 220 White Plains Rd # 525, Tarrytown, NY 10591-5818;
Carroll Guido & Groffman Llp, 1790 Broadway # 20, New York, NY 10019-1412;
Carroll Mcnulty & Kull LLC, 570 Lexington Ave # 8, New York, NY 10022-6737;
Carrot Creative LLC, 55 Washington St # 900, Brooklyn, NY 11201-1071;
Carter Ledyard Milbu, 2 Wall St, Fl 13, New York, NY 10005;
Carullo Constr Co, 1944 Steinway St, Long Island City, NY 11105-1109;
Caruso Spillane Leighton Pc, 132 Nassau St # 1200, New York, NY 10038-2426;
Carvart, 1441 Broadway # 28, New York, NY 10018-1905;
Carver Federal Savings Bank, 75 W 125th St, New York, NY 10027;
Casa Belvedere, 79 Howard Ave, Staten Island, NY 10301;
Casa Di Lisio Products Inc, 486 Lexington Ave # 3, Mt Kisco, NY 10549-2779;
Casabella Construction Corp, 5 Brook Ln Holmdel, NJ 07733;
Casablanca Property Owner LLC, 111 Eighth Ave, New York, NY 10011;
Casamia 36, 449 W 36th St, New York, NY 10018-6303;
Case Contracting Ltd, 3484 Harold St, Oceanside, NY 11572-4723;
Caserta Concepts, 501 5th Ave # 1103, New York, NY 10017-7878;
Cases, 151 Lawrence St, Fl 3, Brooklyn, NY 11201;
Cassa, 70 W 45th St, New York, NY 10036-4202;
Cassini Parfums, Po Box 2298, New York, NY 10101-2298;
Cast Software, 321 W 44th St # 501, New York, NY 10036-5460;
Castellano Korenberg & Co, 313 W Old Country Rd # 1, Hicksville, NY 11801-4118;
Castle Hotel & Spa, 400 Benedict Ave, Tarrytown, NY 10591-4330;
Castoleum Corp Oils, 240 E 7th St, Mt Vernon, NY 10550-4615;
Catalano Gallardo Petropoulos, 100 Jericho Quadrangle # 326, Jericho, NY 11753-2702;
Catalyst, 120 Wall St, Fl 5, New York, NY 10005;

Catch New York City Inc, 15 E 32nd St # 4, New York, NY 10016-5570;
Catholic Cemeteries, 8001 Metropolitan Ave, Middle Vlg, NY 11379;
Catholic Charities, 1011 1st Ave, Fl 11, New York, NY 10022;
Catholic Health Care System, 155 E 56th St, Fl 2, New York, NY 10022;
Catholic Home Care, 992 N Village Ave # 200, Rockville Centre, NY 11570-1002;
Catholic Migration Svc, 191 Joralemon St # 4, Brooklyn, NY 11201-4306;
Caton Park Rehab & Nurse Hm, 1312 Caton Ave, Brooklyn, NY 11226-1002;
Causaassociates, LLC, 250 Route 52, Carmel, NY 10512;
Cavalier Hotel Corp, 200 E 34th St, New York, NY 10016-4873;
Cavalier Office Products Inc, 224 W 35th St # 202, New York, NY 10001-2541;
Cavalry Portfolio Services, 500 Summit Lake Dr, Ste 400, Valhalla, NY 10595;
Cavendish Square, 29 E 21st St, New York, NY 10010-6209;
Cb-Emmanuel Realty LLC, 221-10 Jamaica Ave, Queens Village, NY 11428;
Cbl, 120 Pelham Rd, Apt 7m, New Rochelle, NY 10805;
Cbre Tri-State Investment Properties, 4709 Center Blvd, Long Island City, NY 11109-5608;
Cbs Altitude Group, 345 Hudson St # 11, New York, NY 10014-4502;
Cbs Corporation, 51 W 52nd St, Bsmt 1, New York, NY 10019;
Cbs Interactive, 28 E 28th St, Fl 10, New York, NY 10016;
Cbs Radio Inc., 345 Hudson St, Fl 10, New York, NY 10014;
Cbt, 50 Snediker Ave, Brooklyn, NY 11207;
Cca Construction Consltng Assc, 225 Broadway # 1440, New York, NY 10007-3727;
Cca-Civil Inc, 160 W Lincoln Ave Mount Vernon, NY 10550;
Ccc Medical Group, 160 E 34th St # 8, New York, NY 10016-4744;
Cccs, 1011 1st Ave, Fl 6, New York, NY 10022;
Cchc, 15603 Horace Harding Expy, Flushing, NY 11367;
Ccia Mechanical, 5875 57th Rd, Flushing, NY 11378-2719;
Ccn Inc, 225 E 31st St, New York, NY 10016-6302;
Ccrb, 8705 97th Ave, Ozone Park, NY 11416;
Cde Air Conditioning Company Inc, 321 39th St, Brooklyn, NY 11232-2903;
Cds Mestel Construction Corp, 2120 Jericho Turn Pike Garden City, NY 11040;
Cec Elevator Cab Corp, 540 Manida St, Bronx, NY 10474-6818;
Cedar Manor Nursing Home, 32 Cedar Ln, Ossining, NY 10562-2402;
Cegid Corp, 1270 Avenue Of The Americas #7, New York, NY 10020-1702;
Celebrity Pink Jeans, 530 Fashion Ave # 1403, New York, NY 10018-4860;
Celebrity Report Magazine Inc, Po Box 166, New York, NY 10028-0002;
Celluloid Construction Co, 375 Greenwich St, New York, NY 10013-2376;
Cementbloc Inc, 1 Financial Sq # 15, New York, NY 10005-3537;
Cementworks LLC, 641 Avenue Of The Americas # 5, New York, NY 10011-2037;
Centennial Elevator Mntnc, 2382 Brooklyn Queens Expy W, Astoria, NY 11103-1023;
Center For Appellate Ltgtn, 120 Wall St # 28, New York, NY 10005-4003;
Center For Architecture, 536 Laguardia Pl, New York, NY 10012-1401;
Center For Comprehensive, 1900 2nd Ave # 9, New York, NY 10029-7406;
Center For Employment Opportunities, 50 Broadway, Ste 1604, New York, NY 10004;
Center For Family Rprsnttn, 40 Worth St # 605, New York, NY 10013-3094;
Center For Jewish History, 15 W 16th St, New York, NY 10011;
Center For Motivation And Change, 519 8th Ave, Rm 9, New York, NY 10018;
Center For Rapid Recovery, 312 Greenwich St, Hempstead, NY 11550;
Center For The Study Of Csab, 33 W 60th St # 4, New York, NY 10023-7905;
Center For Urban Community Services, Inc, 198 E 121st St, New York, NY 10035;
Center Light, 375 Grand St, New York, NY 10002-3951;
Center On Intl Cooperation, 726 Broadway # 543, New York, NY 10003-9616;
Center Sheet Metal Inc, 1371 E Bay Ave, Bronx, NY 10474-7025;
Centerview Partners LLC, 640 5th Ave, Fl 19, New York, NY 10019;
Centflor Manufacturing Co, 545 W 45th St # L1, New York, NY 10036-3490;
Central Brooklyn Dialysis Ctr, 818 Sterling Pl, Brooklyn, NY 11216-3904;
Central Cooling & Heating, 95 5th Ave, Hicksville, NY 11801-5413;
Central Hvac Corp, 8771 Lefferts Blvd, Richmond Hill, NY 11418-2514;

Central Lock Security, 345 Park Ave, Bsmt Lb2, New York, NY 10154;
Central Mechanical System Co. Inc., 2060 Eastern Pkwy. Brooklyn, NY 11207;
Central Mills Inc, 1400 Broadway # 1605, New York, NY 10018-5200;
Central Nassau Guidance-Cnslng, 950 S Oyster Bay Rd, Hicksville, NY 11801-3511;
Central National-Gottesman Inc., 3 Manhattanville Rd, Ste 301, Purchase, NY 10577;
Central Park Conservancy, 14 E 60th St, Fl 8, New York, NY 10022;
Central Park Zoo Security, 830 5th Ave, New York, NY 10065-7001;
Central Queens Ym & Ywha, 6709 108th St, Forest Hills, NY 11375-2146;
Centric Digital, 120 5th Ave # 7, New York, NY 10011-5637;
Centroid Inc, 111 E Ames Ct # 1, Plainview, NY 11803-2311;
Centurion Contracting Corp, Po Box 917, Yonkers, NY 10703-0917;
Century Development Group, 3506 Leavitt St, Flushing, NY 11354-2906;
Century Elevator Maintenance, 2525 49th St, Long Island City, NY 11103-1120;
Century Fasteners Corporation, 5020 Ireland St, Elmhurst, NY 11373;
Century Management Svc LLC, 440 9th Ave # 15, New York, NY 10001-1628;
Century Medical & Dental Ctr, 260 Avenue X, Brooklyn, NY 11223-5940;
Cerami & Associates Inc, 404 5th Ave, New York, NY 10018-2797;
Cercone Exterior Rest Corp., 243 5th Ave Ste 860 New York, NY 10016;
Cerebral Palsy Associations Of New York, 40 Rector St, Fl 15, New York, NY 10006;
Certapro Painters Of Syosset, 472 7th Ave, Brooklyn, NY 11215;
Certified Site Safety, 99 Lafayette Ave, Ste 1, White Plains, NY 10603;
Certilman Balin Adler Hyman, 90 Merrick Ave, Fl 9, East Meadow, NY 11554;
Cesd Talent Agency, 333 7th Ave # 1102, New York, NY 10001-5111;
Cetra Ruddy Inc, 1 Battery Park Plz # 800, New York, NY 10004-1742;
Cetraruddy Inc, 1 Battery Park Plz, New York, NY 10004-1405;
Ceymi Corp, 548 50th Ave, Long Island City, NY 11101-5712;
Cfp, 42 Broadway, Lynbrook, NY 11563-2519;
Cfr, 58 E 68th St, New York, NY 10065;
Cfx Software Corp, 1 Exchange Plz # 2608, New York, NY 10006-3733;
Cgs, 12911 Jamaica Ave, Apt 2e, Richmond Hill, NY 11418;
Ch2m Hill - Area Office, 150 Tech Center Dr, Durango, Co 81301-6840;
Cha Consulting Inc, 3 Winners Cir, Albany, NY 12205-1161;
Cha Engineers, Iii Winners Circle, Albany, NY 12205-0269;
Chad Sipkin Editorial Inc, 150 Varick St # 9, New York, NY 10013-1218;
Chaffetz Lindsey Llp, 505 5th Ave # 4, New York, NY 10017-4925;
Chahill Gordon, 80 Pine St # 17, New York, NY 10005-1790;
Chalfont Construction Corp, 4035 220th St, Bayside, NY 11361-2353;
Chalkbeat, 1239 Broadway, Ste 703, New York, NY 10001;
Chamber Music Society-Lincoln, 70 Lincoln Center Plz # 7, New York, NY 10023-6582;
Chambers Hotel, 15 W 56th St, New York, NY 10019-3902;
Champion Alarm Systems, 4809 Avenue N Brooklyn, NY 11234;
Champion Construction Mgmt Crp, 50 Livingstone Ave, Dobbs Ferry, NY 10522-3405;
Champion Pain Care Corp, 48 Wall St # 10, New York, NY 10005-2887;
Champion Painting Specialty Services Corp., 130 Sw 22nd St, Fort Lauderdale, Fl 33315-2531;
Champion Window Corp, 2728 Elliot St, Merrick, NY 11566-4761;
Champion Wire & Cable, Po Box 1866, Westbury, NY 11590-9066;
Chapin Home For The Aging, 16501 Chapin Pkwy, Jamaica, NY 11432-1897;
Chapman & Evans Inc, 75 Varick St, New York, NY 10013-1917;
Chappaqua Csd Public Library, 195 S Greeley Ave, Chappaqua, NY 10514;
Chapter 1 Software Inc, 140 E 28th St # 1f, New York, NY 10016-8143;
Charitybuzz, 437 5th Ave, Fl 11, New York, NY 10016;
Charles B Wang Community Health Center, 193 Centre St, New York, NY 10013;
Charles E Kutner Law Offices, 950 3rd Ave # 11, New York, NY 10022-2775;
Charles Group Nyc, 401 Broadway # 601, New York, NY 10013-3029;
Charles H Greenthal, 7526 186th St, Fresh Meadows, NY 11366;
Charles Hart Indl Inc, 55 Northern Blvd # 3b, Greenvale, NY 11548-1301;
Charles Samelson Inc, 102 Madison Ave # 6, New York, NY 10016-7586;

Charles W Cammack Assoc Inc, 40 Wall St # 56, New York, NY 10005-1311;
Charlex Inc, 2 W 45th St # 7, New York, NY 10036-4254;
Charlotte Wilcox & Co, 1560 Broadway # 700, New York, NY 10036-2519;
Charmer-Sunbelt Group, 60 E 42nd St, Ste 1915, New York, NY 10168;
Charter Communications, 10915 14th Ave, College Point, NY 11356-1400;
Charter School Of Educational Excellence, 260 Warburton Ave, Yonkers, NY 10701;
Chase Building Renovation, 1936 Hempstead Tpke Ste 179 East Meadow, NY 11554;
Chase, 746 Saint Nicholas Ave, Apt 6a, New York, NY 10031;
Chassman Associates Inc, 210 Riverside Dr # 8b, New York, NY 10025-6881;
Chata Construction Co., Inc. New York, NY, ;
Chateau At Brooklyn, 3457 Nostrand Ave, Brooklyn, NY 11229-5131;
Chateaux Software Inc, 535 W 51st St # 5g, New York, NY 10019-5072;
Chatter Buzz Media, 246 5th Ave # 3, New York, NY 10001-7603;
Chauffuers Unlimited Inc, 205 E 60th St # 2, New York, NY 10022-1434;
Chaus Inc, 530 Fashion Ave # 18, New York, NY 10018-4855;
Chaveirim.Org, 1431 59th St, Brooklyn, NY 11219-6476;
Chaves & Perlowitz LLC, 111 John St # 312, New York, NY 10038-3135;
Chc, 4770 White Plains Rd, Bronx, NY 10470;
Chdfs Inc, 307 W 38th St # 6, New York, NY 10018-9537;
Cheap Batteries, 140 58th St # 5f, Brooklyn, NY 11220-2561;
Checkmax, 240 E Broadway, Long Beach, NY 11561-4284;
Cheever Development Corp, 60 Sackett St, Brooklyn, NY 11231-1412;
Chefs Delight Packing Co, 94 N 8th St, Brooklyn, NY 11249-2802;
Chefs Warehouse, 1250 Waters Pl, Ste 704, Bronx, NY 10461;
Chelsea Networks, 50 W 17th St, New York, NY 10011-5702;
Chelsea Technologies LLC, 26 Broadway # 933, New York, NY 10004-1722;
Chemlube International Inc, 500 Mamaroneck Ave, Ste 306, Harrison, NY 10528;
Chemtech, 284 Sheffield St, Mountainside, NJ 07092-2319;
Chemtob Moss, 527 Madison Ave # 7, New York, NY 10022-4388;
Chenax Majesty Ip Inc, 350 5th Ave # 3304, New York, NY 10118-3304;
Chernoff Diamond And Co, LLC, 725 Rxr Plz, Uniondale, NY 11556;
Cherry Lane Lithographing Corp, 15 E Bethpage Rd # A, Plainview, NY 11803-4217;
Cherry Valley Club, 28 Rockaway Ave, Garden City, NY 11530-4397;
Chesney Nicholas & Brower Llp, 485 Underhill Blvd # 308, Syosset, NY 11791-3434;
Chester Pediatrics, 15 N Broadway # F, White Plains, NY 10601-2222;
Chestnut Ridge Transportation, Inc., 230 Red Schoolhouse Rd, Spring Valley, NY 10977;
Chhetry & Assoc P C, 363 7th Ave # 1500, New York, NY 10001-3904;
Chi, 466 Main St, Ste Ll4, New Rochelle, NY 10801;
Chief Fire Prevention, 10 Broad St W, Mt Vernon, NY 10552-2102;
Chief Medical Examiner, 520 1st Ave, New York, NY 10016-6499;
Child Development Ctr, 120 W 57th St # 11, New York, NY 10019-3320;
Children At Play Precschool, 40 Merrill Ave, Staten Island, NY 10314-3312;
Childrens Aid Society, 21 Jumel Pl, New York, NY 10032-4316;
M & A Projects Inc, 18 Division Pl # 2, Brooklyn, NY 11222-5697;
M & J Electrical Contractors Corp, 2321 Steinway St,Long Island City,NY,11105;
M & J Engineering Pc, 2003 Jericho Tpke # Level, New Hyde Park, NY 11040-4739;
M & J Trimming, 1010 Avenue Of The Americas, New York, NY 10018-5490;
M & N General Services Inc, 919 81st St Brooklyn, NY 11228;
M & S Mechanical Inc, 300 Denton Ave, New Hyde Park, NY 11040-3437;
M & T Plumbing & Heating, 120 E 13th St # 1, New York, NY 10003-5393;
M Arthur Gensler Jr & Assoc, 1700 Broadway # 400, New York, NY 10019-6739;
M Bhuiyan Construction Co, 1149 E 34 St Brooklyn, NY 11210;
M Booth & Assoc Inc, 666 3rd Ave # 7, New York, NY 10017-4061;
M E Vogel Taylor Engineers Pc, 29 W 38th St # 5, New York, NY 10018-1989;
M G Engineering Inc, 116 W 32nd St, 12th Floor, New York, NY 10001-3212;
M H Davidson & Co, 520 Madison Ave # 30, New York, NY 10022-4334;
M I T Brothers Construction Inc, 42-32a 162nd St Flushing, NY 11358;

M J Engineering & Land Surveying Pc, 1533 Crescent Rd, Clifton Park, NY 12065-7701;
M Melnick & Co, 225 Willow Ave, Bronx, NY 10454-3579;
M Moser Assoc LLC, 48 Wall St, New York, NY 10005-2903;
M Rosario Acc Svc, 3151 Broadway, Apt 5d, New York, NY 10027;
M Wolf Plumbing & Heating Corp, 19619 Jamaica Ave # 1, Jamaica, NY 11423-2641;
M. Rahman Construction Corp, 1876 Schenectady Avenue,Brooklyn,NY,11234;
M.A.D.E Billions Inc., 2225 Bronxwood Ave, Apt 2b, Bronx, NY 10469;
M.I.C. General Contracting Inc., 7 First Street, Rosedale, NY 11422;
M.S.T. General Contracting Re, 5111 34th St, Long Island City, NY 11101-3262;
Maanetic Construction Group, 41 Box St # 300, Brooklyn, NY 11222-1894;
Mab Construction Consltng Inc, 277 Broadway # 1201, New York, NY 10007-2014;
Mac Fhionnghaile And Sons Electrical Contracting, 134 Quentin Road Brooklyn, NY 11223;
Mac Guffin Films, 411 Lafayette St # 200, New York, NY 10003-7046;
Mac Interior Construction Corp, 310 Mcguinness Blvd, Brooklyn, NY 11222-1821;
Macandrews And Forbes Holdings Inc., 35 E 62nd St, New York, NY 10065;
Mace Contracting Corporation, 35 Portman Rd New Rochelle, NY 10801;
Mach Group Inc, 1709 Summerfield Street, Ridgewood, NY 11385;
Mack Trucks, Inc., 7900 National Service Rd Greensboro, Nc 27409;
Mackay Shields LLC, 9 W 57th St, Fl 33, New York, NY 10019;
Mackcut, 907 Broadway # 5, New York, NY 10010-8247;
Mackenzie Partners, 1407 Broadway, Rm 2700, New York, NY 10018;
Macklowe Management LLC, 126 East 56th Street, New York, NY 10022-0023;
Mackool Eye Institute, 3127 41st St, Astoria, NY 11103-3901;
Macmillan Holdings, LLC, 120 Broadway, Fl 26, New York, NY 10005;
Macquesten Development, 438 Fifth Avenue Suite 100, Pelham, NY 10803;
Macrae-Gibson Architects, P.C., 450 7th Ave, New York, NY 10123-0101;
Maddd Equities LLC, 15 Verbena Ave Ste 200, Floral Park, NY 11001-2747;
Made Casse LLC, 155 Water St # 608, Brooklyn, NY 11201-1016;
Madison Dental Group Pc, 515 Madison Ave, Fl 39, New York, NY 10022;
Madison Realty Capital, 825 3rd Ave, New York, NY 10022-7519;
Madison-York Assisted Living, 6180 Woodhaven Blvd, Rego Park, NY 11374-2742;
Madonna Management Svc Inc, 131 Sunnyside Blvd # 100a, Plainview, NY 11803-1539;
Madonna Perinatel Svc, 300 Old Country Rd # 202, Mineola, NY 11501-4116;
Magic Pest Management LLC, 5901 Kissena Blvd, Flushing, NY 11355;
Magnacare Holdings, Inc., 825 E Gate Blvd, Ste 103, Garden City, NY 11530;
Magnetic Analysis Corp, 113 Spring St, New York, NY 10012-5210;
Magniflood Inc, 7200 New Horizons Blvd, Amityville, NY 11747;
Magnum Opus System Corp, 112 W 34th St # 18, New York, NY 10120-0001;
Magnusson Architecture And Planning, 42 West 39th Street, 15th Floor, New York, NY 10003-4703;
Mahar Adjmi Partners, 60 Broad St # 32, New York, NY 10004-2368;
Maher Saad, 372 Post Ave # 106, Westbury, NY 11590-2201;
Maidenbaum Sternberg Llp, 132 Spruce St, Cedarhurst, NY 11516-1915;
Maidman & Mittelman Llp, 554 3rd Ave, New York, NY 10016-3541;
Maier, Markey And Justic Llp, 2 Lyon Pl, White Plains, NY 10601;
Maimonides Medical Center, 923 48th St, Brooklyn, NY 11219;
Maimonides Meidcal Center, 4802 10th Ave, Brooklyn, NY 11219;
Main Street Radiology, 3225 Francis Lewis Blvd, Flushing, NY 11358-1922;
Main Strike Telecommunications, 485 S Broadway # 18, Hicksville, NY 11801-5071;
Maincomp Technology Inc, 91 Elizabeth St, New York, NY 10013-5205;
Mainstream Electric Inc, 714 Burke Ave,Bronx,NY,10467;
Maintenance Comp Elevator, 414 Seneca Ave, Ridgewood, NY 11385-1453;
Maison Beljanski Natrl Source, 317 E 53rd St, New York, NY 10022-4964;
Majestic Deli, 200 W 50th St, New York, NY 10019-6804;
Major Contracting Inc, 2123 Troy Ave,Brooklyn,NY,11234;
Major Systems Mechanical Corp., 180 Main St Unit 2,Westhampton Beach,NY,11978;
Mak Imaging, 165 E 84th St, New York, NY 10028-2049;
Makeable, 50 White St # 5s, New York, NY 10013-3585;

Makerbot, 30 Stony Ford Rd, Campbell Hall, NY 10916;
Maketheroadnewyork, 9210 Roosevelt Ave, Jackson Hts, NY 11372;
Makro General Contractors Inc, 4802 25th Ave # 400, Astoria, NY 11103-1027;
Malaby & Bradley LLC, 150 Broadway # 600, New York, NY 10038-4335;
Malbro Const Services Inc, 213-12 Rockaway Point Blvd, Breezy Point, NY 11697;
Mallilo & Grossman Atty At Law, 16309 Northern Blvd # 1, Flushing, NY 11358-2644;
Malllo And Grossman, 16309 Northern Blvd, Ste 1, Flushing, NY 11358;
Mallow Konstam Mazur-Nisonoff, 321 Broadway # 5, New York, NY 10007-3637;
Maloney & Fox, 89 5th Ave # 401, New York, NY 10003-3020;
Malvese Equipment Co. Inc., 1 Henrietta St,Hicksville,NY,11801;
Mana Products, Inc., 3202 Queens Blvd, Fl 6, Long Is City, NY 11101;
Manatt, Phelps And Phillips, Llp, 7 Times Sq, Fl 22, New York, NY 10036;
Mancini Duffy/Tsc, 275 7th Ave # 19, New York, NY 10001-6738;
Mandel Law Firm, 370 Lexington Ave # 505, New York, NY 10017-6593;
Mangoh Holistic Health Studio, 322 E 39th St # 1, New York, NY 10016-2211;
Manhasset Medical Assoc, 1516 Northern Blvd, Manhasset, NY 11030-3006;
Manhattan At Times Square Htl, 790 7th Ave, New York, NY 10019-6204;
Manhattan Boiler & Equip Corp, 700 Hicks St, Brooklyn, NY 11231-1823;
Manhattan Business, 48 W 37th St # 9, New York, NY 10018-7318;
Manhattan Cardiac Medical Pc, 77 Bowery # 502, New York, NY 10002-4955;
Manhattan Center For Early Learning, 328 E 62nd St, New York, NY 10065;
Manhattan Center For Vaginal, 144 E 44th St # 205, New York, NY 10017-4008;
Manhattan Fire & Safety Corp, 242 W 30th St # 701, New York, NY 10001-0792;
Manhattan Floors, 38 W 85th St # 2b, New York, NY 10024-4566;
Manhattan Gastroenterology, 51 E 25th St # 407, New York, NY 10010-2945;
Manhattan Gmat Prep Inc, 623 Broadway # 2, New York, NY 10012-2698;
Manhattan Graphics Ctr Inc, 250 W 40th St # 5, New York, NY 10018-1764;
Manhattan Hematology Oncology, 157 E 32nd St # 2, New York, NY 10016-6028;
Manhattan Legal Svc, 40 Worth St # 606, New York, NY 10013-2904;
Manhattan Neighborhood Network, 175 E 104th St, New York, NY 10029-4914;
Manhattan Orthopedic & Sports, 57 W 57th St # 15, New York, NY 10019-2832;
Manhattan Otolaryngology, 1421 3rd Ave # 4, New York, NY 10028-1933;
Manhattan Plaza-Health Club, 482 W 43rd St # 2, New York, NY 10036-6393;
Manhattan Podiatry Assoc Pc, 133 E 54th St # 201, New York, NY 10022-4538;
Manhattan Psychotherapy, 40 W 77th St # 7f, New York, NY 10024-5128;
Manhattan Strategy Group, 708 3rd Ave # 6, New York, NY 10017-4119;
W A Maintenance & Repair Corp, 2416 45th St, Astoria, NY 11103-1030;
W E Construction, 193 Manhattan Ave, New York, NY 10025-2603;
W H Christian & Sons Inc, 22 Franklin St, Brooklyn, NY 11222-2000;
W L Concepts & Production, 1 Bennington Ave, Freeport, NY 11520-3953;
W M Berg Inc, 510 Ocean Ave, East Rockaway, NY 11518-1208;
W. P. Carey Inc., 50 Rockefeller Plz, Fl 2, New York, NY 10020;
Wachtel Masyr Llp, 885 2nd Ave # 47, New York, NY 10017-2229;
Wachtell, Lipton, Rosen And Katz, 51 W 52nd St, Fl 29, New York, NY 10019;
Wade Electric Incorporated, 30-91 12th St Long Island City, NY 11102;
Waerman & Leventhal P C, 733 Yonkers Ave # 600, Yonkers, NY 10704-2660;
Wafra Investment Advisory Group Inc., 345 Park Ave, Ste 4100, New York, NY 10154;
Wagner Construction, 44 Bethpage Rd # 8, Hicksville, NY 11801-1538;
Wainlands Inc, 2460 47th St, Astoria, NY 11103-1010;
Waiting Room Subscription LLC, 104 W 40th St # 17, New York, NY 10018-3631;
Walden Associates Inc, 16 Spring St # 1, Oyster Bay, NY 11771-1420;
Walker Diving Underwater Construction, 75 Waterford Rd, Hammonton, NJ 08037-2328;
Walker Expert Painting LLC, 3280 Sunrise Hwy Pmb 352, Wantagh, NY 11793-4024;
Walker Ridge Construction Inc, 401 Broadway # 201, New York, NY 10013-3033;
Wall Contractors, 1437 39th St, Brooklyn, NY 11218-3617;
Walsh Construction, 150 Clove Rd Ste 11, Little Falls, NJ 07424-2140;
Walsingham Construction Inc, 3473 Steenwick Ave, Bronx, NY 10475-1439;

Walter T Gorman Pc, 420 W 45th St # 6, New York, NY 10036-3501;
Walton Family Dental, 1894 Walton Ave, Bronx, NY 10453-6018;
Wang Engineering Services, 64 Princeton Hightstown Rd #119 Princeton Junction, NJ 08550;
Warburg Pincus LLC, 450 Lexington Ave, Fl 32, New York, NY 10017;
Ware Malcomb, 45 W 21st St, 6th Flr, New York, NY 10010;
Warnaco Inc., 501 Fashion Ave, Fl 14, New York, NY 10018;
Warners Partners Attys, 950 3rd Ave # 32, New York, NY 10022-2717;
Warrenville Plumbing & Co., LLC, 612 Bound Brook Rd Dunellen, NJ 08812;
Warshaw Burstein Et Al, 555 5th Ave, Fl 11, New York, NY 10017;
Warshaw Jacobson Group, 475 Park Ave S # 11, New York, NY 10016-6901;
Washington Petroleum Corp, 600 Washington St, Peekskill, NY 10566-5424;
Waterfront Commission-NY Hrbr, 39 Broadway # 4, New York, NY 10006-3036;
Watral Brothers Inc, 45 S 4th St,Bay Shore,NY,11706;
Watson Farley & Williams Llp, 250 W 55th St # 31, New York, NY 10019-7713;
Watson Laboratories Inc, 1033 Stoneleigh Ave, Carmel, NY 10512;
Watts Electrical Corporation, 175 Tompkins Ave Brooklyn, NY 11206;
Wayman C. Wing Consulting Engineer, 411 Seventh Avenue, 15 Penn Plaza - 19th Floor, New York, NY 10001-2026;
Wayneco International, 1050 Grand St, Brooklyn, NY 11211-1701;
Wb Engineers & Consultants, 110 Williams Street, New York, NY 10038;
Wbe Unlimited Corp, 3622a Francis Lewis Blvd, Flushing, NY 11358-1958;
Wbls, 395 Hudson St # 7, New York, NY 10014-7452;
Wdf Inc, 150 Broadway Rm 1910, New York, NY 10038-4312;
Wdf Inc., 35 N Macquesten Pkwy, Mount Vernon, NY 10550-1845;
We Care Walk In Medical, 8212 151st Ave, Ste 2, Howard Beach, NY 11414;
Webb Institute, 298 Crescent Beach Rd, Glen Cove, NY 11542;
Weber Shandwick Company, 919 3rd Ave, Fl 17, New York, NY 10022;
Wechsler & Cohen Llp, 17 State St # 7, New York, NY 10004-1585;
Wechsler Ross & Partners Inc, 48 Wall St # 9, New York, NY 10005-2908;
Week Lerman Group LLC, 5838 Page Pl, Flushing, NY 11378-2288;
Weeks Marine Inc., 304 Gaille Dr,Covington,La,70433;
Weg & Myers Pc, 52 Duane St # 2, New York, NY 10007-1299;
Wegner Associates Inc, 120 E 56th St # 720, New York, NY 10022-3663;
Weidenbaum & Harari LLC, 155 E 44th St, New York, NY 10017-4100;
Weill Cornell Medical College, 575 Lexington Ave, Rm 540, New York, NY 10022;
Weindling International Corp, 529 5th Ave # 16, New York, NY 10017-4674;
Weiner Millo Morgan And Bonanno, LLC, 220 5th Ave, Fl 10, New York, NY 10001;
Weiss & Rosenbloom Pc, 27 Union Sq W # 307, New York, NY 10003-3305;
Weiss Law Llp, 1500 Broadway # 1600, New York, NY 10036-4055;
Weiss Manfredi, 200 Hudson St # 10, New York, NY 10013-1807;
Weiss Wexler & Wornow, 25 Park Pl # 4, New York, NY 10007-2552;
Weitz And Luxenberg Pc, 700 Broadway, Lbby A, New York, NY 10003;
Weitzman Law Offices LLC, 110 Wall St # 11, New York, NY 10005-3834;
Weld Power Generator, 1605 E 233rd St,Bronx,NY,10466;
Welkin Mechanical, 14-45 117th St #3, College Point, NY 11356-1537;
Well Built Development Corp, 30 Portsmouth Ave,Staten Island,NY,10301;
Wellcom Group Inc, 637 W 27th St, New York, NY 10001-1019;
Welsback Electric Corporation, 11101 14th Ave, College Point, NY 11356-1405;
Wenick & Finger, 570 Lexington Ave # 8, New York, NY 10022-6737;
Werner Krebs Inc, Po Box 614, Millwood, NY 10546-0614;
Wesley Chen Law Office, 425 Park Ave # 502, New York, NY 10022-3525;
Wespol Construction, 11722 Banes St,Philadelphia Pa,Pa,19116;
West 8 New York, 333 Hudson Street, Suite 905, New York, NY 10013-1029;
West End C M, 514 Main St, New Rochelle, NY 10801-6368;
West Harlem Group Assistance, 1652 Amsterdam Ave # 1, New York, NY 10031-6133;
West Lawrence Care Ctr, 1410 Seagirt Blvd, Far Rockaway, NY 11691-9879;
West Mid Town Medical Group, 505 8th Ave # 800, New York, NY 10018-6542;

West Nassau Dialysis Ctr, 75 Rockaway Ave, Valley Stream, NY 11580-5835;
West New York Restoration, 1800 Boston Rd,, Bronx, NY 10460;
West Nyack Post Office, Usps, 720 W Nyack Rd, West Nyack, NY 10994;
West Park Medical Group, 200 W 57th St # 15, New York, NY 10019-3271;
Westbrook Partners, 645 Madison Ave, New York, NY 10022-1010;
Westchester Carpet & Window, 182 Broadway, Dobbs Ferry, NY 10522-2832;
Westchester Family Care Inc, 1 Depot Plz # 2, Mamaroneck, NY 10543-1848;
Westchester Health PLLC, 60 Goldens Bridge Rd # 3, Katonah, NY 10536-3448;
Westchester Medical Center, 19 Bradhurst Ave, Ste 1000, Hawthorne, NY 10532;
Westchester Medical Group, 16 Rye Ridge Plz, Rye Brook, NY 10573-2820;
Westerman Construction Co, 80 8th Ave Suite 1001 New York, NY 10011;
West-Fair Elec Contrctrs Inc, Po Box 298, Hawthorne, NY 10532-0298;
Westmed Medical Group, 73 Market St # 211, Yonkers, NY 10710-7617;
Weston United, 290 Malcolm X Blvd, Fl 3, New York, NY 10027;
Westpoint Construction Inc, 151 E 97th St, New York, NY 10029-7305;
Westside Pediatrics Pc, 620 Columbus Ave # 1, New York, NY 10024-1459;
Wevio Global Inc, 295 Madison Ave # 12, New York, NY 10017-6379;
Wexler Associates, 12 W 32nd St, New York, NY 10001-3813;
Wgsn, 229 W 43rd St, Fl 7, New York, NY 10036;
Wharton Properties, 500 5th Ave, 54th Floor, New York, NY 10110-0002;
Whedco, 50 E 168th St, Apt 1, Bronx, NY 10452;
Wheeler, 311 Pennsylvania Ave, Roosevelt, NY 11575;
Where To Get It Services LLC, 1395 Pacific St Ste B,Brooklyn,NY,11216;
White And Case Llp, 1221 Avenue Of The Americas, Ste C3a, New York, NY 10020;
White Glove Community Care Inc., 85 Bartlett St, Brooklyn, NY 11206;
White Oaks Nursing Home, 8565 Jericho Tpke, Woodbury, NY 11797-1808;
White Plains Hospital, 79 E Post Rd, White Plains, NY 10601-5008;
White Plains Physicians Assoc, 170 Maple Ave # 502, White Plains, NY 10601-4708;
White Werbel & Fino Llp, 30 Broad St # 38, New York, NY 10004-2946;
Whitestone Construction Corporation, 5052 49th St, Woodside, NY 11377;
Whitmore Group, Ltd., 370 Old Country Rd, Ste 200, Garden City, NY 11530;
Whitney Partners, 747 3rd Ave # 1701, New York, NY 10017-2804;
Whitney Payne Psych Clinic, 525 E 68th St, New York, NY 10065-4870;
Wideorbit, 275 7th Ave, Fl 23, New York, NY 10001;
Wiener Millo Morgan & Bonanno, 220 5th Ave # 10, New York, NY 10001-7708;
Wigdor Llp, 85 5th Ave # 5, New York, NY 10003-3019;
Wildes & Weinberg, 515 Madison Ave # 6a, New York, NY 10022-5482;
Wildflower Ltd, 80 8th Ave Suite 1602, New York, NY 10011;
Wilk Auslander Llp, 1515 Broadway # 43, New York, NY 10036-8901;
William A Gross Construction, 116 S 4th St New Hyde Park, NY 11040;
William A Kelly & Co Inc, 87 Bedford Rd # 1, Katonah, NY 10536-2174;
William A. Gross Contracting, 117 S 4th St,Williamsburg,NY,11249;
William Dixon Realty, 2807 Church Ave, Brooklyn, NY 11226-4168;
William Doyle Galleries Inc, 175 E 87th St, New York, NY 10128-2293;
William F Ryan Cmnty Health, 110 W 97th St, New York, NY 10025-6450;
William F. Ryan Comm Hlth Ctr, Inc., 110 W 97th St, New York, NY 10025;
William Nicholas Bodouva, 512 Fashion Ave # 28, New York, NY 10018-0845;
William Paster Inc, 153 W 27th St # 1001, New York, NY 10001-6252;
William Ricigliano Pc, 20 W 36th St # 701, New York, NY 10018-9788;
William Somerville Inc, 315 E 68th St # 110, New York, NY 10065-5603;
William Vitacco Assoc Ltd, 299 Broadway # 5, New York, NY 10007-1997;
Williams Lea, 620 8th Ave, Fl 10, New York, NY 10018;
Willis North America, Inc., 200 Liberty St, Fl 7, New York, NY 10281;
Willis Re Inc., 200 Liberty St, Fl 7, New York, NY 10281;
Willis Towers Watson, 44 S Broadway, Ste 1300, White Plains, NY 10601;
Willkie Farr And Gallagher Llp, 787 7th Ave, Fl 2, New York, NY 10019;
Wilson, Elser, Moskowitz, Edelman And Di, 1133 Westchester Ave, Ste N-100, White Plains, NY 10604;

Win, 115 W 31st St, Fl 7, New York, NY 10001;

Wind Publishing Ltd, 20 W 36th St, New York, NY 10018-8005;

Wind River Environmental, 109 Albany Post Rd, Montrose, NY 10548-1413;

Window Fix, 337 38th St, Brooklyn, NY 11232-2511;

Windsor Park Nursing Home, 21240 Hillside Ave # 1, Jamaica, NY 11427-1897;

Wingate Russotti Shapiro, 420 Lexington Ave # 2750, New York, NY 10170-2793;

Winget & Spadafora, 45 Broadway # 19, New York, NY 10006-3786;

Winick Productions LLC, 250 West 103rd Street, 4c,New York,NY,10025;

Wiss & Co Llp, 225 W 34th St # 1010, New York, NY 10122-1008;

Withers Bergman Llp, 430 Park Ave # 10, New York, NY 10022-3528;

Wizard Api, 18 Threshing Rock Rd, Pound Ridge, NY 10576-2206;

Wkr Construction Inc, 4901 Grand Ave, Maspeth, NY 11378-3009;

Wlcr, 1556 38th St, Brooklyn, NY 11218-4408;

Wliw Information & Prgrmmng, Po Box 21, Plainview, NY 11803-0021;

Wlodingver Erk Chanzis Cpa's, 22 W 21st St # 9, New York, NY 10010-7095;

Wm. A Gross Construction Associates Inc., 117 S 4th St, New Hyde Park, NY 11040-4840;

Wnw Management, 8 N Ravine Rd, Great Neck, NY 11023;

Wohl Loewe Stettner Fabricant, 10 E 40th St # 3203, New York, NY 10016-0301;

Wolf Popper, 845 3rd Ave # 12, New York, NY 10022-6662;

Wolff Olins LLC, 195 Broadway, Fl 17, New York, NY 10007;

Wolfstone Productions, 311 W 43rd St # 12, New York, NY 10036-6004;

Wollmuth Maher & Deutsch, 500 5th Ave # 12, New York, NY 10110-1292;

Womens Health Care Pc, 104 Washington Ave, Garden City, NY 11530-3012;

Wonder Works Construction Corp, 894 Avenue Of The Americas, New York, NY 10001-3508;

Wonton Food Inc, 235 Express St, Plainview, NY 11803-2420;

Woodbury Optical Studio, 185 Woodbury Rd, Hicksville, NY 11801-3046;

Woodcrest Nursing Home, 15009 26th Ave, Flushing, NY 11354-1513;

Woods Bagot Architects Pc, 142 W 57th St # 8b, New York, NY 10019-3300;

Woodstock Construction Group, 350 Lexington Ave Oyster Bay, NY 11771;

Woodward Mental Health Ctr Inc, 201 W Merrick Rd, Freeport, NY 11520;

Woodworks Construction Co Inc, 400 E 54th St # 31c, New York, NY 10022-5169;

Worby Vecchio Edelman Llp, 11 Martine Ave # 1540, White Plains, NY 10606-4025;

Word Of Light Electric LLC, 224-02 Linden Blvd,Cambria Hts Queens,NY,11411;

Work Architecture PLLC, 156 Ludlow St # 3, New York, NY 10002-2385;

Workbridge Associates, 11 E 44th St # 4, New York, NY 10017-0064;

Workers Comp Doctor-Dhd Med, 2132 Ralph Ave, Brooklyn, NY 11234-5406;

Workers Vanguard, Po Box 1377, New York, NY 10116-1377;

Workfolio, 61 Broadway # 1105, New York, NY 10006-2728;

Workman Publishing, 225 Varick St # 9, New York, NY 10014-4381;

Worldwide Construction Corp, 92 Lafayette Ave,Suffern,NY,10901;

Writopia Lab, Inc., 155 W 81st St, Apt A, New York, NY 10024;

Wrn Associates LLC., 1367 Viele Ave, Bronx, NY 10474;

Wsg Systems, 630 9th Ave # 301, New York, NY 10036-4751;

Wsp Group, 228 E 45th St, Floor 3, New York, NY 10017-3303;

Wsp Usa Buidlings Inc., 250 West 34th Street 2nd Floor, New York, NY 10119;

Wsp Usa, 1 Penn Plaza 2nd Floor, Aka 250 West 34th Str New York, NY 10119;

Wsp, 1 Penn Plz Fl 2, New York, NY 10119-0599;

Wu & Assoc., 100 Gaither Dr Ste C Mount Laurel, NJ 08054;

Wu & Kao, 747 3rd Ave # 2202, New York, NY 10017-2847;

Wunderland Group, 350 5th Ave # 4510, New York, NY 10118-4510;

Wunderman, 3 Columbus Cir, Fl 8, New York, NY 10019;

Wunna Contracting Corporation, 9276 Mike Garcia Dr Manassas, Va 20109;

Wxy Architecture + Urban Design, 224 Centre St, New York, NY 10013-3619;

Wyng, 55 W 21st St # 3, New York, NY 10010-6813;

X L Renovations Inc, 45 W 21st St # 5a, New York, NY 10010-6895;

Xaxis, 466 Lexington Ave, Rm 300, New York, NY 10017;

Xbr Inc, 3512 19th Ave Ste 2e Astoria, NY 11105;

X-Ceed Performance Group, 350 Madison Ave # 15, New York, NY 10017-3721;
Xeno-Lights Inc, 1 Worth St # 1, New York, NY 10013-2930;
Xenon Construction Corp, 318 W 53rd St # 203, New York, NY 10019-5742;
Xinos Construction Corp, 11030 15th Ave, College Point, NY 11356-1426;
Xonitek, Po Box 87, Endicott, NY 13761-0087;
Xylem Inc., 1 International Dr,, Rye Brook, NY 10573;
Y C Industries Inc, 8840 164th St, Jamaica, NY 11432-4049;
Y Park LLC B M R-Ardsley, 430 Saw Mill River Rd, Ardsley, NY 10502-2605;
Yabu Pushelberg Inc, 66 White St # 3, New York, NY 10013-3508;
Yadgarov & Assoc, 608 5th Ave # 1000, New York, NY 10020-2303;
Yaffe Ruden & Assoc Llp, 201 E 65th St, New York, NY 10065-6701;
Yai, 220 E 42nd St, Fl 8, New York, NY 10017;
Yale Robbins Inc., 102 Madison Ave, Fl 5, New York, NY 10016;
Yantram Architectural, 10419 Queens Blvd, Forest Hills, NY 11375-3757;
Yard Nyc, 25 Broadway # 2, New York, NY 10004-1010;
Yardie System, 435 W 50th St, New York, NY 10019-6502;
Yates Restoration Group Ltd, 36 Bruckner Blvd, Bronx, NY 10454-4414;
Yedei Chesed, 48 Scotland Hill Rd, Chestnut Rdg, NY 10977;
Yeshiva University, 1300 Morris Park Ave, Lbby, Bronx, NY 10461;
Yext Inc., 1 Madison Ave Fl 5, New York, NY 10010;
Yinteract, 95 Canal St, New York, NY 10002-6041;
Yonkers Contracting Company Inc, 969 Midland Ave,Yonkers,NY,10704;
Yonkers Electric Installation Co, 4641 Vernon Blvd, Long Island City, NY 11101-5308;
Yonkers Paving Concepts, 1767 Central Park Ave # 106, Yonkers, NY 10710-2828;
York Scaffold Equipment Corp, 3720 12th St, Long Island City, NY 11101-6009;
Yorke Construction Corp, 140 W 31st St # 4, New York, NY 10001-3411;
Yorkson Legal, 800 2nd Ave # 12, New York, NY 10017-4709;
Youth Communication, 242 W 38th St # 6, New York, NY 10018-5860;
Ysreal A Seinuk Pc, 228 E 45th St # 200, New York, NY 10017-3332;
Yuco Construction, 1405 5th Ave, New York, NY 10029-1090;
Yunis Roberts Barrau, 410 Lakeville Rd # 209, New Hyde Park, NY 11042-1122;
Z Abedin Construction LLC, 372 E 32nd St, Brooklyn, NY 11226-7906;
Z Associates Garbage Removal, 13010 58th Ave, Flushing, NY 11355-5107;
Zabar, 2245 Broadway, New York, NY 10024;
Zabrowsky Law, 250 W 57th St # 1301, New York, NY 10107-1301;
Zachary M Pope Md, 185 N York St, Elmhurst, Il 60126-2717;
Zachary Prell, 92 Orchard St # 18, New York, NY 10002-3119;
Zag Usa, 110 53rd St, Brooklyn, NY 11232;
Zain Cons. Inc., 2922 Brighton 12th St Brooklyn, NY 11235;
Zalman Schnurman Miner, 1430 Broadway # 1802, New York, NY 10018-3354;
Zalmen Reiss & Assoc, 171 47th St, Brooklyn, NY 11232-4225;
Zaman Construction, 130 Church St New York, NY 10007;
Zapken & Loeb Llp, 3 Crossways Park Dr W # 100, Woodbury, NY 11797-2010;
Zara Realty Holding Corp., 16607 Hillside Ave, Jamaica, NY 11432;
Zarco Contracting Inc, 7232 48th Ave, Woodside, NY 11377-6013;
Zaskorski & Notaro Architects, 247 W 35th St # 16, New York, NY 10001-1914;
Zdg LLC, 192 Lexington Ave # 3, New York, NY 10016-6823;
Zelouf International Corp, 225 W 37th St, New York, NY 10018-5703;
Zhl Group Inc, 2383 Mcdonald Ave,Brooklyn,NY,11223;
Ziad Jalbout Dds PLLC, 36 E 36th St, Ofc 1d, New York, NY 10016;
Ziaur Bhuiyan, 1149 E 34th Street 2nd Fl,Brooklyn,NY,11210;
Ziff Brothers Investments, 350 Park Ave, Fl 4, New York, NY 10022;
Zimmet Law Group, 477 Madison Ave # 240, New York, NY 10022-5814;
Zion Contracting LLC, 250 Fulton Ave Hempstead, NY 11550;
Zito & Zito Maintenance, 2447 Long Beach Rd, Oceanside, NY 11572-1348;
Zocdoc, Inc., 568 Broadway, Fl 9, New York, NY 10012;
Zodiac Interactive, 108 New South Rd # B, Hicksville, NY 11801-5262;

Zoem Builders Inc., 16416 69th Ave, Fresh Meadows, NY 11365-3202;
Zofs Eng., P. C., 2 Columbine Ln, Valley Stream, NY 11581-1759;
Zoi Contracting Inc, 267 44th St, Brooklyn, NY 11232-2830;
Zone Aire Systems Inc, 2916 23rd Ave # B, Astoria, NY 11105-2758;
Zuber Lawler & Del Duca, 1 Penn Plz # 4430, New York, NY 10119-4430;
Zucaro Construction Inc, 3 Park Plz # 1 Pmb 114, Glen Head, NY 11545-1857;
Zumbach Electronics Corp, 140 Kisco Ave, Mt Kisco, NY 10549-1412;
Zushe Wilhelm, 478 Albany Ave, Brooklyn, NY 11203;
Zwanger-Pesiri Radiology Group, 680 Old Country Rd, Plainview, NY 11803-4911;
Zweig-Dimenna Assoc Inc, 900 3rd Ave # 31, New York, NY 10022-4793;
Zwilling Ja Henckels, 95 Gail Dr, New Rochelle, NY 10805;

**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-02175-DG-RER**
**Albert E. Percy and Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit, as Class**
**Representatives et al v. Children's Law Ctr, et al**
**Assigned to: Judge Diane Gujarati**
**Referred to: Magistrate Judge Ramon E. Reyes, Jr**

Via US Postal Service
Children's Center For Cancer, 160 E 32nd St, New York, NY 10016-6004;
Children's Law Ctr, 44 Court St # 11, Brooklyn, NY 11201-4411;
Chilmark Builders Inc, 1 Vanderbilt Ave, Pleasantville, NY 10570-2805;
Chimera Securities, LLC, 80 5th Ave, Fl 3, New York, NY 10011;
Chimpanzee Productions Inc, 68 E 131st St, New York, NY 10037-2900;
China Construction America 525 Washington Blvd., 31st Floor Jersey City, NJ 07310
China Laws & Technology Inc, 1 Penn Plz # 4425, New York, NY 10119-4425;
China Press, 15 E 40th St # 6, New York, NY 10016-0407;
Chinatown Cardiology, 139 Centre St # 307, New York, NY 10013-4554;
Chinses American Planning, 165 Eldridge St # Ofc, New York, NY 10002-2968;
Chips Technology Group LLC, 5 Aerial Way # 400, Syosset, NY 11791-5594;
Chldrn's And Women's Physicians Of Westc, 40 Sunshine Cottage Rd, Valhalla, NY 10595;
Choice Personnel Inc, 51 E 42nd St, Rm 1610, New York, NY 10017;
Choice Products, 141 Eileen Way, Syosset, NY 11791-5302;
Chosen People Ministries, 241 E 51st St, New York, NY 10022;
Christ Church United Methodist Nyc, 524 Park Ave, New York, NY 10065;
Christian Cultural Center, 12020 Flatlands Ave, Brooklyn, NY 11207;
Christian Faith Fellowship, 510 M And M Rd, Middletown, NY 10940;
Christie's Inc., 20 Rockerfeller Plz, Fl 6, New York, NY 10020;
Christophe & Assoc, 2 Wall St # 8, New York, NY 10005-2006;
Christopher Chang Law Offices, 140 Broadway # 46, New York, NY 10005-1155;
Christopher Rosekrans Law, 919 3rd Ave # 40, New York, NY 10022-3907;
Christopher V Papa Architect, Pc, 2202 Steinway St, Astoria, NY 11105-1885;
Chromalloy, 105 Tower Dr, Middletown, NY 10941;
Chs Services, 992 N Village Ave,, Rockville Ctr, NY 11570;
Chubb, 1133 Avenue Of The Americas, Fl 45, New York, NY 10036;
Church Of Christ International, 1240 Walton Ave, Apt 612, Bronx, NY 10452;
Church Pension Group, 19 E 34th St, Lbby 1, New York, NY 10016;
Church Street Boxing Gym, 25 Park Pl # B, New York, NY 10007-2520;
Church, 4214 White Plains Rd, Bronx, NY 10466;
Cibc, 300 Madison Ave, Fl 3, New York, NY 10017;
Cid Construction, 55 Brand Road Toms River, NJ 08753;
Cindy E Levitz Lic Acpnctrst, 1123 Broadway # 418, New York, NY 10010-2082;
Cintalta Cons. Corp., 1601 Locust Ave Bohemia, NY 11716;
Cintra Software & Svc Inc, 498 Fashion Ave # 1700, New York, NY 10018-6709;
Circa Brewing Co, 141 Lawrence St, Brooklyn, NY 11201-5208;
Circuit Breaker Sales Ne Inc, 79 Main St,Seymour,Ct,06483;
Cis, 170 Kinnelon Rd Rm 13, Kinnelon, NJ 07405-2325;

Cision, 200 Vesey St, Fl 19, New York, NY 10281;
Citadel Construction Corp, 220 5th Ave # 2, New York, NY 10001-7708;
Citadines Connect Fifth Avenue, 15 W 45th St, New York, NY 10036-4904;
Citi Wide Harm Reduction, 226 E 144th St, Bronx, NY 10451;
Citibank, National Association, 399 Park Ave, Frnt 2, New York, NY 10022;
Citigroup Incorporated, 388 Greenwich St,, New York, NY 10013;
Citimed PLLC, 1963 Grand Concourse # 2, Bronx, NY 10453-4995;
Citixsys Technologies, 1230 Avenue Of The Americas, New York, NY 10020-1513;
Citizen General Construction Inc, 2081 E 57th St Brooklyn, NY 11234;
Citizen M Hotel New York, 218 W 50th St # 222, New York, NY 10019-6702;
Citnalta Construction Corp., 1601 Locust Avenue, Bohemia, NY 11716;
Citrin Cooperman And Company, Llp, 529 5th Ave, Fl 2, New York, NY 10017;
Citroen Wolf Communications, 8-10 W 36th St, New York, NY 10018;
City Choice, 2709 Coney Island Ave # 2, Brooklyn, NY 11235-5063;
City Harvest, Inc., 575 8th Ave, Fl 4, New York, NY 10018;
City Journal, 52 Vanderbilt Ave # 3, New York, NY 10017-3831;
City M D, 3276 Hempstead Tpke, Levittown, NY 11756-1345;
City Of Middletown, 16 James St, Ste 6, Middletown, NY 10940;
City Of New York Department Of Parks & Recreation, Olmsted Center, Room 64,Flushing Meadows Corona,Flushing,NY,11368;
City Of New York, 11 Metrotech Ctr, Brooklyn, NY 11201;
City Of NY Conflicts Of Intererest, 2 Lafayette St, Ste 1010, New York, NY 10007;
City Of NY Department Of Parks & Recreation Capitalprojects, 11368;
City Of Yonkers, 1 Larkin Ctr, Yonkers, NY 10701;
City Prints LLC, 209 W 38th St # 800, New York, NY 10018-4405;
City School District Of New Rochelle, 515 North Ave,, New Rochelle, NY 10801;
City Sounds Of NY, 220 E 86th St, New York, NY 10028-3606;
City Suites LLC, 341 E 79th St, New York, NY 10075-0992;
City Translation Ctr, 2300 Ocean Ave # 6d, Brooklyn, NY 11229-3021;
City Univ Of NY Dept Of Design & Mgmt Procurement, 555 W 57th St, 16th Floor, New York, NY 10019-2925;
City University Of New York, 17 Lexington Ave, New York, NY 10010;
City View Masonry Corp, 60 Morgan Ave, Brooklyn, NY 11237-1608;
City Wide Administrative Services, 1 Centre St, Rm 2358, New York, NY 10007;
Citybuzz, 520 8th Ave # 2206, New York, NY 10018-4154;
Cityline Restoration Inc, 9821 101st Ave Ozone Park Ozone Park, NY 11416;
Cityscape Engineering, 8 Haven Avenue Suite 209, Port Washington, NY 11050;
Cityscape Obgyn PLLC, 38 E 32nd St # 4, New York, NY 10016-5567;
Citysights NY, 4725 27th St, Long Island City, NY 11101-4410;
Citywide Data Inc, 19 Seaview Ln, Port Washington, NY 11050-1737;
Citywide Environmental Services LLC, 15117 6th Rd, Flushing, NY 11357-1206;
Citywide Maintenance Svc, 244 5th Ave, New York, NY 10001-7604;
Citywide Mobile Response Corp., 1624 Stillwell Ave, Bronx, NY 10461;
Citywide Sewer & Drain Co, Po Box 350, Carle Place, NY 11514-0350;
Civcon LLC, 2005 Palmer Ave, Larchmont, NY 10538-2437;
Civetta Cousins, 1100 E 156th St, Bronx, NY 10474-6202;
Civic Builders Inc, 180 Varick St # 1414, New York, NY 10014-5872;
Civic Entertainment Group LLC, 436 Lafayette St, New York, NY 10003-6946;
Civil Contracting Corp, 953 Maple Ave Ridgefield, NJ 07657;
Cjs Industries Inc, 132 West 31st Street 4th Fl,New York,NY,10001;
Ckc Maintenance Corp, 13734 Northern Blvd, Flushing, NY 11354-4122;
Cksk, 45 W 29th St # 501, New York, NY 10001-4209;
Cl An Druaidh/The Druid Press, 3957 Maplewood Dr, Seaford, NY 11783-2037;
Clara Barton High School, 901 Classon Ave, Brooklyn, NY 11225;
Clare Medical, 585 Green Pl, Woodmere, NY 11598;
Claridge's Hotel Ltd, 400 Madison Ave # 11c, New York, NY 10017-1950;
Clarient Group, 630 9th Ave # 1212, New York, NY 10036-3742;

Clarion Partners, LLC, 230 Park Ave, Fl 12, New York, NY 10168;
Clark Construction Group, 99 University Pl # 5, New York, NY 10003-4528;
Clark Gagliardi Miller, 99 Court St # 1, White Plains, NY 10601-4265;
Clark Investigations & Scrty, 3410 56th St, Woodside, NY 11377-2122;
Classic Harbor Line, 62 Chelsea Piers # 103, New York, NY 10011-1015;
Classic Heights Realty LLC, 37-51 76 Street, Jackson Heights, NY 11372;
Classic Home Care Inc, 2655 Webster Ave, Bronx, NY 10458;
Classic Sports Floors, 150 Cooper Rd Ste H-22 West Berlin, NJ 08091;
Classic Stage Co, 136 E 13th St, New York, NY 10003-5387;
Classpass, 275 7th Ave, Fl 11, New York, NY 10001;
Clay LLC, 25 W 14th St # 2, New York, NY 10011-7420;
Clayman & Rosenberg, 60 E 42nd St # 650, New York, NY 10165-0650;
Clayton Dubilier Rice LLC, 375 Park Ave, Fl 18, New York, NY 10152;
Clean Air Quality Svc Inc, 161 Brady Ave, Hawthorne, NY 10532-2201;
Clean Earth Dredging Technologies, 334 S Warminster Rd,Hatboro,Pa,19040;
Clean Machine Car Wash-Detail, 1199 Newbridge Rd, North Bellmore, NY 11710-1650;
Cleaning Guru, 620 Wilson Ave, Brooklyn, NY 11207-2175;
Cleantech, 450 Westbury Ave, Carle Place, NY 11514-1402;
Clear It Out Contr LLC, 211 Tecumseh Avenue, Mt Vernon, NY,10553;
Clear It Out Contracting LLC, 211 Tecumseh Ave,Mount Vernon,NY,10553;
Clevertech, 135 E 57th St # 6, New York, NY 10022-2185;
Click Model Management Inc, 129 W 27th St # 12, New York, NY 10001-6206;
Clickdaily Inc, 151 E 83rd St # 7f, New York, NY 10028-1968;
Clifford Chance, 31 W 52nd St, Fl 3, New York, NY 10019;
Clifton Budd & Demaria Llp, 350 5th Ave # 6100, New York, NY 10118-6190;
Clifton Ornamental Metal & Glass, 61 Franklin Ave, Califon, NJ 07011;
Cline Davis And Mann LLC, 220 E 42nd St, Fl 8, New York, NY 10017;
Clinical Pain Advisor, 275 7th Ave # 10, New York, NY 10001-6756;
Clinical Resources Network LLC, 260 Madison Ave # 3, New York, NY 10016-2423;
Clinical Systems Inc, 377 Oak St # 303, Garden City, NY 11530-6542;
Clinton Management, 4206 235th St, Flushing, NY 11363-1525;
Clio Awards, 104 W 27th St # 10, New York, NY 10001-0237;
Clotho Corp, 3511 Shore Pkwy # A1, Brooklyn, NY 11235-2856;
Cloud 9 Technologies LLC, 565 5th Ave # 17, New York, NY 10017-2431;
Cloud Dx, 20 Jay St, Ste 834, Brooklyn, NY 11201;
Clove Lakes Health Care And Rehab, 25 Fanning St, Staten Island, NY 10314;
Clove Lakes Health Care-Rehab, Po Box 140703, Staten Island, NY 10314-0703;
Clover Wire Forming Co Inc, 1021 Saw Mill River Rd, Yonkers, NY 10710-3292;
Club Demonstration Svc, 1 Industrial Ln, New Rochelle, NY 10805-1203;
Club Fit, 584 N State Rd, Briarcliff Manor, NY 10510-1522;
Club Julians Inc, 971 Rogers Ave, Brooklyn, NY 11226;
Club Quarters Grand Central, 128 E 45th St, New York, NY 10017-3104;
Cluen Corp, 7 W 22nd St # 5, New York, NY 10010-5144;
Cluster Inc, Po Box 1248, Yonkers, NY 10702-1248;
Cm & Assoc Constr Mgmt LLC, 195 Bowery, New York, NY 10002-2875;
Cm & E Con Inc, 8901 Tonnelle Ave North Bergen, NJ 07047;
Cm Almy Inc, 28 Kaysal Ct # 4, Armonk, NY 10504-1344;
Cmc Rebar, 75 Neal Ct, Plainville, Ct 06062-1622;
Cmd, 30 Technology Pkwy S Ste 100 Norcross, Ga 30092;
Cmem, 5151 Amboy Rd, Staten Island, NY 10312;
Cmg Group LLC, 2226 31st St Astoria, NY 11105;
Cmgrp, Inc., 919 3rd Ave, Fl 17, New York, NY 10022;
Cmp Builders Corp Inc, 350 7th Ave # 1503, New York, NY 10001-1935;
Cmp Healthcare Media, 11 W 19th St # 3, New York, NY 10011-4280;
Cmp Publications, 600 Community Dr, Ste 1, Manhasset, NY 11030;
Cncl On Accreditation For Chldrn And Fml, 120 Wall St, Fl 11, New York, NY 10005;
Cng, 333 E 119th St, Apt 6b, New York, NY 10035;

Cny Builders LLC, 1440 Broadway, New York, NY 10018-2301;
Cny, 1440 Broadway, Fl 4, New York, NY 10018;
Co 3, 218 W 18th St # 11, New York, NY 10011-4545;
Coachman Family Ctr, 123 E Post Rd, White Plains, NY 10601-5205;
Coastal Contracting Corp, 1 Schwab Rd Ste 12, Melville, NY 11747-1130;
Coastal Pipeline Products Corp, 55 Twomey Ave, Po Box 575, Calverton, NY 11933-1374;
Coatue Management, 9 W 57th St # 2500, New York, NY 10019-2603;
Cobble Hill Health Ctr, 380 Henry St, Brooklyn, NY 11201-6048;
Cobite, Po Box 4278, East Hampton, NY 11937-0258;
Coca Cola, 977 E 149th St, Bronx, NY 10455;
Cocentrix Corp, 401 Fieldcrest Dr, Elmsford, NY 10523-1026;
Co-Collective LLC, 419 Park Ave S # 300, New York, NY 10016-8439;
Cocooning Electronics Ltd, 247 W 37th St # 704, New York, NY 10018-5743;
Code And Theory LLC, 1 World Trade Ctr, Fl 62, New York, NY 10007;
Coffee Distribution Corp, 200 Broadway, New Hyde Park, NY 11040-5329;
Cognito Americas LLC, 1040 Avenue Of The Americ #14b, New York, NY 10018-0678;
Cognito Inc, 303 Park Ave S # 405, New York, NY 10010-3621;
Cohen & Frankel Llp, 11 E 44th St # 1800, New York, NY 10017-3670;
Cohen & Slamowitz, Po Box 9004, Woodbury, NY 11797-9004;
Cohen Childrens Medical Center, 26901 76th Ave, New Hyde Park, NY 11040;
Cohen Clair Lans Greifer, 885 3rd Ave # 32, New York, NY 10022-4952;
Cohen Hochman & Allen, 75 Maiden Ln # 802, New York, NY 10038-4676;
Cohen Hurkin Ehrenfeld, 733 Yonkers Ave # 600, Yonkers, NY 10704-2660;
Cohen Kuhn & Assoc, 100 William St # 9, New York, NY 10038-5056;
Cohen Weiss And Simon Llp, 900 3rd Ave, Fl 21, New York, NY 10022;
Cohen Weiss Simon, 900 3rd Ave # 21, New York, NY 10022-4869;
Cohens Tauber Spivac Wagner, 420 Lexington Ave # 2400, New York, NY 10170-2499;
Cohnreznick Llp, 1212 Avenue Of The Americas, Fl 7, New York, NY 10036;
Cold Spring Construction Company, 43 Jackson St Akron, NY 14001;
Cold Spring Hls Ctr For Nursin, 378 Syosset Woodbury Rd, Woodbury, NY 11797-1200;
Coldlion Technologies LLC, 124 W 36th St # 404, New York, NY 10018-8871;
Cole Mechanical Corp, 119 Lake Dr Mahopac, NY 10541;
Cole Partners Inc, 242 Nevins St, Brooklyn, NY 11217-3016;
Coleman Brandworx, 35 E 21st St # 200, New York, NY 10010-6267;
Coleman Country Day Camp, Po Box 34, Merrick, NY 11566-0034;
Coler Goldwater Specialty Hosp, 900 Main St, Roosevelt Island, NY 10044-0013;
Colgate-Palmolive Company, 300 Park Ave, Fl 15, New York, NY 10022;
Colina Bay, Inc, 269 68th St, Brooklyn, NY 11220-5208;
Collaborative Construction, 40 Wall St # 1706, New York, NY 10005-1368;
Collazo Carling & Mish, 747 3rd Ave # 2503, New York, NY 10017-2840;
Collective 545 Broadway, LLC, 17 John Street, New York, NY 10038;
Collectivei, 450 Park Ave S # 3, New York, NY 10016-7320;
Colleran O'hara & Mills, 1225 Franklin Ave # 450, Garden City, NY 11530-1693;
Collibra Inc, 61 Broadway # 31, New York, NY 10006-2803;
Collier Halpern Newberg, 1 N Lexington Ave # 1500, White Plains, NY 10601-1735;
Collins Aerospace, 225 W 39th St, New York, NY 10018-3103;
Collis Roofing Inc, 485 Commerce Way, New York, NY 10080-0001;
Colon & Rectal Surgical, 3 Vermont Dr, New Hyde Park, NY 11042-1128;
Colonial Construction Co Inc, 509 Parker Ave, Levittown, NY 11756-5622;
Colonial Consulting LLC, 11914 224th St, Cambria Hts, NY 11411;
Colonial Electric, 445 S 5th Ave, Mt Vernon, NY 10550-4646;
Colonial Tag & Label Co, 425 Northern Blvd # 36, Great Neck, NY 11021-4803;
Colony Electric Inc, 178 Industrial Loop # 2, Staten Island, NY 10309-1113;
Colour Matters, 16 E 34th St, New York, NY 10016-4328;
Columbia Artist, 1790 Broadway # 16, New York, NY 10019-1414;
Columbia Artists Managmnt Inc, 165 W 57th St, New York, NY 10019-2201;
Columbia Cascade Co., 1300 Sw 6th Ave Portland, Or 97201;

Columbia Cascade Company, 1975 Sw 5th Avenue, Portland, Or 97201-5293;
Columbia Softball Field, 505 W 218th St, New York, NY 10034-1005;
Columbia University, 601 W 168th St, Apt 22, New York, NY 10032;
Columbiadoctors Medical Group, 19 Bradhurst Ave # 700, Hawthorne, NY 10532-2171;
Columbiadoctors Nurse, 601 W 113th St # 1a, New York, NY 10025-9701;
Columbus Avenue Consulting LLC, 888 7th Ave # 504a, New York, NY 10106-0502;
Columbus Medical Inst Of NY, 9785 Queens Blvd # 3, Rego Park, NY 11374-3319;
Comcast Spotlight, Inc., 55 W 46th St, Fl 33, New York, NY 10036;
Comfort Bedding Inc, 21 Christopher Ave, Brooklyn, NY 11212-8038;
Comixology, 512 Fashion Ave, Fl 12, New York, NY 10018;
Comlab Systems, 29 E Main St, Elmsford, NY 10523-2608;
Command Financial Press, 125 Broad St # 5, New York, NY 10004-2440;
Command Security Corporation, 17 Battery Pl, Ste 243, New York, NY 10004;
Commentary Magazine, 561 Fashion Ave # 16, New York, NY 10018-1816;
Commerce Electrical Contracting Corp., 23-86 Brooklyn Queens Expy W Ste 201,Astoria,NY,11103;
Commercial Building Mntnc, 40 Oak Dr, Syosset, NY 11791-4649;
Commercial Fence & Railing, 16 Flicker Dr, Middle Island, NY 11953-1342;
Commercial Tenant Svc Inc, 228 E 45th St # 900, New York, NY 10017-3337;
Committee Of Interns And Residen, 1027 46th Ave, Ste 301-317, Long Is City, NY 11101;
Commodore Maintenance, 602 South Third Avenue Mount Vernon, NY 10550;
Common Ground Community Hdfc, 255 W 43rd St # 1, New York, NY 10036-3930;
Communications Plus Digital, 1430 Broadway # 403, New York, NY 10018-3371;
Communicator Inc, 360 Hamilton Ave # 203, White Plains, NY 10601-1846;
Community Access, 17 Battery Pl, Ste 1326, New York, NY 10004;
Community Action For Human Services, 2225 Lodovick Ave, Bronx, NY 10469;
Community Cardiology Pc, 800 Community Dr # 207, Manhasset, NY 11030-3821;
Community Consultation Ctr, 40 Montgomery St, New York, NY 10002-4808;
Community Electric Inc, 124 Granite Ave, Staten Island, NY 10303-2718;
Community Health Ctr-Richmond, 439 Port Richmond Ave, Staten Island, NY 10302-1714;
Community Healthproject, 356 W 18th St, New York, NY 10011-4462;
Community Hospital At Dobbs, 128 Ashford Ave, Dobbs Ferry, NY 10522-1924;
Community Life Center Inc., 15 Mount Morris Park W, New York, NY 10027;
Community Mainstreaming, 99 Quentin Roosevelt Blvd # 20, Garden City, NY 11530-4826;
Community Medical And Dental Care Inc., 40 Robert Pitt Dr, Monsey, NY 10952;
Community Partners, 3227 Mickle Ave, Bronx, NY 10469;
Community Psych, 10209 Jamaica Ave, Jamaica, NY 11418-2010;
Community Resource Ctr, 755 E 147th St, Bronx, NY 10455-4592;
Community Resource Exchange, 42 Broadway # 2000, New York, NY 10004-3863;
Community Resources, 3450 Victory Blvd, Staten Island, NY 10314-6721;
Community Service Society Of NY, 633 3rd Ave, Fl 10, New York, NY 10017;
Co'motion Group LLC, 2 Burnside Pl, Hastings On Hdsn, NY 10706-3018;
Comp World Usa, 1626 1st Ave, New York, NY 10028-4305;
Compinfo, 304 Park Ave S # 9, New York, NY 10010-4309;
Complete Construction Contract, 214 W 29th St # 1201, New York, NY 10001-5293;
Complete Discovery Source Inc, 250 Park Ave # 18, New York, NY 10177-1200;
Complete Mailing Svc, 140 58th St # 6d, Brooklyn, NY 11220-2523;
Complete Womens Imaging Pc, 990 Stewart Ave # 100, Garden City, NY 11530-4838;
Complexcare Solutions, Inc., 55 Broad St, Fl 21, New York, NY 10004;
Comprehensive Care Mgmt Corp, 668 Allerton Ave, Bronx, NY 10467-7406;
Comprehensive Hr Advisory Services Ent., 255 Great Neck Rd, Apt 214, Great Neck, NY 11021;
Comprehensive Pain Management, 75 Maiden Ln # 1206, New York, NY 10038-5162;
Comprehensive Pediatrics, 1407 W 6th St, Brooklyn, NY 11204-4802;
Comprehensive Professional, 11 Hanover Sq # 8, New York, NY 10005-2851;
Compstak, 36 Cooper Sq # 6, New York, NY 10003-7143;
Computer Generated Solutions, Inc., 200 Vesey St, Fl 27, New York, NY 10281;
Computer Managers Inc, 307 7th Ave # 1901, New York, NY 10001-6034;
Computer Services Group Inc, 22 W 38th St # 301, New York, NY 10018-6262;

Computer Solutions Intl Inc, 60 Madison Ave # 1010, New York, NY 10010-1653;
Computercool Ac Inc, 5875 57th Rd, Maspeth, NY 11378-2719;
Comunilife, 462 Fashion Ave, Fl 3, New York, NY 10018;
Con Edison Of NY, 85 Miles Ave, Albertson, NY 11507;
Con Edison, 11829 Queens Blvd, Forest Hills, NY 11375-7203;
Con Rac Construction Grou, 1895 Walt Whitman Road, Suite,Melville,NY,11747;
Concentric Group LLC, 90 Dayton Ave Bldg 16c,Ste 105 Passaic, NJ 07055;
Concentric Health Experience, 330 Hudson St, Fl 5, New York, NY 10013;
Concept Air Conditioning, 5884 Maspeth Ave, Maspeth, NY 11378-2730;
Concept Construction Svc Inc, 124 E 124th St, New York, NY 10035-1933;
Concepts In Staffing Inc, 254 W 31st St # 6, New York, NY 10001-2813;
Concern Worldwide Us, 355 Lexington Ave, Fl 16, New York, NY 10017;
Concord Electronics Inc, 3300 47th Ave # 1a, Long Island City, NY 11101-2428;
Concord Nursing Home, 4770 White Plains Rd, Bronx, NY 10470-1104;
Concord Setting Inc, 207 W 25th St # 8, New York, NY 10001-7158;
Concorde Hotel New York, 127 E 55th St, New York, NY 10022-3502;
Concorde Medical Group, 232 E 30th St, New York, NY 10016-8202;
Concordia International, 333 Earle Ovington Blvd, Ste 702, Uniondale, NY 11553;
Concur Inc, 211 W 107th St, New York, NY 10025-3099;
Condal Distributors Inc, 531 Dupont St, Bronx, NY 10474-6616;
Conde Construction, 5 Tudor City Pl # 6, New York, NY 10017-6853;
Condeco Software Inc, 1350 Broadway # 1712, New York, NY 10018-0900;
Condon Omeara Mcginty Donnelly, 1 Battery Park Plz # 7, New York, NY 10004-1564;
Conedison, 4 Irving Pl, Frnt 2, New York, NY 10003;
Conelle Construction Corp, 50 Broadway # 23, New York, NY 10004-3805;
Coney Island Preparatory Public School, 501 West Ave, Brooklyn, NY 11224;
Conference Board Inc, 845 3rd Ave, Fl 3, New York, NY 10022;
Confirmit Inc, 330 7th Ave # 3, New York, NY 10001-5270;
Congdon Flaherty O'callaghan, 333 Earle Ovington Blvd # 502, Uniondale, NY 11553-3625;
Congregation Beth Elohim, 274 Garfield Pl, Brooklyn, NY 11215;
Connections Personnel Of NY, 333 W 39th St # 1101, New York, NY 10018-1428;
Conrac Construction Group LLC, 1895 Walt Whitman Rd Suite 2 Melville, NY 11747;
Consolidated Edison, 30 Flatbush Ave, Brooklyn, NY 11217-1121;
Consolidated Networks Corp., 722 N Broadway Ave Ste 203,Oklahoma City,Ok,73102;
Consolidated Technologies, 555 8th Ave, Rm 502, New York, NY 10018;
Constantin Associates, 575 Madison Ave # 25, New York, NY 10022-8509;
Constantine Cannon Llp, 335 Madison Ave # 9, New York, NY 10017-4625;
Constar Inc, 81 Brightside Ave Central Islip, NY 11722;
Construction 1st Class, 225 W 34th St # 9, New York, NY 10122-0901;
Construction Associates Inc, 677 Commerce St # 105, Thornwood, NY 10594-1060;
Construction Force Services, 260 W Sunrise Hwy #303,Valley Stream,NY,11581;
Construction Management, 240 Main St, White Plains, NY 10601-2402;
Construction Services 365 LLC, 413 E 119th St, New York, NY 10035-3627;
Constructions, 70 0 W 40 St, New York, NY 10018;
Constructomics LLC, 40 Broad St # 4, New York, NY 10004-2918;
Consulate Film Editing Co, 150 Varick St # 9, New York, NY 10013-1218;
Consulate General Of Denmark, 1 Dag Hammarskjold Plz, Fl 18, New York, NY 10017;
Consulting Testing Svc, 237 W 35th St # 1201, New York, NY 10001-1950;
Consumer Financial Network, 100 5th Ave, New York, NY 10011-6903;
Consumer Reports, 101 Truman Ave, Yonkers, NY 10703;
Consumers Union-United States, 101 Truman Ave, Yonkers, NY 10703-1044;
Contemporary Dental Implants, 260 W Sunrise Hwy # 201, Valley Stream, NY 11581-1015;
Contemporary Guidance Svc Inc, 52 Broad St # 4, New York, NY 10004-2337;
Conti Enterprises, Inc., 2045 Lincoln Hwy, Edison, NJ 08817-3334;
Continuum Health Partners, Inc., 150 E 42nd St, Fl 9, New York, NY 10017;
Contol Group Inc, 10 Hudson Yards # 26, New York, NY 10001-2159;
Contract Magazine, 770 Broadway # 15, New York, NY 10003-9522;

Contracterp, 422 Conklin St, Farmingdale, NY 11735-2663;
Contractors Line & Grade South, 23 Nepperhan Ave, Elmsford, NY 10523-2506;
Contractors Register, Inc., Po Box 500,, Jefferson Vly, NY 10535;
Contractors Sheet Metal Work, 3406 Skillman Ave, Long Island City, NY 11101-2315;
Contrix Inc, 110 E 42nd St # 1311, New York, NY 10017-8514;
Control Solutions Group, 1804 Plaza Ave, New Hyde Park, NY 11040-4950;
Control Systems Services, Inc, 1041 Cromwell Bridge Rd Towson, Md 21286;
Converge Direct, 100 S Bedford Rd # 320, Mt Kisco, NY 10549-3444;
Converge One, 835 8th Ave # 10, New York, NY 10019-6618;
Conversion Partners LLC, 450 Fashion Ave, Fl 32, New York, NY 10001;
Conversocial, 902 Broadway # 6, New York, NY 10010-6039;
Cook & Fox Architects, 250 W 57th St # 1701, New York, NY 10107-1700;
Cook Krupa LLC, 81 Jericho Tpke, Mineola, NY 11501-2900;
Cookfox Architects, 250 West 57th St, New York, NY 10107;
Cookie Factory, 1844 Givan Ave, Bronx, NY 10469-3155;
Cooley Monato Studio, 417 5th Ave # 8, New York, NY 10016-2246;
Cooling Guard Mech. Corp., 6822 Eliot Ave Middle Village, NY 11379;
Cooney/Waters Group, 111 5th Ave # 2, New York, NY 10003-1005;
Cooper Carry & Associates, 75 Broad Street, Suite 2210, New York, NY 10004;
Cooper Dunham Lp, 30 Rockefeller Plz # 20, New York, NY 10112-0077;
Cooper Robertson & Partners, 123 William St # 27, New York, NY 10038-6415;
Cooper Tank & Welding Corp, 123 Varick Ave, Brooklyn, NY 11237-1216;
Cooper Tank And Welding Corp., 215 Moore St, Brooklyn, NY 11206;
Cooper Works Inc, 1169 Hardscrable Road,Chappaqua,NY,10514;
Cooperative Home Care Assoc, 400 E Fordham Rd # 13, Bronx, NY 10458-5059;
Cooperman Lester Miller Llp, 767 3rd Ave # 2400, New York, NY 10017-9005;
Coordinated Behavioral Care, 1 Exchange Plz, Fl 3, New York, NY 10006;
Copper Development Association, 260 Madison Ave, Fl 16, New York, NY 10016;
Coppola Paving & Landscaping Corp, 3820 Boston Rd, Bronx, NY 10475-1116;
Coptis Inc, 600 Mamaroneck Ave # 400, Harrison, NY 10528-1613;
Cora Inc, 201 Richards St, Ste 5, Brooklyn, NY 11231;
Coral Cast, 31 Commercial Ct, Plainview, NY 11803-2403;
Coral House, 70 Milburn Ave, Baldwin, NY 11510-3395;
Coral Realty LLC, 400 Broome St # 11, New York, NY 10013-3283;
Coranet, 17 Battery Pl # 709, New York, NY 10004-1124;
Corbex Inc, 145 Nassau Ave,Brooklyn,NY,11222;
Corcoran Group Inc., 888 7th Ave, Fl 39, New York, NY 10107;
Core And Main, Lp, 61 Gross Ave, Edison, NJ 08837-3240;
Core Construction Group Corp, 3275 Steinway St, Astoria, NY 11103-4076;
Core Contracting, 687 S Columbus Ave, Mount Vernon, NY 10550-4730;
Core Cs LLC, 616 Corporate Way Valley Cottage, NY 10989;
Core Group Marketing, 104 5th Ave # 17, New York, NY 10011-6901;
Core Staffing Svc Inc, 40 Wall St # 1600, New York, NY 10005-1328;
Core Tech Assoc, 4538 162nd St, Flushing, NY 11358-3158;
Corgan Associates Architects, 350 5th Ave # 5401, New York, NY 10118-5400;
Corgan Associates Inc, 401 N Houston St, Dallas, Tx 75202-2010;
Corinthian Cast Stone, 115 Wyandanch Ave Wyandanch, NY 11798;
Corinthian Media, 500 8th Ave # 500, New York, NY 10018-6555;
Corkery Group, 111 5th Ave # 2, New York, NY 10003-1005;
Cornell Internal Mdcn Assoc, 505 E 70th St # Ht4, New York, NY 10021-4872;
Cornell Ivf Program, 1305 York Ave # 6, New York, NY 10021-5663;
Cornell University, 16 E 34th St, Fl 4, New York, NY 10016;
Cornerstone Research, 599 Lexington Ave, Fl 40, New York, NY 10022;
Cornick Garber & Sander Llp, 555 Madison Ave # 16, New York, NY 10022-3319;
Corona Equipment Co, 4214 College Point Blvd, Flushing, NY 11355-4228;
Coronet Parts Mfg Co, 883 Elton St, Brooklyn, NY 11208-5315;
Corporate Power Inc, 62 William St # 4, New York, NY 10005-1545;

Corporate Suites, 757 3rd Ave # 20, New York, NY 10017-2046;
Corporate Synergies, 200 Garden City Plz, Ste 208, Garden City, NY 11530;
Corporation For Supportive Housing, 61 Broadway, Rm 2300, New York, NY 10006;
Correctional Medical Svc, 101 Crossways Park Dr W, Woodbury, NY 11797-2020;
Corsi Tire, 24 Westchester Ave, Thornwood, NY 10594-1116;
Cort Club Inc, 2648 Gerritsen Ave, Brooklyn, NY 11229-5946;
Cortlandt Tank Svc, 109 Albany Post Rd, Montrose, NY 10548-1413;
Cos 880, 129 Spring St, New York, NY 10012;
Cosentini Associates, 2 Penn Plaza, 3rd Flr, New York, NY 10121-0101;
Cosimo Inc, 116 W 23rd St # 5, New York, NY 10011-2599;
Cosmetic Executive Women Inc., 159 W 25th St, Fl 8, New York, NY 10001;
Cosmo Street, 28 W 25th St # 3, New York, NY 10010-2743;
Cosmopolitan Magazine, 224 W 57th St # 4, New York, NY 10019-3212;
Cosmopolitan Management LLC, 40 Maple Ave, Hartsdale, NY 10530-2302;
Cosmos Communications, 1105 44th Dr, Long Island City, NY 11101-7027;
Cott Management Partners, 8375 118th St, Apt 2c, Kew Gardens, NY 11415;
Cotton Incorporated, 909 3rd Ave, Ste 1400, New York, NY 10022;
Cougar Capital LLC, 20 W 55th St # 10, New York, NY 10019-5373;
Council Of School Supervisors And Admins, 16 Court St, Fl 4, Brooklyn, NY 11201;
Council On Accreditation, 45 Broadway, Fl 29, New York, NY 10006;
Council On Foreign Relations, 58 E 68th St, New York, NY 10065-5953;
Counseling In Schools, Inc., 505 8th Ave, Rm 12a06, New York, NY 10018;
Country Bank, 655 3rd Ave, Ste 917, New York, NY 10017;
Country House, 2000 Baldwin Rd, Yorktown Heights, NY 10598-4099;
County Ceiling Co, 418 Saw Mill River Rd, Yonkers, NY 10701-5520;
County Chair Party Rentals, 25 Oak St, Mt Vernon, NY 10550-1893;
County Of Nassau, 1 West St, Mineola, NY 11501;
County Of Westchester, 148 Martine Ave, Ste 600, White Plains, NY 10601;
Courtalert Com Inc, 450 Fashion Ave # 2803, New York, NY 10123-2803;
Covenant Foundation, 1270 Avenue Of The Americas, Ste 304, New York, NY 10020;
Covenant House, 75 Lewis Ave, Brooklyn, NY 11206;
Cover Girl Strips, Po Box 217, Oceanside, NY 11572-0217;
Coverwallet, 100 Avenue Of The Americas #16, New York, NY 10013-1689;
Covington Fabric & Design LLC, 386 Park Ave S # 705, New York, NY 10016-8815;
Cowan Debaets Abrahams, 41 Madison Ave # 38, New York, NY 10010-2217;
Cowan Liebowitz & Latman Pc, 114 W 47th St # 21, New York, NY 10036-1525;
Cowbay Contracting, 85 Old Shore Rd # 206, Port Washington, NY 11050-2244;
Cowen Group, Inc., 599 Lexington Ave, Fl 20, New York, NY 10022;
Cowtan & Tout, 205 Hudson St # 6, New York, NY 10013-1810;
Cox & Co Inc, 1664 Old Country Rd, Plainview, NY 11803-5013;
Cozen Oconnor, 277 Park Ave # 20, New York, NY 10172-3003;
Cp Perma Paving Construction, 81 Industrial Loop Staten Island, NY 10309;
Cphl, 75 Vanderbilt Ave, Staten Island, NY 10304;
Cpjfk, 15120 Baisley Blvd, Jamaica, NY 11434;
Crafted Interiors, 110 W 40th St # 2100, New York, NY 10018-3261;
Craig Management Assoc Inc, 135 Central Park W # 6nc, New York, NY 10023-5753;
Cravath Swaine & Moore Llp, 825 8th Ave # L, New York, NY 10019-7475;
Crc Associates, Inc, 300 Maple Ave Ste G, South Plainfield, NJ 07080-4045;
Creation Baumann Usa Inc, 114 N Centre Ave, Rockville Centre, NY 11570-3948;
Creations By Carelle Ltd, 2 W 46th St # 709, New York, NY 10036-4593;
Creative Data Resources, 370 Lexington Ave, Rm 1612, New York, NY 10017;
Creative Environment Solutions, 141 W 36th St # 3, New York, NY 10018-6927;
Creative Finishes Ltd, 150 W 28th St # 503, New York, NY 10001-6103;
Creative Lifestyles, Inc., 67 Bruckner Blvd, Frnt 1, Bronx, NY 10454;
Creative Renovations, LLC, 101 Visitation Pl, Brooklyn, NY 11231-1614;
Creative Snow By Cow Bay Inc., Port Washington,NY;
Creative Touch Construction Corp., 817 Foster Ave,Brooklyn,NY,11230;

Creativeworx, 902 Broadway # 7, New York, NY 10010-6076;
Crecco Group Remodeling Inc, 871 Commerce St, Thornwood, NY 10594-1456;
Credit International, Po Box 204, Carle Place, NY 11514-0204;
Credit Suisse Holdings (Usa), Inc., 11 Madison Ave, Bsmt 1b, New York, NY 10010;
Creditriskmonitor Com Inc, 704 Executive Blvd, Ste A, Vly Cottage, NY 10989;
Creditsights Inc, 2 Park Ave, Ste 2400, New York, NY 10016;
Credsimple, 50 W 23rd St # 702, New York, NY 10010-5262;
Creek Country Club, 1 Horse Hollow Rd, Locust Valley, NY 11560-1133;
Crenulated Co Ltd, 1512 Townsend Ave # 1, Bronx, NY 10452-6010;
Creo Dental, 29 W 30th St # 11, New York, NY 10001-4457;
Crescent Computers & Software, 1637a Hillside Ave, New Hyde Park, NY 11040-3160;
Crescent St Construction Corp, 1219 37th Ave, Long Island City, NY 11101-6028;
Cresent Contracting, 2800 Webster Ave Bronx, NY 10458;
Crest Hollow Country Club, 8325 Jericho Tpke, Woodbury, NY 11797-1804;
Crew Cuts, 28 W 44th St # 22, New York, NY 10036-7409;
Crf - House East, LLC, 4 E 28th St, New York, NY 10016;
Crifasi Real Estate Inc, 79-47 Metropolitan Ave, Middle Village, NY 11379;
Crisdel Construction Group Inc, 240 Ryan St South Plainfield, NJ 07080;
Criterion Group LLC, 3511 36th St Ste 3, Astoria, NY 11106-1300;
Cronin & Cronin, 200 Old Country Rd # 470, Mineola, NY 11501-4273;
Cross County Savings Bank, 7921 Metropolitan Ave, Middle Vlg, NY 11379;
Cross Management Corp, 8 E 40th St # 501, New York, NY 10016-0136;
Cross NY, 1271 Of The Americas # Bm14, New York, NY 10020-1310;
Crossasset Software LLC, 757 3rd Ave # 20, New York, NY 10017-2046;
Crossfield Digital, 33 W 17th St, New York, NY 10011-5511;
Crossfire Group, 1940 Commerce St # 303, Yorktown Heights, NY 10598-4448;
Crossland Mechanical Inc, 237 W 37th St # 400, New York, NY 10018-6777;
Crossmedia Inc, 275 7th Ave # 27, New York, NY 10001-6885;
Crow Construction Co, 100 E End Ave, New York, NY 10028-7403;
Crown Awards & Trophies, 9 Skyline Dr, Hawthorne, NY 10532-2100;
Crown Delta Corp, 1520 Front St, Yorktown Heights, NY 10598-4638;
Crown Die Casting Corp, 268 W Lincoln Ave, Mt Vernon, NY 10550-2509;
Crown Janitorial Products LLC, 450 Nepperhan Ave, Yonkers, NY 10701-6626;
Crs Contractors Inc., 315 Route 34 Ste 137, Colts Neck, NJ 07722-2444;
Crs_Group, 307 W 37th St, New York, NY 10018;
Crsg, 68 Whitehall St, Lynbrook, NY 11563-1002;
Crunch Gym, 22 W 19th St, Ste 3l, New York, NY 10011;
Crystal Blue Cing Svc Inc, Po Box 769, Yonkers, NY 10704-0769;
Crystal Run Healthcare, 300 Crystal Run Rd, Middletown, NY 10941;
Csbm, 237 W 35th St, Ste 301, New York, NY 10001;
Csi Electrical & Mechcl Systs, 4232 235th St # B, Little Neck, NY 11363-1531;
Csi Rentals, 133 W 19th St # 1, New York, NY 10011-4117;
Css Stainless Steel Work Inc, 109 14th St, Brooklyn, NY 11215-4607;
Cta Architects, 151 W 26th St # 8, New York, NY 10001-6810;
Ctl Usa Inc, 14729 182nd St, Springfield Gdns, NY 11413-4028;
Ctr For Nursing And Rehab, Inc., 596 Prospect Pl, Brooklyn, NY 11238;
Ctrny, 907 Broadway, New York, NY 10010-7107;
Ctsi, 237 W 35th St, Ste 1201, New York, NY 10001;
Cube Cons. Services LLC., 17 Peppermint Hill Rd, North Brunswick, NJ 08902-4820;
Cuddy & Eder Llp, 445 Hamilton Ave # 1400, White Plains, NY 10601-1834;
Cullen And Dykman Llp, 100 Quentin Roosevelt Blvd, Ste 402, Garden City, NY 11530;
Cullen Schafer Capital Mgmt, 645 5th Ave # 1201, New York, NY 10022-5924;
Cultural Affairs, 31 Chambers St, Ste 201, New York, NY 10007;
Cum Laude Group Inc, 15 Home St # 2, White Plains, NY 10606-2348;
Cumberland Diagnostic, 100 N Portland Ave, Brooklyn, NY 11205-2005;
Cumberland Packing Corp., 2 Cumberland St, Brooklyn, NY 11205;
Cummins, 890 Zerega Ave, Bronx, NY 10473;

Cung Queens College, 6530 Kissena Blvd, Flushing, NY 11367;
Cuny, 205 E 42nd St, Fl 10, New York, NY 10017;
Curam Contracting LLC, 147 W 35th St # 211, New York, NY 10001-2110;
Cureatr, 17 W 20th St # 3, New York, NY 10011-3702;
Curtis Brown Ltd, 228 E 45th St # 3, New York, NY 10017-3303;
Curtis Instruments, Inc., 200 Kisco Ave, Mount Kisco, NY 10549;
Curtis Mallet-Prevost Colt And Mosle, 101 Park Ave, Fl 35, New York, NY 10168;
Curtis Vasile Law Offices Pc, 2174 Hewlett Ave # 201, Merrick, NY 11566-3620;
Curtis, Mallet-Prevost, Colt, 101 Park Ave, Fl 34, New York, NY 10168;
Cushman & Wakefield, 118-35 Queens Blvd 14th Fl, Forest Hills, NY 11375;
Custom Exterior Systems, Inc, 12 Orange Tpke, Sloatsburg, NY 10974;
Cut & Run, 599 Broadway # 12, New York, NY 10012-3312;
Cutting Room Films, 45 W 45th St, New York, NY 10036-4608;
Cwa | Spatial Discipline, 600 W 57th St Fl 2, New York, NY 10019-1050;
Cyber Axioma, 19 Rector St, New York, NY 10006-2402;
Cypress Garden, 13966 35th Ave, Flushing, NY 11354-3524;
Cypress Health Care Mgmt., 4 W Red Oak Ln, Ste 201, White Plains, NY 10604;
Cyruli Shanks Hart & Zizmor, 420 Lexington Ave # 2320, New York, NY 10170-2399;
Cyrus Innovation LLC, 902 Broadway # 6, New York, NY 10010-6039;
Cyrus Knits, 525 Fashion Ave # 801, New York, NY 10018-4981;
Cytopath Biopsy Lab Inc, 760 Westchester Ave, Rye Brook, NY 10573-1341;

**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-02182-RPK-RER**
**Albert E. Percy and Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit, as Class**
**Representatives v. D & D Metal Work Inc et al**
**Assigned to: Judge Rachel P. Kovner**
**Referred to: Magistrate Judge Ramon E. Reyes, Jr**

Via US Postal Service

D & D Metal Work Inc, 6217 14th Ave, Brooklyn, NY 11219-5338;
D & F Development Group, 100 Schoolhouse Road,, Levittown, NY 11756;
D & J Concrete Corp, 5 Schuman Rd # 1, Millwood, NY 10546-1136;
D & S Restoration Inc, 20 California Ave, Paterson, NJ 07503-2503;
D & W Central Station, 4818 Van Dam St # 2a, Long Island City, NY 11101-3108;
D A Collins Construction Co., Inc, 269 Ballard Rd Wilton, NY 12831;
D And D Elevator Maintenance, Inc., 38 Hayes St, Elmsford, NY 10523;
D Exposito & Partners, 875 Avenue Of The Americas #25, New York, NY 10001-3585;
D Glimmers D, 36 W 37th St # 401, New York, NY 10018-7440;
D H Griffin Construction Co, 132 E 43rd St, New York, NY 10017-4019;
D R Management Svc Inc, 6010 Bay Pkwy # 601, Brooklyn, NY 11204-6080;
D Reis Furniture Mfg Corp, 327 Sagamore Ave # 3, Mineola, NY 11501-1945;
D Rosen Co Inc, 350 Meserole St, Brooklyn, NY 11206-1733;
D S Wolf Group, 100 Park Ave # 1600, New York, NY 10017-5538;
D.R.E. Drywall Corp, 4206 Snyder Ave Brooklyn, NY 11203;
Dab-O-Matic Corp., 896 S Columbus Ave, Mount Vernon, NY 10550;
Daedalus Technology Group Inc, 130 W 25th St # 900, New York, NY 10001-7472;
Dagher Engineering, 29 Broadway, New York, NY 10006-3201;
Dagny Enterprises LLC, 200 East End Ave Apt. 12e, New York, NY 10128;
Dai & Assoc, 1500 Broadway # 2200, New York, NY 10036-4052;
Daikin Applied, 43-24 21st St,Long Island City,NY,11101;
Dallas County Comm Clg / Eastfield Clg, 1000 Northern Blvd, Roslyn, NY 11576;
Dal-Tile Corporation, 5840 55th Dr, Maspeth, NY 11378;
Dalton Greiner Hartman Maher And Co LLC, 565 5th Ave, Rm 2101, New York, NY 10017;
Damato Lynch, 225 Liberty St # 29, New York, NY 10281-1049;
Damcosoft Inc, 112 W 34th St # 18, New York, NY 10120-0001;
Damian Family Care Ctr, 13750 Jamaica Ave, Jamaica, NY 11435-3610;

Dan Endara, Po Box 7021, New York, NY 10116-7021;

Dan Klores Assoc Inc, 261 5th Ave # 2, New York, NY 10016-7601;

Dana Farber Cancer Institute, 310 E 67th St, New York, NY 10065-6275;

Danadams, Usa, 140 Benchley Pl, Apt 4c, Bronx, NY 10475;

Danbro Distributors, 3700 S 26th St, Philadelphia, Pa 19145-5207;

Daniel Gale Real Estate Inc, 364 Plandome Rd, Manhasset, NY 11030;

Dannell Maguire, 106 E 85th St # 6n, New York, NY 10028-0982;

Dannon Company, 100 Hillside Ave, Fl 3, White Plains, NY 10603;

D'annunzio & Sons Inc, 3730 Park Ave, Clark, NJ 07080-1142;

Danny And Nicole, 49 W 37th St, Fl 10, New York, NY 10018;

Dantona Industries, 3051 Burns Ave, Wantagh, NY 11793-3203;

Dap, 155 Avenue Of The Americas # 2, New York, NY 10013-1512;

D'arcambal Ousley-Cuyler Burk, 40 Fulton St # 1005, New York, NY 10038-5089;

Darcon Construction Corp, 360 Meacham Ave, Elmont, NY 11003-3220;

Darger Errante Yavitz-Blau Llp, 116 E 27th St # 12, New York, NY 10016-8942;

Dasilva Architects P C, 104 W 29th St # 10, New York, NY 10001-5310;

Data Art, 475 Park Ave S # 1501, New York, NY 10016-6904;

Data Industries Ltd, 1370 Broadway # 5, New York, NY 10018-7350;

Datacom Technology Group Inc., 350 5th Ave, Fl 59, New York, NY 10118;

Dataforms, 1 E 42nd St, New York, NY 10017-6904;

Dataiku Inc, 902 Broadway # 8, New York, NY 10010-6037;

Datalot Inc, 41 Union Sq W # 625, New York, NY 10003-3231;

Dattner Architects D.P.C., 1385 Broadway Fl 15, New York, NY 10018-6015;

Daughters Of Jacob, 2282 Atlantic Ave, Brooklyn, NY 11233;

Dave Heiner Associates, 3799 Route 46, Parsippany, NJ 07054-1055;

Dave Restoration, 8730 116th St, Jamaica, NY 11418-2426;

Davellino Cons. Inc., 62 Court St, Freehold, NJ 07728-1710;

David Abram Law Offices, 305 Broadway # 601, New York, NY 10007-1189;

David Chipperfield Architects, 1 Surrey Street, London, London, Uk Wc2r 2nd;

David Geller Assoc, 110 W 40th St # 1604, New York, NY 10018-8513;

David H Koch Theater, 20 Lincoln Center Plz # 2, New York, NY 10023-6988;

David I Pankin Pc, 49 W 37th St # 7, New York, NY 10018-0182;

David Kleinberg Design Assoc, 330 E 59th St # 5, New York, NY 10022-1537;

David Kucera Inc, 39 Steves Ln, Gardiner, NY 12525-5322;

David L Ferstendig Law Offices, 280 Madison Ave # 300, New York, NY 10016-0810;

David Monn LLC, 135 W 27th St # 2, New York, NY 10001-6226;

David Rosen Bakery Supply, 5921 Queens Midtown Expy, Maspeth, NY 11378;

David Shuldiner Inc, 35 Irving Ave, Brooklyn, NY 11237-2387;

David V Farrell Co, 228 Harrison Ave, Mineola, NY 11501-3906;

David Webb, 942 Madison Ave, New York, NY 10021-2606;

David Werner Real Estate Investment, 780 3rd Ave Fl 25, New York, NY 10017-2024;

David York Agency Ltd, 1416 Avenue M # 301, Brooklyn, NY 11230-5275;

Davidson Dawson & Clark Llp, 60 E 42nd St # 38, New York, NY 10165-3802;

Davidson Kempner Capital Management Lp, 65 E 55th St, Fl 19, New York, NY 10022;

Davidson Pipe Company Inc., 5002 2nd Ave, Brooklyn, NY 11232;

Davie's Ward Phillips Vineberg, 900 3rd Ave # 24, New York, NY 10022-4771;

Davis & Gilbert, 1740 Broadway # 3, New York, NY 10019-4379;

Davis Brody Bond Llp, 1 New York Plz # 4200, New York, NY 10004-1958;

Davis Polk And Wardwell Llp, 450 Lexington Ave, Fl 10, New York, NY 10017;

Davis Wright Tremaine, 1251 Avenue Of The Americas, Fl 21, New York, NY 10020;

Day Elevator & Lift, 50 Hempstead Gardens Dr, West Hempstead, NY 11552-2642;

Daybreak Independent Services, 4234 Vireo Ave, Bronx, NY 10470;

Dayton Industries Inc, 1350 Garrison Ave, Bronx, NY 10474;

Dbi Construction Consultants, 1261 Broadway # 9, New York, NY 10001-3525;

Dca Construction Ltd, 64 Glegerich Ave Staten Island, NY 10307;

Dcbe Inc, 2 Elm St, Ardsley, NY 10502-2137;

Ddb Worldwide Partners Inc., 437 Madison Ave, Bsmt 2, New York, NY 10022;

Ddc Ac/Ex Air, 375 North St Ste S,Teterboro,NJ,07608;
Ddk & Co, 50 Jericho Quadrangle # 220, Jericho, NY 11753-2726;
Dds Mechanical Corp., 4142 Ditmars Blvd Astoria, NY 11105;
Dds, 2010 126th St, College Point, NY 11356;
De Nardis Engineering, LLC, 239 Central Avenue Suite 200, White Plains, NY 10606;
De Simone Consulting, 140 Broadway # 25, New York, NY 10005-1142;
Dealertrack Holdings , Inc., 1111 Marcus Ave, Ste M04, New Hyde Park, NY 11042;
Dealogic LLC, 1345 Avenue Of The America #49, New York, NY 10105-0030;
Dean Energy Solutions Cor, 1332 Clinton Street,Hoboken,NJ,07030;
Deangelo Brothers, Inc., 100 North Conahan Drive, Hazelton, Pa 18201;
Debevoise And Plimpton Llp, 919 3rd Ave, Lbby 2, New York, NY 10022;
Deboe Construction Corp., 325 Westbury Ave, Carle Place, NY 11514-1606;
Deborah A. Nilson And Assoc PLLC, 10 E 40th St, Rm 3310, New York, NY 10016;
Deborah Berke & Partners, 220 5th Ave # 7, New York, NY 10001-7708;
Deborah Bradley Construction & Management Service, 481 Manhattan Ave, New York, NY 10027-5237;
Dechert Llp, 1095 Avenue Of The Americas, Fl 27, New York, NY 10036;
Deco Associates, 1997 Route 17m, Ste 10, Goshen, NY 10924;
Decristofaro Law, 260 W 26th St # 7q, New York, NY 10001-0134;
Deep Clean Maid Svc, 877 Grand St, Brooklyn, NY 11211-5001;
Deer Head Chemical Industries, 348 W 14th St # 2, New York, NY 10014-5069;
Deerfield Management, 780 Third Avenue, New York, NY 10017;
Defender Security Svc Inc, 11011 72nd Ave # 1f, Forest Hills, NY 11375-4911;
Defoe Corporation, 800 S Columbus Ave, Mount Vernon, NY 10550-5019;
Deg Construction, 382 Ardsley Rd, Scarsdale, NY 10583-2435;
Deheng Chen, 233 Broadway # 2200, New York, NY 10279-2202;
Dejana Industries, 165 Cantiague Rock Rd, Westbury, NY 11590;
Dekalb Senior Residence, 1251 Dekalb Ave, Brooklyn, NY 11221-3264;
Delaney Associates Lp, 12508 26th Ave, Flushing, NY 11354-1110;
Delaney Books Inc, 212 Michael Dr, Syosset, NY 11791-5379;
Delbello Donnellan-Weingarten, 1 N Lexington Ave # 1102, White Plains, NY 10601-1742;
Delcopainting Corp, 257 Ilyssa Way, Staten Island, NY 10312-1383;
Delivery.Com, 4609 28th Ave, Astoria, NY 11103-1114;
Dell & Dean PLLC, 1225 Franklin Ave # 450, Garden City, NY 11530-1693;
Della Femina, 902 Broadway # 15, New York, NY 10010-6031;
Dell-Tech Enterprise Inc, 1 Pinnacle Ct, Huntington Station, NY 11746-5445;
Delmar International, 1 Cross Island Plz, Ste 227, Rosedale, NY 11422;
Delmar Of NY, 228 Delaware Ave Delmar, NY 12054;
Deloitte Llp, 30 Rockefeller Plz, Fl 34, New York, NY 10112;
Delphi Plumbing & Heating Inc, 1602 W 6th St, Brooklyn, NY 11223-1320;
Delric Construction Co Inc, 845 Belmont Ave, North Haledon, NJ 07508-2358;
Delta Contractors Inc, 1306 E 14th St, Brooklyn, NY 11230-5912;
Delta Enterprise Corp, 114 W 26th St # 11, New York, NY 10001-6812;
Delta Sheet Metal Corp, 3915 Skillman Ave, Sunnyside, NY 11104-4207;
Delta Signs & Flags Corp, 6524 Myrtle Ave, Glendale, NY 11385-6250;
Delta Testing Inc, 23 S Macquesten Pkwy, Mt Vernon, NY 10550-1703;
Delta, 29 Moore St, Apt 22g, Brooklyn, NY 11206;
Deltek, 2291 Wood Oak Dr, Herndon, Va 20171-6006;
Delux Transportation Services, 62 Main St, # B, Prt Washingtn, NY 11050;
Deluxe Post Production, 218 W 18th St # 12, New York, NY 10011-4544;
Demar Plumbing Corp, 147 Attorney St, New York, NY 10002-1812;
Dematteis Construction Corp, 820 Elmont Rd, Elmont, NY 11003-4026;
Demicco Bros Inc., 16 Webster Ave, New Rochelle, NY 10801-6912;
Democracy Builders, 207 W 133rd St, New York, NY 10030-3201;
Denal Construction Corp, 65 W 55th St # 4d, New York, NY 10019-4951;
Dencityworks Architecture, 55 Washington St Suite 713, Brooklyn, NY 11201;
Denihan Construction Co LLC, 500 W 37th St # 6, New York, NY 10018-1118;
Deno's Wonder Wheel, 3059 W 12th St, Brooklyn, NY 11224-2802;

Dentons Us Llp, 1221 Avenue Of The Americas, Fl C1, New York, NY 10020;
Dentsu America, Inc., 32 Avenue Of The Americas, Bldg 1, New York, NY 10013;
Denville Line Pating, Inc, 2 Green Pond Rd Rockaway, NJ 07866;
Department Head & Neck Surgery, 10 Union Sq E # 4j, New York, NY 10003-3314;
Department Of Citywide Administrative Services, 1 Centre St Rm 2053s, New York, NY 10007-1602;
Department Of Educatiion, 8315 Glenwood Rd, Brooklyn, NY 11236;
Department Of Environmental Protection, 5917 Junction Blvd, Ste 1, Flushing, NY 11373;
Department Of Family Medicine, 3544 Jerome Ave # B, Bronx, NY 10467-1005;
Department Of Gastroenterology, 1275 York Ave, New York, NY 10065-6007;
Department Of Occupational Res, 50 Clinton St, Ste 400, Hempstead, NY 11550;
Department Of Veterans Affairs, 6150 Oak Tree Blvd, Suite 300, Independence, Oh 44131;
Departure Films, 240 W 37th St # 501, New York, NY 10018-5787;
Dependable Transport-Messenger, 410 8th Ave # 3, New York, NY 10001-1831;
Dependable Windows Co Inc, 409 N Main St, Freeport, NY 11520-1250;
Dept-Pub Safety County Police, 1 Saw Mill River Pkwy, Hawthorne, NY 10532-1027;
Derek T Smith Law Group Pc, 1 Penn Plz # 4905, New York, NY 10119-0038;
Derive Technologies LLC, 40 Wall St # 20, New York, NY 10005-1374;
Dermatologic Associates Of NY, 530 1st Ave # 7r, New York, NY 10016-6402;
Design & Urbanism Architectura, 2 W 67th St, New York, NY 10023-6241;
Design Construction Division Inc, 19 Livermore Ave, Staten Island, NY 10302-2535;
Design Etc Inc, Po Box 540, Poughquag, NY 12570-0540;
Design Expressions, 389 Atlantic Ave, Oceanside, NY 11572-2728;
Design Strategy Corp, 805 3rd Ave # 1100, New York, NY 10022-7566;
Designs Vatche, 6 E 45th St # 1206, New York, NY 10017-2439;
Desimone Consulting Engineers, 140 Broadway, 25th Floor,, New York, NY 10005;
Desman Associates, 3 W 35th St # 3, New York, NY 10001-2237;
Deutsch Family Wine And Spirits, 709 Westchester Ave, Ste 300, White Plains, NY 10604;
Deutsche Bank, 60 Wall St, Bsmt, New York, NY 10005;
Development Counselors Intl, 215 Park Ave S # 1403, New York, NY 10003-1628;
Devere Usa Inc., 767 3rd Ave, Rm 6a, New York, NY 10017;
Devito Verdi, 330 Hudson St # 16, New York, NY 10013-1046;
Devries Public Relations, Ltd., 30 E 60th St, Ste 1000, New York, NY 10022;
Dewberry & Goodkind Inc, 15 E 26th St, 7th Floor, New York, NY 10010-1523;
Dewey Pegno & Kramarsky Llp, 777 3rd Ave # 37a, New York, NY 10017-1419;
Dewitt Stern Group, Inc., 420 Lexington Ave, Rm 2700, New York, NY 10170;
Dexter House, 345 W 86th St, New York, NY 10024-3113;
Dexterity Inc, 165 E 87th St # 3re, New York, NY 10128-2719;
Dfta, 3404 24th St, Apt 1c, Astoria, NY 11106;
Dgcc, 202 28th St Brooklyn, NY 11232;
Dgital Media, 232 Madison Ave # 1300, New York, NY 10016-2922;
Dgj Contracting, 42-20 24th Street Suite 20g Long Island City, NY 11101;
Dh Property Holdings LLC, 392 Felter Avenue, Hewlett, NY 11557;
Dhi Group, Inc., 1450 Broadway, Fl 29, New York, NY 10018;
Dhs Ice, 201 Varick St, Rm 1127, New York, NY 10014;
Di Giovanna Family Care Ctr, 1061 N Broadway # 2, Massapequa, NY 11758-1853;
Di Salvo Contracting Co Inc, 4214 3rd Ave, Brooklyn, NY 11232-3602;
Dia General Construction Inc, 1360 Clifton Ave, Suite 218 Clifton, NJ 07012;
Diabetes & Endocrine Ctr, 755 N Broadway # 400, Sleepy Hollow, NY 10591-1076;
Diageo, 16 Pell Pl, New Rochelle, NY 10804;
Diagnostic Holter Monitoring, 2270 Kimball St, Brooklyn, NY 11234-5139;
Dialoguedirect Inc, 3 E 28th St, New York, NY 10016-7408;
Dialysis, 170 William St, New York, NY 10038-2612;
Dialyze Direct Ct LLC, 1575 50th St, Brooklyn, NY 11219-3769;
Diamond Personnel, 252 W 37th St # 1202, New York, NY 10018-6680;
Diamond Properties, 333 N Bedford Rd, Ste 145, Mount Kisco, NY 10549;
Diamond Schmitt Architecture, 1776 Broadway Ste 2200, New York, NY 10019-2002;
Diana Naturals, 707 Executive Blvd, Ste E, Vly Cottage, NY 10989;

Diaspora Community, 921 E New York Ave, Brooklyn, NY 11203-1393;
Diaz Electric Of New York Inc., 247 Prospect Ave,Brooklyn,NY;
Dick Young Productions Ltd, 118 Riverside Dr # 9a, New York, NY 10024-3708;
Diehl And Sons Inc, 12901 Atlantic Ave, Richmond Hill, NY 11418;
Die-Matic Products Inc, 130 Express St, Plainview, NY 11803-2477;
Dierks Heating Incorporated, 43-32 33rd Street Long Island City, NY 11106;
Dietwatch, 205 Lexington Ave, New York, NY 10016-6022;
Difama Concrete Inc, 131 Imlay St # 1, Brooklyn, NY 11231-1369;
Difama Concrete Inc, 131 Imlay St, Ste 2, Brooklyn, NY 11231;
Difazio Industries Inc, 480 84th St Brooklyn, NY 11209;
Dig Ennaro Communications, 18 W 21st St # 6, New York, NY 10010-6925;
Digestive Disease-Nutri Ctr, 2 Westchester Park Dr # L-1, White Plains, NY 10604-3432;
Digiscribe, 150 Clearbrook Rd # 125, Elmsford, NY 10523-1147;
Digital Currency Group, 250 Park Ave S # 5, New York, NY 10003-1402;
Digital First Media, LLC, 5 Hanover Sq, Fl 25, New York, NY 10004;
Digital Force Ltd, 248 W 35th St # 1400, New York, NY 10001-2505;
Digital Matrix Corporation, 92 Madison Ave, Hempstead, NY 11550;
Digital Ocean, Inc., 101 Avenue Of The Americas, Fl 10, New York, NY 10013;
Digital Pulp Inc, 220 E 23rd St # 900, New York, NY 10010-4647;
Digitas, Inc., 345 Hudson St, Rm 1600, New York, NY 10014;
Digitask Consultants Inc, 225 Broadway # 2605, New York, NY 10007-3092;
Digizuite Usa, 115 W 18th St, New York, NY 10011-4113;
Diller & Scofidio, 601 W 26th St # 1815, New York, NY 10001-1152;
Dimaio Millwork Corp, 12 Bright Pl, Yonkers, NY 10705-1342;
Dimensional Stone-Tile Designs, 521 Waverly Ave, Mamaroneck, NY 10543-2235;
Dionics Inc, 65 Rushmore St, Westbury, NY 11590;
Direct Agents, 740 Broadway # 701, New York, NY 10003-9574;
Directors Chair, 603 Greenwich St # 2, New York, NY 10014-7073;
Discover General Contracting, 506 S 9th Ave, Mt Vernon, NY 10550-4319;
Disney, 47 W 66th St, New York, NY 10023-6201;
Divatex Home Fashions Inc, 261 5th Ave # 501, New York, NY 10016-0036;
Diversified Heat Transfer Inc, 6937 76th St, Middle Village, NY 11379-2828;
Diversified Processors Inc, Po Box 887, Westbury, NY 11590-0887;
Dj's Unlimited Productions, 130 Jericho Tpke, Floral Park, NY 11001-2000;
Dkms Americas, 100 Broadway, Fl 6, New York, NY 10005;
Dla Piper Llp (Us), 1251 Avenue Of The Americas, Ste C2-75, New York, NY 10020;
Dlandstudio, 137 Clinton St, Brooklyn, NY 11201-4616;
Dls Inc, 401 Broadway # 510, New York, NY 10013-3030;
Dmar.Remodeling.LLC Sashmasters Nyc, 77 Vermilyea Ave Apt B53, New York, NY 10034-4419;
D-Mark Construction Corp, 471 Port Richmond Ave, Staten Island, NY 10302-1717;
Dmd Contracting, 1 Geoffrey Way, Wayne, NJ 07470-2035;
Dms & Assoc, 121 W 27th St # 1001, New York, NY 10001-6261;
Dnk, 261 Norman Ave, Brooklyn, NY 11222-3634;
Dnp Builders LLC, 133 W 25th St # 6, New York, NY 10001-7285;
Do Rite Mechanical Corp., 9714 3rd Avenue Brooklyn, NY 11209;
Do Something Inc, 19 W 21st St # 8, New York, NY 10010-6853;
Doar Rieck Kaley & Mack, 217 Broadway # 707, New York, NY 10007-2911;
Dobco Inc, 1 Geoffrey Way, Wayne, NJ 07470-2035;
Dobrish Michaels Gross Llp, 757 3rd Ave # 1500, New York, NY 10017-2054;
Docs Physicians, 202 W 23rd St, New York, NY 10011-2301;
Docs, 55 E 34th St # 7, New York, NY 10016-4337;
Doctors Clinics, 440 White Plains Rd, Eastchester, NY 10709-2827;
Doctor's Immediate Care Ctr, 4900 Hempstead Tpke, Farmingdale, NY 11735-2028;
Doctors Without Borders, 40 Rector St, Fl 16, New York, NY 10006;
Documentary Group, 114 W 26th St # 7, New York, NY 10001-6812;
Documentary Reprodctn Svc, 210 W 18th St, New York, NY 10011-4501;
Doddi Information Tech Inc, 24 Picture Ln, Hicksville, NY 11801-6425;

Dodger Properties, 311 W 43rd St, Ste 602, New York, NY 10036;
Doe Fund Inc, 232 E 84th St, New York, NY 10028-2915;
Doghouse, 524 W 59th St, New York, NY 10019-1007;
Doh & Mental Hygiene Gotham Center, 4209 28th St, Long Island City, NY 11101-4130;
Dolce Arrowwood, 975 Anderson Hill Rd, Rye Brook, NY 10573;
Dollar Airport Parking, 2261 94th St, East Elmhurst, NY 11369-1105;
Dolphin Construction Corp, 5 Westchester Plz Ste 137,Elmsford,NY,10523;
Dom & Tom, 2 Wall St # 4, New York, NY 10005-2016;
Doma Inc, 1845 Highland Ave, New Hyde Park, NY 11040-4049;
Domain Companies, 11 Park Pl Rm 1705, New York, NY 10007-2813;
Dometic, 42 E Broadway, New York, NY 10002;
Dominican College, 470 Western Hwy, Orangeburg, NY 10962;
Dominican Sisters Of Hope, 299 N Highland Ave, Ossining, NY 10562;
Dominion Products Inc, 882 3rd Ave # 7, Brooklyn, NY 11232-1902;
Domino A LLC/Domino B LLC, 45 Main St 12th Fl, Brooklyn, NY 11201-1000;
Domovoy LLC, 192 Moreland St, Staten Island, NY 10306-5147;
Don Buchwald & Assoc Inc, 10 E 44th St # 1, New York, NY 10017-3654;
Don Joe Auto Body, 247 E Shore Rd, Great Neck, NY 11023-2420;
Donald Marck Mcgeachy Inc, 957 Park Ave,New York,NY,10028;
Donald W Brown Home Imprvmt, 402 Warburton Ave, Hastings On Hdsn, NY 10706-2869;
Donjon Marine Co Inc, 2170 River Road Coeymans, NY 12045;
Donjon Recycling, 2453 Arthur Kill Rd, Staten Island, NY 10309;
Donnelly Mechanical Corp, 9659 222nd St # 2, Jamaica, NY 11429-1343;
D'onofrio General Contractors Corp., 202 28th St, Brooklyn, NY 11232-1604;
Donovan Hatem Llp, 112 W 34th St # 18, New York, NY 10120-0001;
Dooley Electric, 4554 37th St # 1, Long Island City, NY 11101-1802;
Door 3, 22 Cortlandt St # 1101, New York, NY 10007-3134;
Door Automation Corp, 1800 Access Road,Oceanside,NY,11572;
Dore Partnership, 461 5th Ave, Fl 21, New York, NY 10017;
Doremus And Company, 200 Varick St, Fl 2, New York, NY 10014;
Dorfey & Whitney, 51 W 52nd St # 9, New York, NY 10019-7734;
Dorian Drake Intl Inc, 2 Westchester Park Dr # 400, West Harrison, NY 10604-3432;
Dorion Norton Electrical, 116-52 252 St Jamaica, NY 11411;
Doshi Diagnostic Imaging, 2475 Ralph Ave, Brooklyn, NY 11234-5521;
Dotdash, 1500 Broadway, Fl 6, New York, NY 10036;
Dotmailer, 333 7th Ave # 1802, New York, NY 10001-5086;
Dotworks, 30 Harbor Park Dr, Port Washington, NY 11050-4602;
Double D Contractors, 45 Woodbury Rd, Hicksville, NY 11801-3041;
Double U Real Estate, 56 North 9th Street #3g, Brooklyn, NY 11249;
Doubleclick Inc., 111 8th Ave, Fl 10, New York, NY 10011;
Dougherty Ryan Giuffra Zambito, 250 Park Ave # 7, New York, NY 10177-0799;
Douglas Elliman Captl Impvment Corp., 71 Forest Ave, Locust Valley, NY 11560;
Douglaston Development, 7 Penn Plaza Suite 600, New York, NY 10001;
Dow Jones And Company, Inc., 1211 Avenue Of The Americas, Lowr C32, New York, NY 10036;
Dow Petroleum, 1878 Hempstead Tpke, East Meadow, NY 11554-1712;
Downing & Peck Pc, 17 Battery Pl # 709, New York, NY 10004-1124;
Downstate Medical Center, 450 Clarkson Ave, Brooklyn, NY 11203;
Downtown Design Partnership, 7 Hanover Sq # 18, New York, NY 10004-4027;
Downtown Express, 515 Canal St # 1, New York, NY 10013-1330;
Downtown Medical Assoc, 170 William St # 7, New York, NY 10038-2612;
Downtown Music Publishing, 155 Avenue Of The Americas #15, New York, NY 10013-1514;
Downtown United Soccer Club, 332 Bleecker St, New York, NY 10014-2980;
Downtown Women, 568 Broadway, Rm 304, New York, NY 10012;
Doyle Baldante Inc, 535 Broad Holla Rd Melville, NY 11741;
Dqp Digital Quick Print, 1513 Jericho Tpke, New Hyde Park, NY 11040-4712;
Dr Aaron David & Dr Larissa, 980 N Broadway, Massapequa, NY 11758-2355;
Dr Betty Shabazz Health, 999 Blake Ave, Brooklyn, NY 11208-3535;

Dr Briones Med Weight Loss Ctr, 344 E Main St # 303, Mt Kisco, NY 10549-3036;
Dr Howard Goldin, 535 E 75th St, New York, NY 10021;
Dr Penny Dodson, 808 Columbus Ave, Apt 25c, New York, NY 10025;
Dr Pichardo Pediatric Ctr, 1623 Weirfield St, Ridgewood, NY 11385-5349;
Dr Robinson M. D., 20102 Linden Blvd, Saint Albans, NY 11412;
Draftfcb, 100 W 33rd St, New York, NY 10001-2900;
Dragados, 810 7th Ave # 9, New York, NY 10019-9003;
Dragon Search, 12 W 23rd St # 3, New York, NY 10010-5206;
Dragonetti Brothers Landscaping, 129 Louisiana Ave Brooklyn, NY 11207;
Drain Kleen Sewer Svc Inc, 2290 2nd Ave, New York, NY 10035-4811;
Dramatists Play Svc Inc, 440 Park Ave S # 11r, New York, NY 10016-8050;
Draper Associates Inc, Po Box 393, New York, NY 10014-0393;
Drchrono.Com Inc, 30 E 23rd St # 5, New York, NY 10010-4442;
Dreamgo Liu Xue Zhong Jie Mei, 450 7th Venue, New York, NY 10123;
Dreamland Construction, 169 Minna St, Brooklyn, NY 11218-2014;
Dreamville Remodeling, 231 2nd Ave, New York, NY 10003-2710;
Drexel Estimating, Po Box 2163, New York, NY 10163-2163;
Drexel Hamilton Infrastructure, 77 Water St # 201, New York, NY 10005-4420;
Dri Mark Products Inc, 999 S Oyster Bay Rd # 312, Bethpage, NY 11714-1042;
Drillco National Group, 2432 44th St, Long Island City, NY 11103-2002;
Drive In Hotel Corp, 75 Macombs Pl, New York, NY 10039-1820;
Drive Medical Design And Manufacturing, 99 Seaview Blvd, Ste 210, Prt Washingtn, NY 11050;
Driver Media, 115 W 27th St # 1201, New York, NY 10001-6270;
Droit Financial Tech LLC, 75 Murray St, New York, NY 10007-2294;
Drsa Technology Inc?, 353 West 48th St New York, NY 10036;
Drug Policy Alliance, 131 W 33rd St, Fl 15, New York, NY 10001;
Drury Design Dynamics, 275 7th Ave # 20, New York, NY 10001-6708;
Dry Harbor Nursing Home, 6135 Dry Harbor Rd, Middle Vlg, NY 11379;
Dsl Commercial Construction Inc., 133 Evelyn Rd Mineola, NY 11501;
Dsm Design Group, 15813 72nd Ave Ste 2d, Flushing, NY 11365-4138;
Dtcc, 55 Water St, Fl 22, New York, NY 10041;
Dti, 64 W 48th St, Fl 6, New York, NY 10036;
Dtm Elevator Consulting Inc, 12002 14th Rd, College Point, NY 11356-1613;
Du Art Film Laboratory Inc, 245 W 55th St # 2, New York, NY 10019-5285;
Duane Morris Llp, 1540 Broadway, Fl 12, New York, NY 10036;
Duc Duc, 524 Broadway # 206, New York, NY 10012-4408;
Duffy & Duffy PLLC, 1370 Rxr Plz # W, Uniondale, NY 11556-1370;
Dufour Pastry Kitchens, 251 Locust Ave, Bronx, NY 10454-2004;
Duggal Corp Headquarters, 10 W 24th St, New York, NY 10010-3201;
Duggal Visual Solutions, 63 Flushing Ave # 122, Brooklyn, NY 11205-1069;
Duke On 42nd Street Theatre, 229 W 42nd St, New York, NY 10036-7205;
Dunn Development Corp, 316 Douglass St, Brooklyn, NY 11217-3114;
Dunnington Bartholow-Miller, 230 Park Ave # 21, New York, NY 10169-2403;
Dun-Rite Aplnc Repr Inc, 541 Vine Rd, Yorktown Heights, NY 10598-6120;
Dunwell Elevator Maint, 879 Grand St, Brooklyn, NY 11211-5001;
Durafford Construction, 8508 Astoria Blvd # 2f, East Elmhurst, NY 11370-1656;
Durkin & Durkin, 80 Broad St # 5, New York, NY 10004-2257;
Durr Mechanical Construction, 80 8th Ave # 17, New York, NY 10011-7153;
Durst Organization, 1 Bryant Park, Fl 49, New York, NY 10036;
Duval & Stachenfeld Llp, 300 E 42nd St # 3, New York, NY 10017-5972;
Dvl Consulting Engineers, Inc., 375 Main St, Hackensack, NJ 07601-5882;
Dweck Law Firm, 10 Rockefeller Plz # 1015, New York, NY 10020-1903;
Dwell Magazine, 8 W 36th St # 5, New York, NY 10018-9776;
Dxa Studio, 707 Washington St, New York, NY 10014-2318;
Dy Consultants Inc, 40 Wall St # 500, New York, NY 10005-1488;
Dy, 24 Vestry St, New York, NY 10013;
Dylan Hotel, 52 E 41st St, New York, NY 10017-6211;

Dyna Tabs LLC, 1600 Ocean Pkwy # 1f, Brooklyn, NY 11230-7037;
Dyna-Empire Inc, 1075 Stewart Ave, Garden City, NY 11530-4871;
Dynamic Construction Company, 1149 E 34th St,2nd Floor,Brooklyn,NY,11210;
Dynamic Mechanical Contractors Inc, 2900 Westchester Ave Suite 207 Purchase, NY 10577;
Dynamic Services Intl, 57 W 38th St # 1200, New York, NY 10018-1463;
Dynamic Sports Construction, 301 Sonny Dr Leander, Tx 78641;
Dynamo Electrical Corp, 149-88 255th Street,Rosendale,NY,11422;
E & A Restoration, 40 Willis Ave Ste 200, Syosset, NY 11791-3703;
E & A Supply Corporation, 22 Southern Blvd, Nesconset, NY 11767-1086;
E & J Electric Installation Co, 21 Warren Pl Mount Vernon, NY 10550;
E & T Plastic Mfg Co Inc, 4545 37th St, Long Island City, NY 11101-1801;
E 135 And 3rd Ave Owner, LLC, 2447 Third Avenue, Bronx, NY 10451;
E A I Inc, 435 Mercer St, Jersey City, NJ 07302-3119;
E And B Giftware LLC, 4 Executive Plz, Ste 114, Yonkers, NY 10701;
E Cook Industries, 59 New York Ave # 1, Westbury, NY 11590-4934;
E Daskal Corp, 260 Old Route 17, P O Box 855 Hillburn, NY 10931;
E Electrial Contracting LLC, 10 Railroad Ave E Northport, NY 11731;
E G Food Inc, 5600 1st Ave # 4nb, Brooklyn, NY 11220-2550;
E J Electric Installation Company, 46-41 Vernon Blvd, Long Island City, NY 11101-5308;
E Marketer Inc, 11 Times Sq # 14, New York, NY 10036-6608;
E P Engineering, 110 William St # 3202, New York, NY 10038-3913;
E S Renovations & Construction, 359 W 11th St, New York, NY 10014-2397;
E W Howell Co Inc, 245 Newtown Rd # 600, Plainview, NY 11803-4317;
E Willw Epc, 333 W 39th St # 201, New York, NY 10018-1767;
Eac Inc, 50 Clinton St # 107, Hempstead, NY 11550-4201;
Eac, 50 Clinton St, Ste 107, Hempstead, NY 11550;
Eagle 1 Mechanical, 62-43 30th Ave, Woodside, NY 11377-1229;
Eagle Instruments Inc, 35 Grove St, Port Chester, NY 10573-4501;
Ear Nose Throat Allergy Assoc, 75 S Broadway # 300, White Plains, NY 10601-4413;
Early Intervention Ctr & Pre, 450 W 56th St, New York, NY 10019-3656;
Earnst & Young, 77 Water St # 9, New York, NY 10005-4414;
Earth Construction Corp, 21308 99th Ave, Queens Village, NY 11429-1173;
Earth Smart Environmental, 232 S Dillard St,Winter Garden,Fl,34787;
Earthworm Equipment Co, 6 Skyline Dr, Hawthorne, NY 10532-2165;
Easco Boiler Corp, 1175 Leggett Ave, Bronx, NY 10474-6294;
East 34th St Heliport-6n5, 499 E 34th St, New York, NY 10016-4972;
East Coast Interiors, 112 Wallabout St Brooklyn, NY 11211;
East End Gr., 31 Old Dock Rd, Yaphank, NY 11980-9702;
East Harlem Council For Human Serv. Inc., 2265 3rd Ave,, New York, NY 10035;
East Harlem Employment Svc Inc, 205 E 122nd St # 302, New York, NY 10035-2124;
East Meadow Family Practice, 2840 Jerusalem Ave, Wantagh, NY 11793-2017;
East Meadow School District, 718 The Plain Rd, Ste 1, Westbury, NY 11590;
East New York Svc Corp, 36 Snediker Ave, Brooklyn, NY 11207-2320;
East River Medical Imaging, 519 E 72nd St # 103, New York, NY 10021-4094;
East Tremont Medical Ctr, 930 E Tremont Ave, Bronx, NY 10460-4363;
East West Marketing Group, 404 5th Ave # 3, New York, NY 10018-7510;
East West Systems Inc, 48 Wall St # 5, New York, NY 10005-2911;
East Woods Discovery Camp, 31 Yellow Cote Rd, Oyster Bay, NY 11771-4109;
Eastco Shotcrete, 1211 Kennedy Blvd,Manville,NJ,08835;
Eastern America Trio Prod Inc, 12828 25th Ave, Flushing, NY 11356-2709;
Eastern Excavations Inc, 59 Nepperhan Ave, Elmsford, NY 10523-1800;
Eastern Feather & Down Corp, 1027 Metropolitan Ave, Brooklyn, NY 11211-2710;
Eastern General Contractors, 7135 State Road 52 Ste 110 Hudson, Fl 34667;
Eastern Landscape Contractors, 788 Shrewsbury Ave Ste 2222, Tinton Falls, NJ 07724-3080;
Eastern Mechanical Contracting, 1414 65th St, Brooklyn, NY 11219-5734;
Eastern Plumbing & Mechanical Contracting Inc, 1414 65th St, Brooklyn, NY 11219-5734;
Eastern Sprinkler Supply, 333 Baldwin Rd, Hempstead, NY 11550-7424;

Eastern States Optical Inc, 333 Hempstead Tpke, Elmont, NY 11003-1591;
Eastern Steel Corp, 1946 Pitkin Ave, Brooklyn, NY 11207-3399;
Eastman Cooke Assoc LLC, 5 Hanover Sq # 1900, New York, NY 10004-2655;
Eastone 26 Ave LLC, 36-26 Main St Suite 3a, Flushing, NY 11354;
Eastside Endoscopy, 380 2nd Ave # 2, New York, NY 10010-5657;
Eastside Medical Assoc, 111 E 88th St # 1a, New York, NY 10128-1111;
Eastsport Inc., 131 W 33rd St, Fl 14, New York, NY 10001;
Easy2comply, 14 Wall St # 20, New York, NY 10005-2123;
Ebm Publications, 825 Old Country Rd, Westbury, NY 11590-5589;
Ebo Nexus Inc, 27 Cliff St, New York, NY 10038-2835;
Ebrandz Inc, 171 Madison Ave # 1006, New York, NY 10016-5110;
Eby Electro Inc, 210 Express St, Plainview, NY 11803-2423;
Ec Metalizing, Inc, 13 Rushmore Street Westbury, NY 11590;
Ecco Iii Enterprises Inc, 201 Saw Mill River Rd # B1, Yonkers, NY 10701-5711;
Echo Park Pool Complex, 399 Nassau Blvd, West Hempstead, NY 11552-2855;
Echostar Construction Inc, 5518 39th Ave, Woodside, NY 11377-2415;
Eci Building Corp, 637 Meacham Ave, Elmont, NY 11003-4745;
Eckenfelder Engineering Dba Brown And Caldwell, 1350 Broadway Rm 2000, New York, NY 10018-0881;
Eckhaus & Olson Atty, 230 Park Ave # 25, New York, NY 10169-2525;
Eclaro International, Inc., 450 Fashion Ave, Ste 1101, New York, NY 10001;
Eclerx LLC, 286 Madison Ave, Fl 14, New York, NY 10017;
Ecohealth Company Ltd, Po Box 3834,, New York, NY 10008;
Ecological Laboratories, Po Box 369, Island Park, NY 11558-0369;
Ecology Soap LLC, 2824 Steinway St # 142, Astoria, NY 11103-3332;
Ecommerce Partners, 59 Franklin St # 6b, New York, NY 10013-4024;
Ecosecurities Limited, 215 Park Ave S # 1903, New York, NY 10003-1617;
Ecosystem Energy Services, 462 Fashion Ave, Fl 22, New York, NY 10018;
Ecs Global, 55 Washington St # 324, Brooklyn, NY 11201-1070;
Ecuadorian Civic Committee Inc, 9609 Roosevelt Ave # 2, Corona, NY 11368-5371;
Eda Contractors, 600 Center Ave Bensalem, Pa 19020;
Eddytex Inc, 241 W 37th St # 918, New York, NY 10018-6715;
Edelman & Edelman Pc, 61 Broadway # 2220, New York, NY 10006-2702;
Edelsteins Faegenburg-Brown, 26 Broadway # 901, New York, NY 10004-1832;
Eden Ii, 94 Wright Ave, Staten Island, NY 10303-2714;
Edg, 58 W 40th St # 16, New York, NY 10018-2633;
Edge Auto Rental, 460 Kingsland Ave, Brooklyn, NY 11222-1906;
Edge Property Group LLC, 792 Columbus Ave Apt 4m, New York, NY 10025-5116;
Edgeworx Studios LLC, 304 Hudson St # 500, New York, NY 10013-1022;
Edi Construction Inc, 20 E 80th St, New York, NY 10075-0135;
Edison Liquidating LLC, 946 Mcdonald Ave, Brooklyn, NY 11218;
Edison Price Lighting, 4150 22nd St, Long Island City, NY 11101-4815;
Ednet, 41 Merriam Ave, Bronxville, NY 10708-2719;
Edocny, 10 County Center Rd, White Plains, NY 10607-1537;
Edp World Inc, 622 3rd Ave # 3402, New York, NY 10017-6899;
Edson Construction Corp, 3400 Fort Hamilton Pkwy, Brooklyn, NY 11218-2152;
Education Through Music, 122 E 42nd St, Rm 1501, New York, NY 10168;
Educational Alliance Inc, 197 E Broadway, New York, NY 10002;
Edward J Minskoff Equities, 1325 Avenue Of The Americas, New York, NY 10019-6026;
Edward T Minor Co, 6717 4th Ave, Brooklyn, NY 11220-5306;
Edwin Discount Doors & Windows, 421 Bronx Park Ave, Bronx, NY 10460-2463;
Ee Cruz Co Inc, 32 Avenue Of The Americas Fl 13, New York, NY 10013-2473;
Ee International, 625 South St, Garden City, NY 11530;
Eeg Enterprises Inc, 586 Main St, Farmingdale, NY 11735-3546;
Efficient Combustion-Cooling, 563 Broadway, Massapequa, NY 11758-5016;
Eger Healthcare, 140 Meisner Ave, Staten Island, NY 10306;
Egg Electric Inc, 27 West 17 Street, New York, NY 10011;
Egon Zehnder International Inc., 350 Park Ave, Fl 8, New York, NY 10022;

Ehit, 2411 95th St, East Elmhurst, NY 11369;
Ehrenkranz & Ehrenkranz Llp, 375 Park Ave # 2800, New York, NY 10152-0067;
Eia Electric Inc., 3407 37th Ave, Long Island City, NY 11101-2117;
Eic Associates Inc, 140 Mountain Ave Fl 3, Springfield, NJ 07081-1737;
Eidosearch, 52 7th Ave, New York, NY 10011-6607;
Eidosmedia Inc, 14 Wall St # 1602, New York, NY 10005-2135;
Eiges & Orgel PLLC, 233 Broadway # 2205, New York, NY 10279-2300;
Eihab Human Svc, 3021 Atlantic Ave, Brooklyn, NY 11208-1108;
Eikos Partners LLC, 12 E 49th St # 11, New York, NY 10017-1012;
Eileen Fisher Inc, 2 Bridge St, Ste 230, Irvington, NY 10533;
Einbinder & Dunn Llp, 112 Madison Ave # 8, New York, NY 10016-7416;
Einstein Radiology, 1825 Eastchester Rd # 3, Bronx, NY 10461-2301;
Eis Laassois Child Devmnt Svc, 22 Middleton St, Brooklyn, NY 11206-5415;
Eiseman Levine Lehrhaupt, 805 3rd Ave # 1000, New York, NY 10022-7571;
Eisenberg & Baum Llp, 24 Union Sq E # 4, New York, NY 10003-3201;
Eisner & Assoc, 39 Broadway # 1540, New York, NY 10006-3091;
Eisneramper Llp, 750 3rd Ave, Fl 16, New York, NY 10017;
Ej Electric Installation, 21 Warren Pl Mount Vernon, NY 10550;
Ej Murray Memorial Skating Ctr, 348 Tuckahoe Rd, Yonkers, NY 10710-5603;
Ej&S Contracting Corp, 901 Newkirk Ave Brooklyn, NY 11230;
El Barrio's Operation Fightback, 413 E 120th St, New York, NY 10035-3602;
El Dorado Renovations Inc, 1364 Lexington Ave, New York, NY 10128-1566;
El Museo Del Barrio, 1230 5th Ave, New York, NY 10029;
El Puente De Williamsburg, Inc., 211 S 4th St, Brooklyn, NY 11211;
El Regreso, Inc., 141 S 3rd St, Brooklyn, NY 11211;
El Samam Meat Market, 1335 Myrtle Ave, Brooklyn, NY 11221-3208;
El Sol Contracting, 4306 54th Rd Maspeth, NY 11378;
Eldor Contracting Corp., 30 Corporate Dr, Holtsville, NY 11742-2004;
Eldor Electric LLC, 13402 Jamaica Ave, Richmond Hill, NY 11418-2619;
Eldorado Coffee Distributors, 5675 49th St, Flushing, NY 11378-2012;
Elecnor Hawkeye, 12905 31st Ave, Flushing, NY 11354;
Election Services Corp, 990 Stewart Ave # 500, Garden City, NY 11530-4890;
Electric Fixx Inc, 738 E 51st St,Brooklyn,NY,11203;
Electric Lighting Agencies Inc, 36 W 25th St Fl 6 New York, NY 10010;
Electrical Contracting Sltns, 8640 122nd St, Richmond Hill, NY 11418-2505;
Electronic Data & Rates, 115 W 18th St # 1, New York, NY 10011-4113;
Electronic Devices Inc, 21 Gray Oaks Ave, Yonkers, NY 10710-3205;
Electrosonic Limited, 318 W 39th St, New York, NY 10018-1407;
Elev8 Centers, 151 W 136th St, New York, NY 10030;
Elit Green Builders Corp, 13-07 37th Ave Queens, NY 11101;
Elite 29 Construction LLC, 538 W 29th St, New York, NY 10001-1308;
Elite Cosmetics, 759 Ocean Pkwy, Brooklyn, NY 11230-2238;
Elite Promotional Marketing, 1111 Marcus Ave, Ste M60, New Hyde Park, NY 11042;
Elite Renovation & Builders Corp., 31 Brighton 8th Place,Brooklyn,NY,11235;
Elizabeth Seton Children's Ctr, 300 Corporate Blvd S, Yonkers, NY 10701-6862;
Eljin Construction, 363 Rider Ave # 2, Bronx, NY 10451-5929;
Elk Investors, 489 5th Ave, New York, NY 10017-6109;
Elkus Manfredi Architects Ltd, 300 A St, Boston, Ma 02210-1620;
Ellanef Mgf Corp, 9711 50th Ave, Flushing, NY 11368-2740;
Ellenberg & Partners, 494 8th Ave # 7, New York, NY 10001-2519;
Ellenoff Grossman & Schole Llp, 1345 Ave Of The Americas # 11, New York, NY 10105-0013;
Elli NY Design Corp / Metropolitan Realty LLC, 4929 Metropolitan Ave, Ridgewood, NY 11385-1050;
Elliot Schwartz Mdpc, 1339 York Ave, New York, NY 10021-4707;
Elmax Builders Supply Co, 1624 Webster Ave, Bronx, NY 10457-8016;
Elmer W. Davis, Inc. Baldwinsville, NY, ;
Elmhurst Care Ctr, 10017 23rd Ave, East Elmhurst, NY 11369-1305;
Elmhurst Electric Corp., 13-07 37th Ave Queens, NY 11101;

Elmhurst Pediatrics, 8806 55th Ave, Elmhurst, NY 11373-4437;
Elmo Realty, 350 5th Ave, New York, NY 10118-0110;
Elmo Usa Corp, 6851 Jericho Tpke # 145, Syosset, NY 11791-4462;
Elmont Un Ion Free School Dist, 38 Stewart Ave, Stewart Manor, NY 11530;
Elmore Magazine, 160 E 89th St # 1a, New York, NY 10128-2306;
Elq Industries Inc, 567 Fifth Ave New Rochelle, NY 10801;
Elsol Contracting & Constr Inc, 6401 6th Ave, Brooklyn, NY 11220-4700;
Eltech Elevator Industries, 14 E Van Cortlandt Ave, Bronx, NY 10468-1102;
Elvo, 140 Kisco Ave, Mt Kisco, NY 10549-1407;
Elysabeth Kleinhans Theatrical, 59 E 59th St, New York, NY 10022-1104;
Emanon Electric Inc, 237 W 35th St # 503, New York, NY 10001-1905;
Emblazent Inc, 270 Madison Ave # 1401, New York, NY 10016-0601;
Emblemhealth, Inc., 55 Water St, Fl 9, New York, NY 10041;
Emc Corp, 1734 Midland Dr, East Meadow, NY 11554-5023;
Emco Plumbing & Heating Co, 303 E 111th St, New York, NY 10029-3003;
Eme Group Consulting Engineers, 129 West 27th Street 7th Floor, New York, NY 10001;
Emerald Peek, 2000 Main St, Peekskill, NY 10566-6816;
E-Merge Systems, Inc., 1314 E Cary St Richmond, Va 23219;
Emergency Dept James J Peters, 130 W Kingsbridge Rd, Bronx, NY 10468-3904;
Emergency Dept Newyork, 3959 Broadway # 1, New York, NY 10032-1551;
Emergency Dept NY-Presbyterian, 5645 Main St, Flushing, NY 11355-5045;
Emergency Dept Queens Hosp Ctr, 8268 164th St # 614, Jamaica, NY 11432-1104;
Emergency Dept Staten Is Univ, 475 Seaview Ave, Staten Island, NY 10305-3436;
Emerging Health Info Tech LLC, 3 Odell Plz, Yonkers, NY 10701-1405;
Emerging Leaders, 201 I U Willets Rd, Albertson, NY 11507-1516;
Emirates, 55 E 59th St, Fl 5, New York, NY 10022;
Emm Group, 413 W 14th St, Ste 301, New York, NY 10011;
Emo Trans, 377 Oak St, Ste 202, Garden City, NY 11530;
Emover Software, 261 Seaman Ave # 9b, New York, NY 10034-6141;
Empac Contracting Corp., 2318 W 11th St,Brooklyn,NY,11223;
Empire Asset Mgmt Corp Ltd, 120 Broadway # 40, New York, NY 10271-4099;
Empire City Casino At Yonkers, 810 Yonkers Ave, Yonkers, NY 10704-5199;
Empire City Iron Works, 1037 46th Rd, Long Island City, NY 11101-5319;
Empire Coffee Co, 106 Purdy Ave, Port Chester, NY 10573-4624;
Empire Control Abatement Inc, 15-18 130th St, College Point, NY 11356-2418;
Empire Entertainment Inc, 560 Broadway # 202, New York, NY 10012-3938;
Empire Hotel, 244 5th Ave # G264, New York, NY 10001-7604;
Empire Medical Group Of NY Pc, 11302 Queens Blvd, Forest Hills, NY 11375-6468;
Empire Medical Svc, 8820 Rockaway Beach Blvd, Rockaway Beach, NY 11693-1608;
Empire Music, 195 Steamboat Rd, Great Neck, NY 11024-1739;
Empire Office, 105 Madison Ave, Fl 15, New York, NY 10016;
Empire Physical Medicine-Pain, 7 W 45th St # 9, New York, NY 10036-4905;
Empire Stat Group LLC, 40 Exchange Pl # 1413, New York, NY 10005-2755;
Empire State Construction Co, 150 White Plains Rd # 400, Tarrytown, NY 10591-5577;
Empire State Development Corp, 633 3rd Ave Fl 34, New York, NY 10017-8167;
Empire State Equities, 20 W 38th St, New York, NY 10018-6228;
Empire State Fuel Co, 6741 5th Ave, Brooklyn, NY 11220-5420;
Empire State Medical, 865 Merrick Ave, Ste 160n, Westbury, NY 11590;
Empire State Piping Co., Inc., 13 Homonick Rd, Colchester, Ct 06415-1911;
Empirehd, Inc, 99 Tupil Avenue 203 Floral Park, NY 11001;
Empl, 1886 Front St, East Meadow, NY 11554;
Enago, 1732 1st Ave # 22627, New York, NY 10128-5177;
Encompass Develop Design & Construct LLC, 106 East Jefferson St,La Grange,Ky,40202;
End Point Corp, 215 Park Ave S # 1916, New York, NY 10003-1617;
Endai Worldwide, 213 W 35th St # 1300, New York, NY 10001-0206;
Endavor Streaming, 1600 Old Country Rd, Plainview, NY 11803-5013;
Endeavor Global, 900 Broadway # 704, New York, NY 10003-1230;

Endeavor, 152 W 57th St # 2500, New York, NY 10019-3310;
Energize Electrical Contracting, 60-35 Fresh Pond Road Suite 3,Maspeth,NY;
Energy Fencing Inc., 500 New Lots Ave, Brooklyn, NY 11207-6417;
Energy Intelligence Group, 270 Madison Ave # 302, New York, NY 10016-0611;
Enertex Marketing Inc, 220 E 23rd St # 505, New York, NY 10010-4668;
Engel Burman Group, 300 Jericho Turnpike, #100,, Jericho, NY 11753;
Engine Factory, 11060 Dunkirk St, St Albans, NY 11412-1950;
Engineers Country Club Inc, 55 Glenwood Rd, Roslyn, NY 11576-1012;
Englehard Corp, 1057 Lower South St, Peekskill, NY 10566-5302;
Eng-Wong, Taub & Associates, 2 Penn Plz, Suite 2630, New York, NY 10121-0101;
Enigma Diagnostic Corp, 3611 14th Ave # 220, Brooklyn, NY 11218-3750;
Ennead Architects Llp, 1 World Trade Ctr # 40, New York, NY 10007-0090;
En-Power Group, 920 3rd Ave # 3, New York, NY 10022-3627;
Enrique Norten Architecture, 227 W 29th St # 11, New York, NY 10001-5563;
Ensome Builders Inc, 25930 149th Rd,Rosedale,NY,11422;
Ent & Allergy Assoc LLC, 358 N Broadway # 203, Sleepy Hollow, NY 10591-2348;
Ent And Allergy Associates, 660 White Plains Rd, Ste 400, Tarrytown, NY 10591;
Ent-Ear Nose & Throat Journal, 149 5th Ave # 10, New York, NY 10010-6832;
En-Tech Corp, 242 Freeman St Brooklyn, NY 11222;
Entech Engineering, 500 N Centre St, Po Box 389, Pottsville, Pa 17901-1764;
Entergy, 360 Hamilton Ave, Ste 120, White Plains, NY 10601;
Enterprise Community Investment, Inc., 1 Whitehall St, Fl 11, New York, NY 10004;
Enterprise Electrical Contrs, 431 20th St # A, Brooklyn, NY 11215-6469;
Enterprise Engineering Inc, 1 State St # 10, New York, NY 10004-1517;
Enterprise Pals, Inc., 515 N Mur Len Rd Ste B, Olathe, Ks 66062-1225;
Entertainment Software Assn, 420 Lexington Ave # 2240, New York, NY 10170-2200;
Entertainment Tonite Music Inc, 290 Duffy Ave # 4, Hicksville, NY 11801-3638;
Entlaw Inc, 1790 Broadway # 10, New York, NY 10019-1412;
Entourage Flooring Inc, 303 5th Ave, Rm 1908, New York, NY 10016;
Environet Systems LLC, 256 W 38th St # 7r, New York, NY 10018-5807;
Environmental Defense Fund, Incorporated, 257 Park Ave S, Fl 17, New York, NY 10010;
Environmental Laboratories Inc, 200 Allen Blvd, Farmingdale, NY 11735-5637;
Envision Architects, 3427 Steinway St Ste 200, Long Island City, NY 11101-8602;
Eon Mechanical Inc., 2610 Union St Apt 3c, Flushing, NY 11354-1713;
Epec LLC, 152 11th St, Brooklyn, NY 11215-3816;
Epic Ediscoverty Solutions, 4 New York Plz, New York, NY 10004-2413;
Epic Long Island, 1500 Hempstead Tpke, East Meadow, NY 11554;
Epic Pharma LLC, 22715 N Conduit Ave, Laurelton, NY 11413;
Epic Security Corp, 2067 Broadway # 3, New York, NY 10023-2806;
Epic Sports Inc, 248 W 60th St, New York, NY 10023-7403;
Epilepsy Foundation Of Long Island Inc, 506 Stewart Ave, Garden City, NY 11530;
Epiq Systems Inc, 4 New York Plz # 6, New York, NY 10004-2473;
Episcopal Divinity School, 3041 Broadway, New York, NY 10027;
Episcopal Health Services Inc., 377 Oak St, Ste 300, Garden City, NY 11530;
Episcopal Relief And Development, 815 2nd Ave, Bsmt, New York, NY 10017;
Episcopal Social Services, 305 7th Ave, Fl 2, New York, NY 10001;
Epithany Construction Svc, 27 Saint Charles St, Thornwood, NY 10594-1039;
Epm Communications Inc, 160 Mercer St # 3, New York, NY 10012-3208;
Epner Technology, 25 Division Pl, Brooklyn, NY 11222;
Epoch Investment Partners Inc, 399 Park Ave, Rm 3200, New York, NY 10022;
Epoch Times Assoc Inc, 229 W 28th St # 5, New York, NY 10001-5905;
Epq Ediscovery Solutions Inc, 777 3rd Ave # 12, New York, NY 10017-1302;
Epstein Drangel Bazerman James, 60 E 42nd St # 2520, New York, NY 10165-0066;
Equinox 63rd Street Inc., 897 Broadway, New York, NY 10003;
Equinox Fitness, 817 Lexington Ave, New York, NY 10065-7601;
Er Dox Pedia-Nytp, 4954 Merrick Rd, Massapequa Park, NY 11762-3803;
Eres, 120 5th Ave, Fl 4, New York, NY 10011;

Ernst And Young Llp, 5 Times Sq, Fl Conlv1, New York, NY 10036;
Eshel Partners, 260 Madison Ave # 204, New York, NY 10016-2401;
Esi Cases & Accessories, 44 E 32nd St # 601, New York, NY 10016-5557;
Esila D. Obiang, 4512 Church Ave, Brooklyn, NY 11203-3114;
Esm Construction Corp, 8 W 40th St # 6, New York, NY 10018-0216;
Esoftware Associates Inc, 228 Park Ave S # 28801, New York, NY 10003-1502;
Esperanzaenterprises, Inc., 2 Richmond Rd, Apt 1j, Lido Beach, NY 11561;
Esplanade, 95 S Broadway # 1, White Plains, NY 10601-4443;
Esposito Builders, 17 Wakan Dr, Katonah, NY 10536-1207;
Esquire Legal Staffing, 261 Madison Ave # 2, New York, NY 10016-2303;
Ess & Vee Acoustical Contrs, 2330 50th Ave, Long Island City, NY 11101-4594;
Essex, 1501 Broadway # 12, New York, NY 10036-5505;
Estee Lauder Intl, 767 5th Ave, Fl 1, New York, NY 10022;
Esteem Patrol Inc, 944 Kent Ave, Brooklyn, NY 11205-4422;
Etg International LLC, 654 Madison Ave # 1401, New York, NY 10065-8432;
Ethosphere Press, 1562 1st Ave # 205-2005, New York, NY 10028-4004;
Eti, 465 Columbus Ave # 280, Valhalla, NY 10595-2301;
Ets Contracting Inc, 160 Clay Street Brooklyn, NY 11222;
Ettinger Engineering Associates, 505 8th Ave Fl 24, New York, NY 10018-6505;
Euro Castle Construction Corp., 8871 Myrtle Ave, Glendale, NY 11385-7856;
Euro Castle Construction, 53-22 35th Street Long Island City, NY 11101;
Euro Rscg Direct Response LLC, 200 Hudson St, New York, NY 10013-1807;
Euromed Inc., 25 Corporate Dr, Orangeburg, NY 10962;
Europa Construction Corp, 9722 Liverpool St, Jamaica, NY 11435-4615;
European Craft Inc, 48 Rose Ave Great Neck, NY 11021;
European Reinsurance Corporati, 55 E 52nd St # 41, New York, NY 10055-0002;
Eurostruct, 228 Russell St, Brooklyn, NY 11222-3005;
Eurotech Construction Corp, 1212 Avenue Of The Americas #5, New York, NY 10036-1609;
Evans & Paul Unlimited Corp, 140 Dupont St, Plainview, NY 11803-1603;
Evans Heintges Architects PLLC, 440 Park Ave S # 15, New York, NY 10016-8012;
Event Journal Inc, 700 Hicksville Rd # 104, Bethpage, NY 11714-3473;
Everest Advisors Car Accident, 450 W 56th St # 100, New York, NY 10019-3656;
Evergreen Environments LLC., 10 Turnberry Ln Sandy Hook, Ct 06482;
Evergreene Architectural Arts, 253 36th St # 5, Brooklyn, NY 11232-2415;
Everlast Worldwide Inc., 42 W 39th St, Fl 3, New York, NY 10018;
Everwest Real Estate Investors, 1099 18th St #2900, Denver, Co 80202-1908;
Everyday Health, 345 Hudson St, Rm 1600, New York, NY 10014;
Everything, 134 Crisfield St, Yonkers, NY 10710;
Evins Communications Ltd, 830 3rd Ave # 4, New York, NY 10022-6508;
Evista Group, 4359 11th St, Long Island City, NY 11101-6901;
Evojets LLC, 20 River Ter # 18f, New York, NY 10282-1214;
Ew Howell Company Inc, 245 Newtown Rd Ste 600, Plainview, NY 11803-4317;
Ewingcole Architects, 100 N 6th St, Philadelphia, Pa 19106-1590;
Ex Air, Inc. D/B/A Ddc Air Conditioning, 375 North St Ste S, Teterboro, NJ 07608-1200;
Exair Inc, 16 Lindea Ln,Staten Island,NY,10312;
Exane, Inc., 640 5th Ave, Fl 15, New York, NY 10019;
Excav Services Inc, 473 Captain Daniel Roe Hwy,Manorville,NY,11949;
Excel At Woodbury For Rehab, 8533 Jericho Tpke, Woodbury, NY 11797-1804;
Excel Interior Construction, 330 W 38th St # 511, New York, NY 10018-8634;
Excel Media Systems, 145 W 30th St # 5, New York, NY 10001-4036;
Excel Security Corp, 505 8th Ave # 1700, New York, NY 10018-6517;
Excellent Asphalt Paving, 4311 19th Ave, Long Island City, NY 11105-1019;
Excelon Associates, 115 E 23rd St # 502, New York, NY 10010-4508;
Excelsior Automotive, 498 Nepperhan Ave, Yonkers, NY 10701-6604;
Excelsior Hotel Manhattan Nyc, 45 W 81st St, New York, NY 10024-6025;
Excelsiorhome Health Care, 1745 President St, Apt 5e, Brooklyn, NY 11213;
Exchange, 25 Broad St # C, New York, NY 10004-2517;

Exclusive Door Co Inc, 672 Morgan Ave, Brooklyn, NY 11222-3710;
Exec Comm LLC, 1040 Avenue Of The Americas, Fl 20, New York, NY 10018;
Execusearch Group, 201 E 42nd St # 5, New York, NY 10017-5709;
Execu-Sys, Ltd., 1411 Broadway, Rm 1220, New York, NY 10018;
Executive Health Program, 304 Park Ave S, New York, NY 10010-4301;
Executive Physicians Systems, 4510 16th Ave, Brooklyn, NY 11204-1101;
Executive Snow Control, 5915 55th Dr, Maspeth, NY 11378-2322;
Expedite Construction, 345 W 86th St New York, NY 10024;
Experian Information Solutions, Inc., 29 Broadway, Fl 6, New York, NY 10006;
Expert Institute, 48 Wall St # 32, New York, NY 10005-2913;
Expert Service, 628 Waverly Ave # 2, Mamaroneck, NY 10543-2259;
Explorers Tech, 151 Grand St, New York, NY 10013-3176;
Exponents Inc, 17 Battery Pl, Fl 8, New York, NY 10004;
Express Contracting Of Neck, 983 Northern Blvd, Manhasset, NY 11030-2915;
Express Trade Capital, 1410 Broadway # 2601, New York, NY 10018-5092;
Exquisite Builders, LLC, 605 N County Highway 393 Ste 9e, Santa Rosa Beach, Fl 32459-5390;
Extell Development Co, 805 3rd Ave, New York, NY 10022-7513;
Extended Care Facility, 875 Jerusalem Ave, Uniondale, NY 11553-3038;
Exterminare Pest Control, 149 New Hyde Park Rd, Franklin Square, NY 11010-3045;
Exude Fitness, 1275 1st Ave # 283, New York, NY 10065-5605;
Eye Care Assoc, 4212 Hempstead Tpke # 2, Bethpage, NY 11714-5712;
Ez Facility Inc, 67 Froehlich Farm Blvd, Woodbury, NY 11797-2903;
E-Z-Em Inc, 117 Magnolia Ave, Westbury, NY 11590-4719;
Ezra Medical Center, 1312 38th St, Brooklyn, NY 11218;
Ezras Choilim Health Center, 49 Forest Rd, Monroe, NY 10950;

**Eastern District of New York (Brooklyn)**
**CIVIL DOCKET FOR CASE #: 1:21-cv-02194-KAM-PK**
**Albert E. Percy and Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit, as Class**
**Representatives v. F & E Maintenance Inc et al**
**Assigned to: Judge Kiyo A. Matsumoto**
**Referred to: Magistrate Judge Peggy Kuo**

Name and Address
F & E Maintenance Inc, 151 S Service Rd # 336, Jamaica, NY 11430-1205;
F & F Roofing Co, 315 Jericho Tpke, Floral Park, NY 11001-2218;
F & S General Construction Inc., 245 Newkirk Ave,Brooklyn,NY,11230;
F C Sturtevant Co, Po Box 607, Bronxville, NY 10708-0607;
F Chau & Assoc Llp, 130 Woodbury Rd, Woodbury, NY 11797-1409;
F D R Svc Corp, 44 Newmans Ct, Hempstead, NY 11550-4815;
F I Electric, Po Box 21876,Brooklyn,NY,11202;
F M Brush Co Inc, 7002 72nd Pl, Glendale, NY 11385-7307;
F X Fowle Architects, 22 W 19th St # 11, New York, NY 10011-4204;
F&T Group, 136-20 38th Ave 12th Floor, Flushing, NY 11354-4113;
F. Schumacher And Co., 79 Madison Ave, Fl 15, New York, NY 10016;
F.I. Electrical Corp, 32 Court St,Suite 701,Brooklyn Heights,NY,11201;
Fab-Con Machinery Devmnt Corp, 75 Channel Dr, Port Washington, NY 11050-2216;
Fabiani Cohen & Hall Llp, 570 Lexington Ave # 4, New York, NY 10022-6945;
Fabric Resources Ltd, 9 Park Pl # 2, Great Neck, NY 11021-5034;
Factory 360, 120 5th Ave # 8, New York, NY 10011-5612;
Factory Pr LLC, 263 11th Ave # 6, New York, NY 10001-1219;
Facts On File, Inc., 132 W 31st St, Fl 17, New York, NY 10001;
Faculty Practice Assoc, 1450 Madison Ave, New York, NY 10029-6508;
Fader, 71 W 23rd St # 1300, New York, NY 10010-3540;
Fagenson & Puglisi, 450 Fashion Ave # 704, New York, NY 10123-0704;
Fahrenheit 212 LLC, 79 5th Ave, Fl 2, New York, NY 10003;
Fair Way Plbg & Htg-Cooling, 11604 Atlantic Ave, S Richmond Hill, NY 11419-1204;

Faircom New York, 12 W 27th St # 13, New York, NY 10001-6903;
Fairdinkum Consulting, 15 E 32nd St # 9, New York, NY 10016-5570;
Fairfax & Sammons Architects, 156 E 36th St, New York, NY 10016-3504;
Fairfield Refrigeration And Cooling Equi, 147 Lincoln Ave Apt 3b,Bronx,NY,10454;
Faith Construction Inc, 16 Stewart St Brooklyn, NY 11207;
Faithful+Gould, Inc., 10 E 40th St, Fl 13, New York, NY 10016;
Falcon Electrical Contracting Corp, 159 20th St, Brooklyn, NY 11232-1110;
Falcone's Cookie Land Ltd, 1632 61st St, Brooklyn, NY 11204-2109;
Falconhead Capital, LLC, 527 Madison Ave, Fl 10, New York, NY 10022;
Falidas Associates, 25-15 Queens Plz N, Long Island City, NY 11101-4016;
Fames Chocolate, 630 Flushing Ave # 203, Brooklyn, NY 11206-5026;
Families On The Move Of Nyc, Inc., 358 Saint Marks Pl, Fl 3, Staten Island, NY 10301;
Family & Salute Magazines, 69 E Jericho Tpke # 102, Mineola, NY 11501-3198;
Family And Children's Assn, 100 E Old Country Rd, Ste 12, Mineola, NY 11501;
Family Care Certified Services Of Nassau, 50 Clinton St, Ste 601, Hempstead, NY 11550;
Family Center For Autism, Po Box 8165, Garden City, NY 11530-8165;
Family Health Assoc, 201 E 87th St # 16j, New York, NY 10128-3215;
Family Health Ctr Ntwrk-Luth, 514 49th St, Brooklyn, NY 11220-2010;
Family Home Improvement Corp, 434 Elmont Rd, Elmont, NY 11003-3529;
Family Medical Practice, 255 Eastern Pkwy # A, Brooklyn, NY 11238-6302;
Family Residence, 97 Carole Ct, Massapequa, NY 11758-5668;
Family Services Network Of New York, 1420 Bushwick Ave, Brooklyn, NY 11207;
Fancy Foods Inc, B12 Hunts Point Co Op Mkt, Bronx, NY 10474;
Fanning Electric Co Inc, 55 Central Ave, Ossining, NY 10562;
Far Rockaway Treatment Ctr, 1600 Central Ave # 2, Far Rockaway, NY 11691-4008;
Farenga Brothers Funeral Hm, 920 Allerton Ave, Bronx, NY 10469-4202;
Farfield Co, 207 W 25th St, New York, NY 10001-7119;
Farkouh Furman & Faccio, 460 Park Ave # 12, New York, NY 10022-1906;
Farley Sales Installations Inc, 1180-9 Lincoln Ave Holbrook, NY 11741;
Farmingdale Senior High School, 150 Lincoln St, Farmingdale, NY 11735-5799;
Farragut Builders Ii Inc., 1416 Troy Ave,Brooklyn,NY,11203;
Farrand Control Div, 99 Wall St, Valhalla, NY 10595-1462;
Farrell Fritz Pc, 400 Rxr Plz, Uniondale, NY 11556;
Fashion Avenue News Magazine, 1501 Broadway # 12, New York, NY 10036-5505;
Fashion Institute Of Technolog, C/O Larry Barron, Deputy General Counsel, 6 Skyline Dr,, Hawthorne, NY 10532,;
Fashion Market Magazine Group, 617 W 46th St, New York, NY 10036-1906;
Fat Cat, 75 Christopher St # 1, New York, NY 10014-4236;
Fathom Communications, 300 Park Ave # 12, New York, NY 10022-7419;
Fauna Food Corp, 5010 Kneeland St, Elmhurst, NY 11373-3732;
Faust Goetz Schenker Blee Llp, 2 Rector St # 20, New York, NY 10006-1899;
Favorite Plastics, 1465 Utica Ave, Brooklyn, NY 11234-1108;
Fax On File, 132 W 31st St # 17, New York, NY 10001-3406;
Faxa Inc., 1 Madison St Ste B, East Rutherford, NJ 07073-1679;
Fay Kaplun & Marcin Llp, 150 Broadway # 702, New York, NY 10038-4353;
Fazio Construction, 5841 63rd St, Flushing, NY 11378-2814;
Faztec Industries Inc, 200-220 Bloomfield Avenue Staten Island, NY 10314;
Fcb Worldwide, Inc., 100 W 33rd St, Fl 5, New York, NY 10001;
Fcs Group LLC, 25 Hutcheson Pl, Lynbrook, NY 11563-2738;
Fda, 15815 Liberty Ave, Jamaica, NY 11433;
Fdm Group, Inc., 14 Wall St, Fl 31, New York, NY 10005;
Fedcap, 633 3rd Ave, Fl 6, New York, NY 10017;
Feder Kaszovitz Llp, 845 3rd Ave # 1100, New York, NY 10022-6624;
Federal Aviation Admin, 1515 Stewart Ave, Westbury, NY 11590-6612;
Federal Defender Of New York, 52 Duane St, Fl 10, New York, NY 10007;
Federal Defenders, 300 Cadman Plz W # 16, Brooklyn, NY 11201-3226;
Federal Express Corporation, 1 Penn Plz, Fl 26, New York, NY 10011;

Federal Home Loan Bank Of New York, 101 Park Ave, Fl 5, New York, NY 10168;
Federal Reserve, 33 Liberty St, New York, NY 10045;
Federal Yellow Book, 1407 Broadway # 318, New York, NY 10018-3853;
Fedex Corporation, 1 Penn Plz, Fl 26, New York, NY 10011;
Fegs, 2 Park Ave, Fl 20, New York, NY 10016;
Feinstein Iron Works Inc, 990 Brush Hollow Rd, Westbury, NY 11590-1783;
Felix Storch Inc, 770 Garrison Ave, Bronx, NY 10474-5603;
Feminist Press, 695 Park Ave, New York, NY 10065-5024;
Fenestra America LLC, 5300 Kings Hwy, Brooklyn, NY 11234-1016;
Fensterstock & Partners Llp, 275 W 96th St # 15g, New York, NY 10025-6268;
Fenway Golf Club Inc, Po Box 7, Scarsdale, NY 10583-0007;
Ferber Chan Esner & Coller, 60 E 42nd St # 2050, New York, NY 10165-0027;
Ferguson & Shamamian Archt, 270 Lafayette St # 300, New York, NY 10012-3327;
Ferrara Bakery & Cafe, 195 Grand St, New York, NY 10013-3717;
Ferraro & Wyatt, 415 Madison Ave # 19, New York, NY 10017-7948;
Ferrell Calvillo Communication, 170 John St # 3d, New York, NY 10038-3505;
Ferro Kuba Mangano Skylyar Pc, 321 Broadway # 400, New York, NY 10007-3639;
Ferrod Associates Inc, Po Box 930, Wantagh, NY 11793-0930;
Fetal Evaluation, 1000 10th Ave # 11a, New York, NY 10019-1147;
Fetner Properties, 675 Third Avenue, Suite 2800, New York, NY 10017;
Fgi Corp, 1901 Amethyst St Bronx, NY 10462;
Fgph Corp, 5442 46th St, Maspeth, NY 11378-1036;
Fhi 360, 71 5th Ave # 6, New York, NY 10003-3004;
Fiberall Corp, 449 Sheridan Blvd, Inwood, NY 11096-1203;
Fiberwave Technologies, 140 58th St # 6e, Brooklyn, NY 11220-2524;
Fiction Magazine, 94 Bowery, New York, NY 10013-4888;
Fidelis Care, 9525 Queens Blvd, Fl 10, Rego Park, NY 11374;
Fidelis Contracting, Inc., 300 Northern Blvd, Great Neck, NY 11021-4818;
Fidelus Technologies, 240 W 35th St # 6, New York, NY 10001-2506;
Fiducial, 1370 Avenue Of The Americas, Fl 31, New York, NY 10019;
Fiduciary Trust Company Intern, 600 5th Ave, Bsmt, New York, NY 10020;
Fiedler Co Inc, 91 Bruckner Blvd, Bronx, NY 10454-4513;
Fiedlis Contracting Inc., 300 Northern Blvd. Great Neck, NY 11021;
Field Library, 4 Nelson Ave, Peekskill, NY 10566;
Field Thomas, 180 Maiden Ln # 39, New York, NY 10038-4925;
Fieldston Clothes Inc, 1407 Broadway # 10, New York, NY 10018-5100;
Fieldstone Lodge, 666 Kappock St, Bronx, NY 10463-7798;
Fieldvision Services Inc, 1120 37th Ave, Long Island City, NY 11101-6027;
Fiera Capital Inc., 375 Park Ave, Fl 8, New York, NY 10152;
Fifth Avenue Counseling Ctr, 5 E 17th St # 2, New York, NY 10003-1949;
Fifth Avenue Digital, 315 W 36th St # 2, New York, NY 10018-6643;
Fig Press, 64 Quarry Ln, Bedford, NY 10506-1539;
Figliulo & Partners, 628 Broadway # 500, New York, NY 10012-2613;
Filco Carting Corp., 197 Snediker Ave, Brooklyn, NY 11207;
File Stream Inc, Po Box 93, Glen Head, NY 11545-0093;
Film Movement LLC, 237 W 35th St # 604, New York, NY 10001-1951;
Film Payroll Svc, 30 W 22nd St # 5, New York, NY 10010-5893;
Film Rise, 220 36th St # 78, Brooklyn, NY 11232-2426;
Fin & Brew, 5 John Walsh Blvd # 8, Peekskill, NY 10566-5308;
Final Cut Usa, 118 W 22nd St # 7, New York, NY 10011-2416;
Final Frame, 150 W 22nd St # 3, New York, NY 10011-6560;
Final Push Construction Inc, 1205 Manhattan Ave # 315, Brooklyn, NY 11222-6155;
Finance, 10134 120th St, S Richmond Hl, NY 11419;
Financial Clinic The, 115 W 30th St, Rm 702, New York, NY 10001;
Financial Information Forum, 11 Hanover Sq # 14, New York, NY 10005-2854;
Financial Press Corp, 125 Broad St # 5, New York, NY 10004-2440;
Finback Brewery, 7801 77th Ave, Glendale, NY 11385-7518;

Fine Communications, 389 8th Ave # 6, New York, NY 10001-4806;
Fine Sheer Industries Inc, 350 5th Ave # 4710, New York, NY 10118-5096;
Fine Star Electric, 10132 101st St, Ozone Park, NY 11416-2616;
Finest Air Inc, 11902 23rd Ave, College Point, NY 11356-2506;
Finish Line Collision Inc, 21 Railroad Ave, Valley Stream, NY 11580-6030;
Finishing Trade, 4515 36th St, Long Island City, NY 11101-1821;
Finivation Software, 500 5th Ave # 1500, New York, NY 10110-1501;
Finn Partners, Inc., 301 E 57th St, Fl 4, New York, NY 10022;
Finsbury Solutions, 545 8th Ave # 401, New York, NY 10018-4341;
Finsoft Consultants, 545 8th Ave # 930, New York, NY 10018-4335;
Fire Alarm Electrical Corp, 68 Jay St Ste 307 Brooklyn, NY 11201;
Fire Hydrant Parts Brooklyn, NY, 11220;
Firmenich Inc, 625 Madison Ave # 17, New York, NY 10022-1851;
Firmenich Incorporated, 625 Madison Ave, Fl 17, New York, NY 10022;
First American International Bank, 5503 8th Ave, Brooklyn, NY 11220;
First Amern Title Ins Co Of NY, 633 3rd Ave, Fl 16r, New York, NY 10017;
First Class Management Co, 10808 52nd Ave Fl 2,Corona,NY,11368;
First Construction Group, 1120 Avenue L,Brooklyn,NY,11230;
First Data Corporation, 225 Liberty St, Fl 29, New York, NY 10281;
First Derivatives Us Inc, 45 Broadway # 2040, New York, NY 10006-3784;
First Eagle Investment Management, LLC, 1345 Avenue Of The Americas, Fl 48a, New York, NY 10107;
First Hand, 55 Broad St # 15f, New York, NY 10004-3709;
First Investors Corp, 40 Wall St, Fl 10, New York, NY 10005;
First Medcare, 8707 Flatlands Ave, Brooklyn, NY 11236;
First Medical Immediate Med Cr, 19120 Northern Blvd, Flushing, NY 11358-2829;
First Protocol Inc, 630 9th Ave # 310, New York, NY 10036-4751;
First Quality Enterprises Inc, 80 Cuttermill Rd, Ste 500, Great Neck, NY 11021;
First Response Advantage Inc, 1133 Broadway # 619, New York, NY 10010-8085;
First Run Features, 630 9th Ave # 1213, New York, NY 10036-3742;
First Spice Mixing Co, 3333 Greenpoint Ave, Long Island City, NY 11101-2084;
First Spring Corporation, 499 Park Ave, F 26, New York, NY 10022;
First Standard Construction, 70 Lafayette St # 4, New York, NY 10013-4000;
First Star Automotive, 635 S Columbus Ave # 4b, Mt Vernon, NY 10550-4730;
First2print, 494 8th Ave # 12, New York, NY 10001-2578;
Fischer & Makooi Architects, 242 West 30th St Suite 1102, New York, NY 10001;
Fischer Bros, 32 Broadway # 1414, New York, NY 10004-1636;
Fisher Marantz Stone Inc, 22 W 19th St # 6, New York, NY 10011-4297;
Fit Pregnancy Magazine, 1 Park Ave, New York, NY 10016-5802;
Fitapelli & Schaffer Llp Nyc, 28 Liberty St # 30, New York, NY 10005-1478;
Fitch Group, Inc., 1 State St, Fl 28, New York, NY 10004;
Fitzgerald & Fitzgerald, 538 Riverdale Ave, Yonkers, NY 10705-3500;
Fitzgerald Cantor Brokerage Lp, 110 E 59th St # 5, New York, NY 10022-1733;
Fitzpatrick Cella Et Al, 1290 Avenue Of The Americas, Fl 17, New York, NY 10104;
Five A Incentive Planners Inc, 53 W 36th St, New York, NY 10018-7903;
Five Boroughs Brewing, 215 47th St, Brooklyn, NY 11220-1009;
Five O'clock Club, 300 E 40th St, Apt 6l, New York, NY 10016;
Five Star Contracting Companies Inc, 64 Fulton St Rm 703, New York, NY 10038;
Five Star Electric, 701 Green Wing Dr, Suisun City, Ca 94585-2033;
Five Star Products Inc, 777 Westchester Ave, West Harrison, NY 10604-3520;
Fj Sciame Construction, 14 Wall St # 2, New York, NY 10005-2141;
Fja, 1040 Avenue Of The Americas #4, New York, NY 10018-3739;
Fjc Security Services, 3310 Queens Blvd, Ste 300, Long Is City, NY 11101;
Flaggstaff Technology Group Inc, 8 Claremont Rd, Scarsdale, NY 10583;
Flagship Brewing Co, 40 Minthorne St, Staten Island, NY 10301-3241;
Flagship One Inc, 19 Wilbur St, Lynbrook, NY 11563-2360;
Flash Electronics Inc, 140 58th St # 1a, Brooklyn, NY 11220-2555;
Flashpoint Medica, 200 Varick St, Lbby 2, New York, NY 10014;

Flat Iron Hotel, 9 W 26th St, New York, NY 10010;
Flatbush Development Corp, 1616 Newkirk Ave, Brooklyn, NY 11226;
Flaxmove Moving Co, 1005 Walton Ave, Apt 2e, Bronx, NY 10452;
Fleet Wash, 48 Cherry Ln, Floral Park, NY 11001-1611;
Fleetwood Lock Co Inc, 1085 Yonkers Ave, Yonkers, NY 10704;
Fleurchem Inc, 33 Sprague Ave, Middletown, NY 10940;
Flex Construction, 244 Telser Rd, Lake Zurich, Il 60047-1525;
Flicker Garelick & Assoc, 45 Broadway # 2600, New York, NY 10006-3778;
Flight Path, 36 W 25th St # 9, New York, NY 10010-2754;
Flint & Steel, 255 W 36th St # 14a, New York, NY 10018-7528;
Flintlock Construction Svc LLC, 580 8th Ave # 11, New York, NY 10018-0312;
Floating Hospital Inc, Po Box 8397, Long Island City, NY 11101-8397;
Floracon LLC, 6750a 192nd St,Fresh Meadows,NY,11365;
Florence E Smith, 10219 34th Ave, Corona, NY 11368;
Florida Safety Contractors Inc., 11825 Jackson Rd,Delray Beach,Fl,33484;
Flushing Asphalt, 12001 31st Ave, Flushing, NY 11354-2516;
Flushing Bank, 1979 Marcus Ave, Ste 209, New Hyde Park, NY 11042;
Flushing Commons LLC, 1221 Avenue Of The Americas Fl 17, New York, NY 10020-1001;
Flushing Hospital Medical Center, 4500 Parsons Blvd, Flushing, NY 11355;
Flushing Savings Bank, 16420 Northern Blvd, Flushing, NY 11358;
Fm Office Express, 106 Despatch Dr,East Rochester,NY,14445;
Fmc Engineering, P.C., 261 W 35th St, New York, NY 10001-1902;
Fmcp, 2 Van Sinderen Ave, Brooklyn, NY 11207;
Fna Engineering Services, P.C., 670 Bergen Blvd, Ridgefield, NJ 07657;
Focus Construction Group, 247 Wilson Ave Brooklyn, NY 11237;
Focus Group, 1375 Broadway # 3, New York, NY 10018-7001;
Fogarty Finger Architecture Interiors, 69 Walker St, New York, NY 10013-3513;
Fojp Service Corp., 28 E 28th St, Fl 14, New York, NY 10016;
Foley And Lardner, 90 Park Ave, Fl 37, New York, NY 10016;
Foley Inc, 855 Centennial Ave,Piscataway,NJ,08854;
Folia, 3010 Westchester Ave # 401, Purchase, NY 10577-2524;
Fong & Wong Pc, 254 Canal St # 2002, New York, NY 10013-3501;
Fong Inn Too, 46 Mott St, New York, NY 10013-5011;
Food Bank For New York City, 39 Broadway, Fl 10, New York, NY 10006;
Foodmatch, 575 8th Ave, Rm 23, New York, NY 10018;
Foong & Mak, 101 Lafayette St # 701, New York, NY 10013-4165;
Foot Locker, 17756 Baisley Blvd, Jamaica, NY 11434;
Foothold Technology, 666 Broadway, New York, NY 10012-2317;
Forchelli Curto Deegan, 333 Earle Ovington Blvd # 1010, Uniondale, NY 11553-3645;
Ford And Harrison, 60 E 42nd St, Fl 51, New York, NY 10168;
Ford Foundation, 320 E 43rd St, Fl 4, New York, NY 10017;
Ford Models Inc, 11 E 26th St # 14, New York, NY 10010-1422;
Fordham Marble Co Inc, 1931 W Farms Rd, Bronx, NY 10460-6021;
Fordham University, 441 E Fordham Rd, Bronx, NY 10458;
Foreht Last Landau-Katz Attys, 228 E 45th St # 17b, New York, NY 10017-3303;
Foresight Theatrical LLC, 1650 Broadway # 800, New York, NY 10019-6833;
Forest City Ratner Companies, LLC, 1 Metrotech Ctr, Fl 22, Brooklyn, NY 11201;
Forest Hills Financial, Group., 9525 Queens Blvd, Fl 10, Rego Park, NY 11374;
Forest Hills Orthopedic Group, 6967 108th St, Forest Hills, NY 11375-3846;
Forest Laboratories Inc, 909 3rd Ave, Fl 23, New York, NY 10022;
Forest View Nursing Home Inc, 7120 110th St, Forest Hills, NY 11375-4844;
Forestdale, 6735 112th St, Flushing, NY 11375;
Formed Plastics Inc, 207 Stonehinge Ln, Carle Place, NY 11514-1743;
Formica Construction Co Inc, 11 Ferry Street Staten Island, NY 10302;
Formula Public Relations, 200 Hudson St # 7, New York, NY 10013-1821;
Formulated Solutions LLC, 2544 Borough Pl, Woodside, NY 11377-7815;
Forrest Solutions Inc, 19 W 44th St # 9, New York, NY 10036-6101;

Forrester Fence Co Inc., 480 Chester St, Brooklyn, NY 11212-5353;
Forsman & Bodenfors, 160 Varick St # 3, New York, NY 10013-1275;
Forsythe Cosmetic Group Ltd, Po Box 431, Lawrence, NY 11559-0431;
Forsythe Cosmetic Group, Ltd., 10 Niagara Ave, Freeport, NY 11520;
Forsythe Plumbing & Heating Corp, 1424 118th St, College Point, NY 11356-1515;
Fort Cica Roofing & Gen Contrs, 720 E 141st St, Bronx, NY 10454-2407;
Fort Greene Senior Council, 966 Fulton St, Brooklyn, NY 11238-2440;
Fort Schuyler House Inc, 3077 Cross Bronx Expy, Ofc 1, Bronx, NY 10465;
Fort Tryon Overlook Property Owner LLC, 275 7th Ave, New York, NY 10001-6708;
Fort Tyron Nursing Home, 801 W 190th St, New York, NY 10040-3894;
Forte Construction Corp, 926c Lincoln Avenue,Holbrook,NY,11741;
Forte Remodeling Inc, 1200 Lexington Ave # 2, New York, NY 10028-1426;
Fortis Property Group, 45 Main St Suite 800, Brooklyn, NY 11201-1098;
Fortress Investment Group LLC, 1345 Avenue Of The Americas, Fl 26, New York, NY 10107;
Forum Personnel, 260 Madison Ave # 200, New York, NY 10016-2430;
Fos Development Corp, 5001 25th Ave Ste 100, Woodside, NY 11377-7804;
Foster + Partners, 300 W 57th St, New York, NY 10019-3741;
Foto-Care Ltd, 41 W 22nd St, New York, NY 10010-5101;
Fotopoulos Rosenblatt & Green, 4160 Broadway # 2, New York, NY 10033-3705;
Foundation For Research-Sex, 290 Malcolm X Blvd, New York, NY 10027-4991;
Fountain House Inc, 425 W 47th St, New York, NY 10036-2397;
Four Seasons Dialysis Ctr, 1170 E 98th St, Brooklyn, NY 11236-4006;
Four Seasons Hotel New York, 57 E 57th St, New York, NY 10022-2081;
Four Star General Cleaning Svc, 19 W 21st St # 601a, New York, NY 10010-6863;
Four Tribes Construction Services, LLC, 1517 Technology Dr Chesapeake, Va 23320;
Four Winds Hospital, 800 Cross River Rd, Katonah, NY 10536;
Foursquare Labs, Inc., 50 W 23rd St, Fl 8, New York, NY 10010;
Fourth Floor Fashion, 1156 Avenue Of The Americas #8, New York, NY 10036-2702;
Fourth Street Inn LLC, 40 E 4th St, New York, NY 10003-7004;
Fox Horan & Camerini, 885 3rd Ave # 17, New York, NY 10022-4994;
Fox News Network, LLC, 1211 Avenue Of The Americas, Fl 44, New York, NY 10036;
Foxy Machine, 1 Little West 12th St, New York, NY 10014-1302;
Fpa Billing Dept, Po Box 28083, New York, NY 10087-8083;
Fporter Recovery Services, 1350 New York Ave, Apt 5g, Brooklyn, NY 11210;
Fps Contracting Inc, 5830 Maspeth Ave, Maspeth, NY 11378-2214;
Framan Mechanical Inc, 135 Convent Ave,New York,NY,10031;
Frame Store, 61 Broadway # 3200, New York, NY 10006-2834;
Francis Levien Gymnasium, 3030 Broadway, New York, NY 10027-6902;
Franciscan Community Ctr, 214 W 97th St, New York, NY 10025-5620;
Franco Belli Plumbing & Heating, 165 2nd Ave, Brooklyn, NY 11215-4616;
Frank M Debono Construction, 4701 35th St, Long Island City, NY 11101-2403;
Frankel Associates, 69 Cleveland Ave, Bay Shore, NY 11706-1228;
Franklin & Lennon Paint Co, 537 W 125th St, New York, NY 10027-3496;
Franklin Immediate, 30 Franklin Ave, Franklin Square, NY 11010-2527;
Franklin Templeton Investments, 600 5th Ave, Bsmt, New York, NY 10020;
Franklin Weinrib Rudell-Vssll, 488 Madison Ave # 22, New York, NY 10022-5704;
Frank's Home Improvement, 361 N Broadway, Sleepy Hollow, NY 10591-2309;
Fratello Construction Company, 134 Milbar Blvd, Farmingdale, NY 11735-1425;
Frauscher Sensor Tech. Usa Inc., 300 Carnegie Ctr Ste 320, Princeton, NJ 08540-6255;
Frazer And Feldman Llp, 1415 Kellum Pl, Ste 201, Garden City, NY 11530;
Frbny, 33 Liberty St, New York, NY 10045;
Fred Alger Management Inc, 360 Park Ave S, Fl 3, New York, NY 10010;
Fred Smith Plumbing & Heating, 1674 1st Ave # 1, New York, NY 10128-4853;
Fredante Construction, 136 Woodbury Rd Woodbury, NY 11797;
Freddys Home Improvement, Po Box 304,, Spring Valley, NY 10977;
Frederick Wildman And Sons, 111 Broadway, Rm 1102, New York, NY 10006;
Free Country, 1071 Avenue Of The Americas #9, New York, NY 10018-3747;

Free Hill Hogan & Mahar, 80 Pine St # 25, New York, NY 10005-1759;
Freedman And Co, Cpa, Pc, 61 Broadway, Rm 1602, New York, NY 10006;
Freelance Recruiter, 55 Lawrence Ave, Lynbrook, NY 11563;
Freeport Screen & Stamping Inc, 31 Hanse Ave, Freeport, NY 11520-4601;
Freidman & James, 132 Nassau St # 900, New York, NY 10038-2429;
Frekhtman & Assoc, 60 Bay 26th St, Brooklyn, NY 11214-3906;
French & Casey Llp, 29 Broadway # 27, New York, NY 10006-3217;
French Mission To Un, 1 Dag Hammarskjold Plz # 44, New York, NY 10017-2280;
French Sole Comfort, 972 Lexington Ave # 1, New York, NY 10021-5027;
Frenco Architectual Metal, 120 Anderson Ave, Mt Vernon, NY 10550-4702;
Frendel Brown & Weissman, 655 3rd Ave # 1400, New York, NY 10017-9127;
Frenkel Benefits, LLC, 350 Hudson St, Fl 4, New York, NY 10014;
Frenkel Herschkowitz-Shafran, 49 W 37th St # 9, New York, NY 10018-6257;
Fresh Air Fund, 633 3rd Ave # 14, New York, NY 10017-8111;
Fresh Meadow Country Club, 255 Lakeville Rd, Great Neck, NY 11020-1623;
Fresh Meadow Electrical Contractors , LLC, 6145 Fresh Meadow Ln, Fresh Meadows, NY 11365-2018;
Fresh Meadow Mechanical Corp., 65-01 Fresh Meadow Ln, Fresh Meadows, NY 11365-2011;
Freshdirect, 2 Saint Anns Ave, Bronx, NY 10454;
Fried, Frank, Harris, Shriver And Jacobs, 1 New York Plz, Fl 27, New York, NY 10004;
Friedland Properties Inc, 22 E 65th St, New York, NY 10021-7033;
Friedman & Anspach, 1500 Broadway # 2300, New York, NY 10036-4052;
Friedman Kaplan, 7 Times Sq # 28, New York, NY 10036-6516;
Friedman Llp, 1 Liberty Plz, Fl 21, New York, NY 10006;
Friedman Management Corp, 225 W 34th St, Ste 2010, New York, NY 10001;
Friedwald Ctr For Rehab And Nursing, LLC, 475 New Hempstead Rd, New City, NY 10956;
Friends Academy, 270 Duck Pond Rd, Locust Valley, NY 11560;
Friends Of The High Line Inc, 820 Washington St,, New York, NY 10014;
Friends Of The Queensway, Po Box 150197, Kew Gardens, NY 11415-0197;
Frigid Solutions, 139 Fulton St # 623, New York, NY 10038-2534;
Frog Design Inc, 55 Prospect St # 7, Brooklyn, NY 11201-1497;
Frontier Kemper Construction Inc, 415 Fifth Ave, Pelham, NY 10803-1253;
Frontier Soloutions Inc, 72 Kennington St, Staten Island, NY 10308-1723;
Fross, Zelnick, Lehrman, And Zissu Pc, 866 United Nations Plz, Rm 600, New York, NY 10017;
Fs, 10 E 40th St, Rm 3205, New York, NY 10016;
Fsg Electric, 96 Station Plz, Lynbrook, NY 11563-2441;
Fsi Architechtural, 307 7th Ave # 1001, New York, NY 10001-6055;
Fti Consulting (Sc), Inc., 88 Pine St, Ste 3201, New York, NY 10005;
Fudge Foundation, Po Box 3856,, New York, NY 10163;
Fujifilm U.S.A., Inc., 200 Summit Lake Dr, Fl 2, Valhalla, NY 10595;
Fulcrum Group, 80 Broad St # 1601, New York, NY 10004-2285;
Full Circle Construction, 107 Grand St # 5, New York, NY 10013-5903;
Full Picture, 915 Broadway, Fl 20, New York, NY 10010;
Full Service Contracting Inc, 510 Eagle Ave, West Hempstead, NY 11552-3724;
Fulton Commons Care Ctr LLC, 60 Merrick Ave, East Meadow, NY 11554-1578;
Fulton Rowe & Hart, 1 Rockefeller Plz # 301, New York, NY 10020-2082;
Funaro Co, 350 5th Ave # 41, New York, NY 10118-4100;
Fund E-Z Development Corp, 333 Westchester Ave # 220, West Harrison, NY 10604-2940;
Funfest NY, 6161 Strickland Ave, Brooklyn, NY 11234-6409;
Fung's Construction Inc, 275 Cherry St # 2c, New York, NY 10002-7950;
Funtime Amusements Inc, Po Box 300, Briarcliff Manor, NY 10510-0255;
Furey Furey Leverage Manzione, 600 Front St, Hempstead, NY 11550-4494;
Furman Kornfeld & Brennan, 61 Broadway # 2602, New York, NY 10006-2811;
Furniture Rental Assoc Inc, 6020 59th Pl # 4, Maspeth, NY 11378-3349;
Fusco Brandenstein & Rada, 180 Froehlich Farm Blvd # 100, Woodbury, NY 11797-2923;
Fusebox Inc, 36 W 20th St # 11, New York, NY 10011-4241;
Fusion Telecomm Intl, Inc., 420 Lexington Ave, Rm 1718, New York, NY 10170;
Future Star Day Camps, 735 Anderson Hill Rd, Purchase, NY 10577-1402;

Future Tech Consultants Inc, 52 E 2nd St, Mineola, NY 11501-3504;
Fx Collaborative, 22 West 19th Street, New York, NY 10011;
Fxcm Inc., 55 Water St, Fl 50, New York, NY 10041;
Fxfowle Architects, 22 W 19th St, Fl 11, New York, NY 10011;
G & F.A.S.T. Electric Incorporated, 36-12 23rd Street Long Island City, NY 11106;
G & M Mechanical Inc, 21 Brooklyn Ave, Massapequa, NY 11758-4855;
G G Engineering, 266 W 37th St, New York, NY 10018-6609;
G M Major Holding Inc, 15625 79th St, Howard Beach, NY 11414-2502;
G M, 1345 Avenue Of The America #21, New York, NY 10105-0199;
G R Reid Assoc Llp, 7600 Jericho Tpke # 400, Woodbury, NY 11797-1705;
G4s Secure Integration LLC, 1200 Landmark Ctr Ste 1300, Omaha, Ne 68102-2954;
Ga Fleet Assoc., 55 Calvert St,Harrison,NY,10528;
Gabbe Group, 104 5th Ave # 601, New York, NY 10011-6908;
Gabe Construction Corp, 8400 72nd Dr # 1, Glendale, NY 11385-7900;
Gabellini Sheppard Assoc Llp, 665 Broadway # 706, New York, NY 10012-2330;
Gabriels Technology Solutions, 9 E 40th St # 2, New York, NY 10016-0402;
Gabsy Hotel, 135 E Houston St, New York, NY 10002-1018;
Gace Consulting, 105 Madison Avenue, 6th Floor, New York, NY 10016;
Gair Gair Conason Rubinowitz, 80 Pine St # 34, New York, NY 10005-1768;
Gal Manufacturing Corp, 50 E 153rd St, Bronx, NY 10451-2104;
Gala, 114 12th St, Brooklyn, NY 11215;
Galaxy General Contracting Corp, 3152 Albany Crescent, Bronx, NY 10463-5601;
Gallery 57 Dental LLC, 24 W 57th St, Ste 701, New York, NY 10019;
Gallery System Inc, 5 Hanover Sq # 1900, New York, NY 10004-2655;
Gallet Dreyer & Berkey Llp, 845 3rd Ave # 500, New York, NY 10022-6632;
Gallivant Times Square, 234 W 48th St # 2, New York, NY 10036-1400;
Gallo Vitucci Klar, 90 Broad St # 1201, New York, NY 10004-2837;
Galvin Bros. , Inc/Madhue Contracting, Inc. Jv, 149 Steamboat Rd Great Neck, NY 11024;
Gamco Corp, 13110 Maple Ave, Flushing, NY 11355-4223;
Game Sportswear Ltd, 1401 Front St # 1, Yorktown Heights, NY 10598-4646;
Gandhi Consulting Engrs-Archt, 111 John St # 3, New York, NY 10038-3101;
Ganer & Ganer LLC, 1995 Broadway # 16, New York, NY 10023-5882;
Ganfer Shore Law Office, 360 Lexington Ave # 14, New York, NY 10017-6553;
Gannon Vitolo Contracting LLC, 49 W 38th St # 6, New York, NY 10018-1937;
Garage Management Corp, 124 E 63rd St, New York, NY 10021-7303;
Garan Incorporated, 200 Madison Ave, Fl 4, New York, NY 10016;
Garden Care Ctr, 135 Franklin Ave, Franklin Square, NY 11010-2500;
Garden City Country Club, 206 Stewart Ave, Garden City, NY 11530-2599;
Garden City Dermatology Pc, 877 Stewart Ave, Garden City, NY 11530-4803;
Garden City Dialysis, 1100 Stewart Ave # 2, Garden City, NY 11530-4839;
Garden City Group, LLC, 1985 Marcus Ave, Ste 200, New Hyde Park, NY 11042;
Garden City Hotel, 45 E 7th St, New York, NY 10003-8055;
Garden City Park Water/Fire District, 333 Marcus Ave, Garden Cty Pk, NY 11040;
Garden City Pool, 351 Stewart Ave, Garden City, NY 11530-4529;
Garden City Surgery Ctr, 400 Endo Blvd, Garden City, NY 11530-6723;
Garden Of Eden Home For Adults, 1620 Stillwell Ave, Brooklyn, NY 11223-1028;
Gardiner And Theobald, Inc., 317 Madison Ave, Fl 19, New York, NY 10017;
Garfunkel Wild & Travis, 111 Great Neck Rd # 6, Great Neck, NY 11021-5406;
Garganigo Goldsmith & Weiss, 14 Penn Plz # 1020, New York, NY 10122-1095;
Garland Publishing, 270 Madison Ave # 4, New York, NY 10016-0601;
Garrison Institute, Po Box 532,, Garrison, NY 10524;
Garrison Properties LLC, Po Box 348,, Garrison, NY 10524;
Garrity Graham Murphy Garofalo, 40 Wall St # 28, New York, NY 10005-1486;
Gartner & Bloom, 801 2nd Ave # 1505, New York, NY 10017-8635;
Gary B Pillersdorf Law Offices, 225 Broadway # 1000, New York, NY 10007-3780;
Gary Plastics Packaging Corp, 1340 Viele Ave, Bronx, NY 10474-7124;
Gary S Mayerson & Assoc, 330 W 38th St # 600, New York, NY 10018-3289;

Gary Tsirelman Law Office, 129 Livingston St # 2, Brooklyn, NY 11201-5157;
Gas Turbine Controls, 466 Saw Mill River Rd, Ardsley, NY 10502-2112;
Gaskets R Us, 2259 33rd St # 2, Astoria, NY 11105-2424;
Gasper Accardi, 46-07 70th St, Woodside, NY 11377;
Gastonwhite, 171 E 84th St # 9f, New York, NY 10028-2030;
Gastrointestinal Associates, 1991 Marcus Ave # 101, New Hyde Park, NY 11042-2058;
Gate Hotel Jfk Airport, 13226 S Conduit Ave, Jamaica, NY 11430-1505;
Gateway Arms Realty Corp., 285 Saint Marks Pl, Ste 1, Staten Island, NY 10301;
Gateway Demo/Civil Corp., 41 Bethpage Rd, Hicksville, NY 11801-1514;
Gateway School Of New York, 236 2nd Ave, New York, NY 10003;
Gatti Industries Ii Inc, 231 Beach Rd, Staten Island, NY 10312-6202;
Gazebo Contracting Inc., 302 26th Ave,Astoria,NY,11102;
Gbg Usa Inc., 1359 Broadway, Fl 18, New York, NY 10018;
Gccom Cons. Co., In, 12906 18th Ave College Point, NY 11356;
Gcs Computers Inc, 266 W 37th St # 19, New York, NY 10018-6649;
Gcs Software LLC, 266 W 37th St # 19, New York, NY 10018-6649;
Gdc Properties LLC, 245 Saw Mill River Rd, Hawthorne, NY 10532;
Gdhd, 671 Bronx River Rd, Apt 4m, Yonkers, NY 10704;
Gds Development, 12 Vestry Street, 7th Fl, New York, NY 10013;
Gell & Gell, 299 Broadway # 620, New York, NY 10007-1996;
Geller And Company LLC, 909 3rd Ave, Fl 15, New York, NY 10022;
Gem Hotel, 300 W 22nd St, New York, NY 10011-3252;
Gem Quality Corporation, 5620 1st Ave, Brooklyn, NY 11220-2541;
Gemco Restorations, 95 Hopper St, Westbury, NY 11590-4826;
Gemini Security Services, 7 Banes Ct Bronx, NY;
Gem-Quality Corpporation, 5620 1st Ave, Brooklyn, NY 11220-2541;
Gemveto Co Inc, 18 E 48th St # 502, New York, NY 10017-1014;
Gener8 Maritime, Inc., 230 Park Ave, Fl 3, New York, NY 10168;
General Atlantic LLC, 55 E 52nd St, Fl 32, New York, NY 10022;
General Bearing Corp, 44 High St, West Nyack, NY 10994;
General Construction Corp, 295 Pleasant Ave # 1s, New York, NY 10029-1726;
General Electrical Contracting, 515 88th Street New York, NY 11220;
General Fireproof Door Inc, Po Box 740323, Bronx, NY 10474-0006;
General Foundries Inc, 1 Progress Rd, North Brunswick, NJ 08902-4325;
General Human Outreach Inc, 12510 Queens Blvd, Ste 2705, Kew Gardens, NY 11415;
General Refinery, 100 Taft Ave, Hempstead, NY 11550-4819;
General Services Administration (Gsa), 819 Taylor St Rm 12b01, Federal Building 7pma, Fort Worth, Tx 76102-6124;
Generation Ready Inc., 315 W 36th St, Fl 2, New York, NY 10018;
Genesis Architectural, 21514 42nd Ave Bayside, NY 11361;
Genesis Design & Construction, 215 E 95th St # 14k, New York, NY 10128-4082;
Geneva Worldwide Inc, 261 W 35th St # 800, New York, NY 10001-1900;
Gennus Corp, 10750 Guy R Brewer Blvd, Jamaica, NY 11433-2380;
Genpact Limited, 105 Madison Ave, Fl 2, New York, NY 10016;
Genpak LLC, 26 Republic Plz, Middletown, NY 10940;
Genrus Corp, 10750 Guy Brewer Blvd, Jamaica, NY 11433;
Gensler, 1700 Broadway Ste 400, New York, NY 10019-6739;
Gentile Pismeny And Brengal Llp, 1581 Franklin Ave, Mineola, NY 11501;
Genuine Construction, 138 S Columbus Ave, Mt Vernon, NY 10553-1337;
Geodesign Inc, 241 West 30th Street, 5th Floor, New York, NY 10001;
Geodesign Inc., 224 West 35th Street #1100, Suite 302, Newy, NY 10001;
Geoffrey D Menin Pc, 888 7th Ave # 10, New York, NY 10106-1099;
Geomatrix Services Inc, 210 E High St,Bound Brook,NJ,08805;
George A Fuller Co Inc, 115 E Stevens Ave # 1, Valhalla, NY 10595-1270;
George Auto Rental Corp, 283 N Franklin St, Hempstead, NY 11550-1310;
George Breslaw & Sons, 559 W 45th St, New York, NY 10036-3427;
George Little Management, 10 Bank St # 1200, White Plains, NY 10606-1947;

George Weiss Inc, 320 Park Ave # 20, New York, NY 10022-6815;
Geotechnical Engineering Services, P.C., 6 Bayberry Rd, Elmsford, NY 10523-1702;
Geotext Translations Inc, 259 W 30th St # 17, New York, NY 10001-2809;
Geppetto Group, 636 11th Ave # 3, New York, NY 10036-2109;
Gerald & Lawrence Blumberg, 666 3rd Ave # 10, New York, NY 10017-4046;
Gerald Karikari Pc Law Ofc, 84 Bowery # 5f, New York, NY 10013-4608;
Gerald W Lynch Theater At John, 899 10th Ave, New York, NY 10019-1069;
Gerber Life Insurance Company, 1311 Mamaroneck Ave, Ste 350, White Plains, NY 10605;
Gerety Building & Restoration, 5 Linda Ln, Katonah, NY 10536-3337;
Gerindustries Gerindustries, 28 Potter Ave, New Rochelle, NY 10801-2107;
Gerlach Frames Inc, 309 Nassau Ave, Brooklyn, NY 11222-3704;
Gerner Kronick-Valcarcel Archt, 201 E 42nd St # 16, New York, NY 10017-5728;
Gersh Agency NY Inc, 41 Madison Ave # 29, New York, NY 10010-2339;
Gershbaum & Weisz Pc, 192 Lexington Ave # 802, New York, NY 10016-6912;
Gerson Lehrman Group Inc, 60 E 42nd St, Fl 3, New York, NY 10168;
Gersowitz Libo & Korek Pc, 111 Broadway # 1204, New York, NY 10006-3930;
Gerstman LLC, 439 Oak St, Ste 1, Garden City, NY 11530;
Getinge Usa Sales LLC, 45 Barbour Pond Dr,Wayne,NJ,07470;
Getman & Sweeney PLLC, 228 W 137th St, New York, NY 10030-2407;
Gettry Marcus, 1407 Broadway # 40, New York, NY 10018-2352;
Gf55 Partners, 225 W 39th St, New York, NY 10010-6805;
Gfi Capital Resources Group Inc, 140 Broadway Fl 41, New York, NY 10005-1108;
Gfk, 200 Liberty St, Fl 4, New York, NY 10281;
Gfl, 182 Choir Ln, Westbury, NY 11590;
Ghostery Inc., 49 W 23rd St, Fl 7, New York, NY 10010;
Ghwa, 11 Broadway, Rm 1700, New York, NY 10004;
Gi Energy, 1 Penn Plz # 1410, New York, NY 10119-1410;
Giachetti Plumbing, 58 Tiemann Pl, New York, NY 10027;
Gianfia Corp, 179 Brady Ave, Hawthorne, NY 10532-2212;
Giansia New Hampton NY, ;
Giant Magazine, 440 9th Ave, New York, NY 10001-1620;
Giants Engineering, Po Box 311 Babylon, New York, NY 11702;
Gibbons Esposito & Boyce Engrs, 50 Charles Lindbergh Blvd #503, Uniondale, NY 11553-3678;
Gibney Anthony Flaherty Law, 6143 186th St, Fresh Meadows, NY 11365-2710;
Gibney Dance, 890 Broadway, Fl 5, New York, NY 10003;
Gibney, Anthony And Flaherty, 665 5th Ave, Fl 11, New York, NY 10022;
Gibraltar Transmissions, 22402 Merrick Blvd, Laurelton, NY 11413-2023;
Gifts Software Inc, 360 Lexington Ave # 601, New York, NY 10017-6562;
Gig-Werks, 235 W 256th St, Bronx, NY 10471;
Gilbane Building Company, 88 Pine St 27th Floor, New York, NY 10005-1801;
Gil-Bar Industries, 5 W 19th St # 7, New York, NY 10011-4284;
Gilbride Tusa Last & Spellane, 201 E 42nd St # 31, New York, NY 10017-5704;
Gilder Gagnon Howe And Co, 475 10th Ave, Fl 12, New York, NY 10018;
Gillman Consulting Inc, 40 Worth St # 600, New York, NY 10013-2994;
Gilloco Construction Inc, 341 W 24th St # 18h, New York, NY 10011-1540;
Gilmartin Poster & Shafto Llp, 845 3rd Ave # 18, New York, NY 10022-6617;
Gilsanz Murray Stefick Llp, 129 W 27th St # 5, New York, NY 10001-6206;
Gilston Electrical Contracting, 338 E 95th St, New York, NY 10128-5703;
Gin Lane Media, 136 E Broadway # 2, New York, NY 10002-6393;
Giordano Builders, 1340 Baptist Church Rd, Yorktown Heights, NY 10598-5802;
Giorgio Armani Corporation, 114 5th Ave, Fl 17, New York, NY 10011;
Giraldi Media, 47 Murray St # 101, New York, NY 10007-2231;
Girl Be Heard, 20 Jay St, Ste 209, Brooklyn, NY 11201;
Girl Scouts Of The Usa, 420 5th Ave, Fl 9, New York, NY 10018;
Girls Write Now Inc, 520 8th Ave, Rm 2020, New York, NY 10018;
Glacier Films, 135 W 29th St # 302, New York, NY 10001-5187;
Gladding Mcbean, 601 7th St, Lincoln, Ca 95648-1828;

Gladstein Reif & Meginniss, 39 Broadway # 2430, New York, NY 10006-3100;
Glassbox Digital, 234 5th Ave, New York, NY 10001-7607;
Glassesusa LLC, 954 Lexington Ave # 537, New York, NY 10021-5055;
Glen Cove Hospital, 101 Saint Andrews Ln, Glen Cove, NY 11542;
Glen Cove Mansion Hotel-Cnfrnc, 200 Dosoris Ln, Glen Cove, NY 11542-1217;
Glen Head Country Club, 240 Glen Cove Rd, Glen Head, NY 11545-2295;
Glen Oaks Village Owners Inc, 7033 260th St, Glen Oaks, NY 11004;
Glengariff Corp, 141 Dosoris Ln, Glen Cove, NY 11542-1225;
Glenhaven Organization, 1 Glengariff Dr, Glen Cove, NY 11542-1105;
Glenman Construction, 185 Riverdale Ave # 101, Yonkers, NY 10705-5420;
Glenwood Mason Supply Co Inc, 4100 Glenwood Rd, Brooklyn, NY 11210-2025;
Glickman Engineering, 545 8th Ave # 11n, New York, NY 10018-4328;
Glissen Chemical Co Inc, 1321 58th St, Brooklyn, NY 11219-4594;
Glm Security & Sound, 47 Harriet Pl, Lynbrook, NY 11563-2619;
Global Advertising Strategies, 55 Broad St # 19, New York, NY 10004-2598;
Global Bmu LLC, 65 W 36th St # 4, New York, NY 10018-7925;
Global Brands Group, 350 5th Ave, Fl 6, New York, NY 10118;
Global Capital Advisors LLC, 30 River Rd # 12b, New York, NY 10044-1120;
Global Carpet & Upholstery, 8801 Ditmas Ave # 1, Brooklyn, NY 11236-1607;
Global Credit Svc Inc, 250 Park Ave # 7, New York, NY 10177-0799;
Global Deposition Svc Inc, 420 Lexington Ave # 360, New York, NY 10170-0027;
Global Electrical Contracting, 965 Nepperhan Ave, Yonkers, NY 10703-1727;
Global Equipment Company Inc., 11 Harbor Park Dr, Prt Washingtn, NY 11050;
Global Holdings Management Group, 1250 Broadway 38th Fl, 20th Floor, New York, NY 10001;
Global Industries, 255 52nd St, Brooklyn, NY 11220-1714;
Global Kids, Inc., 137 E 25th St, Fl 2, New York, NY 10010;
Global Liquid Markets, 330 7th Ave # 1702, New York, NY 10001-5246;
Global Medical Transcription, 121 Yonkers Ave # A, Yonkers, NY 10701-7263;
Global Pediatrics P C, 1559 York Ave, New York, NY 10028-6001;
Global Sales Ltd, 389 5th Ave # 1200, New York, NY 10016-3349;
Global Sourcing & Design, 1410 Broadway # 2600, New York, NY 10018-5007;
Global Strategy Group LLC, 215 Park Ave S # 15, New York, NY 10003-1612;
Global Technology, 150 E 58th St # 2403, New York, NY 10155-2400;
Global Vision Magazine, 1230 Avenue Of The Americas, New York, NY 10020-1513;
Global Vision Mktng & Design, 1747 47th St, Brooklyn, NY 11204-1228;
Global X Management Co LLC, 600 Lexington Ave # 20, New York, NY 10022-7620;
Glocap, 152 W 57th St # 15, New York, NY 10019-3310;
Gluck+ Architecture, 423 W 127th St Fl 6, New York, NY 10027-2565;
Gluckman Mayner, 250 Hudson St # 306, New York, NY 10013-1457;
Gm Data Communications Inc., 10 Vandewater St, Farmingdale, NY 11735-4015;
Gmj Contracting, 914 Kimball Ave, Bronxville, NY 10708;
Gmp, LLC, 47 Purdy Ave, Ste 2, Port Chester, NY 10573;
Go! New York, 200 Varick St # 600, New York, NY 10014-7012;
Gocard, 73 Spring St, New York, NY 10012-5800;
Godinger Silver Art Co Ltd, 6315 Traffic Ave, Ridgewood, NY 11385-2629;
Godiva Chocolatier Inc, 355 Lexington Ave, Fl 16, New York, NY 10017;
Godosky & Gentile Pc, 100 Wall St # 17, New York, NY 10005-3715;
Godwin Inc, 1110 2nd Ave # 301, New York, NY 10022-2021;
Gogorilla Media, 25 Broadway # 9, New York, NY 10004-1058;
Gogotech, 1407 Broadway # 700, New York, NY 10018-3299;
Goidel & Siegel Llp, 56 W 45th St # 3, New York, NY 10036-4215;
Gold Crest Care Ctr, 2316 Bruner Ave, Bronx, NY 10469-6323;
Gold Service Movers Inc, 95 Virginia Rd, White Plains, NY 10603;
Gold Start Electrical Inc, 12104 101st Ave South Richmond Hill, NY 11419;
Goldberg & Lindenberg Pc, 6 E 45th St # 14, New York, NY 10017-2468;
Goldberg Segalla, 711 3rd Ave, Fl 19, New York, NY 10017;
Goldberg Weprin & Ustin, 1501 Broadway # 22, New York, NY 10036-5686;

Goldberger Co, 36 W 25th St # 17, New York, NY 10010-2706;
Goldcrest Post Productions, 799 Washington St, New York, NY 10014-1540;
Golden Care, 1073 E 92nd St, Brooklyn, NY 11236-3490;
Golden Chocolate Inc, Po Box 88, Hewlett, NY 11557-0088;
Golden Krust Caribbean Bakery Inc., 3958 Park Ave, Bronx, NY 10457;
Golden Oldies Ltd, Po Box 541625, Flushing, NY 11354-7625;
Golden Rothschild Spagnola Pc, 40 Wall St # 28, New York, NY 10005-1486;
Golden Touch Imports, Inc., 500 Fashion Ave, Fl 7a, New York, NY 10018;
Goldengate Nurses, 212 Bradley Ave, Staten Island, NY 10314-5167;
Goldenhearts Elderly Care Services, 232 Betts Ave, Bronx, NY 10473;
Goldfarb & Fleece, 345 Park Ave # 3301, New York, NY 10154-0198;
Goldfarb Abrandt Salzman, 350 5th Ave # 4310, New York, NY 10118-4310;
Goldfarb Properties, 524 North Ave, Ste 500, New Rochelle, NY 10801;
Goldfinger & Lassar Iwyrs, 225 W 34th St # 300, New York, NY 10122-0401;
Goldilocks Films, 19 W 21st St # 1105, New York, NY 10010-6837;
Goldin Capital Management Lp, 350 5th Ave # 4410, New York, NY 10118-4410;
Goldman & Young Group, 545 Madison Ave, New York, NY 10022-4219;
Goldman Copeland Assoc, 229 W 36th St # 7, New York, NY 10018-8927;
Goldstein & Co, 100 Jericho Quadrangle # 220, Jericho, NY 11753-2702;
Goldstein & Greenlaw, 11835 Queens Blvd # 1515, Flushing, NY 11375-7252;
Goldstein & Lee P C, 145 W 57th St # 8, New York, NY 10019-2220;
Goldstein Rikon Rikon, 381 Park Ave S # 901, New York, NY 10016-8827;
Goldstein Siegel-Herman Md Pc, 310 E Shore Rd # 206, Great Neck, NY 11023-2432;
Golenbock Eiseman Assor Bell, 711 3rd Ave # 17, New York, NY 10017-4147;
Golf Club Of Purchase, 10 Country Club Dr, Purchase, NY 10577-1125;
Golf Pro Delivered, 20 Vanderventer Ave # 102, Port Washington, NY 11050-3711;
Golfer Mag, 59 E 72nd St, New York, NY 10021-4123;
Gombert Industries Inc, 117 Brook Avenue Deer Park, NY 11729;
Good Shepherd Services, 305 7th Ave, Fl 9, New York, NY 10001;
Good, 78 S Main St, Spring Valley, NY 10977;
Goodkind Group LLC, 275 Madison Ave # 501, New York, NY 10016-1157;
Goodmart, LLC., 232 Madison Avenue 3rd Floor New York, NY;
Google, 76 9th Ave, Fl 6, New York, NY 10011;
Gorayeb & Assoc, 100 William St # 1900, New York, NY 10038-5017;
Gordon H Smith Corp, 200 Madison Ave # 7, New York, NY 10016-3907;
Gordon Herlands, 355 Lexington Ave # 10, New York, NY 10017-6616;
Gorlick Kravitz & Lishaus Pc, 17 State St # 400, New York, NY 10004-1792;
Goshow Architects, 44 W 28th St # 5f, New York, NY 10001-4212;
Goss & Goss Custom Metal, 4240 Crescent St, Long Island City, NY 11101-4217;
Gotham Co Inc, 75 Maiden Ln # 7, New York, NY 10038-4619;
Gotham Consulting Partners LLC, 444 Madison Ave # 703, New York, NY 10022-6967;
Gotham Hotel, 16 E 46th St, New York, NY 10017-2471;
Gotham Organization, 432 Park Avenue South 2nd Fl, New York, NY 10016;
Gotham Per Diem Inc, 2488 Grand Concourse # 324, Bronx, NY 10458-5205;
Gotham Soccer League, 28 W 39th St # 401, New York, NY 10018-3822;
Gotham Technical Training Corp, 2636 Jackson Ave, Long Island City, NY 11101-2916;
Gotham Yellow LLC, 75 Canal St W, Bronx, NY 10451-6417;
Gotham, 432 Park Ave S, Fl 2, New York, NY 10016;
Gould Paper Corporation, 99 Park Ave, Fl 10, New York, NY 10016;
Gourmet Boutique, L.L.C., 14402 158th St,, Jamaica, NY 11434;
Gouverneur Healthcare Services, 227 Madison St, New York, NY 10002;
Government, 1418 Saint Marks Ave, Brooklyn, NY 11233;
Gowanus Expressway Project, 951 3rd Ave, Brooklyn, NY 11232-2422;
Gpi - Greenman-Pedersen Inc, 325 W Main St, Babylon, NY 11702-3444;
Gpm Lawn Sprinkler Parts, 1104 Jericho Tpke, New Hyde Park, NY 11040-4606;
Grace Community Church, 2839 Route 94, Washingtonvle, NY 10992;
Grace Engineering, 150 E 49th St # 1b, New York, NY 10017-1233;

Grace Industries Inc, 11 Commercial St Plainview, NY 11803;
Grace Institute, 40 Rector St, Fl 14, New York, NY 10006;
Grace Lutheran Pre-School, 400 Hempstead Ave, Malverne, NY 11565;
Grace Plaza Nurse & Rehab Ctr, 15 Saint Pauls Pl, Great Neck, NY 11021-2636;
Grace Plaza Of Great Neck Inc, 15 Saint Pauls Pl, Great Neck, NY 11021;
Gracepoint Gospel Fellowship, 384 New Hempstead Rd, New City, NY 10956;
Graciano Corp, 1873 43rd St, Astoria, NY 11105-1028;
Grade Architects, 180 Varick St # 916, New York, NY 10014-5408;
Gradient, 150 W 28th St # 200, New York, NY 10001-6103;
Grado Labs Inc, 4614 7th Ave # 1, Brooklyn, NY 11220-1499;
Graduate Center Foundation, Inc., 365 5th Ave, New York, NY 10016-4309;
Grady Levkov And Company Inc, 248 W 35th St, Fl 15, New York, NY 10001;
Grady S Cold Brew, 413 Vandervoort Ave, Brooklyn, NY 11222-5313;
Graham Windham, 300 Cadman Plz W, Ste 901, Brooklyn, NY 11201;
Gramercy Cardiac Diagnostic, 131 W 35th St, Fl 7, New York, NY 10001;
Gramercy Group Inc, 3000 Burns Ave Wantagh, NY 11793;
Gramercy Jewelry Mfg Inc, 35 W 45th St # 5, New York, NY 10036-4903;
Gramercy Mri-Diagnostic Rdlgy, 380 2nd Ave # 1, New York, NY 10010-5696;
Gramercy Park Physicians, 10 Union Sq E # 5, New York, NY 10003-3332;
Gramercy Surgery Ctr, 380 2nd Ave # 1000, New York, NY 10010-5631;
Grammercy, 123 Frost St Ste A202, Westbury, NY,11590;
Grand Basket Co Inc, 5306 Grand Ave # 2, Maspeth, NY 11378-3077;
Grand Builder Contracting Inc, 2349 W 13th St, Brooklyn, NY 11223-5638;
Grand Central Neighborhood, 120 E 32nd St, New York, NY 10016-5502;
Grand Hyatt New York, 109 E 42nd St, Fl Lev3, New York, NY 10017;
Grand Manor Nurse & Rehab Ctr, 700 White Plains Rd, Bronx, NY 10473-2634;
Grand Mechanical Corp, 399 Knollwood Rd, White Plains, NY 10603-1931;
Grand Mini Mart, 7205 Grand Ave, Maspeth, NY 11378-1525;
Grand Prix New York, 333 N Bedford Rd # 200, Mt Kisco, NY 10549-1154;
Grand Street Guild Hdfc LLC, 410 Grand St, New York, NY 10002-4770;
Grandma Moses Properties Co, 24 W 57th St # 802, New York, NY 10019-3963;
Granite Construction Northeast Inc, 120 White Plains Rd Ste 310, Tarrytown, NY 10591-5538;
Granoff Walker & Forlenza, 747 3rd Ave # 402, New York, NY 10017-2877;
Grant & Eisenhofer Pa, 485 Lexington Ave # 29, New York, NY 10017-2631;
Graphic Management Partners, 47 Purdy Ave # 2, Port Chester, NY 10573-5043;
Graphic Systems Group, 33 E 17th St # 5, New York, NY 10003-2005;
Graphic Visions Group, 500 8th Ave # 6, New York, NY 10018-4138;
Graphite Metallizing Corp, 1050 Nepperhan Ave, Yonkers, NY 10703;
Graubard Miller, 405 Lexington Ave # 11, New York, NY 10174-1199;
Gravitas Technology, 475 Park Ave # 32, New York, NY 10022-2045;
Gray Krauss, 207 W 25th St # 600, New York, NY 10001-7151;
Graystone Construction Manag, 2810 23rd Ave, Astoria, NY 11105-2775;
Great American Restoration Svc, 4709 30th St # 215, Long Island City, NY 11101-3400;
Great Atlantic Construction Spe LLC, 13682 39th Ave Fl 5, Flushing, NY 11354-5524;
Great Construction & Renovation, 18-44 123rd St,College Point,NY,11356;
Great Eastern Energy, 1515 Sheepshead Bay Rd,Brooklyn, NY 11235;
Great Eastern Maintenance Svc, 2351 Richmond Ter, Staten Island, NY 10302-1116;
Great Eastern Metals, 255 E 2nd St, Mineola, NY 11501-3524;
Great Forest, 2014 5th Ave # 1, New York, NY 10035-1842;
Great Jones Spa, 29 Great Jones St, New York, NY 10012;
Great Neck Medical Group, 488 Great Neck Rd # 300, Great Neck, NY 11021-4308;
Great Neck Obstetrics, 900 Northern Blvd # 220, Great Neck, NY 11021-5302;
Great Neck Saw Mfrs Inc, Po Box 3, Mineola, NY 11501-0003;
Great Small Works Inc, 315 W 86th St # 4e, New York, NY 10024-3108;
Greater Hudson Bank, 360 State Route 17m, Ste 3, Monroe, NY 10950;
Greater New York Mutual Insura, 200 Madison Ave, Fl 3, New York, NY 10016;
Greater NY Endoscopy Surgical, 2211 Emmons Ave # A, Brooklyn, NY 11235-8616;

Greater Ridgewood Youth Council, 5903 Summerfield St, Ridgewood, NY 11385;
Greater Talent Network Inc, 437 5th Ave # 8a, New York, NY 10016-2205;
Greater Than One Inc, 395 Hudson St # 401, New York, NY 10014-3692;
Greco Roman Design Corp, 2416 40th Ave, Long Island City, NY 11101-3930;
Greeley & Hansen Engineers, 115 Broadway # 13th, New York, NY 10006-1604;
Green Asphalt, 3798 Railroad Ave, Long Island City, NY 11101-2033;
Green Builders Group NY Corp., 110-01 101st Avene, New York, NY 11419;
Green Chimneys Childrens Services Inc., Po Box 719,, Brewster, NY 10509;
Green Field Construction Group, 333 W 39th St # 303, New York, NY 10018-1384;
Green Island Group Corp., 45 Knickerbocker Ave Ste 7, Bohemia, NY 11716-3119;
Green Key Temp LLC, 136 Madison Ave # 7, New York, NY 10016-6794;
Green NY Corp, 1 Hollow Ln New Hyde Park, NY 11042;
Green Pro Cleaning Mntnc Inc, 244 5th Ave, New York, NY 10001-7604;
Greenacres Press Inc, 1 Greenacres Way, White Plains, NY 10606-3123;
Greenberg Kirshenbaum Inc, 1133 Broadway, Ste 1204, New York, NY 10001;
Greenberg Trager & Herbst, 767 3rd Ave # 12, New York, NY 10017-9021;
Greenburgh 11 Union Free School District, Po Box 501,, Dobbs Ferry, NY 10522;
Greenburgh Health Ctr, 295 Knollwood Rd, White Plains, NY 10607-1456;
Greencard Pictures LLC, 678 Broadway # 3, New York, NY 10012-2314;
Greenfield Industries, Inc., 99 Doxsee Dr, Freeport, NY 11520;
Greenfield Stein & Senior, 600 3rd Ave # 11, New York, NY 10016-1922;
Greenman Pedersen Inc., 325 W Main St Babylon, NY 11702;
Greenstein & Millbauer Llp, 1825 Park Ave, New York, NY 10035-1641;
Greenway Products & Svc LLC, 1111 Gould St, New Hyde Park, NY 11040-4065;
Greenwich House, 224 W 30th St # 302, New York, NY 10001-4936;
Greg Beeche Logistic LLC, 34 E 39th St # 34b, New York, NY 10016-2563;
Gregory Hotel New York, 42 W 35th St, New York, NY 10001-2222;
Gregory M Longworth & Assoc, 111 John St # 640, New York, NY 10038-3124;
Gregory P Joseph Law Ofc LLC, 485 Lexington Ave # 30, New York, NY 10017-2635;
Grenadier Corp, 1590 E 233rd St, Bronx, NY 10466-3385;
Gretel Inc, 3 W 18th St # 7, New York, NY 10011-4660;
Grey & Grey LLC, 360 Main St, Farmingdale, NY 11735-3592;
Greymart Metal Co, 974 Meeker Ave, Brooklyn, NY 11222-3816;
Greystar, 300 Park Ave, Fl 12, New York, NY 10022;
Greystone And Co, Inc., 152 W 57th St, Fl 60, New York, NY 10019;
Gridspan Corporation, 120 Jersey Av,New Brunswick,NJ,08901;
Griffin Dewatering N.E., LLC, 72 Essex St Ste 4, Lodi, NJ 07644-2000;
Griffon Associates, 570 Taxter Rd # 6, Elmsford, NY 10523-2311;
Grimm Artisanal Ales, 990 Metropolitan Ave, Brooklyn, NY 11211-2607;
Grimshaw Architect Pc, 637 W 27th St, Fl 9, New York, NY 10001;
Grindstone Brewing Co LLC, 200 W 79th St # 16p, New York, NY 10024-6218;
Grok, 20 W 22nd St # 400, New York, NY 10010-5871;
Grosvenor Realty Group LLC, 13347 Sanford Ave Ste C1e, Flushing, NY 11355-5870;
Groton Partners, 640 5th Ave # 17, New York, NY 10019-6102;
Grotto Plumbing, 523 Commerce St, Hawthorne, NY 10532-1351;
Groundwater Press Assoc, 67 Edgewood Rd, Port Washington, NY 11050-1530;
Group Health Dental, 230 W 41st St, Fl 2, New York, NY 10036;
Group Iii Inc, 41 W 25th St # 7, New York, NY 10010-2048;
Group J Inc, 600 Hicksville Rd, Bethpage, NY 11714-3453;
Groupm Worldwide, Inc., 175 Greenwich St, Fl 16, New York, NY 10007;
Grove Press Editorial Pblcty, 841 Broadway # 4, New York, NY 10003-4793;
Grownyc, 100 Gold St, New York, NY 10038;
Growth Products LLC, 690 N Broadway # 100, White Plains, NY 10603-2416;
Grp Financial Services, 445 Hamilton Ave, Ste 800, White Plains, NY 10601;
Gruber Palumberi Fried Raffale, 7 Penn Plz # 310, New York, NY 10001-0032;
Gruzen Samton Llp, 320 W 13th St # 9, New York, NY 10014-1264;
Gryphon Construction, 17 West 17th Street,New York,NY,10011;

Gs Humane Corp, 11 Park Pl Ste 1008, New York, NY 10007-2851;
Gse Worldwide, 276 5th Ave # 711, New York, NY 10001-4509;
Gsi Systems, 250 W 26th St # 201, New York, NY 10001-6737;
Gtl Construction LLC, 1241 Mamaroneck Ave, White Plains, NY 10605-5201;
Gts Construction Corp, 37 Bethpage Rd Hicksville, NY 11801;
Gtx Construction Associates, Corp., 80 Henry St, Freeport, NY 11520;
Guaranteed Home Impro, 500 Old Bethpage Rd, Plainview, NY 11803-5826;
Guard Management Svc Co, 11 Penn Plz # 110, New York, NY 10001-2020;
Guardian Consulting Svc Inc, 3333 New Hyde Park Rd # 202, New Hyde Park, NY 11042-1205;
Guardian Life, 7 Hanover Sq, Fl 14, New York, NY 10004;
Guardian Service Industries, 55 Water St, Lbby, New York, NY 10041;
Guardsman Elevators, 284 E 150th St, Bronx, NY 10451-5102;
Guardsman, 3 Creekview Dr, Thiells, NY 10984;
Guercio & Guercio Law Offices, 77 Conklin St, Farmingdale, NY 11735-2502;
Guggenheim Partners, 330 Madison Ave, Rm 201, New York, NY 10017;
Guidepoint Global, LLC, 675 Avenue Of The Americas, Fl 2, New York, NY 10010;
Guilford Publications Inc, 370 7th Ave # 1200, New York, NY 10001-1020;
Gulotta Law Group LLC, 1430 Broadway # 400, New York, NY 10018-9232;
Gungho Associates Inc, 145 Main St, Port Washington, NY 11050-3239;
Gupton Marrs, 245 Park Ave # 39, New York, NY 10167-4000;
Gurri Inc, 150 E 58th St # 1000, New York, NY 10155-1001;
Gusrae Kaplan Bruno Nusbaum, 120 Wall St # 25, New York, NY 10005-4016;
Gust, 188 Grand St # 3, New York, NY 10013-3752;
Gustav Restoration LLC, 1960 45th St, Astoria, NY 11105-1117;
Guth Deconzo Consulting Eng, 242 W 30th St # 303, New York, NY 10001-0397;
Gutman Mintz Baker-Sonnenfeld, 813 Jericho Tpke, New Hyde Park, NY 11040-4609;
Guy Brewer Dialysis Ctr, 11801 Guy R Brewer Blvd, Jamaica, NY 11434-2101;
Guy Nordenson & Assoc, 225 Varick St # 6, New York, NY 10014-4388;
Gwathmey Siegel Kaufman-Assoc, 79 5th Ave # 18, New York, NY 10003-3075;
Gwec Leasing Corp, 3000 Burns Ave, Wantagh, NY 11793-3202;
Gwertzman Lefkowitz Smith, 14 Wall St # 3d, New York, NY 10005-2141;
Gwy, 4302 60th St, Woodside, NY 11377;
Gyro New York, 31 W 27th St # 11, New York, NY 10001-6914;
Gza Geo Environmental Of NY, 104 W 29th St Fl 10, New York, NY 10001-5310;
H & E Equipment, 1493 Church St Unit A Holbrook, NY 11741;
H & L Contracting LLC, 38 Homan Ave Bay Shore, NY 11706;
H And M Hennes And Mauritz L. P., 215 Park Ave S, Fl 15, New York, NY 10003;
H Architecture, 307 5th Ave Fl 11, New York, NY 10016-6517;
H Brothers The Wash, 80 Brambach Rd, Scarsdale, NY 10583-5203;
H F Management Svc LLC, 100 Church St # 17, New York, NY 10007-2607;
H J Kalikow & Co LLC, 101 Park Ave # 2500, New York, NY 10178-0075;
H Klein & Sons Inc, 95 Searing Ave # 2, Mineola, NY 11501-3046;
H L Large Corp, 135 Michael Dr, Syosset, NY 11791-5385;
H M Hughes Co Inc, 323 E 65th St, New York, NY 10065-6792;
H R Sourcing Solutions, 340 E 93rd St # 11k, New York, NY 10128-5550;
H. Davis Associates Inc., 143 W 27th St, Apt 2f, New York, NY 10001;
Haber Group, 29 W 36th St # 1100, New York, NY 10018-7918;
Habib American Bank, 99 Madison Ave, Frnt A, New York, NY 10016;
Hach & Rose Llp, 112 Madison Ave # 10, New York, NY 10016-7416;
Hagedorn Communications, 20 W 22nd St # 906, New York, NY 10010-5862;
Hahn & Hessen Llp, 488 Madison Ave # 14, New York, NY 10022-5717;
Hailey Development Group, 236 5th Ave # 11b, New York, NY 10001-7946;
Hain Celestial, 1111 Marcus Ave, Ste 100, New Hyde Park, NY 11042;
Haitian Centers Council Inc, 123 Linden Blvd, Ste 103, Brooklyn, NY 11226;
Hakim Organization, 3 W 57th Street 7th Floor, New York, NY 10019;
Haks, 40 Wall St, Fl 11, New York, NY 10005;
Hal, 50 Prospect Ave, Tarrytown, NY 10591;

Halcyon Business Publications Inc, 400 Post Ave, Ste 304, Westbury, NY 11590;
Halcyon Construction Corp, 65 Marble Ave, Pleasantville, NY 10570-2920;
Haley & Aldrich Of New York, 11 Pennsylvania Plaza, New York, NY 10001;
Hall And Partners Usa LLC, 711 3rd Ave, Fl 19, New York, NY 10017;
Halmar Construction, 421 E Route 59 Nanuet, NY 10954;
Halo Media LLC, 153 W 27th St # 500, New York, NY 10001-6385;
Halperin Battaglia Raicht Llp, 40 Wall St # 37, New York, NY 10005-1381;
Halstead Quinn Propane, Inc, 33 Hubbels Dr, Mount Kisco, NY 10549;
Halstead, 499 Park Ave, Fl 14, New York, NY 10022;
Hamilton Madison House, 253 South St # 2, New York, NY 10002-7827;
Hammill Obrien Croutier, 6851 Jericho Tpke # 250, Syosset, NY 11791-4455;
Hampden Engineering Corporation, 99 Shaker Road Box 563, East Longmeadow, Ma 01028;
Hampshire Country Club, 1025 Cove Rd, Mamaroneck, NY 10543-4398;
Hampshire Hotels Mgmt LLC, 200 W 55th St # 5, New York, NY 10019-5200;
Hampshire House, 150 Central Park S, New York, NY 10019-1566;
Hampton Popcorn Co, 110 Corporate Park Dr # 115, White Plains, NY 10604-3807;
Hampton Sheet Magazine, 370 E 76th St # C1206, New York, NY 10021-0285;
Hanac Inc, 2740 Hoyt Ave S, Ofc, Astoria, NY 11102;
Hancock Law Firm, 535 5th Ave # 611, New York, NY 10017-8016;
Hand Baldachin & Amburgey Llp, 8 W 40th St # 12, New York, NY 10018-2307;
Hand Held Films, 129 W 27th St # 1, New York, NY 10001-6206;
Handel Architects Llp, 120 Broadway # 660, New York, NY 10271-0027;
Hannum Feretic Prendergast And Merlino,, 1 Exchange Plz, Ste 202, New York, NY 10006;
Han-Padron Assoc Llp, 22 Cortlandt St # 31, New York, NY 10007-3142;
Hanweck Associates, 30 Broad St # 42, New York, NY 10004-2910;
Har Maspeth Corp, 4428 55th Ave, Flushing, NY 11378-1042;
Hara Partners, 135 W 36th St # 14, New York, NY 10018-7271;
Harbor Child Care, 999 Herricks Rd, Ste 5, New Hyde Park, NY 11040;
Harbor Seafood, 969 Lakeville Rd, New Hyde Park, NY 11040;
Harbour Mechanical Corp, 230 W 17th St Fl7 New York, NY 10011;
Harco Construction, 511 Canal St # 6, New York, NY 10013-1301;
Hardesty & Hanover Llp, 135 Pinelawn Rd, Suite 204 North, Melville, NY 11747-3198;
Hardscrabble Cider, 130 Hardscrabble Rd, North Salem, NY 10560-1018;
Hargraves Mcconnell & Costigan, 230 Park Ave # 630, New York, NY 10169-0936;
Harlem Children's Zone, Inc., 35 E 125th St, New York, NY 10035;
Harlem Commonwealth Council, 361 W 125th St, Rm 400, New York, NY 10027;
Harlem East Life, 2369 2nd Ave, New York, NY 10035-3108;
Harlem Health Ctr, 133 Morningside Ave, New York, NY 10027-4802;
Harlequin Magazines Inc, 195 Broadway # 24, New York, NY 10007-3189;
Harm Reduction Coalition, 22 W 27th St, Fl 5, New York, NY 10001;
Harman Contracting Inc, 701 Ocean View Ave Brooklyn, NY 11235;
Harmon Ophthalmology, 205 E 64th St # 101, New York, NY 10065-6673;
Harmony Services Inc, 3820 14th Ave, Brooklyn, NY 11218-3610;
Harold Ober Assoc Inc, 630 9th Ave # 1101, New York, NY 10036-3743;
Harper Collins Publisher, 10 E 53rd St, Fl 12b, New York, NY 10022;
Harpers Magazine, 666 Broadway # 11, New York, NY 10012-2394;
Harriet Campell Inc, 216 E 75th St, New York, NY 10021-2921;
Harris Miller Miller & Hanson, 15 New England Executive Park, Burlington, Ma 01803;
Harrison And Star LLC, 16 W 22nd St, Fl 8, New York, NY 10010;
Harrison New York Real Estate, 25 Purdy Ave, Rye, NY 10580-2941;
Harry Brainum, 855 E 140th St, Bronx, NY 10454-1931;
Harry Joseph & Assoc, Po Box 20993, New York, NY 10025-0016;
Harry Walker Agency Inc, 355 Lexington Ave # 21, New York, NY 10017-6603;
Hart Howerton, 10 E 40th St # 39, New York, NY 10016-0301;
Hartsdale Imaging, 141 S Central Ave # 103, Hartsdale, NY 10530-2340;
Hartsdale Medical Group Div, 180 E Hartsdale Ave # 1e, Hartsdale, NY 10530-3500;
Hartwell Industries, 1 Liberty Plz, # 35, New York, NY 10006;

Harvard Club Of NY City, 27 W 44th St, New York, NY 10036-6645;
Harvard Maintenance Inc, 250 Broadway, New York, NY 10007-2516;
Hasc Center, 5601 1st Ave, Brooklyn, NY 11220;
Hasc Dandt Center, 1221 E 14th St, Brooklyn, NY 11230;
Hatch Mott Macdonald, 475 Park Ave S, New York, NY 10016-6901;
Hatchet Design Build, 628 Grand Ave, Brooklyn, NY 11238-4100;
Haug Partners Llp, 745 5th Ave, Fl 10, New York, NY 10022;
Hauser Communications, 700 Park Ave # 8-2, New York, NY 10021-0104;
Haven Caldwell Md, 2 Longview Ave # 300, White Plains, NY 10601-5012;
Haven Rooftop @ The Sanctuary, 132 W 47th St, New York, NY 10036-1502;
Haver Analytics Inc, 60 E 42nd St # 3310, New York, NY 10165-3300;
Havkins Rosenfeld Ritzert, 1 Battery Park # 6, New York, NY 10004-1412;
Hawk Drilling Co Inc, 8 W 40th St # 5, New York, NY 10018-2277;
Hawkins International, 119 W 23rd St # 600, New York, NY 10011-6356;
Haworth Coleman & Gerstman LLC, 45 Broadway # 2110, New York, NY 10006-3776;
Hayes Pump Inc., 66 Old Powder Mill Rd,Concord,Ma,01742;
Haym Solomon Nursing Home, 2340 Cropsey Ave, Brooklyn, NY 11214-5706;
Haymarket Media, Inc., 275 7th Ave, Fl 10, New York, NY 10001;
Hayward Finesse Lic, 33 E 33rd St # 12, New York, NY 10016-5362;
Hazel Tree Fund Svc, 150 W 30th St # 18, New York, NY 10001-4119;
Hazen & Sawyer Corp Hq, 498 Seventh Ave Fl 11, New York, NY 10018-6761;
Hbc Company Inc, 131 Washington St Lodi, NJ 07644;
Hca In Medicine, 65 Columbus Ave, Staten Island, NY 10304;
Hdr (Henningson Durham & Richardson), 711 Westchester Ave, White Plains, NY 10604-3504;
Hdr Inc, 500 Fashion Ave Fl 15, New York, NY 10018-4502;
Hdr, 16 Corporate Woods Blvd, Albany, NY 12211-2527;
Headcquarter Mechanical Inc, 1411 39th St, Brooklyn, NY 11218-3617;
Health & Educational Equipment Corp, 1493 Church St Holbrook, NY 11741;
Health Care Chaplaincy Inc, 505 8th Ave # 900, New York, NY 10018-4546;
Health Care Navigator, 4 W Red Oak Ln, Ste 201, White Plains, NY 10604;
Health Care, 2833 W 29th St, Brooklyn, NY 11224;
Health First Inc, 100 Church St # 17, New York, NY 10007-2607;
Health Insurance Plan-Greater, 3175 23rd St, Astoria, NY 11106-4134;
Health Plan Of America, 698 Ralph Ave, Apt 4g, Brooklyn, NY 11212;
Health Plus Management, LLC, 50 Charles Lindbergh Blvd, Ste 103, Uniondale, NY 11553;
Health Products Corp, 1060 Nepperhan Ave, Yonkers, NY 10703-1432;
Health Resources Optimization, 1981 Marcus Ave # C103, New Hyde Park, NY 11042-2027;
Health Science Ctr-Cont Med Ed, 488 Madison Ave # 5, New York, NY 10022-5727;
Health Watch Lifeline Inc, 400 Lake Ave, Staten Island, NY 10303-2629;
Healthcare 21 Communications, 215 Park Ave S # 16, New York, NY 10003-1627;
Healthcare Associates In, 1099 Targee St, Staten Island, NY 10304-4310;
Healthcare Choices, NY, Inc., 6209 16th Ave,, Brooklyn, NY 11204;
Healthcare Partners New York, 501 Franklin Ave # 300, Garden City, NY 11530-5807;
Healthfirst, 100 Church St, Fl 17, New York, NY 10007;
Healthi Nation, 35 E 21st St # 600, New York, NY 10010-6212;
Healthpass, 61 Broadway, Rm 2705, New York, NY 10006;
Healthplex Inc, 333 Earle Ovington Blvd # 300, Uniondale, NY 11553-3608;
Healthwise Associates,LLC, 171 Senator St, Brooklyn, NY 11220;
Hearst Corp, 300 E 5th St, New York, NY 10003-8803;
Hearst Holdings Inc, 300 W 57th St, Fl 32, New York, NY 10019;
Heart Of Chelsea Animal Hosp, 257 W 18th St, New York, NY 10011-4525;
Heartbeat Experts, 415 Madison Ave # 14, New York, NY 10017-7935;
Heartland Brewery LLC, 222 W Houston St, New York, NY 10014;
Heartshare Human Services Of New York, 12 Metrotech Ctr, Fl 29, Brooklyn, NY 11201;
Heartwood Corp, 2958 Merrick Rd, Bellmore, NY 11710-5760;
Heathcote Medical Assoc, 600 Mamaroneck Ave # 200, Harrison, NY 10528-1635;
Heatherwick Studio, 356-364 Gray's Inn Road, London, Uk Wc1x8bh;

Heatherwood, 58 Vanderbilt Motor Pkwy, Suite 100, Commack, NY 11725;
Heavy Construction Co, 138013 Springfield Blvd Queens, NY 11413;
Heavy Construction Company, 14020 Springfield Blvd, Springfield Gardens, NY 11413-2669;
Hebrew Home, 5901 Palisade Ave, Bronx, NY 10471;
Hecht Kleeger & Damashek Pc, 19 W 44th St # 1500, New York, NY 10036-6101;
Hefti, 29 Portman Rd, New Rochelle, NY 10801-2104;
Heiberger & Assoc Pc, 589 8th Ave # 10, New York, NY 10018-3068;
Heights Woodworking, 51 9th St, Brooklyn, NY 11215-3108;
Heineken Usa Incorporated, 360 Hamilton Ave, Ste 1103, White Plains, NY 10601;
Heinemann Murk-Hein Md Office, 1275 York Ave, New York, NY 10065-6007;
Helbraun Levey, 110 William St # 1410, New York, NY 10038-3911;
Helen Hayes Hospital, 51 N Route 9w, W Haverstraw, NY 10993;
Helen Keller Svc, 180 Livingston St # 1, Brooklyn, NY 11201-5861;
Helene Fuld College Of Nursing, 1879 Madison Ave, New York, NY 10035-2709;
Hellenic Times Scholarship Fnd, 823 11th Ave, New York, NY 10019-3557;
Heller Horowitz & Feit, 260 Madison Ave # 17, New York, NY 10016-2410;
Hellman Construction, 79 Watermill Ln Great Neck, NY 11021;
Hellman Electric Corporation, 15121 6th Rd,Whitestone,NY,11357;
Help Homeless Svc Corp, 115 E 13th St, New York, NY 10003-5305;
Help Support Ctr, 1 Wards Is # 8, New York, NY 10035-6002;
Help Usa, 115 E 13th St, New York, NY 10003;
Help/Psi Inc, 248 W 35th St # 8, New York, NY 10001-2516;
Helwig Henderson Lamagna-Gray, 6800 Jericho Tpke # 202e, Syosset, NY 11791-4439;
Hematology Oncology Assoc, 1660 E 14th St # 401, Brooklyn, NY 11229-1112;
Hempstead Golf Club Inc, 60 Front St, Hempstead, NY 11550-3696;
Hempstead Highway Dept, 350 Front St, Hempstead, NY 11550-4040;
Hempstead Public Library, 115 James A Garner Way, Hempstead, NY 11550;
Hempstead Public Schools, 185 Peninsula Blvd, Hempstead, NY 11550;
Hempstead Turnpike Dental Supl, 221 Hempstead Tpke, West Hempstead, NY 11552-1541;
Henegan Construction Company, Inc., 250 W 30th St New York, NY 10001;
Henick Lane Inc, 4539 Davis St, Long Island City, NY 11101-4305;
Henry B Hucles Nursing Home, 835 Herkimer St, Brooklyn, NY 11233-3031;
Henry J Carter Spclty Hosptl And Nursing, 1752 Park Ave, New York, NY 10035;
Henry Street Settlement, 265 Henry St, New York, NY 10002;
Herald Square Dental & Denture, 224 W 35th St # 16, New York, NY 10001-2529;
Herald Square Hotel, 19 W 31st St, New York, NY 10001-4402;
Herbert Construction Co Inc, 40 E 14th St, New York, NY 10003-4139;
Herbert Selzer Law Office, 505 Park Ave # 8, New York, NY 10022-1106;
Herbert Smith Freehills NY, 450 Lexington Ave, Rm 1400, New York, NY 10017;
Herbs Towing Svc, 20 Lakeview Ave, Rockville Centre, NY 11570-3534;
Heritage Equity Partners, 711 5th Ave Fl 16, New York, NY 10022-3111;
Heritage Hotel New York City, 18 W 25th St, New York, NY 10010-2703;
Herrick, Feinstein Llp, 2 Park Ave, Fl 20, New York, NY 10016;
Hershels, 4702 2nd Ave, Brooklyn, NY 11232-4219;
Hertz Electric LLC., 118 Philip Ave,Elmwood Park,NJ,07407;
Hertz Herson & Co Llp, 477 Madison Ave # 10, New York, NY 10022-5841;
Hesa Brokerage Inc, 54 Murdock Rd, Lynbrook, NY 11563;
Heso Electrical Inc, 1910 Hazen St # B, East Elmhurst, NY 11370-5704;
Hetrick Martin Institute Inc, 2 Astor Pl # 3, New York, NY 10003-6998;
Hewlett Oil Svc Inc, 3555 Hargale Rd, Oceanside, NY 11572-5821;
Hewlett Radiology Ctr, 227 Franklin Ave, Hewlett, NY 11557-1902;
Hexagon Construction & Electrical Group, Inc., 2386 Bqe West Suite 202 Astoria, NY 11103;
Hga Quest, 439 Oak St, Garden City, NY 11530-6453;
Hhcs Inc, 1311 Mamaroneck Ave, Ste 340, White Plains, NY 10605;
Hibu, 90 Merrick Ave, Ste 530, East Meadow, NY 11554;
Hicksville Machine Works Corp, 761 S Broadway, Hicksville, NY 11801-5098;
Hidamari Engineering Services Pc, 33-70 Prince Street Suite 702, Flushing, NY 11354;

High Concrete Group LLC, 125 Denver Rd Denver, Pa 17517;
High Field Gardens, 199 Community Dr, Great Neck, NY 11021-5502;
High Line Hotel, 180 10th Ave, New York, NY 10011-4707;
High Quality Video Inc, 12 W 27th St # 7, New York, NY 10001-6903;
High Ridge House, 5959 Independence Ave, Bronx, NY 10471;
High Rise Fire, 144 21st St, Brooklyn, NY 11232;
High Volt Electric Corp. Of America, 24-44 82nd St East Elmhurst, NY 11370;
Highbridge Capital Management, LLC, 9 W 57th St, Fl 27, New York, NY 10019;
Highland Associates, 1 E 33rd St # 12, New York, NY 10016-5011;
Highland Care Ctr, 9131 175th St, Jamaica, NY 11432-5517;
Highline Stages, 440 W 15th St, New York, NY 10011-7002;
Hill & Moin Llp, 2 Wall St # 301, New York, NY 10005-2040;
Hill Betts & Nash Llp, 14 Wall St # 5h, New York, NY 10005-2140;
Hill International, 1 Penn Plz Ste 3415, New York, NY 10119-3415;
Hill Street Residence, 21 Hill St, Brooklyn, NY 11208-3195;
Hill West Architects, 11 Broadway Rm 1700, New York, NY 10004-1311;
Hillcrest Radiology Assoc Pc, 8015 164th St # 1, Jamaica, NY 11432-1123;
Hiller Pc, 641 Lexington Ave # 29, New York, NY 10022-4503;
Hillside Internal & Geriatrics, Po Box 466, New Hyde Park, NY 11040-0466;
Hillside Manor, 18215 Hillside Ave, Jamaica, NY 11432-4853;
Hilt Construction Inc., 120 Old Camplain Rd Hillsborough, NJ 08844;
Hilton Inn Corporate Office Headquarters, 7930 Jones Branch Dr, Mc Lean, Va 22102-3388;
Hima Group, 29 Hoffman Rd New Hyde Park, NY 11040;
Himmelstein Mcconnell Gribben, 15 Maiden Ln # 17, New York, NY 10038-4040;
Hines, 345 Hudson St Fl 12, New York, NY 10014-7114;
Hirani Engineering-Land, 120 W John St, Hicksville, NY 11801-1020;
Hire Counsel, 360 Lexington Ave # 1100, New York, NY 10017-6556;
Hirschen Singer Epstein, 902 Broadway # 13, New York, NY 10010-6033;
Hiscox Inc., 520 Madison Ave, Rm 3200, New York, NY 10022;
Hispanic Counseling Center, 344 Fulton Ave, Hempstead, NY 11550;
Hispanic Federation, 55 Exchange Pl, Ste 500, New York, NY 10005;
Historic Hudson Valley, 639 Bedford Rd, Tarrytown, NY 10591;
History Channel, 235 E 45th St # 9, New York, NY 10017-3354;
Hitachi America Ltd, 50 Prospect Ave, Tarrytown, NY 10591;
Hi-Tech Air Conditioning Service, 60 Otis St,Wellsville,NY,12569;
Hi-Tech Metals Inc, 5920 56th Ave, Maspeth, NY 11378-2325;
Hitek Building Renovations, 895 Franklin Ave Valley Stream, NY 11580;
Hi-Tek Data Corp, 6901 Jericho Tpke # 107, Syosset, NY 11791-4447;
Hitemco Inc, 160 Bethpage Sweet Hollow Rd, Old Bethpage, NY 11804-1315;
Hiv Bureau, 200 County Seat Dr, Mineola, NY 11501-4807;
Hi-Way Safety Systems, Inc. New York, NY, ;
Hjt & More Ink, 1415 Nostrand Ave, Brooklyn, NY 11226-3503;
Hlw International Llp, 115 5th Ave, New York, NY 10003-1004;
Hmla Group Inc, 120 S 8th St, New Hyde Park, NY 11040-4853;
Hms Productions Inc, 250 W 39th St # 12, New York, NY 10018-8215;
Hntb Corporation, 5 Penn Plz Fl 6, New York, NY 10001-1838;
Hntb Engineers Architects Pc, 350 5th Ave # 7, New York, NY 10118-0110;
Hny Ferry LLC, 110 Wall St, Fl 5, New York, NY 10005;
Hobbs Inc, 115 Birchall Dr, Scarsdale, NY 10583-4504;
Hoberman Lesser, 252 W 37th St # 600, New York, NY 10018-6757;
Hoffinger Firm, 150 E 58th St # 1600, New York, NY 10155-1604;
Hoffman & Roth Llp, 325 Broadway # 502, New York, NY 10007-3647;
Hoffmann & Baron Llp, 6900 Jericho Tpke # 200, Syosset, NY 11791-4499;
Hofheimer Gartlir & Gross Llp, 530 5th Ave # 9, New York, NY 10036-5115;
Hofmann & Schweitzer, 212 W 35th St # 12, New York, NY 10001-2508;
Hogg Robinson Usa LLC, 16 E 34th St, Fl 3, New York, NY 10016;
Hok Inc, 1065 Avenue Of The Americas #6, New York, NY 10018-0829;

Holbrook Pipe Supply Inc, 790 Grundy Ave, Holbrook, NY 11741-2606;
Holiday House Inc, 50 Broad St # 301, New York, NY 10004-1103;
Holland And Knight Llp, 31 W 52nd St, Fl 14, New York, NY 10019;
Hollow Brook Golf Club, 1060 Oregon Rd, Cortlandt Manor, NY 10567-1123;
Hollwich Kushner Architecture (Hwkn), 281 5th Ave, New York, NY 10016-6513;
Holm & Drath, 950 3rd Ave # 3101, New York, NY 10022-2768;
Holm Ohara Llp, 3 W 35th St # 9, New York, NY 10001-2204;
Holt Construction, 875 Avenue Of The Americas, Rm 1101, New York, NY 10001;
Holwell Shuster And Goldberg, Llp, 425 Lexington Ave, Fl 14, New York, NY 10017;
Holy Comforter Field Home, 2300 Catherine St, Cortlandt Manor, NY 10567-7231;
Holyoke Fittings Inc, 850 Stanley Ave, Brooklyn, NY 11208-5226;
Home Abstract Corp, 8225 3rd Ave, Brooklyn, NY 11209-4401;
Home Depot, 900 Lydig Ave, Apt 6e, Bronx, NY 10462;
Home For The Aged Blind, 75 Stratton St, Yonkers, NY 10701-5828;
Home Helpers Of Westchester, 50 Hamilton St, Ste 4, Dobbs Ferry, NY 10522;
Homeland Movers, 2124 Mill Ave # 1, Brooklyn, NY 11234-6335;
Homeric Contracting Company, 13730 Rockaway Blvd Jamaica, NY 11436;
Homesite Insurance, 477 Old Tarrytown Rd, White Plains, NY 10603;
Homestead Editorial Inc, 48 W 25th St # 9, New York, NY 10010-2784;
Hometeam Technologies Inc, 71 W 23rd St, Fl 2, New York, NY 10010;
Honey Construction NY Inc, 13516 124th St,,Jamaica,NY;
Honolulu Magazine, 40 W 37th St # 704, New York, NY 10018-7339;
Honor Construction Inc, 65 Catherine St, New York, NY 10038-1307;
Honors Bridge Ctr, 133 E 58th St # 14, New York, NY 10022-1258;
Hooligan, 345 7th Ave # 22, New York, NY 10001-5032;
Hope Center, 2 Park Ave, Yonkers, NY 10703-3402;
Hope Community Inc, 177 E 104th St, New York, NY 10029-4914;
Hopeton Care, 1676 61st St, Brooklyn, NY 11204;
Hopkins Center Nursing Ctr, 155 Dean St, Brooklyn, NY 11217-2213;
Hopp Co Inc, 815 2nd Ave, New Hyde Park, NY 11040-4869;
Hopson Development Holdings, 131 East 47 Street, New York, NY 10017;
Horace Mann School, 231 W 246th St, Bronx, NY 10471;
Horing Welikson-Rosen Law Firm, 11 Hillside Ave, Williston Park, NY 11596-2303;
Horizon Care Ctr, 6411 Beach Channel Dr, Far Rockaway, NY 11692-1494;
Horizon Engineering, 30 Broad St # 1500, New York, NY 10004-2969;
Horizon Healthcare Staffing, 20 Jerusalem Ave # 301, Hicksville, NY 11801-4938;
Horowitz & Ullman, 232 Madison Ave # 1200, New York, NY 10016-2928;
Horse Power Electric, 4101 1st Ave, Brooklyn, NY 11232-3329;
Hoskie Trading Inc, 132 Harrison Pl, Brooklyn, NY 11237-1522;
Hospice Of New York, 3030 47th Ave # 410, Long Island City, NY 11101-3442;
Hospital For Joint Diseases, 380 2nd Ave # 6, New York, NY 10010-5635;
Hospital For Special Surgery, 535 E 70th St, New York, NY 10021;
Hospital, 3196 Richmond Ter, Staten Island, NY 10303;
Hospitality Design, 770 Broadway, New York, NY 10003-9522;
Hospitality Ebusiness, 1 Penn Plz # 48, New York, NY 10119-4899;
H-O-T Drill Screws, 241 Merrick Rd, Lynbrook, NY 11563-2626;
Hotel @ New York City, 161 Lexington Ave, New York, NY 10016-7305;
Hotel @ Times Square, 59 W 46th St, New York, NY 10036-4120;
Hotel 50 Bowery, 50 Bowery, New York, NY 10013-4801;
Hotel At 5th Avenue, 17 W 32nd St # 1, New York, NY 10001-3820;
Hotel Beacon Nyc, 2130 Broadway # 2, New York, NY 10023-1796;
Hotel Boutique At Grand Cntrl, 128 E 45th St, New York, NY 10017-3104;
Hotel Caribe, 515 W 145th St, New York, NY 10031-5101;
Hotel Cliff, 505 W 181st St, New York, NY 10033-5102;
Hotel Copy Ctr Inc, 233 Spring St # 2, New York, NY 10013-1522;
Hotel Edison, 3165 138th St, Apt 5a, Flushing, NY 11354;
Hotel Elysee, 60 E 54th St, New York, NY 10022-4642;

Hotel Franconia, 20 W 72nd St, New York, NY 10023-4100;
Hotel Giraffe, 365 Park Ave S, New York, NY 10016-8801;
Hotel Internet Strategies, 228 Park Ave S # 87633, New York, NY 10003-1502;
Hotel Manhattan Bridge, 61 Chrystie St # 63, New York, NY 10002-5001;
Hotel Metro, 45 W 35th St # 1, New York, NY 10001-2295;
Hotel Mulberry, 52 Mulberry St, New York, NY 10013-4315;
Hotel Newton, 2528 Broadway, New York, NY 10025-6946;
Hotel On Rivington, 107 Rivington St, New York, NY 10002-2203;
Hotel Reservation, 1156 Ave Of The Americas # 305, New York, NY 10036-2702;
Hotel Riu Plaza NY Times Sq, 305 W 46th St, New York, NY 10036-3810;
Hotel Riverside, 350 W 88th St, New York, NY 10024-2206;
Hotel Shocard, 206 W 41st St, New York, NY 10036-7203;
Hotel Three O Nine, 309 W 14th St, New York, NY 10014-5001;
Hotel Wales, 1295 Madison Ave # 3, New York, NY 10128-1395;
Hotels Ab, 23 E 4th St # 5, New York, NY 10003-7023;
House Of Adjustments, 715 Mamaroneck Ave # 2, Mamaroneck, NY 10543-1963;
House Of Code Inc, 590 5th Ave, New York, NY 10036-4702;
House Of Spices, 5707 49th St, Maspeth, NY 11378-2020;
Housing And Services, Inc., 243 W 30th St, Fl 2, New York, NY 10001;
Howard Hughes Corporation, 199 Water St 28th Floor, New York, NY 10038;
Howard I Shapiro & Assoc, 266 Merrick Rd # 300, Lynbrook, NY 11563-2640;
Howard Needles Tammen & Bergendoff, 5 Penn Plz Fl 6, New York, NY 10001-1810;
Howell, Po Box 774,, Glenwood Lndg, NY 11547;
Hq Capital, 1290 Avenue Of The Americ #10a, New York, NY 10104-0051;
Hr And A Advisors, Inc., 99 Hudson St, Rm 3l, New York, NY 10013;
Hr Consulting, 1 Overlook Ave, Apt 2l, Great Neck, NY 11021;
Hr Process, 20 Paerdegat 3rd St, Brooklyn, NY 11236;
Hr2 Consultants, 121 E 18th St, New York, NY 10003-2148;
Hra, 154 Wardwell Ave, Staten Island, NY 10314;
Hrd, 315 Hudson St, Fl 4, New York, NY 10013;
Hrm Engineering Pc, 110 Jericho Turnpike, Floral Park, Floral Park, NY 11001-1135;
Hse Contractors, 1324 Lexington Ave Suite 300, New York, NY 10128;
Hsh Nordbank Ag, 230 Park Ave, Fl 32, New York, NY 10168;
Hsm Americas, Inc., 501 Madison Ave, Rm 1003, New York, NY 10022;
Hss, 535 E 70th St,, New York, NY 10021;
Hub Home Improvements, 8660 18th Ave, Brooklyn, NY 11214-3702;
Hub Truck Rental Corp, 2121 Jericho Tpke, Garden City Park, NY 11040-4703;
Huddled Masses, 79 Madison Ave # 7, New York, NY 10016-7802;
Hudson Bay Fund Lp, 777 3rd Ave # 30, New York, NY 10017-1407;
Hudson Companies Inc., 826 Broadway Fl 11, New York, NY 10003-4826;
Hudson Fusion, 30 State St, Ossining, NY 10562;
Hudson Guild, 441 W 26th St, New York, NY 10001-5699;
Hudson Health Plan, 303 S Broadway, Ste 321, Tarrytown, NY 10591;
Hudson Hills Golf Course, 400 Croton Dam Rd, Ossining, NY 10562-1704;
Hudson Meridian Construction Corp, 61 Broadway 7th Floor, New York, NY 10006;
Hudson River Healthcare, 1037 Main St, Ste C, Peekskill, NY 10566;
Hudson River Park Trust, 353 West St Pier 40 - 2nd Flr New York, NY 10014;
Hudson Scenic Studio, 130 Fernbrook St, Yonkers, NY 10705-1764;
Hudson Software Corp, 3 W Main St, Elmsford, NY 10523-2460;
Hudson Technologies Inc H Q, 275 N Middletown Rd, Ste 2a, Pearl River, NY 10965;
Hudson Valley Bank, 21 Scarsdale Rd, Yonkers, NY 10707;
Hudson Valley Blood Svc, 525 Executive Blvd # 285, Elmsford, NY 10523-1244;
Hudson Valley Cardiology Group, 1978 Crompond Rd # 202, Cortlandt Manor, NY 10567-4107;
Hudson Valley Hospital Center, 1980 Crompond Rd, Cortlandt Mnr, NY 10567;
Hugh O'kane Electric, 90 White St, New York, NY 10013-3527;
Hugh Wood Inc, 1 Exchange Plz, Fl 24, New York, NY 10006;
Hughes Drywall Construction, 245 Pinesbridge Rd # 1, Ossining, NY 10562-1448;

Hughes Hubbard And Reed Llp, 1 Battery Park Plz, Fl 12, New York, NY 10004;
Huicatao Corp, 72 Sharrot Avenue, Unit H Staten Island, NY 10309;
Hullstrung And Dilillo Physical, 12 E 46th St, Fl 8, New York, NY 10017;
Human Condition Safety Inc, 61 Broadway # 31, New York, NY 10006-2803;
Human Development Svc-Wstchstr, 930 Mamaroneck Ave # 1, Mamaroneck, NY 10543-1676;
Human Music & Sound Design, 27 W 20th St # 801, New York, NY 10011-3726;
Human Rights First, 333 7th Ave, Fl 13, New York, NY 10001;
Humanscale Corporation, 1114 Avenue Of The Americas, Fl 15a, New York, NY 10036;
Humble Chic NY LLC, 545 8th Ave # 22nb, New York, NY 10018-2548;
Hundred Year Assn, Po Box 3966, New York, NY 10163-3966;
Hunkamania Male Dancers, 248 W 14th St # 1, New York, NY 10011-7243;
Hunter Aerospace Inc, 14630 60th Ave, Flushing, NY 11355-5428;
Hunter Ambulette-Ambulance, Inc, 40 Sheridan Blvd, Inwood, NY 11096;
Hunter College-Research Admin, 695 Park Ave, New York, NY 10065;
Hunter Douglas Inc., 1 Blue Hill Plz, Ste 1569, Pearl River, NY 10965;
Hunter Roberts Construction Group, 55 Water St 51st Floor, New York, NY 10041-0004;
Hunter Sportsplex, 695 Park Ave, New York, NY 10065-5024;
Hunts Point Multi Svc, 754 E 151st St, Bronx, NY 10455-3267;
Hurlburt Heating Plumbing & Electric, 1227 E Prospect St Durand, Wi 54736;
Hush, 2 Beaver Pond Ct, Stony Point, NY 10980;
Huson International Media, 625 Broadway # 3fl, New York, NY 10012-2611;
Hutton Solomon, 1430 Broadway, Rm 1802, New York, NY 10018;
Huxley Associates, 330 Hudson St # 3, New York, NY 10013-1046;
Hvb America Inc, 150 E 42nd St, Fl 32, New York, NY 10017;
Hvb Construction Inc, 144 Route 17m Harriman, NY 10926;
Hyatt Hotels/Grand Hyatt New York, 109 E 42nd St, Fl Lev3, New York, NY 10017;
Hyatt Leader Ltd, 622 3rd Ave # 3402, New York, NY 10017-6899;
Hydro-Marine Construction Company, Inc., 1345 Route 38, Hainesport, NJ 08036-2728;
Hydronic Concepts, 1776 Broadway # 706, New York, NY 10019-2018;
Hylan Datacom & Electrical Inc, 1150 South Ave # 304, Staten Island, NY 10314-3404;
Hyperlink Inc, 35 S West St, Mt Vernon, NY 10550-1712;
Hypo Vereins Bank, 150 E 42nd St, Fl 32, New York, NY 10017;
Hytorc, 23 Lenox Ave, Congers, NY 10920;

### EDNY Case No. 1:21-cv-02198
### Albert E. Percy and Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit, as Class Representatives v. I Grace Co
### Judge Rachel P. Kovner and Magistrate Judge James R. Cho

Via US Postal Service
I Grace Co, 3718 Northern Blvd # 500, Long Island City, NY 11101-1637;
I M Robbins Consulting Engineers, 15 W 44th St, 2nd Floor, New York, NY 10036-6611;
I Perceptions, 575 Madison Ave # 1006, New York, NY 10022-8511;
I Rise, 575 Madison Ave # 9, New York, NY 10022-8511;
I S Systems Inc, 225 W 34th St # 9, New York, NY 10122-0901;
I Spiewak & Sons Inc, 463 7th Ave # 1100, New York, NY 10018-8700;
I.M. Robbins, P.C Consulting Eng, 56 West 45th Street 7th, 2nd Floor, New York, NY 10036-6611;
Iac/Interactivecorp, 555 W 18th St, New York, NY 10011;
Iace Travel, 18 E 41st St, Fl 3, New York, NY 10017;
Ian Karr Assoc Inc, 15 E 32nd St, New York, NY 10016-5423;
Iannelli Construction Co Inc, 9723 3rd Ave, Brooklyn, NY 11209-7702;
Iatse National Benefit Funds, 417 5th Ave, Fl 3, New York, NY 10016;
Ibc Groups, 341 W 38th St, Fl 2, New York, NY 10018;
Ibc/Shell Packaging, 1981 Marcus Ave # C105, New Hyde Park, NY 11042-2028;
Iberostar 70 Park Avenue, 70 Park Ave, New York, NY 10016-2504;
Ibm Ix, 19 Union Sq W # 1100, New York, NY 10003-3304;
Ibm, 590 Madison Ave, Bsmt L4, New York, NY 10022;

Ic Bus Inc., 380 Chelsea Rd, Staten Island, NY 10314;
Icahn Charter School 6, 1500 Pelham Pkwy S, Frnt 1, Bronx, NY 10461;
Icahn School Of Medicine At Mount Sinai, 5 E 98th St, New York, NY 10029;
Icahn Stadium, 10 Central Rd, New York, NY 10035-1167;
Icas Networking Cables Services, 4219 23rd Ave,Long Island City,NY,11105;
Icav, 4271 Hunter St, Long Is City, NY 11101;
Icc Chemical Corp, 460 Park Ave, Fl 7, New York, NY 10022;
Icd, 123 William St, Fl 5, New York, NY 10038;
I-Chd, 115 W 45th St # 504, New York, NY 10036-4005;
Icl, 125 Broad St, Fl 3, New York, NY 10004;
Icon Development & Constr LLC, 433 W 14th St # 429-3r, New York, NY 10014-1001;
Icon Interiors Inc, 307 7th Ave 2nd Floor New York, NY 10001;
Icon Magazine, 440 Park Ave S # 2, New York, NY 10016-8012;
Iconic Mechanical, 6470 Maurice Ave, Maspeth, NY 11378-1335;
Icor Associates, LLC, 485 Us Highway 1 S, Ste 200, Iselin, NJ 08830-3009;
Ics Builders Inc, 108 W 39th St # 14, New York, NY 10018-8257;
Ics Consulting Partners, 1350 Broadway, Rm 602, New York, NY 10018;
Ics Software Ltd, 3720 Oceanside Rd W, Oceanside, NY 11572-5943;
Icsc, 1251 Avenue Of The Americas, Fl 45, New York, NY 10020;
Id Public Relations, 40 Wall St # 51, New York, NY 10005-1385;
Idc Construction, 2472 Broadway # 125, New York, NY 10025-7449;
Ideal Interiors Group, Po Box 1041, New York, NY 10268-1041;
Ideals App, 99 Wall St # 2000, New York, NY 10005-4301;
Identity Media, 400 W 14th St # 3, New York, NY 10014-1009;
Ideo, 395 Hudson St, Fl 8, New York, NY 10014;
Idesco, 37 W 26th St # 10, New York, NY 10010-1097;
Ids America Inc, 1123 Broadway # 301, New York, NY 10010-2093;
Idust Cleaning Svc, 507 W 186th St # A5, New York, NY 10033-2817;
Ieh Corp, 140 58th St, Ste 8e, Brooklyn, NY 11220;
Iese Business School, 165 W 57th St, New York, NY 10019;
Iesi NY Corp, 577 Court St, Brooklyn, NY 11231;
Ifac, 529 5th Ave, Fl 6, New York, NY 10017;
Ifetayo Cultural Arts Academy Inc., 629 E 35th St, Brooklyn, NY 11203;
Igetsmart, 276 Park Ave S, New York, NY 10010-6160;
Iggi App Inc, 132 E 43rd St # 244, New York, NY 10017-4019;
Igx Construction LLC, 330 W 56th St # 3h, New York, NY 10019-4241;
Ihg, 66 Hale Ave, White Plains, NY 10601;
Ihs Markit, 450 W 33rd St, Fl 5, New York, NY 10001;
Ilevel Solutions LLC, 1359 Broadway, Fl 2, New York, NY 10018;
Ilw.Com, 2 Park Ave # 19, New York, NY 10016-9309;
Image Axis Inc, 38 W 21st St, New York, NY 10010-6906;
Image Office Environments LLC, 1154 Us Highway 22,Mountainside,NJ,07092;
Imagemedia.Com, 19 W 21st St # 903, New York, NY 10010-6846;
Imageon Consulting, 370 Lexington Ave, Rm 2212, New York, NY 10017;
Imagework Technologies Corp, 170 Hamilton Ave, Ste 301, White Plains, NY 10601;
Imaginary Forces LLC, 109 S 5th St, Brooklyn, NY 11249-5501;
Imagination The Americas Inc, 605 W 27th St # 8, New York, NY 10001-1166;
Imagine Software, 22 Cortlandt St, Fl 32, New York, NY 10007;
Imagineer Technology Group, 551 Madison Ave # 14, New York, NY 10022-3426;
Imc Corp, 2545 Hempstead Tpke, East Meadow, NY 11554-2194;
Imesh Inc, 45 Rockefeller Plz # 3225, New York, NY 10111-3296;
Img Artists, 7 W 54th St, New York, NY 10019-3433;
Immigration Equality Inc, 40 Exchange Pl # 1300, New York, NY 10005-2744;
Immigration Filing Svc, 299 Broadway # 620, New York, NY 10007-1996;
Impact Absorption Inc, 233 E Shore Rd Ste 210, Great Neck, NY 11023-2433;
Impact Displays, 2219 41st Ave # 7, Long Island City, NY 11101-4807;
Imperium Construction, 338 Scholes St Brooklyn, NY 11206;

Impulse Dynamics (Usa) Inc., 30 Ramland Rd S, Ste 103, Orangeburg, NY 10962;
Imspire Kids, 2 Fletcher St, Goshen, NY 10924;
In Demand L.L.C., 345 Hudson St, Fl 17, New York, NY 10014;
In Depth Inc., Savannah,Ga;
Inamul Haq Md, 966 50th St, Brooklyn, NY 11219;
Ind Living Assn Inc, 110 York St, Fl 3, Brooklyn, NY 11201;
Indbim, 244 5th Ave # 2452, New York, NY 10001-7604;
Indcorp Fiscal Services Inc, 4315 Austin Blvd, Island Park, NY 11558;
Independence Care System, 25 Elm Pl, Fl 5, Brooklyn, NY 11201;
Independence Residences Inc, 11240 Francis Lewis Blvd, Queens Village, NY 11429-2235;
Independent Coach Corporation, 1145 Railroad Ave, Hewlett, NY 11557;
Independent Components Corp, 528 Hempstead Tpke, West Hempstead, NY 11552-1187;
Independent Living Association, Inc, 479 E 29th St, Brooklyn, NY 11226;
Independent Temperature Control Systems, 117-19-14 Road College Point, NY 11356;
Indicative Inc, 33 W 17th St # 902, New York, NY 10011-5520;
Indigo Moon Inc, 200 W 41st St # 2100, New York, NY 10036-7209;
Individual, 728 King St, Port Chester, NY 10573;
Indus Architect PLLC, 80 Broad St # 1602, New York, NY 10004-2287;
Industrial Pump & Repair, 5946 56th Rd, Maspeth, NY 11378-2330;
Infinate Software Solutions, 1110 South Ave # 303, Staten Island, NY 10314-3411;
Infinicare Inc, 90 Bowery # 305, New York, NY 10013-4727;
Infinity Consulting Solutions, 462 7th Ave # 2, New York, NY 10018-7606;
Infinity Contracting Services, 11214 14th Ave College Point, NY 11356;
Infinity Sunguard, 560 Lexington Ave, New York, NY 10022-6828;
Influenster, 435 Hudson St # 400, New York, NY 10014-3948;
Info Desk Inc, 1 Bridge St # 105, Irvington, NY 10533-1550;
Info Tech Innovations, 190 Wheatley Plz, Greenvale, NY 11548-1316;
Info Tran Engineers, 7715 164th St,Fresh Meadows,NY,11366;
Infogrames Inc, 417 5th Ave, New York, NY 10016-2204;
Infor Inc, 641 Avenue Of The Americas, Fl 4, New York, NY 10011;
Informa Healthcare, 52 Vanderbilt Ave # 7, New York, NY 10017-3846;
Information Builders, Inc., 2 Penn Plz, Fl 28, New York, NY 10121;
Information Management Network, 225 Park Ave S # 7, New York, NY 10003-1604;
Infoserve Technologies Corp, 7937 Cooper Ave, Glendale, NY 11385-7529;
Infosys Technologies Ltd, 1 World Trade Ctr, Ste 45a, New York, NY 10007;
Infrontwebcom, 244 5th Ave, New York, NY 10001-7604;
Infusion Development Corporation, 599 Broadway, Fl 5, New York, NY 10012;
Infusion, 936 Broadway # 5, New York, NY 10010-8101;
Ing Financial Services LLC, 1133 Avenue Of The Americas, Fl 7, New York, NY 10036;
Inge Design, 444 W 44th St, New York, NY 10036;
Ingram Yuzek Gainen Carroll And Bertolot, 150 E 42nd St, Bsmt 1, New York, NY 10017;
Ingrao Inc, 17 E 64th St # 1, New York, NY 10065-7054;
Ingrid Finance, 10412 49th Ave, Corona, NY 11368;
Initiatives LLC, 100 W 33rd St, Fl 4, New York, NY 10001;
Ink 48 Hotel, 653 11th Ave, New York, NY 10036-2004;
Ink, 653 11th Ave, New York, NY 10036;
Inlight Electrical Corporation, 1094 Utica Avenue,Brooklyn,NY,11203;
Inner Space Systems Inc., 162 Prospect Hill Rd, Brewster, NY 10509-2373;
Innisfree M & A Inc, 501 Madison Ave # 20, New York, NY 10022-5606;
Inniss Construction Inc, 8718 Santiago St Jamaica, NY 11435;
Innov Remodeling And Contracting Inc., 149 Westchester Ave, Ste G8, Port Chester, NY 10573;
Innovative Construction, 26 W 18th St New York, NY 10011;
Innovative Electric Of New York, 661 S Columbus Ave Mount Vernon, NY 10550;
Innovax-Pillar, 249 E 48th St New York, NY 10017;
Innovid, 30 Irving Pl, Fl 12, New York, NY 10003;
Innovo Property Group, 1370 Avenue Of The Americas, 19th Floor, New York, NY 10019;
Innside New York No Mad, 132 W 27th St # 142, New York, NY 10001-6202;

Insall Scoot Kelly Institute, 210 E 64th St, New York, NY 10065-7471;
Insight Communications Co. In, 810 7th Ave, Fl 40, New York, NY 10019;
Insight Out Of Chaos LLC, 80 Broad St # 2503, New York, NY 10004-3325;
Insight Venture Management, LLC, 1114 Avenue Of The Americas, Fl 36, New York, NY 10036;
Insite Advantage, 300 Karin Ln, Hicksville, NY 11801-5358;
Insite, 45 W 21st St # 403, New York, NY 10010-6896;
Instep Marketing Inc, 39 Broadway # 32, New York, NY 10006-3047;
Instinet, 309 W 49th St, New York, NY 10019;
Instit For Transportation And Dev Policy, 9 E 19th St, Fl 7, New York, NY 10003;
Institute For Community Living, 650 E 170th St, Bronx, NY 10456-2327;
Institute For Family, 230 W 17th St # A, New York, NY 10011-5366;
Institute For Intl Research, 605 3rd Ave # 22, New York, NY 10158-0007;
Institute-East West Medicine, 102 E 30th St, New York, NY 10016-7369;
Institute-Urban Family Health, 731 White Plains Rd, Bronx, NY 10473-2631;
Institutional Investor LLC., 1120 Avenue Of The Americas, Fl 6, New York, NY 10036;
Intan Corp, 54 Allen St # 201, New York, NY 10002-5380;
Intech Industrial LLC, 1033 Route 46, Clifton, NJ 07013-2473;
Integral Contracting Inc, 36 West 37th Street Penthous,New York,NY,10018;
Integral Yoga Institute, 227 W 13th St, New York, NY 10011-7794;
Integramed Holding Corp, 2 Manhattanville Rd, Ste 401, Purchase, NY 10577;
Integrated Construction Inc, 140 West St, New York, NY 10007-2141;
Integrated Power Services, LLC, 2315 Nw 21st Place Portland, Or 97210;
Integrated Project Delivery, 116 Chambers St # 2, New York, NY 10007-1075;
Integrated Security Svc, 305 Madison Ave # 1563, New York, NY 10165-1519;
Integrated Strategic Resource, 505 8th Ave # 2503, New York, NY 10018-4661;
Integrated Structures Corp, 6851 Jericho Tpke # 225, Syosset, NY 11791-4454;
Integrative Medical Outpatient, 1429 1st Ave, New York, NY 10021-3302;
Integrity Communication Tech. LLC., 92 E Golf St, Sayville, NY 11782-3311;
Integro, 1 State St, Fl 9, New York, NY 10004;
Intelecom Solutions, 1600 Old Country Rd, Plainview, NY 11803-5013;
Intelleges.Com, 3960 Broadway # 530a, New York, NY 10032-1543;
Intelligreen Partners LLC, 257 E 78th St, New York, NY 10075-1201;
Intellitec Securities Svc Inc, 2000 Shames Dr, Westbury, NY 11590-1762;
Inter Contracting Corp, 274 White Plains Rd, Suite 6, Eastchester, NY 10709-4419;
Inter Laperuta Jv, 274 White Plains Rd Ste 6 Eastchester, NY 10709;
Inter Parts Industries Inc, 190 Express St, Plainview, NY 11803-2405;
Interactive Corporation, 555 W 18th St, New York, NY 10011;
Interactive One, LLC, 4 New York Plz, Ste 501, New York, NY 10004;
Interboro Attorney Svc Corp, Po Box 1200, Wantagh, NY 11793-0030;
Interborough Developmental, 1623 Kings Hwy, Brooklyn, NY 11229-1209;
Interbrand Gertsman & Meyers, 130 5th Ave, New York, NY 10011-4306;
Interbrand Health, 195 Broadway # 18, New York, NY 10007-3174;
Intercept Interactive Inc., 340 Madison Ave, Fl 8, New York, NY 10017;
Intercounty Paving Associates, 113 Magnolia Avenue Westbury, NY 11590;
Interfaith Medical Center, 1545 Atlantic Ave, Brooklyn, NY 11213;
Interim Healthcare, 19 Court St, Ste Ll1, White Plains, NY 10601;
Interior Alterations, 45 Main St # 530, Brooklyn, NY 11201-1023;
Interior Building Svc Inc, 247 W 37th St # 1200, New York, NY 10018-5062;
Interior Construction Corporation, 314 E 34th St,New York,NY,10016;
Interior Renovations, 726 Washington St # 1a, New York, NY 10014-2055;
Interlaken Capital Aviation, 154 Airport Rd # V, White Plains, NY 10604-1219;
Intermediate Capital Group, Inc., 250 Park Ave, Ste 810, New York, NY 10017;
International Biometric Group, LLC, 1 Battery Park Plz, Fl 29, New York, NY 10004;
International Brotherhood, 45 W 14th St # 2, New York, NY 10011-7419;
International Business Machines, 1 New Orchard Rd, Ste 1, Armonk, NY 10504;
International Business, 8 Foley Rd, Katonah, NY 10536-3100;
International Culinary Center, 434 Broadway, Fl 7, New York, NY 10013;

International Duplication Ctr, 216 E 45th St # 7, New York, NY 10017-3304;
International Federation-Accts, 529 5th Ave # 6, New York, NY 10017-4649;
International Flavors And Fragrances Inc, 521 W 57th St, Fl 9, New York, NY 10019;
International Institute, 79 Main St, Port Washington, NY 11050-2959;
International Interior Design, 355 Lexington Ave # 15, New York, NY 10017-6603;
International Legal Foundation, 315 W 39th St # 507, New York, NY 10018-3965;
International Management, 22 E 71st St, New York, NY 10021-4975;
International Multiple, 521 W 57th St # 4, New York, NY 10019-2929;
International Planned, 125 Maiden Ln # 9, New York, NY 10038-5063;
International Recovery Systems, 502 Park Ave, New York, NY 10022-1108;
International Rescue Committee, 122 E 42nd St, Fl 12, New York, NY 10168;
International Value Advisers, LLC, 717 5th Ave, Fl 10, New York, NY 10022;
Internet Garage, 218 Bedford Ave # 1c, Brooklyn, NY 11249-3234;
Interphase Electric Contractor Corp, 79 Rocklyn Ave Lynbrook, NY 11563;
Intersoft Associates, 381 Sunrise Hwy # 607, Lynbrook, NY 11563-3006;
Intersystems Corp, 5330 37th St, Long Island City, NY 11101-2034;
Inter-Wire Midwest Inc, 355 Main St, Ste 2, Armonk, NY 10504;
Intl Instit For Learning, Inc, 880 3rd Ave, Fl 12, New York, NY 10022;
Intra Build Construction, 7501 31st Ave, Flushing, NY 11370-1811;
Intralinks Holdings, Inc., 685 3rd Ave, Fl 9, New York, NY 10017;
Intralogic Solutions, 511 Ocean Ave, Massapequa, NY 11758-4606;
Intricate Construction Inc, 450 Commerce St, Hawthorne, NY 10532-1372;
Intuition, 183 Madison Ave # 1101, New York, NY 10016-4501;
Investcorp International, Inc., 280 Park Ave, Fl 36w, New York, NY 10017;
Investment Management Svc, 12 E 49th St # 41, New York, NY 10017-8298;
Inwood Community Svc Inc, 651 Academy St, New York, NY 10034-5003;
Ion Trading, Inc, 1345 Avenue Of The Americas, Fl 49, New York, NY 10107;
Ionaprep, 255 Wilmot Rd, New Rochelle, NY 10804;
Ip Blue, 251 E 32nd St, New York, NY 10016-6304;
Ipanema Press, 37 W 26th St # 302, New York, NY 10010-1047;
Ipeor Inc, 150 W 30th St # 405, New York, NY 10001-4187;
Ipreo Holdings LLC, 1359 Broadway, Fl 2, New York, NY 10018;
Ipreo LLC, 450 W 33rd St, Fl 5, New York, NY 10001;
Ipro, 1979 Marcus Ave, Ste 105, New Hyde Park, NY 11042;
Iqor, 335 Madison Ave, Fl 27, New York, NY 10017;
Iqpc, 535 5th Ave, Fl 8, New York, NY 10017;
Iradix LLC, Po Box 696, New York, NY 10274-0696;
Irc, 122 E 42nd St, Fl 12, New York, NY 10168;
Irep, 980 Park Ave, New York, NY 10028-0805;
Irisvr Inc, 3 W 18th St # 2, New York, NY 10011-4665;
Irm LLC, 39 West Mall, Plainview, NY 11803-4209;
Iron Bridge Constructors Inc, 688 Nassau St North Brunswick, NJ 08902;
Irving Haase, 10813 53rd Ave, Corona, NY 11368;
Irving Place Capital, LLC, 745 5th Ave, Fl 7, New York, NY 10022;
Irving Rubber & Metal Co, 9525 Ditmas Ave, Brooklyn, NY 11236-1826;
Irwin Lewin Cohn & Lewin, 355 Lexington Ave # 800, New York, NY 10017-6603;
Isabella Geriatric Center, 515 Audubon Ave, New York, NY 10040;
Isda, 10 E 53rd St, Fl 9, New York, NY 10022;
Ishta Yoga, 56 E 11th St, New York, NY 10003-6005;
Isis Plumbing Inc, 4141 24th St Ste 3, Long Island City, NY 11101-3904;
Island Auto Group, 1590 Hylan Blvd, Staten Island, NY 10305-1926;
Island Cardiac Specialists, 1401 Franklin Ave, Garden City, NY 11530-1613;
Island Charter Inc, 380 Chelsea Rd, Staten Island, NY 10314;
Island Eye Surgicenter, 825 E Gate Blvd # 111, Garden City, NY 11530-2136;
Island International Exterior, 1 Battery Park Plz # 2902, New York, NY 10004-1424;
Island Medical Group, 789b Old Country Rd, Plainview, NY 11803-4930;
Island Musculoskeletal Care, 1512 Broadway, Hewlett, NY 11557-1429;

Island Neurological, 824 Old Country Rd # 1, Plainview, NY 11803-4989;
Island Pavement Cutting Co., 84 Kean St, West Babylon, NY 11704-1209;
Island Peer Review Inc, 1979 Marcus Ave # 105, New Hyde Park, NY 11042-1072;
Island Photography, 139 Haven Ave, Prt Washingtn, NY 11050;
Island Rehab, 12046 Queens Blvd, Kew Gardens, NY 11415-1204;
Island Rock, 60 Skyline Dr, Plainview, NY 11803-2510;
Ismael Leyva Architect Pc, 48 W 37th St, New York, NY 10018-7487;
Isobar, 32 Avenue Of The Americas # 17, New York, NY 10013-2473;
Israeloff Trattner And Co, 1225 Franklin Ave, Ste 200, Garden City, NY 11530;
Israeloff Trattner Co, 1225 Franklin Ave # 200, Garden City, NY 11530-7904;
Issac & Stern Architects, 25 W 31st St, New York, NY 10001-4413;
Italian Trade Commission, 33 E 67th St, New York, NY 10065-5949;
Itau, 540 Madison Ave, Fl 24, New York, NY 10022;
Ithaka Harbors Inc, 2 Rector St, Fl 18, New York, NY 10006;
Itochu Prominent Usa LLC, 1411 Broadway, Fl 7, New York, NY 10018;
Itr Industries Inc, 441 Saw Mill River Rd, Yonkers, NY 10701-4913;
Itrs Group, 711 3rd Ave # 1802, New York, NY 10017-4120;
Itt Corporation, 1133 Westchester Ave, Ste N-100, White Plains, NY 10604;
Ivoire Car Svc, 1936 Madison Ave, New York, NY 10035-1821;
J & B Body Work, 38 Beach St, Mt Vernon, NY 10550-1702;
J & D Carrying & Construction Corp., 9544 115th St Bsmt, South Richmond Hill, NY 11419-1126;
J & G Electrical Corp, 703 Rosewood St # 705,Bronx,NY,10467;
J & G Electrical Corp., 857 Southern Blvd Bronx, NY 10459;
J & J Bronze & Aluminum, Po Box 220351, Brooklyn, NY 11222-0351;
J & J Johnson General Cntrctng, 4225 12th St, Long Island City, NY 11101-4903;
J & N Construction Group Corp, 9753 85th St Ozone Park, NY 11416;
J & S Supply Corp, 3898 Review Ave, Long Island City, NY 11101-2019;
J & Y Electric And Intercom Company Inc, 1991 Lexington Ave,New York,NY,10035;
J Anthony Enterprises, 1606 9th Ave Bohemia, NY 11716;
J Atacama Inc, 900 W End Ave # 6b, New York, NY 10025-3562;
J B Waste Oil Co, 1818 41st St, Astoria, NY 11105-1025;
J C C Construction Corp, 24-02 39th Ave, Long Island City, NY 11101;
J D Robinson Inc, 130 E 59th St # 17, New York, NY 10022-1341;
J Dannunzio & Sons, Inc., 136 Central Ave, Clark, NJ 07066-1142;
J Ferreira Construction Inc, 77 Brookwood Dr, Briarcliff Manor, NY 10510-2041;
J Foster Phillips Funeral Home, 17924 Linden Blvd, Jamaica, NY 11434-1496;
J Frankl C Mallea Associates Architects Engineers, 16 Court Street 36th Floor, Brooklyn, NY 11241;
J G Salas & Sons Inc, 601 Union Ave Union Beach, NJ 07735;
J J Creations Inc, 4742 37th St, Long Island City, NY 11101-1804;
J J Curran & Son Flooring, 501 S Pearl St Albany, NY 12202;
J J Rosenberg Elec Contrs Inc, 27 Herkimer Pl, Brooklyn, NY 11216-2713;
J J Sedelmaier Productions Inc, 199 Main St, White Plains, NY 10601-3200;
J K B Contracting, 201 Park Avenue Hicksville, NY 11801;
J Kokolakis Contracting Inc, 1500 Ocean Ave Bohemia, NY 11716;
J L J Iii Enterprises Inc, 21319 99th Ave, Queens Village, NY 11429-1134;
J Pizzirusso Landscaping, 2158 E 72nd St Brooklyn, NY 11234;
J S D Construction Group, 379 W Broadway # 1, New York, NY 10012-5121;
J Smith Assoc, 420 Lexington Ave # 1708, New York, NY 10170-1712;
J Sussman Inc, 10910 180th St, Jamaica, NY 11433-2622;
J T Cleary Inc, 8 Railroad Avenue, Montvale, NJ 07645;
J T Falk & Co LLC, 227 W 19th St, New York, NY 10011-4071;
J Tang Co Inc, 198 Canal St # 601, New York, NY 10013-4535;
J W P Welsbach Electric Corporation, 19-49 42 Street, Long Island City, NY 11105;
J&H Electrical Contracting Inc, 2568 East 17th Street, Suite 101 Office 2, Brooklyn, NY 11235;
J&N Construction Group, 3029 Brighton 7th St Brooklyn, NY 11235;
J. Crew Inc., 770 Broadway, Fl 11, New York, NY 10003;
J. J. Curan & Son, Inc., 501 S Pearl St Albany, NY 12202;

J. Petrocelli Contracting, Inc., 100 Comac St, Ronkonkoma, NY 11779-6928;
J. Pizzirusso Landscaping Corp., 7104 Avenue W, Brooklyn, NY 11234-6647;
J. Walter Thompson Company, 466 Lexington Ave, Fl 2, New York, NY 10017;
J.B. Homer Associates, Inc., 300 E 59th St, Apt 1805, New York, NY 10022;
J.Calnan & Associates Inc, 3 Batterymarch Park Fl 5,Quincy,Ma,02169;
J.G. Electrical Testing Corporation, 1644 Ferro Lane,Toms River,NJ,08755;
J.P. & C. Construction, Inc, 38 South St, Roslyn Heights, NY 11577-1715;
J.Pizzirusso Landscaping Corp, 2400 E 69th St, Brooklyn, NY 11234;
Jacan Plumbing & Heating, 312 5th Ave, New Rochelle, NY 10801-2035;
Jack Green & Assoc, 242 W 36th St # 602, New York, NY 10018-8968;
Jackie Robinson Swimming Pool, 86 Bradhurst Ave, New York, NY 10039-3307;
Jackson Lewis Llp, 666 3rd Ave, Fl 29, New York, NY 10017;
Jacob A Riis Neighborhood, 3309 35th Ave, Astoria, NY 11106-1220;
Jacob Civil Consultants, 54 Central Ave Staten Island, NY 10301;
Jacob Fuchsberg Law Firm, 3 Park Ave # 3700, New York, NY 10016-5919;
Jacob K Javits Convention Center, 655 W 34th St, New York, NY 10001;
Jacobi Medical Center, 1400 Pelham Pkwy S, Bronx, NY 10461;
Jacobi Pediatric Clinic, 1400 Pelham Pkwy S # 8, Bronx, NY 10461-1197;
Jacobs & Burliegh Llp, 1270 Avenue Of The Americas #7, New York, NY 10020-1702;
Jacobs Engineering, 412 Mount Kemble Ave, Morristown, NJ 07960-6666;
Jacobs, 2 Penn Plz Suite 603, New York, NY 10121-0650;
Jacobson Mermelstein & Squire, 485 Madison Ave # 11, New York, NY 10022-5822;
Jacoby & Meyers Llp, 39 Broadway # 1910, New York, NY 10006-3006;
Jaffe & Koumourdas, 40 Wall St # 12, New York, NY 10005-1470;
Jaffe A A Div-Sandberg-Skrsk, 37 W 26th St # 11, New York, NY 10010-1054;
Jaidan Industries Inc., 16 Capi Ln, Prt Washingtn, NY 11050;
Jaidan Industries, 16 Capi Ln, Port Washington, NY 11050-3410;
Jam Consultants Inc, 104 W 29th St # 9, New York, NY 10001-5310;
Jamaica Anesthesia Assoc Pc, 8900 Van Wyck Expy, Jamaica, NY 11418-2832;
Jamaica Bearings, 1700 Jericho Tpke, Ste 1, New Hyde Park, NY 11040;
Jamaica Hospital Medical Center, 8900 Van Wyck Expy,, Jamaica, NY 11418;
Jamcob Electric LLC, 370 E 146th St,Bronx,NY,10455;
James A Jennings Co Inc, 211 E 43rd St # 1400, New York, NY 10017-4788;
James C Lomax Construction, 288 Decatur St # 1, Brooklyn, NY 11233-1760;
James Corner Field Operations, 475 10th Ave, 10th Floor, New York, NY 10018-1120;
James E Fitzgerald, 48 W 38th St # 9, New York, NY 10018-0042;
James F. Volpe Elect Const Corp, 81 Sacket St Brooklyn, NY 11231;
James H Maloy Inc, 421 Albany Shaker Rd,Loudonville,NY,12211;
James Hotel, 27 Grand St, New York, NY 10013;
James Lynn Law Offices, 1 Exchange Plz # 1501, New York, NY 10006-3770;
James M Abramson Law Office, 375 5th Ave # 4, New York, NY 10016-3323;
James Ontra, 440 Park Ave S, New York, NY 10016-8012;
Jams, Inc., 620 8th Ave, Fl 34, New York, NY 10018;
Jan Hird Pokorny Assoc Inc, 306 E 51st St, New York, NY 10022-7803;
Jan Renovation, 2 Allen St # 3a, New York, NY 10002-5382;
Janco Inc, 20224 Rockaway Point Blvd, Breezy Point, NY 11697-1113;
Janover LLC, 100 Quentin Roosevelt Blv #516, Garden City, NY 11530-4843;
Jansen Hospice-Palliative Care, 670 Post Rd # 213, Scarsdale, NY 10583-5024;
Janson Goldstein Llp, 354 Broadway, New York, NY 10013-3908;
Jaral Properties Inc, 126 3rd St, Ste 200, Mineola, NY 11501;
Jared F Brandoff Md, 222 Westchester Ave # 101, West Harrison, NY 10604-2923;
Jaros Baum & Bolles, 80 Pine St Fl 12, New York, NY 10005-1702;
Jaroslawicz & Jaros PLLC, 225 Broadway # 2400, New York, NY 10007-3726;
Jarro Building Industries Corp, 1796 Hempstead Tpke, East Meadow, NY 11554-1095;
Jasa-Jewish Assn For Svces, 9777 Queens Blvd # 600, Rego Park, NY 11374-3334;
Jasci Jasci, 520 White Plains Rd # 500, Tarrytown, NY 10591-5118;
Jaspen Schlesinger Llp, 300 Garden City Plz # 5, Garden City, NY 11530-3333;

Jasper Venture Group, 147 Whitson St, Forest Hills, NY 11375-6853;

Javu Technologies Inc, 62 Chelsea Piers, New York, NY 10011-1015;

Jawonio Inc, 260 N Little Tor Rd, New City, NY 10956;

Jay Goldberg Law Office, 250 Park Ave # 2020, New York, NY 10177-2021;

Jay S, 485 Fulton St, Brooklyn, NY 11201-5213;

Jay Suites, 1370 Broadway # 5, New York, NY 10018-7350;

Jaysan Contracting Corp, 18 Delaware Pl, Hempstead, NY 11550-3422;

Jazz At Lincoln Ctr, 3 Columbus Cir # 1200, New York, NY 10019-8727;

Jb Martin Co, 1350 Broadway # 820, New York, NY 10018-0949;

Jb Screen Ptg & Embroidery, 172 Rivington St # 1a, New York, NY 10002-2525;

Jcc Construction, 2402 39th Ave, Long Island City, NY 11101-3614;

Jcc Lillian Schwartz Day Cmp, 1466 Manor Rd, Staten Island, NY 10314-7027;

Jcdecaux North America Inc, 350 5th Ave, Fl 73, New York, NY 10118;

Jc-Duggan Inc., 320 Maspeth Ave, Brooklyn, NY 11211;

Jdc LLC, 711 3rd Ave, Fl 10, New York, NY 10017;

Jdf Interiors, 35 E 38th St # 11d, New York, NY 10016-2524;

Jdm Contracting, 310 Rose Feiss Blvd, Bronx, NY 10454-2017;

Jdrf International, 3 World Financial Ctr, Frnt, New York, NY 10281;

Jdx Consulting Ltd, 579 5th Ave # 12, New York, NY 10017-8767;

Jed Engineers, 32 Broadway Ste 514, New York, NY 10004-1664;

Jed Foundation, 6 E 39th St # 1200, New York, NY 10016-0112;

Jeffer Funeral Homes, 11403 Queens Blvd, Forest Hills, NY 11375-6554;

Jeffrey Mullooly Rooney Flynn, 6851 Jericho Tpke # 220, Syosset, NY 11791-4449;

Jeffrey Samel & Partners, 150 Broadway # 1600, New York, NY 10038-4320;

Jek Communications Inc, 716 S Columbus Ave, Mt Vernon, NY 10550-4717;

Jemco Electrical Contractors, Inc., 271 42nd Street Queens, NY 11433;

Jen-El Construction Corp, 23 Meacham Ave, Elmont, NY 11003-2609;

Jenkins & Huntington, 1251 Avenue Of The Americas, Suite 920, New York, NY 10020-1104;

Jenner And Block Llp, 919 3rd Ave, Fl 37, New York, NY 10022;

Jennifer Doyle, Human Resources Specialty Care, 235 E 42nd St, Rm 107, New York, NY 10017;

Jennison Associates, 466 Lexington Ave, Fl 17, New York, NY 10017;

Jerrick Associates Inc, 86 Hausman St, Brooklyn, NY 11222-3731;

Jerry Ganz Inc., Scranton,Pa,18509;

Jerusalem Petroleum C, 196 Henry St, Hempstead, NY 11550-6333;

Jes Plumbing & Heating Corp, 355 Butler St, Brooklyn, NY 11217-2701;

Jet Way Security, 151 S Service Rd # 23, Jamaica, NY 11430-1207;

Jetblue Airways Corporation, 27-01 Queens Plaza N, Long Island City, NY 11101;

Jethro Data, 225 W 83rd St # 18m, New York, NY 10024-4963;

Jetro Holdings, LLC, 1524 132nd St, College Point, NY 11356;

Jett Industries Inc, 121 Willow Lane, Po Box 219, Colliersville, NY 13747-0219;

Jewel Electric Supply Co., 455 3rd St Jersey City, NJ 07302;

Jewel Hotel, 11 W 51st St # 1, New York, NY 10019-6995;

Jewish Agency American, 633 3rd Ave # 21, New York, NY 10017-8157;

Jewish Center Of Brighton Beach, 2915 Ocean Parkway, Brooklyn, NY 11235;

Jewish Child Care Association, 858 E 29th St, Brooklyn, NY 11210;

Jewish Community Ctr, 1466 Manor Rd, Staten Island, NY 10314-7027;

Jewish Federations, Po Box 157, New York, NY 10268-0157;

Jewish Home Lifecare, Inc., 104 W 29th St, Fl 8, New York, NY 10001;

Jfj Fuel Inc, 705 Nepperhan Ave # 707, Yonkers, NY 10703-2313;

Jfk Advanced Medical Pc, 75 N Hangar Rd # 208a, Jamaica, NY 11430-1802;

Jfk International Air Terminal LLC, 309 Wilson Ave, Apt 3r, Brooklyn, NY 11237;

Jfk&M Consulting Group, 134 W 37th St, New York, NY 10018-6911;

Jgmv - Video & Photo, 205 Gower St, Staten Island, NY 10314-5311;

Jgn Construction Corp, 6640 69th St,Middle Village,NY,11379;

Jgn Maintenance, 2521 49th St, Astoria, NY 11103-1120;

Jiji Press America Lid, 70 E 55th St # 400, New York, NY 10022-3222;

Jim Henson Co, 627 Broadway # 9, New York, NY 10012-2632;

Jimlar Corporation, 160 Great Neck Rd, Great Neck, NY 11021;
Jkb Contracting Inc, 55 N Broadway,Hicksville,NY,11801;
Jlg Architectural Products, 2755 W Market St Ste C, York, Pa 17404-5548;
Jlj Enterprises Inc, 21319 99th Ave, Jamaica, NY 11429-1134;
Jm Consulting, 130 Pond Way, Staten Island, NY 10303;
Jmc Stone Corp., 323 Willis Ave, Mineola, NY 11501-1532;
Jmc, 120 Bedford Rd, Armonk, NY 10504-1862;
Jmd Building Products LLC, 40 Pier Ln W, Fairfield, NJ 07004-2532;
Jmj Electrical Corp, 3411 10th St,Long Island City,NY,11106;
Joadem Corp., 353 Hempstead Tpke, Elmont, NY 11003-1536;
Job Path, Inc., 22 W 38th St, Fl 11, New York, NY 10018;
Jobco Inc, 277 Northern Blvd Ste 203, Great Neck, NY 11021-4703;
Jocar Asphalt LLC, P.O. Box 530,Old Bethpage,NY,11804;
Joe Schneider Construction, 120 Austin Blvd, Island Park, NY 11558-1640;
Joel Berman Assoc Inc, 4203 35th St, Long Island City, NY 11101-2301;
Joele Frank Assoc LLC, 622 3rd Ave # 36, New York, NY 10017-6798;
Joes Pest Control, 1007 Carroll St, Brooklyn, NY 11225-1908;
John A Hartford Fdtn, 55 E 59th St, Fl 16, New York, NY 10022;
John A Lanzone Md, 173 Mineola Blvd, Ste 406, Mineola, NY 11501;
John A Vassilaros & Son Inc, 2905 120th St, Flushing, NY 11354-2505;
John Ciardullo Assoc, 417 5th Ave # 8, New York, NY 10016-2246;
John Civetta & Sons Inc, 1123 Bronx River Ave, Bronx, NY 10472-3101;
John Dineen Contracting Co., 19 Banner 3rd Rd,Brooklyn,NY,11235;
John E Osborn Pc, 7 Penn Plz # 914, New York, NY 10001-3924;
John Gallin & Son, 102 Madison Ave # 9, New York, NY 10016-7583;
John Grando Inc, 6808 Woodside Ave, Woodside, NY 11377-3947;
John Nicelli Law Offices, 225 Broadway # 1040, New York, NY 10007-3781;
John P Picone Inc, 31 Garden Lane, Po Box 9013, Lawrence, NY 11559-1126;
John Petrocelli Construction, Inc, 7e Abbott Ave Palisades Park, NJ 07650;
John Weidl Assoc Inc, 379 Huguenot St, New Rochelle, NY 10801-7008;
Johnson & Hoffman LLC, Po Box 343, Carle Place, NY 11514-0343;
Johnson Bros Inc, 496 Mosel Ave Staten Island, NY 10304;
Johnson Tannen Brecher Fishman, 25 Newbridge Rd # 203, Hicksville, NY 11801-2887;
Jomark, 485 S Broadway # 3, Hicksville, NY 11801-5071;
Jonan Products And Services, Inc., 2793 Milburn Ave, Baldwin, NY 11510;
Jonas Upholstery, 44 W 18th St # 10, New York, NY 10011-4648;
Jonathan Arnold Inc, 3415 Hampton Rd, Oceanside, NY 11572-4835;
Jonathan Beth Conslnts NY LLC, 108 W 39th St # 710, New York, NY 10018-3866;
Jonathan C Reiter Law Firm, 350 5th Ave # 6400, New York, NY 10118-6400;
Jonathan Levine Photography, 366 Broadway # 7a, New York, NY 10013-3920;
Jonathan Moore Atty Law Ofc, 99 Park Ave # 1600, New York, NY 10016-1607;
Jonathan Rose Companies, 551 5th Ave Fl 23, New York, NY 10176-0001;
Jones Jones Larkin & O'connell, 5 Hanover Sq # 1001, New York, NY 10004-2675;
Jones Lang Lasalle, 330 Madison Ave, New York, NY 10017-5001;
Joralemon Associate, 186 Joralemon St, Brooklyn, NY 11201-4356;
Jorama Consulting Inc, 265 Post Ave # 200, Westbury, NY 11590-2234;
Jordan Edmiston Group, 150 E 52nd St # 18, New York, NY 10022-6260;
Jordan Opticians, 149 Pierrepont St, Brooklyn, NY 11201-2712;
Jos H Lowenstein & Sons Inc, 420 Morgan Ave, Brooklyn, NY 11222-5799;
Joseph Dibenedefto Law Office, 233 Broadway # 2707, New York, NY 10279-2705;
Joseph Donovan, 10 Valley Rd, Plandome, NY 11030-1427;
Joseph L Balkan Inc, 13001 Jamaica Ave, Richmond Hill, NY 11418-2612;
Joseph Lombardi Pell, 412 Broadway # 4, New York, NY 10013-3594;
Joseph M Sanzari Inc, 90 W Franklin Street Hackensack, NJ;
Joseph P Addabbo Family Health, 6200 Beach Channel Dr, Far Rockaway, NY 11692-1409;
Joseph Papp Public Theatre, 425 Lafayette St, New York, NY 10003-7087;
Joseph R Loring & Assoc Inc, 360 W 31st St # 14, New York, NY 10001-2799;

Joseph Shalhoub & Son Inc, 1258 Prospect Ave, Brooklyn, NY 11218-1304;
Joseph Weinstein Elec Corp, 9424 88th St, Jamaica, NY 11416-1397;
Jou Jou Designs Inc, 1407 Broadway # 507, New York, NY 10018-5483;
Joy Construction Corp, 40 Fulton St Fl 21, New York, NY 10038-1850;
Joystick Interactive Corp, 25 Broadway # 9, New York, NY 10004-1058;
Joyva Corp, 53 Varick Ave, Brooklyn, NY 11237-1523;
Jp Construction Inc, 145 72nd St # E12, Brooklyn, NY 11209-1972;
Jp Hogan Coring And Sawing C, 680 Gulf Ave, Staten Island, NY 10314;
Jp Marking Inc, 664 Blue Point Rd Ste D, Holtsville, NY 11742-1834;
Jp Mchale Pest Management Inc, 241 Bleakley Ave, Buchanan, NY 10511-1001;
Jp Morgan Chase Na, 383 Madison Ave, New York, NY 10179;
Jp Morgan Chase, 4 Chase Metrotech Ctr, Fl 22, Brooklyn, NY 11245;
Jpl Industries, 2400 E 69th St, Brooklyn, NY 11234;
Jpp Plumbing LLC, 540 Kingsland Ave Brooklyn, NY 11222;
Jpr Builders 07 Inc, 118-18 Marsden St,Jamaica,NY;
Jpr Mechanical Inc, 255 Main St New Rochelle, NY 10801;
Jr Cruz Corp, 675 Line Rd, Aberdeen, NJ 07747-1246;
Jri America Inc, 277 Park Ave # 6, New York, NY 10172-0601;
Jrm Construction Management, 34 E 51st St, New York, NY 10022-7073;
Js Reps Corp, 48 Greene St # 4, New York, NY 10013-6206;
Jsb Partners Inc, 747 3rd Ave, Rm 1501, New York, NY 10017;
Jt Cleary Inc, 100 Red Schoolhouse Rd Chestnut Ridge, NY 10977;
Jt Roselle Lighting & Supply, 333 N Bedford Rd # 120, Mt Kisco, NY 10549-1158;
Jtp Plumbing, 37 Blackheath Rd, Lido Beach, NY 11561;
J-Track LLC, 1123 Wells Mills Rd, Waretown, NJ 08758;
Judicial Paralegal Svc, 245 5th Ave # 1002, New York, NY 10016-8739;
Judith Heintz Landscape Architecture, 62 Pearl Street, 5th Floor, New York, NY 10004-2435;
Judlau Contracting Inc, 2615 Ulmer St College Point, NY 11357;
Julian A Mcdermott Corp, 1639 Stephen St, Ridgewood, NY 11385-5345;
Jun Wang & Assoc, 165 W 46th St # 1100, New York, NY 10036-2516;
June Jacobs Labs, LLC, 460 Park Ave, Fl 16, New York, NY 10022;
Junior Achievement Of New York, 420 Lexington Ave # 205, New York, NY 10170-0299;
Juno Healthcare Staffing Syst, 9131 Queens Blvd # 509, Elmhurst, NY 11373-5542;
Jupiter Environmental Services, 323 Changebridge Rd Ste 100, Pine Brook, NJ 07058-9516;
Juris Solutions Inc, 33 Queens St # 201, Syosset, NY 11791-3063;
Just Real Construction, 1349 E 38th St, Brooklyn, NY 11234-2807;
Justworks Inc, 601 W 26th St, Rm 400, New York, NY 10001;
Juva Skin & Laser Ctr, 60 E 56th St # 2, New York, NY 10022-3350;
Jvn Restoration Inc, 47 Foster Rd Staten Island, NY 10309;
Jw Michaels And Co. LLC, 335 Madison Ave, Rm 800, New York, NY 10017;
Jwalk, 419 Park Ave S # 16, New York, NY 10016-8410;
Jzanus Home Care Inc, 170 Jericho Tpke, Floral Park, NY 11001-2024;
Jzn Engineering, Pc., 99 Morris Avenue Suite 302, Springfield, NJ 07081;
K & K Construction Inc, 14 E 38th St, New York, NY 10016-0005;
K & L Management Consulting, 363 7th Ave, New York, NY 10001-3904;
K & M, 385 Broadway # 1, New York, NY 10013-6032;
K & V Construction, 267 Jewett Ave Staten Island, NY 10302;
K B Assoc Inc, 200 W 70th St # 17f, New York, NY 10023-4326;
K D One Construction Inc, 510 E 13th St, New York, NY 10009-3533;
K M Assoc Of NY Inc, 158 W 29th St # 7, New York, NY 10001-5300;
K M Electric, 132 W 31st St # B, New York, NY 10001-3413;
K S Engineers, 65 Broadway # 1002, New York, NY 10006-2542;
K V Power Electric Inc, 2928 Newtown Ave Astoria, NY 11102;
K W Tech Corp, 146 - 148 Front St Hempstead, NY 11550;
K&A Engineering Consulting P, 445 Hamilton Ave Ste 406, White Plains, NY 10601-1825;
K.P Construction & Renovation Inc., 2920 Brighton 12th St,Brooklyn,NY;
K2 Intelligence, LLC, 845 3rd Ave, Fl 15, New York, NY 10022;

Kab Electric Corp, 19032 Jamaica Ave,Jamaica,NY,11423;
Kaback Enterprises Inc, 318 W 39th St # 2, New York, NY 10018-1496;
Kader Lithographers, 525 W 52nd St # 4, New York, NY 10019-5074;
Kaeyer Garment-Davidson, 285 E Main St, Mt Kisco, NY 10549-3002;
Kafka Construction Inc, 3608 9th St Long Island City, NY 11106;
Kahn Gordon Timko & Rodriques, 20 Vesey St # 300, New York, NY 10007-4242;
Kahuna Software Inc, 250 Park Ave # 7, New York, NY 10177-0799;
Kai Kai Kiki Nyllc, 517 46th Rd, Long Island City, NY 11101-5317;
Kajima Usa, 350 5th Ave # 5340, New York, NY 10118-5304;
Kalangala Infrastructure Svc, 902 Broadway, New York, NY 10010-6002;
Kaltura Inc, 250 Park Ave S # 10, New York, NY 10003-1400;
Kanban Solutions LLC, 41 E 11th St # 11, New York, NY 10003-4602;
Kane Davey Associates Inc, 1700 Post Rd, Fairfield, Ct 06824-5795;
Kane Kessler Pc, 666 3rd Ave # 23, New York, NY 10017-4896;
Kanta Electric Corp, 3421 56th St, Woodside, NY 11377-2121;
Kantor Davidoff Wolfe, 420 Lexington Ave # 1830, New York, NY 10170-1830;
Kaplan, Inc., 395 Hudson St, Fl 3, New York, NY 10014;
Kaplow Communications, 19 W 44th St # 601, New York, NY 10036-5900;
Kaprielian Enterprises, 207 W 25th St # 8, New York, NY 10001-7158;
Kapris Inc, 56 Spring St Ste Ll Edison, NJ 08820;
Karasyk & Moshella Llp, 233 Broadway # 2340, New York, NY 10279-2302;
Karbone, 201 E 42nd St # 3004, New York, NY 10017-5722;
Karbra Co, 460 Park Ave # 401, New York, NY 10022-1848;
Karen Horney Clinic, 329 E 62nd St # 1, New York, NY 10065-7788;
Karen Martin, 601 W 26th St # 522, New York, NY 10001-1137;
Karey Kassl Corp, 180 Terminal Dr, Plainview, NY 11803-2324;
Karim Rashid Inc, 428 W 54th St, New York, NY 10019-4406;
Kario Construction Corp, 114 Essex St Fl 3 Rochelle Park, NJ 07662;
Karlitz & Co Inc, 200 W 41st St # 1004, New York, NY 10036-7213;
Kasirer Consulting, 321 Broadway, New York, NY 10007-1111;
Katco Electric, 44-15 Barnett Avenue Long Island City, NY 11104;
Kate Spade And Company, 2 Park Ave, Fl 8, New York, NY 10016;
Kathryn Mcwilliams, Training Professional, 235 E 42nd St, Rm 107, New York, NY 10017;
Katlowitz & Assoc, 270 Madison Ave # 1203, New York, NY 10016-0601;
Katsky Korins Llp, 605 3rd Ave # 16, New York, NY 10158-1699;
Katz Dochterman & Epstein, 129 W 27th St # 11, New York, NY 10001-6206;
Kauff Mcguire & Margolis Llp, 950 3rd Ave # 14, New York, NY 10022-2773;
Kauffman Brad A, 40 Exchange Pl # 1400, New York, NY 10005-2737;
Kaufman Astoria Studios, 3412 36th St, Astoria, NY 11106-1229;
Kaufman Borgeest And Ryan, 200 Summit Lake Dr, Ste 110, Valhalla, NY 10595;
Kaufmann Gildin & Robbins Llp, 767 3rd Ave # 30, New York, NY 10017-2092;
Kaye Scholer Llp, 425 Park Ave, Fl 12, New York, NY 10022;
Kazlow & Kazlow, 237 W 35th St # 14b, New York, NY 10001-1905;
Kbls, 307 Mamaroneck Rd, Scarsdale, NY 10583;
Kbr NY, 838 Avenue Of The Americas # 5, New York, NY 10001-4194;
Kc Renovation, 119 W 57th St # S, New York, NY 10019-2303;
Kd Hercules Group Inc, 3512 19th Ave Astoria, NY 11105;
Kddi International Inc, 85 10th Ave, New York, NY 10011-4725;
Keane & Beane Pc, 445 Hamilton Ave # 1500, White Plains, NY 10601-1887;
Keevily Spero Whitelaw, Inc, 500 Mamaroneck Ave, Ste 404, Harrison, NY 10528;
Keith C Jewell Pc, 393 Old Country Rd # 300, Carle Place, NY 11514-2131;
Kel Mar Construction, 317 E 111th St, New York, NY 10029-3135;
Kel Medical Center, 1917 Bedford Ave, Brooklyn, NY 11225;
Kel Tech Construction Inc, 1211 Redfern Ave, Far Rockaway, NY 11691-3817;
Kelco Construction, 40 Austin Blvd, Commack, NY 11725-5702;
Kellenberg Hs, 1400 Glenn Curtiss Blvd, Uniondale, NY 11553;
Keller - North America, 100 Stickle Ave, Rockaway, NJ 07866-3146;

Kelley Drye And Warren Llp, 101 Park Ave, Fl 30, New York, NY 10168;
Kellner Dileo Co Lp, 900 3rd Ave # 1000, New York, NY 10022-3326;
Kelly Rode & Kelley Llp, 330 Old Country Rd # 305, Mineola, NY 11501-4170;
Kelman Winston & Vallone, 291 Broadway # 1600, New York, NY 10007-0083;
Kelnard Refrigeration, 3826 10th St, Long Island City, NY 11101-6112;
Kel-Tech Construction Inc., 12-11 Redfern Avenue,Far Rockaway,NY,11691;
Kemnay Advisory Svc Inc, 45 Rockefeller Plz # 2100, New York, NY 10111-2199;
Kempinski Hotels S A, Po Box 341, Bethpage, NY 11714-0341;
Ken Ben Industries, 1908 Shore Pkwy, Brooklyn, NY 11214-7122;
Kendal On Hudson, 1010 Kendal Way, Sleepy Hollow, NY 10591;
Kennedy Lillis Schmidt English, 75 Maiden Ln # 402, New York, NY 10038-4816;
Kenny Liu, 315 Church Street 4th Fl, New York, NY 10013;
Kensington Publishing Corp, 119 W 40th St # 21, New York, NY 10018-2522;
Kensington Vanguard, 39 W 37th St, New York, NY 10018-6217;
Kent Capital, 99 Wall St # 1012, New York, NY 10005-4301;
Kepco Inc, 13138 Sanford Ave, Flushing, NY 11355-4245;
Keri Coach Works, 15 Urban Ave, Westbury, NY 11590-4821;
Kerley Walsh Matera-Cinquemani, 2174 Jackson Ave, Seaford, NY 11783-2608;
Kerns Manufacturing Corp, 3714 29th St, Long Island City, NY 11101-2690;
Ketchum Inc., 1285 Avenue Of The Americas, Rm 401, New York, NY 10019;
Kew Electrical Service Inc, 1428 Hylan Blvd Staten Island, NY 10305;
Kew Gardens Dialysis Ctr, 12046 Queens Blvd, Kew Gardens, NY 11415-1204;
Kew Management, 1123 Broadway, Ste 407, New York, NY 10010;
Key Developers Inc, 670 Myrtle Ave Suite 370, Brooklyn, NY 11205;
Key Restoration Corp, 3611 Henry Hudson Pkwy # Ld, Bronx, NY 10463-1545;
Key Systems Inc, 330 W 42nd St # 2410, New York, NY 10036-6978;
Keyme, 5 Penn Plz, Fl 10, New York, NY 10011;
Keystone Management Inc, 15165 Ventura Blvd Ste 140, Sherman Oaks, Ca 91403-3390;
Kg Construction Assocs Inc, 1961 Melthew Ct Merrick, NY 11566;
Kgbtexas, 655 Madison Ave, New York, NY 10065-8043;
Kgs-Alpha Capital Markets, L.P., 521 5th Ave, Fl 3, New York, NY 10017;
Khan Enterprises Co Inc, 43 Hutcheson Pl Lynbrook, NY 11563;
Khurram Shehzad, 3425 Knox Place Suite 3b, New York, NY,10467;
Kica General Construction, Inc., 3461 Fort Hamilton Pkwy Brooklyn, NY 11218;
Kid Island Dental At Great, 611 Northern Blvd # 100, Great Neck, NY 11021-5208;
Kiewit Infrastructure Co, 470 Chestnut Ridge Rd Woodcliff Lake, NJ 07677;
Kim I Mchale & Assoc, 225 Broadway # 1000, New York, NY 10007-3780;
Kim Seybert Inc, 37 W 37th St # 9, New York, NY 10018-6219;
Kim Song & Assoc, 16 W 32nd St # 607, New York, NY 10001-0690;
Kim, 3554 169th St, Flushing, NY 11358;
Kimber Manufacturing Inc, 1 Lawton St, Yonkers, NY 10705-2617;
Kimberly Hotel, 145 E 50th St, New York, NY 10022-9502;
Kimco, 3333 New Hyde Park Rd, Ste 100, New Hyde Park, NY 11042;
King & Co, 72 Madison Ave # 10, New York, NY 10016-8731;
King Wood, 500 5th Ave # 50, New York, NY 10110-5099;
Kingfisher General Contracting Of NY Inc., 13029 122nd Pl, South Ozone Park, NY,11420;
Kings Bay Ym-Ywha Inc, 3495 Nostrand Ave, Brooklyn, NY 11229;
Kings Brook Jewish, 585 Schenectady Ave, Ste 2, Brooklyn, NY 11203;
Kings Capital Constr Group Inc, 660 White Plains Rd # 550, Tarrytown, NY 10591-5147;
Kings County Hospital, 648 Albany Ave, Brooklyn, NY 11203;
Kings Harbor Multicare Center, 2000 E Gun Hill Rd, Bronx, NY 10469;
Kings Highway Orthopedic Assn, 3131 Kings Hwy # C11, Brooklyn, NY 11234-2621;
Kings Medical, 1015 E 81st St, Brooklyn, NY 11236;
Kings Pulmonary Assc, 3131 Kings Hwy, Ste D10, Brooklyn, NY 11234;
Kingsbridge Heights Lthhcp, 188 W 230th St, Bronx, NY 10463-5215;
Kingsbrook Jewish Medical Center, 585 Schenectady Ave, Ste 2, Brooklyn, NY 11203;
Kino International Corp, 333 W 39th St # 503, New York, NY 10018-1380;

Kinturk Contracting Inc, 3512 169th St Flushing, NY 11358;
Kips Bay Endoscopy Center LLC, 535 2nd Ave,, New York, NY 10016;
Kirby Mcinerney Llp, 250 Park Ave # 820, New York, NY 10177-0800;
Kiri Construction, 750 Mclean Ave # 4, Yonkers, NY 10704-3875;
Kirkland And Ellis Llp, 601 Lexington Ave, Fl 35, New York, NY 10022;
Kirotec - Mes Group Corp, 1229 Rockland Ave, Staten Island, NY 10314;
Kirschenbaum & Kirschenbaum Pc, 200 Garden City Plz # 315, Garden City, NY 11530-3357;
Kiska Construction Inc, 10-34 44th Dr Long Island City, NY 11101;
Kislman Dialysis, 4102 13th Ave, Brooklyn, NY 11219-1389;
Kiss Group, 57 Seaview Blvd, Prt Washingtn, NY 11050;
Kitano Hotel New York, 66 Park Ave, New York, NY 10016-3007;
Kiwi Partners Inc, 30 Soundview Ln, Port Washington, NY 11050-1341;
Klahr Glass Co, 65 Bank St, White Plains, NY 10606-1902;
Klein & Solomon Llp, 275 Madison Ave # 33, New York, NY 10016-1133;
Klein Law Group Pc, 39 Broadway # 1530, New York, NY 10006-3099;
Klein Zelman LLC, 485 Madison Ave # 1301, New York, NY 10022-5817;
Klein Zelman, 485 Madison Ave, Fl 15, New York, NY 10022;
Kleinberg & Friedman, 217 Broadway # 401, New York, NY 10007-3398;
Kleinberg Electric Inc, 850 3rd Ave Ste 405, Brooklyn, NY 11232-1523;
Kleinberg Kaplan Wolff-Cohen, 500 5th Ave # 12, New York, NY 10110-1299;
Klima New York LLC, 4145 39th St, Long Island City, NY 11104-4201;
Klk Electric Inc, 58-09 28th Ave, Staten Island, NY,11377;
Klm Ophthalmology, 1301 Avenue J # 2, Brooklyn, NY 11230-3605;
Klm/Air France & Lynxs Air Car, 18705 Lee Rd Ste 700, Humble, Tx 77338-4193;
Klw Inc, 418 W 25th St, New York, NY 10001-6502;
Km Associates Of New York Inc, 158 W 29th St # 7, New York, NY 10001-5300;
Knic Partners LLC, 515 Park Ave, New York, NY 10022-1188;
Knight Elec. Services Corp., 599 11th Ave New York, NY 10036;
Knight Nets Inc, 13 Lewiston St, Franklin Square, NY 11010-2904;
Knightbridge Construction Corp, 33 Great Neck Rd Great Neck, NY 11021;
Knoa Software Inc, 41 E 11th St # 11, New York, NY 10003-4602;
Knollwood Country Club, 200 Knollwood Road Ext # 2, Elmsford, NY 10523-2849;
Kns Building Restoration Inc, 6981 75th St, Middle Village, NY 11379-2532;
Knuckles Komosinski & Elliot, 565 Taxter Rd # 595, Elmsford, NY 10523-2327;
Kobre & Kim Llp, 800 3rd Ave # 6, New York, NY 10022-7775;
Kochendorfer Group, 145 East 48th Street, 10th Floor New York, NY 10017;
Koehler & Isaacs Llp, 61 Broadway # 2500, New York, NY 10006-2829;
Koenig Iron Works, 814 37th Ave, Long Island City, NY 11101-6011;
Koeppel Martone & Leistman, Po Box 863, Mineola, NY 11501-0863;
Koeppel Nissan Inc, 7034 66th Pl, Glendale, NY 11385;
Kohlberg Kravis Roberts And Co, 9 W 57th St, Ste 4200, New York, NY 10019;
Kohn Pedersen Fox Associates, 11 W 42nd St, New York, NY 10036-8002;
Kojin Industries Inc, 6911 197th St Fresh Meadows, NY 11365;
Koko Contracting, 4 Leeward Court Shoreham, NY 11786;
Komanoff Center For Geriatric, 375 E Bay Dr, Long Beach, NY 11561-2350;
Kopff Nardelli Dopf, 440 9th Ave # 15, New York, NY 10001-1628;
Kordun Construction Corp, 6941 76th St, Middle Village, NY 11379-2828;
Kore Contracting, 100 Brighton 11 St Brooklyn, NY 11235;
Kore Software Inc, 259 W 30th St # 16, New York, NY 10001-2809;
Korean Air Lines, 1370, Gonghang-Dong,, Gangseo-Gu, Seoul, Kr 157-712;
Kossoff PLLC, 217 Broadway # 401, New York, NY 10007-2944;
Kostelanetz & Fink, 250 Greenwich St # 34a, New York, NY 10007-0034;
Kpa Group, 13028 91st Ave, Richmond Hill, NY 11418-3319;
Kpff Inc, 299 Broadway # 900, New York, NY 10007-1958;
Kpmg, 345 Park Ave, Bsmt Lb6, New York, NY 10154;
Kps Capital Partners Lp, 485 Lexington Ave, Fl 31, New York, NY 10017;
Kraft & Kennedy Inc, 228 E 84th St, New York, NY 10028-5013;

Kraft Kennedy & Lesser Inc, 6 W 33rd St # 14, New York, NY 10001-3321;
Kraftworks Limited, 60 Broad St # 25, New York, NY 10004-2350;
Kramer & Dunleavy, 61 Broadway # 2220, New York, NY 10006-2702;
Kramer Dillof Livingston-Moore, 217 Broadway # 10, New York, NY 10007-2998;
Kranjac Tripodi Partners Llp, 30 Wall St # 12, New York, NY 10005-2219;
Kreisberg & Maitland Llp, 75 Maiden Ln # 603, New York, NY 10038-4695;
Krez & Flores Lip, 225 Broadway # 2800, New York, NY 10007-3018;
Krinos Foods Inc, 1750 Bathgate Ave, Bronx, NY 10457-7541;
Kristin Papesh, Vp Of Human Resources, 235 E 42nd St, Rm 107, New York, NY 10017;
Kroywen Rlty & Construction Corp, 36-02 Astoria Boulevard Astoria, NY 11103;
Krystal Touch Of NY Inc., 66 Maple Pl Ste C, Amityville,NY,11701;
Ks Eng. Pc, 65 Broadway Ste 1002 New York, NY 10006;
Ks Renovation Group Inc, 79 Washington Pl # 1c, New York, NY 10011-9137;
Kubricky Construction Corporation, 269 Ballard Rd Wilton, NY 12831;
Kucker & Bruh, 747 3rd Ave # 1200, New York, NY 10017-2859;
Kudman & Trachten, 350 5th Ave # 68, New York, NY 10118-6710;
Kuraray Dental, 600 Lexington Ave, Fl 26, New York, NY 10022;
Kurzman Eisenberg Corbin Lever, 1 N Broadway # 12, White Plains, NY 10601-2336;
Kutnicki/Bernstein Architects, 434 Broadway Fl 4, New York, NY 10013-2563;
Kuzmin & Assoc Pc, 225 Broadway # 2108, New York, NY 10007-3730;
Kvb Partners, 60 Broad St # 3502, New York, NY 10004-2356;
Kvl Audio Visual Services, 200 Corporate Blvd S, Ste 145, Yonkers, NY 10701;
Kwi, 2200 Northern Blvd # 102, Greenvale, NY 11548-1220;
Kwiat, 555 Madison Ave # 1400, New York, NY 10022-3324;
Kwittken And Company LLC, 160 Varick St, Fl 4, New York, NY 10013;
Kyle Conti Construction LLC, 749 Clawson Ave, Hillsborough, NJ 08844-3311;
L & E Creative Printing Inc, 100 Ring Rd W # 103, Garden City, NY 11530-3205;
L & L Holdings Co LLC, 142 W 57th St, New York, NY 10019-3300;
L & L Painting Co, 900 South Oyster Bay Hicksville, NY 11801;
L & M Builders LLC, 1865 Palmer Ave Ste 203, Larchmont, NY 10538-3037;
L & M Roofing Co, 140 Highland St # 1, Port Chester, NY 10573-3379;
L 3 Communications Holdings, 600 3rd Ave, Bsmt C2, New York, NY 10016;
L I Osteoporosis & Arthritis, 524 Old Country Rd, Plainview, NY 11803-6502;
L I Physicians Assoc Pc, 27001 76th Ave, New Hyde Park, NY 11040-1402;
L K Comstock & Company Inc, One N Lexington Avenue, White Plains, NY 10601;
L M G Construction Corp, 9724 Atlantic Ave, Ozone Park, NY 11416-1620;
L Ron Hubbard Media Resources, 349 W 48th St, New York, NY 10036-1348;
L Russo Fence Co, 220 Industrial Loop, Staten Island, NY 10309-1120;
L. A. Mays Inc., 385 1st Avenue,New York,NY,10010;
L.B. Electric Supply Co. Inc., 5202 New Utrecht Ave, Brooklyn, NY 11219;
L.B. Foster Company, 2048 Milford Square Pike, Quakertown, Pa 18951-2134;
L.K. Comstock & Company, Inc, 83 Central Ave, Farmingdale, NY 11735-6901;
L+M Development Partners, 1865 Palmer Ave Ste 203, Larchmont, NY 10538-3037;
L-3 Communications Corporation, 600 3rd Ave, Bsmt C2, New York, NY 10016;
La Bottega, 60 Osborne Rd, Garden City, NY 11530;
La Force & Stevens, 41 E 11th St # 6, New York, NY 10003-4654;
La Guardia Community College, 3110 Thomson Ave, Long Is City, NY 11101;
La Mar Plastic Packaging Ltd, 216 N Main St # F, Freeport, NY 11520-2200;
La Peninsula Community Org, 711 Manida St, Bronx, NY 10474-5807;
La Peninsula Community Organization, 711 Manida St, Bronx, NY 10474;
La Prairie, 680 5th Ave, Fl 11, New York, NY 10019;
La Providencia Family Health, 1280 Dekalb Ave, Brooklyn, NY 11221-3204;
Lab 49 Inc, 1345 Avenue Of The America #50, New York, NY 10105-5000;
L'abbate Balkan Colavita Contini, 1001 Franklin Ave, Rm 300, Garden City, NY 11530;
Labco Electric Contracting Corporation, 20111 Linden Blvd Saint Albans, NY 11412;
Lachase Construction Svc, 1 Labriola Ct # 2, Armonk, NY 10504-1336;
Lachman Consultant Svc Inc, 1600 Stewart Ave # 604, Westbury, NY 11590-6645;

Lacina Heitler Architects, 135 5th Ave # 6, New York, NY 10010-7155;
Lackenbach Siegel Llp, 1 Chase Rd, Scarsdale, NY 10583-4156;
Laconia Nursing Home, 1050 E 230th St, Bronx, NY 10466-4810;
Lacwk NY LLC, 99 Madison Ave # 8, New York, NY 10016-7419;
Ladders Inc, 55 Water St # 51, New York, NY 10041-3201;
Ladmar Associates Ltd, 10 Maple St, Prt Washingtn, NY 11050;
Lafayette Medical Management, 233 Lafayette St # Ground, New York, NY 10012-4051;
Laforce, 41 E 11th St, Fl 6, New York, NY 10003;
Laga Int Ltd, 100 Banks Ave, Apt 1210, Rockville Ctr, NY 11570;
Lagardere North America, Inc., 60 E 42nd St, Ste 1940, New York, NY 10168;
Laguarda Low Architects, 25 E 21st St # 2, New York, NY 10010-6243;
Lake Construction Corp, 150 King St, Brooklyn, NY 11231-1205;
Lake Group, 17 Vale Pl, Rye, NY 10580-2603;
Lakhani & Jordan Engineers Pc, 50 E 42nd St # 10, New York, NY 10017-5426;
Lakhi General Contractor Inc Po Box, 249, 1 Stoneridge Court Syosset, NY 11791;
Lakshmi Capital Management LLC, 2007 N Beverly Dr, Beverly Hills, Ca 90210-1614;
Laland Baptiste, 8513 Coventry Rd, Brooklyn, NY 11236-1409;
Lalire March Architects, 630 9th Ave, Ste 900, New York, NY 10036;
Lam Generation LLC, 254 Canal St # 3005, New York, NY 10013-3683;
Lambo Mechanical Inc, 329 Hendrix Street Brooklyn, NY 11207;
Lambos Firm, 303 S Broadway, Ste 410, Tarrytown, NY 10591;
Laminall Inc, 438 W 37th St # 2, New York, NY 10018-9567;
Lamson & Cutner, 9 E 40th St # 1300, New York, NY 10016-0402;
Lancaster Development & Tully Construction Co., 145 Podpadic Rd Richmondville, NY 12149;
Lancer Insurance Company, 370 W Park Ave, Long Beach, NY 11561;
Landesman Brothers Inc, 16 Mccarthy Rd, Island Park, NY 11558;
Landform LLC, 76 Storer Ave, New Rochelle, NY 10801-3612;
Landman Corsi Ballaine And Ford, 120 Broadway, Fl 13, New York, NY 10005;
Landmark Signs & Maintenance, 1501 Broadway # 501, New York, NY 10036-5501;
Landmark Ventures, 475 Park Ave S # 25, New York, NY 10016-6922;
Landpex Development, 85 Broad St Suite 1776, New York, NY 10004;
Lane Associates, 3916 Long Beach Rd, Island Park, NY 11558-1140;
Lane Construction, 145 Huguenot St # 320, New Rochelle, NY 10801-5226;
Langan Engineering, 360 W 31st St Fl 8, 21 Penn Plaza, New York, NY 10001-2727;
Langan, 360 W 31st 8th Fl, 21 Penn Plaza, New York, NY 10001-2727;
Language Works, 61 Broadway # 1400, New York, NY 10006-2716;
Lanmark Group Inc, 2125 Mill Ave, Brooklyn, NY 11234-6307;
Lanmark Technical Svc Ltd, 139 5th Ave, New York, NY 10010-7104;
Lapadula Carlson & Co, 5 Penn Plz # 19, New York, NY 10001-1738;
Laperuta Construction Corp, Po Box 90666, Staten Island, NY 10309-0666;
Larocca Hornik Rosen Greenberg, 40 Wall St # 3202, New York, NY 10005-1484;
Lascon Inc, 266 White Plains Rd # D-1, Eastchester, NY 10709-4423;
Laser Electrical Contracting, 5601 Northern Blvd,Woodside,NY,11377;
Lasker Ice Rink, 830 5th Ave, New York, NY 10065-7001;
Latham And Watkins Llp, 885 3rd Ave, Ste 320, New York, NY 10022;
Latimer And Linden Management Co, 3738 108th St, Corona, NY 11368-2023;
Laughing Lotus Yoga Ctr, 9 Charles St # 4b, New York, NY 10014-3045;
Laumic Co, 432 W 45th St, New York, NY 10036-3580;
Laundry Service, 55 Water St, Brooklyn, NY 11201-1052;
Laura Davidson Public Relation, 72 Madison Ave # 8, New York, NY 10016-8731;
Laura Electrical Lighting & Maintenance Service, 115 Macdougal St,New York,NY,10012;
Lauren A Baum Law Offices, 171 Madison Ave # 300, New York, NY 10016-5107;
Laurencewell And Pumpcoinc, 91 Conklin Ave, Brooklyn, NY 11236;
Law Office Of Weinreb, 165 Eileen Way # 101, Syosset, NY 11791-5324;
Law Offices Barry Slbrzwg, 271 Madison Ave # 3, New York, NY 10016-1042;
Law Offices Of Jan G Johansson, 360 E 72nd St # A1500, New York, NY 10021-0372;
Law Offices Of Jh Tanenbaum, 14 Wall St # 5f, New York, NY 10005-2137;

Law Offices Of Norka M Schell, 17 State St # 4000, New York, NY 10004-1508;
Law Offices-Kenneth A Wilhelm, 445 Park Ave # 9, New York, NY 10022-8606;
Law Offices-Keshab Raj Seadie, 246 W 38th St # 801, New York, NY 10018-7857;
Law Offices-Michael S Lmnsff, 1 Financial Sq # 8, New York, NY 10005-3553;
Law Offices-Robin Harris King, 1 Battery Park Plz # 2900, New York, NY 10004-1554;
Law Office-Yuriy Moshes Pc Nyc, 322 W 48th St # 6, New York, NY 10036-1308;
Lawless & Mangione Llp, 480 N Broadway # 4, Yonkers, NY 10701-1945;
Lawline.Com, 61 Broadway # 1105, New York, NY 10006-2728;
Lawpac, 132 Nassau St # 200, New York, NY 10038-2486;
Lawrence A Wein Stadium, 533 W 218th St, New York, NY 10034-1005;
Lawrence Hospital Center, 55 Palmer Ave,, Bronxville, NY 10708;
Lawrence J Berger Pc, 200 Madison Ave # 1902, New York, NY 10016-4001;
Lawrence Nursing Care Ctr, 350 Beach 54th St, Arverne, NY 11692-1790;
Lawrence Scott Events Ltd, 240 E 76th St # 17l, New York, NY 10021-2958;
Lawrence's Contractor Inc, 13840 226th St,Springfield Gardens,NY,11413;
Laws Construction, Inc., 34 Irvington St, Pleasantville, NY 10570-3410;
Lawyer Referral Information, 15 West St, Mineola, NY 11501-4813;
Lawyers For Children, 110 Lafayette St # 8, New York, NY 10013-4188;
Lazare Potter & Giacovas, 747 3rd Ave # 16, New York, NY 10017-2856;
Lba Realty, 3347 Michelson Dr Ste 200, Irvine, Ca 92612-0687;
L-C Construction Co, 6961 Juniper Blvd S,Middle Village,NY,11379;
Lcor Inc, 1 Penn Plz Ste 1801, New York, NY 10119-3310;
Ldi Color Toolbox, 50 Jericho Quadrangle # 115, Jericho, NY 11753-2726;
Le Vian Corp, 235 Great Neck Rd, Great Neck, NY 11021-3301;
Leader & Berkon Llp, 630 3rd Ave # 17, New York, NY 10017-6740;
League Treatment Ctr, 483 Clermont Ave, Brooklyn, NY 11238-2253;
Leahey & Johnson, 42 Leroy St, New York, NY 10014-3915;
Leake And Watts Services, Inc, 463 Hawthorne Ave, Yonkers, NY 10705;
Leap, 535 8th Ave # 11, New York, NY 10018-2530;
Learnvest, Inc., 41 E 11th St, Fl 2, New York, NY 10003;
Leasinc Limited, 15 Ives Rd # 2, Hewlett, NY 11557-2034;
Leasing Direct Inc, 160 Empire Blvd, Brooklyn, NY 11225-3401;
Leav & Steinberg Llp, 75 Broad St # 1601, New York, NY 10004-2448;
Leblon Holdings LLC, 151 W 25th St # 6l, New York, NY 10001-7256;
Lecht Sciences Inc, 304 E 45th St, New York, NY 10017-3425;
Lecroy Corporation, 700 Chestnut Ridge Rd, Chestnut Rdg, NY 10977;
Lee & Associates, 845 3rd Ave Fl 4, New York, NY 10022-6647;
Lee Hecht Harrison LLC, 230 Park Ave, Rm 600, New York, NY 10168;
Lee Jofa, 201 Central Ave S, Bethpage, NY 11714-4940;
Lee Strasberg Theater-Film, 115 E 15th St, New York, NY 10003-2188;
Leeding Builders Group LLC, 33 East 33rd Street 7th Floor, New York, NY 10016;
Leewood Golf Club, 1 Leewood Dr, Eastchester, NY 10709-5421;
Lefrak Organization, 14148 85th Rd, Apt 4f, Briarwood, NY 11435;
Left Right Inc, 39 W 19th St # 9, New York, NY 10011-4260;
Legacy Builders, 519 8th Ave # 7n, New York, NY 10018-6574;
Legacy Builders/Developers Corp., 501 Fashion Ave, Rm 402, New York, NY 10018;
Legal Interpreting Services Inc., 81 Willoughby St, Ste 602, Brooklyn, NY 11201;
Legal Options Inc, 116 W 23rd St # 5, New York, NY 10011-2599;
Legal Outreach, 3614 35th St, Astoria, NY 11106-1302;
Legal Referral Svc Assn, 42 W 44th St, New York, NY 10036-6604;
Legal Services Nyc, 40 Worth St # 606, New York, NY 10013-2904;
Leggit Bogt Webb, 432 Park Ave S # 10, New York, NY 10016-8004;
Legion Lighting Co. Inc., 221 Glenmore Ave, Brooklyn, NY 11207;
Lehman College, 250 Bedford Park Blvd W, Bronx, NY 10468;
Lehrer Mcgovern Bovis Inc, 410 E 61st St, New York, NY 10065-8735;
Lektric Installations Corp, 3802 Church Ave,Brooklyn,NY,11203;
Lemle & Wolff Inc, 5925 Broadway, Bronx, NY 10463-2410;

Lendlease, 200 Park Avenue, 9th Floor, New York, NY 10166
Lenox Advisors, 90 Park Ave, Fl 18, New York, NY 10016;
Lenox Hill Hospital, 100 E 77th St, New York, NY 10075-1850;
Lenox Hill Neighborhood House, 331 E 70th St, New York, NY 10021;
Lenox Hill Radiology, 4120 Broadway, New York, NY 10033-3703;
Leo Ingwer Inc, 62 W 47th St # 1004, New York, NY 10036-3200;
Leon D. Dematteis Construction Corp., 820 Elmont Road Elmont, NY 10451;
Leon Fuel Svc, 11902 23rd Ave, Flushing, NY 11356-2506;
Leon Henry Inc, 200 N Central Ave # 220, Hartsdale, NY 10530-9915;
Leonard Powers Inc, 442 W 49th St,New York,NY,10019;
Leonid Jrupnik, P.E., 139 Fulton St, New York, NY 10038-2594;
Leopold Gross & Sommers Pc, 16 Court St # 1903, Brooklyn, NY 11241-1019;
Lepercq, 156 W 56th St, Ste 1204, New York, NY 10019;
Lera Consulting Structural Eng., 40 Wall St Fl 23, New York, NY 10005-1477;
Lerco Electric LLC, 370 E 146th St,Bronx,NY,10455;
Lerman Diagnostic Imaging, 6511 Fort Hamilton Pkwy, Brooklyn, NY 11219-5524;
Leroy Street Studio, 65 Allen St, New York, NY 10002-5303;
Les Chateaux De France Inc, 1 Craft Ave, Inwood, NY 11096-1609;
Les Csa, 197 E Broadway, New York, NY 10002-5507;
Leshkowitz & Co Llp, 270 Madison Ave # 17, New York, NY 10016-0683;
Leslie E Robertson Assoc, 30 Broad St # 37, New York, NY 10004-2947;
Lettire Construction Corp, 334 E 110th St # 2, New York, NY 10029-3105;
Levelwing, 260 W 35th St # 801, New York, NY 10001-2528;
Levest Electric Corp, 325 W 37th St, New York, NY 10018-4203;
Levidow Levidow Oberman, 299 Broadway, Ste 1800, New York, NY 10007;
Levine & Blit PLLC, 350 5th Ave # 4020, New York, NY 10118-4001;
Levine Builders, 4209 235th St, Little Neck, NY 11363-1526;
Levinson & Santoro Electrical Corp, 20-16 130 St College Point, NY 11356;
Levithan Mechanical Corp, 389 Arlington Ave Brooklyn, NY 11208;
Levitt-Fuirst Associates, Ltd, 520 White Plains Rd, Ste 200, Tarrytown, NY 10591;
Levy & Sonet Attys, 630 3rd Ave # 23, New York, NY 10017-6731;
Levy Davis And Maher, Llp, 880 3rd Ave, Fl 9, New York, NY 10022;
Lewis & Kennedy Inc, 104 E 25th St # 7, New York, NY 10010-2917;
Lewis Clifton Nikolaidis Pc, 350 W 31st St # 401, New York, NY 10001-2855;
Lewis P C Jackson, 44 S Broadway, Fl 14, White Plains, NY 10601;
Lexicon Communications Corp, 256 W 38th St # 508, New York, NY 10018-5807;
Lexin Capital, 654 Madison Ave Rm 2205, New York, NY 10065-8443;
Lexington Plastic Surgeon, 113 E 39th St, New York, NY 10016-0968;
Lexvia Inc, 215 Lexington Ave # 18, New York, NY 10016-6023;
Lfb Media Group, 50 W 23rd St # 702, New York, NY 10010-5262;
Lhsa + Dp, 75 Broad St # 2700, New York, NY 10004-2479;
Li & Fung Usa, 1359 Broadway # 18, New York, NY 10018-7839;
Li Saltzman Architects P C, 50 Broadway # 33, New York, NY 10004-1691;
Liakas Law Pc, 65 Broadway # 1304, New York, NY 10006-2522;
Lib, 2075 W 11th St, Brooklyn, NY 11223;
Libero And Associates LLC, 57 Old Country Rd, Ste 2, Westbury, NY 11590;
Liberty Global Logistics LLC, 1979 Marcus Ave # 200, New Hyde Park, NY 11042-1059;
Liberty Lines Inc, 475 Saw Mill River Rd, Yonkers, NY 10701;
Libqual Fence Co, 775 Meacham Ave, Elmont, NY 11003-4716;
Library Hotel, 299 Madison Ave # 1, New York, NY 10017-6298;
Lic Beer Project, 3928 23rd St, Long Island City, NY 11101-4817;
Licenders, 185 E 85th St # 3, New York, NY 10028-2191;
Lichy & Kolb, 222 E 68th St, New York, NY 10065-6001;
Lico Contracting Inc, 2910 20th Ave, Astoria, NY 11105-2534;
Lieber Chocolate & Food Prod, 142 44th St, Brooklyn, NY 11232-3310;
Liebhaber Construction Inc, 4735 27th St, Long Island City, NY 11101-4410;
Lieff Cabraser Heimann, 250 Hudson St # 8, New York, NY 10013-1413;

Lif Industries, Inc., 5 Harbor Park Dr, Ste 1, Prt Washingtn, NY 11050;
Life's Worc Inc, 1501 Franklin Ave, Mineola, NY 11501;
Lifespire, 1 Whitehall St, Fl 9, New York, NY 10004;
Lifetime Plumbing, 21515 Northern Blvd, Ste 304, Bayside, NY 11361;
Lifetime Renovations Inc, 114 Bluespruce Rd, Levittown, NY 11756-1947;
Lifexpress Inc, 336 W 37th St # 670, New York, NY 10018-2527;
Lifshutz & Lifshutz Pc, 271 Madison Ave # 905, New York, NY 10016-1034;
Light House Designs, Inc., 1913 Deer Park Ave Deer Park, NY 11729;
Lighting Design & Application, 120 Wall St # 1700, New York, NY 10005-4001;
Lighting Design Group, 49 W 27th St # 920, New York, NY 10001-6936;
Lighting Express, 1030 W Jericho Tpke Smithtown, NY 11787;
Lightspec, 1501 Monroe Ave,Rochester,NY,14618;
Likeable Local, 1460 Broadway # 1, New York, NY 10036-7306;
Lim College, 12 E 53rd St, Lbby, New York, NY 10022;
Limnes Corp., 1095 Tulip Ave, Franklin Square, NY 11010-2744;
Limosys Inc, 53 E 34th St, New York, NY 10016-4332;
Lincoln Equities Group LLC, 1 Meadowlands Plz Ste 803, East Rutherford, NJ 07073-2152;
Linden Alschuler & Kaplan, 1251 Avenue Of The Americ #940, New York, NY 10020-1104;
Lindsay Goldberg, 630 5th Ave, Fl 30, New York, NY 10112;
Lindsay, 18135 Burke St, Elkhorn, Ne 68022-4413;
Linear Environmental Corp, 1025 44th Ave Long Island City, NY 11101;
Linear Lighting Corp, Po Box 494, Glen Head, NY 11545-0494;
Link Theory Holdings Inc., 38 Gansevoort St, New York, NY 10014;
Lion Heart Electric Corp, 1439 Bassett Avenue, Bronx, NY 10461;
Lipa/National Grid, 467 Maple Ave, Uniondale, NY 11553;
Lippolis Electric, 25 7th St, Pelham, NY 10803-1211;
Lipsky Goodkin & Co Pc, 120 W 45th St # 7, New York, NY 10036-4031;
Liquid Technology, 79 Madison Ave # 6, New York, NY 10016-7802;
Liro Program & Construction Management, 3 Aerial Way, Syosset, NY 11791-5501;
Lirr, 9302 Sutphin Blvd, Jamaica, NY 11435;
Lissner & Lissner Llp, 162 W 56th St # 506, New York, NY 10019-3873;
Litehouse Builders, Inc., 23 Brooklyn Queens Expy W Queens, NY 11103;
Litespeed Electric, 135 West 29th St New York, NY 10001;
Little Bird, 234 5th Ave, Fl 4, New York, NY 10001;
Little Flower, 186 Joralemon St # 2, Brooklyn, NY 11201-4326;
Little Man Parking, 307 7th Ave # 407, New York, NY 10001-6175;
Little Sisters-The Assumption, 333 E 115th St, New York, NY 10029-2210;
Little Tikes Play Structures, 12 Bank St Matawan, NJ 07747;
Littlewolf The Cabinet Shop, 1583 1st Ave # 1, New York, NY 10028-4273;
Littman Krooks Llp, 399 Knollwood Rd # 115, White Plains, NY 10603-1900;
Liu Electric LLC, 99 Madison Ave,New York,NY,10016;
Live X, 483 10th Ave, Rm 210, New York, NY 10018;
Livingston Electrical Assoc, 16220 77th Rd, Fresh Meadows, NY 11366-1906;
Liz & Botshon, 450 Fashion Ave # 12, New York, NY 10123-1299;
Lizardos Engineering Assoc Pc, 200 Old Country Rd # 670, Mineola, NY 11501-4293;
Lkbn Neurology Assoc, 777 Sunrise Hwy # 200, Lynbrook, NY 11563-2950;
Lloyd & Co, 180 Varick St # 1018, New York, NY 10014-5473;
Lmc Physician Services, Pc, 5800 3rd Ave, Brooklyn, NY 11220;
Lmi, 2536 Hering Ave, Bronx, NY 10469;
Lmw Engineering Group, LLC., 125 Lexington Ave., Linden, NJ 07036;
Lnd Inc, 3230 Lawson Blvd, Oceanside, NY 11572-3796;
Lo Sardo General Contractors Inc, 33 Crescent St Brooklyn, NY 11208;
Loan Syndications And Trading Assn, Inc., 366 Madison Ave, Fl 15, New York, NY 10017;
Local Office Landscape Architecture, 61 9th St Ste C3, Brooklyn, NY 11215-2735;
Locator Search LLC, 563 W 169th St, New York, NY 10032-3912;
Loduca Associates, 171 Bridge Rd Islandia, NY 11749;
Loeb And Troper Llp, 655 3rd Ave, Ste 1200, New York, NY 10017;

Loffredo Brooks Architects, 118 W 22nd St # 4, New York, NY 10011-2416;
Logicworks, 155 Avenue Of The Americas # 5, New York, NY 10013-1507;
Logistics, 310 Cornwell Ave, Malverne, NY 11565;
Logon Sa, 520 8th Ave # 14l, New York, NY 10018-6632;
Logos Consulting Group LLC, 875 Avenue Of The Americ #2300, New York, NY 10001-3507;
Lollytogs Limited, 100 W 33rd St # 1012, New York, NY 10001-2984;
Lombard Risk Intl Usa, 16 E 40th St # 1, New York, NY 10016-0113;
Lombardi & Assoc, 412 Broadway # 4, New York, NY 10013-3594;
Lombardi Design, 100 Doxsee Dr, Freeport, NY 11520;
Lombardy Hotel, 111 E 56th St, New York, NY 10022-2664;
Lompo Federal Credit Union, 5024 Queens Blvd, Woodside, NY 11377;
London Fischer Llp, 59 Maiden Ln, Ste 3801, New York, NY 10038;
London Lennie's, 63-88 Woodhaven Blvd, Rego Park, NY 11374;
London Luxury, 270 North Ave, Ste 300, New Rochelle, NY 10801;
London Meat Co, 56 Little West 12th St, New York, NY 10014-1305;
Long Beach Reach, 12 W Park Ave, Long Beach, NY 11561-2018;
Long Beach School District, 239 Lido Blvd, Lido Beach, NY 11561;
Long Island Blood Svc, 1200 Prospect Ave, Westbury, NY 11590-2723;
Long Island Business Inst, 13618 39th Ave, Ste 300, Flushing, NY 11354;
Long Island Cardiovascular, 1983 Marcus Ave # E120, New Hyde Park, NY 11042-2020;
Long Island Care Center, 14461 38th Ave, Flushing, NY 11354;
Long Island Care, 14461 38th Ave, Flushing, NY 11354-5998;
Long Island Concrete Inc, 215-10 Hempstead Avenue,Queens Village,NY,11429;
Long Island Consultation Ctr, 9729 64th Rd # 1fl, Rego Park, NY 11374-2240;
Long Island Fireproof Door Inc, 1105 Clintonville St, Whitestone, NY 11357-1813;
Long Island Fqhc, Inc., 1600 Stewart Ave, Ste 300, Westbury, NY 11590;
Long Island Graphic, 379 Central Ave, Lawrence, NY 11559-1607;
Long Island Heart Assoc, 200 Old Country Rd, Ste 278, Mineola, NY 11501;
Long Island Internal Medicine, 2 Lincoln Ave # 201, Rockville Centre, NY 11570-5775;
Long Island Jewish Medical Center, 27005 76th Ave,, New Hyde Park, NY 11040;
Long Island Jewish, 1554 Northern Blvd, Manhasset, NY 11030-3053;
Long Island Kidney Assoc Pc, 4250 Hempstead Tpke # 17, Bethpage, NY 11714-5707;
Long Island Laser Bounce, 2710 Hempstead Tpke, Levittown, NY 11756-1326;
Long Island Queens Hearing, 225 Froehlich Farm Blvd, Woodbury, NY 11797-2922;
Long Island Rail Road, 144-41 94 Ave, Jamaica, NY 11435-3631;
Long Island Tinsmith Supply Corporation, 7611 88th St, Glendale, NY 11385;
Long Island University, 700 Northern Blvd, Greenvale, NY 11548;
Long Island Vitreo Retinal, 600 Northern Blvd # 216, Great Neck, NY 11021-5200;
Long Term Home Health Care, 105 Dreiser Loop, Bronx, NY 10475-2701;
Loring Consulting Engineers, Inc, 21 Penn Plaza, New York, NY 10001;
Loring Software, 3 Hays Hill Rd # 1, Pleasantville, NY 10570-1717;
Los Ninos Services Inc, 535 8th Ave, # 6, New York, NY 10018;
Losardo General Contractor, 35 Crescent St Brooklyn, NY 11208;
Lothrop Associates Llp, 333 Westchester Ave # 304, West Harrison, NY 10604-2911;
Lotte New York Palace, 455 Madison Ave, New York, NY 10022-6845;
Loughlin Management Partners, 220 W 42nd St # 1, New York, NY 10036-7200;
Louis Grandelli Law Office, 90 Broad St # 15, New York, NY 10004-2291;
Louis J Maccarone Plbg & Htg, 10 Sea Cliff Ave # G, Glen Cove, NY 11542-3630;
Louis Shiffman Electric, 542 Wortman Ave, Brooklyn, NY 11208-5412;
Louis Tamis Jewelry, 10 E 38th St # 6, New York, NY 10016-0014;
Love To Care, 70 E Sunrise Hwy, Valley Stream, NY 11581-1240;
Lovell Safety Management LLC, 1 Diaz St, Staten Island, NY 10305;
Lovett Productions Inc, 17 Vandam St, New York, NY 10013-1215;
Lower East Side Construction, 457 Fdr Dr # 1901, New York, NY 10002-1964;
Lower Eastside Service Center, Inc., 80 Maiden Ln, Rm 305, New York, NY 10038;
Lower Hudson Regional Info Ctr, 450 Mamaroneck Ave # C, Harrison, NY 10528-2400;
Lower Manhattan Development Corporation, 22 Cortlandt St 11th Fl, New York, NY 10007;

Lower Manhattan Dialysis Ctr, 323 E 34th St, New York, NY 10016-4974;
Lower Manhattan Health Ctr, 303 9th Ave, New York, NY 10001-5701;
Lowey Dannenberg, 44 S Broadway # 1100, White Plains, NY 10601-4459;
Lowitt Alarms, 25 Bethpage Rd, Hicksville, NY 11801-1525;
Loxme Group, Inc., 245 Main St, Northport, NY 11768-1762;
Loy Center, 14121 70th Rd, Flushing, NY 11367;
Loyal Kasper, 80 Broad St # 8, New York, NY 10004-2374;
LRC Construction LLC, 7 Renaissance Square, 4th Floor White Plains, NY 10601;
Lrl Construction Inc, 441 S 8th Ave, Mount Vernon, NY 10550-4326;
Lsl Construction Svc Inc, 158 Wooster St, New York, NY 10012-3112;
Lss Contracting LLC, 56 Pond Ln Levittown, NY 11756 ;
Lt Apparel Group, 100 W 33rd St, Ste 1012, New York, NY 10001;
Ltu Technologies Inc, 232 Madison Ave # 1202, New York, NY 10016-2944;
Lua Technology Inc, 900 Broadway # 504, New York, NY 10003-1237;
Lucas & Mercanti Llp, 30 Broad St # 21, New York, NY 10004-2900;
Lucky LLC, 15 Park Row, Apt 25l, New York, NY 10038;
Ludl Electronic Products, 171 Brady Ave, Hawthorne, NY 10532-2216;
Ludwig Group, Inc, 666 3rd Ave, Fl 28, New York, NY 10017;
Lufthansa, 1640 Hempstead Tpke, East Meadow, NY 11554;
Luhi Summer Programs, 131 Brookville Rd, Glen Head, NY 11545-3329;
Lui Choy PLLC, 100 Lafayette St # 301, New York, NY 10013-4400;
Lukasiewicz Design Inc, 119 W 57th St # 1115, New York, NY 10019-2401;
Lum Danzis Drasco Positan, 46 Park Ave, New York, NY 10016-3407;
Lunt-Fontanne Theatre, 205 W 46th St, New York, NY 10036-1497;
Lurie Ilchert Macdonnell-Ryan, 475 Park Ave S # 2800, New York, NY 10016-6901;
Luskin Stern Eisler Llp, 640 8th Ave, New York, NY 10036-7117;
Lutheran Medical Center, 241 37th St, Ste 412, Brooklyn, NY 11232;
Lutz & Carr, 551 5th Ave # 400, New York, NY 10176-0423;
Lux Builders, Inc, 1534 W 9th St Brooklyn, NY 11204;
Luxottica Group, 44 Harbor Park Dr, Prt Washingtn, NY 11050;
Luxury Attach, 33 Irving Pl, New York, NY 10003-2332;
Lycee Francais De New York, 12420 155th St, Jamaica, NY 11434;
Lyden Gardens Hotel, 500 W 37th St # 3, New York, NY 10018-1118;
Lynbrook Restorative Therapy And Nursing, 243 Atlantic Ave, Lynbrook, NY 11563;
Lynch Daskal Emery Llp, 137 W 25th St # 5, New York, NY 10001-7222;
Lyneer Search Group, 1001 Avenue Of The Ameri #2401, New York, NY 10018-5465;
Lynn Cahill Llp, 70 W 40th St # 50, New York, NY 10018-2671;
Lynn H Ratner Pc, 112 E 83rd St # A, New York, NY 10028-0880;
Lyons & Donahue Contracting, 88 Pine St # 3, New York, NY 10005-1842;
Lyons Mcgovern Llp, 399 Knollwood Rd, Ste 216, White Plains, NY 10603;

## EDNY Case No. 1:21-cv-02311
### Albert E. Percy and Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit, as Class Representatives v. Manhattan Telecommunications Corporation
### Judge Eric N. Vitaliano and Magistrate Judge Robert M. Levy

Via US Postal Service
Manhattan Telecommunications Corporation, 55 Water St, Fl 32, New York, NY 10041;
Manhattan Youth, 120 Warren St, New York, NY 10007;
Manhattan's Physicians Group, 4337 Broadway, New York, NY 10033-2411;
Manhattanville Health Care Ctr, 311 W 231st St, Bronx, NY 10463-3804;
Manhatten Physicians Group, 215 W 125th St # 2, New York, NY 10027-4426;
Manny P Concrete, 14404 Liberty Ave Ste A, Jamaica, NY 11435-4830;
Manor Dental Management Inc., 66 Covert Ave, Stewart Manor, NY 11530;
Manor Paving Co, 779 S 3rd Ave, Mt Vernon, NY 10550-4916;
Mansour Zandieh, 18 Whitney Circle, Glen Cove, NY 11542;
Manufacturing Zierick, 131 Radio Circle Dr, Mt Kisco, NY 10549-2623;

Maple Medical, 143 Maple Ave, White Plains, NY 10601-4705;
Mapos LLC, 2 E Broadway # 7, New York, NY 10038-1073;
Maraj Electric Inc, 6615 Thornton Pl Apt 2h, Rego Park, NY 11374-5130;
Marathon, 22018 Horace Harding Expy, Bayside, NY 11364;
Marble Works, 681 Saw Mill River Rd, Yonkers, NY 10710-4004;
Marcel At Gramercy Park, 201 E 24th St, New York, NY 10010-3801;
Marcel Cleaners, 56 E 116th St, New York, NY 10029-1147;
March Associates Construction Inc, 601 Hamburg Turnpike, Suite 301, Wayne, NJ 07470-2042;
Marchuska Brothers Construction, 436 Airport Rd,Endicott,NY,13760;
Marcus & Pollack Llp, 633 3rd Ave # 9, New York, NY 10017-6796;
Marcus Brothers Textiles Inc, 980 Avenue Of The America #300, New York, NY 10018-9852;
Marcus Garvey Nursing Home, 810 Saint Marks Ave, Brooklyn, NY 11213;
Marcus Rosenberg & Diamond LLC, 488 Madison Ave # 1701, New York, NY 10022-5714;
Marel Electrical Svc Inc, 964 Front St, Uniondale, NY 11553-1648;
Marfi Contracting Corp., 500 Ocean Ave East Rockaway, NY 11518;
Margaret G Klein & Assoc, 200 Madison Ave # 3, New York, NY 10016-3901;
Margaret Tietz Nursing & Rehab, 16411 Chapin Pkwy # 1, Jamaica, NY 11432-1816;
Margo Chase Design Inc, 220 E 23rd St # 601, New York, NY 10010-4660;
Margolin Winer & Evens Llp, 400 Garden City Plz # 500, Garden City, NY 11530-3323;
Mariani Restoration & Roofing, 22 S Washington Ave, Hartsdale, NY 10530-2304;
Maric Mechanical Contractors, 1903 75th St East Elmhurst, NY 11370;
Maric Mechanical Inc., 1953 46th St, Astoria, NY 11105;
Maric Plumbing & Heating Inc, 5040 69th Pl Woodside, NY 11377;
Marin & Montanye Llp, 1461 Rxr Plz, Uniondale, NY 11556-1461;
Marin Architects, 57 W 38th St Fl 10, New York, NY 10018-1297;
Marin Management, 157 E 25th St, New York, NY 10010-2313;
Marina Maher Communications, LLC, 830 3rd Ave, Fl 12, New York, NY 10022;
Marine Park Radiology Pc, 2270 Kimball St # 102, Brooklyn, NY 11234-5158;
Marino Organization, 747 3rd Ave # 18, New York, NY 10017-2879;
Marino's Real Italian Ices Co, 12910 91st Ave, Richmond Hill, NY 11418-3317;
Maritime Activity Reports Inc, 118 E 25th St # 2, New York, NY 10010-2994;
Maritime Hotel, 363 W 16th St, New York, NY 10011-5902;
Marjorie Basser Dialysis, 327 Beach 19th St, Far Rockaway, NY 11691-4423;
Mark, Po Box 2460, New York, NY 10021-0058;
Market Data Svc Ltd, 1410 Broadway # 2101, New York, NY 10018-5008;
Marketing Directors Inc, 750 Lexington Ave # 18, New York, NY 10022-9822;
Marketresearch.Com, 641 Avenue Of The Americas, New York, NY 10011-2014;
Markhoff & Mittman Pc, 120 Bloomingdale Rd # 401, White Plains, NY 10605-1542;
Markit Group Limited, 620 8th Ave, Fl 35, New York, NY 10018;
Markland 745 LLC, 2447 3rd Ave, Bronx, NY 10451-6302;
Marks O'neill O'brien Courtney, 708 3rd Ave # 2500, New York, NY 10017-4233;
Marla Construction Inc, 74 14th St, Brooklyn, NY 11215-4608;
Marlow & Eiges, 111 John St # 800, New York, NY 10038-3180;
Marlton Hotel, 5 W 8th St # 2, New York, NY 10011-9099;
Marmara Manhattan, 301 E 94th St # 1, New York, NY 10128-4719;
Marmer Brothers Const-Piles, 2810 Morris Avenue, Union, NJ 07083;
Marrakech Hotel, 132 W 47th St, New York, NY 10036-1502;
Marrinan & Mazzola Mardon Pc, 26 Broadway # 17, New York, NY 10004-1814;
Marrinan And Mazzola Mardon, P. C., 26 Broadway, Fl 17, New York, NY 10004;
Marriott, 1535 Broadway, Frnt, New York, NY 10036;
Mar-Sal Plumbing & Heating Inc, 10111 97th Ave, Ozone Park, NY 11416-1706;
Mar-Sal Plumbing & Heating Inc, 929 Bay Ridge Ave Brooklyn, NY 11219;
Marsh And Mclennan Companies, Inc., 1166 Avenue Of The Americas, Bsmt B, New York, NY 10036;
Marshall And Moss Llp, 1400 Old Country Rd, Ste 406, Westbury, NY 11590;
Marshall Cavendish Printing, 800 Westchester Ave # N641, Rye Brook, NY 10573-1360;
Marshall Conway & Bradley Pc, 45 Broadway # 740, New York, NY 10006-4009;
Marston Strategic Comms LLC, 555 Madison Ave # 5, New York, NY 10022-3410;

Marston Webb Intl, 270 Madison Ave # 1203, New York, NY 10016-0601;
Martha Stewart Living, 226 W 26th St # 4, New York, NY 10001-6700;
Martin A Gleason Funrl Hm LLC, 14920 Northern Blvd, Flushing, NY 11354-4398;
Martin Brudnizki Design Studio, 227 W 29th St # 9f, New York, NY 10001-5565;
Martin De Porres School, 13625 218th St, Laurelton, NY 11413;
Martin Greenfield Clothiers, 239 Varet St, Brooklyn, NY 11206-3823;
Martinique Hotel Affiliates, 49 W 32nd St, New York, NY 10001-3811;
Marubeni Specialty Chemicals, 10 Bank St, Ste 740, White Plains, NY 10606;
Marulli & Assoc, 5 Hanover Sq # 402, New York, NY 10004-2760;
Marval Industries, 307 Hoyt Ave, Mamaroneck, NY 10543-1836;
Marvel Architects, 145 Hudson St, Fl 3, New York, NY 10013-2103;
Marwood Group, 733 3rd Ave # 1101, New York, NY 10017-3232;
Marx Development Group, 15813 72nd Ave Ste 2d, Flushing, NY 11365-4138;
Mary Ann Liebert, Inc, 140 Huguenot St, Fl 3rd, New Rochelle, NY 10801;
Mary Manning Walsh Home, 1339 York Ave, New York, NY 10021-4707;
Mary Mcdowell Friends School, 20 Bergen St, Brooklyn, NY 11201-6302;
Mary Nittolo Inc, 12 W 27th St # 11, New York, NY 10001-6903;
Maryellen Dmd, 1016 Brown St, Ste 203, Peekskill, NY 10566;
Marymont Group, 220 5th Ave # 4, New York, NY 10001-7708;
Marymount Convent, 50 Wilson Park Dr, Tarrytown, NY 10591;
Marymount Manhattan College, 221 E 71st St, New York, NY 10021;
Mashable.Com, 304 Park Ave S, New York, NY 10010-4301;
Mashreqbank Psc New York, 17 State St, Ste 2230, New York, NY 10004;
Maspeth Fed Savings And Loan, 5618 69th St, Maspeth, NY 11378;
Maspeth Supply Co. LLC., 55-14 48th St,Queens,NY,11378;
Maspeth Welding Inc, 5930 54th St, Maspeth, NY 11378-3004;
Mass Electric Construction Co., 8855 76th Ave Glendale, NY 11385;
Massachusetts Department, 989 Ave Of The Americas # 14, New York, NY 10018-5480;
Massey Knakal Realty Services, 275 Madison Ave, Fl 3, New York, NY 10016;
Mast Brothers Inc, 92 S Moger Ave, Mt Kisco, NY 10549-2208;
Master Purveyors Inc, 355 Food Center Dr # B14, Bronx, NY 10474-7577;
Mastercargo Inc., 10 5th St, Ste 102, Valley Stream, NY 11581;
Masterpiece Usa Inc., 1857 41st St Astoria, NY 11105;
Mataci Inc, 247 W 35th St # 15, New York, NY 10001-1915;
Matcosvc Corp, 584 Mineola Ave, Carle Place, NY 11514-1759;
Matel Realty LLC, 303 E 6th St, New York, NY 10003;
Matomy U.S.A., Inc., 77 Water St, Fl 12, New York, NY 10005;
Matov Industry Inc, 1011 40th Ave, Long Island City, NY 11101-6105;
Matrix Enterprises Ltd, 525 Broadway # 7, New York, NY 10012-4411;
Matson Driscoll & Damico Llp, 120 Broadway # 2830, New York, NY 10271-0013;
Matthew & Tony Gen Landscpg, 78 N Central Ave # 1, Elmsford, NY 10523-2565;
Matthew Brew & Assoc LLC, 421 Walton St, West Hempstead, NY 11552-3052;
Matthew Dontzin Law Offices, 6 E 81st St, New York, NY 10028-0201;
Matthew Funeral Hm-Cremation, 2508 Victory Blvd, Staten Island, NY 10314-6636;
Matthews & Co, 270 Madison Ave # 16, New York, NY 10016-0600;
Mattone Mattone Mattone Llp, 13401 20th Ave, Flushing, NY 11356-2428;
Mattos Filho Veiga Filho, 34 E 51st St # 12, New York, NY 10022-7079;
Mattys Electric Inc, 280 Mallard Rd, Carle Place, NY 11514;
Maureen Data Systems, 307 W 38th St # 1801, New York, NY 10018-9510;
Mavrides Moyal & Assoc Llp, 276 5th Ave # 404, New York, NY 10001-4527;
Max Builders, Inc., 15801 North Conduit Avenue 1st, Jamaica, NY 11434;
Maximum Cabling Nyc, 195 Nagle Ave # 6l, New York, NY 10034-0659;
Maximum Management Corp, 2 Park Ave, Frnt 3, New York, NY 10016;
Maximum Security Products Corp, 3 School House Ln, Waterford, NY 12188-1931;
Maximus, 358 E 149th St, Bronx, NY 10455;
Maxwell Construction Consltng, 36 Hollywood Ave E, Tuckahoe, NY 10707-3096;
Maxwell Medical, 111 Broadway # 503, New York, NY 10006-1981;

Maxwell Plumb Mechanical, 4320 203rd St, Bayside, NY 11361-2560;
Maxx Mail Usa, Po Box 1421, New York, NY 10018-0021;
Mayco Building Svc Inc, 5 Dakota Dr # Ll9, New Hyde Park, NY 11042-1107;
Mayerson Abramowitz & Kahn Llp, 444 Madison Ave # 601, New York, NY 10022-6972;
Mayfair Care Center, 100 Baldwin Rd, Hempstead, NY 11550;
Mayfair Power Systems, 347 N Main St, Freeport, NY 11520;
Maystreet LLC, 135 W 26th St # 2, New York, NY 10001-6921;
Maytex Mills, 261 5th Ave # 1701, New York, NY 10016-7701;
Mazars Usa Llp, 135 W 50th St, Fl 13, New York, NY 10020;
Mbaf Cpas LLC, 440 Park Ave S, Fl 3, New York, NY 10016;
Mbi, 48 W 37th St, Fl 9, New York, NY 10018;
Mc Dermontt Will & Emery, 340 Madison Ave # 17, New York, NY 10173-1922;
Mc Elfish Law Firm, 122 E 42nd St # 2100, New York, NY 10168-2199;
Mc Glynn Hays & Co Inc, 605 W 47th St, New York, NY 10036-1908;
Mc Greevy's Pub, 468 Ashford Ave, Ardsley, NY 10502-2160;
Mc Kenzie-Douglass LLC, 104 Broad St, New York, NY 10004-2101;
Mc2, 3 Alpine Ct, Chestnut Rdg, NY 10977;
Mcaloon & Friedman Pc, 1 State St # 23, New York, NY 10004-1561;
Mccabe Collins Mcgeough, Po Box 9000, Carle Place, NY 11514-9000;
Mccabe Weisberg & Conway, 145 Huguenot St # 210, New Rochelle, NY 10801-5252;
Mccall Pattern Co, 120 Broadway, Fl 34, New York, NY 10005;
Mccann-Erickson Usa, Inc., 622 3rd Ave, Fl 16, New York, NY 10017;
Mccourt Global, 888 7th Ave Fl 43, New York, NY 10106-4401;
Mccue Sussmane Zapfel, 420 Lexington Ave # 2250, New York, NY 10170-2299;
Mccullough Goldberger Staudt, 1311 Mamaroneck Ave # 340, White Plains, NY 10605-5222;
Mcdonnell & Adels, 401 Franklin Ave # 200, Garden City, NY 11530-5942;
Mcfar Construction, 99 Cottage Pl, Mineola, NY 11501-3013;
Mcgarry Bowen LLC, 601 W 26th St # 1150, New York, NY 10001-1154;
Mcgraw-Hill Education, 1325 Avenue Of The Americas, Bsmt 1, New York, NY 10019;
Mch, 961 Sierra Vista Ln, Vly Cottage, NY 10989;
Mchugh Furnishings LLC, 125 Laser Court Hauppauge, NY 11788;
Mci Drywall Inc, 3754 Perry St, Jefferson Valley, NY 10535-1308;
Mckissack & Mckissack, 1001 Ave Of The Americas, New York, NY 10018;
Mclane Company, Inc., 110 Wall St, Ste 2401, New York, NY 10005;
Mclaren Engineering Group, 100 Snake Hill Rd, Ste 2, West Nyack, NY 10994;
Mcmahon Martine & Gallagher, 55 Washington St # 720, Brooklyn, NY 11201-1064;
Mcnamara Salvia, 45 West 45th Street 10th Floor, New York, NY 10036;
Mcnamee Construction Corp, Po Box 182, Lincolndale, NY 10540-0182;
Mcneilly Wood Products Inc., 120 Neelytown Rd, Campbell Hall, NY 10916;
Mcvac Environmental Services Inc., 481 Grand Ave, New Haven, Ct 06513-3800;
Md Building Svc, 315 W 39th St # 1300, New York, NY 10018-3914;
Mdi Consultants Inc, 55 Northern Blvd # 100, Great Neck, NY 11021-4058;
Mdrc, 3 World Financial Ctr, Fl 23, New York, NY 10281;
Meadow Park Rehab And Healthcare Center, 7810 164th St,, Fresh Meadows, NY 11366;
Mecc Contracting Inc, 21 Autumn Ave, Brooklyn, NY 11208-1511;
Mec-Con Associates Inc, 3100 47th Ave Long Island City, NY 11101;
Mechanical Electric Corp, 876 Jamaica Avenue Brooklyn, NY 11208;
Meco Elec. Co. Inc., 56 West St, Staten Island, NY 10310;
Med Tech Professional Billing, 1 Radisson Plz # 701, New Rochelle, NY 10801-5770;
Medalliance Medical Health Services, 625 E Fordham Rd, Bronx, NY 10458;
Medallion Associates Ltd, 37 W 20th St # 4, New York, NY 10011-3791;
Medallion Financial Corp., 437 Madison Ave, Fl 38, New York, NY 10022;
Medco Enterprises, 2323 Eastchester Rd, Bronx, NY 10469-5910;
Medeo & Fasano, 299 Broadway # 810, New York, NY 10007-1972;
Media Analyzer Software, 3 W Main St, Irvington, NY 10533-3504;
Media Farm Solutions LLC, 37 W 20th St # 1203, New York, NY 10011-3712;
Mediacom Worldwide LLC, 175 Greenwich St, Fl 16, New York, NY 10007;

Mediamath, Inc., 415 Madison Ave, Fl 3, New York, NY 10017;
Mediamax Network, 400 Columbus Ave # 124s, Valhalla, NY 10595-3307;
Medicaid-Genius Coml, 58 School St, Glen Cove, NY 11542-2547;
Medical Access, 12 Cresthill Dr, Apt C, Nyack, NY 10960;
Medical Arts Radiology, 146 Manetto Hill Rd, Plainview, NY 11803-1308;
Medical Associates Of NY, 401 E 55th St, New York, NY 10022-6158;
Medical Business Systems Inc, 5 W Main St # 200, Elmsford, NY 10523-2437;
Medical Examiners, 2251 Hempstead Tpke, East Meadow, NY 11554-1856;
Medical Group N Star, 14 Church St # 106, Ossining, NY 10562-4821;
Medical Imaging Of Manhattan, 635 Madison Ave # 16, New York, NY 10022-1009;
Medical Letter, 145 Huguenot St # 312, New Rochelle, NY 10801-7537;
Medical Oncology Assoc Of Li, 40 Crossways Park Dr # 103, Woodbury, NY 11797-2038;
Medical Renal Assoc Pc, 1578 Williamsbridge Rd # 2, Bronx, NY 10461-6268;
Medi-Ray Inc, 150 Marbledale Rd, Tuckahoe, NY 10707-3197;
Medisys Health Network, 9120 Atlantic Ave, Ozone Park, NY 11416-1527;
Medi-Tech International Corporation, 26 Court St, Ste 1301, Brooklyn, NY 11201;
Medrite Urgent Care, 919 2nd Ave, New York, NY 10017-1582;
Medstaff, 261 Madison Ave # 2, New York, NY 10016-2303;
Medzone Medical Resources, 9453 240th St, Floral Park, NY 11001;
Mega Contracting Inc, 4802 25th Ave Ste 400, Astoria, NY 11103-1027;
Mehta D Cyrus & Partners PLLC, 1 Battery Park Plz # 9, New York, NY 10004-1774;
Meigh Trim Construction Corp, 329 Pleasant Ave # 2a, New York, NY 10035-5046;
Meister Seelig And Fein Llp, 125 Park Ave, Fl 7, New York, NY 10017;
Mej Personal Business Svc Inc, 245 E 116th St, New York, NY 10029-1402;
Mejane, 1407 Broadway # 1405, New York, NY 10018-2843;
Melcher Media, 124 W 13th St, New York, NY 10011;
Melito Construction Corp, 1005 Glen Cove Ave # 102, Glen Head, NY 11545-1585;
Melrose Credit Union, 13930 Queens Blvd, Briarwood, NY 11435;
Meltzer Lippe & Goldstein, 190 Willis Ave # Gl, Mineola, NY 11501-2643;
Memorial Sloan Kettering Cancer Center, 633 3rd Ave, Rear 6, New York, NY 10017;
Menaker & Herrmann Llp, 10 E 40th St # 25, New York, NY 10016-0201;
Mendes & Mt Llp, 750 7th Ave # 24, New York, NY 10019-9399;
Mendes And Mount Llp, 750 7th Ave, Fl 24, New York, NY 10019;
Mendon Road Svc, 362 Kingsland Ave, Brooklyn, NY 11222-1905;
Menicucci Villa & Assoc PLLC, 450 Fashion Ave # 2205, New York, NY 10123-2205;
Menorah Home & Hospital, 1516 Oriental Blvd, Brooklyn, NY 11235-2328;
Mental Health Ctr-Northeast, 113 Glen Cove Ave, Glen Cove, NY 11542-3438;
Mental Hlth Assn Of Westchester, Inc, 580 White Plains Rd, Ste 510, Tarrytown, NY 10591;
Mercer LLC, 1166 Avenue Of The Americas, Bsmt A, New York, NY 10036;
Merchandising Workshop, 119 E 38th St, New York, NY 10016-2601;
Merchants, 1225 1st Ave, New York, NY 10065;
Mercury & Earth LLC, 15 E 40th St # 100, New York, NY 10016-0411;
Mercury Paint Corp, 4808 Farragut Rd, Brooklyn, NY 11203-6691;
Mercy College, 555 Broadway, Frnt, Dobbs Ferry, NY 10522;
Mercy Medical, 49 W Merrick Rd # 101, Freeport, NY 11520-3751;
Mercyfirst, 12110 Rockaway Blvd, Jamaica, NY 11420-2427;
Meridian Design Assoc, 1140 Broadway # 6, New York, NY 10001-7504;
Merkin Concert Hall, 129 W 67th St, New York, NY 10023-5915;
Merkley + Partners Inc., 200 Varick St, Lbby 2, New York, NY 10014;
Merlin Usa, 154 Grand St # 5, New York, NY 10013-3141;
Merrill Lynch Group, Inc., 4 World Financial Ctr, Fl 4, New York, NY 10080;
Merritt And Harris Inc, 90 John St, Rm 503, New York, NY 10038;
Mertz Gilmore Foundation, 218 E 18th St, New York, NY 10003;
Mestel & Co, 360 Lexington Ave # 1100, New York, NY 10017-6556;
Meta Healthcare It Solutions, 401 Franklin Ave # 106, Garden City, NY 11530-5942;
Metal Stone Constr Inc, 3506 Farrington St, Flushing, NY 11354-2827;
Metallized Carbon Corp, 19 S Water St, Ossining, NY 10562-4633;

Metals Treatment Tech., 14045 W 66th Ave,Arvada,Co,80004;
Metals, 2000 Inc 254 E 68th St Apt 5e New York, NY 10021;
Metamako, 110 Wall St # 3, New York, NY 10005-3842;
Metarythm Inc, 245 W 29th St # 6fc, New York, NY 10001-5429;
Metlife, 200 Park Ave, Lowr 4, New York, NY 10168;
Metralite Inc, Po Box 545467, Flushing, NY 11354-7967;
Metric Services Inc, 2820 Borden Ave, Long Island City, NY 11101-3431;
Metro Community Health Care, 921 E New York Ave, Brooklyn, NY 11203-1393;
Metro Construction, 8660 18th Ave, Brooklyn, NY 11214-3702;
Metro East Elevator, 19 Hudson St, New York, NY 10013-3822;
Metro Express Services, 1301 Metropolitan Ave, Brooklyn, NY 11237-1102;
Metro Group Inc., 5023 23rd St, Long Is City, NY 11101;
Metro Health Center, 979 Cross Bronx Expy, Bronx, NY 10460;
Metro North Railroad, 24 Fisher Ln, White Plains, NY 10603;
Metro NY Coordinating Cncl On Jewish Pov, 77 Water St, Ste 702, New York, NY 10005;
Metro One Loss Prevention Svc, 900 South Ave # 200, Staten Island, NY 10314-3427;
Metro Physical And Aquatic Therapy, 800 E Gate Blvd, Garden City, NY 11530;
Metro Source Publishing, 213 W 35th St # 12w, New York, NY 10001-0207;
Metro Steel Fabricators, 5801 Avenue J, Brooklyn, NY 11234-2521;
Metrocom Sales Inc, 250 W 40th St # 4, New York, NY 10018-1535;
Metronome, 915 Broadway # 1, New York, NY 10010-7161;
Metroplus Health Plan, 160 Water St, Fl 3, New York, NY 10038;
Metropolis Group Inc, 22 Cortlandt St # 10, New York, NY 10007-3158;
Metropolitan Center For Mental, 336 Central Park W # 1b, New York, NY 10025-7108;
Metropolitan Commercial Bank, 99 Park Ave, Rm 4l, New York, NY 10016;
Metropolitan Cons. Corp., 9821 101st Ave,Ozone Park,NY,11416;
Metropolitan Construction Corp, 349 Union Ave, Westbury, NY 11590-3231;
Metropolitan Construction, 29-28 41st Avenue Long Island City, NY 11101;
Metropolitan Diagnostic Imgng, 224 7th St # 3, Garden City, NY 11530-5734;
Metropolitan Jewish Health System, 6323 7th Ave, Ste 2, Brooklyn, NY 11220;
Metropolitan Life Insurance Company, 200 Park Ave, Fl 4, New York, NY 10168;
Metropolitan Paper Recycling, Po Box 80381,, Brooklyn, NY 11208;
Metropolitan Public Strategies, 135 E 57th St # 100, New York, NY 10022-2172;
Metropolitan Staffing, 110 E 42nd St # 16, New York, NY 10017-5651;
Metropolitan Transportation Authority, 345 Madison Ave Fl 6, New York, NY 10017-3701;
Metroproof, 220 E 23rd St # 907, New York, NY 10010-4651;
Metro-Suburbia Inc, 711 3rd Ave # 1500, New York, NY 10017-9201;
Mezz Cap, 60 Wall St, Lbby 1, New York, NY 10005;
Mfm Contracting, 335 Center Ave Mamaroneck, NY 10543;
Mg Engineering, 116 W 32nd St # 12, New York, NY 10001-3212;
Mg+, 65 Reade St, New York, NY 10007-0012;
Mgr Equipment Corp, 22 Gates Ave, Inwood, NY 11096-1612;
Mhg Architects, 15 East 32 Street, New York, NY 10016;
Mht Lighting, 1961 Richmond Ter, Staten Island, NY 10302-1201;
Mhw Ltd, 1129 Northern Blvd, Ste 312, Manhasset, NY 11030;
Miami Wall Systems, 701 West 25th Street, Hialeah, Fl 33010;
Michael Anthony Contracting Corporation, 161 Railroad Ave Garden City, NY 11040;
Michael Bellantoni Inc, 121 Lafayette Ave, White Plains, NY 10603;
Michael Faillace & Assoc, 60 E 42nd St # 4510, New York, NY 10165-0012;
Michael Fitzgerald Cntrctng Co, 955 Mclean Ave # A, Yonkers, NY 10704-4160;
Michael Graves & Assoc, 401 W Broadway, New York, NY 10012-4496;
Michael H Brisman Pc, 100 Merrick Rd # 128, Rockville Centre, NY 11570-4821;
Michael Koenen, 160 E 88th St # 10b, New York, NY 10128-2297;
Michael Miller Fabrics, 118 W 22nd St # 5, New York, NY 10011-2416;
Michael Stapleton Associates, 9 Murray St, Fl 2, New York, NY 10007;
Michael Terrani Pc, 200 Garden City Plz # 100, Garden City, NY 11530-3337;
Michaeline Von Drathen,, 235 E 42nd St, Rm 107, New York, NY 10017;

Michelangelo-Starhotels Cllzn, 152 W 51st St, New York, NY 10019-6813;
Michilli Inc, 160 Varick St # 11, New York, NY 10013-1220;
Mick Radio-Nuclear Instuments, 521 Homestead Ave, Mt Vernon, NY 10550-4619;
Micro Contacts Inc, 1 Enterprise Pl # E, Hicksville, NY 11801-2694;
Micro Essential Laboratory Inc, 4224 Avenue H, Brooklyn, NY 11210-3518;
Microbial Drug Resistance, 140 Huguenot St # 3rd, New Rochelle, NY 10801-5215;
Micromedia Systems, 2112 Broadway # 212, New York, NY 10023-2105;
Microtelecom Systems, 626 Rxr Plz, Uniondale, NY 11556-0626;
Mid Hudson Vlly Aids Task Frc, 40 Saw Mill River Rd # 1, Hawthorne, NY 10532-1535;
Mid Island Eye Physicians, 4277 Hempstead Tpke # 109, Bethpage, NY 11714-5706;
Mid Village Preparatory Charter Sch, 6802 Metropolitan Ave, Middle Vlg, NY 11379;
Midboro, 5701 Arlington Ave, Bronx, NY 10471-1500;
Middletown Community Health Ce, Po Box 987,, Middletown, NY 10940;
Middletown Medical, P.C., 111 Maltese Dr, Middletown, NY 10940;
Mid-Island Y Jcc Inc, 45 Manetto Hill Rd, Plainview, NY 11803-1325;
Midland Steel Warehouse Corp, 1120 Leggett Ave, Bronx, NY 10474-6232;
Mid-Manhattan Physician Svc, 800 2nd Ave # 603, New York, NY 10017-9225;
Mid-Ship Group LLC, 145 Main St, Prt Washingtn, NY 11050;
Midtown Office Solutions Inc, 10 W 46th St # 10, New York, NY 10036-4515;
Midtown Surgery Ctr, 305 E 47th St # B, New York, NY 10017-2321;
Midtown Urologic Assoc, 120 E 34th St # 2, New York, NY 10016-4688;
Mid-Westchester Medical Assoc, 33 Davis Ave # 2, White Plains, NY 10605-1015;
Midwood Ambulance And Oxygen Service, In, 2593 W 13th St, Brooklyn, NY 11223;
Midwood Brooklyn Dialysis, 1915 Ocean Ave, Brooklyn, NY 11230-6801;
Mig & Co, 60 E 42nd St # 2137, New York, NY 10165-6233;
Milad Contracting Corp., 2175 Bennett Rd Philadelphia, Pa 19116;
Milan Barua Construction Corp, 217 E 8th St Brooklyn, NY 11218;
Milan Provision Co, 10815 Roosevelt Ave, Corona, NY 11368-2538;
Milberg, 1 Pennsylvania Plz, New York, NY 10119;
Milcetic & Co, 1552 Clintonville St, Whitestone, NY 11357-2621;
Milcon Construction Corp, 142 Dale St West Babylon, NY 11704;
Milestones In Home Care Inc, 24 Roberts St, Farmingdale, NY 11735-5042;
Milford Management, 210 E 65th St # 6h, New York, NY 10065-6670;
Milgo Industrial Inc, 68 Lombardy St, Brooklyn, NY 11222-5234;
Mill Basin Day Camp, 5945 Strickland Ave, Brooklyn, NY 11234-6425;
Mill Paper Box, 355 Kingsland Ave, Brooklyn, NY 11222-1907;
Mill River Club Inc, 103 Mill River Rd, Oyster Bay, NY 11771-2718;
Mill, 451 Broadway # 6, New York, NY 10013-2744;
Millennium Dialysis LLC, 1408 Ocean Ave # 2, Brooklyn, NY 11230-3814;
Millennium Signs & Display Inc, 90 W Graham Ave, Hempstead, NY 11550-6102;
Millennium Tank, 6931 Metropolitan Ave, Middle Village, NY 11379-2101;
Miller & Garofalo, 233 E Shore Rd # 102, Great Neck, NY 11023-2433;
Miller & Milone P C, 100 Quentin Roosevelt Blv #205, Garden City, NY 11530-4843;
Miller Blaker, 620 E 132nd St, Bronx, NY 10454-4603;
Miller Druck Spec Cntrctng Inc, 264 W 40th St # 9, New York, NY 10018-1518;
Miller Health Care Institute, 355 W 52nd St # 7, New York, NY 10019-6239;
Miller Proctor Nickolas Inc, 2 Hudson St, Tarrytown, NY 10591-2496;
Millies Engineering Group, 9711 Valparaiso Dr, Ste A, Munster, In 46321-2910;
Milliman, 1 Penn Plz, Fl 38, New York, NY 10011;
Millin Associates Inc, 303 Merrick Rd # 401, Lynbrook, NY 11563-2510;
Mill-Max Manufacturing Corp, Po Box 300, Oyster Bay, NY 11771-0300;
Millward Brown, LLC, 11 Madison Ave, Ste 1200, New York, NY 10010;
Milman Labuda Law Group, PLLC, 3000 Marcus Ave, Ste 3w3, New Hyde Park, NY 11042;
Milo Kleinberg Design Assoc, 902 Broadway # 17f, New York, NY 10010-6022;
Milrose Consultants Inc, 498 Fashion Ave # 17, New York, NY 10018-6798;
Minaret Corp, 10 W 15th St # 720, New York, NY 10011-6822;
Minds Matter Inc, 590 Madison Ave # 21, New York, NY 10022-2545;

Mindshare Usa, LLC, 175 Greenwich St, Fl 16, New York, NY 10007;
Mine, 353 Foxhurst Rd, Oceanside, NY 11572;
Mineola Alarm, 2136 Merrick Rd, Merrick, NY 11566-4751;
Minerals Technologies Inc., 405 Lexington Ave, Fl 20, New York, NY 10017;
Mines Press Inc, 231 Croton Ave, Cortlandt Mnr, NY 10567;
Minhas Construction Corp., 254 36th St Unit 55, Brooklyn, NY 11232-2499;
Minhas General Contracting, 1037 39th St Brooklyn, NY 11219;
Mini Circuits, 2450 Knapp St, Brooklyn, NY 11235-1006;
Minimal Usa, 511 W 25th St # 809, New York, NY 10001-5562;
Miningham & Oellerich Inc, 1 Park Ave # 12, New York, NY 10016-5820;
Mintz Levin, 666 3rd Ave, Fl 24, New York, NY 10017;
Miracle Makers, 510 Gates Ave, Brooklyn, NY 11216-1506;
Mirae Asset Global Investments (Usa) LLC, 1 Bryant Park, Ste 39, New York, NY 10036;
Miriam Osborn Memorial Home Association, 101 Theall Rd, Rye, NY 10580;
Mirman Markovits & Landau Pc, 291 Broadway # 6, New York, NY 10007-1890;
Miron Construction Co Inc, 722 W 168th St, New York, NY 10032-3727;
Mischon De Reya, 156 5th Ave # 904, New York, NY 10010-7762;
Mission Am 570 Wmca, 111 Broadway # 302, New York, NY 10006-1992;
Mission, 77 Front St, Brooklyn, NY 11201-1006;
Missionary Sisters, 201 E 19th St, Apt 5b, New York, NY 10003;
Missy Farren & Assoc, 301 E 57th St # 1, New York, NY 10022-5997;
Mist Harlem, 46 W 116th St, New York, NY 10026-2509;
Misys, 123 Main St, Fl 8, White Plains, NY 10601;
Mitchel Martin, 307 W 38th St, Rm 1305, New York, NY 10018;
Mitchell And Titus, 80 Pine St, Fl 32, New York, NY 10005;
Mitchell Giurgola Architects, 630 9th Ave # 711, New York, NY 10036-3747;
Mitchell/Martin Inc, 307 W 38th St, Rm 1305, New York, NY 10018;
Mitchell/Martin, 307 W 38th St # 1305, New York, NY 10018-9521;
Mitofsky Shapiro Neville, 152 Madison Ave # 3, New York, NY 10016-5424;
Mitsubishi Ufj Trust And Banking Corp, 1221 Avenue Of The Americas, Fl 10, New York, NY 10020;
Miu & Co, 109 Lafayette St # 6, New York, NY 10013-4143;
Mixonsite, 1501 Abbott Court, Buffalo Grove, Il 60089;
Mizuho Bank Ltd, 1251 Avenue Of The Americas, Fl 31, New York, NY 10020;
Mjg Nursing Home Co Inc, 6323 7th Ave # 2, Brooklyn, NY 11220-4742;
Mjs Construction Consltng LLC, 244 5th Ave # M269, New York, NY 10001-7604;
Mkmg Medical Group, 3630 Hill Blvd # 103, Jefferson Valley, NY 10535-1503;
Mkp Communications Inc, 5 E 16th St # 3, New York, NY 10003-3112;
Mlj Contracting Co., 1445 117th St, College Point, NY 11356-1500;
Mlj Contracting Corp, 1720 Whitestone Expy, Whitestone, NY 11357-3065;
Mlj Contracting Corporation/Tc Electric Jv, 1720 Whitestone Expy, Whitestone, NY 11357-3065;
Mlj Contracting Group, 1445 117th St, Flushing, NY 11356-1565;
Mlmic Services Inc (Donald J Fager And A, 90 Merrick Ave, Ste 701, East Meadow, NY 11554;
Mlmic Services, Inc., 90 Merrick Ave, Ste 700, East Meadow, NY 11554;
Mmc Holding Of Brooklyn, Inc., 4510 16th Ave, Fl 2, Brooklyn, NY 11204;
Mmi Plumbing, 1267 Utica Ave, Brooklyn, NY 11203-5911;
Mms Usa Investments, Inc., 375 Hudson St, Fl 11, New York, NY 10014;
Mmt Sales Inc, 885 2nd Ave # 21a, New York, NY 10017-2240;
Mnh Petroleum, 760 W Merrick Rd, Valley Stream, NY 11580-4827;
Mobile Communication Plus, 34 S Macquesten Pkwy, Mt Vernon, NY 10550-1704;
Mobile Steam Boiler Rental, 525 Homestead Ave, Mt Vernon, NY 10550-4619;
Mobileye Inc, 1350 Broadway # 1600, New York, NY 10018-0904;
Mobiquity Inc, 254 W 31st St # 2, New York, NY 10001-2813;
Mode Construction Corp, 276 Canal St, New York, NY 10013-3517;
Modern Art Foundry Inc, 1870 41st St, Astoria, NY 11105-1025;
Modern Kitchen & Bath, 140 58th St # 8k, Brooklyn, NY 11220-2566;
Modernage Photographic Svc, 1150 Avenue Of The Americas, New York, NY 10036-2701;
Moed Dearmas & Shannon Architects, 80 Broad Street, 9th Floor Suite # 902, New York, NY 10004-2209;

Moet Hennessy Usa, Inc., 85 10th Ave, Fl 2, New York, NY 10011;
Mohab Electrical Contractor, 807 Bergen St,Brooklyn,NY,11238;
Mohan's Precast Usa, Inc., 95-28 150 Th Street Jamaica, NY;
Molloy College, 1000 Hempstead Ave, Rockville Ctr, NY 11570;
Molod Spitz & De Santis, 1430 Broadway # 21, New York, NY 10018-3347;
Momentum Press LLC, 222 E 46th St # 203, New York, NY 10017-2906;
Momentum Worldwide, 161 Avenue Of The Americas, Fl 8, New York, NY 10013;
Mona Shah & Assoc PLLC, 232 Madison Ave # 1001, New York, NY 10016-2912;
Monadnock Construction, Inc., 155 3rd St, Brooklyn, NY 11231;
Mondo, 102 Madison Ave # 7, New York, NY 10016-7585;
Mongiove Associates, 1978 Richmond Ter Staten Island, NY 10302;
Mongodb, Inc., 1633 Broadway, Fl 38, New York, NY 10019;
Monosystems, 4 International Dr # 280, Port Chester, NY 10573-1065;
Monpat Construction Inc., 826 72nd St Brooklyn, NY 11228;
Monroe College, 434 Main St, New Rochelle, NY 10801;
Monsieur Touton Selection Ltd, 129 W 27th St, Fl 9, New York, NY 10001;
Montalbano Condon And Frank Pc, 67 N Main St, Ste 300, New City, NY 10956;
Montana Datacom Inc, 3515 11th St, Astoria, NY 11106-5013;
Montana Electric Decorating, 120 E 131st St, New York, NY 10037-3824;
Monte Fiore, 3 Odell Plz # 1, Yonkers, NY 10701-1414;
Montefiore Medical Center, 54 Prospect Pl, Brooklyn, NY 11217-2803;
Montefiore Nyack Hospital, 160 N Midland Ave, Nyack, NY 10960;
Montefiore Wakefield Campus, 600 E 233rd St, Bronx, NY 10466-2604;
Montefiore's Institute, 141 S Central Ave # 201, Hartsdale, NY 10530-2337;
Montesano Brothers, 76 Plain Ave, New Rochelle, NY 10801-2205;
Monti Concrete Construction Co Inc, 11 Farmview Ct,Lancaster,NY,14086;
Montran Corp, 475 5th Ave # 5, New York, NY 10017-7277;
Montrose Accounting, 505 Park Ave # 20, New York, NY 10022-9306;
Montroy Andersen Demarco, 99 Madison Ave # 14, New York, NY 10016-7419;
Montroy Andersen Inc, 99 Madison Ave # 14, New York, NY 10016-7419;
Moody's Corporation, 250 Greenwich St, Ste 7, New York, NY 10007;
Mordfin, Llp, 150 Great Neck Rd, Ste 201, Great Neck, NY 11021;
Moreen Construction Ltd, 434 E 11th St, New York, NY 10009-4515;
Moreland Construction, 3640 Provost Ave, Bronx, NY 10466-6130;
Moretrench, 51 Smart Avenue, Yonkers, NY 10704;
Morgan Construction NY Inc, 57 Allen St, New York, NY 10002-5303;
Morgan Stanley And Co., 1585 Broadway, Lowr B, New York, NY 10036;
Morgan Stanley, 1221 Avenue Of The Americas, Ste C2e, New York, NY 10020;
Morgan, Lewis And Bockius Llp, 101 Park Ave, Fl 40, New York, NY 10168;
Morganti Group Inc, 100 Mill Plain Road, P O Box 1919 Danbury, Ct 06813;
Moritt Hock Hamroff Llp, 400 Garden City Plz, Ste 202, Garden City, NY 11530;
Morningside House Nursing Home, 1000 Pelham Pkwy S, Bronx, NY 10461-1099;
Morris Fine Furniture Workshop, 276 Greenpoint Ave # 8400, Brooklyn, NY 11222-2434;
Morris Heights Health, 85 W Burnside Ave, Bronx, NY 10453-4015;
Morris Park Contracting Corp - Mpcc, 81 Rockdale Ave, New Rochelle, NY 10801-6707;
Morris Park Nursing Home, 1235 Pelham Pkwy N, Bronx, NY 10469-5899;
Morrisania Sexualty Trnsmttd, 1309 Fulton Ave, Bronx, NY 10456-2403;
Morrison Cohen Llp, 909 3rd Ave # 27, New York, NY 10022-4784;
Morstan General Agency, Po Box 9005,, New Hyde Park, NY 11040;
Morton Flooring Solutions Inc, 81 Morton St, Brooklyn, NY 11249-6710;
Morvillo Abramowitz Grand, 565 5th Ave # 8, New York, NY 10017-2479;
Moseley Associates, 100-9 S Jersey Ave, Setauket, NY 11733-1937;
Moses Preston & Ziegelman, 350 5th Ave # 3130, New York, NY 10118-3101;
Motel Morris, 132 7th Ave, New York, NY 10011-1803;
Mott Macdonald, 111 Wood Ave S, Iselin, NJ 08830-2700;
Mottola Rini Engineers Pc, 34 W 25th St, New York, NY 10010-2703;
Mound Cotton Wollan-Greengrass, 1 New York Plz # 4510, New York, NY 10004-1960;

Mount Kisco Medical Group, 110 S Bedford Rd, Ste 2, Mount Kisco, NY 10549;
Mount Sinai Hospital, 1 Gustave L Levy Pl, Fl 12, New York, NY 10029;
Mount Sinai Medical Center, 1176 5th Ave, New York, NY 10029;
Mount Sinai, 1425 Madison Ave,, New York, NY 10029;
Mountco Construction & Devmnt, 700 Post Rd # 363, Scarsdale, NY 10583-5083;
Mourne Construction, 5919 Grand Ave, Maspeth, NY 11378-2717;
Movable, Inc., 5 W 19th St, Fl 6, New York, NY 10011;
Movers Supply House Inc, 1476 E 222nd St, Bronx, NY 10469-2692;
Moviola Digital Storage Prod, 545 W 45th St # 4, New York, NY 10036-3409;
Mpcc Corp General Contractors, 81 Rockdale Ave, New Rochelle, NY 10801-6707;
Mpr Residents'edition, 114 W 26th St # 3, New York, NY 10001-6812;
Mr Architecture & Decor, 245 W 29th St # 10, New York, NY 10001-5394;
Mr Pickle Inc, 44 Brooklyn Terminal Market, Brooklyn, NY 11236-1510;
Mr. Get The Done, 655 Myrtle Ave, Apt 3, Brooklyn, NY 11205;
Mr. Infinity Corp., 21610 15th Rd, # 2, Bayside, NY 11360;
Mra Physicians, 95 Grasslands Rd # 257, Valhalla, NY 10595-1652;
Mrs Baking Distribution Corp., 1825 127th St, College Point, NY 11356;
Mrta Design Construction LLC, 224 E 13th St # 20, New York, NY 10003-5628;
Mry Us LLC, 299 W Houston St # 12, New York, NY 10014-4876;
Ms Fndtn For Women, 12 Metrotech Ctr, Fl 26, Brooklyn, NY 11201;
Msc, 11 Penn Plz, Bsmt 110, New York, NY 10011;
Msci Inc., 250 Greenwich St, Fl 49, New York, NY 10007;
Msd Partners, 645 Fifth Avenue, 21st Fl, New York, NY 10022;
Msg, 2 Penn Plz, Fl 15, New York, NY 10121;
Mskcc, 633 3rd Ave, Rear 6, New York, NY 10017;
Mslgroup Americas, Inc., 375 Hudson St, Bsmt 1, New York, NY 10014;
Msm Empire Construction Corp, 260 Broadway, New Hyde Park, NY 11040;
Mspc, 546 5th Ave # 6, New York, NY 10036-5000;
Msr Electrical Construction Corp., 31 Bay Street, Brooklyn, NY 11231;
Msr, 3225 Francis Lewis Blvd, Flushing, NY 11358;
Mst Construction, 5111 34th St Long Island City, NY 11101;
Mst General Contracting Restoration Inc., 5111 34th St, Long Island City, NY 11101-3262;
Mt Hope Family Practice, 130 W Tremont Ave, Bronx, NY 10453-5436;
Mt Kisco Medical Group, 3630 Hill Blvd, Jefferson Valley, NY 10535-1502;
Mt Pleasant Highway Dept, 596 Columbus Ave, Thornwood, NY 10594-1907;
Mt Pleasant Medical Group, 401 Columbus Ave # Ll1, Valhalla, NY 10595-2324;
Mt Sinai School Medicine NY, 1 Gustave L Levy Pl # 1230, New York, NY 10029-6504;
Mt Vernon Plastics Corp, 460 Ogden Ave, Mamaroneck, NY 10543-2225;
Mt. Vernon Neighborhood Health Center, 107 W 4th St, Mount Vernon, NY 10550;
Mta Bridges And Tunnels/Tbta, 2 Broadway Fl 24, New York, NY 10004-2801;
Mta Capital Construction, 469 7th Avenue 11th Floor, New York, NY 10018;
Mta New York City Transit, 2 Broadway, Fl 4, New York, NY 10004;
Mta, 420 Lexington Ave, Fl 12, New York, NY 10170;
Mtacc, 12 Pine Dr, Prt Washingtn, NY 11050;
Mtc Limousine And Corporate Coach, Inc., 296 Adams St, Bedford Hills, NY 10507;
Mts Infrastructure LLC, 774 Bedford Rd, Bedford Hills, NY 10507-1525;
Mtsbonds.Com, 1500 Broadway # 31, New York, NY 10036-4052;
Mucca Design Corp, 594 Dean St, Brooklyn, NY 11238;
Mueser Rutledge Consulting Engineers, 14 Penn Plz 6th Floor, 225 W 34th St, New York, NY 10122-0001;
Mueser Rutledge Consulting, 225 W 34th St #6, New York, NY 10122-0610;
Mugrose Construction Inc, 195 Fairfield Ave Ste 2c, West Caldwell, NJ 07006-6419;
Multi Packaging Solutions, 885 3rd Ave, Fl 28, New York, NY 10022;
Multimedia Plus Inc, 853 Broadway # 1605, New York, NY 10003-4714;
Multiprises LLC, 33 W 19th St # 4, New York, NY 10011-4333;
Multi-Tech Electric Inc, 2526 50th St Ste 208a Woodside, NY 11377;
Mulvihill Electrical Ent Inc, 3120 Arthur Kill Rd, Staten Island, NY 10309-1104;
Munawar & Andrews Santillo Llp, Po Box 4563, New York, NY 10163-4563;

Municipal Building Consultants, 233 Broadway # 2050, New York, NY 10279-2001;
Municipal Credit Union, 22 Cortlandt St, Fl 24, New York, NY 10007;
Munnrabot, 33 W 17th St, Fl 3, New York, NY 10011;
Munoz Construction Mgmt Group, 505 8th Ave # 2101, New York, NY 10018-6521;
Munoz Engineering Pc, 505 8th Ave, Rm 1301, New York, NY 10018;
Murphy Brothers Contracting, 416 Waverly Ave # 2, Mamaroneck, NY 10543-2256;
Murphy Burnham & Buttrick, 48 W 37th St # 14, New York, NY 10018-7414;
Murphy Kennedy Group, 61 Broadway Rm 1313 New York, NY 10006;
Murray Frank Sailor Llp, 275 Madison Ave # 1916, New York, NY 10016-1139;
Murray Hill Medical Pc, 317 E 34th St # 4, New York, NY 10016-5135;
Murray Hill Place, 243 Lexington Ave, New York, NY 10016-4605;
Musculoskeletal Arthritis, 5723 141st St, Flushing, NY 11355;
Mutual America Life Insurance, 320 Park Ave, Fl 5, New York, NY 10022;
Mutual Central Alarm Svc, 10 W 46th St # Ll, New York, NY 10036-4590;
Mutual Housing NY, 1 Metro Tech North 11th Fl, Brooklyn, NY 11201;
Mvc Capital, Inc., 287 Bowman Ave, Ste 241, Purchase, NY 10577;
Mwb Leasing Corp, 1 Penn Plz # 49, New York, NY 10119-0033;
My Active Driveway, 407 Broome St # 6r, New York, NY 10013-3213;
My Sisters Place, 2 Lyon Pl # 300, White Plains, NY 10601-5402;
My Union Legal Plan, 225 Broadway # 1902, New York, NY 10007-3743;
My-Guard Security Corp, 1370 Saint Nicholas Ave # 2, New York, NY 10033-6210;
Myhome Design & Remodeling, 353 W 48th St # 3, New York, NY 10036-1324;
Myotcstore, 1935 Hazen St, East Elmhurst, NY 11370-1297;
Myriad Construction Svc Inc, 790 Madison Ave # 401, New York, NY 10065-6124;
Myron Toback Inc, 545 5th Ave # 1000, New York, NY 10017-2812;
N B A Construction Inc, 283 E 3rd St Brooklyn, NY 11218;
N Cheng & Co, 40 Wall St # 3222, New York, NY 10005-1332;
N F Architectural Designs LLC, 447 Remsens Ln, Oyster Bay, NY 11771-4500;
N J General Contracting, 88 76th St Brooklyn, NY 11209;
N S P Enterprises Inc, 247 52nd St Brooklyn, NY 11220;
N Y Interior Construction, 66 Reade St # 2, New York, NY 10007-1834;
N Y Landmark Construction Mgmt, 127 W 24th St # 2, New York, NY 10011-1915;
N Y Painting & Decrtng Co, 4112 24th St, Long Island City, NY 11101-3914;
N Y Roofing Co, 2808 38th Ave # 1, Long Island City, NY 11101-2606;
N Y U Hospital Ctr, 2318 31st St # 4, Astoria, NY 11105-2892;
N. P. Painting And Decorating Inc., 317 Spook Rock Rd Bldg A,Suffern,NY,10901;
N.B.A Construction, 283 E 3rd St Brooklyn, NY 11218;
N.U.S. Contracting Company, 49 Parkville Ave Apt B6,Brooklyn,NY,11230;
Nab Construction Corp, 11220 14th Ave, College Point, NY 11356-1408;
Naber Electric Corp, 1025 Saw Mill River Rd, Yonkers, NY 10710-3200;
Nacme, 1 N Broadway, Ste 409-2, White Plains, NY 10601;
Nadkosin C, 2906 Shell Rd, Brooklyn, NY 11224-3610;
Naeem Khan, 260 W 36th St # 10, New York, NY 10018-8987;
Nafees Construction Corporation, 1405 West 7th Street,Brooklyn,NY;
Naftali Group, 1700 Broadway Fl 16, New York, NY 10019-5905;
Nagan Construction Inc, 226 Wanser Ave, Inwood, NY 11096-2111;
Nagori Contracting Corp, 10 Prague Ct Staten Island, NY 10309;
Naik Consulting Group, 135 W 36th St # 13, New York, NY 10018-6972;
Nallaseth & Turkhud PLLC, 130 Water St # 6g, New York, NY 10005-1614;
Namely, Inc., 195 Broadway, Fl 15, New York, NY 10007;
Namic, Inc., 50 Broad St, Ste 1800, New York, NY 10004;
Nanuet Public Library, 149 Church St, Nanuet, NY 10954;
Nap Industries, 667 Kent Ave, Brooklyn, NY 11249-7500;
Napa Group Inc, Po Box 2501, Briarcliff Manor, NY 10510-8101;
Napa Healthcare Foundation Inc, 2201 Hempstead Tpke # 45, East Meadow, NY 11554-1859;
Narco Freedpm, 368 E 148th St, Bronx, NY 10455;
Nasco Construction Svc Inc, 149 Madison Ave, New York, NY 10016-6713;

Nasdaq, 4 Times Sq, Frnt 3, New York, NY 10036;
Nassau Ahrc, 189 Wheatley Rd, Glen Head, NY 11545;
Nassau Boces, 1196 Prospect Ave, Westbury, NY 11590;
Nassau Chest Physicians Pc, 233 E Shore Rd # 211, Great Neck, NY 11023-2433;
Nassau Community College, 1 Education Dr, Garden City, NY 11530;
Nassau County Civil Service Co, 40 Main St, Ste 200, Hempstead, NY 11550;
Nassau County Correctional Ctr, 100 Carman Ave, East Meadow, NY 11554-1146;
Nassau County New York, 134 Jackson St, Hempstead, NY 11550-2413;
Nassau County, 480 W John St, Hicksville, NY 11801-1031;
Nassau Downs-Otb, 139 Liberty Ave, Mineola, NY 11501-3510;
Nassau Extended Care Facility, 1 Greenwich St, Hempstead, NY 11550-5610;
Nassau Financial F C U, 865 Merrick Ave, Ste 250n, Westbury, NY 11590;
Nassau Health Care Corp, 2201 Hempstead Tpke, East Meadow, NY 11554-1859;
Nassau Health Care Corporation, 2201 Hempstead Tpke,, East Meadow, NY 11554;
Nassau Orthopedic Surgeons Pc, 5500 Merrick Rd # 1, Massapequa, NY 11758-6231;
Nassau Provisions Kosher Food, 200 Albany Ave, Freeport, NY 11520-4712;
Nassau Queens Pulmonary Assoc, 3003 New Hyde Park Rd # 303, New Hyde Park, NY 11042-1214;
Nassau Radiologic Group, 765 Stewart Ave, Garden City, NY 11530-4713;
Nassau Street Dental Associates, 122 Fulton St, Fl 2, New York, NY 10038;
Nassau University Medical Center, 2201 Hempstead Tpke, East Meadow, NY 11554;
Nassau Veterans Meml Coliseum, 1255 Hempstead Tpke, Uniondale, NY 11553-1260;
Nastasi Maintenance LLC, 50 Rockefeller Plz, New York, NY 10020-1605;
Natasha International Inc, 226 W 37th St # 5, New York, NY 10018-9020;
Nathan And Lewis Securities Inc, 260 Madison Ave, Ste 11, New York, NY 10016;
Nathan Love Inc, 407 Broome St # 6r, New York, NY 10013-3213;
National Bank Of Egypt, 40 E 52nd St, Fl 22, New York, NY 10022;
National Cable Communications LLC, 405 Lexington Ave, Fl 6, New York, NY 10017;
National Cable Communications LLC, 405 Lexington Ave, Fl 9, New York, NY 10017;
National Center For Law, 275 7th Ave # 1506, New York, NY 10001-6860;
National Compressor Exchange, 75 Onderdonk Ave, Ridgewood, NY 11385-1054;
National Elevator, 63 Flushing Ave, Brooklyn, NY 11205-1010;
National Environmental Safety Co, Inc, 1217 38th Ave, Long Island City, NY 11101-6032;
National Fire Products Inc, 105 Bridge Rd, Islandia, NY 11749-5207;
National Grid, 287 Maspeth Ave, Brooklyn, NY 11211;
National Health Care Associates, Inc., 20 E Sunrise Hwy, Unit 1, Valley Stream, NY 11581;
National Hemophilia Foundation, 7 Penn Plz # 1204, New York, NY 10001-3923;
National Mutiple Sclerosis Society, 733 3rd Ave, Fl 3, New York, NY 10017;
National Opera Ctr, 330 7th Ave # 7, New York, NY 10001-5261;
National Park Service Intermountain Region, 12795 W Alameda Pkwy, Lakewood, Co 80228-2838;
National Parts Depot, 22 Valley Rd, Katonah, NY 10536;
National Pediatric Ctr, 10211 Roosevelt Ave, Flushing, NY 11368-2331;
National Reprographics Inc., 575 8th Ave, Fl 8, New York, NY 10018;
National Review Magazine, 19 W 44th St # 1701, New York, NY 10036-6101;
National Sign-Light-Spectrum, 185 Bethpage Sweet Hollow Rd, Old Bethpage, NY 11804-1314;
National Urban Fellows Inc, 1120 Avenue Of The Americas #4, New York, NY 10036-6700;
National Urban League, 80 Pine St, Rm 910, New York, NY 10005;
National Water Main Cleaning Co., 1806 Harrison Avenue, Kearny, NJ 07032;
National Webbing Products Co, 45 Fairchild Ave # B, Plainview, NY 11803-1735;
Nation's Best Meat Co, 355 Food Center Dr # D7, Bronx, NY 10474-7578;
Nationwide Maintenance-Gen, 483 Cherry St, Bedford Hills, NY 10507-1312;
Nationwide Masons Construction, 30 W 47th St # 706, New York, NY 10036-8721;
Natixis, 1251 Avenue Of The Americas, Ste 34r, New York, NY 10020;
Nato Strap Co, 273 Columbus Ave, Tuckahoe, NY 10707-2515;
Naturo Medical Health Care Pc, 39 E 20th St # 1, New York, NY 10003-1336;
Nauta Dutilh, 1 Rockefeller Plz # 1528, New York, NY 10020-2110;
Navar Home Improvement, 509 W 161st St # 4d, New York, NY 10032-6118;
Navarro Maintenance LLC, 1818 Centre St # 1l, Ridgewood, NY 11385-5461;

Navfac Southeast, Po Box 30, Jacksonville, Fl 32212-0030;
Navillus Contracting Inc., 633 3rd Ave, New York, NY 10017-6706;
Navillus, 633 3rd Ave Fl 17, New York, NY 10017-8113;
Nazareth Regional Hs, 475 E 57th St, Brooklyn, NY 11203;
Nba Cons. Inc., 283 E 3rd St, Brooklyn, NY 11218-3907;
Nbpa, 1133 Avenue Of The Americas, Fl 5, New York, NY 10036;
Nch Advisors, 452 5th Ave # 24, New York, NY 10018-2786;
Ncic Consulting Group Inc, 307 7th Ave # 2301, New York, NY 10001-6021;
Ncsy, 11 Broadway, Fl 14, New York, NY 10004;
Ncu, 99 Wyona St, Brooklyn, NY 11207;
Nda Architects, 102 Waller Ave, White Plains, NY 10605-1807;
Nebraskaland Inc, 355 Food Center Dr # G4, Bronx, NY 10474-7580;
Nederlander Group Sales, 1450 Broadway # 6, New York, NY 10018-2260;
Neelam Construction Corporation, 163a Paris Ave Northvale, NJ 07647;
Neetso Construction, 2628 Adam Clayton Powell Jr Bl, New York, NY 10039-2601;
Nehal Construction Inc, 81 Tennyson Dr, Nanuet, NY 10954-1039;
Nehal Contracting, Inc., 15721 Horace Harding Expy Flushing, NY 11367;
Neighborhood Counseling Ctr, 7701 13th Ave, Brooklyn, NY 11228-2413;
Neighborhood Housing Services, 307 W 36th St, Fl 12, New York, NY 10018;
Neighborhood Trust Federal Credit Union, 1112 Saint Nicholas Ave, New York, NY 10032;
Neighbors Home Care Svc, 148 Hamilton Ave, White Plains, NY 10601-1702;
Neighbrhood Dfender Svc Harlem, 317 Malcolm X Blvd # 10, New York, NY 10027-4461;
Neil Simon Theatre, 250 W 52nd St, New York, NY 10019-5802;
Neil Wexler Associates, 12 W 32nd St, 8th Floor, New York, NY 10001-3813;
Nelligan White Architects, 20 W 20th St # 1100, New York, NY 10011-9251;
Nelson Air Device Inc, 4628 54th Ave, Maspeth, NY 11378-1012;
Nelson Byrd Woltz Landscape Architects, 310 E Market St, Charlottesville, Va 22902-5212;
Nemet Motors LLC, 15312 Hillside Ave, Jamaica, NY 11432;
Nemo Tile, 11540 Dunkirk St, St Albans, NY 11412-3043;
Neota Logic, 60 E 42nd St # 1810, New York, NY 10165-6237;
Neovision Hyper Systems Inc, 50 Broadway # 34, New York, NY 10004-1690;
Nephro Care West, 358 4th Ave, Brooklyn, NY 11215-2718;
Nesenoff & Miltenberg Llp, 363 7th Ave # 5, New York, NY 10001-3915;
Net Cost Market, 8671 18th Ave, Brooklyn, NY 11214-3701;
Netgains America LLC, 87 Wolfs Ln, Pelham, NY 10803-1831;
Nethercott P W Inc, 433 W William St # 3, Port Chester, NY 10573-3667;
Netnames Usa, 55 Broad St # 11c, New York, NY 10004-2535;
Netula, 1370 Broadway # 5, New York, NY 10018-7350;
Network Infrastructure Inc, 81 Madison Ave, Hempstead, NY 11550-4822;
Network Maintenance Inc, 105 W 55th St # 1d, New York, NY 10019-5335;
Network Outsource, 135 Denton Ave, New Hyde Park, NY 11040-4004;
Network Place LLC, 209 W 40th St # 1, New York, NY 10018-1677;
Neufeld O'leary & Giusto, 370 Lexington Ave # 908, New York, NY 10017-6588;
Neurological Surgery Pc, 4250 Hempstead Tpke # 4, Bethpage, NY 11714-5707;
Neurology Department, 10 Union Sq E # 5d, New York, NY 10003-3314;
Neurology Group Of Westchester, 303 North St, White Plains, NY 10605-2237;
Neutral Construction Inc, 244 5th Ave, New York, NY 10001-7604;
Neville Peterson Llp, 1 Exchange Plz # 2602, New York, NY 10006-1564;
New Bridge View Co LLC, 14310 20th Ave, Whitestone, NY 11357-3046;
New Carlton Rehab & Nurse Ctr, 405 Carlton Ave, Brooklyn, NY 11238-1510;
New Castle Building, 201 W John St, Hicksville, NY 11801-1007;
New Castle, 535 Old Tarrytown Rd, White Plains, NY 10603-2617;
New Century Home Care Inc, 1410 E 10th St, Brooklyn, NY 11230-6504;
New Classic Restoration L, 96 Hyatt Ave, Yonkers, NY 10704;
New Computech Inc, 39 Broadway # 1630, New York, NY 10006-3011;
New Dimensions Remodeling, 466 Lexington Ave, Mt Kisco, NY 10549-2716;
New Directions Publishing Corp, 80 8th Ave # 19, New York, NY 10011-7146;

New East Side Nursing Home, 25 Willett St, New York, NY 10002-4008;
New Empire Builder Corp, 4920 3rd Ave, Brooklyn, NY 11220-1704;
New Empire Group, Ltd., 214 W Park Ave, Long Beach, NY 11561;
New Empire Real Estate Development, 4918 3rd Ave, Brooklyn, NY 11220-1704;
New Flyer, 255 Fluvanna Ave,Jamestown,NY,14701;
New Homestead Residence-Adults, 8245 Grenfell St, Kew Gardens, NY 11415-1344;
New Hope Fertility Ctr, 4 Columbus Cir # 4, New York, NY 10019-1100;
New Hyde Park Dialysis Ctr, 1574 Hillside Ave, New Hyde Park, NY 11040-2527;
New Leaders For New Schools, 30 W 26th St, Fl 2, New York, NY 10010;
New Orange Works Inc, 1 Lincoln Pl, Ossining, NY 10562-5202;
New Phase Electrical Contractors Inc, 725 E 136th St,Bronx,NY,10454;
New Press, 120 Wall St # 31, New York, NY 10005-4007;
New Rising Construction Inc, 5 White St # 4b, New York, NY 10013-2471;
New Rochelle City Schools District, 515 North Ave,, New Rochelle, NY 10801;
New Rochelle Radiology, 175 Memorial Hwy # Ll14, New Rochelle, NY 10801-5637;
New Safeway Contracting Corp., 17514 Hillside Ave,Jamaica,NY,11432;
New Sans Souci Nursing Home, 115 Park Ave, Yonkers, NY 10703-2992;
New Sensor Corp., 5501 2nd St, Long Is City, NY 11101;
New Style Contractors, Inc., 750 Saw Mill River Rd, Ardsley, NY 10502-1514;
New Surfside Nursing Home, 2241 New Haven Ave, Far Rockaway, NY 11691-2599;
New Vessel Press LLC, 233 W 99th St # 17a, New York, NY 10025-5077;
New Visions For Public Schools, 205 E 42nd St, Fl 4, New York, NY 10017;
New World Security, 2138 Wantagh Ave # 101, Wantagh, NY 11793-3941;
New York And Company, Inc., 330 W 34th St, Fl 7, New York, NY 10001;
New York Artificial Kidney Ctr, 2701 Emmons Ave, Brooklyn, NY 11235-2209;
New York Asphalt, 366 Industrial Loop, Staten Island, NY 10309-1110;
New York Assoc In Gstrntrlgy, 1250 Waters Pl # 1201, Bronx, NY 10461-2735;
New York Blood Center, 310 E 67th St, New York, NY 10065;
New York Board Of Education, 445 W 153rd St, Apt 3d, New York, NY 10032;
New York Botanical Garden, 2900 Southern Blvd, Bronx, NY 10458;
New York Cardiology Assoc, 425 E 61st St # 6, New York, NY 10065-8722;
New York Cardiovascular Vein, 275 7th Ave # 3, New York, NY 10001-6708;
New York Carpet, 770 Broadway, New York, NY 10003-9522;
New York Children's Health, 853 Longwood Ave, Bronx, NY 10459-4036;
New York City Board Of Education, 180 6th Ave, Brooklyn, NY 11217;
New York City Children's Ctr, 1300 Waters Pl, Bronx, NY 10461-2714;
New York City Department Of Education, 65 Court St, Ste 1, Brooklyn, NY 11201;
New York City Department Of Parks & Recreation, Flushing Meadows Park Flushing, NY 11368;
New York City Dept-Water Plltn, 12266 Flatlands Ave, Brooklyn, NY 11207-9100;
New York City Geographic District 10, 2310 Glenwood Rd, Brooklyn, NY 11210;
New York City Geographic District 13, 180 6th Ave, Brooklyn, NY 11217;
New York City Geographic District 2, 444 W 56th St, New York, NY 10019;
New York City Geographic District 23, 1355 Herkimer St, Brooklyn, NY 11233;
New York City Health, 1225 Gerard Ave, Bronx, NY 10452-8015;
New York City Law Department, 100 Church St, Fl 6, New York, NY 10007;
New York City Transit, 130 Livingston St, Brooklyn, NY 11201;
New York City/Design & Construction, 3030 Thomson Ave, Long Island City, NY 11101;
New York College Of Podiatric Medicine, 53 E 124th St, New York, NY 10035;
New York Community Bancorp, Inc., 615 Merrick Ave, Westbury, NY 11590;
New York Community Bank, 615 Merrick Ave,, Westbury, NY 11590;
New York Concrete Corp., 708 Sharrotts Rd, Staten Island, NY 10309-1122;
New York Congregational Nurse, 135 Linden Blvd, Brooklyn, NY 11226-3302;
New York Congregational Nursing Center, 135 Linden Blvd, Brooklyn, NY 11226;
New York Connect Net Ltd, 213 W 35th St # 601, New York, NY 10001-0213;
New York Construction & Renovation, 992 Coney Island Ave Brooklyn, NY 11230;
New York Container Terminal, 300 Western Ave, Ste 101, Staten Island, NY 10303;
New York County Defender Svc, 100 William St # 20, New York, NY 10038-5017;

New York County Lawyers Assn, 14 Vesey St Lbby, New York, NY 10007-2992;
New York Ctr For Interpersonal, 130 Stuyvesant Pl #5, Staten Island, NY 10301-1900;
New York Ctr For Rehab, 2613 21st St, Astoria, NY 11102-3544;
New York Custom Woodwork Corp, 3425 11th St, Astoria, NY 11106;
New York Decks, 63 Flushing Ave # 120-213, Brooklyn, NY 11205-1010;
New York Dialysis Svc, 105 E 106th St # 1, New York, NY 10029-4623;
New York Display & Die Cutting, 3100 47th Ave # 3, Long Island City, NY 11101-3010;
New York Ehealth Collaborative, 40 Worth St, Fl 5, New York, NY 10013;
New York Eye-Ear Infirmary Ipa, 310 E 14th St 2 N, New York, NY 10003;
New York Foundling Hospital, 590 Avenue Of The Americas, Frnt 1, New York, NY 10011;
New York Gilbert-Sullivan, 225 W 99th St, New York, NY 10025-5014;
New York Grant Company, 29 Broadway, Rm 2222, New York, NY 10006;
New York Health Dept, 160 W 100th St, New York, NY 10025-9900;
New York Heating Corp, 354 Humboldt St, Brooklyn, NY 11211-3740;
New York Immigration Coalition, 40 Exchange Pl # 1820, New York, NY 10005-2732;
New York Immigration Fund, 267 Broadway # 2, New York, NY 10007-2354;
New York Institute Of Technology Inc, 268 Wheatley Rd, Old Westbury, NY 11568;
New York Law Journal, 150 E 42nd St # Mezz1, New York, NY 10017-5640;
New York Life Insurance Company, 51 Madison Ave, Bsmt 1b, New York, NY 10010;
New York Life International, 51 Madison Ave, Bsmt 1b, New York, NY 10010;
New York Med & Diagnostic Ctr, 8046 Kew Gardens Rd, Kew Gardens, NY 11415-1154;
New York Medical College, 40 Sunshine Cottage Rd, Valhalla, NY 10595;
New York Merchants Svc, 442 S 5th St, Brooklyn, NY 11211-7424;
New York Methodist Hospital, 506 6th St, Brooklyn, NY 11215;
New York Ophthalmology, 7409 37th Ave # 303, Jackson Heights, NY 11372-6303;
New York Orthopedics, 159 E 74th St # 2, New York, NY 10021-3235;
New York Otolaryngology Group, 36 E 36th St # 200, New York, NY 10016-3441;
New York Pathology Assoc, 550 1st Ave, New York, NY 10016-6402;
New York Paving, 3718 Railroad Ave, Long Island City, NY 11101-2042;
New York Physicians, 635 Madison Ave, Fl 7, New York, NY 10022;
New York Power Authority, 123 Main St, Ste 1600, White Plains, NY 10601;
New York -Prebyterian Brooklyn Methodist, 506 6th St,, Brooklyn, NY 11215;
New York Presbyterian Weill, 1305 York Ave # 11, New York, NY 10021-5663;
New York Press Assn, 379 Central Ave, Lawrence, NY 11559-1607;
New York Production Svc, 78 5th Ave # 7, New York, NY 10011-8000;
New York Prsbytrian Hospital, 53 W 23rd St # 6, New York, NY 10010-4237;
New York Psychotherapy-Cnslng, 2857 Linden Blvd, Brooklyn, NY 11208-5126;
New York Public Interest, 9 Murray St # B1, New York, NY 10007-2259;
New York Public Radio, 160 Varick St, Fl 7, New York, NY 10013;
New York Radiology Assoc, 55 E 34th St # 4, New York, NY 10016-4337;
New York School Construction Authority, 30-30 Thomson Avenue, 2nd Floor, Long Island City, NY 11101-3045;
New York Society Of Cpas, 14 Wall St # 19, New York, NY 10005-2124;
New York Software Svc Inc, 115 Broadway # 5, New York, NY 10006-1646;
New York Spine Institute, 265 Madison Ave # 4, New York, NY 10016-0971;
New York Spine Institute, 761 Merrick Ave, Westbury, NY 11590-6608;
New York Spine Specialist, 2001 Marcus Ave, Ste W170, New Hyde Park, NY 11042;
New York Sprinkler Corp, 2635 Roberts Ave, Bronx, NY 10461-2634;
New York State Department Of Transportation, 50 Wolf Rd Fl 1, Albany, NY 12205-2645;
New York State Department Of Transportation, 50 Wolf Road 1st Floor, Albany, NY 12232-0001;
New York State Dormitory Authority, 515 Broadway, Albany, NY 12207-2964;
New York State Office Of General Services Des & Co, 35 Th Floor Empire State Plz, Tower Building, Albany, NY 12242-0001;
New York State Psych Inst, 1051 Riverside Dr Frnt, New York, NY 10032-1098;
New York State University Construction Fund, 353 Broadway, Albany, NY 12246-2915;
New York Times, 25-70 Whitestone Expressway, Flushing, NY 11354;
New York Trial Lawyers Assn, 132 Nassau St # 200, New York, NY 10038-2486;

New York University, 1 Park Ave, Fl 16, New York, NY 10016;
New York Urologic Institute, Po Box 350822, Brooklyn, NY 11235-0822;
New York-Presbyterian Brooklyn Methodist, 506 6th St,, Brooklyn, NY 11215;
New York-Presbyterian Hospital, 333 E 38th St, Fl 10, New York, NY 10016;
New York's Premier Ctr-Surgery, 160 Crossways Park Dr, Woodbury, NY 11797-2028;
Newbank, 14601 Northern Blvd, Flushing, NY 11354;
Newbanks Boston Inc, 980 Broadway # 501, Thornwood, NY 10594-1139;
Newbridge Technology, Po Box 3415, New York, NY 10008-3415;
Newman Design, 210 W Rogues Path, Cold Spring Harbor, NY 11743-5039;
Newman Ferrara Llp, 1250 Broadway # 27, New York, NY 10001-3717;
Newman Group, 220 E 63rd St # 6a, New York, NY 10065-7643;
Newman Myers Kreines Gross, 40 Wall St # 26, New York, NY 10005-1335;
Newmark And Company Real Estate, Inc., 125 Park Ave, Fl 12, New York, NY 10017;
Newmark Knight Frank Global Mgmt Svces,, 125 Park Ave, Fl 12, New York, NY 10017;
Newmark Solutions Corp., 67-53 Woodhaven Blvd Rego Park, NY 11374;
Newport Painting, 247 W 35th St # 5, New York, NY 10001-1924;
Newtek Small Business Finance, Inc., 462 7th Ave, Fl 14, New York, NY 10018;
Newtype Communications Inc, 445 5th Ave # 25, New York, NY 10016-0133;
Newyork - Presbyterian - Hudson Hosptl (, 1980 Crompond Rd, Cortlandt Mnr, NY 10567;
Newyork-Presbyterian Hospital, 622 W 168th St, Bsmt B, New York, NY 10032;
Newyork-Presbyterian/Lawrence Hospital, 55 Palmer Ave,, Bronxville, NY 10708;
Next Generation Radiology, 560 Northern Blvd # 102, Great Neck, NY 11021-5100;
Nfp Corp., 340 Madison Ave, Fl 21, New York, NY 10017;
Nfte, 120 Wall St # 1801, New York, NY 10005-4012;
Nhc Health Care, 1177 Ave Of The Americas # 5, New York, NY 10036-2714;
Nhcc, 2380 Woodpecker Ln, Merrick, NY 11566;
Nhclc, 16701 Hillside Ave, Jamaica, NY 11432;
Nhf, 7 Penn Plz, Ste 1204, New York, NY 10011;
Ni Construction Corp, Po Box 230159, New York, NY 10023-0003;
Nia Construction Services, 79 Whittier Blvd,Poughkeepsie,NY,12603;
Nice Pak/Pdi, 2 Nice Pak Park, Orangeburg, NY 10962;
Nice Shoes, 352 Park Ave S # 16, New York, NY 10010-1719;
Nice-Pak Products, Inc., 2 Nice Pak Park,, Orangeburg, NY 10962;
Nicholson & Galloway Inc, 261 Glen Head Rd, Glen Head, NY 11545-1997;
Nicholson Events Inc, 1310 Madison Ave, New York, NY 10128-1351;
Nickerson Corporation, 11 Moffitt Blvd Bay Shore, NY 11706;
Nicoletti & Harris Inc, 101 Avenue Of The Americas # 1, New York, NY 10013-1941;
Nicoletti Gonson Spinner, 555 5th Ave # 800, New York, NY 10017-9266;
Nicolini Paradise Ferretti, Po Box 9006, Mineola, NY 11501-9006;
Nicosia Creative Espresso, 330 5th Ave # 2, New York, NY 10001-3176;
Nif Group Inc, 30 Park Ave, Manhasset, NY 11030;
Night Hotel Times Square, 157 W 47th St, New York, NY 10036-1503;
Nihon Keizal Shimbun America, 1325 Avenue Of The Ameri #2500, New York, NY 10019-6156;
Nikhi Contracting Corp, 102, 2518, 300 Kimball St,Woodridge,NY,07095;
Nikkei, 1325 Avenue Of The Ameri #2500, New York, NY 10019-6156;
Nimble Fitness LLC, 42 E 12th St, Frnt 1, New York, NY 10003;
Nippon Express Usa, Inc., 2401 44th Rd, Long Is City, NY 11101;
Niram Inc, 4 E Frederick Pl Cedar Knolls, NJ 07927;
Nirvanasoft Inc, 350 5th Ave # 6510, New York, NY 10118-6510;
Nissenbaum Law Group, 140 Broadway # 46, New York, NY 10005-1155;
Nitka Technologies, 244 Harold Ave, Staten Island, NY 10312-5451;
Njf/Mmgy Global, 360 Lexington Ave, Fl 10, New York, NY 10017;
Njs Electrical Svc Corp, 3616 13th St, Long Island City, NY 11106-4701;
Nmp Films, 31 Howard St # 5a, New York, NY 10013-3160;
No 6, 36 W 25th St # 15, New York, NY 10010-2876;
No Fault Sport Gr. LLC., Environmental Allies, Baton Rouge, La 70808;
No Fault, LLC, 3112 Valley Creek Drive, San Bernardino, Ca 92307;

Noble Construction, 21 West Rd, South Salem, NY 10590-2601;
Noble Electrical Contracting Co, 1794 Clinton Ave,Bronx,NY,10457;
Noble Experiment Nyc, 23 Meadow St, Brooklyn, NY 11206-1710;
Nobleden Nyc Corp, 196 Grand St, New York, NY 10013-3712;
Noitu Insurance Trust Fund, 14806 Hillside Ave, Jamaica, NY 11435;
Nomo Soho, 9 Crosby St, New York, NY 10013-3102;
Nomura Holding America Inc., 309 W 49th St,, New York, NY 10019;
Noor Staffing Group, LLC., 622 3rd Ave, Fl 7, New York, NY 10017;
Norcom Of NY Inc, 17 Gramercy Pl, Thornwood, NY 10594-1047;
Norddeutsche Landesbank Girozentrale, 1114 Avenue Of The Americas, Fl 20, New York, NY 10036;
Nordon Super Drugs, 247 Hempstead Ave, Malverne, NY 11565-2034;
Norges Bank, 505 5th Ave, Fl 20, New York, NY 10017;
North American Partners Of Anesthesia, 181 Westside Ave, Freeport, NY 11520;
North Bay Cad Buick Gmc Svc, 1900 Northern Blvd, Roslyn, NY 11576-1136;
North East Atlantic Business Solutions Corporation, 82-16 138th Street,Briarwood,NY,11435;
North East Remosco, 1433 State Route 34, Wall Township, NJ 07727-1603;
North Eastern Conf, 11550 Merrick Blvd, Jamaica, NY 11434;
North Hills Offices Svces Inc, 244 Crossways Park Dr W, Woodbury, NY 11797-2031;
North Salem Csd, 230 June Rd, North Salem, NY 10560;
North Shore Animal League, 16 Lewyt St, Prt Washingtn, NY 11050;
North Shore Cardiology, 1010 Northern Blvd # 424, Great Neck, NY 11021-5330;
North Shore Child-Family, 480 Old Westbury Rd, Roslyn Heights, NY 11577-2215;
North Shore Climate Control Inc, 82-2 Lake Avenue South Nesconset, NY 11767;
North Shore Court Reporters, Po Box 382, Manhasset, NY 11030-0382;
North Shore Dermatology Assoc, 2 Hillside Ave # G, Williston Park, NY 11596-2335;
North Shore Diabetes-Endocrine, 3003 New Hyde Park Rd # 201, New Hyde Park, NY 11042-1214;
North Shore Gastroenterology, 233 E Shore Rd # 101, Great Neck, NY 11023-2433;
North Shore Hematology Onclgy, 1201 Northern Blvd # Main-1, Manhasset, NY 11030-3001;
North Shore Internal Medicine, 560 Northern Blvd # 203, Great Neck, NY 11021-5113;
North Shore Lij Health System, 1111 Marcus Ave, Ste Ll20, New Hyde Park, NY 11042;
North Shore Linen, 20 Rider Pl, Freeport, NY 11520-4612;
North Shore Long Island High School, 972 Brush Hollow Rd, Westbury, NY 11590;
North Shore Open Mri, 170 Great Neck Rd, Great Neck, NY 11021-3357;
North Shore Primary, 1000 Northern Blvd # 230, Great Neck, NY 11021-5341;
North Shore Pulmonary Assoc Pc, 6 Ohio Dr # 201, New Hyde Park, NY 11042-1129;
North Shore Surgical, 310 E Shore Rd # 203, Great Neck, NY 11023-2432;
North Shore University Hospital, 300 Community Dr, Manhasset, NY 11030;
North Shore Urologycal, 875 Old Country Rd # 301, Plainview, NY 11803-4934;
North Star Mechanical Corp, 48 Grattan St, Brooklyn, NY 11237-1602;
Northbrook Contracting Corp, 7 Corporate Drive Peekskill, NY 10566;
Northe Group Inc, 60 E 9th St New York, NY 10003;
Northeast Brooklyn Housing Dev Corp, 132 Ralph Ave, Ste 1, Brooklyn, NY 11233;
Northeast Electrical Contractors Inc., 289 Suburban Ave Deer Park, NY 11729;
Northeast Mechanical Svc, Po Box 22, Amawalk, NY 10501-0022;
Northeast Remsco Construction, Inc., 1433 Route 34 South Bldg B1, Farmingdale, NJ 04344;
Northeast Restoration Corp, 1181 Randall Ave, Bronx, NY 10474-6215;
Northern Adhesives Inc, 6215 60th Ln, Maspeth, NY 11378-3510;
Northern Lights Post, 135 W 27th St # 8, New York, NY 10001-6226;
Northern Westchester Hosp Ctr, 400 E Main St, Mount Kisco, NY 10549;
Northridge Medical Assoc, 77 Quaker Ridge Rd # 200, New Rochelle, NY 10804-2821;
Northshore Hospital, 300 Community Dr,, Manhasset, NY 11030;
Northshore Lij Div-Nephrology, 100 Community Dr, Great Neck, NY 11021-5501;
Northshore Medical, 295 Community Dr, Great Neck, NY 11021-5505;
Northside Ctr For Child Deve, 1301 5th Ave, New York, NY 10029;
Northstar Assest Management Group, 590 Madison Ave, Fl 34, New York, NY 10022;
Northstar Mechanical, Inc, 48 Grattan St, Brooklyn, NY 11237-1602;
Northwell Health Dept Of Facilities Services, 600 Community Dr, Suite 202, Manhasset, NY 11030-3802;

Norton Rose Fulbright, 1301 Avenue Of The Americas, Bsmt 3, New York, NY 10019;
Norwegian Christian Home, 1250 67th St,, Brooklyn, NY 11219;
Notaro Michalos Zaccaria Pc, 1270 Broadway # 807, New York, NY 10001-3224;
Nothing Else Matters Software, 826 Broadway, New York, NY 10003-4826;
Nourse & Bowles, 1 Exchange Plz # 3000, New York, NY 10006-3030;
Nova Consultants LLC, 555 8th Ave # 1903, New York, NY 10018-4473;
Novak Francella, 450 Fashion Ave # 28, New York, NY 10123-2806;
Novelty Crystal, 3015 48th Ave, Long Island City, NY 11101-3419;
Nowsta Inc, 48 Wall St # 5, New York, NY 10005-2911;
Nozbestos Environment Corp, 215 Railroad Ave, Bedford Hills, NY 10507-1403;
Nr Property 2 LLC, 44 West 55th Street Suite 500, New York, NY 10019;
Ns Bienstock Inc, 888 7th Ave # 7, New York, NY 10106-0700;
Nslij, 9320 Vanderveer St, Queens Vlg, NY 11428;
Nsp Enterprises Inc. Po Box, 90405 Brooklyn, NY 11209;
Nu Health Nassau University Medical, 2201 Hempstead Tpke, East Meadow, NY 11554;
Nua Construction, 750 Saw Mill River Rd, Ardsley, NY 10502-1514;
Nubest, 1482 Northern Blvd # 1, Manhasset, NY 11030-3050;
Nuclear Diagnostic Products, 130 Commercial St # 1, Plainview, NY 11803-2414;
Nuco Painting Corporation, 8 Oval Dr, Islandia, NY 11749-1403;
Nuhealth, 2201 Hempstead Tpke,, East Meadow, NY 11554;
Nu-Ironworks Inc, 25 Wolffe St, Yonkers, NY 10705;
Nulux Inc, 1717 Troutman St # 1, Flushing, NY 11385-1091;
Numc, 2201 Hempstead Tpke, East Meadow, NY 11554;
Numerix, 125 Park Ave # 21, New York, NY 10017-8545;
Nunez Electric, 32-14 Greenpoint Avenue Long Island City, NY 11101;
Nuride Transportation Group Ll, 3324 Northern Blvd, Ste 501, Long Is City, NY 11101;
Nu-Tech Furnishings, Inc., 135 Oser Ave, Hauppauge, NY 11788-3761;
Nutrition 21 Inc, 1 Manhattanville Rd # 104, Purchase, NY 10577-2129;
Nu-Way Heating & Air Cond, 620 Fayette Ave, Mamaroneck, NY 10543-2241;
Nvision, 9512 149th Ave, Ozone Park, NY 11417;
Nwi Management Lp, 623 5th Ave # 23, New York, NY 10022-6831;
NY Asphalt Inc, 73 Industrial Loop Staten Island, NY 10309;
NY College Of Osteopathic Med, 268 Wheatley Rd, Old Westbury, NY 11568-1037;
NY Community Bank, 615 Merrick Ave,, Westbury, NY 11590;
NY Concrete Corp, 708 Sharrotts Rd, Staten Island, NY 10309-1122;
NY Construction And Renovation Inc., 992 Coney Island Ave Brooklyn, NY 11230;
NY Convention Ctr Operating Corp, 655 W 34th St, New York, NY 10001;
NY County Health Svc Review, 199 Water St # 27, New York, NY 10038-3544;
NY Design Architecture, 175 W Broadway # A, New York, NY 10013-3043;
NY Developers & Management Inc, 266 47th Street - 5th Floor, Brooklyn, NY 11220;
NY Eye And Ear Infirmary Inc, 150 East 42nd Street 2nd Floor, New York, NY 10017;
NY Foundling Hospital, 590 Avenue Of The Americas, Frnt 1, New York, NY 10011;
NY Gi, 1200 Waters Pl, Ste M117, Bronx, NY 10461;
NY Hotel & Motel Trades, 68 Schermerhorn St # 80, Brooklyn, NY 11201-5005;
NY Inst For Special Ed, 999 Pelham Pkwy N, Bronx, NY 10469;
NY Ladder & Scaffold Corp, 3714 61st St, Woodside, NY 11377-2538;
NY Laser Group, 11915 Atlantic Ave, Jamaica, NY 11418-3216;
NY Neurologic Assoc, 3003 New Hyde Park Rd # 200, New Hyde Park, NY 11042-1214;
NY Power Authority, 31-03 20th Ave, Astoria, Long Island City, NY 11105-2014;
NY Presbyterian Hospital, 21 Bloomingdale Rd, White Plains, NY 10605;
NY Road Runners, 156 W 56th St, Fl 3, New York, NY 10019;
NY Spine Medicine, 18 E 48th St # 901, New York, NY 10017-1094;
NY State Insurance Fund, 199 Church St, Fl 13, New York, NY 10007;
NY State Unified Court System, 25 Beaver St, Fl 8, New York, NY 10004;
NY Univ Medical Cctr Joint D, 301 E 17th St, New York, NY 10003;
NY Univ Sch Of Engineering, 6 Metrotech Ctr, Brooklyn, NY 11201;
NY Vision Group, 37 Murray St # 1, New York, NY 10007-2230;

Nyack Hospital, 160 N Midland Ave, Nyack, NY 10960;
Nybc, 310 E 67th St, New York, NY 10065;
Nyc Air Conditioning Co, 229 W 57th St, New York, NY 10019-2104;
Nyc Criminal Justice Agency, 299 Broadway, Fl 4, New York, NY 10007;
Nyc Ddc, 848 Udall Rd, West Islip, NY 11795-1406;
Nyc Dep Department Of Environmental Protection, 59-17 Junction Blvd Fl 17, Flushing, NY 11373;
Nyc Department Of Design And Construction, 3030 Thomson Ave Fl 5, Long Island City, NY 11101-3045;
Nyc Dept Of Ddc Road-Sewers & Water Mains Unit, 3030 Thomson Ave, Long Island City, NY 11101-3045;
Nyc Dept Of Education/Div Of Contracts&Purchasing, 65 Court St Rm 1201,Brooklyn,NY,11201;
Nyc Dept Of Environmental Protection, 5917 Junction Blvd, Ste 1, Flushing, NY 11373;
Nyc Dept Of Homeless Services, 10107 Farragut Rd,Brooklyn,NY,11236;
Nyc Dept Of Sanitation-Bureau Of Waste Management, 44 Beaver St Fl 11, New York, NY 10004-2431;
Nyc Dept Of Sanitation-Contracts Division, 44 Beaver St, New York, NY 10004-2431;
Nyc Dept Of Transportation, 55 Water St, Fl 8, New York, NY 10041;
Nyc Dept. Of Education, 333 7th Ave, Fl 7, New York, NY 10001;
Nyc Dohmh, 4209 28th St, Long Is City, NY 11101;
Nyc Dot, 55 Water St, Fl 7, New York, NY 10041;
Nyc Economic Development Corp, 110 William St Fl 6, New York, NY 10038-3901;
Nyc Economic Development Corporation, 165 Broadway Fl 14, New York, NY 10006-1404;
Nyc Elite Gymnastics, 421 E 91st St, New York, NY 10128-6801;
Nyc Foot Care, 55 John St, New York, NY 10038;
Nyc Health & Hospitals Corporation, 346 Broadway, 5th Floor-Room 516, New York, NY 10013;
Nyc Health Dept, 9037 Parsons Blvd, Jamaica, NY 11432-6032;
Nyc Hhc Brooklyn Long Term, 594 Albany Ave, Brooklyn, NY 11203-1706;
Nyc Housing Authority, 90 Church St, New York, NY 10007-2919;
Nyc Housing Preservation & Development, 100 Gold St, New York, NY 10038-1605;
Nyc Hpd Office Of Neighborhood Strategies, 100 Gold St Room 9x, New York, NY 10038-1605;
Nyc Industries For The Blind, 8746 123rd St, Jamaica, NY 11418-2731;
Nyc Maintenance And Restoration Inc, 330 Stanley Ave, Staten Island, NY 10301;
Nyc Management Group Inc, 71 W 23rd St # 301, New York, NY 10010-3519;
Nyc Media Group, 1 Centre St # 2000n, New York, NY 10007-1604;
Nyc Renovation Group Corp, 1460 3rd Ave, New York, NY 10028-1902;
Nycan Builders LLC, 65 West 36th Street,Ste 903,New York,NY,10018;
Nycb, 615 Merrick Ave,, Westbury, NY 11590;
Nycddc, 30-30 Thomson Ave, Long Island City, NY 11101;
Nycdep, 96-05 Horace Harding Expresswa, Corona, NY 11368;
Nyc-Department Of Environmental Protection, 5917 Junction Blvd # 13th, Flushing, NY 11373-5188;
Nycdoe, 577 E 179th St, Bronx, NY 10457;
Nycha, 110 W 9th St, Brooklyn, NY 11231;
Nycmc Corp, 107-34 156th Street Jamaica, NY;
Nycoutward Bound School, 2946 Northern Blvd, Long Is City, NY 11101;
Nyc-School Construction Authority, 3030 Thomson Ave, Room #1102, Long Island City, NY 11101-3019;
Nycsma, 121 E 24th St # 9, New York, NY 10010-2912;
Nyct, 36 Metropolitan Oval, Apt 3e, Bronx, NY 10462;
Nyis New York Immigration Svc, 1065 Of The Americas # 1025, New York, NY 10018-0785;
Nym Worldgroup, 1333 Broadway # 502, New York, NY 10018-7204;
Nymi Associates, 165 E 84th St, New York, NY 10028;
Nymla, 39 Wilbur Ln, Roosevelt, NY 11575;
Nyodn, 460 W 34th St, Fl 15, New York, NY 10001;
Nypl, 476 5th Ave, Fl 1, New York, NY 10018;
Nyrender, 601 Surf Ave # 2g, Brooklyn, NY 11224-3404;
Nyrp, 254 W 31st St, Fl 10, New York, NY 10001;
Nys Division Of Human Rights, 1 Fordham St, Fl 4, Bronx, NY 10464;
Nys Insurance Fund, 199 Church St, Fl 13, New York, NY 10007;
Nys Supreme Court, 320 Jay St, Brooklyn, NY 11201;
Nys Unified Court System, 25 Beaver St, Fl 8, New York, NY 10004;
Nyscf, 619 W 54th St, Fl 3, New York, NY 10019;

Nysco Products Inc, 2350 Lafayette Ave, Bronx, NY 10473-1104;
Nysscpa, 14 Wall St, Fl 19, New York, NY 10005;
Nyu Health Center, 540 1st Ave, New York, NY 10016;
Nyu Hospitals Center, 1 Park Ave, Fl 11, New York, NY 10016;
Nyu Langone Medical Center, 1 Park Ave, Fl 10, New York, NY 10016;
Nyu, 440 E 20th St, Apt 1d, New York, NY 10009;
Nyumc Office Of Development, 1 Park Ave, New York, NY 10016-5802;
Nyu-Perlmuttercancer Ctr, 160 E 34th St # 9, New York, NY 10016-4744;
O Connor Davies Munns & Dbbns, 665 5th Ave # 6, New York, NY 10022-5342;
O P Sales Ltd, 4217 Austin Blvd, Island Park, NY 11558-1728;
O2kl, 10 W 18th St # 6, New York, NY 10011-4618;
Oak Hill Industries Inc, Po Box 1142, New York, NY 10150-1142;
Oaks At Broadlawn Manor Tcm 1, 101 Andover Ct, Massapequa, NY 11758-6550;
Oaktree Investments, 90 Merrick Ave # 204, East Meadow, NY 11554-1500;
Ob Gyn-Weill Cornell NY, 525 E 68th St # J130, New York, NY 10065-4870;
Objective Solutions Inc, 535 5th Ave, Fl 19, New York, NY 10017;
Obrien & Gere Engineers, 333 W Washington St, Syracuse, NY 13202-6103;
Occc, 115 South St, Middletown, NY 10940;
Occupational And Industrial Orthopaedic, 550 1st Ave, New York, NY 10016;
Ocean & Coastal Consultants Inc, 35 Corporate Dr, Suite 1200, Trumbull, Ct 06611-6319;
Ocean Financial Fcu, 45 Atlantic Ave, Oceanside, NY 11572;
Oceanside Care Ctr Inc, 2914 Lincoln Ave, Oceanside, NY 11572-2141;
Ocli, 825 E Gate Blvd, Ste 111, Garden City, NY 11530;
Oconner Davies Llp, 500 Mamaroneck Ave, Ste 301, Harrison, NY 10528;
O'connor Mcguiness Conte, 1 Barker Ave # 675, White Plains, NY 10601-1527;
Oconnor Redd Gollihue & Sklari, 242 King St, Port Chester, NY 10573-4119;
Ocv Architects Pc, 14 E 4th St # 408, New York, NY 10012-1141;
Oda Architecture, 250 Park Ave South, 3rd Floor, New York, NY 10003;
Oda Health Care Network, 74 Wallabout St, Brooklyn, NY 11249;
Oda New York, 250 Park Ave S # 3, New York, NY 10003-1402;
Oda Primary Health Care Ctr, 74 Wallabout St, Brooklyn, NY 11249-7830;
O'dea Lynch Abbattista Pc, 50 Broadway # 8, Hawthorne, NY 10532-1203;
Odgers Berndtson, 140 E 45th St, Rm 4401, New York, NY 10017;
O'donnell & Naccarato Structural Engineers, 40 Worth St Rm 301, New York, NY 10013-3196;
O'dwyer & Bernstien Llp, 45 Broadway # 2450, New York, NY 10006-3760;
Odyssey House Inc, 95 Pine St, New York, NY 10005-1703;
Odyssia Global Communications, 2434 45th St, Astoria, NY 11103;
Oec Freight NY Inc., 1 Cross Island Plz, Ste 306, Rosedale, NY 11422;
Oerlikon, 1101 Prospect Ave, Westbury, NY 11590;
Oeuvre Press LLC, 590 Madison Ave # 21, New York, NY 10022-2545;
Official Press, 122 W 27th St, New York, NY 10001-6227;
Ogilvy, 309 W 49th St, New York, NY 10019;
O'hare Parnagian Llp, 20 Vesey St # 300, New York, NY 10007-4242;
Ohel/Bias Ezra, 1268 E 14th St, Brooklyn, NY 11230-5241;
Ohl Usa, 2615 Ulmer St, Flushing, NY 11354;
Okun Oddo Babat, 8 W 38th St # 1002, New York, NY 10018-0148;
Olaregen Therapeutix Inc, 1001 Avenue Of The Americas #2, New York, NY 10018-5460;
Olayan Group, 505 Park Ave Fl 10, New York, NY 10022-1106;
Old Country Ceramic Tile, 27 Urban Ave, Westbury, NY 11590-4890;
Oliveira Contracting Inc, 15 Albertson Ave, Albertson, NY 11507-1427;
Oliver, Wyman And Company, 1166 Avenue Of The Americas, Bsmt A, New York, NY 10036;
Olivier Cheng Events LLC, 12 Vestry St # 1, New York, NY 10013-1949;
Oltarsh & Assoc Pc, 494 8th Ave # 1704, New York, NY 10001-2519;
Olympic Contracting Corp, 2069 Benson Ave,Brooklyn,NY,11214;
Olympic Waterproofing, 2069 Benson Ave Brooklyn, NY 11214;
Om General Contractors Corp, 22151 92nd Rd,Queens Village,NY,11428;
Oma, 180 Varick St # 1328, New York, NY 10014-5450;

Omni Group Ltd, 187 Chrissy St, New York, NY 10007;
Omnibuild, 213 West 35th St 7th Fl, New York, NY 10006;
Omnicom Group Inc, 437 Madison Ave, Fl 10, New York, NY 10022;
Omwar Construction, 1548 Saint Johns Pl, Brooklyn, NY 11213;
Omwbe, 253 Broadway, New York, NY 10007-2300;
On Demand Electrical Services, 6510 Central Ave Glendale, NY 11385;
On Drive, 216 N Main St # B, Freeport, NY 11520-2200;
On The Level Enterprises, 58 Thomas St # A, New York, NY 10013-3861;
On Top Renovation Inc., 33 Fort Worth Pl Monroe, NY 10950;
On Your Mark Inc, 645 Forest Ave, Staten Island, NY 10310;
One Jeanswear Group, 10 Times Sq # 25, New York, NY 10018-1879;
Only Mine, 1412 Broadway # 1508, New York, NY 10018-9281;
On-Trac Const Assoc, 8860 Myrtle Ave Glendale, NY 11385;
Onvia, Inc, 509 Olive Way Seattle, Wa 98101;
Oocl (Usa) Inc., 88 Pine St, Ste 1700, New York, NY 10005;
Op Ad Media Solutuions, 275 Madison Ave # 2200, New York, NY 10016-1136;
Open Door Family Medical Center, Inc., 165 Main St, Ossining, NY 10562;
Open Society Institute, 224 W 57th St, Frnt 2, New York, NY 10019;
Open Systems Metro, 380 Adams Street, Bedford Hills, NY 10507-2024;
Open Systems Technologies, 469 Fashion Ave # 5, New York, NY 10018-8859;
Opengate Inc, Po Box 419, Armonk, NY 10504-0419;
Opening Ceremony, LLC, 202 Centre St, Fl 4, New York, NY 10013;
Ophthalmic Consultants-Long Is, 360 Merrick Rd # 3, Lynbrook, NY 11563-2526;
Oppenheimer And Co. Inc, 125 Broad St, Fl 15, New York, NY 10004;
Oppenheimerfunds, Inc., 225 Liberty St, Fl 11, New York, NY 10281;
Optimum Diagnostics, 129 Ocean Ave, Woodmere, NY 11598;
Option Hardware, 2501 Holland Ave, Bronx, NY 10467;
Optitex Usa Inc, 325 W 38th St # 1107, New York, NY 10018-9590;
Optomen Inc, 100 Avenue Of The Americas #12, New York, NY 10013-1689;
Optyx, 1125 Lexington Ave # 4, New York, NY 10075-0429;
Oracle Construction, 10 Harbor Park Dr, Port Washington, NY 11050-4648;
Orange Bank And Trust Company, 212 Dolson Ave, Middletown, NY 10940;
Orange Logic, 25 W 43rd St # 1020, New York, NY 10036-7431;
Orange Regional Medical Center, 60 Prospect Ave, Middletown, NY 10940;
Orange Telecom, 225 Liberty St, Fl 43, New York, NY 10281;
Orba Construction, 2525 Brunswick Ave, Suite 210 Linden, NJ 07036;
Orbimed Advisors LLC, 601 Lexington Ave # 54, New York, NY 10022-4629;
Orda Management Supts Office, 225 Park Ave S # 200, New York, NY 10003-1604;
Ordergroove Inc, 75 Broad St # 23, New York, NY 10004-2487;
Orentreich Medical Group, 909 5th Ave, New York, NY 10021-4115;
Organic Motion Inc, 15 W 37th St # 5, New York, NY 10018-5340;
Orlin & Cohen Orthopedic Group, 660 Broadway, Massapequa, NY 11758-2391;
Orrick Herrington-Sutcliffe, 666 5th Ave # 2, New York, NY 10103-0001;
Orthopaedic Associates Of NY, 2535 Arthur Kill Rd, Staten Island, NY 10309-1207;
Orthopedic Surgeons Of Li, 410 Lakeville Rd # 303, New Hyde Park, NY 11042-1104;
Ortoli Rosenstadt Llp, 366 Madison Ave # 300, New York, NY 10017-7110;
Osali, 205 Froehlich Farm Blvd, Woodbury, NY 11797-2931;
Osborn Belmont Properties LLC, 21544 23rd Rd, Bayside, NY 11360-2228;
Osborn Home Care, 101 Theall Rd, Rye, NY 10580-1499;
Osborn Retirement Community, 101 Theall Rd, Rye, NY 10580;
Oscar Blandi Salon, 545 Madison Ave # 2, New York, NY 10022-9255;
Oscar Health Agency Inc, 295 Lafayette St, Fl 6, New York, NY 10012;
Oscar Heyman & Brothers, 501 Madison Ave # 15, New York, NY 10022-5676;
Ossining Union Free School District, 190 Croton Ave, Ossining, NY 10562;
Ostroff Electric Inc, 10215 159th Rd, Howard Beach, NY 11414-3528;
Ostrow Institute For Pain Mgmt, 625 Madison Ave # 10a, New York, NY 10022-1809;
Other Press LLC, 267 5th Ave # 6, New York, NY 10016-7508;

Oudaz General Contracting Inc, 164 Stuart St Paramus, NJ 07652;
Outer County Construction Corp, 2229 Pine Ave Ronkonkoma, NY 11779;
Outerstuff Limited, 1412 Broadway # 18, New York, NY 10018-9258;
Outline Press Syndicate, 902 Broadway, New York, NY 10010-6002;
Outreach, 11711 Myrtle Ave, Richmond Hill, NY 11418;
Outten & Golden, 685 3rd Ave # 25, New York, NY 10017-8413;
Oval Tennis Inc, Po Box 189, Somers, NY 10589-0189;
Ove Arup & Partners, P.C., 77 Water St, New York, NY 10005-4401;
Oved & Oved Llp, 401 Greenwich St # 4, New York, NY 10013-2326;
Overton & Co, 2016 Linden Blvd # 2, Elmont, NY 11003-4043;
Ovid Therapeutics, 1460 Broadway, Fl 4, New York, NY 10036;
Owners Corp Inc, 308 E 79th St # 1b, New York, NY 10075-0998;
Oxagile LLC, 77 Water St, Fl 8, New York, NY 10005;
Oxford Nursing Home, 144 S Oxford St, Brooklyn, NY 11217;
Oxford University Press Inc-E, 198 Madison Ave # 8, New York, NY 10016-4341;
Oxford University Press, LLC, 198 Madison Ave, Fl 8, New York, NY 10016;
Oxo, 601 W 26th St # 1050, New York, NY 10001-1148;
Ozanam Hall Of Queens Nursing Home, 4241 201st St, Bayside, NY 11361;
Ozone Park Dialysis, 5200 Virginia Way, Brentwood, Tn 37027-7569;
Oztec Business Machines Inc, 65 Channel Dr, Port Washington, NY 11050-2216;

**EDNY Case No. 1:21-cv-02283**
**Percy et al v. U & I Mechanical Corporation**
**Judge LaShann DeArcy Hall and Magistrate Judge Vera M. Scanlon**

Via US Postal Service
U & I Mechanical Corporation, 27 Stewart St Brooklyn, NY 11207;
U A Construction, 71 W 23 St, New York, NY 10010;
U Arias Corp, 173 Mayflower Ave,New Rochelle,NY,10801;
U E Systems, 14 Hayes St, Elmsford, NY 10523-2536;
U S Army Corps Of Engineers Louisville District, 600 Dr Martin Luther King Pl, Louisville, Ky 40202-2239;
U.S. Dept Of Labor, 1400 Old Country Rd, Ste 410, Westbury, NY 11590;
Ua Construction Corporation, 267 Huron St, Brooklyn, NY 11222-1801;
Uap Inc, 400 Route 22, Brewster, NY 10509-2657;
Uberto Construction, 129 W 86th St, New York, NY 10024-3445;
Ubiqus, 61 Broadway # 1400, New York, NY 10006-2716;
Ubiqus, Inc., 61 Broadway, Rm 1400, New York, NY 10006;
Ubm, Inc., 240 W 35th St, Ste 800, New York, NY 10001;
Ubs, 1285 Avenue Of The Americas, Fl 37, New York, NY 10019;
Uce Renovation, 253 W 72nd St # 1601, New York, NY 10023-2889;
Ucp Of Nyc, 80 Maiden Ln, Fl 8, New York, NY 10038;
Ueg, 155 Avenue Of The Americas, Fl 3, New York, NY 10013;
Uhgc 60 Sip, 60 Willow Dr, New Rochelle, NY 10805-1256;
Uipath, 90 Park Ave, Rm 2020, New York, NY 10016;
Uli Ab Builders Inc., 675 Avenue Z Apt 6b Brooklyn, NY 11223;
Umbanet Inc, 325 Riverside Dr, New York, NY 10025-4162;
Umberto Squarcia Designs Inc, 498 Broome St, New York, NY 10013-2672;
Uncyk Borenkind Nadler Llp, 156 5th Ave # 10, New York, NY 10010-7751;
Une, 39 E 83rd St, New York, NY 10028;
Unfcu, 2401 44th Rd, Long Is City, NY 11101;
Unicef, 3 United Nations Plz,, New York, NY 10017;
Unified, 180 Madison Ave, Fl 23, New York, NY 10016;
Union Community Health Ctr Inc, 260 E 188th St, Bronx, NY 10458-5302;
Union Marble & Granite Ind Inc, 95 Hopper St # 4, Westbury, NY 11590-4826;
Union Plaza Care Ctr, 3323 Union St, Flushing, NY 11354-3050;
Uniondale Fire District, 501 Uniondale Ave, Uniondale, NY 11553;

Unison Site Management LLC, 340 Madison Ave # 12, New York, NY 10173-1300;
United A1 Construction I, 2535 Matthews Ave, Bronx, NY 10467-9106;
United Cerebral Palsy Of Nyc, 80 Maiden Ln, Fl 8, New York, NY 10038;
United Concrete, 173 Church St, Yalesville, Ct 06492;
United Electric, 35 Urban Ave, Westbury, NY 11590-4837;
United Elevator Conslnts Inc, 1 Penn Plz # 4507, New York, NY 10119-4507;
United Facilities Management, 18221 150th Dr, Sprngfld Gdns, NY 11413;
United Force Construction Corporation, 28 Commerce St Brooklyn, NY 11231;
United Genmar, 35 Urban Avenue,, Westbury, NY 11590;
United Health Programs, 1 Dupont St, Plainview, NY 11803-1658;
United Hebrew Geriatric Ctr, 391 Pelham Rd, New Rochelle, NY 10805-2225;
United Industries & Construction Corp, 213 20th St Ste 1a, Brooklyn, NY 11232-1340;
United Iron Inc, 6 Roslyn Pl, Mt Vernon, NY 10550-4587;
United Lawyers Svc, 299 Broadway # 300, New York, NY 10007-1998;
United Medical Assoc PLLC, 7124 18th Ave, Brooklyn, NY 11204-5203;
United Nations, 2 United Nations Plz, Unit 27, New York, NY 10017;
United Pipe & Nipple Co Inc, 1602 Lakeview Dr, Hewlett, NY 11557-1818;
United States Fund For Unicef, 3 United Nations Plz, New York, NY 10017;
United Surgical, 256 Mason Ave # 2, Staten Island, NY 10305-3408;
United Technology Inc, 39 Systems Rd Rochester, NY 14623;
United Unlimited Inc, 4410 30th Ave, Long Island City, NY 11103-2184;
United Water New York, 360 W Nyack Rd, Ste 1, West Nyack, NY 10994;
Unitedhealth Group, 1 Penn Plz, Fl 8, New York, NY 10011;
Unity Construction Group, 121 Varick St # 8, New York, NY 10013-1408;
Universal American, 44 S Broadway, Ste 1200, White Plains, NY 10601;
Universal Const. Resources Inc, 11220 14th Ave College, Point, NY 11356;
Universal Construction & Resources, 15 Great Neck Rd Ste 10 Great Neck, NY 11021;
Universal Construction, 6600 Queens Midtown Expy # 30,Maspeth,NY,11378;
Universal Fireproof Door, 1171 Myrtle Ave, Brooklyn, NY 11206-6099;
Universal Heating & Cooling, 43 Jericho Tpke, Mineola, NY 11501-2901;
Universal Kitchen Design Inc, 12 Cedar St, Dobbs Ferry, NY 10522-1721;
Universal Metal & Ore Co, 10 Hartford Ave, Mt Vernon, NY 10553-5119;
Universal Preservation Group Inc., 120 Commerce Ct Cheshire, Ct;
Universal Progressive Construction Corp, 2811 W 31st St, Brooklyn, NY 11224-1857;
Universe Gas Htg Central Air, 3782 Merrick Rd, Seaford, NY 11783-2817;
Universe Hvac Install-Repairs, 3782 Merrick Rd, Seaford, NY 11783-2817;
Universe Stainless Steel, 2381 Lafayette Ave, Bronx, NY 10473-1103;
University Diagnostic Medical, 1200 Waters Pl # M108, Bronx, NY 10461-0367;
University Hospital-Brooklyn, 445 Lenox Rd, Brooklyn, NY 11203-2000;
University Medical Practice, 1090 Amsterdam Ave # 10b, New York, NY 10025-1737;
University Nursing Home, 2505 Grand Ave, Bronx, NY 10468-4297;
University Optometric Ctr, 33 W 42nd St, New York, NY 10036-8005;
University Physicians Of Brooklyn, 450 Clarkson Ave, Brooklyn, NY 11203;
University Plaza Obstetrics, 877 Stewart Ave # 7, Garden City, NY 11530-4803;
Unlimited Care Inc., 333 Westchester Ave, Ste Wg02, White Plains, NY 10604;
Upper Manhattan Mental Health, 1727 Amsterdam Ave, New York, NY 10031-4698;
Uptown Electric Inc., 12820 14th Ave, College Point, NY 11356-1926;
Urbahn Architects, 306 W 37th St # 9, New York, NY 10018-4263;
Urbahn Associates, 49 W 37th St, 6th Floor, New York, NY 10018-6263;
Urban Architectural Initiatives, 233 Broadway Rm 2150, New York, NY 10279-2206;
Urban Assembly, 90 Broad St # 2101, New York, NY 10004-2226;
Urban Builders Group, 108 E 16th St # 5, New York, NY 10003-2111;
Urban Dc Inc, 970 Grand St, Brooklyn, NY 11211-2707;
Urban Ecospaces, 176-25 Union Tpke, 363,,Fresh Meadows,NY;
Urban Electrical Corp, 12702 135th Ave South Ozone Park, NY;
Urban Thier & Federer, 405 Lexington Ave # 26, New York, NY 10174-2699;
Urbandaddy, Inc., 900 Broadway, Ste 808, New York, NY 10010;

Urbantech Consulting Eng., 11 Broadway Ste 410 New York, NY 10004;

Uriu Nuance LLC, 28 W 30th St, Ste 400, New York, NY 10001;

Urnex, 700 Executive Blvd, Elmsford, NY 10523-1208;

Urological Associates, 880 5th Ave # 1d, New York, NY 10021-5260;

Urological Surgeons Of Long Is, 601 Franklin Ave # 300, Garden City, NY 11530-5759;

Us Army Corps Of Engineers-NY District (Usace), 26 Federal Plaza, Jacob K Javits Bldg-Room 1843, New York, NY 10278-0004;

Us Army, 1510 Bay St, Staten Island, NY 10305;

Us Environmental Abatement Corp, 72 Allen Blvd Farmingdale, NY 11735;

Us Fence & Red Lion Inc, 4116 Fuller Pl # 1, Flushing, NY 11355-4258;

Us Ort Operations, 6930 Austin St, Ste 1, Forest Hills, NY 11375;

Usa Fibroid Ctr, 11 E Fordham Rd # A, Bronx, NY 10468-5406;

Usa Roofing Co. Corp, 149 34th Street, Brooklyn,NY,11232;

Usa Vascular Ctr, 11 E Fordham Rd # A, Bronx, NY 10468-5406;

Usa Vein Clinics, 2157 White Plains Rd, Bronx, NY 10462-1405;

Usablenet, 875 Avenue Of The Americ #2100, New York, NY 10001-3586;

Usaig, 125 Broad St, Fl 6, New York, NY 10004;

Usalliance, 411 Theodore Fremd Ave, Ste 350, Rye, NY 10580;

Usi, 100 Summit Lake Dr, Ste 400, Valhalla, NY 10595;

Uswtv Inc, 45 Rockefeller Plz # 2000, New York, NY 10111-3193;

Utb Technology Inc, 141 New Hyde Park Rd, Franklin Sq, NY 11010;

Utb United Technology Inc, 146 E 2nd St, Franklin Square, NY 11010-3045;

Utility Manufacturing Co, 700 Main St, Westbury, NY 11590-5090;

Utility Nyc LLC, 62 W 45th St # 11, New York, NY 10036-4208;

Utopian Constructs LLC, 45 E 7th St # 3a, New York, NY 10003-8055;

Utopus Insights Inc, 117 E Stevens Ave # 200, Valhalla, NY 10595-1201;

V & E Kohnstamm Inc, 882 3rd Ave # 7, Brooklyn, NY 11232-1902;

V B Construction Co Inc, 157 Summerfield St, Scarsdale, NY 10583-5452;

V C Vitanza & Sons Inc, 238 Conover St Brooklyn, NY 11231;

V J Assoc, 100 Duffy Ave # 303, Hicksville, NY 11801-3636;

V S Construction Corp, 2127 Albany Post Rd, Montrose, NY 10548-1441;

V. Pavkov Contracting Co. Inc., 55 S Guignard Dr, Sumter, Sc 29150;

Va Medical Center, 423 E 23rd St,, New York, NY 10010;

Valente Contracting Corp, 77 Jackson Ave, Mineola, NY 11501-2914;

Valentine Lane Family Practice, 503 S Broadway # 210, Yonkers, NY 10705-6202;

Valeo Enterprises Inc, 4191 Hempstead Tpke, Bethpage, NY 11714-5701;

Valera Global, 3636 33rd St, Ste 308, Astoria, NY 11106;

Vales Construction Corp, 64 Cross Pond Rd Pound Ridge, NY 10576;

Valles Vendiola, 125 Maiden Ln # 508, New York, NY 10038-4749;

Valley Tree & Landscape Service, Inc, 30 W Park Ave # 201, Long Beach, NY 11561-2018;

Valrhona Inc, 222 Water St, Brooklyn, NY 11201-1125;

Valtech, 416 W 13th St, Ste 309, New York, NY 10014;

Value Care, Inc., 550 Front St, Hempstead, NY 11550;

Value Line Securities Inc, 551 5th Ave # 3, New York, NY 10176-2800;

Valufinder Group, 95 Horatio St # 301, New York, NY 10014-1547;

Vam Builders Inc, 969 Gabriel Ave Franklin,Square,NY,11010;

Vamco Sheet Metal, 3090 Route 9 Cold Spring, NY 10516;

Van Blarcom Closures Inc, 156 Sandford St, Brooklyn, NY 11205-3985;

Van Horst General Contrac, 17 Nelson St,East Hartford,Ct,06108;

Vanderweil Engineers Pc, 1001 Avenue Of The Americas, 21st Floor, New York, NY 10018-5460;

Vandis Inc, 1 Albertson Ave # 1, Albertson, NY 11507-1444;

Vanguard Construction & Development Co. Inc., 307 West 38 Th Street,New York,NY,10018;

Vanguard Direct, 519 8th Ave # 23, New York, NY 10018-4570;

Vantage Airport Group Ltd, 1200 W 73rd Ave, Vancouver, Bc V6p6g5;

Vardaris Tech Inc, 915 38th Ave Long Island City, NY 11101;

Varde Electric Corp., 89 Edison Ave, Mount Vernon, NY 10550-5003;

Vari Direct, 539 46th Ave, Long Island City, NY 11101-5214;

Varj Properties LLC, Po Box 9154, Highland, In 46322;
Varonis Systems Inc, 1250 Broadway, Fl 31, New York, NY 10001;
Varsity Plumbing & Heating Inc, 3199 123rd St, Flushing, NY 11354-2522;
Vaslas Lepowsky Hauss Danke, 201 Edward Curry Ave # 100, Staten Island, NY 10314-7101;
Vaughn Clg Of Aeronautics And Tchnlgy, 8601 23rd Ave, Flushing, NY 11369;
Vaultive, 100 Broadway # 14, New York, NY 10005-4518;
Vci-Virtual Consulting Intl, 1 Depot Plz # A, Mamaroneck, NY 10543-1853;
Vecchione Vecchione Connors-Cn, 147 Herricks Rd, Garden City Park, NY 11040-5210;
Vedder Price Pc, 1633 Broadway, Fl 31, New York, NY 10019;
Vee Technologies, Inc., 489 5th Ave, Fl 19, New York, NY 10017;
Vela Trading Technologies, 211 E 43rd St, Rm 501, New York, NY 10017;
Velez Organization, 110 William St # 2402, New York, NY 10038-3947;
Vella Interiors Inc, 1212 37th Ave, Long Island City, NY 11101-6029;
Vendome Group LLC, Po Box 4490, New York, NY 10163-4490;
Ventrop Engineering Consulting Group, 365 W 34th St, New York, NY 10001-2400;
Venture Construction, 42 Locke Rd, Concord, Nh 03301-5416;
Venus Group, Inc., 117th Street Richmond Hill, NY 11418;
Ver Cine Prep Program, 620 12th Ave, New York, NY 10036-1016;
Verde Electric Corporation, 89 Edison Ave, Mount Vernon, NY 10550-5003;
Verdugos General Contractors, 8501 79th St Woodhaven, NY 11421;
Veri Fone Inc, 1111 34th Ave, Long Island City, NY 11106-4923;
Vericon Construction Co., 1063 US-22, Mountainside, NJ 07092
Veritas Services, 471 Clove Rd, Staten Island, NY 10310-2317;
Veritas Therapeutic Cmnty Inc, 912 Amsterdam Ave, New York, NY 10025-3925;
Vernon & Ginsburg Llp, 261 Madison Ave # 26, New York, NY 10016-2306;
Vernon Hills Contracting, 395 N Macquesten Pkwy, Mount Vernon, NY 10550-1007;
Verrazano Nursing Home Inc, 100 Castleton Ave, Staten Island, NY 10301-3089;
Vertex Co Inc, 147 W 35th St # 19, New York, NY 10001-2110;
Vertical Access Solutions., 4465 Campbells Run Rd,Pittsburgh,Pa,15205;
Vestar Inc., 261c Main St, Ledgewood, NJ 07852;
Vestorly Inc, 335 Madison Ave # 16, New York, NY 10017-4614;
Vetbiz LLC., 20 Legere Ct,Wappingers Falls,NY,12590;
Veterans Contracting Group Inc, 526 Fayette Ave,Mamaroneck,NY,10543;
Vianini Pipe, 81 County Line Rd., Whitehouse Station, NJ 08889;
Victoria Consulting & Development, 176 Franklin St,Brooklyn,NY,11222;
Victorian Gardens Amuse Park, 830 5th Ave, New York, NY 10065-7001;
Vif Corp, 24411 90th Ave, Bellerose, NY 11426-1505;
Villa Construction, 189 Brady Ave Hawthorne, NY 10532;
Village Care Of New York, Inc., 112 Charles St,, New York, NY 10014;
Village Nursing Home, 120 Broadway # 2840, New York, NY 10271-0009;
Village Pediatrics, 975 Franklin Ave # 101, Garden City, NY 11530-2911;
Villain, LLC, 307 Kent Avenue, Brooklyn, NY 11249;
Vimeo, LLC, 555 W 18th St, New York, NY 10011;
Vince, 500 5th Ave, Ste 20, New York, NY 10036;
Vincent A. Parnell M.D., 26901 76th Ave, New Hyde Park, NY 11040;
Vincent Cyrus Plaza, 57 E 128th St, New York, NY 10035;
Vintage Builders & Gen Contr, 5318 16th Ave, Brooklyn, NY 11204-1425;
Vintage Healthcare, 400 Rella Blvd, Ste 200, Montebello, NY 10901;
Vip Health Care Services, 11612 Myrtle Ave, Richmond Hill, NY 11418;
Virginia & Ambinder Llp, 40 Broad St # 701, New York, NY 10004-2771;
Virginia Dare Extract Company, Inc., 882 3rd Ave, Unit 7, Brooklyn, NY 11232;
Virginia Dare, 462 58th St, Brooklyn, NY 11220;
Virtusonics Corp, 125 W 106th St, New York, NY 10025-3725;
Viscogliosi Bros., LLC, 505 Park Ave, Ste 1400, New York, NY 10022;
Vishal Construction Inc, 3707 74th St # 7, Flushing, NY 11372-6308;
Vishnick Mcgovern Milizio Llp, 3000 Marcus Ave # 1e9, New Hyde Park, NY 11042-1004;
Visionpro Communications, 577 Wortman Ave, Brooklyn, NY 11208-5415;

Visionslive, 295 Madison Ave # 12, New York, NY 10017-6379;
Visiting Nurse Assoc, 100 Garden City Plz # 100, Garden City, NY 11530-3201;
Visiting Nurse Service Of New York, 107 E 70th St,, New York, NY 10021;
Vista Engineering Corp, 1030 Pleasant View Terrace Ridgefield, NJ 07657;
Visting Nurse Service, 220 E 42nd St, Fl 6, New York, NY 10017;
Vital Plumbing, 2969 Coney Island Ave, Brooklyn, NY 11235-5220;
Vitality Health Medical, 310 W 56th St # 1cd, New York, NY 10019-4211;
Vitech Systems Group, 401 Park Ave S # 12, New York, NY 10016-8808;
Vj & Associates, 136 W John St, Hicksville, NY 11801-1020;
Vlad Restoration Ltd, 8445 103rd Ave, Ozone Park, NY 11417-1218;
Vnsny, 107 E 70th St, New York, NY 10021;
Volmar Construction Inc, 4420 2nd Ave Brooklyn, NY 11232;
Voltamp Electrical Contractors, 8855 76th Ave Glendale, NY 11385;
Voorsanger Architects P C, 475 5th Ave # 22, New York, NY 10017-7216;
Vornado Realty Trust, 888 7th Ave, New York, NY 10106-0001;
Vorticom, Inc, 216 E 47th St, Apt 28a, New York, NY 10017;
Voya Services Company, 230 Park Ave, Fl 14, New York, NY 10168;
Vrd Contracting Inc. Dba Vrd Corporate, 1020 47th Rd,Long Island City,NY,11101;
Vrs, 5 Wyldwood Dr, Tarrytown, NY 10591;
Vsa Partners, 95 Morton St, Ste 7a, New York, NY 10014;
Vshift LLC, 1250 Broadway # 25r, New York, NY 10001-3704;
Vtuner, 39 W 19th St # 613, New York, NY 10011-4278;

## EDNY Case No. 1:21-cv-02313-WFK-RLM
**Case Name: Albert E. Percy and Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit,
as Class Representatives v. S & E Azrlliant P C
Assigned to Judge William F. Kuntz, II and Magistrate Judge Roanne L. Mann.**

Via US Postal Service
S & E Azrlliant P C, 501 5th Ave # 15, New York, NY 10017-7860;
S & J Sheet Metal Supply Inc, 526 E 134th St, Bronx, NY 10454-4690;
S & L Aerospace Metals LLC, 12012 28th Ave, Flushing, NY 11354-1049;
S & P Construction Management Inc, 4506 Little Neck Pkwy Ste 203 Little Neck, NY 11362;
S 9 Architecture & Engrng Pc, 460 W 34th St # 20, New York, NY 10001-2356;
S B Technology, 330 W 38th St # 902, New York, NY 10018-8457;
S D Warren Co, 2700 Westchester Ave # 300, Purchase, NY 10577-2554;
S Difazio Industries Inc, 38 Kinsey Pl Staten Island, NY 10303;
S Donadic Woodworking Inc, 4525 39th St, Sunnyside, NY 11104-4401;
S Hellman Co, 80 Wildwood Rd, New Rochelle, NY 10804-4713;
S I Engineering Pc, 39 Broadway # 650, New York, NY 10006-3032;
S I Mental Health Soc Inc, 657 Castleton Ave, Staten Island, NY 10301-2028;
S J Electric Inc, 228 Merrick Rd, Lynbrook, NY 11563-2622;
S K P Intl Inc, 2048 130th St, College Point, NY 11356-2743;
S M Tam Architect PLLC, 5816 Fort Hamilton Parkway, Brooklyn, NY 11219;
S Nassau Community Hospital, 1 Healthy Way, Oceanside, NY 11572;
S Rothschild & Co Inc, 1407 Broadway # 10, New York, NY 10018-3271;
S T S Contractors, 1935 South Main Suite 445 Salt Lake City, Ut 84115;
S&P Construction, 45-6 Little Neck Pkwy Little Falls, NY 11362;
S&S Kings Corp., 9812 66th Ave,Rego Park,NY,11374;
S. Saltzman, 30- 23 36 Th Street, Long Island City, NY 11101;
S9 Architecture & Engineering, 322 8th Ave, New York, NY 10001-8001;
Saad Construction Inc, 4 Whispering Ct,Dix Hills,NY,11746;
Saatchi And Saatchi Worldwide, 375 Hudson St, Bsmt 1, New York, NY 10014;
Sabin, Bermant And Guld Llp, 4 Times Sq, Fl 23, New York, NY 10036;
Sabina Contracting, 438 Kingston Ave, Brooklyn, NY 11225-4602;
Sacco & Fillas Llp, 3119 Newtown Ave # 7, Astoria, NY 11102-1392;
Sachs Insights Inc, 101 W 12th St # 15n, New York, NY 10011-8129;

Sacks & Sacks, 150 Broadway # 4, New York, NY 10038-4346;
Sadis & Goldberg Llp, 551 5th Ave # 21, New York, NY 10176-2201;
Sadsa, 56 Lawrence Ave, Apt A, Bedford Hills, NY 10507;
Safe Con Builders, 3957 Flatlands Ave Brooklyn, NY 11234;
Safe Horizon Inc, 2 Lafayette St # 3, New York, NY 10007-1327;
Safeco Cons., 40 Englewood Ave, Staten Island, NY 10309-1802;
Safecon Builders Corp., 620 Ayer Rd, Buffalo, NY 14221-2704;
Safecon Inc, 246 Broadway, New Hyde Park, NY 11040-5302;
Safety Environmental Co., 33 Clinton Ave, Staten Island, NY 10301;
Safety Marking, Inc, 255 Hancock Ave Bridgeport, Ct 06605;
Safety Works Inc, 910 E Boston Post Rd, Mamaroneck, NY 10543-4153;
Safeway Fire And Protection Co, 35 N Tyson Ave Floral Park, NY 11001;
Safra, 546 5th Ave, Bsmt B, New York, NY 10036;
Sage Realty Corporation, 767 3rd Ave, Fl 5, New York, NY 10017;
Sage Services Advocacy, 305 7th Ave # 15, New York, NY 10001-6152;
Sage Systems Inc, 246 W 38th St # 10r, New York, NY 10018-5891;
Sageview Consulting, 112 W 34th St, Fl 18, New York, NY 10001;
Sai Ji Plumbing, 117-02 Atlantc Avenue,Richmond Hill,NY,11419;
Sai Ram Petroleum Inc, 150 Fulton St # 150, Farmingdale, NY 11735-2561;
Saicon Consultants Inc, 594 Broadway # 500, New York, NY 10012-3257;
Saint Dominic's Home, 500 Western Hwy, Blauvelt, NY 10913;
Saint John's Riverside Hospital, 128 Ashford Ave, Dobbs Ferry, NY 10522;
Saint Josephs Medical Center, 127 S Broadway, Yonkers, NY 10701;
Saint Mary's University Of Minnesota, 3573 Nostrand Ave, Apt 6c, Brooklyn, NY 11229;
Sajiun Electric, Inc., 109 West 26th Street,, New York, NY 10001;
Saks Fifth Avenue LLC, 53 W 23rd St, Fl 8, New York, NY 10010;
Sa-Lakeland LLC, 4 W Red Oak Ln # 201, West Harrison, NY 10604-3603;
Salamon Engineering Group, 330 West 38th Street 402, New York, NY 10001-0567;
Salem Hills, Po Box 360, Purdys, NY 10578-0360;
Salenger & Sack Kimmel Bavaro, 515 Madison Ave # 32, New York, NY 10022-5417;
Saleselement, 245 8th Ave # 334, New York, NY 10011-1607;
Salesian Missions, 2 Le Fevres Ln, New Rochelle, NY 10801;
Salisbury & Ryan Llp, 1345 Avenue Of The Americas #2, New York, NY 10105-0014;
Salon Marrow Dyckman Newman, 10 E 40th St # 25, New York, NY 10016-0201;
Sam Schwartz Engineering Dpc, 611 Broadway Rm 415, New York, NY 10012-2653;
Samanna La, 21 W 52nd St, New York, NY 10019-6101;
Samaritan Daytop Village, 13802 Queens Blvd, Ste 1, Briarwood, NY 11435;
Samaritans 24 Hour Suicide, Po Box 1259, New York, NY 10159-1259;
Samco Electric Corporation, 1224a 30th Ave Astoria, NY 11102;
Samuel A. Ramirez And Company, Inc., 61 Broadway, Rm 2924, New York, NY 10006;
Samuel Field Ym & Ywha Inc, 19600 Union Tpke, Fresh Meadows, NY 11366-1867;
Samuel French Inc, 235 Park Ave S # 5, New York, NY 10003-1405;
Samuel-Bertha Schulman Rehab, 555 Rockaway Pkwy, Brooklyn, NY 11212-3132;
Sanb Management, 255 Madison St, Brooklyn, NY 11216;
Sanctuary For Families Inc, Po Box 1406, New York, NY 10268-1406;
Sandata Holdings, Inc., 26 Harbor Park Dr, Prt Washingtn, NY 11050;
Sandeep Singh Dba J & N Cons., Brooklyn,NY;
Sanders Firm, 100 Herricks Rd # 101, Mineola, NY 11501-3650;
Sandhu Contracting Inc, 18-07 38 St,Astoria,NY,11105;
Sandow, 101 Park Ave, Fl 4, New York, NY 10168;
Sands Atlantic Beach, 1395 Beech St, Atlantic Beach, NY 11509-1650;
Sands Point Ctr For Health-Rhb, 1440 Port Washington Blvd, Port Washington, NY 11050-2412;
Sandspoint Capital Advisors LLC, 200 Middle Neck Rd, Sands Point, NY 11050;
Sanford Heisler Sharp Llp, 1350 Of The Americas # 3100, New York, NY 10019-4801;
Sanitary District No. 2, 2090 Grand Ave, North Baldwin, NY 11510;
Sankel Skurman & Mccartin Llp, 477 Madison Ave # 530, New York, NY 10022-5859;
Sanocki Newman & Turret, 225 Broadway # 801, New York, NY 10007-3788;

Sans Consulting Services, Inc., 90 John St, Rm 313, New York, NY 10038;
Sans Souci Rehab & Nursing Ctr, 115 Park Ave, Yonkers, NY 10703-2903;
Santiago Betes & Son Inc, 2440 29th St # 2, Astoria, NY 11102-1633;
Sapphire Cernter For Nurse-Rhb, 3515 Parsons Blvd, Flushing, NY 11354-4236;
Sapphire, 405 Lexington Ave, Rm 4601, New York, NY 10017;
Sarabeth's, 1161 E 156th St, Bronx, NY 10474-6226;
Sarah Neuman Ctr For, 845 Palmer Ave, Mamaroneck, NY 10543-2499;
Saratoga Family Inn-Hms, 17515 Rockaway Blvd, Jamaica, NY 11434-5503;
Sarkissian Mason, 110 E 25th St # 3, New York, NY 10010-2913;
Satin Fine Foods, Inc, 32 Leone Ln, Chester, NY 10918;
Satnaam International Construction Corp, 25911 80th Ave,Floral Park,NY,11004;
Sato Construction Co.Inc, 10-40 Borden Ave,Long Island City,NY,11101;
Satori Consulting, 48 Wall St # 1100, New York, NY 10005-2907;
Savant Consulting Group Inc, 115 W 30th St # 1201, New York, NY 10001-4000;
Savills Studley, Inc., 399 Park Ave, Fl 11, New York, NY 10022;
Savin Engineers, 3 Campus Dr, Ste 1, Pleasantville, NY 10570;
Savoy Brass Mfg, 200 Robbins Ln # B, Jericho, NY 11753-2341;
Savvy Renovation, 469 Fashion Ave, New York, NY 10018-7605;
Sawhorse Inc, 1231 Seymour Ln, Peekskill, NY 10566-2409;
Sb Consulting, 240 E Shore Rd, Ph 35, Great Neck, NY 11023;
Sb New York Inc, 120 Broadway # 22, New York, NY 10271-0042;
Sblm Architects, 545 W 45th St # 4, New York, NY 10036-3409;
Scalamandre Construction/Oliveira (Jv), 157 Albany Ave, Freeport, NY 11520-4710;
Scaran Development Corp, 6767 Amboy Rd, Staten Island, NY 10309-3126;
Scaran, 6767 Amboy Rd, Staten Island, NY 10309-3190;
Scarola Malone & Zubatov Lip, 1700 Broadway # 41, New York, NY 10019-4613;
Schaefer Machine Co Inc, 100 Hudson St, Mineola, NY 11501-3581;
Schaffer Schonholz & Drossman, 488 Madison Ave # 1220, New York, NY 10022-5715;
Schaller & Weber Inc, 2235 46th St, Astoria, NY 11105-1305;
Schiavetti Corgan Di Edwards, 575 8th Ave # 14, New York, NY 10018-3057;
Schildwachter Oil, Po Box 71, Mt Vernon, NY 10551-0071;
Schindler Cohen & Hochman, 100 Wall St # 1500, New York, NY 10005-3709;
Schindler Elevator Corporation, 20 Whippany Rd,Morristown,NJ,07960;
Schlam Stone & Dolan, 26 Broadway # 19, New York, NY 10004-1831;
Schlesinger Gannon & Lazetera, 535 Madison Ave # 1700, New York, NY 10022-4265;
Schlesinger Gannon, 499 Park Ave # 20, New York, NY 10022-1231;
Schmelkin Associates, 30 Vesey St # 4, New York, NY 10007-4208;
Schnader Harrison Segal And Lewis Llp, 140 Broadway, Fl 31, New York, NY 10005;
Schneider Buchel Llp, 462 7th Ave # 1600, New York, NY 10018-7428;
Schneider Schecter-Yoss Cpas, 7 Penn Plz # 830, New York, NY 10001-3998;
Schoeman Updike Kaufman-Gerber, 551 5th Ave # 1210, New York, NY 10176-1299;
Scholastic Inc., 557 Broadway, Lbby 1, New York, NY 10012;
School Of Visual Arts, Inc., 380 2nd Ave, Fl 2, New York, NY 10010;
Schreck & Co, 520 8th Ave # 1800, New York, NY 10018-4170;
Schulman Lobel, 1001 Avenue Of The Americas #2, New York, NY 10018-5640;
Schulte Roth And Zabel Llp, 919 3rd Ave, Fl 21, New York, NY 10022;
Schwartz & Co, 2580 Sunrise Hwy # 1, Bellmore, NY 11710-3608;
Schwartzapfel Lawyers P C, 600 Old Country Rd # 450, Garden City, NY 11530-2046;
Schwitzer & Assoc, 820 2nd Ave # 10, New York, NY 10017-4542;
Sci Architects, 469 7th Ave Ste 900, New York, NY 10018;
Scienaptic System, 224 W 35th St # 8, New York, NY 10001-2535;
Scorcia & Assoc, 51 Atlantic Ave # 207, Floral Park, NY 11001-2741;
Scott & Scott Attorney, 230 Park Ave # 17, New York, NY 10169-1820;
Scott Gold Mdpc, 36 E 36th St # A, New York, NY 10016-3453;
Scott Kester Design, 265 Canal St # 502, New York, NY 10013-6010;
Screen Media Ventures, 757 3rd Ave # 301, New York, NY 10017-2149;
Scully Scott Murphy & Presser, 400 Garden City Plz # 300, Garden City, NY 11530-3319;

Sea Breeze General Construction, 2438 47th St, Astoria, NY 11103-1010;
Sea Crest Construction Corp., 157 Albany Ave Freeport, NY 11520;
Sea Crest Health Care Ctr, 3035 W 24th St, Brooklyn, NY 11224-2197;
Seabreeze General Construction, 2430 47th St Fl 2, Astoria, NY 11103-1010;
Sealand Contractors Corporation, 85 High Tech Dr Rush, NY;
Searchmetrics Inc, 16 Madison Sq W # 12, New York, NY 10010-1629;
Seb, 245 Park Ave, Fl 33, New York, NY 10168;
Sebco Development, 885 Bruckner Blvd, Fl 3, Bronx, NY 10459;
Seca Underground Corporation, 8229 Fischer Rd, Baltimore, Md 21222-3612;
Secoda, 145 Bedford Rd, Armonk, NY 10504-1864;
Secure It Securities Corp., 10 Yorkshire Dr, Suffern, NY 10901-7418;
Securitas Electronic Security Inc., 3 Westchester Plaza, Elmford, NY 10523;
Security Management Systems, 225 Community Dr Ste 150, Great Neck, NY 11021-5500;
Seedco, 22 Cortlandt St # 33, New York, NY 10007-3131;
Segel & Co. Inc, 2 Westchester Park Drive, Suit,White Plains,NY,10604;
Seiden & Schein, 570 Lexington Ave # 1400, New York, NY 10022-6891;
Seiden Group, 708 3rd Ave # 1300, New York, NY 10017-4111;
Seidman, 330 7th Ave # 1500, New York, NY 10001-5250;
Selectric Electrical Contractors, 78-14 46th Avenue Elmhurst, NY 11373;
Selendy & Gay PLLC, 1290 Avenue Of The Americ #14b, New York, NY 10104-0051;
Seligson Rothman-Rothman Attys, 29 W 30th St # 10, New York, NY 10001-4461;
Selldorf Architects, 860 Broadway, New York, NY 10013-3593;
Sell-Mar, 1760 Jerome Ave, Bronx, NY 10453-5708;
Semtex Industrial Corp, Po Box 228, Freeport, NY 11520-0228;
Sengenix, 15 Broad St, Apt 3630, New York, NY 10005;
Senior Comfort Solutions LLC, 8 Manetto Hill Rd # 1, Plainview, NY 11803-1370;
Senior Health Partners, 120 W 106th St, New York, NY 10025-3923;
Sensation Magazine, 75 S Broadway, White Plains, NY 10601-4413;
Sentinel Health Fund, 20 S Tyson Ave, Floral Park, NY 11001;
Sentrale Construction Corp, 206 Ferris Ave, White Plains, NY 10603-3435;
Sequa Corporation, 330 Blaisdell Rd, Orangeburg, NY 10962;
Seraphine Maternity LLC, 1321 Madison Ave, New York, NY 10128-1304;
Serenity Zone, 2499 Long Beach Rd, Ste 1, Oceanside, NY 11572;
Services For The Underserved, Inc., 463 7th Avenue, 17th Fl, New York, NY 10018;
Sesame Workshop, 1900 Broadway, Fl 4, New York, NY 10023;
Settlement Health & Medical, 212 E 106th St, New York, NY 10029-4007;
Settlement Housing Fund Inc, 247 W 37th St # 4l, New York, NY 10018-5709;
Severud Associates, 469 7th Ave Ste 900, New York, NY 10018-7605;
Seward And Kissel Llp, 1 Battery Park Plz, Fl 21, New York, NY 10004;
Seymour J Weinberg Certified, 2003 E 21st St, Brooklyn, NY 11229-3625;
Seynd, 2218 Broadway, New York, NY 10024-6279;
Sgkk & Co, 575 Lexington Ave # 19, New York, NY 10022-6127;
Sh5 Construction Corporation, 8684 25th Ave Brooklyn, NY 11214;
Shadow Pr, 30 W 21st St # 10, New York, NY 10010-6956;
Shaevitz Shaevitz & Kotzamanis, 14855 Hillside Ave, Jamaica, NY 11435-3330;
Shalik Morris & Co LLC, 80 Crossways Park Dr W, Woodbury, NY 11797-2000;
Shallu Construction, 11716 Atlantic Ave South Richmond Hill, NY 11419;
Shalom International Corp, 3 W 35th St # 2, New York, NY 10001-2237;
Shanahan LLC, 233 Stone Hill Rd, Pound Ridge, NY 10576-1424;
Shanholt Glassman Klein Kramer, 575 Lexington Ave # 19, New York, NY 10022-6127;
Shanty, 79 Richardson St, Brooklyn, NY 11211-1305;
Shapiro Bernstein And Co Inc, 488 Madison Ave, Fl 1201, New York, NY 10022;
Sharan Builders, Inc., 12813 18th Ave, College Point, NY 11356-2421;
Sharretts Paley Carter, 75 Broad St # 501, New York, NY 10004-2483;
Shasho Jones Direct, 145 W 67th St # 45h, New York, NY 10023-5943;
Shaub Ahmuty Citrin And Spratt L, 1983 Marcus Ave, Ste 260, New Hyde Park, NY 11042;
Shaws Of Darwen, 8 Stanford Pl Princeton, NJ 08540;

Shay Enterprises, 1789 Tavern Lane Tacoma, Wa 98402;
Shear Technology, 175 Jefferson St Wood Ridge, NJ 07075;
Shearman And Sterling, Llp, 850 3rd Ave, Fl 4, New York, NY 10022;
Shebitz Berman Cohen And Delfort, 1325 Avenue Of The Americas, Fl 27, New York, NY 10019;
Sheepshead Bay Nursing Home, 2840 Knapp St, Brooklyn, NY 11235-1194;
Sheldon Lobel P C, 18 E 41st St # 5, New York, NY 10017-6247;
Sheldon Rabin Pc, 4161 Kissena Blvd # 24, Flushing, NY 11355-3105;
Sheltering Arms, 305 7th Ave, Fl 2, New York, NY 10001;
Shelterzoom Corp, 14 Wall St # 20, New York, NY 10005-2123;
Shelton Mindel And Associates, 56 W 22nd St, Fl 12, New York, NY 10010;
Shenoy Engineering Pc, 39 Us Highway 46e, Ste 802, Pine Brook, NJ 07058-9607;
Shepardson Stern & Kaminsky, 88 Pine St # 30, New York, NY 10005-1825;
Sherland & Farrington Inc, 253 W 28th St # 200, New York, NY 10001-5914;
Sherman & Basichas Pc, 233 Broadway # 2707, New York, NY 10279-2705;
Sherri Benmorits Law Office, 325 Broadway # 402, New York, NY 10007-3665;
Sherry-Netherland, 781 5th Ave # 405, New York, NY 10022-1046;
Sherwani Contracting Inc, 1 Bay Shore Rd, Bay Shore, NY 11706-3623;
Shew Milson And Wilke Inc, 417 5th Ave, Fl 5, New York, NY 10016;
Shiboleth Llp, 1301 Avenue Of The America #21, New York, NY 10019-6036;
Shina Managemnet Corp, 22110 Jamaica Ave # 3, Queens Village, NY 11428-2047;
Shinda Management Corp, 22110 Jamaica Ave, Fl 3, Queens Vlg, NY 11428;
Ship Architects Pc, 233 Broadway, Fl 11, New York, NY 10279;
Shipkevich Law, 65 Broadway # 508, New York, NY 10006-2538;
Shop Keep, 460 Park Ave S # 7, New York, NY 10016-7559;
Shore Group Assoc, 2 Park Ave # 300, New York, NY 10016-5627;
Shore View Nursing Home, 2865 Brighton 3rd St, Brooklyn, NY 11235-6798;
Shoregroup Inc., 1 Penn Plz, Ste 3310, New York, NY 10011;
Shoreline Contracts Inc, 13 Fullerton Ave Yonkers, NY 10704;
Shred-It, 420 Columbus Ave, Ste 100, Valhalla, NY 10595;
Shustak Jalil & Heller, 570 Lexington Ave # 16, New York, NY 10022-6889;
Shutterstock, Inc., 60 Broad St, Fl 30, New York, NY 10004;
Si Mental Health Society, 669 Castleton Ave,, Staten Island, NY 10301;
Si Systems Inc, 40 W 37th St # 403, New York, NY 10018-7388;
Siba Contracting Corp, 882 56th St Brooklyn, NY 11220;
Sichenzia Ross Ference Kesner, 1185 Avenue Of The America #37, New York, NY 10036-2603;
Sicon Constr Svc Corp, 82 Androvette St, Staten Island, NY 10309-1302;
Sid Jacobson Jewish Cmnty Ctr, 300 Forest Dr, Greenvale, NY 11548-1201;
Siderow Organization, 745 5th Ave # 5, New York, NY 10151-0502;
Sidley Austin Llp, 787 7th Ave, Fl 22, New York, NY 10019;
Siedlecki Construction Co Inc, 24-26 Pollock Ave Jersey City, NJ 07305;
Siegel & Coonerty, 419 Park Ave S # 700, New York, NY 10016-8409;
Siegel & Reiner Llp, 130 E 59th St # 1200, New York, NY 10022-1354;
Siemens Healthineers, 511 Benedict Ave, Tarrytown, NY 10591;
Siemens Mobility Inc, 2400 Nelson Miller Pkwy, Louisville, Ky 40223-2192;
Siena Construction Ltd, 157 E 25th St, New York, NY 10010-2313;
Sienia Construction Inc, 5215 65th Pl Apt 6e, Maspeth, NY 11378-1311;
Sierra Mechanical Contracting, 1070 Highway 34,Matawan,NJ,07747;
Sigmund Cohn Corp, 121 S Columbus Ave, Mt Vernon, NY 10553-1390;
Signature Building Systems, 375 5th Ave # 5, New York, NY 10016-3323;
Signature Construction Inc, 160 7th St, Brooklyn, NY 11215-3107;
Siite Interactive, 132 E 43rd St, New York, NY 10017-4019;
Silberman & Zaretsky Pc, 145 E 57th St # 8, New York, NY 10022-2247;
Silberstein Awad & Miklos Pc, 140 Broadway # 46, New York, NY 10005-1155;
Silbowitz Garafola Silbowitz, 25 W 43rd St # 711, New York, NY 10036-7430;
Sills Cummis And Gross P. C., 101 Park Ave, Fl 28, New York, NY 10168;
Silver Autumn Hotel Corp. Limited, 65 W 54th St, New York, NY 10019;
Silver Lake Specialized Care, 275 Castleton Ave, Staten Island, NY 10301-2709;

Silver Rail, 32 E 31st St # 11, New York, NY 10016-6881;
Silverback Development, 40 W 57th 29th Fl, New York, NY 10019;
Silverite Construction Corp, 520 Old Country Rd, Plainview, NY 11803-6501;
Silverlining Interiors Inc, 2091 Broadway # 2, New York, NY 10023-2868;
Silverlink Technologies LLC, 1123 Broadway # 301, New York, NY 10010-2093;
Silverman Acampora, 100 Jericho Quadrangle # 300, Jericho, NY 11753-2702;
Silverman Sclar Shin & Byrne, 88 Pine St # 2200, New York, NY 10005-1810;
Silverstein Langer Newburgh, 110 E 59th St # 22, New York, NY 10022-1360;
Silverstein Properties, Inc., 521 5th Ave, New York, NY 10175-0003;
Simcorp, 1 State St, Fl 29, New York, NY 10004;
Simon And Schuster, Inc., 1230 Avenue Of The Americas, Fl Conc1, New York, NY 10020;
Simon Fouladian, 6636 Yellowstone Blvd, Forest Hills, NY 11375-2510;
Simon Meyrowitz & Meyrowitz, 355 Lexington Ave # 401, New York, NY 10017-6600;
Simon Rodkin Engineers, 224 W 29th St 4th Floor, New York, NY 10001-5204;
Simonette & Assoc, 575 Underhill Blvd # 127, Syosset, NY 11791-3431;
Simons Foundation, 160 5th Ave, Fl 7, New York, NY 10010;
Simonson Hess & Leibowitz P C, 15 Maiden Ln # 19, New York, NY 10038-5108;
Simparel Inc, 53 W 36th St # 11, New York, NY 10018-7959;
Simply Engage, 62 Pearl St # 2, New York, NY 10004-2435;
Simpson & Brown Inc, 119 North Ave West, Cranford, NJ 07016-2167;
Simpson Thacher And Bartlett Llp, 425 Lexington Ave, Fl 15, New York, NY 10017;
Sinel & Assoc PLLC, 7 Penn Plz # 8, New York, NY 10001-3998;
Sing Tao Daily News, 188 Lafayette St # 1, New York, NY 10013-3200;
Singh Landscaping Co, 9905 211th St,Queens Village,NY,11429;
Sioni Group, 989 6th Avenue 15th Floor, New York, NY 10018;
Sirona Dental Inc, 3030 47th St, Long Island City, NY 11103-1523;
Sirota, 4 Manhattanville Rd # 101, Purchase, NY 10577-2111;
Sirovich, 331 E 12th St, New York, NY 10003-7298;
Sirrye Construction Corporation, 817 E 223rd St Ste 3,Bronx,NY,10466;
Site Fencing Inc, 116 S 2nd St New Hyde Park, NY 11040;
Site Logic, 22 W 38th St # 5, New York, NY 10018-0111;
Site Safety LLC, 29 W 38th St, Fl 12, New York, NY 10018;
Situ Fabrication LLC, 141 Flushing Ave # 77-508, Brooklyn, NY 11205-1338;
Situation, 469 Fashion Ave # 1300, New York, NY 10018-7617;
Siuh, 1 Edgewater St, Fl 6, Staten Island, NY 10305;
Sive Paget & Riesel, 560 Lexington Ave # 15, New York, NY 10022-1994;
Siwanoy Country Club, 351 Pondfield Rd, Bronxville, NY 10708-4314;
Six K Construction, 1955 2nd Avenue Manhattan, New York, NY 10029;
Sizzal, 45 W 45th St # 806, New York, NY 10036-4602;
Sjeh, 904 Thomas S Boyland St, Brooklyn, NY 11212;
Skadden, Arps, Slate, Meagher And Flom Llp, 4 Times Sq, Fl 24, New York, NY 10036;
Skanska Civil Usa, 75-20 Astoria Blvd, East Elmhurst, NY 11370;
Skanska Ecco J V Usa, 1 Croton Point Ave, Croton On Hudson, NY 10520-3028;
Skanska Koch Inc, 400 Roosevelt Ave Carteret, NJ 07008;
Skanska Usa Civil Northeast Inc, 75-20 Astoria Blvd, Queens, NY 11370;
Skidmore Owings & Merrill, 14 Wall St # 25, New York, NY 10005-2105;
Skil-Care Corp, 29 Wells Ave # 4, Yonkers, NY 10701-8815;
Skills Construction, 71 W 23rd St # 501, New York, NY 10010-3514;
Skintology, 157 E 57th St # 1, New York, NY 10022-2104;
Skwiersky Alpert Bressler Llp, 462 Fashion Ave, Fl 23, New York, NY 10018;
Sky Heights Construction Corp, 2696 Stillwell Ave,Brooklyn,NY,11224;
Sky It Group LLC, 330 7th Ave # 1202, New York, NY 10001-5257;
Sky Rise, Inc., 175-61 Hillside Ave, Suite 307 Queens, NY 11432;
Sky View Construction Co, 2145 Ocean Ave, Brooklyn, NY 11229-1446;
Sky View Health Care Ctr, 280 Albany Post Rd, Croton On Hudson, NY 10520-1520;
Skyhorse Publishing, 307 W 36th St, New York, NY 10018-6403;
Skylift Contractor Inc, 5895 Maurice Ave, Maspeth, NY 11378-2355;

Skyline Electrical Corp, 1299 Richmond Rd,Staten Island,NY,10304;
Skyline Engineering, LLC, 42 West 39th Street 10th Fl, New York, NY 10018;
Skyline Restoration Inc, 49-28 31st Place Long Island City, NY 11101;
Skyline Windows, LLC, 220 E 138th St, Bronx, NY 10451;
Skystone Group, 10 E 33rd St # 4, New York, NY 10016-5079;
Skyview Construction Company, 2145 Ocean Avenue B3, Brooklyn, NY 11229-1458;
Sl Green Realty Corporation, 420 Lexington Ave, 17th Flr, New York, NY 10170-0002;
Slade Industries Inc., 1101 Bristol Road,Mountainside,NJ;
Slalom Consulting, 285 Fulton St, Fl 61, New York, NY 10007;
Slate Hill Constructors Inc, 6573 Herman Rd, Po Box 275 Warners, NY 13164;
Slate Property Group, 38 East 29th Street, 9th Fl, New York, NY 10016;
Slattery Skanska Inc., 1616 Whitestone Expy, Whitestone, NY 11357;
Slce Architects Llp, 1359 Broadway 14th Floor, New York, NY 10018;
Sleep Disorders Institute, 423 W 55th St # 4, New York, NY 10019-4460;
Slomins Inc, Po Box 1886, Hicksville, NY 11802-1886;
Slope Electric Inc, 204 9th St,Brooklyn,NY,11215;
Sloss Eckhouse Law, 555 W 25th St # 4, New York, NY 10001-5542;
Slovit, Inc, 165 Amboy Road, Morganville, NJ 07751;
Sma Estimating And Contracting LLC., 639rigel Way Bear De Bear, De 19701;
Smart Choice Comms LLC, 16 W 45th St # 7, New York, NY 10036-4204;
Smart Design LLC, 601 W 26th St # M203, New York, NY 10001-1144;
Smart Heating & Cooling, 341 West John Street,Hicksville,NY,11801;
Smart Stream Technologies, 61 Broadway # 710, New York, NY 10006-1710;
Smart Trade Technologies, 420 Lexington Ave # 2800, New York, NY 10170-2808;
Smart, 350 7th Ave # 21, New York, NY 10001-1929;
Smarter Grid Solutions Inc, 335 Madison Ave # 4, New York, NY 10017-4675;
Smartprocure Inc, 700 W Hillsboro Blvd, Ceres, Fl 14721;
Smartprocure Inc, 700 W Hillsboro, Ceres, Ca 14721;
Smartpros Ltd, 12 Skyline Dr, Ste 245, Hawthorne, NY 10532;
Smith & Warren, 127 Oakley Ave # 2, White Plains, NY 10601-3937;
Smith Magazine, 175 E 3rd St # 1b, New York, NY 10009-7448;
Snell, 274 Madison Ave, Rm 1704, New York, NY 10016;
Sng, 85 Harbor Rd, Prt Washingtn, NY 11050;
Snitow Kanfer Holtzer, 805 3rd Ave # 1200, New York, NY 10022-6142;
Snk Enterprises Inc, 348 Bald Mountain Rd,Troy,NY,12180;
Snohetta Architecture Design Planning Pc, 80 Pine St Fl 9, New York, NY 10005-1720;
Snr Denton Us Llp, 1221 Ave Of The Americas # C1c, New York, NY 10020-1001;
So Accurate Group Inc, 4540 51st St, Woodside, NY 11377-5446;
Sobel Affiliates Inc, 595 Stewart Ave, Ste 600, Garden City, NY 11530;
Sobro, 555 Bergen Ave, Bronx, NY 10455;
Sofitel New York, 45 W 44th St, New York, NY 10036;
Software Freedom Law Ctr Inc, 435 W 116th St # 1, New York, NY 10027-7237;
Soho Construction Nyc Inc, 101 Avenue Of The Americas # 8, New York, NY 10013-1905;
Soil Mechanics Drilling Corp, 3770 Merrick Rd, Seaford, NY 11783-2869;
Soil Solutions Inc, 110 Cherry Valley Ave, West Hempstead, NY 11552-1335;
Sokol Associates Inc, 230 Park Ave # 3, New York, NY 10169-0018;
Solar Electric Systems Inc, 29 Elm St, Tuckahoe, NY 10707-3903;
Solazyme, 70 E 55th St, Fl 17, New York, NY 10022;
Solid Rock Cons. Co., LLC., 127 Hoover Dr Syracuse, NY 13205;
Solomon Heymann Llp, 40 Wall St # 35, New York, NY 10005-1324;
Solow Management Corp, 9 W 57th St, 45th Floor, New York, NY 10019-2701;
Solveda, 220 Old Country Rd, Mineola, NY 11501;
Som, 14 Wall St 23rd Fl, 24th And 25th Flrs, New York, NY 10005-2101;
Somnia Inc, 10 Commerce Dr # 4, New Rochelle, NY 10801-5254;
Sonette Inc, 350 Karin Ln # A, Hicksville, NY 11801-5360;
Song Mazzeo Llp, 444 Madison Ave # 400, New York, NY 10022-6979;
Soudronic Limited, 465 N State Rd # 2, Briarcliff Manor, NY 10510-1458;

Sound Shore Medical Center, 16 Guion Pl, New Rochelle, NY 10801;
Soundview Dialysis Ctr, 1622 Bruckner Blvd, Bronx, NY 10473-4553;
South Asian Youth Action Inc, 5405 Seabury St, Elmhurst, NY 11373;
South Beach Psychiatric Center, 777 Seaview Ave,, Staten Island, NY 10305;
South Bronx Health Ctr, 871 Prospect Ave, Bronx, NY 10459-3913;
South Brooklyn Legal Svc Inc, 105 Court St # 3, Brooklyn, NY 11201-5645;
South Nassau Communities Hospital, 1 Healthy Way, Oceanside, NY 11572;
South Queens Dialysis Ctr, 17537 Liberty Ave, Jamaica, NY 11433-1325;
South Shore Dialysis Ctr, 250 Pettit Ave # Master, Bellmore, NY 11710-3657;
South Shore Eye Care, 2185 Wantagh Ave, Wantagh, NY 11793-3975;
South Shore Heart Assoc Pc, 242 Merrick Rd # 402, Rockville Centre, NY 11570-5254;
South Shore Internal Medicine, 733 Sunrise Hwy # 3, Lynbrook, NY 11563-2910;
Southern Westchester Dialysis, 44 Vark St, Yonkers, NY 10701-4603;
Sovereign Hydroseal Lp, 80 State St Albany, NY 12207;
Space 4 Architecture, 22 E 21st St Suite 8f, New York, NY 10010-7227;
Space Mercer Inc, 115 Mercer St, New York, NY 10012-3972;
Spanish Delancey Seventh-Day Adventist Church, 126 Forsyth St, New York, NY 10002-5118;
Spar & Bernstein Law Offices, 225 Broadway # 5, New York, NY 10007-3903;
Spar Group, Inc., 333 Westchester Ave, Ste S204, White Plains, NY 10604;
Sparrow Construction Corp, 3743 White Plains Rd # 1, Bronx, NY 10467-5792;
Spartan Demolition Co LLC, 118-20 219th Street Cambria Heights, NY 11411;
Spears & Imes Llp, 51 Madison Ave # 2520, New York, NY 10010-1693;
Special Touch Home Care Svc, 2091 Coney Island Ave, Brooklyn, NY 11223-2307;
Specialty Portable Xray Inc, 99 Jericho Tpke # 204, Jericho, NY 11753-1015;
Specialty Systems Of Ohio Construction Inc, 10990 Hamilton Cleves Hwy,Harrison,Oh,45030;
Spectronics Corporation, 956 Brush Hollow Rd,, Westbury, NY 11590;
Spencer Contracting, 177 Edison Ave,Edison,NJ,08820;
Spencer Stuart, 277 Park Ave, Fl 32, New York, NY 10017;
Sperber Denenberg & Kahan, 48 W 37th St # 16, New York, NY 10018-7307;
Sperduto Spector Co Cpas, 15 Chester Ave, Fl 1, White Plains, NY 10601;
Spiegel Leffler PLLC, 135 W 29th St # 801, New York, NY 10001-5167;
Spielman Koenigsberg & Parker, 1675 Broadway # 20, New York, NY 10019-6650;
Spine & Joint Svc, 151 W 17th St # C, New York, NY 10011-5457;
Spiniello Companies, 354 Eisenhower Parkway Livingston, NJ;
Spivak Lipton Watanabe Spivak, 1700 Broadway # 2100, New York, NY 10019-6581;
Sports Medicine Orthopaedic, 3825 Astoria Blvd, Astoria, NY 11103-3608;
Sports Therapy & Rehab, 576 Broadhollow Rd, Melville, NY 11747-5002;
Spot Creative Inc, 43 W 24th St #12, New York, NY 10010-3524;
Spot Design, 119 W 40th St # 18, New York, NY 10018-2518;
Spotco, 114 W 41st St # 18, New York, NY 10036-7308;
Spotless Services, 55 W 39th St # 703, New York, NY 10018-0557;
Spring O'brien & Co, 360 Lexington Ave # 10, New York, NY 10017-6557;
Spring Street Dermatology, 73 Spring St # 303, New York, NY 10012-5801;
Spring Studios, 6 Saint Johns Ln, New York, NY 10013;
Spring11, 125 Park Ave, Fl 11, New York, NY 10017;
Springfield, 1595 Madison Ave, Apt 16a, New York, NY 10029;
Springroc LLC, 104 Charlton St # 1w, New York, NY 10014-3693;
Sprinklr, Inc., 29 W 35th St, Fl 7, New York, NY 10001;
Sps, 405 E 105th St, Apt 13e, New York, NY 10029;
Squarespace Inc., 225 Varick St, Fl 12, New York, NY 10014;
Squire Advantage Camps, 49 Clinton Ave, Dobbs Ferry, NY 10522-2201;
Squitieri & Fearon, 32 E 57th St # 12, New York, NY 10022-8590;
Srr Holdings LLC, 14607 Jetty Lane,Delray Beach,Fl,33446;
Srr Holdings LLC., 480 6th Ave Apt 257, New York, NY 10011-8410;
Ss Cosmas-Damian Adult Hm/St, 2099 Forest Ave, Staten Island, NY 10303-2239;
Ssb, 3873 Orloff Ave, Apt 7c, Bronx, NY 10463;
Ssj Billing, 42 Maple Rd, Inwood, NY 11096;

St Albans Dialysis Ctr, 17270 Baisley Blvd, Jamaica, NY 11434-2615;
St Barnabas Hospital, 4422 3rd Ave, Bronx, NY 10457;
St Francis Hospital, 100 Port Washington Blvd, Roslyn, NY 11576;
St John's Enterprises, 12736 Northern Blvd, Corona, NY 11368-1520;
St Loren Construction Corp, 239 Mclean Ave, Yonkers, NY 10705-4419;
St Luke's-Roosevelt Hospital Center, 1111 Amsterdam Ave, New York, NY 10025;
St Marks Place Inst-Mental, 57 Saint Marks Pl, New York, NY 10003-7902;
St Mark's Plumbing, 161 Suffolk St, New York, NY 10002-1622;
St Mary Home Healthcare, 2901 216th St, Bayside, NY 11360-2810;
St Marys Hosp For Children, 2901 216th St,, Bayside, NY 11360;
St Mary's Hospital For Children, Inc., 2901 216th St,, Bayside, NY 11360;
St Nicholas Alliance, 2 Kingsland Ave # 2, Brooklyn, NY 11211-1695;
St Patrick's Home, 66 Van Cortlandt Park S, Bronx, NY 10463-3199;
St Pauls/Alba House, 2187 Victory Blvd, Staten Island, NY 10314;
St Vincent Catholic Medical, 9525 Queens Blvd, Rego Park, NY 11374-4510;
St Vincent's Hospital - Westchester, 275 North St, Harrison, NY 10528;
St. Christopher's, Inc., 71 Broadway, Dobbs Ferry, NY 10522;
St. John's Riverside Hospital, 967 N Broadway, Yonkers, NY 10701;
St. Mary's Hospital For Children, 2901 216th St, Bayside, NY 11360;
St. Nicks Alliance Corp, 2 Kingsland Ave, Brooklyn, NY 11211-1695;
St. Vincent's Services, Inc., 66 Boerum Pl, Brooklyn, NY 11201;
Stack Exchange Inc, 110 William St # 28, New York, NY 10038-3928;
Staff Pro Inc, 167 Lawrence Ave, Inwood, NY 11096;
Staffing Solutions Usa, 8 W 38th St # 902, New York, NY 10018-6239;
Stagg Wabnik Law Group Llp, Po Box 7541, Garden City, NY 11530-0711;
Stalco Construction Inc, 1316 Motor Pkwy, Islandia, NY 11749-5225;
Stallion Group, 126 Nostrand Ave, Brooklyn, NY 11205-2823;
Stan Deutsch Assoc, 31-30 Hunter Pt Ave, Long Island City, NY 11101;
Stan G Horowitz Esq, 122 E 42nd St # 720, New York, NY 10168-0699;
Stanco Systems Electrical Contracting, 4061 Victory Blvd, Staten Island, NY 10314-6732;
Stanley Creations Inc, 3100 47th Ave # 4105, Long Island City, NY 11101-3068;
Stanley Gelber & Sons Inc, 1079 Front St, Uniondale, NY 11553-1919;
Stantec Consulting Services, 50 W 23rd St Fl 8, New York, NY 10010-5272;
Stantec, 475 5th Ave, Fl 12, New York, NY 10017;
Stanton Advisors, 400 E 54th St, Apt 7b, New York, NY 10022;
Star Kay White, 85 Brenner Dr, Congers, NY 10920;
Star Staffing Agency, 14614 35th Ave, Flushing, NY 11354-3786;
Star Wire Mesh Fabricators Inc, 518 East 119th Street New York, NY 10035;
Starbrght, 500 E 134th St, Bronx, NY 10454;
Starnet Emergency Services, 45 Kensico Dr, Ste 1, Mount Kisco, NY 10549;
Starpoint Solutions LLC, 22 Cortlandt St, Fl 14, New York, NY 10007;
Starr Associates Llp, 220 E 42nd St # 3302, New York, NY 10017-5813;
Starr Security Svc, 601 W 51st St, New York, NY 10019-5008;
Starr Whitehouse Landscape Architects, 80 Broad Street, Suite 1700, New York, NY 10004;
Start, 22 Chapel St, Brooklyn, NY 11201;
Starwood Hotels & Resorts, 101 5th Ave, New York, NY 10003-1008;
State Univ Of NY Hlth Science Ctr At Syr, 450 Clarkson Ave,, Brooklyn, NY 11203;
Staten Island Care Center, 200 Lafayette Ave, Staten Island, NY 10301;
Staten Island Mental Health, 669 Castleton Ave, Staten Island, NY 10301;
Staten Island Physician, 1050 Clove Rd # J, Staten Island, NY 10301-3627;
Staten Island University Hospital, 475 Seaview Ave,, Staten Island, NY 10305;
Statewide Central Station Inc, 1 Teleport Dr # 202, Staten Island, NY 10311-1000;
Static Electric Corp, 1930 Adge Ave Bronx, NY 10469;
Stattek International Inc, 866 United Nations Plz # 406, New York, NY 10017-1822;
Status Data Inc, 38 W 32nd St # 600, New York, NY 10001-3884;
Stauber New York, 41 Bridge St, Florida, NY 10921;
Stc Systems Inc, 790 7th Ave, New York, NY 10019-6204;

Steadfast Development & Constr, 1501 1st Ave, New York, NY 10075-1359;
Stealth Contracting Inc, 422 Philip Ave, Staten Island, NY 10312;
Steel Associates LLC, 13015 125th St South Ozone Park, NY 11420;
Steel Partners Holdings L.P., 590 Madison Ave, Rm 3202, New York, NY 10022;
Steeldeck NY Inc, 143 Banker St, Brooklyn, NY 11222;
Stein Riso Mantel Mcdonough, 410 Park Ave # 1720, New York, NY 10022-9434;
Steinbach & Seculer, 575 Underhill Blvd # 205, Syosset, NY 11791-3432;
Steinberg Steckler & Picciurro, 462 Fashion Ave # 1600, New York, NY 10018-7428;
Stella Orton Hm Health Care, 3155 Amboy Rd # 1, Staten Island, NY 10306-2799;
Stella Service Inc, 75 Broad St # 1010, New York, NY 10004-3228;
Stellar Printing, Inc., 3838 9th St, Long Is City, NY 11101;
Stellar Services, 70 W 36th St # 7, New York, NY 10018-1258;
Stemmax Realty Inc, 33-77 Farrington St, Flushing, NY 11354;
Stempel Bennett Claman Hchbrg, 675 3rd Ave # 31, New York, NY 10017-5721;
Stephen B Jacobs Group Pc Architects & Planners, 381 Park Avenue South, New York, NY 10016-8806;
Stephen Einstein & Assoc Pc, 39 Broadway # 1250, New York, NY 10006-3089;
Stephen Jeffries & Assoc, 1560 Broadway # 914, New York, NY 10036-2517;
Stephenson General Construction LLC, 12 Park Cir, Florida, NY 10921-1835;
Steris Ast, 23 Elizabeth Dr, Chester, NY 10918;
Sterling Charter Brokers Inc, 15015 183rd St, Jamaica, NY 11413-4037;
Sterling Equities, 111 Great Neck Road, Great Neck, NY 11021;
Sterling Pierce Co, 395 Atlantic Ave, East Rockaway, NY 11518-1423;
Sterling Project Development, 4 World Trade Center 150 Greenwich Street, New York, NY 10007;
Stern Tannenbaum & Bell Llp, 122 E 42nd St # 33, New York, NY 10168-3400;
Steve Madden, 5216 Barnett Ave, Long Is City, NY 11104;
Steven Dubner Landscaping, Inc., 140 Half Hollow Rd # Dix, Dix Hills, NY 11746-5862;
Steven Harris & Assoc, 110 E 59th St # 3200, New York, NY 10022-1316;
Steven Harris Architects, 50 Warren St # 1n, New York, NY 10007-1022;
Steven Holl Architects, 450 W 31st St # 11, New York, NY 10001-4608;
Steven Madden Ltd, 5216 Barnett Ave,, Long Is City, NY 11104;
Steven V Maksin Legal, 245 Park Ave # 39, New York, NY 10167-4000;
Stevenson Family Health, 731 White Plains Rd, Bronx, NY 10473-2631;
Stewart And Stevenson Power Prd. LLC., 180 Route 17 South,Lodi,NJ,07644;
Stewart Greenblatt Manning-Bz, 6800 Jericho Tpke # 100w, Syosset, NY 11791-4401;
Stokes Creative Group, Inc., 349 5th Ave # 613, New York, NY 10016-5019;
Stone Remodeling Inc, 276 5th Ave # 704, New York, NY 10001-4527;
Stonehill-Taylor Archt-Plnnrs, 31 W 27th St # 5, New York, NY 10001-6950;
Stormatrix Inc, 1230 Avenue Of The Americas, New York, NY 10020-1513;
Storycorps, 80 Hanson Pl # 2, Brooklyn, NY 11217-2998;
Strada Soft Inc, 20 Clifton Ave, Staten Island, NY 10305-4912;
Strategas, 52 Vanderbilt Ave, Fl 8, New York, NY 10017;
Strategic Construction Corp, 368 E 69th St, New York, NY 10021-5706;
Stratis Contracting Corp, 7 Corporate Dr Peekskill, NY 10566;
Street Diligence, 420 Lexington Ave # 865, New York, NY 10170-0899;
Street Serve Inc, 5 Hanover Sq # 25, New York, NY 10004-4008;
Strive International, 205 E 122nd St, Fl 3, New York, NY 10035;
Stroheim-Romann Uphlstry Goods, 3111 Thomson Ave # 3, Long Island City, NY 11101-3006;
Strong 1 Brothers Ltd, 6805 Fort Hamilton Pkwy, Brooklyn, NY 11219-5856;
Strongin Rothman, 5 Hanover Sq # 402, New York, NY 10004-2760;
Structural Contracting Svc Inc, 100 Pearl St, Mt Vernon, NY 10550-1725;
Structural Engineering Technolog, 4012 28th St Ste 200, Long Island City, NY 11101-3719;
Structural Engineers Assn-NY, 536 Laguardia Pl, New York, NY 10012-1401;
Structural Stone LLC, 285 Smith St, North Kingstown, Ri 02852-7730;
Structure King Inc, 95-27 108th Street, Richmond Hill, NY 11419;
Structure Tone/Pavarini Mcgovern, 330 W. 34th Street, New York NY 10001
Structuretone Incorporated, 330 West 34th Street New York, NY 10001;
Sts Logistic Svc, 80 Sheridan Blvd, Inwood, NY 11096-1800;

Stuart Lynn Co, 281 Avenue Of The America #201, New York, NY 10014-4723;
Stuart Salles Law Offices, 225 Broadway # 1900, New York, NY 10007-3744;
Stuart Steel Protection Corporation, Po Box 476, Detroit, Mi 48288-0001;
Stuart-Dean Co. Inc., 450 Fashion Ave, Ste 3800, New York, NY 10001;
Studio V Architecture, 44 E 32nd St, New York, NY 10016-5508;
Studios Architecture, 588 Broadway Ste 702, New York, NY 10012-5242;
Stull Stull & Brody, 6 E 45th St # 5, New York, NY 10017-2495;
Stupid Cancer, 40 Worth St, Rm 808, New York, NY 10013;
Stv Inc, 225 Park Ave S, New York, NY 10003-1604;
Sub Rosa, 353 W 12th St, New York, NY 10014-1721;
Subin Associates Llp, 150 Broadway # 23, New York, NY 10038-4329;
Subvoyant, 207 W 25th St # 600, New York, NY 10001-7151;
Suffolk Construction, One Penn Plaza Suite 4200, New York, NY 10119;
Suite LLC, 980 Madison Ave # 305, New York, NY 10075-1848;
Sulka Creative, 560 Broadway # 307, New York, NY 10012-3938;
Sullivan & Wilson Pc, 79 Madison Ave Fl 8, New York, NY 10016-7810;
Sullivan & Worcester Llp, 1633 Broadway # 32, New York, NY 10019-6500;
Sullivan And Cromwell Llp, 125 Broad St, Fl 35, New York, NY 10004;
Sullivan, 450 W 14th St # 12, New York, NY 10014-1033;
Summa America Group Ltd, 66 Palmer Ave, Bronxville, NY 10708-3435;
Summit Park Hospital, 50 Sanatorium Rd, Pomona, NY 10970;
Summit Rock Advisors, 9 W 57th St, Ste 1200, New York, NY 10019;
Sun Construction Services Inc, 207 Bowery New York, NY 10002;
Sun General Construction Inc., 212-08 99th Ave Queens Village, NY;
Sunrise Building & Remodeling, 510 N State Rd, Briarcliff Manor, NY 10510-1547;
Sunset Bay Community Svc Inc, 150 55th St, Brooklyn, NY 11220-2508;
Sunset Terrace Family Health, 514 49th St, Brooklyn, NY 11220-2010;
Sunshine Healthcare, 17752 Ursina Rd, Jamaica, NY 11434;
Sunshine Home Health Services L.L.C., 10 Schriever Ln, New City, NY 10956;
Suny Downstate Medical Center, 450 Clarkson Ave,, Brooklyn, NY 11203;
Suny Maritime College, 6 Pennyfield Ave, Bronx, NY 10465;
Super Structures, 32 Avenue Of The Americas # 13, New York, NY 10013-2473;
Superb Mechanical Corp., 720 Lenox Ave, Apt 18e, New York, NY 10039;
Superior Maintenance, 1 W Red Oak Ln # 1, White Plains, NY 10604-3619;
Superman Contracting Corp, 35 E 169th St # 1, Bronx, NY 10452-7701;
Superstructures, 853 Broadway # 800, New York, NY 10003-4721;
Supreme Interior Renovation, 1900 Avenue W # 3g, Brooklyn, NY 11229-4738;
Supreme Systems Inc, 248 W 35th St # 1, New York, NY 10001-2575;
Surepure Inc, 405 Lexington Ave # 26, New York, NY 10174-2699;
Surface Design Group, 40 Worth St # 814, New York, NY 10013-3063;
Surgical Associates, 5 E 98th St # 15, New York, NY 10029-6501;
Surgical Design, 3 Macdonald Ave, Armonk, NY 10504-1935;
Surgical Specialty Ctr, 440 Mamaroneck Ave # 410, Harrison, NY 10528-2429;
Sus Inc, 305 7th Ave, Fl 7, New York, NY 10001;
Susan Magrino Agency, 352 Park Ave S # 6, New York, NY 10010-1705;
Sus-Mental Health Programs Inc, 305 7th Ave # 7, New York, NY 10001-6443;
Sussman-Automatic Corporation, 4320 34th St,, Long Is City, NY 11101;
Sutton And Edwards, Inc., 1981 Marcus Ave, Ste E104, New Hyde Park, NY 11042;
Sutton House Associated, 450 E 63rd St # 1, New York, NY 10065-7928;
Sutton Park Center For Nursing And Rehab, 31 Lockwood Ave, New Rochelle, NY 10801;
Suydam Homes, 19304 Horace Harding Expy # L1, Flushing, NY 11365-2839;
Sv-A Owners LLC, 551 Fifth Avenue, 23rd Floor, New York, NY 10176;
Svam International Inc, 233 E Shore Rd # 201, Great Neck, NY 11023-2433;
Svetlansvetlan, 853 Patterson Ave, Staten Island, NY 10306;
Swa Architecture, 11 Park Pl # 817, New York, NY 10007-2835;
Swan Tile & Cabinet, 3215 College Point Blvd, Flushing, NY 11354-2742;
Sweeney & Conroy Inc, 19 E 70th St, New York, NY 10021-4982;

Sweeney Construction Inc, 31 Great Jones St # 2, New York, NY 10012-1178;
Sweeney Reich & Bolz Llp, 1981 Marcus Ave # 200, New Hyde Park, NY 11042-1055;
Sweet Construction Group, 5 Hanover Sq # 501, New York, NY 10004-2758;
Sweet Hospitality Group, 1650 Broadway # 510, New York, NY 10019-6968;
Swift Marketing & Fulfillment, 1a Glenwood Ave, Lynbrook, NY 11563-4027;
Swiss International Air Lines Ltd, 776 Rxr Plz, Uniondale, NY 11556;
Swiss Re, 175 King St, Armonk, NY 10504;
Switzerland Tourism, 608 5th Ave, Ste 603, New York, NY 10020;
Sylvor Schneer Gold & Morelli, 122 E 42nd St # 4400, New York, NY 10168-4499;
Symbol Click Software LLC, 215 W 101st St # 2e, New York, NY 10025-5045;
Sync Sound Inc, 450 W 56th St # 2, New York, NY 10019-3698;
Syncrofilm Services Inc, 333 7th Ave # 1000, New York, NY 10001-5113;
Synergx Systems Inc, 3927 59th St, Woodside, NY 11377-3435;
Synergy Construction, 350 7th Ave # 904, New York, NY 10001-1940;
Synopsis Inc, 400 Executive Blvd # 101, Ossining, NY 10562-2547;
Synpulse Usa Inc, 75 Broad St # 2910, New York, NY 10004-2531;
Sypartners, 395 Hudson St # 8, New York, NY 10014-7451;
Syscom Usa, 1 Exchange Plz # 17, New York, NY 10006-3742;
Syska Hennessy Group, 1515 Broadway, New York, NY 10036-8002;
Syska Hennessy Group, 185 Avenue Of The Americas, New York, NY 10036;
Systems 2000, 424 E 81st St, New York, NY 10028-5802;
Systra Engineering, 520 8th Ave, New York, NY 10018-6507;
Syva, 160 Claremont Ave, Apt 1f, New York, NY 10027;
T A Ahern Contractors Corp, 69-24 49th Ave, Woodside, NY 11377-6002;
T C Dunham Paint Co, 581 Saw Mill River Rd, Yonkers, NY 10701-4924;
T F P1 Inc, 5201 Avenue N, Brooklyn, NY 11234-3907;
T J Ronan Paint Corp, Po Box 1385, Manhasset, NY 11030-6385;
T J Wilson Electric, 430 Fayette Ave Mamaroneck, NY 10543;
T Moriarty & Son Inc, 63 Creamer St, Brooklyn, NY 11231;
T Pyramid Inc, 488 Smith St,Brooklyn,NY,11231;
T R Pipe Inc, 1838 119th St, College Point, NY 11356-2121;
T V Trade Media Inc, 216 E 75th St # 1, New York, NY 10021-2921;
T. And G. Industries, Inc., 120 3rd St, Brooklyn, NY 11231;
T.N.T. Manufacturing, Inc. Glazed Structures Intl., 350 Center St Grayslake, Il 60030;
Tablet Inc, 37 W 17th St # 3e, New York, NY 10011-5523;
Taboola, Inc., 16 Madison Sq N, Fl 7, New York, NY 10010;
Taconic Builders, 125 Spencer Pl # 2, Mamaroneck, NY 10543-5602;
Taconic Heating & Cooling Corp, 9 Dogwood Rd, Cortlandt Manor, NY 10567-1261;
Taconic Investment Partners LLC, 111 8th Ave Ste 1500, New York, NY 10011-5215;
Tact Staffing Corp, 50 Broad St # 1137, New York, NY 10004-2378;
Tag Worldwide Usa Inc, 381 Park Ave S # 5, New York, NY 10016-8806;
Tahini Land Co LLC, 15 E 62nd St, New York, NY 10065-7204;
Tai Victory, 318 W 39th St, New York, NY 10018-1407;
Tai, 150 W 30th St # 14, New York, NY 10001-4138;
Taina Food Corp, 2149 Valentine Ave, Bronx, NY 10457-2201;
Tal And Assoc LLC, 43 Kensico Dr, Mount Kisco, NY 10549;
Talener Group LLC, 140 E 45th St, Ste 2001, New York, NY 10017;
Tameer Inc., 714 Anderson Ave Franklin Square, NY 11010;
Tan Architect, P.C., 19402 Northern Blvd Ste 205, Flushing, NY 11358-3003;
Tanem Construction Inc, 82 Garden St, Garden City, NY 11530-6507;
Tanenbaum, 55 Broad St, Fl 17, New York, NY 10004;
Tanisha Systems Inc, 350 5th Ave # 3012, New York, NY 10118-3013;
Tannenbaum Helpern Syracuse, 900 3rd Ave # 13, New York, NY 10022-4796;
Tanner Bolt, 714 Montauk Ave, Brooklyn, NY 11208;
Tanrow & Juvelier Llp, 800 3rd Ave # 11, New York, NY 10022-7651;
Tanton Group, 780 3rd Ave # 701, New York, NY 10017-2090;
Tap Electrical Contracting Service, 926 Lincoln Ave. Holbrook, NY 11741;

Tarasis Electric Corp, 3608 9th St Long Island City, NY 11106;
Tarrytown Public Works Dept, 4 Division St, Tarrytown, NY 10591-2904;
Tassat Group LLC, 22 W 21st St, New York, NY 10010-6904;
Tavros Capital, 27 W 24th St Ste 702, New York, NY 10010-3265;
Taylor And Francis Group, LLC, 605 3rd Ave, Fl 22, New York, NY 10158;
Taylor Care Ctr Of Westchester, 25 Bradhurst Ave, Hawthorne, NY 10532-2181;
Taylor Enterprise, 305 Broadway # 800, New York, NY 10007-1166;
Taylor Global, 350 5th Ave # 38, New York, NY 10118-3800;
Taylor Hodson Inc, 130 W 25th St, Fl 7, New York, NY 10001;
Taylor Lippe Inc, 215 Park Ave S # 16, New York, NY 10003-1627;
Taylormade Contracting LLC, 1205 Remsen Ave Brooklyn, NY 11236;
Tb Alliance, 40 Wall St, Fl 24, New York, NY 10005;
Tbg Cogen Partners, 939 S Broadway, Hicksville, NY 11801-5032;
Tbo Sitescapes Inc., 4018 Bell Blvd,Bayside,NY,11361;
Tc Electric, 1445 117th St, College Point, NY 11356-1565;
Tccit Solutions, 185 Madison Ave # 1104, New York, NY 10016-4318;
Tci, 193 Minna St, Brooklyn, NY 11218;
Tcr Restoration & Constr Corp, 427 7th Ave # 2, New York, NY 10001-2001;
Tcs, 101 Park Ave, Rm 2603, New York, NY 10168;
Tcv, 280 Park Ave, Fl 26e, New York, NY 10017;
Tdi Construction Inc, 6070 74th Street, Middleville, NY 11379;
Tdx Construction Corp, 330 7th Ave # 5, New York, NY 10001-5443;
Teach For America, 315 W 36th St, Fl 9, New York, NY 10018;
Team America Inc, 33 W 46th St # 1, New York, NY 10036-4135;
Tec Systems Inc, 4725 34th St # 400, Long Island City, NY 11101-2436;
Tech Traffic Cnslts Corp, 30 Hemlock Dr, Congers, NY 10920;
Technical Advancement Inc, 360 7th Ave # 3, New York, NY 10001-5011;
Technical Comfort Corp, 1123 Broadway, New York, NY 10010-2007;
Technico Construction Services, 33 38th Street, Long Island City, NY 11101;
Technofina, Inc,, 225 W 34th St, Fl 9, New York, NY 10001;
Technomen NY Inc., 11218 Liberty Ave,South Richmond Hill,NY,11419;
Tecny Group Inc, 115 W 29th St # 1103, New York, NY 10001-5106;
Teco In New York, 1 E 42nd St # 11, New York, NY 10017-6904;
Tectonic Engineering And Surveying Cnslt, Po Box 37,, Mountainville, NY 10953;
Teitler & Teitler Llp, 230 Park Ave # 2200, New York, NY 10169-2200;
Tek Conn, 237 W 35th St # 805, New York, NY 10001-1905;
Teksystems Inc, 757 3rd Ave, Ste 1202, New York, NY 10017;
Telanserphone, 220 W 19th St # 2a, New York, NY 10011-4035;
Tele Measurements Inc, 145 Main Ave, Clifton, NJ 07014-1707;
Teledyne Lecroy, Inc., 700 Chestnut Ridge Rd,, Chestnut Rdg, NY 10977;
Telehouse America, 7 Teleport Dr, Staten Island, NY 10311;
Telex Corp LLC, Po Box 360118, Brooklyn, NY 11236-0118;
Telsey Advisory Group, 555 5th Ave # 7, New York, NY 10017-9267;
Telx Law Firm Data Entry, 415 Madison Ave, New York, NY 10017-1111;
Temboo Inc, 104 Franklin St # 4, New York, NY 10013-3468;
Tempest Architectural Products, 767 E 132nd St, Bronx, NY 10454-3400;
Temple Shaaray Tefila Of Westchester, 89 Baldwin Rd, Mount Kisco, NY 10549;
Ten Arquitectos, 17 W 54th St # 11c, New York, NY 10019-5455;
Tender Care, 1908 Coney Island Ave, Brooklyn, NY 11230-6513;
Teneues Publishing Co, 350 7th Ave # 301, New York, NY 10001-1957;
Teri Jon, 241 W 37th St # 2, New York, NY 10018-6797;
Terminal One Group, Jfk International Airport Terminal 1 Building 55, Jamaica, NY 11430;
Terrace Healthcare Center, 2678 Kingsbridge Ter,, Bronx, NY 10463;
Terraferma Elec Const, 3512 19th Ave Astoria, NY 11105;
Terranua Us Corp, 535 5th Ave # 4, New York, NY 10017-8020;
Terrapinn, 110 William St # 2501, New York, NY 10038-3929;
Texpak Inc, 130 New Hyde Park Rd, Franklin Square, NY 11010-2909;

Tf Cornerstone, 387 Park Ave S, New York, NY 10016-8810;
Tfo Brien & Co Inc, 100 Denton Ave, New Hyde Park, NY 11040-4005;
Tgm Associates Lp, 650 5th Ave, Fl 28, New York, NY 10019;
Thaumaturgix Inc, 11 E 44th St # 6, New York, NY 10017-0062;
The Afm, 1501 Broadway, Ste 600, New York, NY 10036;
The Allure Group, 691 92nd St, Brooklyn, NY 11228;
The Andrew W. Mellon Foundation, 140 E 62nd St, New York, NY 10065;
The Associated Press, 450 W 33rd St, Fl 15, New York, NY 10001;
The Bachrach Group Ltd, 1430 Broadway, Rm 1301, New York, NY 10018;
The Barbarian Group LLC, 118 W 20th St, Fl 7, New York, NY 10011;
The Beanstalk Group LLC, 28 E 28th St, Fl 15, New York, NY 10016;
The Berkeley Carroll School, 181 Lincoln Pl, Brooklyn, NY 11217;
The Beverage Works, 2 Atlantic Ave, Brooklyn, NY 11201;
The Boston Consulting Group Inc, 10 Hudson Yards, Fl 47, New York, NY 10001;
The Bridge Corp, 190 Shea Rd, Campbell Hall, NY 10916;
The Bronx Defenders, 360 E 161st St, Bronx, NY 10451;
The Brooklyn Hospital Center, 525 E 68th St, New York, NY 10065;
The Brooklyn Tabernacle, 17 Smith St, Brooklyn, NY 11201;
The Burke Rehab Hosp, 785 Mamaroneck Ave, White Plains, NY 10605;
The C And L Group LLC, 380 Lexington Ave, Ste 1700, New York, NY 10168;
The Carey Group LLC, 100 Wall St, New York, NY 10005-3701;
The Catholic Big Sisters And Big Brother, 137 E 2nd St, New York, NY 10009;
The Center For Rapid Reovery, 312 Greenwich St, Hempstead, NY 11550;
The Child Center Of NY, 11835 Queens Blvd, Fl 6, Forest Hills, NY 11375;
The Childrens Village, 1 Echo Hl, Dobbs Ferry, NY 10522;
The Church Of The Redeemer, 30-14 Crescent Street, Astoria, NY 11102;
The City University Of New York, 160 Convent Ave, New York, NY 10031;
The Continuum Company LLC, 30 W 21st St Fl 11, New York, NY 10010-6954;
The Dannon Company Inc, 100 Hillside Ave, Fl 3, White Plains, NY 10603;
The Daten Group, 10 E 40 St Fl 33, New York, NY 10016;
The Doe Fund Inc, 232 E 84th St, New York, NY 10028;
The Donna Karan Company LLC, 550 Fashion Ave, Frnt, New York, NY 10018;
The Dulanski Group, 2975 Westchester Ave Purchase, NY 10577;
The Durst Organization Inc, 1 Bryant Park, Fl 49, New York, NY 10036;
The Emanu-El Sanctuary, 1 E 65th St, New York, NY 10065;
The End Fund, 413 Grand St, Apt F301, New York, NY 10002;
The Falconwood Group, 257 Park Ave S, Fl 7, New York, NY 10010;
The Grenadier Corp, 1590 East 233rd Street, Bronx, NY 10466;
The Hain Celestial Group, 1111 Marcus Ave, Ste 100, New Hyde Park, NY 11042;
The Healthcare Chaplaincy Inc, 307 E 60th St, New York, NY 10022;
The Hearst Corporation, 1225 Franklin Ave, Ste 400, Garden City, NY 11530;
The Henri Stern Watch Agency, Inc., 45 Rockefeller Plz, Ste 401, New York, NY 10112;
The Howard-Sloan-Koller Group Inc, 300 E 42nd St, Fl 15, New York, NY 10017;
The Instit Of Elecal And Electronics Eng, 3 Park Ave, Fl 17, New York, NY 10016;
The Institute For Family Health, 2006 Madison Ave,, New York, NY 10035;
The J Pilla Group Ltd, 2712 Williamsbridge Rd, Bronx, NY 10469-4110;
The Jewish Board, 135 W 50th St, Fl 6, New York, NY 10020;
The Kosher Garden, 1507 Coney Island Ave, Brooklyn, NY 11230;
The Landtek Group Inc, 235 County Line Rd Amityville, NY 11701;
The Laquila Group Inc, 1590 Troy Ave, Brooklyn, NY 11234-1444;
The Legal Aid Society, 199 Water St, Ste 400, New York, NY 10038;
The Leukemia And Lymphoma Society Inc, 3 International Dr, Ste 200, Port Chester, NY 10573;
The Lightstone Group, 460 Park Ave Rm 1300, New York, NY 10022-1861;
The Lions Group Nyc, 425 Northern Blvd Ste 6, Great Neck, NY 11021-4803;
The Matrix Group, Po Box 170194,, Brooklyn, NY 11217;
The Mccarton Center, 625 Madison Ave, Rm 1201, New York, NY 10022;
The Michaels Organization, 2 Cooper Street, Camden, NJ 08102;

The Mines Press, 231 Croton Ave, Cortlandt Mnr, NY 10567;
The Moinian Group, 3 Columbus Cir Fl 32, 23rd Floor, New York, NY 10019-1903;
The Monroe Cable Co. , Inc. New York, NY, ;
The Morganit Group, Inc., 100 Mill Plain Rd Fl 4, Danbury, Ct 06811-5178;
The Morganti Group, Inc., 64-54 Maurice Ave Suite # 1a, Queensbury, NY 11378;
The Mount Sinai Hospital, 1190 5th Ave,, New York, NY 10029;
The National Hemophilia Foundation Inc, 7 Penn Plz, Ste 1204, New York, NY 10011;
The New York Academy Of Medicine, 1216 5th Ave, New York, NY 10029;
The New York And Presbyterian Hospital, 32 W 22nd St, Fl 5, New York, NY 10010;
The New York Foundling Hospital, 3300 Northern Blvd, Fl 5, Long Is City, NY 11101;
The Npd Group, 900 W Shore Rd, Prt Washingtn, NY 11050;
The Outfit M&J LLC, 5 Foster Ave,Valley Stream,NY,11580;
The Port Authority Of NY & NJ, 150 Greenwich St Fl 24, 4 World Trade Center (4 Wtc), New York, NY 10006-1100;
The Related Companies, 60 Columbus Cir, New York, NY 10023-5800;
The Richman Group Of Florida Inc, 477 S Rosemary Ave Ste 301, West Palm Beach, Fl 33401-5758;
The Rockefeller University, 1230 York Ave, New York, NY 10065;
The Sarut Group Inc, 772 Humboldt St, Brooklyn, NY 11222;
The Segal Group, 333 W 34th St, Fl 2, New York, NY 10001;
The Shubert Organization Inc, 225 W 44th St, Fl 2, New York, NY 10036;
The Solomon R Guggenheim Foundation, 1071 5th Ave, New York, NY 10128;
The Standard Group, 1010 Northern Blvd, Ste 236, Great Neck, NY 11021;
The Standard Highline, 848 Washington St,, New York, NY 10014;
The Tradesmen Group, Inc, 8624 Industrial Pkwy, Ste B, Plain City, Oh 43064-8068;
The Travelers Companies Inc, 485 Lexington Ave, Fl 7, New York, NY 10017;
The Trust For Governors Island, 10 South St, Battery Maritime Bldg, New York, NY 10004-1900;
The Urban Group Ltd, 7608 Rockaway Blvd Brooklyn, NY 11421;
The Vilcek Foundation, 21 E 70th St, New York, NY 10021;
The Walsh Company, 401 Hackensack Ave Hackensack, NJ 07601;
The Walsh Group, 4 Penn Ctr W, Pittsburgh, Pa 15276-0107;
The Wealthplan, 600 Old Country Rd, Rm 305, Garden City, NY 11530;
The Westchester Medical Practice, 2649 Strang Blvd, Ste 304, Yorktown Hts, NY 10598;
The Whiting-Turner, 300 East Joppa Road, Baltimore, Md,21286;
The Zenith Group, 2416 Chestnut Ave, Ronkonkoma, NY 11779;
Theodore B Vanitallie Ctr, 425 W 59th St # 9d, New York, NY 10019-8022;
Thera Care Of New York Inc, 116 W 32nd St # 13, New York, NY 10001-3212;
Theracare, 1000 South Ave, Ste Ll2, Staten Island, NY 10314;
Thermal Strategies.Com, 4226 13th St, Long Is City, NY 11101;
Thermo King Of Long Island, 19 Seabro Ave,Amityville,NY,11701;
Thermo Tech Mechanical, 528 Leland Ave, Bronx, NY 10473-2910;
Thieme Medical Publishers, 333 7th Ave # 1800, New York, NY 10001-5086;
Thierry Mugler Parfums, 1 Park Ave # 19, New York, NY 10016-5819;
Thierry W Despont Office, 10 Harrison St, New York, NY 10013-2810;
Think! Architecture & Design, 1 Metrotech Center N, 6th Flr, Brooklyn, NY 11201;
Third Street Women's Residence, 282 E 3rd St, New York, NY 10009;
Thomas Balsley Associates, 31 W 27th St, New York, NY 10001-6914;
Thomas Buses Inc, 2859 W 37th St, Brooklyn, NY 11224-1516;
Thomas C Wilson LLC, 2111 44th Ave, Long Island City, NY 11101-5007;
Thomas F Cash & Sons Inc, 164 Meacham Ave, Elmont, NY 11003-2632;
Thomas J Fiskaa Engineering, 589 8th Ave # 13, New York, NY 10018-3085;
Thomas Juul Hansen LLC, 15 Maiden Ln # 19, New York, NY 10038-5108;
Thomas Memorial Wesleyan Methodist Church, 270 West 126th St, New York, NY 10027;
Thomas Phifer & Partners Llp, 180 Varick St # 1110, New York, NY 10014-5462;
Thomas S Brown Associates, 38-30 Woodside Avenue Long Island City, NY 11104;
Thor Equities, 25 W 39th St, New York, NY 10018-3805;
Thorn Electric Inc, 10703 Rockaway Blvd, Ozone Park, NY 11417-2309;
Thornton Tomasetti, Inc., 51 Madison Ave, Fl 19, New York, NY 10010;

Thoughtworks Inc, 99 Madison Ave # 15, New York, NY 10016-7419;
Three Fold Holdings LLC, 333 Douglass St, Brooklyn, NY 11217-3115;
Threetech Electric, 7812 Metropolitan Ave,Middle Village,NY,11379;
Thrillist, 568 Broadway # 506, New York, NY 10012-3264;
Throgs Neck Care Corp, 707 Throggs Neck Expy, Bronx, NY 10465-2319;
Throop LLC, 124-17 Metropolitan Ave, Kew Gardens, NY 11415;
Thunder's Mouth Press, 841 Broadway, New York, NY 10003-4704;
Thuzio, 114 W 26th St # 5, New York, NY 10001-6812;
Tiaa-Cref, 730 3rd Ave, Lbby 1, New York, NY 10017;
Tilcon New York Inc, 625 Mount Hope Rd Wharton, NJ 07885;
Time Equities Inc, 55 5th Ave, 15th Floor, New York, NY 10003-4301;
Time Out America LLC, 1540 Broadway # 42, New York, NY 10036-4039;
Time Square Construction Inc, 120 Fulton St # 2, New York, NY 10038-2775;
Time Warner Cable, 120 E 23rd St, Fl 9, New York, NY 10010;
Times Square Construction, 355 Lexington Ave # 17, New York, NY 10017-6607;
Timjtim White Home Impv, 4177 Merrick Rd # 1, Massapequa, NY 11758-6041;
Timpson Trading Corp, 671 Timpson Pl # 77, Bronx, NY 10455-3803;
Tiqiq Inc, 79 Madison Ave # 2, New York, NY 10016-7805;
Tircon LLC, 3080 Arthur Kill Rd, Staten Island, NY 10309-1104;
Tishman Construction Corp Inc., 100 Park Ave Fl 5, New York, NY 10017-5502;
Titan Builders LLC, 373 Herzl St, Brooklyn, NY 11212;
Titan Controls Inc, 122 W 27th St # 5, New York, NY 10001-6227;
Titan Machine Corp, 4211 9th St, Long Island City, NY 11101-4911;
Titanium Construction, 247 W 30th St # 11, New York, NY 10001-2824;
Titanium Marketing, Po Box 1800, New York, NY 10156-1800;
Tjh Medical Svc, 13420 Jamaica Ave, Jamaica, NY 11418-2619;
Tko Evolution, 1071 Ave Of The Americas # 801, New York, NY 10018-3749;
Tmg Emedia Inc, 274 Madison Ave # 1202, New York, NY 10016-0714;
Tmi Trading Corp, 7 Bushwick Pl, Brooklyn, NY 11206;
Tmp Worldwide, 125 Broad St, Fl 10, New York, NY 10004;
Tnd Construction Inc, 61 Chrystie St, New York, NY 10002-5001;
To Better Days Development LLC, 450 W 14th St # 8, New York, NY 10014-1089;
Tocqueville, 40 W 57th St, Fl 19, New York, NY 10019;
Tod Williams Billie Tsien Architects, 222 Central Park S, New York, NY 10019-1408;
Todd Systems Inc, 50 Ash St, Yonkers, NY 10701-3900;
Togut Segal & Segal, 1 Penn Plz # 3335, New York, NY 10119-3395;
Tolstoy Foundation Nursing Home Com, 100 Lake Rd, Vly Cottage, NY 10989;
Tom Cody Design, 231 10th Ave # 8b, New York, NY 10011-4747;
Tom Hennes Inc, 110 Wall St # 2, New York, NY 10005-3801;
Tom Iannelli Iannelli Construction Co Inc, 9723 3rd Ave, Brooklyn, NY 11209;
Tomao Marino Mcnelis Chandok, 1999 Marcus Ave # 300, New Hyde Park, NY 11042-1020;
Tomar Construction Corp, 1618 Library Ave, Bronx, NY 10465-1014;
Tomco Construction Inc, 22 Howard Blvd Mt Arlington, NJ 07856;
Tomco Mechanical, 376 S Bayview Ave, Freeport, NY 11520-5317;
Tommy Thomas Pro Shop, 50 Peppe Dr, Inwood, NY 11096-1112;
Tonio Burgos & Assoc, 115 Broadway # 1504, New York, NY 10006-1619;
Top Kopy, 12 Skyline Dr, Hawthorne, NY 10532-2133;
Top NY, 45 W 34th St, Rm 1102, New York, NY 10001;
Top Prospect Group, 1133 Westchester Ave, Ste S-227, White Plains, NY 10604;
Topline Drywall Inc, 31 South St # 2n1, Mt Vernon, NY 10550-1750;
Topspin Creative Corp, 118 E 28th St # 201, New York, NY 10016-8443;
Tor Forge, 120 Broadway # 26, New York, NY 10271-0042;
Torgan & Cooper, 17 State St # 3900, New York, NY 10004-1555;
Torino & Bernstein, 200 Old Country Rd # 220, Mineola, NY 11501-4236;
Torre Lentz Gamell Gary, 100 Jericho Quadrangle # 309, Jericho, NY 11753-2702;
Torys, Llp, 1114 Avenue Of The Americas, Fl 23, New York, NY 10036;
Total Home Transformations Inc, 140 W 69th St # 117, New York, NY 10023-5189;

Totem, 55 Washington St Ste 710, Brooklyn, NY 11201-1064;
Tower Legal Staffing, 65 Broadway # 13, New York, NY 10006-2580;
Towers Watson, 335 Madison Ave, Fl 17, New York, NY 10017;
Town Of Mamaroneck, 155 Weaver St, Larchmont, NY 10538;
Townhouse Partners Consulting, 244 Park Ave # 29, New York, NY 10017-5516;
Tractenberg Pr, 116 E 16th St # 2, New York, NY 10003-2167;
Tracy Agarrat, 1121 E 43 St, Brooklyn, NY 11210;
Traditional Line, 143 W 21st St # B, New York, NY 10011-3230;
Traiana Inc, 4 Times Sq # 15, New York, NY 10036-6625;
Transaction Innovation Corp, 60 Cuttermill Rd # 412, Great Neck, NY 11021-3104;
Transactis Inc, 1250 Broadway # 3701, New York, NY 10001-3708;
Transbeam, 1 Penn Plz, Ste 1005, New York, NY 10011;
Transcare Corporation, 5811 Foster Ave, Brooklyn, NY 11234;
Transel Elevator & Elec Inc, 3030 47th Ave # 610, Long Island City, NY 11101-3492;
Transervice, 5 Dakota Dr, Ste 209, New Hyde Park, NY 11042;
Transit Construction Corp, 618 Saw Mill River Rd Yonkers, NY 10710;
Transolutions & Logistics, LLC, 414 Continental Dr, Maryville, Tn 37804-5431;
Transportation Safety Consultants, 58 Church St, Inwood, NY 11096;
Trask Ltd, 350 7th Avenue, Rm201,New York,NY,10001;
Traube Marush Plawes Dogany, 2270 Kimball St # 210, Brooklyn, NY 11234-5158;
Trc, 80 Pine St, Fl 22, New York, NY 10005;
Tredent Contracting Services, 237 46th St Brooklyn, NY 11220;
Tremont Partners Inc, 555 Theodore Fremd Ave # C206, Rye, NY 10580-1437;
Trend Pot Inc, 40 Exchange Pl # 1902, New York, NY 10005-2711;
Trevcon Construction Co, 30 Church St, Po Box 811 Liberty Corner, NJ 07938;
Tri Borough Scaffolding-Hstng, 3506 Farrington St, Flushing, NY 11354-2827;
Tri Coastal Design, 49 W 37th St # 8, New York, NY 10018-8306;
Tri Star Construction Inc, 770 Lexington Ave # 13, New York, NY 10065-8165;
Tri State Biodiesel LLC, 531 Barretto St, Bronx, NY 10474-6724;
Tri State Drilling Tech Inc, 55 Hilton Ave # 204, Garden City, NY 11530-2818;
Tri State Groundwater Solutions LLC., 5 E 12th St, Paterson, NJ 07524-1210;
Tri Technologies Inc, 40 Hartford Ave, Mt Vernon, NY 10553-5119;
Tri Wire Engineering Solution, 800 E 92nd St, Brooklyn, NY 11236-1702;
Triangle Equities, 30-56 Whitestone Expy, Whitestone, NY 11354-1948;
Triangle General Contractors, 39 Coffey St Brooklyn, NY 11231;
Trianon Collection, 16 W 46th St # 10, New York, NY 10036-4503;
Triarch, 42 N Moore St # 1, New York, NY 10013-2441;
Tribeca Electric Corporation, 10705 Jamaica Ave Richmond Hill, NY 11418;
Tribeca Pediatrics, 11 Park Pl # 1200, New York, NY 10007-2823;
Triboro Scaffolding & Hoisting, 13102 40th Rd # 2, Flushing, NY 11354-5107;
Triborough Bridge And Tunnel Authority (Tbta), 2 Broadway, New York, NY 10004-2207;
Triborough Home Care Ltd, 883 Flatbush Ave, Brooklyn, NY 11226;
Tri-County Black Top Seal Coat, 7 Charles St, Valhalla, NY 10595-1209;
Tricounty Home Nursing Services, 1065 Old Country Rd, Ste 210, Westbury, NY 11590;
Trief & Olk, 750 3rd Ave # 29, New York, NY 10017-2710;
Tri-Messine Construction Co, 2703 N Jerusalem Rd, East Meadow, NY 11554-5447;
Trinchese Construction Inc, 98-05 163rd Ave Howard Beach Queens;
Trinity Subsurface Engineering, LLC, 1719 Delaware Ave, Wilmington, De 19806-2362;
Triple Cantilever Design Jv / Aecom, 100 Broadway, 18th Floor, New York, NY 10005-0180;
Triple H Construction, 832 Bethlynn Ct East Meadow, NY 11554;
Triple Lift, Inc., 400 Lafayette St, Fl 5, New York, NY 10003;
Triplicity Entertainment LLC, 116 W 23rd St # 500, New York, NY 10011-2599;
Triport International Aircraft, 15046 182nd St, Springfield Gdns, NY 11413-4048;
Tri-Rail Construction Inc., 142 Ralph Ave Copiague, NY 11726;
Tri-Star Construction, 1914 Richmond Ter, Staten Island, NY 10302-1206;
Triton Builders, 645 Broadway Ste T,Amityville,NY,11701;
Triton Construction, 30 E 33rd St # 11, New York, NY 10016-5302;

Triton Structural Concrete, 15435 Innovation Dr Ste 225,San Diego,Ca,92128;
Triumph Construction, 407 W 14th St, New York, NY 10014-1003;
Triumph Homes LLC, 5151 S 900 E, Salt Lake City, Ut 84117-6657;
Triwire Engine, 1020 Essex St, Brooklyn, NY 11208-5300;
Troutman, 875 3rd Ave, Fl 15, New York, NY 10022;
True Care Home Care, 117 Church Ave, Brooklyn, NY 11218-3917;
Truimph Construction Corp., 1354 Seneca Ave, Bronx, NY 10474-4812;
Truong Montgomery Architect, PLLC, 166 E 92nd St, Apt 3a, New York, NY 10128;
Trustees Of Civil Svc Painters, 45 W 14th St # 400, New York, NY 10011-7419;
Tru-Val Electric Corp, 100 Leuning St Fl 2 South Hackensack, NJ 07606;
Truveris Inc, 2 Park Ave # 1500, New York, NY 10016-5608;
Tsi, 1016 162nd St, Whitestone, NY 11357;
Tsig Consulting, 740 Broadway # 1001, New York, NY 10003-9542;
Tuchman Korngold Weiss Liebman, 6 E 45th St # 7, New York, NY 10017-2494;
Tucker & Latifi Llp, 160 E 84th St # 5e, New York, NY 10028-0056;
Tully Construction Co. Inc., 830 Pennsylvania Blvd, Feasterville Trevose, Pa 19053-7814;
Tully Enviromental, 12550 Northern Blvd, Flushing, NY 11368-1630;
Tunecore, 45 Main St, Ste 705, Brooklyn, NY 11201;
Tunesat LLC, 1650 Broadway # 1009, New York, NY 10019-6965;
Turner And Townsend, 475 Park Ave S, Fl 11, New York, NY 10016;
Turner Construction Company, 1 Computer Dr S, Albany, NY 12205-1651;
Turtle & Hughes Inc, 1900 Lower Rd, Linden, NJ 07036-6519;
Tuscan Dream Inc, 44 E 92nd St, New York, NY 10128-1319;
Tutor Perini Building Corporation, 1000 Main St, New Rochelle, NY 10801-7538;
Twig Engineers, 31 West Main Street Suite 216, Patchogue, NY 11772;
Twin Marquis Inc, 7 Bushwick Pl, Brooklyn, NY 11206-2815;
Twin Towers Enterprises, 6454 Maurice Ave, Flushing, NY 11378-1377;
Two Brothers Chimney & Roofing, 3512 153rd St, Flushing, NY 11354-4924;
Two Brothers Contracting, 7391 Cider St Westmoreland, NY 13490;
Two Four Systems, 10 Bank St # 830, White Plains, NY 10606-1952;
Two Trees Management Co LLC, 45 Main St 12th Fl, Brooklyn, NY 11201-1000;
Two Twelve Assoc Inc, 236 W 27th St # 802, New York, NY 10001-5939;
Two's Co, 500 Saw Mill River Rd, Elmsford, NY 10523-1027;
Twoseven Inc, 221 Mckibben St # 1, Brooklyn, NY 11206-3513;
Tyler Hill Camp, 85 Crescent Beach Rd, Glen Cove, NY 11542-1323;
Type A Projects, 58 Reade Street #4, New York, NY 10007;

**EDNY 1:21-cv-02314-ARR-VMS**
**Albert E. Percy and Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit, as Class Representatives v. P & H Painting Inc**
**Assigned to: Judge Allyne R. Ross and Magistrate Judge Vera M. Scanlon**

Via US Postal Service
P & H Painting Inc, 7 Purdy St # 201a, Harrison, NY 10528-3775;
P & K Contracting Inc, 225 Jericho Turnpike # D, Floral Park, NY 11001;
P & T Ii Contracting Corp, 2417 Jericho Tpke, Garden City Park, NY 11040-4710;
P And L Development LLC, 609 Cantiague Rock Rd, Unit 2, Westbury, NY 11590;
P C Rosenberg & Estis Attorney, 733 3rd Ave # 1200, New York, NY 10017-3293;
P E Guerin Inc, 23 Jane St, New York, NY 10014-1999;
P M D Promotion, LLC, 19 W 21st St, Rm 901, New York, NY 10010;
P M Pediatrics, 620 E Boston Post Rd, Mamaroneck, NY 10543-3741;
P Peugeot Watches, 140 58th St # 7f, Brooklyn, NY 11220-2560;
P S Business Management, 235 Park Ave S # 9, New York, NY 10003-1405;
Pace University, 1 Pace Plz, New York, NY 10038-1502;
Pacific Transglobal, 61 Southside Ave, Hastings On Hdsn, NY 10706-2703;
Pack America Corp, 108 W 39th St # 16, New York, NY 10018-8255;
Paco Group Inc, 110 William St # 1201, New York, NY 10038-3395;

Pacoa, 7 Harbor Park Dr, Port Washington, NY 11050-4655;
Paddle Eight, 30 Cooper Sq # 6, New York, NY 10003-7120;
Padilla Construction Service, 19 Liberty Ave Staten Island, NY 10304;
Paduano & Weintraub Llp, 1251 Avenue Of The Americ #920, New York, NY 10020-1102;
Paerdegat Kid Sports & Child, 1500 Paerdegat Ave N, Brooklyn, NY 11236-4100;
Pagny, 1010 Hazen St, East Elmhurst, NY 11370;
Paige Ai, 11 E Loop Rd # 5, New York, NY 10044-1500;
Pain D' Avignon, 3520 9th St, Long Is City, NY 11106;
Paint Tech Painting Inc, 790 Madison Ave # 503, New York, NY 10065-6124;
Painting & Decorating B F, 450 Fashion Ave # 307, New York, NY 10123-0307;
Pal Environmental Safety Corporation, 1102 Queens Plz S Long Island City, NY 11101;
Palace Electrical Contractors, Inc., 3558 Park Avenue, Wantagh, NY 11793;
Paladin Consulting-Programming, 155 W 72nd St, New York, NY 10023-3250;
Palante Electrical Contractors, 453 E 175th St,Bronx,NY,10457;
Palard Realty Corp, 15-04 130th St, College Point, NY 11356;
Palatine Industries, 103 Skyline Drive Palatine Bridge, NY 13428;
Paletot Ltd., 498 Fashion Ave, Frnt 2, New York, NY 10018;
Pall Aeropower Corporation, 25 Harbor Park Dr, Prt Washingtn, NY 11050;
Pall Biomedical Inc, 25 Harbor Park Dr,, Prt Washington, NY 11050;
Pall Corporation, 25 Harbor Park Dr,, Prt Washingtn, NY 11050;
Pallotta Health Solution, 7701 13th Ave, Brooklyn, NY 11228-2413;
Palm Tree Center For Nursing And Rehab, 5606 15th Ave, Brooklyn, NY 11219;
Palma Settimi Inc, 7 Sutton Pl, New York, NY 10022-2406;
Pam Air Conditioning, Po Box 448, Long Beach, NY 11561-0448;
Panhandle Ironworks LLC, 8357 W Coeur Dalene Dr, Spirit Lake, Id 83869-8784;
Panoramic Hudson LLC, 512 Fashion Ave Fl 15, New York, NY 10018-4603;
Panteris & Panteris Llp, 3516 Bell Blvd # 201, Bayside, NY 11361-1710;
Par Pharmaceutical Companies, Inc., 1 Ram Ridge Rd, Spring Valley, NY 10977;
Par Plumbing Co., Inc., 60 N Prospect Ave, Lynbrook, NY 11563;
Paraco Gas Corporation, 800 Westchester Ave, Ste S604, Rye Brook, NY 10573;
Paradigm Services Inc, 244 E Union Tpke,Wharton,NJ,07885;
Paradise Plastics, 116 39th St, Brooklyn, NY 11232-2712;
Paradox Resolution LLC, 641 Lexington Ave # 13, New York, NY 10022-4503;
Paralegal Support Svc Inc, 53 W 36th St # 202, New York, NY 10018-7903;
Parc, 575 Drewville Rd, Carmel, NY 10512;
Parfums Givenchy Inc, 19 E 57th St, New York, NY 10022-2506;
Paris Health Club, 752 W End Ave Frnt, New York, NY 10025-6290;
Park Ave International Inc, 115 W 29th St, Rm 500, New York, NY 10001;
Park Ave. International Contracting Corporation, 184 Hebberd Ave # 2nd, Paramus, NJ 07652-4452;
Park Avenue Extended Care, 425 National Blvd, Long Beach, NY 11561-2031;
Park Avenue Post Inc, 125 W 94th St, New York, NY 10025-7016;
Park Developers & Builders, 218 Hamilton Ave, Brooklyn, NY 11231-1831;
Park East Construction Corporation, 266 East Jericho Turnpike,, Huntington Station, NY 11746;
Park Hudson Intl LLC, 212 W 35th St, Fl 4, New York, NY 10001;
Park Pediatrics, 271 Jericho Tpke # 3, Floral Park, NY 11001-2163;
Park Ridge Medical Ctr, 6317 4th Ave, Brooklyn, NY 11220-4922;
Park Slope Day Camp, 694 5th Ave # A, Brooklyn, NY 11215-6574;
Park Terrace Care Ctr, 5920 Van Doren St, Corona, NY 11368-4018;
Parkchester Medical, 1211 White Plains Rd # A, Bronx, NY 10472-4992;
Parker Institute, 27111 76th Ave, New Hyde Park, NY 11040;
Parker New York, 119 W 56th St, New York, NY 10019-4000;
Parkermeridien, 119 W 56th St, New York, NY 10019;
Parkview Care & Rehab Ctr, 5353 Merrick Rd, Massapequa, NY 11758-6209;
Pars International Corp, 253 W 35th St # 7, New York, NY 10001-1907;
Parsons Brinckerhoff, Inc., 1 Penn Plz, Fl 2, New York, NY 10011;
Partners Ellenberg, 575 8th Ave # 16, New York, NY 10018-3055;
Partners In Care, 220 E 42nd St, Lbby 102, New York, NY 10017;

Partnership For Nyc, 1 Battery Park Plz, Fl 5, New York, NY 10004;
Pat Corsetti Inc., Manchester,Ct;
Pat Fay,, 235 E 42nd St, Rm 107, New York, NY 10017;
Paterno Asphalt Corp, 7 Edison Ave, Mt Vernon, NY 10550-5003;
Path Medical, 200 Chambers St # 26c, New York, NY 10007-1350;
Pathology & Laboratory Medical, 423 E 23rd St # 6163n, New York, NY 10010-5011;
Pathways To Housing, 186 E 123rd St, Fl 3, New York, NY 10035;
Patients Medical Pc, 1148 5th Ave # 1b, New York, NY 10128-0807;
Patriot Electric Corp, 1517 126th St, College Point, NY 11356;
Patterson Belknap Webb-Tyler, 1133 Avenue Of The America #22, New York, NY 10036-6731;
Patton Eakins Lipsett Martin, 488 Madison Ave # 1120, New York, NY 10022-5719;
Pau/Practice For Architecture & Urbanism, 215 Park Ave S, 1805, New York, NY 10003;
Paul A Castrucci Architect, 179 Rivington St, Suite 1a, New York, NY 10002-2601;
Paul Bunyon Tree Care, Inc., 33 Kirkwood Rd, Port Washington, NY 11050-1436;
Paul Dicpinigaitis Md, 833 Northern Blvd # 220, Great Neck, NY 11021-5339;
Paul J. Scariano Inc., 916 Old Nepperhan Ave,New Rochelle,NY,10703;
Paul Labrecque Salon, 14 E 60th St # 606, New York, NY 10022-7118;
Paul Michael Marketing Svc, 15916 Union Tpke # 302, Fresh Meadows, NY 11366-1955;
Paul Weiss, 1285 Avenue Of The Americas, Rm 200, New York, NY 10019;
Paul Wilmot Communications, 581 Avenue Of The Americas # 2, New York, NY 10011-2047;
Paws To The Pavement, 338 E 67th St, New York, NY 10065-6232;
Pazer & Epstein, 20 Vesey St # 700, New York, NY 10007-2922;
Pb Contracting, 95 Broadway Ste 1,Hicksville,NY,11801;
Pc Consulting Management Corp, 9 E 53rd St # 5, New York, NY 10022-4221;
Pc Richard And Son, 8607 144th St, Jamaica, NY 11435;
Pccs, 150 Granite Ave, Staten Island, NY 10303;
Pci Homecare Group, 336 W 263rd St, Bronx, NY 10471;
Pear Core Solutions, 9 E 40th St, Fl 5, New York, NY 10016;
Pearl Cohen Zedek Latzer Brtz, 1500 Broadway # 12, New York, NY 10036-4068;
Pearl Meyer And Partners, LLC, 461 5th Ave, Fl 19, New York, NY 10017;
Pearland, 3601 43rd Ave, Fl 1, Long Is City, NY 11101;
Pearls Construction LLC, 600 Third Ave 2nd Floor, New York, NY 10016-1919;
Pearson, 525 Fashion Ave, Fl 4, New York, NY 10018;
Peckar & Abramson A Pro Corp, 1325 Avenue Of The America #10, New York, NY 10019-7850;
Peckham Industries, Inc, 172 Prospect Hill Rd, Brewster, NY 10509;
Peconic Bay Medical Center, 784 Sprague St, North Baldwin, NY 11510;
Pediatric Hospital, 10 River Rd, Apt 3m, New York, NY 10044;
Peduto Construction Corporation, 7 Fourth St, New Rochelle, NY 10801-5903;
Peepels Mechanical Corp, 1027 Jackson Ave, Long Island City, NY 11101-5818;
Pegalis & Erickson, 1 Hollow Ln # 107, New Hyde Park, NY 11042-1215;
Pegram Enterprises, 5900 Arlington Ave, Apt 12e, Bronx, NY 10471;
Pei Architects, 257 Park Ave S, New York, NY 10010-7304;
Pei Cobb Freed-Partners Archt, 88 Pine St # 2, New York, NY 10005-1837;
Pei Partnership, 257 Park Ave S # 19, New York, NY 10010-7304;
Pelham Parkway Dialysis Ctr, 1400 Pelham Pkwy S # 5-1, Bronx, NY 10461-1119;
Pelham Pkwy Nursing Home, 2401 Laconia Ave, Bronx, NY 10469-1492;
Pelli Clarke Pelli Architects, 322 8th Ave # 11, New York, NY 10001-6780;
Pen Enterprises, Inc, 521 Coney Island Ave, Brooklyn, NY 11218-3423;
Pena & Kahn, 1250 Waters Pl # 901, Bronx, NY 10461-2733;
Penguin Random House, 1745 Broadway # 3, New York, NY 10019-4343;
Peninsula Counseling Ctr, 1355 Noel Ave, Hewlett, NY 11557-1306;
Peninsula General Nursing Home, 5015 Beach Channel Dr, Far Rockaway, NY 11691-1110;
Penn Plaza Consultants Group, 1122 Avenue J, Brooklyn, NY 11230-3665;
Penta City Gr. Jv, 32 Old Slip New York, NY 10005;
Pentegra Retirement Services, 108 Corporate Park Dr, Fl 4, White Plains, NY 10604;
Pentland Usa, 156 W 56th St, Ste 1200, New York, NY 10019;
Penton Learning, 535 5th Ave # 8, New York, NY 10017-8011;

People Care Inc, 110 Mamaroneck Ave # 2a, White Plains, NY 10601-5200;
Pepsi, 1111 Westchester Ave, White Plains, NY 10604-4001;
Perciballi Industries Inc, 48 Dutchess Ave Staten Island, NY 10304;
Percy Uris Natatorium, 3030 Broadway, New York, NY 10027-6902;
Perecman Firm PLLC, 250 W 57th St # 401, New York, NY 10107-0106;
Perella Weinberg Partners Lp, 767 5th Ave, Fl 3, New York, NY 10022;
Perelson Weiner Llp Certified, 299 Park Ave # 2, New York, NY 10171-0299;
Peretz Mirgang & Co Llp, 331 Madison Ave # 105, New York, NY 10017-5102;
Perfectaire Co Inc, 12411 101st Ave, S Richmond Hill, NY 11419-1409;
Perfection Drywall Tapers Inc, 774 E 48th St, Brooklyn, NY 11203;
Perfetto Contracting Company, Inc, 152 41st St Brooklyn, NY 11232;
Perfetto Enterprises Company Inc, 2319 Richmond Ter, Staten Island, NY 10302-1116;
Performance Health, 70 E 55th St # 2, New York, NY 10022-3396;
Performance Logic Inc, 200 E Broadway # 3e, New York, NY 10002-5501;
Perkan Concrete Corp, 14518 Liberty Ave, Jamaica, NY 11435;
Perkins & Will, 215 Park Ave S Fl 4, New York, NY 10003-1615;
Perkins Eastman Architects, 115 5th Ave, New York, NY 10003-1004;
Perl & Asch, 500 Mamaroneck Ave # 301, Harrison, NY 10528-1648;
Perlman And Perlman Esquires, 521 5th Ave, Fl 30, New York, NY 10017;
Permadur Ind. Inc., Hillsborough,NJ;
Permal Group Inc., 900 3rd Ave, Fl 28, New York, NY 10022;
Permission Data, 805 3rd Ave # 1501, New York, NY 10022-7556;
Pernod Ricard Usa LLC, 250 Park Ave, Ste 17a, New York, NY 10017;
Perry Consulting, 54 W 21st St # 607, New York, NY 10010-7349;
Person Centered Care Services, 150 Granite Ave, Staten Island, NY 10303;
Personal Touch, 3636 33rd St, Ste 501, Astoria, NY 11106;
Pesach Tikvah Door Of Hope, 18 Middleton St, Brooklyn, NY 11206-5415;
Peter F Poon Architects, 12 Mercer St # 5, New York, NY 10013-2518;
Peter J Catanzaro Inc, 126 41st Street, Brooklyn, NY 11232;
Peter J Kelley & Assoc, 36 E 20th St # 6, New York, NY 10003-1315;
Peter Merani Law Office, 1001 Avenue Of The Ameri #1800, New York, NY 10018-5515;
Peter Pennoyer Architects, 136 Madison Ave # 11, New York, NY 10016-6789;
Peter Scalamandre & Sons, 157 Albany Ave, Freeport, NY 11520-4710;
Petersan Group, 1430 Broadway # 1401, New York, NY 10018-3378;
Petracca & Sons, Inc., 1802 Petracca Pl Whitestone, NY 11357;
Petrie Division, 317 E 17th St, New York, NY 10003-3804;
Petrillo Stone Corp, 610 S Fulton Ave Mount Vernon, NY 10550;
Petrovano & Assoc, 25 Brooklyn Ave, Massapequa, NY 11758-4855;
Petsky Prunier LLC, 60 Broad St, Ste 3810, New York, NY 10004;
Pfizer Inc., 235 E 42nd St, Rm 107, New York, NY 10017;
Pg Drywall, 37 Vredenburgh Ave, Yonkers, NY 10704-2150;
Pharmaceutical Media Inc, 30 E 33rd St # 4, New York, NY 10016-5326;
Phelps Hospital Robotics, 701 N Broadway, Sleepy Hollow, NY 10591-1020;
Phelps Memorial Hospital, 701 N Broadway, Sleepy Hollow, NY 10591;
Philip Habib & Assoc, 102 Madison Ave # 11, New York, NY 10016-7473;
Philip Morris International Inc., 120 Park Ave, Fl 6, New York, NY 10017;
Philip Weintraub, 791 Park Ave, New York, NY 10021-3551;
Phillip Nizer Law Firm, 666 5th Ave # 28, New York, NY 10103-2601;
Phillips & Assoc, 45 Broadway # 620, New York, NY 10006-4010;
Phillips & Co Pc, 450 Park Ave # 1, New York, NY 10022-2626;
Phillips Group, 360 Park Ave S # 19, New York, NY 10010-1730;
Phillips Krantz & Assoc, 108 W 39th St # 600, New York, NY 10018-8282;
Phipps Construction Inc, 969 3rd Ave # 1a, New York, NY 10022-2065;
Physique 57, 180 Avenue Of The Americas, New York, NY 10013-1250;
Pi Capital Partners, 13618 39th Ave Fl 12, Flushing, NY 11354-5577;
Pibly Residential Program Inc, 2415 Westchester Ave, Bronx, NY 10461-3538;
Picciano & Scahill Pc, 900 Merchants Concourse # 310, Westbury, NY 11590-5114;

Picco Construction, 154 E Boston Post Rd # 14, Mamaroneck, NY 10543-3749;
Picis, 25 E Saint Marks Pl, Valley Stream, NY 11580;
Pico Electronics Inc, 143 Sparks Ave, Pelham, NY 10803-1856;
Piece Management, 117 S 2nd St,New Hyde Park,NY,11040;
Pierre Michel Inc, 135 E 57th St # 108, New York, NY 10022-2180;
Pierre Toussaint Family Health, 1110 Eastern Pkwy # 3, Brooklyn, NY 11213-4845;
Pillinger Miller Tarallo Lip, 570 Taxter Rd # 275, Elmsford, NY 10523-2311;
Pillori Associates, 333 Meadowlands Parkway Suite, Secaucus, NJ 07094;
Pillsbury, 1540 Broadway, Fl 22, New York, NY 10036;
Pilobolus, 601 W 26th St # 325, New York, NY 10001-1141;
Pinkhasov & Assoc, 260 Madison Ave # 204, New York, NY 10016-2401;
Pinnacle Commercial Development, 3822 River Rd, (Rear Building), Point Pleasant Boro, NJ 08742-2067;
Pioneer Landscaping & Asphalt & Paving Inc, 168 Townline Rd, Kings Park, NY 11754-4212;
Pioneer Underground Inc, 645 Cochiane Rd Morgan Hill, Ca 95037;
Pioneer Windows, 3 Expressway Plz # 221, Roslyn Heights, NY 11577-2033;
Pipe Doctor Plbg Htg & A C Inc, 80 E Hawthorne Ave, Valley Stream, NY 11580-6342;
Pippa Inc, 119 W 24th St, New York, NY 10011-1913;
Pirelli Tire LLC, 546 5th Ave, Fl 8, New York, NY 10036;
Pitney Bowes, 440 9th Ave, New York, NY 10001-1620;
Pitta & Giblin Llp, 120 Broadway # 2803, New York, NY 10271-2801;
Pivzarotti Ibc, 4000 Royal Ct, New Hyde Park, NY 11040-2640;
Pixacore, 1359 Broadway # 7, New York, NY 10018-7141;
Pixafy Inc, 575 8th Ave # 10, New York, NY 10018-3525;
Pizzarotti Ibc, 909 3rd Ave, Fl 15, New York, NY 10022;
Pizzo Brothers Inc, 161 E 109th St, New York, NY 10029-3606;
Pj Mech. Bldg. Services Corp., 55 Broad St New York, NY 10004;
Pjs Electric, Inc., 12 Potter Ave, New Rochelle, NY 10801-2107;
Pk Interiors Inc, 80 Route 6 Unit 504 Baldwin Place, NY 10505;
Pl Developments, 200 Hicks St, Westbury, NY 11590;
Planet Data Solutions, 555 Taxter Rd # 150, Elmsford, NY 10523-2367;
Planet Mechanical, 817 37th Ave, Long Island City, NY 11101-6010;
Planned Parenthood Federation Of America, 123 William St, Fl 9, New York, NY 10038;
Plant Construction LLC, 181 Broadway # 5, New York, NY 10007-3155;
Plasmanet Inc, Po Box 4562, New York, NY 10163-4562;
Plastic Surgery Group, 242 Merrick Rd # 302, Rockville Centre, NY 11570-5254;
Plastic Works, Po Box 51, Crompond, NY 10517-0051;
Platinum Maintenance Services Corporation, 120 Broadway Fl 36,New York,NY,10271;
Platt Byard Dovell White, 49 W 37th St # 400, New York, NY 10018-6238;
Platta Law Firm, 42 Broadway # 1927, New York, NY 10004-3865;
Platte Klarsfeld & Levine, 10 E 40th St # 46, New York, NY 10016-0303;
Platzer Swergold Karlin Levine, 475 Park Ave S # 18, New York, NY 10016-6901;
Plaxall Inc, 546 46th Ave, Long Island City, NY 11101-5248;
Playbill Inc, 729 7th Ave # 4, New York, NY 10019-6827;
Plaza Construction Corp, 1065 Avenue Of The Americas Fl 7, New York, NY 10018-0828;
Plaza Del Castillo Health, 1515 Southern Blvd, Bronx, NY 10460-5980;
Plaza Marine Inc, 66 New Hyde Park Rd # A, Garden City, NY 11530-3955;
Plaza Rehab & Nursing Ctr, 100 W Kingsbridge Rd # 100, Bronx, NY 10468-3962;
Pleatco Pure, 28 Garvies Point Rd, Glen Cove, NY 11542-2821;
Pls, 535 5th Ave, Fl 8, New York, NY 10017;
Plum Benefits LLC, 520 8th Ave # 2102, New York, NY 10018-4163;
Plumbers Local #1, 15829 Crossbay Blvd, Howard Beach, NY 11414;
Plus Three, Lp, 50 Broadway, Fl 28, New York, NY 10004;
Plush, 18 W 21st St # 10, New York, NY 10010-6929;
Plymouth Beef Co Inc, 355 Food Center Dr # G1, Bronx, NY 10474-7580;
Plymouth Chruch, 75 Hicks St, Brooklyn, NY 11201;
Pm Pediatrics Associates PLLC, 1203 65th St, Apt D, Brooklyn, NY 11219;
Pm Pediatrics, 596 Jericho Tpke, Syosset, NY 11791-4522;

Pms Construction Management, 92 North Ave, New Rochelle, NY 10801-7413;
Pmx Agency Inc., 1 World Trade Ctr, Fl 63, New York, NY 10007;
Pmy Construction Corp, 718 Columbia Ave, North Bergen, NJ 07047-1625;
Podell Schwartz Schecter, 605 3rd Ave # 18, New York, NY 10158-1899;
Pohlmann Construction, 550 W End Ave, New York, NY 10024-2707;
Polakoff & Michaelson Pc, 225 W 34th St # 1800, New York, NY 10122-1800;
Polan Construction, 124b S 8th St New Hyde Park, NY 11040;
Poler Contracting, 171 N 1st St, Brooklyn, NY 11211-4021;
Poles Tublin Stratakis-Gnzlz, 46 Trinity Pl # 5, New York, NY 10006-2288;
Polonia Development & Prsrvtn, 3811 Ditmars Blvd # 364, Astoria, NY 11105-1803;
Polymedco Inc, 510 Furnace Dock Rd, Cortlandt Manor, NY 10567-6220;
Pomerantz Llp, 600 3rd Ave, Fl 20, New York, NY 10016;
Pop2life LLC, 1 World Trade Ctr # 29, New York, NY 10007-0090;
Popimpresska Journal, 307 W 79th St # 917, New York, NY 10024-6150;
Popper & Co Llp, 192 Lexington Ave # 15, New York, NY 10016-6823;
Pops & Assoc Pc, 225 Broadway # 2001, New York, NY 10007-3005;
Population Council Inc, 1 Dag Hammarskjold Plz, Fl 3, New York, NY 10017;
Port Authority Of New York & New Jersey, 4 World Trade Center, 150 Greenwich St 21st Flr, New York, NY 10006-1100;
Port Chester Nursing & Rehab, 1000 High St, Port Chester, NY 10573-4402;
Port Chester Public Works, 82 Fox Island Rd, Port Chester, NY 10573-5008;
Port Crossing LLC, 1791 Fulton St, Brooklyn, NY 11233-3029;
Portigon, 589 8th Ave, Fl 2, New York, NY 10018;
Pos Electrical Contractors Inc, 64 Fulton St # 602, New York, NY 10038-2753;
Posca Servicenter Inc, 51 Central Ave, Tarrytown, NY 10591-3311;
Posen Architects LLC, 25 Columbia St, West Orange, NJ 07052-5507;
Posillico Civil, Inc., 131-36 20th Ave, Queens, NY 11356;
Positive Electrical Associates, Inc, 40 33rd St, Astoria,, Long Island City, NY 11101;
Positive Workforce Inc, 109 E 125th St, New York, NY 10035-1614;
Possible Worlds, 920 Broadway, New York, NY 10010-6004;
Postner & Rubin, 17 Battery Pl # 210, New York, NY 10004-1189;
Postworks, 609 Greenwich St # 8, New York, NY 10014-3668;
Potamkin Leasing, 678 11th Ave, New York, NY 10019-7047;
Poulos Remodeling Ltd, 160 W 75th St, New York, NY 10023-1915;
Powell Electric Manufacturing Co., 8967 Pleasantwood Ave Nw, North Canton, Oh 44720-4761;
Power Concepts LLC, 25 Broadway # 12, New York, NY 10004-1056;
Power Concrete Co Inc, 14730 76th Rd Flushing, NY 11367;
Power Cooling Inc, 4343 Vernon Blvd, Long Island City, NY 11101-6911;
Power Express, 1010 Northern Blvd, Ste 336, Great Neck, NY 11021;
Powergrid Construction Inc., 116 Madison Ave. Amityville, NY 11701;
Powley & Gibson, 60 Hudson St # 2203, New York, NY 10013-3315;
Poyry Management Consulting, 295 Madison Ave # 715, New York, NY 10017-7765;
Pqi Technologies Inc, 35 Lea Ann Ter, Wantagh, NY 11793-2122;
Pr Newswire Association LLC, 3 World Financial Ctr, Fl 19, New York, NY 10281;
Practical Energy Partners, 12175 W. Darkwood Dr. Star, Id 83669;
Practice Builders Medical Mgmt, 131 W 35th St # 7, New York, NY 10001-2111;
Praxis Press, 304 Park Ave S, New York, NY 10010-4301;
Praxis, 130 W 29th St, Fl 7, New York, NY 10001;
Precision Elevator Corp., 257 51st St Brooklyn, NY 11220;
Precision Gear Inc, 11207 14th Ave, College Point, NY 11356-1407;
Precision Health Inc, 101 Tyrellan Ave # 140, Staten Island, NY 10309-2651;
Precision Land Surveys, 40 Franklin Ave, Franklin Square, NY 11010-2527;
Precision Stone Inc, 95 Hopper St # 4, Westbury, NY 11590-4826;
Precision Techniques Inc, 1169 E 156th St, Bronx, NY 10474-6226;
Precision Window Systems Inc, 1632 E Market St York, Pa 17403;
Predictive Systems Inc, 19 W 44th St # 9, New York, NY 10036-6101;
Preferred Dental Care, 6154 Springfield Blvd, Oakland Gdns, NY 11364;

Preferred Health Partners, 200 Montague St, Brooklyn, NY 11201-3601;
Preferred Home Care, Inc., 2357 60th St, Ste 1, Brooklyn, NY 11204;
Premier Brands Of America Inc, 120 Pearl St, Mt Vernon, NY 10550-1725;
Premier Home Care, 42 Broadway # 21, New York, NY 10004-1643;
Premier Plumbing & Heating, 308 Jericho Tpke, New Hyde Park, NY 11040-4509;
Premier Plumbing & Piping Inc, 4180 Alden Dr, Mobile, Al 36693;
Premiere Enterprise Co Inc, 5235 74th St, Elmhurst, NY 11373-4108;
Premierwest Landscape, Inc., 406 S Lemon Ave Ste 1, Walnut, Ca 91789-2953;
Premium Technology, 32 Broadway # 501, New York, NY 10004-1670;
President Container, 290 Ballard Rd, Middletown, NY 10941;
Presidio, Inc., 1 Penn Plz, Ste 2832, New York, NY 10011;
Press Emil, 280 N Central Ave # 430, Hartsdale, NY 10530-1842;
Press Here Publicity, 138 W 25th St # 900, New York, NY 10001-7470;
Pressure, 110 University Pl, New York, NY 10003-4508;
Presti & Naegele, 225 W 35th St # 5, New York, NY 10001-1993;
Presti And Naegele, 225 W 35th St, Fl 5, New York, NY 10001;
Prestige Restoration & Mntnc, 3727 9th St, Long Island City, NY 11101-6002;
Prestige Stone & Pavers Corp, 22105 Corbett Rd Bayside, NY 11361;
Prestigious Maintenance Inc, 8920 Cooper Ave, Glendale, NY 11385-7920;
Prestone Printing Co Inc, 4750 30th St, Long Island City, NY 11101-3404;
Prfi, 145 W 15th St, New York, NY 10011;
Prima Paving Corp., 1 Burns Ave, Hicksville, NY 11801-2601;
Primary Care Faculty Assoc, 10 E 102nd St, New York, NY 10029-6030;
Primary Healthcare Plus, 1209 Hempstead Tpke, Franklin Sq, NY 11010;
Primary Support Solutions, 133 E 39th St # 1, New York, NY 10016-0912;
Primary Wave, 116 E 16th St # 9, New York, NY 10003-2123;
Prime Care Of NY Inc, 4355 147th St, Flushing, NY 11355-1736;
Prime Clerk LLC, 60 E 42nd St # 1440, New York, NY 10165-1446;
Prime Engineering, 664 Blue Point Road Unit B, Holtsville, NY 11742-2916;
Prime Home Health Svc LLC, 3125 Emmons Ave, Brooklyn, NY 11235-1724;
Prime Renovations Inc, 60 Riverside Blvd # 1011, New York, NY 10069-0213;
Primer Construction, 100 Maspeth Ave Brooklyn, NY 11211;
Prince Carpentry Inc, 1615 Northern Blvd, Ste 204, Manhasset, NY 11030;
Prince Seating Corp, 1355 Atlantic Ave, Brooklyn, NY 11216-2810;
Principal Builders Solutions, 125 E 23rd St # 400, New York, NY 10010-4582;
Priority One Jets, 15 Maiden Ln # 408, New York, NY 10038-5139;
Prismatic Development Corp, 60 Route 46 E, Fairfield, NJ 07004-3007;
Pristine Services Inc, Po Box 284, White Plains, NY 10605-0284;
Pritchard Industries Incorporated, 150 E 42nd St, Rm 701, New York, NY 10017;
Private Prep Inc, 19 W 21st St # 1004, New York, NY 10010-6844;
Pro Con Group Inc, 520 Industrial Loop Ste A,B,C,Staten Island,NY,10309;
Pro Metal Construction, 549 63rd St, Brooklyn, NY 11220-4607;
Pro Repair, 137 Commercial St # 300, Plainview, NY 11803-2410;
Probuildero Corp, 1721 Bath Ave, Brooklyn, NY 11214-4534;
Procida Construction Corp, 456 E 173rd St, Bronx, NY 10457-8198;
Pro-Con Group, 520 Industrial Loop, Staten Island, NY 10309-1121;
Professional Claims Bureau Inc, 439 Oak St, Garden City, NY 11530-6453;
Professional Data Systems, 10 New King St, Ste 215, White Plains, NY 10604;
Professional Maintenance, 218 Front St, Hempstead, NY 11550-3816;
Professional Pavers Corp, 4 Court Sq Long Island City, NY 11101;
Professional Touch, Po Box 575043, Whitestone, NY 11357-5043;
Proformance Systems Inc, 45 S 18th St, New Hyde Park, NY 11040-4918;
Prognos, 85 Broad St # 18, New York, NY 10004-2783;
Project Eye Consultants Inc., 2096 Clove Rd Staten Island, NY 10305;
Project For Public Spaces Inc, 740 Broadway # 1101, New York, NY 10003-9518;
Project Hospitality, 100 Park Ave, Staten Island, NY 10302;
Prokast Construction, 5630 60th St, Maspeth, NY 11378-2318;

Promedica Imaging, Po Box 170, East Meadow, NY 11554-0170;
Promenet Inc, 42 Broadway # 1639, New York, NY 10004-3808;
Promo Suite, 65 Broadway # 602, New York, NY 10006-2519;
Promotional Development Inc, 909 Remsen Ave, Brooklyn, NY 11236-1624;
Prompt Direct Inc, 66 Willow Ave # 1, Staten Island, NY 10305-1853;
Property Markets Group (Pmg), 111 Fifth Avenue, 6th Floor, New York, NY 10003-1949;
Propublica, 155 Avenue Of The Americas #13, New York, NY 10013-1549;
Proskauer Rose Llp, 11 Times Sq, Fl 17, New York, NY 10036;
Pro-Teck LLC, 85 Willow St, New Haven, Ct 06511-2668;
Protective Lining Corp, 601 39th St, Brooklyn, NY 11232-3101;
Protege Partners, 767 5th Ave, Ste 1600, New York, NY 10022;
Protiviti, 888 7th Ave, Fl 13, New York, NY 10107;
Proto Construction Corp, 3714 61st St, Woodside, NY 11377-2538;
Proton Construction Corp, 1171 61st St Brooklyn, NY 11219;
Prwt Service Inc, 1150 South Ave # 306, Staten Island, NY 10314-3404;
Psch Inc, 3050 Whitestone Expy, Ste 301a, Flushing, NY 11354;
Psi Plumbing Inc, 353 W 48th St # 3, New York, NY 10036-1324;
Psychology Today, 115 E 23rd St # 9, New York, NY 10010-4559;
Psyop Inc, 45 Howard St, Fl 5, New York, NY 10013;
Ptg Construction Corp, 200 Lexington Ave # Ld4, New York, NY 10016-6117;
Pts Consulting Inc, 1 Penn Plz # 1810, New York, NY 10119-1800;
Public Utilities Maintenance, 21226 99th Ave, Queens Village, NY 11429-1133;
Publicis Group, 1675 Broadway, Fl 2, New York, NY 10019;
Pullman Sst Inc., 330 W 38th St Rm 711, New York, NY 10018-8496;
Pulvers Pulvers & Thompson Llp, 950 3rd Ave # 11, New York, NY 10022-1328;
Punch & Jurists Ltd, 436 Fort Washington Ave # 6a, New York, NY 10033-3536;
Purcell Architects, 5 W 37th St, New York, NY 10018-6222;
Purchase Day Camp, 3095 Purchase St, Purchase, NY 10577-1715;
Pure Aire Mechanical Services Inc., 6 Fountayne Ct,Washingtonville,NY,10992;
Pure Insurance, 44 S Broadway, Ste 301, White Plains, NY 10601;
Pure Yoga, 203 E 86th St, New York, NY 10028-3114;
Purevoltage Hosting Inc, 85 10th Ave, New York, NY 10011-4725;
Purrington Moody Llp, 414 W 14th St # 4, New York, NY 10014-1035;
Pvh Corporation, 200 Madison Ave, Bsmt 1, New York, NY 10016;
Pypestream LLC, 122 W 26th St # 2, New York, NY 10001-6804;
Pyramid America, 1 Haven Ave, Mt Vernon, NY 10553-1328;
Pyramid Floor Covering Inc, 38 Harbor Park Dr, Port Washington, NY 11050-4602;
Pyrosignal & Suppression Inc, 4032 216th St, Bayside, NY 11361-2322;
Q Prime Inc, 729 7th Ave # 1600, New York, NY 10019-6880;
Qbecf, 6111 Queens Blvd, Flushing, NY 11377;
Qed Resources, 300 Park Ave # 17, New York, NY 10022-7402;
Qfit, 100 United Nations Plz # 16c, New York, NY 10017-1730;
Qsac, 253 W 35th St, Fl 14, New York, NY 10001;
Qto House, 1604 Spring Hill Rd Ste 331, Vienna, Va 22182-7510;
Quality Circle, Po Box 36, Montrose, NY 10548-0036;
Quality Dental Care, 211 W 79th St # 7, New York, NY 10024-6224;
Quality Fire Protection Inc, 225 W 34th St # 1919, New York, NY 10122-1990;
Quality Patterns Inc, 246 W 38th St # 9, New York, NY 10018-9076;
Quandrian, 195 Broadway, New York, NY 10007-3100;
Quantilus Inc, 1270 Avenue Of The Americas #7, New York, NY 10020-1702;
Queens Artificial Kidney Ctr, 3435 70th St, Flushing, NY 11372-1055;
Queens Blvd Extended Care, 6111 Queens Blvd, Woodside, NY 11377;
Queens Center For Progress, 8115 164th St, Jamaica, NY 11432-1118;
Queens Center For Rehab, 15715 19th Ave, Whitestone, NY 11357-3820;
Queens Community House, 10825 62nd Dr, Forest Hills, NY 11375;
Queens County Neuropsychiatric, 3764 72nd St, Jackson Heights, NY 11372-6143;
Queens Hospital Center, 8268 164th St, Jamaica, NY 11432;

Queens Law Associates, 11821 Queens Blvd, Ste 212, Forest Hills, NY 11375;
Queens Long Island Med Group, 14015 Sanford Ave, Flushing, NY 11355-2686;
Queens Medical Assoc, 17660 Union Tpke # 360, Fresh Meadows, NY 11366-1531;
Queens Medical Office Pc, 9033 Elmhurst Ave, Flushing, NY 11372-7935;
Queens Nassau Nursing Home, 520 Beach 19th St, Far Rockaway, NY 11691-4307;
Queens Peace Residence, 11030 221st St, Queens Village, NY 11429-2597;
Queens Surgicenter, 8340 Woodhaven Blvd, Glendale, NY 11385;
Quest Builders Group, 242 W 30th St # 503, New York, NY 10001-4927;
Quest Media, 920 3rd Ave, New York, NY 10022-3627;
Quick Usa Inc, 8 W 38th St # 802, New York, NY 10018-0162;
Quik-Trak Couriers, 267 W 17th St # 3, New York, NY 10011-5389;
Quinn & Co, 48 W 38th St # 12ph, New York, NY 10018-0039;
Quinn Mccabe Llp, 9 E 40th St # 14, New York, NY 10016-0402;
Quintairos Preito Wood & Boyer, 1250 Broadway # 3501, New York, NY 10001-3710;
Quintal Contracting Corp., 359 Main St Ste 1b, Islip, NY 11751-3521;
Quintessentially New York, 515 W 20th St # 6w, New York, NY 10011-2832;
Quirky, Inc., 606 W 28th St, Fl 7, New York, NY 10001;
Quislex, 1 World Financial Ctr # 3, New York, NY 10281-2798;
Quorum Federal Credit Union, 2500 Westchester Ave, Ste 411, Purchase, NY 10577;
Qvi, 4402 11th St, Ste 304, Long Is City, NY 11101;
Qwest Contracting Corp, 153 W 27th St # 502, New York, NY 10001-6257;
R & M Richards Inc, 1400 Broadway # 9, New York, NY 10018-0643;
R & N Construction Corp, 10 Beach St, Mt Vernon, NY 10550-1702;
R & R Scaffolding, 801 Astoria Blvd, Astoria, NY 11102-4028;
R A M S Mechanical Inc, 1501 132nd St, College Point, NY 11356-2441;
R A Rapaport Publishing Inc, 150 W 22nd St # 8, New York, NY 10011-6557;
R A Rodrigues Inc, 20 Seaview Blvd, Port Washington, NY 11050-4618;
R And L Heating, 904 Nepperhan Ave, Yonkers, NY 10703;
R Argento & Sons, 1 Prospect Ave, White Plains, NY 10607-1657;
R C Torre Construction Corp, 213 Railroad Ave, Bedford Hills, NY 10507-1403;
R D Management, 810 7th Ave # 10, New York, NY 10019-5887;
R D P Petroleum Inc, 528 Willett Ave, Port Chester, NY 10573-3130;
R D Wright Inc, 450 W 36th St, New York, NY 10018-6344;
R G Niederhoffer Capital Management Inc, 1700 Broadway, Fl 39, New York, NY 10019;
R J Green Const Corp, 183 Ocean Pkwy Apt 4d, Brooklyn, NY 11218-2510;
R J Michaels & Co Inc, 333 Dodd Street, Suite 4,East Orange,NJ,07017;
R P Brennan General Contrs, 29 W 36th St # 6, New York, NY 10018-7670;
R R Lalena Corp, 5926 55th Dr, Maspeth, NY 11378-2323;
R V Associates, 229 Chestnut Hill Drive,Liverpool,NY,13088;
R Wade Johnson Design Inc, 91 E Main St Ste 1, Bay Shore, NY 11706-8305;
R&B Services, Inc, 451 Sunrise Hwy # 4, Lynbrook, NY 11563-3037;
R.A.M.S. Mechanical Inc, 50-02 97th Place 1st Floor Corona, NY 11368;
R.B. Ignatow, 91 Green Street, Huntington, NY 11743;
R/Ga Digital Studios, 450 W 33rd St, Fl 12, New York, NY 10001;
Ra Consultants LLC, 512 7th Avenue 6th Floor, New York, NY 10018;
Ra Engineering Llp, 512 Seventh Avenue 6th Floor, New York, NY 10018;
Ra German Architect Pc, 230 7th St, Brooklyn, NY 11215-3208;
Ra Heintges Architects Conslnt, 440 Park Ave S # 15, New York, NY 10016-8012;
Rabbinical Assembly, 3080 Broadway, New York, NY 10027;
Rabin Martin,, 104 W 40th St, Fl 3, New York, NY 10018;
Rabinowitz Boudin Standard, 111 Broadway # 1102, New York, NY 10006-1943;
Rabo Securities Usa Inc., 245 Park Ave, Fl 36, New York, NY 10168;
Rabobank Nederland, 245 Park Ave, Fl 36, New York, NY 10168;
Rabsky Group, 505 Flushing Ave, Brooklyn, NY 11205-1649;
Rac Mechanical, 120 Hopper St # B, Westbury, NY 11590-4828;
Racanelli Construction Co. Inc., 1895 Walt Whitman Road Suite 1,, Melville, NY 11747;
Rachel N Becker Md, 876 Park Ave, New York, NY 10075-1832;

Racher Press Inc, 217 W 18th St # 309, New York, NY 10011-4516;
Racquet & Tennis Club, 370 Park Ave, New York, NY 10022-5968;
Radiac Research, 261 Kent Ave, Brooklyn, NY 11249-4120;
Radiation Oncology Assoc, 160 E 34th St, New York, NY 10016-4744;
Radical Media LLC, 435 Hudson St # 6, New York, NY 10014-3900;
Radin Glass & Co Llp, 360 Lexington Ave # 22, New York, NY 10017-6528;
Radiology Associates-Brooklyn, 2021 Avenue X, Brooklyn, NY 11235-2905;
Radson Development LLC, 77 Cuttermill Rd, Great Neck, NY 11021-3153;
Rael Automatic Sprinkler, 1750 Plaza Ave, New Hyde Park, NY 11040-4946;
Rafael Via A Oly Architects Pc, 375 Pearl St # 31, New York, NY 10038-1442;
Raff & Becker, 470 Park Ave S # 3n, New York, NY 10016-6956;
Ragozin Inc, 56 E 11th St # 2, New York, NY 10003-6017;
Raich Ende Malter & Co Llp, 1375 Broadway # 15, New York, NY 10018-7036;
Railroad Construction Company Inc, 221 Beach 80th Street, Far Rockaway, NY 11693;
Railworks Transit, Inc, 83 Central Ave Farmingdale, NY 11735;
Railworks, 659 Rhinelander Ave, Bronx, NY 10462;
Rain Forest Alliance, 665 Broadway, Ste 500, New York, NY 10012;
Rainbow Group Ltd, 67 Irving Pl # 9, New York, NY 10003-2202;
Raje, 2915 Ocean Pkwy, Brooklyn, NY 11235;
Ralph Appelbaum Assoc Inc, 88 Pine St # 29, New York, NY 10005-1843;
Ralph Interactive, 125 Lafayette St # 4, New York, NY 10013-3100;
Ramapo Manor, 30 Cragmere Rd, Airmont, NY 10901;
Ramapo Radiology Associates, Pc, 972 Route 45, Ste 204, Pomona, NY 10970;
Ramius Securities, L.L.C., 666 3rd Ave, Fl 26, New York, NY 10017;
Rampart Brokerage Corp., 1983 Marcus Ave, Ste C130, New Hyde Park, NY 11042;
Ramsey Constructors Inc, 5711 Gateway Park Lakeville, NY 14480;
Rand Engineering-Architecture, 159 W 25th St # 12, New York, NY 10001-7218;
Rand Rosenzweig Radley-Gordon, 800 3rd Ave # 2600, New York, NY 10022-7787;
Rand Solutions Inc, 574 Industrial Loop, Staten Island, NY 10309-1121;
Raoul Lionel Felder Law Firm, 437 Madison Ave # 36, New York, NY 10022-7001;
Rapp Worldwide Inc., 437 Madison Ave, Bsmt 2, New York, NY 10022;
Rappaport Hertz Cherson, 11835 Queens Blvd # 900, Flushing, NY 11375-7252;
Raptor Trading Systems, 292 Madison Ave # 22, New York, NY 10017-6311;
Raul Construction LLC, 10 Pleasant St, New Rochelle, NY 10801-2208;
Raw Information Group, 262 W 38th St # 607, New York, NY 10018-9190;
Ray Blau Partner Image Office Environments LLC, 1154 Route 22 West Mountainside, NJ 07092;
Ray Builders, 1270 Broadway # 606, New York, NY 10001-3224;
Ray Catena Lexus, 525 Tarrytown Rd, White Plains, NY 10607-1315;
Raymond Chan Architect Pc, 136-40 39th Ave, Flushing, NY 11354-5536;
Raynor Marketing Ltd, 525 Hempstead Tpke # 1, West Hempstead, NY 11552-1155;
Razaline Builders Inc., 1765 Stillwell Ave, Brooklyn, NY 11223-1006;
Rbs, 6 Fieldstone Rd, Rye, NY 10580;
Rc Construction, 1911 Church Ave # B, Brooklyn, NY 11226-3707;
Rca Asphalt, 7 Edison Ave, Mt Vernon, NY 10550-5003;
Rd Weis Companies, 220 Grace Church St, Ste 1, Port Chester, NY 10573;
Rdg - Rodney D Gibble Consulting Engrs, 18 W 21st St Fl 3, New York, NY 10010-6923;
Re New Construction Co Inc, 11001 Atlantic Ave, Richmond Hill, NY 11418-3044;
Reading International Inc, 5995 Sepulveda Blvd Suite 300, Culver City, Ca 90230;
Ready To Assemble Co, 115 S Corona Ave # 1a, Valley Stream, NY 11580-6221;
Realm, 380 Madison Ave, New York, NY 10017-2517;
Reavis Parent & Lehrer, 41 Madison Ave # 4102, New York, NY 10010-2347;
Rebekah Nursing Home, 1072 Havemeyer Ave, Bronx, NY 10462-5310;
Rebt Corp, 37 Groton St Staten Island, NY 10312;
Recap, 40 Smith St, Middletown, NY 10940;
Red & Blue Construction Corp, 677 Ashford St,Brooklyn,NY,11207;
Red Apple Surf Realty Iii, LLC, 800 Third Avenue 5th Floor, New York, NY 10022;
Red Hawk Fire And Security, 6 Skyline Dr,Hawthorne,NY,10532;

Red Light Management Inc, 10 E 40th St # 22, New York, NY 10016-0201;
Red Rock Industries Inc, Po Box 1037, Plainview, NY 11803-0020;
Red Tie, 160 Butler St, Westbury, NY 11590-3130;
Reddy Levy & Ziffer Pc, 11 Broadway # 968, New York, NY 10004-1347;
Redeemer Presbyterian Church, 1359 Broadway, Fl 4, New York, NY 10018;
Redi Construction Inc, 5 White St # 4b, New York, NY 10013-2471;
Redsky Capital, 3 Hope St, Brooklyn, NY 11211;
Redstone Construction - Crossroads Construction, 646 Middle Country Road Smithtown, NY 11787;
Refurbco Inc, 226 Washington St, Mt Vernon, NY 10553-1017;
Regal Home Collections, 295 5th Ave # 801, New York, NY 10016-7103;
Regeis Care Ctr, 3200 Baychester Ave, Bronx, NY 10475-1513;
Regency At Glen Cove, 94 School St, Glen Cove, NY 11542-2513;
Regency Extended Care Ctr, 65 Ashburton Ave, Yonkers, NY 10701-2930;
Regeneron Pharmaceuticals, Inc., 777 Old Saw Mill River Rd, Ste 10, Tarrytown, NY 10591;
Regent International Inc, 1411 Broadway # 7, New York, NY 10018-3401;
Regional Aid For Interim Needs, 811 Morris Park Ave, Bronx, NY 10462-3605;
Regional Radiology Outerbridge, 4849 Arthur Kill Rd, Staten Island, NY 10309-2630;
Regional Radiology, 360 Bard Ave, Staten Island, NY 10310-1666;
Rego Park Medical Assoc, 5910 Junction Blvd, Flushing, NY 11373-5156;
Rego Park Nursing Home, 11126 Corona Ave, Corona, NY 11368-4096;
Rehabilitation And Health Care, 121 Dunning Rd, Middletown, NY 10940;
Reich And Tang, 1411 Broadway, Fl 28, New York, NY 10018;
Reicon Group LLC, 1983 Richmond Ter, Staten Island, NY 10302-1201;
Reidy Contracting, 120 W 31st St # 700, New York, NY 10001-3407;
Reisman Peirez Reisman, 1305 Franklin Ave # 270, Garden City, NY 11530-7902;
Reitler Kailas & Rosenblatt, 885 3rd Ave # 20, New York, NY 10022-4834;
Related Companies, 60 Columbus Cir, New York, NY 10023-5800;
Related Partners, 60 Columbus Cir, Fl 19, New York, NY 10023;
Reliance Machining Inc, 4335 Vernon Blvd, Long Island City, NY 11101-6911;
Rem Residential, 36 W 37th St # 8, New York, NY 10018-7352;
Remax Construction LLC, 18006 Union Tpke Fresh Meadows, NY 11366;
Rembar Co, Po Box 67, Dobbs Ferry, NY 10522-0067;
Reme Construction, 51 Furnace Dock Rd, Croton On Hudson, NY 10520-1406;
Remede Consulting, 99 Tulip Ave # 104, Floral Park, NY 11001-1927;
Remodeling Consultants, 500 Halstead Ave, Mamaroneck, NY 10543-2714;
Renaissance Home Care Agency, 1535 Rockaway Pkwy, Brooklyn, NY 11236;
Rencap Securities, Inc., 780 3rd Ave, Fl 20, New York, NY 10017;
Rennon Cons. Corp., 112 Hillside Blvd,New Hyde Park,NY,11040;
Renotal Construction Corp, 167 Madison Ave # 505, New York, NY 10016-5430;
Renovated Home 1 Ltd, 401 E 76th St # 2, New York, NY 10021-2559;
Renu Contracting & Restoration Inc, 1215 Sunrise Hwy Copiague, NY 11726;
Renval Construction LLC, Po Box 8511, New York, NY 10116-8511;
Repair The World, 1460 Broadway, Fl 4, New York, NY 10036;
Respiratory Specialists, 59 Main St, Brewster, NY 10509;
Resplandecer Inc, 512 Cherry Ln, Floral Park, NY 11001-1613;
Restani Construction, 42-40 Berrian Blvd, Astoria, NY 11105-1008;
Restorative Medicine Pc Judith, 410 Lakeville Rd, New Hyde Park, NY 11042-1101;
Resume-Riter, 139 Fulton St # 415, New York, NY 10038-2536;
Revival Home Health, 5350 Kings Hwy, Brooklyn, NY 11203;
Rga Mechanical Corp, 742 E 9th St, New York, NY 10009-5334;
Rgbs Enterprises Inc, 2842 Richmond Ter, Staten Island, NY 10303-2321;
Rgenix Inc, 310 E 67th St # 1-12, New York, NY 10065-6275;
Rheembell & Mermelstein Llp, 20 W 36th St # 12, New York, NY 10018-9703;
Rheingold Giuffra Ruffo, 551 5th Ave # 29, New York, NY 10176-2999;
Rheumatology Arthritis Ctr, 120 Mineola Blvd # 410, Mineola, NY 11501-4077;
Rheumatology Associates, 50 Plaza W # G73, Valhalla, NY 10595-1585;
Rhoda Lee Inc, 77 W 55th St # 4k, New York, NY 10019-4920;

Ribeiro & Dunsky, 37 W 47th St # 902, New York, NY 10036-2859;
Ric Lo, 6 Tappan Dr, Monroe, NY 10950;
Ricci Greene Assoc, 1330 Avenue Of The America #28, New York, NY 10019-5461;
Richard Fleischman And Assocs, 330 Madison Ave, Fl 19, New York, NY 10017;
Richard Meier And Partners, 475 10th Ave, Fl 6, New York, NY 10018;
Richard Rodgers Theatre, 226 W 46th St, New York, NY 10036-1495;
Richard Spears & Kibbes Inc, 1 Chase Manhattan Plz # 57, New York, NY 10005-1418;
Richard Tarzia Corp, 22 E Broadway # 2, New York, NY 10002-6857;
Richards Plumbing & Heating Co Inc, 2121 Coyle Street, Brooklyn, NY 11229;
Richardson Barnes, 100 William St # 305, New York, NY 10038-4562;
Richline Group, Inc., 1385 Broadway, Fl 14, New York, NY 10018;
Richmond Elevator Co Inc, 17 Rector St, Staten Island, NY 10310-1223;
Richmond Hill Medical Office, 12506 101st Ave, Jamaica, NY 11419-1412;
Richter & Ratner, 45 W 36th St # 12, New York, NY 10018-7630;
Rici Corporation, 41 Liberty St Passaic, NJ 07055;
Ride Inc, 311 W 43rd St # 206, New York, NY 10036-6032;
Ridge Abstract Corp, 9201 4th Ave, Ste 1, Brooklyn, NY 11209;
Ridgewood Savings Bank, 7102 Forest Ave, Ridgewood, NY 11385;
Rifenburg Construction Inc, 159 Brick Church Road Troy, NY 12180;
Riff Raff Films LLC, 129 Grand St, New York, NY 10013-5923;
Riggs Construction Co Inc, 213 Washington Ave Brooklyn, NY 11205;
Rightway Solution, 1441 Broadway # 5, New York, NY 10018-1905;
Rimani Group Inc, 127 Miller Pl, Mount Vernon, NY 10550-4728;
Rimlet Home Improvement, 23731 Jamaica Ave, Bellerose, NY 11426-1050;
Rising Hope Inc, 41 Driftwood, Somers, NY 10589-1607;
Rising Sun Construction, 54 Magnolia Ave, Unit 4-5 Jersey City, NJ 07306;
Risk Management International,, 14 S Maryland Ave, Prt Washingtn, NY 11050;
Riskified, 220 5th Ave # 1300, New York, NY 10001-7722;
Rite-Way Demolition Inc, 6405 34th Ave # 1, Woodside, NY 11377-2289;
River East Anesthesia Assoc., 50 W 139th St, Apt 6q, New York, NY 10037;
River Manor Care Ctr, 611 E 103rd St, Brooklyn, NY 11236-2501;
Riverdale Mental Health Assn, 5676 Riverdale Ave # 202, Bronx, NY 10471-2100;
Riverdale Nursing Home, 641 W 230th St, Bronx, NY 10463-3399;
Riverdale Painting Corp., 580 Sylvan Ave Ste Mc Englewood Cliffs, NJ 07632;
Riverside Abstract, 2059 E 34th St, Brooklyn, NY 11234;
Riverside Developers Usa Inc, 266 Broadway Suite 301, Brooklyn, NY 11211-7616;
Rivkin Radler Llp, 926 Rxr Plz, Uniondale, NY 11556;
Rj Brunoinc, 30 Portsmouth Ave,Staten Island,NY,10301;
Rj Capital Holdings, 215-15 Northern Blvd, 3rd Fl, Bayside, NY 11361;
Rj Green Construction Corp, 814 Coney Island Ave Brooklyn, NY 11218;
Rj Industries Inc, 75 E Bethpage Rd, Plainview, NY 11803-4225;
Rjg Consultants Inc, 1980 Flatbush Ave, Brooklyn, NY 11234-2818;
Rjr Maintenance Group Inc, 32 Broadway # 204, New York, NY 10004-1507;
Rjs Construction Corp, 167 Madison Ave, New York, NY 10016-5430;
Rktb Architects, 226 West 26 Street, New York, NY 10001-2421;
Rlb General Construction, 14216 56th Rd, Flushing, NY 11355-5316;
Rlc Electronics Inc, 83 Radio Circle Dr, Mt Kisco, NY 10549-2622;
Rml Construction Inc, 500 13th St,Carlstadt,NJ,07072;
Rmsk Contracting Corp, 440 West St Ste 316 Fort Lee, NJ 07024;
Rnh Electric, 245 Highway 79 N Morganville, NJ 07751;
Robb Industrial Corp., 8821 183rd St Hollis, NY 11423;
Robelan Displays Inc, 395 Westbury Blvd, Hempstead, NY 11550-1900;
Robell Painting, 960 Easton Street Ronkonkoma, NY 11779;
Robert A Cardali & Assoc Llp, 39 Broadway # 35, New York, NY 10006-3045;
Robert B Samuels Inc, 253 W 35th St # 5, New York, NY 10001-1907;
Robert Con Co LLC, 15051 116th Rd Jamaica Jamaica, NY 11434;
Robert Couturier Inc, 271 Madison Ave # 1108, New York, NY 10016-1003;

Robert Derector Associates, 19 W 44th St, New York, NY 10036-5902;
Robert Martin, 100 Clearbrook Rd, Ste 275, Elmsford, NY 10523;
Robert Silman Associates Pc, 32 Old Slip, 10th Floor, New York, NY 10005-3500;
Robert Spevack Law Ofc, 150 Broadway # 20, New York, NY 10038-4485;
Robert W Parchment Plb & Htg, 3281 Broadway New York, NY 10027;
Roberto Clemente Family, 540 E 13th St, New York, NY 10009-3519;
Roberts & Ritholz Llp, 235 Park Ave S # 3, New York, NY 10003-1405;
Roberts Group, 140 E 45th St # 11, New York, NY 10017-7154;
Robinson & Yablon, 232 Madison Ave # 909, New York, NY 10016-2938;
Robinson Brog Leinwand, 875 3rd Ave # 9, New York, NY 10022-0123;
Roc Mar Contracting Corp, 620 Commerce St, Thornwood, NY 10594-1328;
Rocal Inc, 3186 County Road 550, Frankfort, Oh 45628;
Rocco Agostino Land & General Construction, 53-46 97th Place Corona, NY 11368;
Rock Mills Steel Product Corp, 3 Hayden Ave, Great Neck, NY 11024;
Rockaway Care Ctr, 353 Beach 48th St, Far Rockaway, NY 11691-1120;
Rockaway Mental Health Svc, 1329 Beach Channel Dr, Far Rockaway, NY 11691-3211;
Rockefeller Group, 1221 Avenue Of The Americas, New York, NY 10020-1001;
Rockefeller University Hospital, 1230 York Ave,, New York, NY 10065;
Rocketrip Inc, 14 E 38th St # 2, New York, NY 10016-0640;
Rockland Psychiatric Center, 140 Old Orangeburg Rd, Ste 6, Orangeburg, NY 10962;
Rockledge Scaffold Corp, 808 Nepperhan Ave, Yonkers, NY 10703-2011;
Rockrose Construction Corp, 300 Park Ave S # 14, New York, NY 10010-5349;
Rockrose Dev Corp, 15 E 26th St, Fl 7, New York, NY 10010;
Rockrose Development Corporation, 15 E 26th St Fl 7, New York, NY 10010-1503;
Rockwell Architecture, Planning, 5 Union Sq W, New York, NY 10003-3306;
Rockwell Group, 5 Union Sq W # 8, New York, NY 10003-3306;
Rocon Plumbing & Heating Corp., 16 1st St New Hyde Park, NY 11040;
Rodel Electrical Inc, 1220 37th Ave, Long Island City, NY 11101-6029;
Rodney D. Gibble Consulting Eng, 18 West 21st Stret 3rd Floor, New York, NY 10010;
Roe Corporation, 267 Broadway Fl 2, New York, NY 10007-2354;
Roebell Painting Co, 960 Easton Street Ronkonkoma, NY 11779;
Roger Abi-Zeid, 2000 Duke St Ste 300, Alexandria, Va 22314-6101;
Rogers Burgun Shahine & Dschlr, 161 William St, New York, NY 10038-2607;
Rogers Surveying, 2420 Arthur Kill Rd, Staten Island, NY 10309-1212;
Rogoff And Company, 355 Lexington Ave, Fl 6, New York, NY 10017;
Rogue Bear Press, Po Box 513, Ardsley, NY 10502-0513;
Rojas Construction Corp, 2049 5th Ave # 3b, New York, NY 10035-1516;
Rokkan, 375 Hudson St # 14, New York, NY 10014-7457;
Rolando Mechanical Corp, 2415 45th St, Astoria, NY 11103-1024;
Rolling Gate Repair & Svc, 35 W 125th St, New York, NY 10027-4511;
Rolling River Day Sch & Camp, 477 Ocean Ave, East Rockaway, NY 11518-1225;
Roma Stone Co Po Box, 589 N Chelmsford, Ma 01863;
Romac Electronics Inc, 155 E Ames Ct # 1, Plainview, NY 11803-2383;
Roman & Williams, 324 Lafayette St # 6, New York, NY 10012-2726;
Roman Stone Construction Co, 85 South 4 St,Bayshore,NY,11706;
Romano Gatland, 58 Albany Avenue,, Suite 201, Amityville, NY 11701;
Romanoff Consultants, 200 Broadway # 3, New York, NY 10038-2542;
Romer Debbas Llp, 275 Madison Ave # 801, New York, NY 10016-1153;
Romonel Roman, 193-05 Salerno Ave, Hollis, NY 11423;
Ronbar Lab Inc, 5202 Van Dam St, Long Island City, NY 11101-3221;
Ronemus & Vilensky, 112 Madison Ave # 2, New York, NY 10016-7416;
Ronnette Riley Architect, 494 8th Ave # 1500, New York, NY 10001-2557;
Roof Studio, 249 W Broadway # 2c, New York, NY 10013-2463;
Roosevelt Island Operating Corporation, 591 Main St, Roosevelt Island, NY 10044-0002;
Roraima Consulting Inc., 1 Cross Island Plz, Ste 114, Rosedale, NY 11422;
Rosary Hill Home, 600 Linda Ave, Hawthorne, NY 10532;
Rose Medical, 22104 99th Ave, Queens Vlg, NY 11429;

Roseland Construction Corp, 1650 Broadway # 311, New York, NY 10019-6970;
Rosemar Contracting, 1014 Lakeshore Dr,Po Box 16,Patchogue,NY,11772;
Rosen Group, 44 Wall St # 705, New York, NY 10005-2410;
Rosenberg & Estis Pc, 733 3rd Ave # 1200, New York, NY 10017-3293;
Rosenberg And Estis Pc, 733 3rd Ave, Rm 1200, New York, NY 10017;
Rosenberg Neuwirth & Kuchner, 685 3rd Ave # 4, New York, NY 10017-8408;
Rosenblum Eye Ctr, 220 Madison Ave # 2, New York, NY 10016-3422;
Rosenman & Colin, 575 Madison Ave # 26, New York, NY 10022-2511;
Rosenthal And Rosenthal, 1370 Broadway, Frnt, New York, NY 10018;
Rosenthal Discovery-Invention, 7 Woodybrook Ln, Croton On Hudson, NY 10520-3201;
Rosenwach Tank Co LLC, 4302 Ditmars Blvd # 2, Astoria, NY 11105-1337;
Rosetta Radiology, 1421 3rd Ave, New York, NY 10028-1900;
Rosin & Reiniger, 228 E 45th St # 900, New York, NY 10017-3337;
Rosin Steinhagen Mendel, 228 E 45th St # 900, New York, NY 10017-3337;
Rosner Nocera & Ragone Llp, 61 Broadway # 1900, New York, NY 10006-2706;
Rosovich Assoc In, 26102 Union Tpke, Floral Park, NY 11004;
Ross Laboratory Sales Corp, 167 Route 304 Ste B-5 Bardonia, NY 10954;
Roth & Roth, 192 Lexington Ave # 802, New York, NY 10016-6912;
Roth Built Construction LLC, 70 W 11th St, New York, NY 10011-8628;
Roth Painting Company, 441 Lexington Ave, Rm 1401, New York, NY 10017;
Rothschild Inc., 1251 Avenue Of The Americas, Fl 44, New York, NY 10020;
Rottenberg Lipman & Rich, 230 Park Ave # 1825, New York, NY 10169-1302;
Round Star Inc, 606 Columbus Ave # 200, New York, NY 10024-1475;
Roundabout Theatre Company, 231 W 39th St, Fl 12, New York, NY 10018;
Roundsquare Builders LLC, 115 W 27 Street Fl 9, New York, NY 10001;
Roundsquare Development, 147 West 35th Street Suite 904, New York, NY 10001;
Roura & Shannon, 225 Broadway # 307, New York, NY 10007-3907;
Royal Builders Group Inc, 8010 Cross Island Pkwy, Bellerose, NY 11426-1339;
Royal Health Care, 9777 Queens Blvd # Twr2, Rego Park, NY 11374-3339;
Royalty Pharma, 110 E 59th St # 33, New York, NY 10022-1382;
Rr Donnelley, 338 Mosel Ave, Staten Island, NY 10304;
Rsg Systems Inc, 450 Lexington Ave # 4, New York, NY 10017-3912;
Rsn Construction Co., Inc., 16 Sycamore Ln, Roslyn Heights, NY 11577-2522;
Ruben's Group Inc, 1738 Crotona Park E Bronx, NY 10460;
Rubenstein Partners, 2929 Arch St Fl 28, Philadelphia, Pa 19104-2857;
Rubenstein, 825 8th Ave # 34, New York, NY 10019-7446;
Rubin Abramson Llp, 225 Broadway # 400, New York, NY 10007-3906;
Rubin Fiorella & Friedman Llp, 630 3rd Ave # 3, New York, NY 10017-6773;
Rubin Marsha, 525 E 68th St, New York, NY 10065;
Ruder Finn, 425 E 53rd St, New York, NY 10022;
Rudin Management Company, 345 Park Ave Fl 33, New York, NY 10154-0004;
Ruhle Companies Inc, 99 Wall St, Valhalla, NY 10595;
Ruhof Corp, 393 Sagamore Ave, Mineola, NY 11501-1919;
Rumc, 85 Narrows Rd N, Apt D, Staten Island, NY 10305;
Run Rite Mechanical Corp., 113 13th St, # A, Brooklyn, NY 11215;
Runtime Technologies, 515 Greenwich St # 505, New York, NY 10013-1097;
Rusk Renovations Inc, 39 W 37th St # 15a, New York, NY 10018-6299;
Ruskin Moscou Faltischek Pc, 1425 Rxr Plz # 15-East, Uniondale, NY 11556-3807;
Russell Reynolds Assocaites, 450 Lexington Ave, Fl 12, New York, NY 10017;
Russo & Burke, 600 3rd Ave # 1503, New York, NY 10016-1909;
Russo & Keane, 33 Whitehall St # 16, New York, NY 10004-3604;
Russo And Toner Llp, 33 Whitehall St, Ste 16, New York, NY 10004;
Russo Apoz Nanski & Hellrich, 875 Merrick Ave, Westbury, NY 11590-6603;
Russo Development Enterprise, 275 Henry Street Inwood, NY 11096;
Rx Mosaic Health LLC, 711 3rd Ave, Rm 1804, New York, NY 10017;
Rxr Corp, 625 Rxr Plz, Uniondale, NY 11556-3815;
Rxr Realty, 625 Rxr Plaza, Uniondale, NY 11556-3815;

Ryan Health, 110 W 97th St, New York, NY 10025;
Ryan-Nena Community Health, 279 E 3rd St, New York, NY 10009-7813;
Ryder Construction Inc, 519 8th Ave # 16, New York, NY 10018-4578;
Rye Radiology Assoc, 30 Rye Ridge Plz, Rye Brook, NY 10573-2830;
Rzo LLC, 250 W 57th St # 23, New York, NY 10107-2301;

**SDNY Case No. 1:21-cv-00762-LJL Oriska Corporation v. Bay Park Center for Nursing and Rehabilitation**

**Noticed via First Class Mail**
**Employer Defendants (no attorney representation):**

Bay Park Center for Nursing and Rehabilitation LLC 801 Co-op City Blvd  Bronx, NY 10475
Eastchester Rehabilitation and Health Care Center, LLC 2700 Eastchester Road Bronx, NY 10469
Kingsbridge Heights Receiver, LLC , 32 East 57th Street, 10th Floor, New York New York 10022
NMC Acquisition, LLC d/b/a Nathan Miller Center for Nursing Care , 37 Dekalb Avenue, White Plaints NY 10605.
Throgs Neck Operating Company, 707 Throgs Neck Expressway Bronx, NY 10465.
White Plains Center for Nursing, LLC, 220 West Post Road, White Plains, NY10606

**Via US Postal Service**
**Owner Operator Defendants (No attorney representation)**
Aaron Becher with a last known address of 355 Broadway, Lawrence, NY 11598
Aaron Unger with a last known address of 14744 76th Ave, Flushing, NY 11376
Avi Philipson, with last known address of 22 Pleasant Ridge Road, Spring Valley, NY 10977
Agnes Arnestein, 220 West Post Road, White Plains, NY10606
Alan Chopp with a last known address of 5401 Collins Ave #635 Miami Beach FL 33140
Alan Kessler with a last known address of 129 Prospect Avenue, Cedarhurst, NY 11516
Allen Kass with a last known address of 131 Hickory Kingdom Rd, Bedford, NY 10506
Andrew Freundlich with a last known address of 52 Elmwood Pl Short Hills, NJ 07078
Anne Gottleib with a last known address of 1462 East 27th Street, Brooklyn, NY 11210
Anthony Bacchi with a last known address of 99 Golden Hill Drive, Kingston, NY 12401
Arnold Klapper with a last known address of 2311 Olean Street, Brooklyn, NY 11210
Barry Leistner, 3015 West 29th Street, Brooklyn, NY 11224
Ben Philipson with a last known address of 22 Pleasant Ridge Road, Spring Valley, NY 10977
Ben Landa with a last known address of 182 Briarwood Crossing, Lawrence, NY 11559
Benjamin Landa with a last known address of 182 Briarwood Crossing, Lawrence, NY 11559
Benjamin Farbenblum with a last known address of 147 Avenue O, 1st Floor, Brooklyn NY 11204
Benjamin Fishoff with a last known address of 240 Viola Road, Monsey NY 10952
Bent Philipson with a last known address of 22 Pleasant Ridge Road, Spring Valley, NY 10977
Berish Rubenstein with a last known address of 951 Broadway, Woodmere, NY 11598
Chana Lerner with a last known address of 1020 Ocean Parkway, Brooklyn, NY 11230
David Bloom with a last known address of 136 Beach 117th St Apt 513, Rockaway Park NY 11694
David Freid with a last known address of 2510 Avenue K, 1st Floor, First Door, Brooklyn NY 11210
David Hoffman with a last known address of 233 E 69TH ST, New York NY 10021
David Jones with a last known address of 4 Cedar St, Massapequa, NY 11758
Deborah Philipson with a last known address of 22 Pleasant Ridge Road, Spring Valley, NY 10977
Diana R. Koehler, 3015 West 29th Street, Brooklyn, NY 11224
Dianna Koehler, 3015 West 29th Street, Brooklyn, NY 11224
Eugene Nachamkin, 9 Covington Court, Schenectady, NY 12309,
Eli Greenspan with a last known address of 11 Virginia Avenue, Clifton, NY 07012
Eric Kalt, 3015 West 29th Street, Brooklyn, NY 11224
Esther Farkovits with a last known address of 37 Mesier Avenue, Wappinger Falls, NY 12508
Gabor Adler with a last known address of 7 Balint Dr Apt 323, Yonkers NY 10710
Gabriel Mordechey, 250 Beach 17th Street, Far Rockaway NY 11691
Gavriel Mordechaev, 250 Beach 17th Street, Far Rockaway NY 11691

George Adler, 1 Greenwich Street Hempstead, NY 11550
George Klein with a last known address of 2824 Clubhouse Rd, Merrick NY 11566
Girshas Minster, 1 Greenwich Street Hempstead, NY 11550
Helen Webster with a last known address of 1840 58th Street, Brooklyn NY 11204
Henry Shayovitz, 3015 West 29th Street, Brooklyn, NY 11224
Hindy Sirkis with a last known address of 5814 17th Ave, Brooklyn, NY 11204
Henry Sirkis 5814 17th Ave., Brooklyn, NY 11204
Howard Belford with a last known address of 3015 West 29th Street, Brooklyn NY 11224
Howard Krant, 5353 Merrick Road Massapequa, NY 11758
Ira Cammeyer, 1 Greenwich Street Hempstead, NY 11550
Irina Kostesky, 1 Greenwich Street Hempstead, NY 11550
Irwin Peckman with a last known address of 3015 West 29th Street, Brooklyn NY 11224
Israel Pollack with a last known address of 25 Calvert Drive, Unit 1, Monsey NY 10952
Jack Janklowitz with a last known address of 1353 47th Street, Brooklyn, NY 11219
Jacob Pollack with a last known address of 25 Calvert Drive, Unit 1, Monsey NY 10952
Johanan Hirsch with a last known address of 1714 60th Street, Middle Door, Brooklyn NY 11204
Jeffrey Goldstein, 3015 West 29th Street, Brooklyn, NY 11224
Jeffrey Vogel, 3015 West 29th Street, Brooklyn, NY 11224
Joel Greenberg, 3015 West 29th Street, Brooklyn, NY 11224
Jordan Fensterman with a last known address of 3 Dakota Drive, Lake Success NY 11042
Judith Jones, 5353 Merrick Road Massapequa, NY 11758
Kenneth Tessler with a last known address of 2214 Avenue I Brooklyn, NY 11210
C. Kenneth Tesslar, 3015 West 29th Street, Brooklyn, NY 11224
Larry Klein, 3015 West 29th Street, Brooklyn, NY 11224.
Laurie Netzer, 3015 West 29th Street, Brooklyn, NY 11224.
Lawrence Reichenberger, 3015 West 29th Street, Brooklyn, NY 11224.
Leonard Janklowicz with a last known address of 1353 47th Street, Brooklyn, NY 11219
Leopold Hirsch with a last known address of 551 Fifth Avenue, Suite 2500, New York, NY 10176
Leslie Shafrank, 755 Hempstead Turnpike, Uniondale, NY 11553
Lorraine Takesky, address unknown
Louis Gellis, 3015 West 29th Street, Brooklyn, NY 11224
Lori Fensterman with a last known address of 3 Dakota Drive, Lake Success NY 11042
Malky Saffran, 121 Franklin Place Woodmere, NY 11598
Mark Zaffrin, 3015 West 29th Street, Brooklyn, NY 11224
Martin Farbeblum with a last known address of 495 Pinehurst Court, Roslyn NY 11576
Martin Kass with a last known address of 2061 58th Street, Brooklyn NY 11204
Matthew Barbara, 1 Greenwich Street Hempstead, NY 11550
Mayer Rispler, 755 Hempstead Turnpike, Uniondale, NY 11553
Michael Levitan, 3015 West 29th Street, Brooklyn, NY 11224
Michael Pruzansky, 64 County Road 39 Southampton, NY 11968
Mayer Fischl with a last known address of 2 Sienna Way, Lakewood NJ 08701
Michael Farbenblum with a last known address of 495 Pinehurst Court, Roslyn NY 11576
Michael Weiss, 3015 West 29th Street, Brooklyn, NY 11224
Milton Ostreicher, 250 Beach 17th Street, Far Rockaway NY 11691
Miriam Karpf, 5353 Merrick Road Massapequa, NY 11758
Moshe Sirkis, 220 West Post Road, White Plains, NY10606
Nat Sherman, 220 West Post Road, White Plains, NY10606
Neil Einhorn, 3015 West 29th Street, Brooklyn, NY 11224
Niklos Gottlieb, 121 Franklin Place Woodmere, NY 11598
Patrick Formato, 3015 West 29th Street, Brooklyn, NY 11224
Paul Barbara, 3015 West 29th Street, Brooklyn, NY 11224
Philip Buchsbaum, 121 Franklin Place Woodmere, NY 11598
Michael Schwartz with a last known address of 51 Villas Circle, Melville, NY 11747
Pinchos Hoffman with a last known address of 70-35 Vleigh Place, Flushing NY 11367
Regina Weinstock with a last known address of 28 Burton Avenue, Woodmere, NY 11498
Renee Pollak, 121 Franklin Place Woodmere, NY 11598
Rich Levitan, 121 Franklin Place Woodmere, NY 11598

Richard Busell with a last known address of 725 Equestrian Way, Westbury, NY 11590
Richard Schildron, 3015 West 29th Street, Brooklyn, NY 11224
Rivky Goldberger, 250 Beach 17th Street, Far Rockaway NY 11691
Robert Wolf,250 Beach 17th Street, Far Rockaway NY 11691
Robert Bleier, 22-41 New Haven Avenue, Far Rockaway, NY 11691
Robert Fensterman, 3015 West 29th Street, Brooklyn, NY 11224
Robert Kolman, 121 Franklin Place Woodmere, NY 11598
Robert Pines, address unknown, is an owner of Baypark 3015 West 29th Street, Brooklyn, NY 11224
Robyn Weiss, 3015 West 29th Street, Brooklyn, NY 11224.
Ronald Stern with a last known address of 6 Donde Lane, East Northport NY 11720
Ruth Hirsch with a last known address of 20 Briarwood Lane, Suffern, NY 10901
Shelley Katz with a last known address of 2061 58th Street, Brooklyn NY 11204
Shelly Nakdimen with a last known address of 7 Carlton Lane, Monsey NY 10952
Samuel Ferrara, address unknown, is an owner of Baypark 3015 West 29th Street, Brooklyn, NY 11224
Scott Bialick, 250 Beach 17th Street, Far Rockaway NY 11691
Scott Einiger, 3015 West 29th Street, Brooklyn, NY 11224
Sharyn Mukamal, 3015 West 29th Street, Brooklyn, NY 11224
Sherman Vogel, 3015 West 29th Street, Brooklyn, NY 11224
Sigmund Freundlich, 3015 West 29th Street, Brooklyn, NY 11224
Solomon Eidlisz, 250 Beach 17th Street, Far Rockaway NY 11691
Staci Fensterman, 3015 West 29th Street, Brooklyn, NY 11224
Steven Brown, 3015 West 29th Street, Brooklyn, NY 11224
Steven Greenstein, 3015 West 29th Street, Brooklyn, NY 11224
Steven J Eisman, 3015 West 29th Street, Brooklyn, NY 11224
Theodore Pollak, 250 Beach 17th Street, Far Rockaway NY 11691
Toby Weinberger, 250 Beach 17th Street, Far Rockaway NY 11691
Teddy Lichtscein with a last known address of 12 Mark Drive, Spring Valley, NY 10977
William Korn with a last known address of 4706 Beach 47th Street, 1st Floor, Brooklyn NY 11224
Yechiel Landa with a last known address of 182 Briarwood Crossing, Lawrence, NY 11559

**Via US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019
Broad Coverage Services, Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
National Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Sentosa Care, LLC, 100 Daniel Drive, Webster, NY 14580
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219

Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as
the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415
(212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Rashbi Management, Inc. 129 South 8th Street, Brooklyn, NY 11211.;

Oriska Insurance Company, 1310 Utica St., Oriskany, New York, 13424;

Oriska Corporation, 1310 Utica Street, Oriskany, NY 13424.

### NORTHERN DISTRICT OF NEW YOCase No. #1:21-cv-00104-MAD-DJS
### Oriska Corporation v. Highgate LTC Management, LLC et al
### Mae A. D'Agostino, presiding
### Daniel J. Stewart, referral


**Noticed via First Class Mail**
**Employer Defendant (No Attorney Representation)**

Highgate LTC Management, 3015 West 29th Street, Brooklyn, NY 11224.


**Via US Postal Service**
**Owner Operator Defendants (No attorney representation)**

Dianna Koehler, 3015 West 29th Street, Brooklyn, NY 11224
Eugene Nachamkin, 9 Covington Court, Schenectady, NY 12309,
Howard Krant, 5353 Merrick Road Massapequa, NY 11758
Scott Bialick, 250 Beach 17th Street, Far Rockaway NY 11691

**Via US Postal Service Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019
Broad Coverage Services, Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
National Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219

The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as
the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415
(212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

**NORTHERN DISTRICT OF NEW YORK**
**Case No. #1:21-cv-00109-MAD-DJS**

**Oriska Corporation v. Niskayuna Operating Co., LLC et al**
**Mae A. D'Agostino, presiding**
**Daniel J. Stewart, referral**

**Noticed via First Class Mail**
**Employer Defendants (no attorney representation):**

Niskayuna Operating Co., LLC d/b/a Pathways Nursing & Rehabilitation Center, 1805 Providence Avenue, Niskayuna, NY 12309.

**Via US Postal Service**
**Owner Operator Defendants (No attorney representation)**
Bent Philipson, a/k/a Ben Philipson, 22 Pleasant Ridge Road, Spring Valley, NY 10977

**Via US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019
Broad Coverage Services, Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
National Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial

Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004 jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415 (212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

### NORTHERN DISTRICT OF NEW YORK
### Case No. # 1:21-cv-00106-MAD-DJS,
### Oriska Corporation v. Troy Operating Co., LLC (Diamond) et al.
### Mae A. D'Agostino, presiding
### Daniel J. Stewart, referral

**Noticed via First Class Mail**
**Employer Defendants (no attorney representation):**

Troy Operating Center, LLC, d/b/a Diamond Hill Nursing and Rehabilitation Center, 100 New Turnpike Road, Troy, NY 12182

**Via US Postal Service**
**Owner Operator Defendants (No attorney representation)**

Bent Philipson, a/k/a Ben Philipson, 22 Pleasant Ridge Road, Spring Valley, NY 10977

**Via US Postal Service**
**Prohibited Transaction Defendants (No attorney representation)**
Allstate Administrators, LLC d/b/a Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Allstate ASO, 462 Ocean Parkway, Brooklyn, NY 11218
Baker, Gary, Tanenbaum-Harbor, 320 West 57th Street, New York, NY 10019
Broad Coverage Services, Inc. 6 Kaser Terrace PO Box 146 Monsey, NY 10952
Cullen and Dykman, 80 State Street Suite 900 Albany, NY 12207
Whiteman Osterman & Hanna, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12260
Camilleri, Michael, 55 NE 5th Avenue, Suite 502, Boca Raton, FL 33432
Dynamic Claim Services, Inc PO Box 146 Monsey, NY 10952
Eagle North, LLC 202 Caton Ave, Brooklyn, NY 11218
Eisdenbach, Wolf 41 Lynch Street, Unit: 3, Brooklyn, NY 11206
Financial Service, 245 Summer Street, Boston MA 02210
National Financial Service, 245 Summer Street, Boston MA 02210
Grandview Brokerage 1613 52nd Street Brooklyn, NY 11204
Halpern, Jon 120 W 45th Street, Suite 2405, New York, NY 10036
Hirsch, Chaim, 727 Bedford Ave, Brooklyn, NY 11205
Landa, Ben, 1337 East 7th Street, Brooklyn, NY 11230
Lipsius, Ira 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Lipsius Benheim, 80-02 Kew Gardens Road, Suite 1030, Kew Gardens, NY 11415
Muller, Isaac 6 Kaser Terrace, PO Box 146, Monsey, NY 10952
Philipson Family Trust, 68 Highview Road, Monsey NY 10952
Schlesinger, Samuel 415 Avenue F, Brooklyn, NY 11218
Schremer,Michael 1613 52nd Street Brooklyn, NY 11204
Schwartzman, Martin, 75-26 Bell Blvd. 5D, Bayside, New York 11364
Schweimmer, Michael, 1471 56th Street, Brooklyn, NY 11219
Spencer Street Realty, 218 Spencer St, Brooklyn, NY 11204
Standard and Preferred Insurance Company 80-02 Kew Gardens Road, Kew Gardens, NY11415
Stern, Joseph, 1156 45th Street, Brooklyn, NY 11219
The Berkshire Group. Inc., 462 Ocean Parkway, Brooklyn, NY 11218
The Pitterman Family Trust 1689 49th St Brooklyn, NY 11204
The Schlesinger Family Trust, 415 Avenue F, Brooklyn NY 11218
National Financial Service, 245 Summer Street, Boston MA 02210
Vilardi, Stella M., 51 Woodland Ave, Rockville, NY 11570
Weber, Israel, 1164 59th St, Brooklyn, NY 11206
Weitzner, Raphael A.134 Broadway, Brooklyn, NY 11249
Ziegelman, Israel 200 Wallabout Street, Apt 6B, Brooklyn NY11206.

**State Officer Defendants (no attorney appearance, also serving the NYS Attorney General):**
Andrew Cuomo as the Governor of the State of New York, NYS State Capitol Building, Albany, NY, 12224

Linda A. Lacewell as Superintendent of Insurance of the State of New York Department of Financial Services, New York State Department of Financial Services, 1 State Street, New York, NY 10004-1511

Martha Lees as General Counsel of the Department of Financial Services, New York State Department of Financial Services, Office of General Counsel, 1 State Street, New York, NY 10004-1511

Roberta Reardon as the Commissioner of the State of New York Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Carolyn Robinson, Supervisor with the New York State Department of Labor, NYS Department of Labor, Building 12, W.A. Harriman Campus, Albany, NY 12240

Dr. Merryl H. Tisch, Chairman of the State University of New York Board of Trustees, H. Carl McCall SUNY Building, 353 Broadway Albany, NY 12246

Scott Dietrich of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

The State University of New York, 35 State St, Albany, NY 12207

Peter Fountas of the Research Foundation of the State University of New York, 35 State St, Albany, NY 12207

Howard A. Zucker, M.D., as the Commissioner of the State of New York Department of Health, New York State Department of Health, Corning Tower, Empire State Plaza, Albany, NY 12237

New York State Attorney General, Office of the Attorney General, The Capitol, Albany, NY 12224-0341

**Noticed US Postal Service -Attorney Representation**
James M. Kernan, Kernan Professional Group, LLP, 26 Broadway, 19th Flr., New York, NY 10004
jkernan@kernanllp.com, Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias and Class Representatives of a Class of Employees of Employer Defendants as the interests of the Class may appear

**Noticed Via US Postal Service - Attorney Representation**
Ira S. Lipsius, Lipsius-Benhaim Law, LLP 80-02 Kew Gardens Road, Suite 1030 Kew Gardens, NY 11415 (212) 981-8440, Fax: (212) 442-0284; Email: ilipsius@lipsiuslaw.com for Ira Lipsius

**Noticed Via US Postal Service :**
Whiteman Osterman & Hanna, LLP, One Commerce Plaza
99 Washington Avenue, Albany, NY 12260, 518.487.7600

Cullen and Dykman, LLP, 80 State Street Suite 900 Albany, NY 12207

Dated this _____ day of May 2021

*Respectfully Submitted,*

James M. Kernan, Esq.
KERNAN PROFESSIONAL GROUP, LLP

By: s/James M. Kernan
Bar Roll No. JK1242
Office and Post Office Address
26 Broadway, 19th Floor
New York, New York 10004
Telephone: (212)986-3196
Facsimile: (212)656-1213
Email: jkernan@kernanllp.com
**Counsel for Donna Hodge, Annette Hall, Karen Grant Williams and Alexi Arias**