# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:21-cv-02175-DG-RER

Albert E. Percy and Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit, as Class Representatives et al v. Children's Law Ctr, et al
Assigned to: Judge Diane Gujarati
Referred to: Magistrate Judge Ramon E. Reyes, Jr
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 04/20/2021
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Albert E. Percy and Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit, as Class Representatives**

represented by **James M. Kernan**
Kernan Professional Group, LLP
26 Broadway, 19th Floor
New York, NY 10004
315-254-5916
Email: jkernan@kernanllp.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Children's Law Ctr,**

**Defendant**

**Chilmark Builders Inc**

**Defendant**

**Chimera Securities, LLC**

**Defendant**

**Chimpanzee Productions Inc**

**Defendant**

**China Construction America**

**Defendant**

**China Laws & Technology Inc**

**Defendant**

**China Press**

**Defendant**

**Chinatown Cardiology**

**Defendant**

**Chips Technology Group LLC**

**Defendant**

**Chldrn's And Women's Physicians Of West**

**Defendant**

**Choice Personnel Inc**

**Defendant**

**Chinses American Planning**

**Defendant**

**Choice Products**

**Defendant**

**Chosen People Ministries**

**Defendant**

**Christ Church United Methodist Nyc**

**Defendant**

**Christian Cultural Center**

**Defendant**

**Christian Faith Fellowship**

**Defendant**

**Christie's Inc.**

**Defendant**

**Christophe & Assoc.**

**Defendant**

**Christopher Chang Law Offices**

**Defendant**

**Christopher Rosekrans Law**

**Defendant**

**Christopher V Papa Architect**

**Defendant**

**Chromalloy**

**Defendant**

**Chs Services**

**Defendant**

**Chubb**

**Defendant**

Church

**Defendant**

**Church Of Christ International**

**Defendant**

**Church Pension Group**

**Defendant**

**Church Street Boxing Gym**

**Defendant**

**Cibc**

**Defendant**

**Cid Construction**

**Defendant**

**Cindy E Levitz Lic Acpnctrst**

**Defendant**

**Cintalta Cons. Corp**

**Defendant**

**Cintra Software & Svc Inc**

**Defendant**

**Circa Brewing Co**

**Defendant**

**Circuit Breaker Sales Ne Inc**

**Defendant**

**Cis**

**Defendant**

**Cision**

**Defendant**

**Citadel Construction Corp**

**Defendant**

**Citadines Connect Fifth Avenue**

**Defendant**

**Citi Wide Harm Reduction**

**Defendant**

**Citibank, National Association**

**Defendant**

**Citigroup Incorporated**

**Defendant**
**Citimed PLLC**

**Defendant**
**Citixsys Technologies**

**Defendant**
**Citizen General Construction Inc**

**Defendant**
**Citizen M Hotel New York**

**Defendant**
**Citnalta Construction Corp**

**Defendant**
**Citrin Cooperman And Company, Llp**

**Defendant**
**Citroen Wolf Communications**

**Defendant**
**City Choice**

**Defendant**
**City Harvest, Inc.**

**Defendant**
**City Journal**

**Defendant**
**City M D**

**Defendant**
**City Of Middletown**

**Defendant**
**City Of New York**

**Defendant**
**City Of New York Department Of Parks & Recreation**

**Defendant**
**City Of NY Conflicts Of Intererest**

**Defendant**
**City Of NY Department Of Parks & Recreation Capitalprojects**

**Defendant**

**City Of Yonkers**

**Defendant**

**City Prints LLC**

**Defendant**

**City School District Of New Rochelle**

**Defendant**

**City Sounds Of NY**

**Defendant**

**City Suites LLC**

**Defendant**

**City Translation Ctr**

**Defendant**

**City Univ Of NY Dept Of Design &
Mgmt Procurement**

**Defendant**

**City University Of New York**

**Defendant**

**City View Masonry Corp**

**Defendant**

**City Wide Administrative Services**

**Defendant**

**Citybuzz**

**Defendant**

**Cityline Restoration Inc**

**Defendant**

**Cityscape Engineering**

**Defendant**

**Cityscape Obgyn PLLC**

**Defendant**

**Citysights NY**

**Defendant**

**Citywide Data Inc**

**Defendant**

**Citywide Environmental Services LLC**

**Defendant**

**Citywide Maintenance Svc**

**Defendant**

**Citywide Mobile Response Corp.**

**Defendant**

**Citywide Sewer & Drain Co**

**Defendant**

**Civcon LLC**

**Defendant**

**Civetta Cousins**

**Defendant**

**Civic Builders Inc**

**Defendant**

**Civic Entertainment Group LLC**

**Defendant**

**Civil Contracting Corp**

**Defendant**

**Cjs Industries Inc**

**Defendant**

**Ckc Maintenance Corp**

**Defendant**

**Cksk**

**Defendant**

**Cl An Druaidh/The Druid Press**

**Defendant**

**Clara Barton High School**

**Defendant**

**Clare Medical**

**Defendant**

**Claridge's Hotel Ltd**

**Defendant**

**Clarient Group**

**Defendant**

**Clarion Partners, LLC**

**Defendant**

**Clark Construction Group**

**Defendant**

**Clark Gagliardi Miller**

**Defendant**

**Clark Investigations & Scrty**

**Defendant**

**Classic Harbor Line**

**Defendant**

**Classic Heights Realty LLC**

**Defendant**

**Classic Home Care Inc**

**Defendant**

**Classic Sports Floors**

**Defendant**

**Classic Stage Co**

**Defendant**

**Classpass**

**Defendant**

**Clay LLC**

**Defendant**

**Clayman & Rosenberg**

**Defendant**

**Clayton Dubilier Rice LLC**

**Defendant**

**Clean Air Quality Svc Inc**

**Defendant**

**Clean Earth Dredging Technologies**

**Defendant**

**Clean Machine Car Wash-Detail**

**Defendant**

**Cleaning Guru**

**Defendant**

**Cleantech**

**Defendant**

**Clear It Out Contr LLC**

**Defendant**

**Clear It Out Contracting LLC**

**Defendant**

**Clevertech**

**Defendant**

**Click Model Management Inc**

**Defendant**

**Clickdaily Inc**

**Defendant**

**Clifford Chance**

**Defendant**

**Clifton Budd & Demaria Llp**

**Defendant**

**Clifton Ornamental Metal & Glass**

**Defendant**

**Cline Davis And Mann LLC**

**Defendant**

**Clinical Pain Advisor**

**Defendant**

**Clinical Resources Network LLC**

**Defendant**

**Clinical Systems Inc**

**Defendant**

**Clinton Management**

**Defendant**

**Clio Awards**

**Defendant**

**Clotho Corp**

**Defendant**

**Cloud 9 Technologies LLC**

**Defendant**

**Cloud Dx**

**Defendant**

**Clove Lakes Health Care And Rehab**

**Defendant**

**Clove Lakes Health Care-Rehab**

**Defendant**

**Clover Wire Forming Co Inc**

**Defendant**

**Club Demonstration Svc**

**Defendant**

**Club Fit**

**Defendant**

**Club Julians Inc**

**Defendant**

**Club Quarters Grand Central**

**Defendant**

**Cluen Corp**

**Defendant**

**Cluster Inc**

**Defendant**

**Cm & Assoc Constr Mgmt LLC**

**Defendant**

**Cm & E Con Inc**

**Defendant**

**Cm Almy Inc**

**Defendant**

**Cmc Rebar**

**Defendant**

**Cmd**

**Defendant**

**Cmem**

**Defendant**

**Cmg Group LLC**

**Defendant**

**Cmgrp, Inc.**

**Defendant**

**Cmp Builders Corp Inc.**

**Defendant**

**Cmp Healthcare Media**

**Defendant**

**Cmp Publications**

**Defendant**

**Cncl On Accreditation For Chldrn And Fml**

**Defendant**

**Cng**

**Defendant**

**Cny**

**Defendant**

**Cny Builders LLC**

**Defendant**

**Co 3**

**Defendant**

**Coachman Family Ctr**

**Defendant**

**Coastal Contracting Corp**

**Defendant**

**Coastal Pipeline Products Corp**

**Defendant**

**Coatue Management**

**Defendant**

**Cobble Hill Health Ctr**

**Defendant**

**Cobite**

**Defendant**

**Coca Cola**

**Defendant**

**Cocentrix Corp**

**Defendant**

**Co-Collective LLC**

**Defendant**

**Cocooning Electronics Ltd**

**Defendant**

**Code And Theory LLC**

**Defendant**

**Coffee Distribution Corp**

**Defendant**

**Cognito Americas LLC**

**Defendant**

**Cognito Inc**

**Defendant**

**Cohen & Frankel Llp**

**Defendant**

**Cohen & Slamowitz**

**Defendant**

**Cohen Childrens Medical Center**

**Defendant**

**Cohen Clair Lans Greifer**

**Defendant**

**Cohen Hochman & Allen**

**Defendant**

**Cohen Hurkin Ehrenfeld**

**Defendant**

**Cohen Kuhn & Assoc**

**Defendant**

**Cohen Weiss And Simon Llp**

**Defendant**

**Cohen Weiss Simon**

**Defendant**

**Cohens Tauber Spivac Wagner**

**Defendant**

**Cohnreznick Llp**

**Defendant**

**Cold Spring Construction Company**

**Defendant**

**Cold Spring Hls Ctr For Nursing**

**Defendant**

**Coldlion Technologies LLC**

**Defendant**

**Cole Mechanical Corp**

**Defendant**

**Cole Partners Inc**

**Defendant**

**Coleman Brandworx**

**Defendant**

**Coleman Country Day Camp**

**Defendant**

**Coler Goldwater Specialty Hosp**

**Defendant**

**Colgate-Palmolive Company**

**Defendant**

**Colina Bay, Inc**

**Defendant**

**Collaborative Construction**

**Defendant**

**Collazo Carling & Mish**

**Defendant**

**Collective 545 Broadway, LLC**

**Defendant**

**Collectivei**

**Defendant**

**Colleran O'hara & Mills**

**Defendant**

**Collibra Inc**

**Defendant**

**Collier Halpern Newberg**

**Defendant**

**Collins Aerospace**

**Defendant**

**Collis Roofing Inc**

**Defendant**

**Colon & Rectal Surgical**

**Defendant**

**Colonial Construction Co Inc**

**Defendant**

**Colonial Consulting LLC**

**Defendant**

**Colonial Electric**

**Defendant**

**Colonial Tag & Label Co**

**Defendant**

**Colony Electric Inc**

**Defendant**

**Colour Matters**

**Defendant**

**Columbia Artist**

**Defendant**

**Columbia Artists Managmnt Inc**

**Defendant**

**Columbia Cascade Co**

**Defendant**

**Columbia Cascade Company**

**Defendant**

**Columbia Softball Field**

**Defendant**

**Columbia University**

**Defendant**

**Columbiadoctors Medical Group**

**Defendant**

**Columbiadoctors Nurse**

**Defendant**

**Columbus Avenue Consulting LLC**

**Defendant**

**Columbus Medical Inst Of NY**

**Defendant**

**Comcast Spotlight, Inc.**

**Defendant**

**Comfort Bedding Inc.**

**Defendant**

**Comixology**

**Defendant**

**Comlab Systems**

**Defendant**

**Command Financial Press**

**Defendant**

**Command Security Corporation**

**Defendant**

**Commentary Magazine**

**Defendant**

**Commerce Electrical Contracting Corp**

**Defendant**

**Commercial Building Mntnc**

**Defendant**

**Commercial Fence & Railing**

**Defendant**

**Commercial Tenant Svc Inc**

**Defendant**

**Committee Of Interns And Residen**

**Defendant**

**Commodore Maintenance**

**Defendant**

**Common Ground Community Hdfc**

**Defendant**

**Communications Plus Digital**

**Defendant**

**Communicator Inc**

**Defendant**

**Community Access**

**Defendant**

**Community Action For Human Services**

**Defendant**

**Community Cardiology Pc**

**Defendant**

**Community Consultation Ctr**

**Defendant**

**Community Electric Inc**

**Defendant**

**Community Health Ctr-Richmond**

**Defendant**

**Community Healthproject**

**Defendant**

**Community Hospital At Dobbs**

**Defendant**

**Community Life Center Inc.**

**Defendant**

**Community Mainstreaming**

**Defendant**

**Community Medical And Dental Care Inc.**

**Defendant**

**Community Partners**

**Defendant**

**Community Psych**

**Defendant**

**Community Resource Ctr**

**Defendant**

**Community Resource Exchange**

**Defendant**

**Community Resources**

**Defendant**

**Community Service Society Of NY**

**Defendant**

**Co'motion Group LLC**

**Defendant**

**Comp World Usa**

**Defendant**

**Compinfo**

**Defendant**

**Complete Construction Contract**

**Defendant**

**Complete Discovery Source Inc.**

**Defendant**

**Complete Mailing Svc**

**Defendant**

**Complete Womens Imaging Pc**

**Defendant**

**Complexcare Solutions, Inc.**

**Defendant**

**Comprehensive Care Mgmt Corp**

**Defendant**

**Comprehensive Hr Advisory Services Ent.**

**Defendant**

**Comprehensive Pain Management**

**Defendant**

**Comprehensive Pediatrics**

**Defendant**

**Comprehensive Professional**

**Defendant**

**Compstak**

**Defendant**

**Computer Generated Solutions, Inc.**

**Defendant**

**Computer Managers Inc.**

**Defendant**

**Computer Services Group Inc.**

**Defendant**

**Computer Solutions Intl Inc.**

**Defendant**

**Computercool Ac Inc.**

**Defendant**

**Comunilife**

**Defendant**

**Con Edison**

**Defendant**

**Con Edison Of NY**

**Defendant**

**Con Rac Construction Group**

**Defendant**

**Concentric Group LLC**

**Defendant**

**Concentric Health Experience**

**Defendant**

**Concept Air Conditioning**

**Defendant**

**Concept Construction Svc Inc**

**Defendant**

**Concepts In Staffing Inc.**

**Defendant**

**Concern Worldwide Us**

**Defendant**

**Concord Electronics Inc.**

**Defendant**

**Concord Nursing Home**

**Defendant**

**Concord Setting Inc**

**Defendant**

**Concorde Hotel New York**

**Defendant**

Concorde Medical Group

**Defendant**

Concordia International

**Defendant**

Concur Inc

**Defendant**

Condal Distributors Inc

**Defendant**

Conde Construction

**Defendant**

Condeco Software Inc

**Defendant**

Condon Omeara Mcginty Donnelly

**Defendant**

Conedison

**Defendant**

Conelle Construction Corp

**Defendant**

Coney Island Preparatory Public School

**Defendant**

Conference Board Inc

**Defendant**

Confirmit Inc

**Defendant**

Congdon Flaherty O'callaghan

**Defendant**

Congregation Beth Elohim

**Defendant**

Connections Personnel Of NY

**Defendant**

Conrac Construction Group LLC

**Defendant**

Consolidated Edison

**Defendant**

Consolidated Networks Corp.

**Defendant**

Consolidated Technologies

**Defendant**

Constantin Associates

**Defendant**

Constantine Cannon Llp

**Defendant**

Constar Inc.

**Defendant**

Construction 1st Class

**Defendant**

Construction Associates Inc

**Defendant**

Construction Force Services

**Defendant**

Construction Management

**Defendant**

Construction Services 365 LLC

**Defendant**

Constructions

**Defendant**

Constructomics LLC

**Defendant**

Consulate Film Editing Co

**Defendant**

Consulate General Of Denmark

**Defendant**

Consulting Testing Svc

**Defendant**

Consumer Financial Network

**Defendant**

Consumer Reports

**Defendant**

Consumers Union-United States

**Defendant**

Contemporary Dental Implants

**Defendant**

Contemporary Guidance Svc Inc

**Defendant**

Conti Enterprises, Inc.

**Defendant**

Continuum Health Partners, Inc.

**Defendant**

Contol Group Inc.

**Defendant**

Contract Magazine

**Defendant**

Contracterp

**Defendant**

Contractors Line & Grade South

**Defendant**

Contractors Register, Inc.

**Defendant**

Contractors Sheet Metal Work

**Defendant**

Contrix Inc

**Defendant**

Control Solutions Group

**Defendant**

Control Systems Services, Inc.

**Defendant**

Converge Direct

**Defendant**

Converge One

**Defendant**

Conversion Partners LLC

**Defendant**

Conversocial

**Defendant**

Cook & Fox Architects

**Defendant**

Cook Krupa LLC

**Defendant**

Cookfox Architects

**Defendant**

Cookie Factory

**Defendant**

Cooley Monato Studio

**Defendant**

Cooling Guard Mech. Corp.

**Defendant**

Cooney/Waters Group

**Defendant**

Cooper Carry & Associates

**Defendant**

Cooper Dunham Lp

**Defendant**

Cooper Robertson & Partners

**Defendant**

Cooper Tank & Welding Corp

**Defendant**

Cooper Tank And Welding Corp.

**Defendant**

Cooper Works Inc.

**Defendant**

Cooperative Home Care Assoc

**Defendant**

Cooperative Home Care Assoc

**Defendant**

Coordinated Behavioral Care

**Defendant**

Copper Development Association

**Defendant**
**Coppola Paving & Landscaping Corp**

**Defendant**
**Coptis Inc**

**Defendant**
**Cora Inc**

**Defendant**
**Coral Cast**

**Defendant**
**Coral House**

**Defendant**
**Coral Realty LLC**

**Defendant**
**Coranet**

**Defendant**
**Corbex Inc**

**Defendant**
**Corcoran Group Inc.**

**Defendant**
**Core And Main, Lp**

**Defendant**
**Core Construction Group Corp**

**Defendant**
**Core Contracting**

**Defendant**
**Core Cs LLC**

**Defendant**
**Core Group Marketing**

**Defendant**
**Core Staffing Svc Inc**

**Defendant**
**Core Tech Assoc**

**Defendant**

Corgan Associates Architects

**Defendant**

Corgan Associates Inc

**Defendant**

Corinthian Cast Stone

**Defendant**

Corinthian Media

**Defendant**

Corkery Group

**Defendant**

Cornell Internal Mdcn Assoc

**Defendant**

Cornell Ivf Program

**Defendant**

Cornell University

**Defendant**

Cornerstone Research

**Defendant**

Cornick Garber & Sander Llp

**Defendant**

Corona Equipment Co

**Defendant**

Coronet Parts Mfg Co

**Defendant**

Corporate Power Inc

**Defendant**

Corporate Suites

**Defendant**

Corporate Synergies

**Defendant**

Corporation For Supportive Housing

**Defendant**

Correctional Medical Svc

**Defendant**

Corsi Tire

**Defendant**

Cort Club Inc

**Defendant**

Cortlandt Tank Svc

**Defendant**

Cos 880

**Defendant**

Cosentini Associates

**Defendant**

Cosimo Inc

**Defendant**

Cosmetic Executive Women Inc.

**Defendant**

Cosmo Street

**Defendant**

Cosmopolitan Magazine

**Defendant**

Cosmopolitan Management LLC

**Defendant**

Cosmos Communications

**Defendant**

Cott Management Partners

**Defendant**

Cotton Incorporated

**Defendant**

Cougar Capital LLC

**Defendant**

Council Of School Supervisors And
Admins

**Defendant**

Council On Accreditation

**Defendant**

Council On Foreign Relations

**Defendant**

**Counseling In Schools, Inc.**

**Defendant**

**Country Bank**

**Defendant**

**Country House**

**Defendant**

**County Ceiling Co.**

**Defendant**

**County Chair Party Rentals**

**Defendant**

**County Of Nassau**

**Defendant**

**County Of Westchester**

**Defendant**

**Courtalert Com Inc**

**Defendant**

**Covenant Foundation**

**Defendant**

**Covenant House**

**Defendant**

**Cover Girl Strips**

**Defendant**

**Coverwallet**

**Defendant**

**Covington Fabric & Design LLC**

**Defendant**

**Cowan Debaets Abrahams**

**Defendant**

**Cowan Liebowitz & Latman Pc**

**Defendant**

**Cowbay Contracting**

**Defendant**

**Cowen Group, Inc.**

**Defendant**

**Cowtan & Tout**

**Defendant**

**Cox & Co Inc**

**Defendant**

**Cozen Oconnor**

**Defendant**

**Cp Perma Paving Construction**

**Defendant**

**Cphl**

**Defendant**

**Cpjfk**

**Defendant**

**Crafted Interiors**

**Defendant**

**Craig Management Assoc Inc**

**Defendant**

**Cravath Swaine & Moore Llp**

**Defendant**

**Crc Associates, Inc.**

**Defendant**

**Creation Baumann Usa Inc**

**Defendant**

**Creations By Carelle Ltd**

**Defendant**

**Creative Data Resources**

**Defendant**

**Creative Environment Solutions**

**Defendant**

**Creative Finishes Ltd**

**Defendant**

**Creative Lifestyles, Inc.**

**Defendant**

**Creative Renovations, LLC**

**Defendant**

**Creative Snow By Cow Bay Inc.**

**Defendant**

**Creative Touch Construction Corp.**

**Defendant**

**Creativeworx**

**Defendant**

**Crecco Group Remodeling Inc.**

**Defendant**

**Credit International**

**Defendant**

**Credit Suisse Holdings (Usa), Inc.**

**Defendant**

**Creditriskmonitor Com Inc.**

**Defendant**

**Creditsights Inc.**

**Defendant**

**Credsimple**

**Defendant**

**Creek Country Club**

**Defendant**

**Crenulated Co Ltd**

**Defendant**

**Creo Dental**

**Defendant**

**Crescent Computers & Software**

**Defendant**

**Crescent St Construction Corp**

**Defendant**

**Cresent Contracting**

**Defendant**

**Crest Hollow Country Club**

**Defendant**

**Crew Cuts**

**Defendant**

**Crf - House East, LLC**

**Defendant**

**Crifasi Real Estate Inc**

**Defendant**

**Crisdel Construction Group Inc.**

**Defendant**

**Criterion Group LLC**

**Defendant**

**Cronin & Cronin**

**Defendant**

**Cross County Savings Bank**

**Defendant**

**Cross Management Corp**

**Defendant**

**Cross NY**

**Defendant**

**Crossasset Software LLC**

**Defendant**

**Crossfield Digital**

**Defendant**

**Crossfire Group**

**Defendant**

**Crossland Mechanical Inc.**

**Defendant**

**Crossmedia Inc**

**Defendant**

**Crow Construction Co**

**Defendant**

**Crown Awards & Trophies**

**Defendant**

**Crown Delta Corp**

**Defendant**

**Crown Die Casting Corp**

**Defendant**

**Crown Janitorial Products LLC**

**Defendant**

**Crs Contractors Inc.**

**Defendant**

**Crs_Group**

**Defendant**

**Crsg**

**Defendant**

**Crunch Gym**

**Defendant**

**Crystal Blue Cing Svc Inc**

**Defendant**

**Crystal Run Healthcare**

**Defendant**

**Csbm**

**Defendant**

**Csi Electrical & Mechcl Systs**

**Defendant**

**Csi Rentals**

**Defendant**

**Css Stainless Steel Work Inc**

**Defendant**

**Cta Architects**

**Defendant**

**Ctl Usa Inc**

**Defendant**

**Ctr For Nursing And Rehab, Inc.**

**Defendant**

**Ctrny**

**Defendant**

**Ctsi**

**Defendant**

**Cube Cons. Services LLC**

**Defendant**

**Cuddy & Eder Llp**

**Defendant**

**Cullen And Dykman Llp**

**Defendant**

**Cullen Schafer Capital Mgmt**

**Defendant**

**Cultural Affairs**

**Defendant**

**Cum Laude Group Inc**

**Defendant**

**Cumberland Diagnostic**

**Defendant**

**Cumberland Packing Corp**

**Defendant**

**Cummins**

**Defendant**

**Cung Queens College**

**Defendant**

**Cuny**

**Defendant**

**Curam Contracting LLC**

**Defendant**

**Cureatr**

**Defendant**

**Curtis Brown Ltd**

**Defendant**

**Curtis Instruments, Inc.**

**Defendant**

**Curtis Mallet-Prevost Colt And Mosle**

**Defendant**

**Curtis Vasile Law Offices Pc**

**Defendant**

**Curtis, Mallet-Prevost, Colt**

**Defendant**

**Cushman & Wakefield**

**Defendant**

**Custom Exterior Systems, Inc.**

**Defendant**

**Cut & Run**

**Defendant**

**Cutting Room Films**

**Defendant**

**Cwa | Spatial Discipline**

**Defendant**

**Cyber Axioma**

**Defendant**

**Cypress Garden**

**Defendant**

**Cypress Health Care Mgmt**

**Defendant**

**Cyruli Shanks Hart & Zizmor**

**Defendant**

**Cyrus Innovation LLC**

**Defendant**

**Cyrus Knits**

**Defendant**

**Cytopath Biopsy Lab Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2021 | 1 | COMPLAINT against All Defendants filing fee $ 402, receipt number ANYEDC-14392728 Was the Disclosure Statement on Civil Cover Sheet completed -Yes,, filed by Albert E. Percy and Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit, as Class Representatives. (Attachments: # 1 Civil Cover Sheet, # 2 Attachment 1, # 3 Declaration) (Kernan, James) (Entered: 04/20/2021) |
| 04/20/2021 | 2 | Chinses American Planning, Choice Products, Chosen People Ministries, Christ Church United Methodist Nyc, Christian Cultural Center, Christian Faith Fellowship and Christie's Inc. added. (Kernan, James) (Entered: 04/20/2021) |
| 04/20/2021 | | Case Assigned to Judge Diane Gujarati and Magistrate Judge Ramon E. Reyes, Jr. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 04/21/2021) |

| 04/21/2021 | 3 | Christophe & Assoc., Christopher Chang Law Offices, Christopher Rosekrans Law, Christopher V Papa Architect, Chromalloy, Chs Services, Chubb, Church, Church Of Christ International, Church Pension Group, Church Street Boxing Gym, Cibc, Cid Construction, Cindy E Levitz Lic Acpnctrst, Cintalta Cons. Corp, Cintra Software & Svc Inc, Circa Brewing Co, Circuit Breaker Sales Ne Inc, Cis, Cision, Citadel Construction Corp, Citadines Connect Fifth Avenue, Citi Wide Harm Reduction, Citibank, National Association, Citigroup Incorporated, Citimed PLLC, Citixsys Technologies, Citizen General Construction Inc, Citizen M Hotel New York, Citnalta Construction Corp, Citrin Cooperman And Company, Llp, Citroen Wolf Communications, City Choice, City Harvest, Inc., City Journal, City M D, City Of Middletown, City Of New York, City Of New York Department Of Parks & Recreation, City Of NY Conflicts Of Intererest, City Of NY Department Of Parks & Recreation Capitalprojects, City Of Yonkers, City Prints LLC, City School District Of New Rochelle, City Sounds Of NY, City Suites LLC, City Translation Ctr, City Univ Of NY Dept Of Design & Mgmt Procurement, City University Of New York, City View Masonry Corp, City Wide Administrative Services, Citybuzz, Cityline Restoration Inc, Cityscape Engineering, Cityscape Obgyn PLLC, Citysights NY, Citywide Data Inc, Citywide Environmental Services LLC, Citywide Maintenance Svc, Citywide Mobile Response Corp., Citywide Sewer & Drain Co, Civcon LLC, Civetta Cousins, Civic Builders Inc, Civic Entertainment Group LLC, Civil Contracting Corp, Cjs Industries Inc, Ckc Maintenance Corp and Cksk added. (Kernan, James) (Entered: 04/21/2021) |
| 04/21/2021 | 4 | Cl An Druaidh/The Druid Press, Clara Barton High School, Clare Medical, Claridge's Hotel Ltd, Clarient Group, Clarion Partners, LLC, Clark Construction Group, Clark Gagliardi Miller, Clark Investigations & Scrty, Classic Harbor Line, Classic Heights Realty LLC, Classic Home Care Inc, Classic Sports Floors, Classic Stage Co, Classpass, Clay LLC, Clayman & Rosenberg, Clayton Dubilier Rice LLC, Clean Air Quality Svc Inc, Clean Earth Dredging Technologies, Clean Machine Car Wash-Detail, Cleaning Guru, Cleantech, Clear It Out Contr LLC, Clear It Out Contracting LLC, Clevertech, Click Model Management Inc, Clickdaily Inc, Clifford Chance, Clifton Budd & Demaria Llp, Clifton Ornamental Metal & Glass, Cline Davis And Mann LLC, Clinical Pain Advisor, Clinical Resources Network LLC, Clinical Systems Inc, Clinton Management, Clio Awards, Clotho Corp, Cloud 9 Technologies LLC, Cloud Dx, Clove Lakes Health Care And Rehab, Clove Lakes Health Care-Rehab, Clover Wire Forming Co Inc, Club Demonstration Svc, Club Fit, Club Julians Inc, Club Quarters Grand Central, Cluen Corp, Cluster Inc, Cm & Assoc Constr Mgmt LLC, Cm & E Con Inc, Cm Almy Inc, Cmc Rebar, Cmd, Cmem, Cmg Group LLC, Cmgrp, Inc., Cmp Builders Corp Inc., Cmp Healthcare Media and Cmp Publications added. (Kernan, James) (Entered: 04/21/2021) |
| 04/21/2021 | 5 | Cncl On Accreditation For Chldrn And Fml, Cng, Cny, Cny Builders LLC, Co 3, Coachman Family Ctr, Coastal Contracting Corp, Coastal Pipeline Products Corp, Coatue Management, Cobble Hill Health Ctr, Cobite, Coca Cola, Cocentrix Corp, Co-Collective LLC, Cocooning Electronics Ltd, Code And Theory LLC, Coffee Distribution Corp, Cognito Americas LLC, Cognito Inc, Cohen & Frankel Llp, Cohen & Slamowitz, Cohen Childrens Medical Center, Cohen Clair Lans Greifer, Cohen Hochman & Allen, Cohen Hurkin Ehrenfeld, Cohen Kuhn & Assoc, Cohen Weiss And Simon Llp, Cohen Weiss Simon, Cohens Tauber Spivac Wagner and Cohnreznick Llp added. (Kernan, James) (Entered: 04/21/2021) |
| 04/21/2021 | 6 | Cold Spring Construction Company, Cold Spring Hls Ctr For Nursing, Coldlion Technologies LLC, Cole Mechanical Corp, Cole Partners Inc, Coleman Brandworx, Coleman Country Day Camp, Coler Goldwater Specialty Hosp, Colgate-Palmolive Company, Colina Bay, Inc, Collaborative Construction, Collazo Carling & Mish, Collective 545 Broadway, LLC, Collectivei, Colleran O'hara & Mills, Collibra Inc, Collier Halpern Newberg, Collins Aerospace, Collis Roofing Inc, Colon & Rectal Surgical, |

| | | |
|---|---|---|
| | | Colonial Construction Co Inc, Colonial Consulting LLC, Colonial Electric, Colonial Tag & Label Co, Colony Electric Inc, Colour Matters, Columbia Artist, Columbia Artists Managmnt Inc, Columbia Cascade Co and Columbia Cascade Company added. (Kernan, James) (Entered: 04/21/2021) |
| 04/21/2021 | [7](#) | Columbia Softball Field, Columbia University, Columbiadoctors Medical Group, Columbiadoctors Nurse, Columbus Avenue Consulting LLC, Columbus Medical Inst Of NY, Comcast Spotlight, Inc., Comfort Bedding Inc., Comixology, Comlab Systems, Command Financial Press, Command Security Corporation, Commentary Magazine, Commerce Electrical Contracting Corp, Commercial Building Mntnc, Commercial Fence & Railing, Commercial Tenant Svc Inc, Committee Of Interns And Residen, Commodore Maintenance, Common Ground Community Hdfc, Communications Plus Digital, Communicator Inc, Community Access, Community Action For Human Services, Community Cardiology Pc, Community Consultation Ctr, Community Electric Inc and Community Health Ctr-Richmond added. (Kernan, James) (Entered: 04/21/2021) |
| 04/21/2021 | | Notice of Related Case: **The Civil Cover Sheet filed in this civil action indicates a related case.** (Bowens, Priscilla) (Entered: 04/21/2021) |
| 04/21/2021 | [8](#) | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: [http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf](http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf). **You may withhold your consent without adverse substantive consequences. Do NOT return or file the consent <u>unless</u> all parties have signed the consent.** (Bowens, Priscilla) (Entered: 04/21/2021) |
| 04/21/2021 | [9](#) | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 04/21/2021) |
| 04/21/2021 | [10](#) | Community Healthproject, Community Hospital At Dobbs, Community Life Center Inc., Community Mainstreaming, Community Medical And Dental Care Inc., Community Partners, Community Psych, Community Resource Ctr, Community Resource Exchange, Community Resources, Community Service Society Of NY, Co'motion Group LLC, Comp World Usa, Compinfo, Complete Construction Contract, Complete Discovery Source Inc., Complete Mailing Svc, Complete Womens Imaging Pc, Complexcare Solutions, Inc., Comprehensive Care Mgmt Corp, Comprehensive Hr Advisory Services Ent., Comprehensive Pain Management, Comprehensive Pediatrics, Comprehensive Professional, Compstak, Computer Generated Solutions, Inc., Computer Managers Inc., Computer Services Group Inc., Computer Solutions Intl Inc., Computercool Ac Inc. and Comunilife added. (Kernan, James) (Entered: 04/21/2021) |
| 04/21/2021 | [11](#) | Con Edison, Con Edison Of NY, Con Rac Construction Group, Concentric Group LLC, Concentric Health Experience, Concept Air Conditioning, Concept Construction Svc Inc, Concepts In Staffing Inc., Concern Worldwide Us, Concord Electronics Inc., Concord Nursing Home, Concord Setting Inc, Concorde Hotel New York, Concorde Medical Group, Concordia International, Concur Inc, Condal Distributors Inc, Conde Construction, Condeco Software Inc, Condon Omeara Mcginty Donnelly, Conedison, Conelle Construction Corp, Coney Island Preparatory Public School, Conference Board Inc, Confirmit Inc, Congdon Flaherty O'callaghan, Congregation Beth Elohim, Connections Personnel Of NY, Conrac Construction Group LLC and Consolidated Edison added. (Kernan, James) (Entered: 04/21/2021) |
| 04/21/2021 | [12](#) | Consolidated Networks Corp., Consolidated Technologies, Constantin Associates, |

| 04/21/2021 | | Constantine Cannon Llp, Constar Inc., Construction 1st Class, Construction Associates Inc, Construction Force Services, Construction Management, Construction Services 365 LLC, Constructions, Constructomics LLC, Consulate Film Editing Co, Consulate General Of Denmark, Consulting Testing Svc, Consumer Financial Network, Consumer Reports, Consumers Union-United States, Contemporary Dental Implants, Contemporary Guidance Svc Inc, Conti Enterprises, Inc., Continuum Health Partners, Inc., Contol Group Inc., Contract Magazine, Contracterp, Contractors Line & Grade South, Contractors Register, Inc., Contractors Sheet Metal Work, Contrix Inc and Control Solutions Group added. (Kernan, James) (Entered: 04/21/2021) |
|---|---|---|
| 04/21/2021 | [13](#) | Control Systems Services, Inc., Converge Direct, Converge One, Conversion Partners LLC, Conversocial, Cook & Fox Architects, Cook Krupa LLC, Cookfox Architects, Cookie Factory, Cooley Monato Studio, Cooling Guard Mech. Corp., Cooney/Waters Group, Cooper Carry & Associates, Cooper Dunham Lp, Cooper Robertson & Partners, Cooper Tank & Welding Corp, Cooper Tank And Welding Corp., Cooper Works Inc., Cooperative Home Care Assoc, Cooperative Home Care Assoc, Coordinated Behavioral Care, Copper Development Association, Coppola Paving & Landscaping Corp, Coptis Inc, Cora Inc, Coral Cast, Coral House, Coral Realty LLC, Coranet and Corbex Inc added. (Kernan, James) (Entered: 04/21/2021) |
| 04/21/2021 | [14](#) | Corcoran Group Inc., Core And Main, Lp, Core Construction Group Corp, Core Contracting, Core Cs LLC, Core Group Marketing, Core Staffing Svc Inc, Core Tech Assoc, Corgan Associates Architects, Corgan Associates Inc, Corinthian Cast Stone, Corinthian Media, Corkery Group, Cornell Internal Mdcn Assoc, Cornell Ivf Program, Cornell University, Cornerstone Research, Cornick Garber & Sander Llp, Corona Equipment Co, Coronet Parts Mfg Co, Corporate Power Inc, Corporate Suites, Corporate Synergies, Corporation For Supportive Housing, Correctional Medical Svc, Corsi Tire, Cort Club Inc, Cortlandt Tank Svc, Cos 880 and Cosentini Associates added. (Kernan, James) (Entered: 04/21/2021) |
| 04/21/2021 | [15](#) | Cosimo Inc, Cosmetic Executive Women Inc., Cosmo Street, Cosmopolitan Magazine, Cosmopolitan Management LLC, Cosmos Communications, Cott Management Partners, Cotton Incorporated, Cougar Capital LLC, Council Of School Supervisors And Admins, Council On Accreditation, Council On Foreign Relations, Counseling In Schools, Inc., Country Bank, Country House, County Ceiling Co., County Chair Party Rentals, County Of Nassau, County Of Westchester, Courtalert Com Inc, Covenant Foundation, Covenant House, Cover Girl Strips, Coverwallet, Covington Fabric & Design LLC, Cowan Debaets Abrahams, Cowan Liebowitz & Latman Pc, Cowbay Contracting, Cowen Group, Inc. and Cowtan & Tout added. (Kernan, James) (Entered: 04/21/2021) |
| 04/21/2021 | [16](#) | Cox & Co Inc, Cozen Oconnor, Cp Perma Paving Construction, Cphl, Cpjfk, Crafted Interiors, Craig Management Assoc Inc, Cravath Swaine & Moore Llp, Crc Associates, Inc., Creation Baumann Usa Inc, Creations By Carelle Ltd, Creative Data Resources, Creative Environment Solutions, Creative Finishes Ltd, Creative Lifestyles, Inc., Creative Renovations, LLC, Creative Snow By Cow Bay Inc., Creative Touch Construction Corp., Creativeworx, Crecco Group Remodeling Inc., Credit International, Credit Suisse Holdings (Usa), Inc., Creditriskmonitor Com Inc., Creditsights Inc., Credsimple, Creek Country Club, Crenulated Co Ltd, Creo Dental, Crescent Computers & Software and Crescent St Construction Corp added. (Kernan, James) (Entered: 04/21/2021) |
| 04/21/2021 | [17](#) | Cresent Contracting, Crest Hollow Country Club, Crew Cuts, Crf - House East, LLC, Crifasi Real Estate Inc, Crisdel Construction Group Inc., Criterion Group LLC, Cronin & Cronin, Cross County Savings Bank, Cross Management Corp, Cross NY, Crossasset Software LLC, Crossfield Digital, Crossfire Group, Crossland Mechanical Inc., Crossmedia Inc, Crow Construction Co, Crown Awards & Trophies, Crown Delta Corp, Crown Die Casting Corp, Crown Janitorial Products LLC, Crs Contractors Inc., |

| | | |
|---|---|---|
| | | Crs_Group, Crsg, Crunch Gym, Crystal Blue Cing Svc Inc, Crystal Run Healthcare, Csbm, Csi Electrical & Mechcl Systs and Csi Rentals added. (Kernan, James) (Entered: 04/21/2021) |
| 04/21/2021 | [18](#) | Css Stainless Steel Work Inc, Cta Architects, Ctl Usa Inc, Ctr For Nursing And Rehab, Inc., Ctrny, Ctsi, Cube Cons. Services LLC, Cuddy & Eder Llp, Cullen And Dykman Llp, Cullen Schafer Capital Mgmt, Cultural Affairs, Cum Laude Group Inc, Cumberland Diagnostic, Cumberland Packing Corp, Cummins, Cung Queens College, Cuny, Curam Contracting LLC, Cureatr, Curtis Brown Ltd, Curtis Instruments, Inc. and Curtis Mallet-Prevost Colt And Mosle added. (Kernan, James) (Entered: 04/21/2021) |
| 04/21/2021 | [19](#) | Curtis Vasile Law Offices Pc, Curtis, Mallet-Prevost, Colt, Cushman & Wakefield, Custom Exterior Systems, Inc., Cut & Run, Cutting Room Films, Cwa zmor, Cyrus Innovation LLC, Cyrus Knits and Cytopath Biopsy Lab Inc added. (Kernan, James) (Entered: 04/21/2021) |

### PACER Service Center

### Transaction Receipt

04/30/2021 08:08:15

| PACER Login: | jameskernan | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 1:21-cv-02175-DG-RER |
| Billable Pages: | 21 | Cost: | 2.10 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------------------------------

Albert E. Percy and Percy Jobs and Careers Corporation an
IRC 501(c)(3) non-profit, as Class Representatives,
                    Class Plaintiff,

-against-                                           COMPLAINT
                                                    CASE No. 21-cv-02175


Children's Law Ctr, Chilmark Builders Inc, Chimera Securities, LLC, Chimpanzee Productions
Inc, China Construction America, China Laws & Technology Inc, China Press, Chinatown
Cardiology, Chinses American Planning, Chips Technology Group LLC, Chldrn's and Women's
Physicians Of Westc, Choice Personnel Inc, Choice Products, Chosen People Ministries, Christ
Church United Methodist Nyc, Christian Cultural Center, Christian Faith Fellowship, Christie's
Inc., Christophe & Assoc, Christopher Chang Law Offices, Christopher Rosekrans Law,
Christopher V Papa Architect, Pc, Chromalloy, Chs Services, Chubb, Church, Church Of Christ
International, Church Pension Group, Church Street Boxing Gym, Cibc, Cid Construction,
Cindy E Levitz Lic Acpnctrst, Cintalta Cons. Corp., Cintra Software & Svc Inc, Circa Brewing
Co, Circuit Breaker Sales Ne Inc, Cis, Cision, Citadel Construction Corp, Citadines Connect
Fifth Avenue, Citi Wide Harm Reduction, Citibank, National Association, Citigroup
Incorporated, Citimed PLLC, Citixsys Technologies, Citizen General Construction Inc, Citizen
M Hotel New York, Citnalta Construction Corp., Citrin Cooperman and Company, LLP, Citroen
Wolf Communications, City Choice, City Harvest, Inc., City Journal, City M D, City Of
Middletown, City Of New York, City Of New York Department Of Parks & Recreation, City Of
Ny Conflicts Of Intererest, City Of Ny Department Of Parks & Recreation Capitalprojects, City
Of Yonkers, City Prints LLC, City School District Of New Rochelle, City Sounds Of Ny, City
Suites LLC, City Translation Ctr, City Univ Of Ny Dept Of Design & Mgmt Procurement, City
University Of New York, City View Masonry Corp, City Wide Administrative Services, Citybuzz,
Cityline Restoration Inc, Cityscape Engineering, Cityscape Obgyn PLLC, Citysights Ny,
Citywide Data Inc, Citywide Environmental Services LLC, Citywide Maintenance Svc, Citywide
Mobile Response Corp., Citywide Sewer & Drain Co, Civcon LLC, Civetta Cousins, Civic
Builders Inc, Civic Entertainment Group LLC, Civil Contracting Corp, Cjs Industries Inc, Ckc
Maintenance Corp, Cksk, Cl An Druaidh/The Druid Press, Clara Barton High School, Clare
Medical, Claridge's Hotel Ltd, Clarient Group, Clarion Partners, LLC, Clark Construction
Group, Clark Gagliardi Miller, Clark Investigations & Scrty, Classic Harbor Line, Classic
Heights Realty LLC, Classic Home Care Inc, Classic Sports Floors, Classic Stage Co, Classpass,
Clay LLC, Clayman & Rosenberg, Clayton Dubilier Rice LLC, Clean Air Quality Svc Inc, Clean
Earth Dredging Technologies, Clean Machine Car Wash-Detail, Cleaning Guru, Cleantech,
Clear It Out Contr LLC, Clear It Out Contracting LLC, Clevertech, Click Model Management
Inc, Clickdaily Inc, Clifford Chance, Clifton Budd & Demaria LLP, Clifton Ornamental Metal &

1

Glass, Cline Davis and Mann LLC, Clinical Pain Advisor, Clinical Resources Network LLC, Clinical Systems Inc, Clinton Management, Clio Awards, Clotho Corp, Cloud 9 Technologies LLC, Cloud Dx, Clove Lakes Health Care and Rehab, Clove Lakes Health Care-Rehab, Clover Wire Forming Co Inc, Club Demonstration Svc, Club Fit, Club Julians Inc, Club Quarters Grand Central, Cluen Corp, Cluster Inc, Cm & Assoc Constr Mgmt LLC, Cm & E Con Inc, Cm Almy Inc, Cmc Rebar, Cmd, Cmem, Cmg Group LLC, Cmgrp, Inc., Cmp Builders Corp Inc, Cmp Healthcare Media, Cmp Publications, Cncl On Accreditation For Chldrn and Fml, Cng, Cny, Cny Builders LLC, Co 3, Coachman Family Ctr, Coastal Contracting Corp, Coastal Pipeline Products Corp, Coatue Management, Cobble Hill Health Ctr, Cobite, Coca Cola, Cocentrix Corp, Co-Collective LLC, Cocooning Electronics Ltd, Code and Theory LLC, Coffee Distribution Corp, Cognito Americas LLC, Cognito Inc, Cohen & Frankel LLP, Cohen & Slamowitz, Cohen Childrens Medical Center, Cohen Clair Lans Greifer, Cohen Hochman & Allen, Cohen Hurkin Ehrenfeld, Cohen Kuhn & Assoc, Cohen Weiss and Simon LLP, Cohen Weiss Simon, Cohens Tauber Spivac Wagner, Cohnreznick LLP, Cold Spring Construction Company, Cold Spring Hls Ctr For Nursin, Coldlion Technologies LLC, Cole Mechanical Corp, Cole Partners Inc, Coleman Brandworx, Coleman Country Day Camp, Coler Goldwater Specialty Hosp, Colgate-Palmolive Company, Colina Bay, Inc, Collaborative Construction, Collazo Carling & Mish, Collective 545 Broadway, LLC, Collectivei, Colleran O'hara & Mills, Collibra Inc, Collier Halpern Newberg, Collins Aerospace, Collis Roofing Inc, Colon & Rectal Surgical, Colonial Construction Co Inc, Colonial Consulting LLC, Colonial Electric, Colonial Tag & Label Co, Colony Electric Inc, Colour Matters, Columbia Artist, Columbia Artists Managmnt Inc, Columbia Cascade Co., Columbia Cascade Company, Columbia Softball Field, Columbia University, Columbiadoctors Medical Group, Columbiadoctors Nurse, Columbus Avenue Consulting LLC, Columbus Medical Inst Of Ny, Comcast Spotlight, Inc., Comfort Bedding Inc, Comixology, Comlab Systems, Command Financial Press, Command Security Corporation, Commentary Magazine, Commerce Electrical Contracting Corp., Commercial Building Mntnc, Commercial Fence & Railing, Commercial Tenant Svc Inc, Committee Of Interns and Residen, Commodore Maintenance, Common Ground Community Hdfc, Communications Plus Digital, Communicator Inc, Community Access, Community Action For Human Services, Community Cardiology Pc, Community Consultation Ctr, Community Electric Inc, Community Health Ctr-Richmond, Community Healthproject, Community Hospital At Dobbs, Community Life Center Inc., Community Mainstreaming, Community Medical and Dental Care Inc., Community Partners, Community Psych, Community Resource Ctr, Community Resource Exchange, Community Resources, Community Service Society Of Ny, Co'motion Group LLC, Comp World Usa, Compinfo, Complete Construction Contract, Complete Discovery Source Inc, Complete Mailing Svc, Complete Womens Imaging Pc, Complexcare Solutions, Inc., Comprehensive Care Mgmt Corp, Comprehensive Hr Advisory Services Ent., Comprehensive Pain Management, Comprehensive Pediatrics, Comprehensive Professional, Compstak, Computer Generated Solutions, Inc., Computer Managers Inc, Computer Services Group Inc, Computer Solutions Intl Inc, Computercool Ac Inc, Comunilife, Con Edison, Con Edison Of Ny, Con Rac Construction Grou, Concentric Group LLC, Concentric Health Experience, Concept Air

2

Conditioning, Concept Construction Svc Inc, Concepts In Staffing Inc, Concern Worldwide Us, Concord Electronics Inc, Concord Nursing Home, Concord Setting Inc, Concorde Hotel New York, Concorde Medical Group, Concordia International, Concur Inc, Condal Distributors Inc, Conde Construction, Condeco Software Inc, Condon Omeara Mcginty Donnelly, Conedison, Conelle Construction Corp, Coney Island Preparatory Public School, Conference Board Inc, Confirmit Inc, Congdon Flaherty O'callaghan, Congregation Beth Elohim, Connections Personnel Of Ny, Conrac Construction Group LLC, Consolidated Edison, Consolidated Networks Corp., Consolidated Technologies, Constantin Associates, Constantine Cannon LLP, Constar Inc, Construction 1st Class, Construction Associates Inc, Construction Force Services, Construction Management, Construction Services 365 LLC, Constructions, Constructomics LLC, Consulate Film Editing Co, Consulate General Of Denmark, Consulting Testing Svc, Consumer Financial Network, Consumer Reports, Consumers Union-United States, Contemporary Dental Implants, Contemporary Guidance Svc Inc, Conti Enterprises, Inc., Continuum Health Partners, Inc., Contol Group Inc, Contract Magazine, Contracterp, Contractors Line & Grade South, Contractors Register, Inc., Contractors Sheet Metal Work, Contrix Inc, Control Solutions Group, Control Systems Services, Inc, Converge Direct, Converge One, Conversion Partners LLC, Conversocial, Cook & Fox Architects, Cook Krupa LLC, Cookfox Architects, Cookie Factory, Cooley Monato Studio, Cooling Guard Mech. Corp., Cooney/Waters Group, Cooper Carry & Associates, Cooper Dunham Lp, Cooper Robertson & Partners, Cooper Tank & Welding Corp, Cooper Tank and Welding Corp., Cooper Works Inc, Cooperative Home Care Assoc, Cooperman Lester Miller LLP, Coordinated Behavioral Care, Copper Development Association, Coppola Paving & Landscaping Corp, Coptis Inc, Cora Inc, Coral Cast, Coral House, Coral Realty LLC, Coranet, Corbex Inc, Corcoran Group Inc., Core and Main, Lp, Core Construction Group Corp, Core Contracting, Core Cs LLC, Core Group Marketing, Core Staffing Svc Inc, Core Tech Assoc, Corgan Associates Architects, Corgan Associates Inc, Corinthian Cast Stone, Corinthian Media, Corkery Group, Cornell Internal Mdcn Assoc, Cornell Ivf Program, Cornell University, Cornerstone Research, Cornick Garber & Sander LLP, Corona Equipment Co, Coronet Parts Mfg Co, Corporate Power Inc, Corporate Suites, Corporate Synergies, Corporation For Supportive Housing, Correctional Medical Svc, Corsi Tire, Cort Club Inc, Cortlandt Tank Svc, Cos 880, Cosentini Associates, Cosimo Inc, Cosmetic Executive Women Inc., Cosmo Street, Cosmopolitan Magazine, Cosmopolitan Management LLC, Cosmos Communications, Cott Management Partners, Cotton Incorporated, Cougar Capital LLC, Council Of School Supervisors and Admins, Council On Accreditation, Council On Foreign Relations, Counseling In Schools, Inc., Country Bank, Country House, County Ceiling Co, County Chair Party Rentals, County Of Nassau, County Of Westchester, Courtalert Com Inc, Covenant Foundation, Covenant House, Cover Girl Strips, Coverwallet, Covington Fabric & Design LLC, Cowan Debaets Abrahams, Cowan Liebowitz & Latman Pc, Cowbay Contracting, Cowen Group, Inc., Cowtan & Tout, Cox & Co Inc, Cozen Oconnor, Cp Perma Paving Construction, Cphl, Cpjfk, Crafted Interiors, Craig Management Assoc Inc, Cravath Swaine & Moore LLP, Crc Associates, Inc, Creation Baumann Usa Inc, Creations By Carelle Ltd, Creative Data Resources, Creative Environment Solutions, Creative Finishes Ltd,

3

Creative Lifestyles, Inc., Creative Renovations, LLC, Creative Snow By Cow Bay Inc., Creative Touch Construction Corp., Creativeworx, Crecco Group Remodeling Inc, Credit International, Credit Suisse Holdings (Usa), Inc., Creditriskmonitor Com Inc, Creditsights Inc, Credsimple, Creek Country Club, Crenulated Co Ltd, Creo Dental, Crescent Computers & Software, Crescent St Construction Corp, Cresent Contracting, Crest Hollow Country Club, Crew Cuts, Crf - House East, LLC, Crifasi Real Estate Inc, Crisdel Construction Group Inc, Criterion Group LLC, Cronin & Cronin, Cross County Savings Bank, Cross Management Corp, Cross Ny, Crossasset Software LLC, Crossfield Digital, Crossfire Group, Crossland Mechanical Inc, Crossmedia Inc, Crow Construction Co, Crown Awards & Trophies, Crown Delta Corp, Crown Die Casting Corp, Crown Janitorial Products LLC, Crs Contractors Inc., Crs_Group, Crsg, Crunch Gym, Crystal Blue Cing Svc Inc, Crystal Run Healthcare, Csbm, Csi Electrical & Mechcl Systs, Csi Rentals, Css Stainless Steel Work Inc, Cta Architects, Ctl Usa Inc, Ctr For Nursing and Rehab, Inc., Ctrny, Ctsi, Cube Cons. Services LLC., Cuddy & Eder LLP, Cullen and Dykman LLP, Cullen Schafer Capital Mgmt, Cultural Affairs, Cum Laude Group Inc, Cumberland Diagnostic, Cumberland Packing Corp., Cummins, Cung Queens College, Cuny, Curam Contracting LLC, Cureatr, Curtis Brown Ltd, Curtis Instruments, Inc., Curtis Mallet-Prevost Colt and Mosle, Curtis Vasile Law Offices Pc, Curtis, Mallet-Prevost, Colt, Cushman & Wakefield, Custom Exterior Systems, Inc, Cut & Run, Cutting Room Films, Cwa | Spatial Discipline, Cyber Axioma, Cypress Garden, Cypress Health Care Mgmt., Cyruli Shanks Hart & Zizmor, Cyrus Innovation LLC, Cyrus Knits, Cytopath Biopsy Lab Inc,

Employer Class Defendant.

-------------------------------------------------------------------------------------------------

       The Plaintiffs, ALBERT E. PERCY and Percy Jobs and Careers Corporation an IRC 501(c)(3) non-profit, as Class Representatives, by their attorney James M. Kernan of the Kernan Professional Group, LLP, states as follows:

**FACTS AND GROUNDS FOR CAUSES FOR ACTION**

1.   This is a class action by persons who are ready, willing and able to work for the businesses represented by industry leaders, industry leaders identified by Don & Bradstreet by Standard Industrial Classification ("SIC") and North American Industrial Classification System (NAICS") classification codes, as defendant class representative industry leaders fairly and vigorously able to represent the interests of the Employer Class Defendant to defend this Class Action.

2.   This action involves liability of the Employer Class Defendant for unlawful employment practices of discrimination based on Plaintiffs' ability to meet their burden of production and persuasion proving that Plaintiffs demonstrated that there was a less discriminatory alternative method of employment practice ("Alternative Employment Practice").

3.   The Plaintiffs have demonstrated an alternative employment practice ("Alternative Employment Practice") to the Employer Class Defendant, members of which have refused to adopt the

4

Alternative Employment Practice after demonstration to persuade as defined and 42 U.S.C. 2000d. Such refusal to adopt is an illegal employment practice under 42 U.S.C. 2000 e-2.

4. The Plaintiffs made the demonstration in accordance with the law as it existed on June 4, 1989 with respect to an Alternative Employment Practice, described in subparagraph (C) referred to by subparagraph (A)(ii) of 42 U.S.C. § 2000e-2(k)(1). The Defendant respondent has refused to adopt such Alternative Employment Practice without valid justification, violating 42 U.S.C. § 2000e-2 of the Civil Rights Act of 1964 as amended in 1991.

5. This Alternative Employment Practice was developed as a private solution after New York State failure of Governors Executive Order 45, which was the settlement provided to the Percy Class in settlement of Percy v. Brennan.

6. The members of the Defendant Class as identified herein have failed to identify an overriding business purpose for their current employment practices which have a more disparate impact on the Percy Class of black and Spanish surnamed persons, failing to justify the continuation of current employment practices that do not adopt the Alternative Employment Practice.

7. Failure to have an overriding business purpose for not adopting the Alternative Employment Practice entitles the Percy Class to injunctive and declaratory relief compelling adoption of the Alternative Employment Practice by all members of the Defendant Class that received a demonstration of the Alternative Employment Practice but failed and refuse to adopt it.

8. This action by the Class Plaintiff is to enforce the benefit of the Alternative Employment Practice demonstrated to the industry leaders to persuade the members of the Employer Class Defendant to adopt the Alternative Employment Practice defined in related Case at (Complaint Case 21-cv-01421 Document #1) at paragraphs 656-629 as the Percy Program, also set forth at Case 21-cv-01421, Document #6 Attachment #22,.

9. In addition, this action is for breach of contract brought by the Percy Class as third-party beneficiaries for violating conditions of contracts, including but not limited to Presidential Executive Order 11246 ("EO 11246"), document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC.and Governor's New York State Executive Order 45 (9 NYCRR 3.45), document #6, attachment 14 in EDNY Case No. 21-cv-001421.

10. Plaintiff will prove by statistical evidence warranting equitable relief by injunction or declaratory judgment against each Defendant individually and as members of the Employer Class Defendant, relief to redress violations of constitutional and civil rights of the Class Plaintiff as proven at the time of trial of this action.

**Precedent, Authority and Jurisdiction**

11. This action is grounded on the record in US SDNY Case 73-cv-04279, the case file archived as potentially of national significance in St. Louis, Missouri, the case file returned from St. Louis to the National Archives in New York City, returned upon the request on behalf of Plaintiffs, and certified by the National Archives to the United States District Court for the Southern District of

New York, which record was then filed by ECF as the Docket on Appeal to the United States Second Circuit Court of Appeals 17-2273.

12. A lead action (Complaint Case 21-cv-01421 Document #1) has been filed in the US Federal Court for the Eastern District of New York against the State of New York and others for failure of settlement involving New York State Executive Order 45 (9 NYCRR 3.45),("EO 45") document #6, attachment 14 in EDNY Case No. 21-cv-001421. That action is grounded upon the final and enforceable Memorandum/Order ("Memorandum/Order") of Judge Lasker reported at 384 F Supp 800 of November 8, 1974, document #6, attachment 3 in EDNY Case No. 21-cv-001421, settled by agreement accepting Defendant New York State's offer of EO 45. The problem is that EO 45, document #6, attachment 14 in EDNY Case No. 21-cv-001421, failed and the Percy Class was never notified of the failure - Governor of the State of New York offered a settlement of Percy v. Brennan in case 73-cv-04279 that is unenforceable, paragraphs 528-553 of (Complaint Case 21-cv-01421 Document #1.

13. Liability is for violation of 42 U.S.C. §§2000e-2, rights secured to the Percy Class as the Complaining Party, liability of the Employer Defendants under the 5th and 14th Amendments to the United States Constitution, 42 U.S.C. §§§§ 2000e-2, 1981, 1983, 1985, and United States EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421, for breach of contract where such Employer Defendants have breached contractual conditions requiring compliance with EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421, by failing to affirmatively provide equal employment opportunity to members of the Percy Class as third-party beneficiaries to contracts with Employer Defendants, contracts funded from federal funding requiring compliance with the Civil Rights Act, regulations, laws and US constitutional provisions recited in EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421. Members of the Percy Class are beneficiaries specifically identified in contracts as conditions and obligations where Federal Funding is involved. These conditions of contracts specify compliance with EO 11246. document #6, attachment 21 in EDNY Case No. 21-cv-001421

14. The Alternative Employment Practice under the Civil Rights Act of 1964, and specifically 42 USCA §2000e-2 and §2000d as amended in 1991 (the "Civil Rights Act"), is delivered with workers' compensation coverage. All employment is required to be covered by workers' compensation. Along with the payment of benefits to cover injury and death while on-the-job as required in under New York Workers' Compensation Law §10, workers' compensation coverage also includes safety training and loss control management.

15. Using workers' compensation coverage as the delivery method for the Alternative Employment Practice to provide apprenticeship for new hires and continuing education for existing employees, the practice provides skills to educate workers to competently and safely perform work, protect themselves and people with whom they come into contact. Too long employees have struggled without being provided the skills necessary to protect themselves and the communities they serve, including the general public with whom they come in contact.

16. The Percy Program established apprenticeship programs as an Alternative Employment Practice to be provided with workers' compensation insurance coverage as part of safety management and loss control. All employment is covered by workers' compensation insurance. The Alternative Employment Practice set forth at (Complaint Case 21-cv-01421 Document #1) the Alternative Employment Practice at paragraphs 656-629 as the Percy Program, also set forth at Case 21-cv-01421 Document #6 Attachment #22, incorporates apprentice training into the workers' compensation loss control and safety training of employees, by enrolling new entrants to the workforce to work alongside existing journeypersons, growing the depth of skilled workers, skilled workers whose ranks are being diminished through age and attrition. The workers' compensation carrier subsidizes the apprenticeship programs by recognizing the savings in reduction of losses which reduces the exposures and liabilities of the claims required to be paid by the workers' compensation insurance carrier. The Alternative Employment Practice is delivered as a function of safety and loss control management with workers' compensation through paid on-the-job apprentice training and continuing education involving apprentice training under the Fitzgerald Act (29 U.S.C. §50 commonly known as the National Apprenticeship Act of 1937, section 1 (29 U.S.C. 50) under U.S. Department of Labor's Bureau of Apprenticeship and Training (BAT) and C.F.R. T. 29, Subt. A, Pt. 29 and Pt. 30, made a part of workers' compensation coverage required of all employment.

17. Although the employers are not named in the original Percy v. Brennan case, Case 73-cv-04279. reported at 384 F Supp 800 of November 8, 1974, document #6, attachment 3 in EDNY Case No. 21-cv-001421, the Employers Defendants in fact are required to provide real affirmative action.

18. The Percy Class has been constantly denied access to apprenticeship to gain skills to compete for employment, entitling the Percy Class to actual damages for lost wages, for lost opportunity compensation, damages also affecting members of the Percy Classes' children and families, significantly disadvantaged in education and skills, struggling to get a job.

## VENUE

19. The basis of the venue in the United States Federal Court for the Eastern District of New York is because a substantial part of the events giving rise to the claims made herein occurred in the Eastern District of New York, Albert E. Percy resides in the Eastern District of New York, and Plaintiff Percy Class is predominately situated in the Eastern District of New York.

## PARTIES

**Plaintiffs:**

20. Plaintiff Albert E. Percy, ("Percy") certified as the class representative of the certified class by Judge Lasker in the Memorandum/Order at 384 F Supp 800, page 811, [S.D.N.Y. 1974] in Case 73-cv-04279, and at document #6, attachment 3 in EDNY Case No. 21-cv-001421, the Class certified in Percy v. Brennan, Federal District Court SDNY Case 73-cv-04279, reported at 384 F. Supp 800, at Page 808, docketed in US 2nd Circuit Court of Appeals appeal No. 17-2273 Docket

#97 page 0003 and Docket #99 page 640, and document #6, attachment 3 in EDNY Case No. 21-cv-001421 (the "Percy Class") is fully capable of learning to perform and/or performing skilled occupations as apprentices and journeypersons. Percy, as the Complaining Party, a member of the Percy Class, was denied equal employment opportunities, and remains a proper representative of the Percy Class. Percy's personal and business interests and the claims hereinafter set forth are fully aligned with those of the Class.

21.    Standing was found by the Lasker Court in its Memorandum/Order stating the Percy Class has alleged "such a personal stake in the outcome of the controversy as to assure that concrete adverseness which sharpens the presentation of issues upon which the court so largely depends for illumination of difficult constitutional questions" citing "Baker v Carr, 369 US 186,(1962) 82 S Ct 691, 7 L Ed 2d 663, document #6, attachment #6, in EDNY Case No. 21-cv-001421 (see Flast v Cohen, 392 US 83, (1968), 88 S Ct 1942, 20 L Ed 2d 947 (1968))" document #6, attachment #7, EDNY Case No. 21-cv-001421. In Percy v. Brennan, black and Spanish-surnamed workers were alleged to "have been and continue to be denied employment in the New York construction industry, demonstrating the Percy Class continues to have a personal stake", 384 F Supp 800, page 808 [S.D.N.Y. 1974], document #6, attachment 3 in EDNY Case No. 21-cv-001421, and 17-2273, Docket #99, Appendix 1, Volume 3, page 684.

22.    The Memorandum/Order of Judge Lasker in the Percy Action, Percy v. Brennan, 384 F. Supp. 800, (S.D.N.Y. 1974), document #6, attachment 3 in EDNY Case No. 21-cv-001421, page 811 in 17-2273, Docket #99, Appendix 1, Volume 3, page 660, granted Plaintiffs motion to be maintained as a class and found standing to seek relief for the enforcement of EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421 as a class of persons that EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC was designed to protect from injuries resulting from racial discrimination within the protections of the Fifth and Fourteenth Amendments to the Constitution, 42 USC 1981, and has met the requirements of subdivisions 2 and 3 of FRCP 23. See also, Docket #99, Appendix 1, Volume 3, page 653 in 2nd Circuit Appeal 17-2273.

23.    The Class defined and certified by Judge Lasker in Case 73-cv-04279 was "all black and Spanish-surnamed persons who are capable of performing, or capable of learning to perform, construction work, and who wish to perform construction work within the jurisdiction of unions that are members of the Defendant Building and Construction Trades Council of Greater New York" with Plaintiff Albert Percy designated as the Class Representative (384 F Supp 800, at page 811, document #6, attachment 3 in EDNY Case No. 21-cv-001421, and 17-2273, Docket #99, Appendix 1, Volume 3, Page 660).

24.    The Order certifying the Class in Case 73-cv-04279 is at 384 F. Supp. 800, (S.D.N.Y. 1974), document #6, attachment 3 in EDNY Case No. 21-cv-001421 and 17-2273 Docket 97, Appendix 1, Volume 3 of 3, page 640

25. Plaintiff Percy Jobs and Careers Corporation is an Internal Revenue Code 501(c)(3) non-profit managing apprentice training at the Maritime College State University Of New York, PO Box 351, 6 Pennyfield Ave, Bronx, NY 10465.

**Defendants:**

26. Defendants are named individually and as representatives of a class of employers ("Employer Defendants") to which the Plaintiff has demonstrated an alternative employment practice ("Alternative Employment Practice"). The Defendants are industry leaders identified as class representatives with the expectation that those industry leaders will protect the interests of the Class, being employers to which the Plaintiff demonstrated the Alternative Employment Practice in an effort by the Plaintiff to persuade the specifically identified Employer Defendants which number 8,773 as set forth on Attachment #1.

## NUMEROSITY

27. The number of members of the Percy Class are essentially unenumerable but are not indeterminate as certified in the Percy v. Brennan action Case 73-cv-04279 being enforced here.

28. The Class defined and certified by Judge Lasker, as all black and Spanish surnamed persons residing in and about the City of New York is an extremely large class. To identify the Class, Percy counsel has caused to be sent out long overdue Notices of Settlement as Notices of Enforcement of the Settlement of Percy v. Brennan Case 73-cv-04279. Included in the mailing the Alternative Employment Practice demonstrated to and urged that the Employer Defendants adopt. This identification will provide specificity as to the members of the Percy Class entitled to relief.

## COMMON ISSUES OF LAW AND FACT

29. The issues of law and fact determining the claims of the Percy Class, that the Employers Defendants named in this action, have caused, are causing, and will continue to cause serious, permanent and irreparable economic and social injury and damage to the Percy Class, are common to all members of the Class.

30. The common issues of law and fact must be determined in order to fashion an appropriate equitable remedy and provide relief for the benefit of the Percy Class.

## JUDICIAL ECONOMY

31. This action avoids the prosecution of separate actions by multiplicity of actions involving the same individual members of the Percy Class and the same Owners which would create a likelihood of inconsistent or varying adjudications with respect to individual members of the Percy Class.

32. The Percy Class has been denied and deprived of an opportunity to compete effectively within the American free enterprise system and as a result the members of the Percy Class have sustained serious and ongoing damages, that if the wrongdoing of the Defendants is not enjoined and prevented, chronic damage will continue unabated.

## AS AND FOR A FIRST CAUSE OF ACTION

33. The Plaintiffs repeat and reiterate the allegations set forth above as though fully set forth herein.

34. The Percy Program (paragraphs 241 – 274, paragraphs 275 – 276, and paragraph 275 – 280 of (Complaint Case 21-cv-01421 Document #1), presented as the Alternative Employment Practice, is delivered as a function of safety and training with workers' compensation under the covered payroll. The Percy Program is an Alternative Employment Practice, an element of a workers' compensation coverage. Apprenticeship is a function of safety training and loss control management of workers' compensation insurance, apprentices recruited and sponsored through employment or provided through a subcontract with apprentice training under the National Apprenticeship Act of 1937 occurring by three methods: (1) coordinated with joint apprenticeship labor-management counsel involving unions, (2) by sponsorship by an employer, or (3) by sponsorship by a trade association.

35. All employment is required to be covered by workers' compensation. Along with the payment of benefits to cover injury and death while on-the-job as required in under New York Workers' Compensation Law §10, this Alternative Employment Practice of apprentice training is covered as part of workers' compensation coverage as registered apprenticeship with risk-management, safety training and loss control.

36. The Plaintiff is able to meet its burden of production and persuasion proving that there was a less discriminatory alternative method of employment practice available that the Employer Defendants could have adopted, failing to adopt the Alternative Employment Practice without valid justification is an unlawful employment practice violating 42 U.S.C. § 2000e-2(k)(1)(A)(ii) and (k)(1)(C) of the Civil Rights Act of 1964 as amended in 1991.

37. The Alternative Employment Practice answers the need for the Percy Class to obtain competitive skills by utilizing registered apprenticeship meeting the requirements of the Fitzgerald Act (29 U.S.C. § 50 commonly known as the National Apprenticeship Act of 1937, section 1 (29 U.S.C. 50) under U.S. Department of Labor's Office of Apprenticeship and Training (BAT) and 29 C.F.R, Subt. A, Pt. 29 and Pt. 30. Apprenticeship is the process of learning a skilled occupation through both on-the-job training (practical, paid experience) and learning the related technical knowledge in a classroom. Candidates must be 18 years old and possess a GED (the Alternative Employment Practice will help a candidate obtain a GED). Enrollment must be done openly under the procedures established by federal and state regulations for Minimum Qualifications Review and Eligibility List Ranking using for: educational achievement, work experience, seniority, job aptitude, oral interview, and general demographic inquiries to determine a score for ranking for eligibility to be enrolled in OJT and continuing education.

38. Plaintiff Percy and the Class he represents are entitled to injunctive relief as demanded and actual damages for lost wages, for lost opportunity and compensation as money damages for the families of the members of the Percy Class, their children growing up in poverty, significantly disadvantaged in education and skills, struggling to get a job, entitled to compensation as money damages to be determined at trial in this litigation.

39. The members of the Percy Class have been and are ready, willing and able to work, persistently wanting to work, but have been constantly deprived and denied work, damaging the members of the Percy Class, and damaging the families of the members of the Percy Class, their children growing up in poverty, significantly disadvantaged in education and skills, struggling to get a job, in an amount to be determined at trial.

## AS AND FOR A SECOND CAUSE OF ACTION

40. Upon information and belief, Defendant has accepted Federal funding containing conditions of compliance with Civil Rights Act of 1964 and EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC.

41. Government Agencies set forth in Complaint Case 21-cv-01421 Document #1 are charged with enforcing EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC and laws as contractual conditions to Federal Funds for public work facilities, and are therefore liable for the foregoing lost wages, lost benefits and lost opportunity to which the Percy Class is entitled as intended beneficiaries.

42. EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC seeks to implement the anti-discrimination program of the Civil Rights Act of 1964 and is directed at all government contractors. Section 2 02(1) of the Order provides: "The contractor will take affirmative action to ensure equal employment opportunity. Such action shall include but not be limited to the following: employment upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship", 30 Fed. Reg. 12, 319 (1965), the "color blind" approach envisioned in EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC, §202(1) of EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC, 30 Fed. Reg. 12, 319(1965), provides that: The contractor will not discriminate against any employee or applicant for employment because of race, color, religion, sex, or national origin. The contractor will take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex, or national origin. Such action shall include but not be limited to the following: employment upgrading, demotion or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship.

43. The necessary elements of a prima facie cause of action for violation of 42 U.S.C. §2000e-2 exists, depriving rights thereunder, secured to the Percy Class as the Complaining Party by the 5th and 14th Amendments to the United States Constitution, 42 U.S.C. §§§ 1981, 1983, 1985, and such employer has breached contractual conditions requiring compliance with EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC).

44. The Employer Defendants and the Class of Defendant Employers have ignored the mandate of EO 11246, document #6, attachment 21 in EDNY Case No. 21-cv-001421-BMC, as well as several other federal regulations specifically identified in the contract, causing and continuing to cause

disparate impact discrimination that these statutes, orders, and regulations were designed to remedy.

45. Plaintiff Percy and the Class he represents are entitled to injunctive relief and actual damages for lost wages, for lost opportunity and compensation as money damages for the families of the members of the Percy Class, their children growing up in poverty, significantly disadvantaged in education and skills, struggling to get a job, entitled to compensation as money damages to be determined at trial in this litigation.

**RELIEF**

Plaintiffs collectively pray that this Court:

On the First Cause of Action, injunctive and declaratory relief compelling adoption of the Alternative Employment Practice by all members of the Defendant Class that received a demonstration of the Alternative Employment Practice, have failed to identify an overriding business purpose for their current employment practices which have a more disparate impact on the Percy Class of black and Spanish surnamed persons to justify the continuation of current employment practices that do not adopt the Alternative Employment Practice, and damages must be stopped and rectified;

On the Second Cause of Action, award Plaintiffs actual damages for lost wages and benefits and lost opportunity damages to the Percy Class and damaging the families of the members of the Percy Class, their children growing up in poverty, significantly disadvantaged in education and skills, struggling to get a job, in an amount to be determined at trial;

Award Plaintiffs liquidated damages to be determined;

Award Plaintiffs pre- and post-judgment interest at the statutory rate;

Award Plaintiffs attorneys' fees, expert fees, costs, and disbursements;

Award Plaintiffs further and additional relief as this Court deems just and proper; and

Treating this as a Private Attorney General Action under 42 U.S.C. 1988 insofar as may be necessary to provide the relief requested in this Complaint together with reimbursement of attorney fees, expert fees, costs and disbursements;

All together with such other and further relief as shall seem just and proper under the circumstances.

**Pursuant to Fed. R. Civ. P. 39, demand is made for trial by jury on all the issues so triable.**

Dated: April 20, 2021

/s/James M. Kernan

KERNAN PROFESSIONAL GROUP, LLP

James M. Kernan, Esq., of Counsel

Bar Role # JK1242

26 Broadway, 19th Floor,
New York, New York 10004
Phone:(212) 697-9084
Fax (212) 656-1213
jkernan@kernanllp.com